# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ZHENG CONGYING<br><br>Defendant. | Western Division<br>Case #: 2:20-MJ-05206-1<br>Initial App. Date: 10/28/2020<br>Time: 1:00 PM<br><br>Date Filed: 10/28/2020<br>Violation: 18:371;951(a);18:371;2261A(1)(B)<br>CourtSmart/Reporter: Miranda Algorri | Out of District<br>Affidavit<br>Custody |
| **PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Alicia G. Rosenberg** | **CALENDAR/PROCEEDINGS SHEET<br>LOCAL/OUT-OF-DISTRICT CASE** | |

**PRESENT:**

| Karl Lozada | Reema El-Amamy | Yanyan Liu / Mandarin |
|---|---|---|
| Deputy Clerk | Assistant U.S. Attorney | Interpreter/Language |

☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☒ removal hearing / Rule 20.

☒ Defendant states true name is as charged.

☒ Defendant advised of consequences of false statement in financial affidavit.

☒ Attorney: KATE MORRIS ☒ DFPD, ☒ Appointed

☒ Government's request for detention is: CONTINUED.

☒ Defendant executed Waiver of Rights. Process received.

☒ Case continued to (Date) 8:30 a.m. on Monday, November 2, 2020 by Video

☒ Type of Hearing: Detention Before Judge Rosenberg / Duty Magistrate Judge.

☒ Proceedings will be held in the Duty Courtroom 341 in Roybal

☒ Defendant committed to the custody of the U.S. Marshal

☒ PSA, ☒ FINANCIAL, ☒ READY

Deputy Clerk Initials: kl
00 : 20

M-5 (10/13)  CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CAS  Page 1 of 1