Case 1:20-mj-05206-DUTY Document 10 Filed 10/28/20 Page 1 of 1 Page ID #:31

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | MJ-20-05206-DUTY-1 | Date: October 28, 2020 |

Present: The Honorable **Alicia G. Rosenberg, United States Magistrate Judge**

Interpreter: Yanyan Liu, Mandarin

| K. Lozada | Miranda Algorri | Reema El-Amamy |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| ZHENG CONGYING | X | X | | Kate Morris | X | X | |

**Proceedings:** **(IN CHAMBERS) MANDATORY RULE 5(f) ORDER**

In accordance with the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the United States is ordered to produce all exculpatory evidence to the defendant under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. Failing to do so in a timely manner may result in exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions.

0 : 00

Initials of Deputy Clerk  kl

cc: