# United States Probation & Pretrial Services

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Michelle A. Carey
Chief Probation & Pretrial Services Officer

**FILED**
CLERK, U.S. DISTRICT COURT
11/02/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: KL DEPUTY

Date: November 2, 2020
Re: Release Order Authorization
Docket Number: 2:20-05206M
Defendant: Zheng Congying

To Whom It May Concern:

The above-referenced defendant was ordered released on a bond that includes the special condition of placement into the Location Monitoring Program and **RELEASE TO PRETRIAL SERVICES ONLY**. The Location Monitoring Unit has been advised and is available to release the defendant from custody.

If you determine the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

FERNANDO BASULTO
U.S. Probation & Pretrial Services Officer
Telephone No. 213-894-8850