UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK,

    -against-                **NOTICE OF APPEARANCE**
                                    Case No.: 1:20-mj-01025-PK

ZHU, YONG,

                  Defendant.
---------------------------------------------------------X
TO THE CLERK:

SIR/MADAM:

You are hereby notified that I, KEVIN MORGAN, ESQ. of the DEMIDCHIK LAW FIRM, PLLC, hereby appear for YONG ZHU, the defendant in the above entitled action and request that all future correspondence and papers in connection with this action be directed to me at the address indicated below..

Dated: Flushing, New York
       November 4, 2020

                                                  Yours, etc.

                                                  Demidchik Law Firm, PLLC

                                                  By: */s/ Kevin Morgan, Esq.*
                                                  Kevin Morgan, Esq.
                                                  Kevinmorgan@dcklawfirm.com
                                                  *Attorneys for Defendant*
                                                  136-18 39th Avenue, 8th Floor
                                                  Flushing, New York 11354
                                                  Tel: (718) 255-9898
                                                  Fax:(212) 810-7257