**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HI JI,<br>LI MINJUN,<br>ZHU FENG,<br>    also known as "Johnny Zhu,"<br>MICHAEL MCMAHON,<br>ZHENG CONGYING and<br>ZHU YONG,<br>    also known as "Jason Zhu,<br><br>Defendants. | Case No. 1:21-cr-00265 (FB)(RER)<br><br><br>**NOTICE OF APPEARANCE OF**<br>**LAWRENCE S. LUSTBERG** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of Defendant Michael McMahon in the above-entitled action and requests that all pleadings and other filings regarding this matter be served upon the undersigned attorney, at the office address listed below, and hereby further requests electronic notification of all papers filed with the Court by notice upon the following email address: llustberg@gibbonslaw.com.

Dated: May 13, 2021
       Newark, New Jersey

/s/ *Lawrence S. Lustberg*
Lawrence S. Lustberg, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel: 973-596-4500
Fax: 973-596-0545
llustberg@gibbonslaw.com

*Attorneys for Defendant*
*Michael McMahon*