**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>HI JI,<br>LI MINJUN,<br>ZHU FENG,<br>　　also known as "Johnny Zhu,"<br>MICHAEL MCMAHON,<br>ZHENG CONGYING and<br>ZHU YONG,<br>　　also known as "Jason Zhu,<br><br>　　　　　　　Defendants. | Case No. 1:21-cr-00265 (FB)(RER)<br><br><br>**NOTICE OF APPEARANCE OF**<br>**GENNA A. CONTI** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of Defendant Michael McMahon in the above-entitled action and requests that all pleadings and other filings regarding this matter be served upon the undersigned attorney, at the office address listed below, and hereby further requests electronic notification of all papers filed with the Court by notice upon the following email address: gconti@gibbonslaw.com.

Dated: May 13, 2021　　　　　　　　　/s/ *Genna A. Conti*
　　　　Newark, New Jersey　　　　　　Genna A. Conti, Esq.
　　　　　　　　　　　　　　　　　　　**GIBBONS P.C.**
　　　　　　　　　　　　　　　　　　　One Gateway Center
　　　　　　　　　　　　　　　　　　　Newark, New Jersey 07102
　　　　　　　　　　　　　　　　　　　Tel: 973-596-4500
　　　　　　　　　　　　　　　　　　　Fax: 973-596-0545
　　　　　　　　　　　　　　　　　　　gconti@gibbonslaw.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　*Michael McMahon*