

Lawrence S. Lustberg
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4731 Fax: 973-639-6285
llustberg@gibbonslaw.com

June 23, 2021

**VIA ECF**

Honorable Pamela K. Chen, United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *United States v. McMahon, et al.*
                **Docket No. 21-cr-265**

Dear Judge Chen,

    As Your Honor is aware, this Firm, along with co-counsel, Brian Neary, represents Defendant Michael McMahon in the above-captioned matter. I write, on behalf of all parties, to confirm the adjournment of the status conference and CIPA conference, originally scheduled for June 29, 2021, until July 14, 2021 at 11:00 a.m. Please note that neither the Government nor any Defendant objects to the exclusion of time from June 29 through July 14, 2021 for Speedy Trial Act purposes.

    Of course, if Your Honor has any questions or concerns, please do not hesitate to contact me. Thank you very much for your very kind consideration of this matter and, in particular, for your flexibility in allowing this adjournment.

                                          Respectfully submitted,

                                          s/ Lawrence S. Lustberg
                                          Lawrence S. Lustberg

cc:    All counsel of record (via ECF)