

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH/JMH/EHS
F. #2017R00906

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 13, 2021

<u>By Email and FedEx</u>

Lawrence S. Lustberg
Genna A. Conti
Gibbons P.C.
1 Gateway Center
Newark, New Jersey 07102

Brian Neary
Court Plaza South
21 Main Street, Suite 305-A
Hackensack, New Jersey 07601

      Re:    <u>United States v. Michael McMahon</u>
              <u>Criminal Docket No. 21-265 (PKC)</u>

Dear Counsel:

      Enclosed please find additional discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, supplementing our productions dated May 5, May 25, and July 12, 2021. The government also requests reciprocal discovery from the defendant. Pursuant to Rule 16.1 of the Federal Rules of Criminal Procedure, the government remains available to confer further about pretrial discovery at a mutually convenient time.

      The materials provided with today's production are being provided subject to the protective order agreed to by the parties and entered by the Court on June 18, 2021. <u>See</u> ECF No. 70.

      The disc bearing Bates number MM-000561 consists of the contents of a electronic account associated with the defendant. These materials were obtained from Microsoft pursuant to a search warrant, the documentation of which has been previously provided to you. <u>See</u> MM-000177 through MM-000212.

      The disc is encrypted and the password will be provided to you under separate cover.

Future Discussions

   If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

   Please be advised that, pursuant to the policy of the Office concerning plea offers and negotiations, no plea offer is effective unless and until made in writing and signed by authorized representatives of the Office. In particular, any discussion regarding the pretrial disposition of a matter that is not reduced to writing and signed by authorized representatives of the Office cannot and does not constitute a "formal offer" or a "plea offer," as those terms are used in Lafler v. Cooper, 132 S. Ct. 1376 (2012), and Missouri v. Frye, 132 S. Ct. 1399 (2012).

            Very truly yours,

            JACQUELYN M. KASULIS
            Acting United States Attorney

      By:  /s/ J. Matthew Haggans
         Craig R. Heeren
         J. Matthew Haggans
         Ellen H. Sise
         Assistant U.S. Attorneys
         (718) 254-7000

Enclosure (via FedEx)
cc: Clerk of the Court (PKC) (by ECF) (without enclosures)