JMH:EHS
F.# 2017R00906

Clerk's Office
Filed Date: 7/30/2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF
NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

HU JI,
LI MINJUN,
TU LAN
ZHU FENG,
    also known as "Johnny Zhu,"
KUANG ZEBIN
    also known as "Vincent Kuang,"
MICHAEL MCMAHON,
ZHAI YONGQIANG,
ZHAI CONGYING and
ZHU YONG,
    also known as "Jason Zhu"

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

CR 21-265 (PKC)

Upon the application of JACQUELYN M. KASULIS, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney J. Matthew Haggans, for an order unsealing the superseding indictment (ECF No. 76) and arrest warrant for defendant Kuang Zebin (ECF No. 79) in the above-captioned matter.

WHEREFORE, it is ordered that the superseding indictment (ECF No. 76) and arrest warrant (ECF No. 79) in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
            July 30, 2021

                                          s/Sanket J. Bulsara
                                    THE HONORABLE SANKET J. BULSARA
                                    UNITED STATES MAGISTRATE JUDGE
                                    EASTERN DISTRICT OF NEW YORK