

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMH:EHS
F. #2017R00906

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 30, 2021

By E-mail

The Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Hu Ji et al.
                Criminal Docket No. 21-265 (PKC)

Dear Judge Bulsara:

      The government respectfully moves for an order unsealing the superseding indictment (ECF No. 76) and the arrest warrant for defendant Kuang Zebin (ECF No. 79) in the above-captioned matter.

                                     Respectfully submitted,

                                       JACQUELYN M. KASULIS
                                       Acting United States Attorney

                        By:        /s/
                                 J. Matthew Haggans
                                 Assistant U.S. Attorney
                                 (718) 254-6127

Enclosure

cc:    Clerk of Court (by ECF)