## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE  Bulsara                                    DATE : 7/30/2021

DOCKET NUMBER: 21cr265(PKC)                   WebEx # : 2:07-2:20 (Mandarin)
                                                                           and 2:43-3:40 (Cantonese)

DEFENDANT'S NAME :   Kuang Zebin
                    X   Present        ___ Not Present      x   Custody      ___ Bail

DEFENSE COUNSEL:    Michael Walsh
                    ___ Federal Defender     ___ CJA        X   Retained

A.U.S.A: Matthew Haggans                          CLERK:   Lewis Hugh

INTERPRETER : Patsy Ong                           (Language)   Chinese (Mandarin and Cantonese)

 X   Defendant arraigned on the : ___ indictment   x  superseding indictment   ___ probation violation

 x   Defendant pleads NOT GUILTY  to  counts 1-4.

___  DETENTION HEARING Held.     ___ Defendant's first appearance.

  x   Bond set at  $45,000          . Defendant  x  released  ___ held pending satisfaction of bond conditions.
  X   Defendant advised of bond conditions set by the Court and signed the bond.
  2   Sureties sworn, advised of bond obligations by the Court and signed the bond.
 ___  (Additional) surety/ies to co-sign bond by _____
 ___  After hearing, Court orders detention  in custody.  ___ Leave to reopen granted

___  Temporary Order of Detention Issued.  Bail Hearing set for _____

___  At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___  Order of Excludable Delay/Speedy Trial  entered.  Start_____ Stop _____

 X   Rule 5f warnings given to the Govt.    ___ Medical memo issued.

___  Defendant failed to appear, bench warrant issued.

 x   Status conference set for  9/27/2021  @   before Judge Chen

Other Rulings : PTS Officers Bianca Carter and Jada Gross also present. All parties appeared via video/teleconference. Retained counsel admitted pro hac vice just for the purposes of this arraignment and instructed to file a notice of appearance as soon as possible.