

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH/JMH/EHS  *271 Cadman Plaza East*
F. #2017R00906  *Brooklyn, New York 11201*

September 21, 2021

<u>By Email and USAFx</u>

Paul A. Goldberger
Renee Melinda Wong
c/o Goldberger & Dubin PC
401 Broadway, Suite 306
New York, New York 10013

      Re:    <u>United States v. Congying Zheng</u>
              <u>Criminal Docket No. 21-265 (PKC)</u>

Dear Counsel:

      Enclosed please find additional discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, supplementing our productions dated May 25, July 12, and August 5, 2021. The government also requests reciprocal discovery from the defendant. Pursuant to Rule 16.1 of the Federal Rules of Criminal Procedure, the government remains available to confer further about pretrial discovery at a mutually convenient time.

      The materials provided with today's production collectively bear Bates numbers CZ001852 through CZ002384. The materials are being provided subject to the protective order agreed to by the parties and entered by the Court on June 18, 2021. <u>See</u> ECF No. 70 ("the Protective Order"). The government considers certain of the materials produced today to constitute "sensitive discovery material" as that term is defined in the Protective Order. <u>See</u> Protective Order ¶¶ 7-9. Such materials have been separated within the production and have been individually endorsed with the legend "sensitive discovery material."

      Today's production will be delivered via the USAFx platform. We recommend that you download a copy of the production for your archives as soon as practicable. Please do not hesitate to contact us if you have any difficulty accessing or downloading the production.

| Description | Begin Bates | End Bates |
|---|---|---|
| Extended Stay America, Inc. records | CZ001852 | CZ001857 |
| Panera Bread Company records | CZ001858 | CZ001892 |
| Millburn Township Police records | CZ001893 | CZ001894 |
| Warren Township Police records | CZ001895 | CZ001897 |
| Oath Holdings, Inc. (Yahoo) data and records related to search warrant, docket no. 17-MJ-995 | CZ001898 | CZ002002 |
| Photographs from New Jersey residence, taken on or about September 5, 2018 | CZ002003 | CZ002007 |
| Documents found at a New Jersey residence, on or about September 5, 2018, and associated draft translations | CZ002008 | CZ002015 |
| Facebook Inc. messages sent by "Tony Lee" | CZ002016 | CZ002017 |
| Warren Township Police records | CZ002018 | CZ002022 |
| Surveillance footage from residence taken on or about September 4 and 5, 2018 | CZ002023 | CZ002024 |
| AT&T Corp. records and data related to search warrant, docket no. 18-MC-2514 | CZ002025 | CZ002032 |
| Copies of mailings sent to victims | CZ002033 | CZ002050 |
| Draft translations of mailings sent to victims | CZ002051 | CZ002192 |
| Facebook records and corresponding draft translation | CZ002193 | CZ002213 |
| Photographs of night vision goggles and associated materials | CZ002214 | CZ002225 |
| New Jersey Motor Vehicle Commission records | CZ002226 | CZ002339 |

| Description | Begin Bates | End Bates |
|---|---|---|
| FBI Laboratory Report | CZ002340 | CZ002342 |
| FBI Laboratory Report | CZ002343 | CZ002344 |
| FBI Laboratory Report | CZ002345 | CZ002346 |
| FBI Laboratory Report | CZ002347 | CZ002348 |
| FBI Laboratory Report | CZ002349 | CZ002355 |
| FBI Laboratory Report | CZ002356 | CZ002362 |
| FBI Laboratory Report | CZ002363 | CZ002372 |
| AT&T Corp. records and data related to search warrant, docket no. 18-MC-2514 | CZ002373 | CZ002373 |
| T-Mobile US, Inc. records and data related to search warrant, docket no. 19-MC-2941 | CZ002374 | CZ002374 |
| Lycamobile records and data related to search warrant, docket no. 19-MC-2941 | CZ002375 | CZ002375 |
| Verizon Wireless records and data related to search warrant, docket no. 19-MC-2941 | CZ002376 | CZ002376 |
| Select WeChat messages and corresponding draft translations | CZ002377 | CZ002380 |
| T-Mobile US, Inc. records and data related to search warrant, docket no. 18-MC-2514 | CZ002381 | CZ002381 |
| T-Mobile US, Inc. records and data related to search warrant, docket no. 19-MJ-694 | CZ002382 | CZ002382 |
| Surveillance footage from residence taken on or about September 4 and 5, 2018 | CZ002383 | CZ002383 |
| Oath, Inc. (AOL) records and data | CZ002384 | CZ002384 |

Future Discussions

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Please be advised that, pursuant to the policy of the Office concerning plea offers and negotiations, no plea offer is effective unless and until made in writing and signed by authorized representatives of the Office. In particular, any discussion regarding the pretrial disposition of a matter that is not reduced to writing and signed by authorized representatives of the Office cannot and does not constitute a "formal offer" or a "plea offer," as those terms are used in Lafler v. Cooper, 132 S. Ct. 1376 (2012), and Missouri v. Frye, 132 S. Ct. 1399 (2012).

> Very truly yours,
>
> JACQUELYN M. KASULIS
> Acting United States Attorney
>
> By:   /s/ J. Matthew Haggans
> Craig R. Heeren
> J. Matthew Haggans
> Ellen H. Sise
> Assistant U.S. Attorneys
> (718) 254-7000

Enclosures (via USAFx)
cc:   Clerk of the Court (PKC) (by ECF) (without enclosures)