

Genna A. Conti
Associate

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4563
gconti@gibbonslaw.com

October 4, 2021

**VIA ECF**
Honorable Pamela K. Chen, United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:** *United States v. McMahon, et al.*
            **Docket No. 21-cr-265**

Dear Judge Chen,

    As Your Honor is aware, this Firm, along with co-counsel, Brian Neary, represents Defendant Michael McMahon in the above-captioned matter. I write, with consent of the Government and Pretrial Services, to respectfully request the entry of the attached Proposed Order, to allow Mr. McMahon to travel to Downingtown, Pennsylvania from October 4, 2021 to October 5, 2021, October 14, 2021 to October 15, 2021, and November 18, 2021 to November 19, 2021, in connection with his employment as a Production Assistant at Knocking Inc., and to Burlington, Vermont from November 5, 2021 to November 7, 2021 for the purpose of attending a wedding.

    Of course, if Your Honor has any questions or concerns, please do not hesitate to contact me. Thank you very much for your very kind consideration of this matter.

                                      Respectfully submitted,

                                      s/ Genna A. Conti
                                      Genna A. Conti

cc:    All counsel of record (via ECF)