**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MICHAEL MCMAHON** | Case No. 1:21-cr-00265 (PKC)<br><br>**[PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE TO PERMIT TRAVEL** |

**THIS MATTER** having come before the Court upon the application of defendant Michael McMahon, by Gibbons P.C. (Lawrence S. Lustberg, Esq. and Genna A. Conti, Esq., appearing) and The Law Offices of Brian J. Neary (Brian J. Neary, Esq., appearing), and with the consent of the United States, by Jacquelyn M. Kasulis, Acting United States Attorney for the Eastern District of New York (Craig R. Heeren and J. Matthew Haggans, Assistant United States Attorneys, appearing) and of the United States Office of Pretrial Services (by Jeannine Quijije, U.S. Pretrial Services Officer); and for good cause shown:

**AS OF** October 4, 2021,

**IT IS SO ORDERED** that the Order Setting Conditions of Release for defendant Michael McMahon dated October 28, 2021, be and it hereby is modified to allow Mr. McMahon to travel, under the supervision of the United States Office of Pretrial Services, as follows:

    a.    to Downingtown, Pennsylvania from: October 4, 2021 to October 5, 2021, October 14, 2021 to October 15, 2021, and November 18, 2021 to November 19, 2021 in connection with his employment as a Production Assistant at Knocking Inc.; and,

    b.    to Burlington, Vermont from November 5, 2021 to November 7, 2021, for the purpose of attending a wedding.

**IT IS FURTHER ORDERED** that all other conditions of release previously imposed shall remain in full force and effect.

                                                                        _____

Honorable Pamela K. Chen
United States District Judge