

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CRH/JMH/EHS                    *271 Cadman Plaza East*
F. #2017R00906                  *Brooklyn, New York 11201*

November 2, 2021

By Email and USAFx

Lawrence S. Lustberg
Genna A. Conti
Gibbons P.C.
1 Gateway Center
Newark, New Jersey 07102

Brian Neary
Court Plaza South
21 Main Street, Suite 305-A
Hackensack, New Jersey 07601

   Re: United States v. Michael McMahon
     Criminal Docket No. 21-265 (PKC)

Dear Counsel:

   Enclosed please find the following additional discovery in accordance with the government's discovery obligations:

| Description | Begin Bates | End Bates |
|---|---|---|
| China Daily webpage | MM-002403 | MM-002403 |
| SMS and MMS messages | MM-002404 | MM-002420 |
| Citibank records | MM-002421 | MM-002625 |
| Discover Bank records | MM-002626 | MM-003011 |

| Description | Begin Bates | End Bates |
|---|---|---|
| Discover Bank records | MM-003012 | MM-003114 |
| Equifax records | MM-003115 | MM-003124 |
| GTA records | MM-003125 | MM-003218 |
| Guam Department of Revenue and Taxation records | MM-003219 | MM-003225 |
| Items shown to Michael McMahon on October 28, 2020 | MM-003226 | MM-003253 |
| JP Morgan Chase & Co. records | MM-003254 | MM-003866 |
| JP Morgan Chase & Co. records | MM-003867 | MM-004101 |
| Lycamobile records | MM-004102 | MM-004102 |
| New York State Department of Motor Vehicle records | MM-004103 | MM-004127 |
| Pinger records | MM-004128 | MM-004131 |
| Law enforcement records associated with Michael McMahon | MM-004142 | MM-004148 |
| Electronic Messages and Draft Translation | MM-004149 | MM-004165 |
| uShip records | MM-004166 | MM-004191 & MM-004246 |
| FBI Laboratory Report | MM-004192 | MM-004198 |
| FBI Laboratory Report | MM-004199 | MM-004204 |
| Facebook records | MM-004205 | MM-004208 |

| Description | Begin Bates | End Bates |
|---|---|---|
| Electronic Messages and Draft Translation | MM-004209 | MM-004209 |
| Electronic Messages and Draft Translation | MM-004210 | MM-004210 |
| Electronic Messages and Draft Translation | MM-004211 | MM-004211 |
| Electronic Messages and Draft Translation | MM-004212 | MM-004212 |
| Electronic Messages and Draft Translation | MM-004213 | MM-004213 |
| Electronic Messages and Draft Translation | MM-004214 | MM-004214 |
| Electronic Messages and Draft Translation | MM-004215 | MM-004215 |
| Yahoo! records | MM-004216 | MM-004216 |
| Yahoo! records | MM-004217 | MM-004217 |
| Apple records | MM-004218 | MM-004218 |
| Google records | MM-004219 | MM-004219 |
| T-Mobile records | MM-004220 | MM-004220 |
| Electronic communications associated with Michael McMahon | MM-004221 | MM-004221 |
| Apple records | MM-004222 | MM-004225 |
| Capital One Bank records | MM-004226 | MM-004226 |
| AT&T records and data | MM-004227 | MM-004227 |

| Description | Begin Bates | End Bates |
|---|---|---|
| eBay records | MM-004228 | MM-004228 |
| Paypal records | MM-004229 | MM-004229 |
| Google records | MM-004230 | MM-004230 |
| Google records | MM-004231 | MM-004231 |
| Lycamobile records | MM-004232 | MM-004232 |
| Microsoft records | MM-004233 | MM-004233 |
| Scottrade records | MM-004234 | MM-004234 |
| T-Mobile records | MM-004235 | MM-004235 |
| T-Mobile records | MM-004236 | MM-004236 |
| T-Mobile records | MM-004237 | MM-004237 |
| Photographs and video | MM-004238 | MM-004238 |
| Yahoo records | MM-004239 | MM-004239 |
| Yahoo records | MM-004240 | MM-004240 |
| T-Mobile records | MM-004241 | MM-004242 |
| T-Mobile records | MM-004242 | MM-004243 |
| Verizon records | MM-004243 | MM-004244 |

| Description | Begin Bates | End Bates |
|---|---|---|
| Audio recording | MM-004245 | MM-004245 |

The materials are being provided subject to the protective order agreed to by the parties and entered by the Court on June 18, 2021.  See ECF No. 70 ("the Protective Order"). The government considers certain of the materials produced today to constitute "sensitive discovery material" as that term is defined in the Protective Order, and has identified such materials accordingly.  See Protective Order ¶¶ 7-9.").  The government reiterates its request for reciprocal discovery from the defendant.

Very truly yours,

BREON PEACE
United States Attorney

By:    /s/ Craig R. Heeren_____
Craig R. Heeren
J. Matthew Haggans
Ellen H. Sise
Assistant U.S. Attorneys
(718) 254-7000

Enclosures (via USAFx)
cc:    Clerk of the Court (PKC) (by ECF) (without enclosures)