

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH/JMH/EHS
F. #2017R00906

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 3, 2021

<u>By Email, USAFx and FedEx</u>

Lawrence S. Lustberg
Genna A. Conti
Gibbons P.C.
1 Gateway Center
Newark, New Jersey 07102

Brian Neary
Court Plaza South
21 Main Street, Suite 305-A
Hackensack, New Jersey 07601

        Re:    United States v. Michael McMahon
                  <u>Criminal Docket No. 21-265 (PKC)</u>

Dear Counsel:

        Enclosed please find the following additional materials, which are being produced in accordance with the government's discovery obligations:

| Description | Begin Bates | End Bates |
|---|---|---|
| Interview of co-conspirator, dated April 12, 2017 | MM-004247 | MM-004248 |
| Interview of co-conspirator, dated April 12, 2017 | MM-004249 | MM-004263 |
| Interview of co-conspirator, dated April 12, 2017 | MM-004264 | MM-004265 |
| Statements made by the defendant on or about October 28, 2020 | MM-004266 | MM-004270 |
| Recordings of statements made by co-conspirator on or about October 28, 2020 | MM-004289 | MM-004289 |

| Description | Begin Bates | End Bates |
|---|---|---|
| Statements made by co-conspirator on or about October 28, 2020 | MM-004271 | MM-004280 |
| Statements made by co-conspirator on or about November 18, 2020 | MM-004281 | MM-004288 |
| Google data and records | MM-004290 | MM-004290 |
| Apple iCloud data and records[1] | MM-004291 | MM-004291 |

Due to the volume of data, we will be producing a portion of these materials via hard drive through the mail.

The materials are being provided subject to the protective order agreed to by the parties and entered by the Court on June 18, 2021.  See ECF No. 70 ("the Protective Order").  The government considers all of the materials produced today to constitute "sensitive discovery material" as that term is defined in the Protective Order, and has identified such materials accordingly.  See Protective Order ¶¶ 7-9.  The government reiterates its request for reciprocal discovery from the defendant.

Very truly yours,

BREON PEACE
United States Attorney

By:   /s/ Craig R. Heeren
      Craig R. Heeren
      J. Matthew Haggans
      Ellen H. Sise
      Assistant U.S. Attorneys
      (718) 254-7000

Enclosures (via USAFx)
cc:   Clerk of the Court (PKC) (by ECF) (without enclosures)

---

[1] Some of this data has been previously produced to you, and is being reproduced for your convenience.