# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HI JI,<br>LI MINJUN,<br>TU LAN,<br>ZHU FENG,<br>　　　also known as "Johnny Zhu,"<br>KUANG ZEBIN,<br>　　　also known as "Vincent Kuang,"<br>MICHAEL MCMAHON,<br>ZHAI YONGQIANG,<br>ZHENG CONGYING and<br>ZHU YONG,<br>　　　also known as "Jason Zhu,<br><br>　　　　　　Defendants. | Case No. 1:21-cr-00265 (PKC) (S-1)<br><br>**CERTIFICATION OF FILING<br>AND SERVICE**<br><br>*Filed Electronically* |

I, **LAWRENCE S. LUSTBERG**, of full age, hereby certify as follows:

　　1.　　I am an attorney at law admitted to practice before this Court and am a member of the firm Gibbons P.C., attorneys for Defendant Michael McMahon in the above-captioned matter.

　　2.　　On December 10, 2021, I caused Defendant's Notice of Motion to Dismiss Counts I, II, III, and IV of the Superseding Indictment and to Challenge Venue as to Counts II and IV of the Superseding Indictment, Brief in Support of Defendant Michael McMahon's Motion to Dismiss Counts I, II, III, and IV of the Superseding Indictment and to Challenge Venue as to Counts II and IV of the Superseding Indictment, a Proposed Order, and this Certificate of Service to be filed electronically with the Court and served upon all counsel of record.

I certify that all of the foregoing statements made by me are true. I am aware that if any of the foregoing statements by me are knowingly or intentionally false, I am subject to punishment.

Dated: December 10, 2021

Respectfully submitted,

s/Lawrence S. Lustberg
Lawrence S. Lustberg
Genna A. Conti
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel: (973) 596-4500
Fax: (973) 596-0545
llustberg@gibbonslaw.com

Brian J. Neary
**Law Offices of Brian J. Neary**
21 Main Street
Court Plaza South, Suite 305
Hackensack, New Jersey 07601
(973) 596-4500

*Attorneys for Defendant Michael McMahon*