

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

CRH/JMH/EHS
F. #2017R00906

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 14, 2022

<u>By Email and USAFx</u>

Kevin K. Tung
c/o Kevin Kerveng Tung PC
136-20 38th Avenue, Suite 3D
Flushing, New York 11354

      Re:    United States v. Yong Zhu
               <u>Criminal Docket No. 21-265 (PKC)</u>

Dear Counsel:

      Enclosed please find the following additional materials, which are being produced in accordance with the government's discovery obligations:

| Description | Begin Bates | End Bates |
|---|---|---|
| Media reports related to Operation Fox Hunt | YZ-004354 | YZ-004376 |
| Select records from previously produced search warrant returns | YZ-004377 | YZ-004532 |
| Facebook records and data | YZ-004533 | YZ-004541 |
| Facebook records and data | YZ-005118 | YZ-005118 |
| Facebook records and data | YZ-005119 | YZ-005119 |
| Capital One records | YZ-004542 | YZ-004720, YZ-005128 |
| TD Bank records | YZ-004721 | YZ-005117 |

| Description | Begin Bates | End Bates |
|---|---|---|
| AT&T records | YZ-005120 | YZ-005120 |
| AT&T records | YZ-005121 | YZ-005121 |
| Locus records | YZ-005122 | YZ-005122 |
| Verizon records | YZ-005123 | YZ-005123 |
| Google records | YZ-005124 | YZ-005124 |
| Google records | YZ-005125 | YZ-005125 |
| Forensic report of mobile device | YZ-005126 | YZ-005126 |
| Data from extraction of mobile device | YZ-005127 | YZ-005127 |

The materials are being provided subject to the protective order agreed to by the parties and entered by the Court on June 18, 2021. See ECF No. 70 ("the Protective Order"). The government considers the materials marked produced today that have been marked "SENSITIVE" to constitute "sensitive discovery material" as that term is defined in the Protective Order, and has identified such materials accordingly. See Protective Order ¶¶ 7-9. The government reiterates its request for reciprocal discovery from the defendant.

            Very truly yours,

            BREON PEACE
            United States Attorney

By:  /s/ Craig R. Heeren
    Craig R. Heeren
    J. Matthew Haggans
    Ellen H. Sise
    Assistant U.S. Attorneys
    (718) 254-7000

Enclosures (via USAFx)
cc: Clerk of the Court (PKC) (by ECF) (without enclosures)