IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 21-265 (PKC) |
| v. ) | |
| ) | HON. PAMELA K. CHEN |
| ) | |
| CONGYING ZHENG, ) | MOTION FOR MODIFICATION OF |
| ) | BOND AND CONDITIONS OF |
| Defendant. ) | RELEASE |

The undersigned PAUL A. GOLDBERGER, ESQ., affirms under penalty of perjury, that:

1. I represent defendant Congying Zheng in the above-captioned case.

2. At present, Mr. Zheng is subject to home confinement with work permission from Pre-trial Services.

3. Your Honor granted Mr. Zheng's Motion back in October of 2021, which allows him to work as a component installer and his working schedule is from Monday to Friday, 9am to 5:30pm.

4. I am writing of behalf of Mr. Zheng requesting to be put on curfew from 9am to 9pm Monday to Sunday.

5. I have conferred regarding this request with AUSA Matthew Haggans and Pre-trial Services (EMUnit), who indicate that they have no objection.

WHEREFORE, the Defendant respectfully moves this Court for an Order modifying the conditions of Mr. Zheng's pre-trial release so that he would be placed on curfew from 9am to 9pm, Monday to Friday at the discretion of the Pre-Trial Services.

Respectfully submitted,

Dated:   New York, New York           BY:   /s/_____
         March 1, 2022                       PAUL A. GOLDBERGER