

U.S. Department of Justice

United States Attorney
Eastern District of New York

271 Cadman Plaza East
Brooklyn, New York 11201

CRH
F. #2017R00906

March 11, 2022

By ECF

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Hu Ji, et al.
                  Criminal Docket No. 21-265 (S-1) (PKC)

Dear Judge Chen:

        The government hereby notifies the Court of its filing earlier today—via the Classified Information Security Officer—of a classified motion for a protective order pursuant to the Classified Information Procedures Act, Title 18, United States Code, Appendix III, Section 4, and Federal Rule of Criminal Procedure 16(d)(1), with related material. A copy of the motion's cover page, with markings removed, and a proposed order on the motion are enclosed.

                                    Respectfully submitted,

                                    BREON PEACE
                                    United States Attorney

              By:    /s/ Craig R. Heeren
                                    Craig R. Heeren
                                    J. Matthew Haggans
                                    Ellen H. Sise
                                    Assistant U.S. Attorneys
                                    (718) 254-7000

cc:    Counsel for Defendants (by ECF)
       Clerk of Court (PKC) (by ECF)