UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>YONG ZHU,<br><br>also known as "Jason Zhu,"<br><br>Defendant. | Case No. 21-265 (PKC)<br><br>HON. PAMELA K. CHEN<br><br>ORDER GRANTING DEFENDANT YONG ZHU'S MOTION FOR MODIFICATION OF BOND AND CONDITIONS OF RELEASE |

-----------------------------------------------------X

THIS MATTER having come before the Court upon the Motion For Modification of Bond and Conditions of Release for Defendant Yong Zhu by Kevin K. Tung, Esq. of the law firm of KEVIN KERVENG TUNG, P.C., and the Court having considered the submission of the parties and the arguments of counsel, and for good cause shown:

IT IS on this _____ day of April, 2022,

ORDERED that Defendant Yong Zhu's motion for modification of Bond and Conditions of Release is hereby granted;

ORDERED that Defendant Yong Zhu shall continue to be monitored by G.P.S. ankle monitoring and home confinement;

ORDERED that Defendant Yong Zhu is permitted to travel outside of his home between the hours of 9 a.m. through 9 p.m. each and every day, seven (7) days a week;

ORDERED that Defendant Yong Zhu shall observe curfew between the hours of 9 p.m. through 9 a.m. of the next day, each and every day, seven (7) days a week;

1

ORDERED that Defendant Yong Zhu shall be restricted from contacting or entering within a 200-feet radius of the Embassy or Consulate of the People's Republic of China or any other establishment controlled by the People' Republic of China.

ORDERED that all other bond and conditions of release shall remain in full force and effect.

Dated: April    , 2022

_____
Honorable Pamela K. Chen
United States District Judge