**Renee M. Wong, Esq.**
Attorney at Law
401 Broadway, suite 306
New York, New York 10013
(917) 701-0792 (Office)    (212) 966-0588 (Fax)
Email: Renee@Wonglaw.net

May 25, 2022

VIA ECF

Honorable Pamela K. Chen,
United States District Judge
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:  *United States v. Congying Zheng*
Docket No. 21-265 -PKC

Your Honor:

Please be reminded that Paul Goldberger and I represent Congying Zheng in the above-referenced indictment. This letter is in response to the Court's May 24, 2022 Order regarded scheduling an *ex parte* meeting with defense counsel.

First, counsel for Mr. Zheng wishes to meet in person with the Court individually. Secondly, defense counsel is unavailable on June 2nd or June 3rd. Mr. Goldberger and I are available on Thursday, June 9, 2022 at 10 A.M.

Respectfully submitted,

S/

Renee M. Wong, Esq.