# KEVIN KERVENG TUNG, P.C.
Attorneys and Counselors at Law

Writer's direct email:
Kevin K. Tung, Esq.
ktung@kktlawfirm.com
Admitted in NY and NJ

Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, New York 11354
Tel: (718) 939-4633
Fax: (718) 939-4468

www.kktlawfirm.com

May 31, 2022

**VIA ECF**
Honorable Pamela K. Chen
United States District Court Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Yong Zhu, Docket No. 21-265 (PKC)

Dear Honorable Chen:

The undersigned hereby respectfully confirms that the undersigned and our client Yong Zhu will appear for the *ex parte* meeting dated June 2nd, 2022 at 11:30 a.m. in person.

The undersigned hereby respectfully requests to arrange a Mandarin Chinese interpreter for Yong Zhu for the above mentioned *ex parte* meeting.

Very truly yours,

*/s/ Kevin K. Tung*

Kevin K. Tung