**GOLDBERGER & DUBIN, P.C.**

ATTORNEYS AT LAW
401 BROADWAY, NEW YORK, NY 10013
(212) 431-9380
FAX (212) 966-0588
E-MAIL: GND401@AOL.COM
www.goldbergerdubin.com

PAUL A. GOLDBERGER†
LAWRENCE A. DUBIN†*
EDGAR L. FANKBONNER†

†MEMBER OF NY BAR
*MEMBER OF NJ BAR

May 31, 2022

VIA ECF

Honorable Pamela K. Chen, USDJ
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                     Re:    *United States v. Congying Zheng*
                              Docket No. 21-265 -PKC

Your Honor:

       Please be reminded that Renee M. Wong and I represent Congying Zheng in the above-referenced indictment. This letter is in response to the Court's May 28, 2022, Order regarded the Defendant's presence at the meeting scheduled for June 9th at 10 A.M.

       Defendant Congying Zheng will not be present at this meeting.

                                                    Respectfully submitted,

                                                    Paul A. Goldberger, Esq.

PAG/aw