# GOLDBERGER & DUBIN, P.C.
ATTORNEYS AT LAW
401 BROADWAY, STE 306, NEW YORK, NY 10013
(212) 431-9380
FAX (212) 966-0588
E-MAIL: GND401@AOL.COM
www.goldbergerdubin.com

PAUL A. GOLDBERGER ∗
LAWRENCE A. DUBIN ∗§
EDGAR L. FANKBONNER ∗

∗ MEMBER OF NY BAR
§ MEMBER OF NJ BAR

June 7, 2022

<u>VIA ECF</u>

Honorable Pamela K. Chen
United States District Judge
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                                    RE:    *United States v. Congying Zheng*
                                              Docket No. 21-265 -PKC

Your Honor:

      Our firm and attorney Renee M. Wong represent Mr. Congying Zheng in the above-referenced case. A meeting is currently scheduled for court on June 9, 2022 before Your Honor.

      I am writing to request an adjournment of this meeting for personal reasons.

      I have spoken to AUSA Matthew Haggans who consents to this request.

      I appreciate that the court reschedule this meeting to one of the following days, June 20, 27, 28, 29, 2022.

      Thank you for your consideration.

                                                        Respectfully submitted,

                                                        <u>/s/Paul A. Goldberger</u>
                                                        Paul A. Goldberger, Esq,