# Exhibit 1

| | |
|---|---|
| From: | Transperfect Language Services <transperfectny@gmail.com> |
| Sent time: | 10/05/2016 05:12:33 PM |
| To: | Investigative <mike@mcmahoninvestigativegroup.com> |
| Subject: | Re: Investigation |

Sorry Mike, I forgot to indicate       's gender,        is a gentleman who owned a lot of money from Mr. Jason Zhu.  Instead of repaying the money he owned, Mr.      chose to run away, and that's why Mr. Zhu needs to find where does        live and other relate information. Mr. Zhu said there's no attorneys involved. Photos are required.


On Wed, Oct 5, 2016 at 4:58 PM, Investigative <mike@mcmahoninvestigativegroup.com> wrote:
> Emily,
>
> Yes I have received the check today. I can start tomorrow. I just kneed to know if you have more information on         .
> Date of birth social security number last known address etc.
> I also need the reason he needs information on her? I need to know what the case is about and what he would like to accomplish by investigating her? Is there a lawyer involved ?
> Mike
>
> On Oct 5, 2016, at 4:37 PM, Transperfect Language Services <transperfectny@gmail.com> wrote:
>
>> Hi Mike,
>>
>>     Mr. Jason Zhu has sent me the following information on        , one in word, the other in PDF. Mr. Zhu would like to know if you have received the payment or can you start to work on the case immediately.
>>
>>
>>          's parents will leave the states on October 06 (10/06/2016) at 11:55 am from Newark Airport. The flight No. is ua89. Mr. Zhu would like to  any information on        if you can track the person who accompanies        's parents to the airport. Thank you!
>>
>>
>> Sincerely,
>>
>> **Emily Hsu**
>>
>> **Transperfect Language Services Inc.**
>> **136-21 Roosevelt Ave #210**
>> **Flushing, NY 11354**
>> **Tel: (646)961-5658**
>> transperfectny@gmail.com
>>
>> *CONFIDENTIALITY STATEMENT : This email, including any attachments thereto, is intended only for use by the addressee(s) named above and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify the sender and permanently delete the original copy, any copy of that email, and any printed version.*
>>
>>
>> On Thu, Sep 29, 2016 at 4:27 PM, Investigative <mike@mcmahoninvestigativegroup.com> wrote:
>>> Ok

On Sep 29, 2016, at 4:20 PM, Transperfect Language Services <transperfectny@gmail.com> wrote:

> Mr. Jason Zhu will send me his specific request on         later today or tomorrow.
>
> On Thu, Sep 29, 2016 at 3:49 PM, Transperfect Language Services <transperfectny@gmail.com> wrote:
>> Hi Mike,
>>
>>    Mr. Jason Zhu has signed retainer agreement although his signature appeared to be a bit of off from the correct spot. He's gonna wire us the money, and I will send you the retainer fee by the time we receive his payment. Thanks.
>>
>> Sincerely,
>>
>> **Emily Hsu**
>>
>> **Transperfect Language Services Inc.**
>> **136-21 Roosevelt Ave #210**
>> **Flushing, NY 11354**
>> **Tel: (646)961-5658**
>> **transperfectny@gmail.com**
>>
>> *CONFIDENTIALITY STATEMENT : This email, including any attachments thereto, is intended only for use by the addressee(s) named above and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify the sender and permanently delete the original copy, any copy of that email, and any printed version.*
>>
>>
>> On Wed, Sep 28, 2016 at 10:19 PM, Investigative <mike@mcmahoninvestigativegroup.com> wrote:
>>>                @gmail.com
>>> Pay pal Profile name is
>>>
>>> They can use my assistants email. Listed above.
>>>
>>> On Sep 28, 2016, at 4:37 PM, Transperfect Language Services <transperfectny@gmail.com> wrote:
>>>
>>>> Hi Mike,
>>>>
>>>>    This client of mine would like to know if she can pay you the retainer fee with wire transfer.
>>>>
>>>> Thank you!
>>>>
>>>> **Emily Hsu**
>>>>
>>>> **Transperfect Language Services Inc.**
>>>> **136-21 Roosevelt Ave #210**
>>>> **Flushing, NY 11354**
>>>> **Tel: (646)961-5658**

transperfectny@gmail.com

*CONFIDENTIALITY STATEMENT: This email, including any attachments thereto, is intended only for use by the addressee(s) named above and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify the sender and permanently delete the original copy, any copy of that email, and any printed version.*

On Tue, Sep 27, 2016 at 4:34 PM, Transperfect Language Services <transperfectny@gmail.com> wrote:

> Thanks Mike!
>
> On Tue, Sep 27, 2016 at 3:58 PM, <mike@mcmahoninvestigativegroup.com> wrote:
>
>> Hi Emily,
>>
>> Enclosed is my retainer fee agreement. I usually obtain a retainer fee of $5,000 per case to protect my self and my company. A lesser amount will be considered depending on the case. At this point I still don't know what the case is about.
>> If surveillance is involved our company will do its best to provide you and your client with photograph and video confirmation. This work is sometimes very difficult and therefore cannot be guaranted.  I hope I have answered your questions.
>>
>> Mike
>>
>> MCMAHON INVESTIGATIVE GROUP
>> PO BOX 23
>> WALDWICK,NJ 07463
>> 914 450 9169
>> MCMAHONINVESTIGATIVEGROUP.COM
>> Licensed in NY and NJ
>>
>>
>>> --------_Original_Message_--------
>>> Subject: Re: Investigation
>>> From: Transperfect Language Services <transperfectny@gmail.com>
>>> Date: Tue, September 27, 2016 3:41 pm
>>> To: Investigative <mike@mcmahoninvestigativegroup.com>
>>>
>>> Hi Michael,
>>>
>>> Can you please send me the general terms and policy of your contract, so I can explain everything to this female client of mine. The lady who plans to hire you probably has been through a lot, so now she takes extra precaution on every decision she's about to made. She would like to know more about your end of responsibility before sending you her personal information and everything.
>>>
>>> Thank you,
>>>
>>> **Emily Hsu**
>>> **Transperfect Language Services Inc.**
>>> **136-21 Roosevelt Ave #210**

Flushing, NY 11354
Tel: (646)961-5658
transperfectny@gmail.com
*CONFIDENTIALITY STATEMENT: This email, including any attachments thereto, is intended only for use by the addressee(s) named above and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify the sender and permanently delete the original copy, any copy of that email, and any printed version.*

On Mon, Sep 26, 2016 at 12:55 PM, Investigative <mike@mcmahoninvestigativegroup.com> wrote:
> Ok Thanks Emily
>
> On Sep 26, 2016, at 12:52 PM, Transperfect Language Services <transperfectny@gmail.com> wrote:
>
>> Hi Michael,
>>
>>     My name is Emily Hsu, I'm with Transperfect Language Services, Inc. (aka. Transaccurate Language Services, Inc.) and we spoke over the phone this past Saturday. Our company provides Chinese and English translation/interpretation services. One of our client needs to hire a private investigator and she found your information through internet; she doesn't speak English at all so she asked us to contact you. I will send you more information once I get updates. Thank you!
>>
>> Sincerely,
>>
>> **Emily Hsu**
>> **Transperfect Language Services Inc.**
>> **136-21 Roosevelt Ave #210**
>> **Flushing, NY 11354**
>> **Tel: (646)961-5658**
>> **transperfectny@gmail.com**
>> *CONFIDENTIALITY STATEMENT: This email, including any attachments thereto, is intended only for use by the addressee(s) named above and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify the sender and permanently delete the original copy, any copy of that email, and any printed version.*
>>
>> On Sat, Sep 24, 2016 at 5:27 PM, Investigative <mike@mcmahoninvestigativegroup.com> wrote:
>>> Thanks for your inquiry. I need the following information before we can get started.
>>>
>>> 1. Name , phone number and address of client

Defendant McMahon - 000363

2. Name , phone number and address of law firm or company hired by the client

3. What the client hopes to accomplish by conducting the investigation? And what type of investigation is needed?

4. What type of company is trans perfect NY?

5 How were you referred to my company?

Thanks Mike

McMahon Investigative Group
914 450 9169

&lt;Detailed Inf. on        .doc&gt;

&lt;Detailed Inf. on        .pdf&gt;

Defendant McMahon - 000364