# Exhibit 3

**Erics Friend From China** >

> Is the town match up his fathers description which has lot of Asians?

> > Upper class area , not sure of racial breakdown

> > Expensive homes

> > I sent photos to email

> Nice work I'm sending to the company where u and ur dude at right now

> > What does that mean? Is that him?

> Idk I never meet him in person have to send to Eric see what he thinks

> R u still there?

> Would u able to get the

Defendant McMahon - 000868