# Exhibit 4

**Erics Friend From China** >

> Ok

Apr 8, 2017, 4:41 PM

> Sent email on jlifetime

What did u say in the email

> I sent a report of the company named JLifetime

Ok mc I spoke with my company last nite they want u to monitor on Monday but with one person. I haven't get reply from invoice yet. I think they are okay

with it. Can you start on Monday first and I will come to ur office by Tuesday

Defendant McMahon - 000877