# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>HI JI,<br>LI MINJUN,<br>TU LAN,<br>ZHU FENG,<br>        also known as "Johnny Zhu,"<br>KUANG ZEBIN,<br>        also known as "Vincent Kuang,"<br>MICHAEL MCMAHON,<br>ZHAI YONGQIANG,<br>ZHENG CONGYING and<br>ZHU YONG,<br>        also known as "Jason Zhu,<br><br>                    Defendants. | Case No. 1:21-cr-00265 (PKC) (S-1)<br><br>**CERTIFICATION OF FILING AND SERVICE**<br><br>*Filed Electronically* |

I, **GENNA A. CONTI**, of full age, hereby certify as follows:

1. I am an attorney at law admitted to practice before this Court and am a member of the firm Gibbons P.C., attorneys for Defendant Michael McMahon in the above-captioned matter.

2. On August 8, 2022, I caused Defendant's Notice of Motion For Discovery and an Evidentiary Hearing Regarding Prosecutorial Misconduct, Brief in Support of Defendant Michael McMahon's Motion For Discovery and an Evidentiary Hearing Regarding Prosecutorial Misconduct; Certification of Lawrence S. Lustberg and accompanying exhibits; Certification of Defendant Michael McMahon; Certification of Mary Martha McMahon; Certification of Michael T. McMahon; a Proposed Order; and this Certificate of Service to be filed electronically with the Court and served upon all counsel of record by ECF.

I certify that all of the foregoing statements made by me are true. I am aware that if any of the foregoing statements by me are knowingly or intentionally false, I am subject to punishment.

| | |
|---|---|
| Dated: August 8, 2022 | Respectfully submitted,<br><br>s/Genna A. Conti<br>Genna A. Conti<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102<br>Tel: (973) 596-4500<br>Fax: (973) 596-0545<br>gconti@gibbonslaw.com<br><br>*Attorneys for Defendant Michael McMahon* |