UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                        21-CR-265 (PKC) (S-1)

HU JI, et al.,
                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

### NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Assistant United States Attorney Meredith A. Arfa from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Assistant U.S. Attorney Meredith A. Arfa
        United States Attorney's Office (Criminal Division)
        271A Cadman Plaza East
        Brooklyn, New York 11201
        (718) 254-6025
        meredith.arfa@usdoj.gov

In addition, the Clerk of the Court respectfully is requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Meredith A. Arfa at the email address set forth above.

Dated:   Brooklyn, New York
        March 13, 2023

Respectfully submitted,

BREON PEACE
United States Attorney

By:   /s/ Meredith A. Arfa
      Meredith A. Arfa
      Assistant U.S. Attorney

cc:   Clerk of the Court (PKC)