UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

HU JI,
LI MINJUN,
TU LAN,
ZHU FENG,                                                   No. 21-CR-265 (PKC)
    also known as "Johnny Zhu,"
KUANG ZEBIN,
MICHAEL MCMAHON,
ZHAI YONGQIANG
ZHENG CONGYING and
ZHU YONG,
    also known as "Jason Zhu,"

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Irisa Chen from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Irisa Chen
    United States Attorney's Office (Criminal Division)
    271-A Cadman Plaza East
    Brooklyn, New York 11201
    Tel:  (718) 254-6124
    Fax:  (718) 254-6481
    Email: Irisa.Chen@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Irisa Chen at the email address set forth above.

Dated:   Brooklyn, New York
        March 14, 2023

                                            Respectfully submitted,

                                            BREON PEACE
                                            United States Attorney

                            By:    /s/ Irisa Chen
                                            Irisa Chen
                                            Assistant U.S. Attorney

cc:   Clerk of the Court (PKC)