SECRET

## Certificate of Service

I hereby certify that on this 24th day of March, 2023, I filed the foregoing CIPA notice by hand with the Classified Information Security Officer. Pursuant to the Protective Order, the Classified Information Security Officer will deliver the foregoing to the Court and to counsel for the United States:

Craig R. Heeren
United States Attorney's Office
271 Cadman Plaza East
Brooklyn, New York 11201

Ellen Hanley Sise
DOJ-USAO
U.S. Attorney's Office, Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Matthew Haggans
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Meredith Ashley Arfa
DOJ-USAO
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Scott Andrew Claffee
DOJ-NSD
National Security Division
Counterintelligence & Export Control Section
950 Pennsylvania Avenue NW
Washington, DC 20530

Irisa Chen
EDNY-USAO
271-A Cadman Plaza East
Brooklyn, New York 11201

SECRET

Dated: New York, New York
March 24, 2023

                                                        Respectfully submitted,

                                                   /s/Renee Wong
Renee M. Wong
EDNY Bar No. 7788
Attorney for Defendant
Congying Zheng
Email: Renee@WongLaw.net
401 Broadway, Suite 306
New York, New York
Tel: (917) 701-0792