# RENEE M. WONG, ESQ.

Attorney at Law
401 Broadway, suite 306
New York, New York 10013
(917) 701-0792
(212) 966-0588
Email: Renee@Wonglaw.net

March 27, 2023

<u>*VIA ECF*</u>

Honorable Pamela K. Chen
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:   *United States v. McMahon, et al.*
                  Docket No. 21-265

Your Honor:

      Please be advised that the defendant, Congying Zheng consents to jury selection before a Magistrate Judge.

      Thank you.

                                                  Respectfully submitted,

                                                  S/

                                                  Renee M. Wong, Esq.