# KEVIN KERVENG TUNG, P.C.
Attorneys and Counselors at Law

Writer's direct email:
Kevin K. Tung, Esq.
ktung@kktlawfirm.com
Admitted in NY and NJ

Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, New York 11354
Tel: (718) 939-4633
Fax: (718) 939-4468

www.kktlawfirm.com

March 30, 2023

**VIA ECF**
Honorable Pamela K. Chen
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. McMahon, et al.
    Docket No.21-265

Dear Honorable Pamela K. Chen:

    As you know, we are the counsel for the defendant, Yong Zhu. Defendant, Yong Zhu, consents to jury selection before a Magistrate Judge.

Very truly yours,

Kevin K. Tung