AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 1:21-cr-00265

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* __Liping Shi__
was received by me on *(date)* __3-31-2023__

☒ I served the subpoena by delivering a copy to the named person as follows: __Liping Shi at her office located at 36-09 Main Street, Suite 9B Flushing, New York 11354__ on *(date)* __3-31-2023__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ __40.00__ .

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __3-31-2023__

__Yufeng Tang__
*Server's signature*

__Yufeng Tang    law clerk__
*Printed name and title*

*Server's address*
__136-20 38th Ave, Suite 3D
Flushing, NY 11354__

Additional information regarding attempted service, etc: