IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal Docket No. 21-265 (PKC) |
| ) | |
| v. ) | |
| ) | Filed Under Seal with Classified |
| CONGYING ZHENG, ) | Information |
| ) | Security Officer |
| Defendant. ) | |

### Certificate of Service

I hereby certify that on this 10th day of April, 2023, I filed the foregoing CIPA notice by hand with the Classified Information Security Officer. Pursuant to the Protective Order, the Classified Information Security Officer will deliver the foregoing to the Court and to counsel for the United States:

Craig R. Heeren
United States Attorney's Office
271 Cadman Plaza East
Brooklyn, New York 11201

Ellen Hanley Sise
DOJ-USAO
U.S. Attorney's Office, Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Matthew Haggans
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Meredith Ashley Arfa
DOJ-USAO
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Scott Andrew Claffee
DOJ-NSD
National Security Division
Counterintelligence & Export Control Section
950 Pennsylvania Avenue NW
Washington, DC 20530

Irisa Chen
EDNY-USAO
271-A Cadman Plaza East
Brooklyn, New York 11201

                                                  Respectfully submitted,

                                                  /s/ Renee Wong
                                                  Renee M. Wong
                                                  EDNY Bar No. 7788
                                                  Attorney for Defendant
                                                  *Congying Zheng*
                                                  Renee@WongLaw.net
                                                  401 Broadway, Suite 306
                                                  New York, New York
                                                  (917) 701-0792