

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH/MAA/IC
F. #2017R00906

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 11, 2023

<u>By ECF</u>

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Hu Ji, et al.</u>
                 <u>Criminal Docket No. 21-265 (S-1) (PKC)</u>

Dear Judge Chen:

      The government respectfully submits this letter to document that, on April 4, 2023, the government submitted a sealed letter to the Court and to relevant defense counsel—via the Classified Information Security Officer—in response to a notice by the defendant pursuant to Section 5 of the Classified Information Procedures Act ("CIPA"), Title 18, United States Code, Appendix III.

                             Respectfully submitted,

                             BREON PEACE
                             United States Attorney

               By:    <u>/s/Craig R. Heeren</u>
                           Craig R. Heeren
                           Meredith A. Arfa
                           Irisa Chen
                           Assistant U.S. Attorneys
                           (718) 254-7000

cc:    Counsel for Defendants (by ECF)
       Clerk of Court (PKC) (by ECF)