

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH/MAA/IC
F. #2017R00906

271 Cadman Plaza East
Brooklyn, New York 11201

April 17, 2023

By ECF

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Congying Zheng
      Criminal Docket No. 21-265 (S-1) (PKC)

Dear Judge Chen:

  The government respectfully submits this letter to document that, on April 17, 2023, the government submitted a sealed brief to the Court and to relevant defense counsel—via the Classified Information Security Officer—in response to a motion by the defendant pursuant to Section 6(a) of the Classified Information Procedures Act ("CIPA"), Title 18, United States Code, Appendix III. An unclassified copy of the title page is attached hereto.

  As further discussed in the brief, the government respectfully requests that the hearing on this motion, scheduled for April 26, 2023 at 11:00 am, be held <u>in camera</u> in all respects, and all transcripts be sealed, as permitted by CIPA Section 6(a) and 6(d).

            Respectfully submitted,

            BREON PEACE
            United States Attorney

      By:  /s/Craig R. Heeren
           Craig R. Heeren
           Meredith A. Arfa
           Irisa Chen
           Assistant U.S. Attorneys
           (718) 254-7000

cc: Counsel for Defendants (by ECF)
   Clerk of Court (PKC) (by ECF)

CRH/MAA
F. #2017R00906

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

v.

CONGYING ZHENG,

　　　　Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

<u>FILED IN CAMERA AND
UNDER SEAL</u>

21-CR-265 (PKC) (S-1)

GOVERNMENT'S OPPOSITION TO DEFENDANT CONGYING ZHENG'S MOTION
PURSUANT TO SECTION 6 OF THE CLASSIFIED INFORMATION PROCEDURES ACT

BREON PEACE
United States Attorney
Eastern District of New York

CRAIG R. HEEREN
MEREDITH A. ARFA
Assistant U.S. Attorneys
　　(Of Counsel)

JENNIFER KENNEDY GELLIE
Acting Chief, Counterintelligence
　　and Export Control Section (CES)
National Security Division
U.S. Department of Justice

CHRISTINE BONOMO
Trial Attorney, CES