# KEVIN KERVENG TUNG, P.C.
Attorneys and Counselors at Law

Writer's direct email:
Kevin K. Tung, Esq.
ktung@kktlawfirm.com
Admitted in NY and NJ

Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, New York 11354
Tel: (718) 939-4633
Fax: (718) 939-4468

www.kktlawfirm.com

April 20, 2023

**VIA ECF**
Honorable Pamela K. Chen
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. McMahon, et al.
      Docket No. 21-265

Dear Honorable Pamela K. Chen:

    As you know, we are the counsels for the defendant, Yong Zhu. We were directed by the Court to file the affidavit of Zhu Yong together with video recording no later than April 20, 2023.

    We filed the affidavit of Zhu Yong this afternoon. However, my law clerk could not file the video recording through ECF. He contacted the clerk's office and he was told video recording should be sent to the Chamber directly. My law clerk came to the Court immediately. By the time he arrived the Court, he was told that Court was closed.

    For this reason, we respectfully request an extension of time to deliver the video recording until tomorrow, April 21, 2023. Thank you for your consideration in this matter

Very truly yours,

Kevin K. Tung