# KEVIN KERVENG TUNG, P.C.
Attorneys and Counselors at Law

Writer's direct email:
Kevin K. Tung, Esq.
ktung@kktlawfirm.com
Admitted in NY and NJ

Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, New York 11354
Tel: (718) 939-4633
Fax: (718) 939-4468

www.kktlawfirm.com

April 21, 2023

**VIA ECF**

Honorable Pamela K. Chen
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     United States v. McMahon, et al.
        Docket No. 21-265

Dear Honorable Pamela K. Chen:

    As you know, we are the counsels for the defendant, Yong Zhu.  The Court granted our motion for extension of time to file the video recording referenced in the Defendant Yong Zhu's motion to suppress evidence.  This letter shall confirm that the said video recording was submitted to Court today.

    Should you have any question, feel free to contact the undersigned.

Very truly yours,

Kevin K. Tung