UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

       - against -

HU JI, et al.,

       Defendants.

-------------------------------------------------------x

**MEMORANDUM & ORDER**
21-CR-265 (PKC) (S-1)

PAMELA K. CHEN, United States District Judge:

On March 24, 2023, Defendant Chongying Zheng filed a notice pursuant to Classified Information Procedures Act ("CIPA") § 5 stating his intent to disclose classified information at the upcoming jury trial scheduled in this case. Upon request by the Government, the Court held a hearing pursuant to § 6 of CIPA to determine the "use, relevance, or admissibility" of the classified information contained in Defendant Zheng's CIPA § 5 Notice. 18 U.S.C. app. 3 § 6. As required by CIPA §§ 6(a) and (d), this proceeding was conducted *in camera* with the relevant parties and the transcript from the proceeding is sealed.

For the reasons discussed more fully during the hearing, the Court finds that the classified information contained in Defendant Zheng's CIPA § 5 Notice is inadmissible hearsay of minimal probative value. Therefore, Defendant Zheng will be precluded from offering such information at trial.

                           SO ORDERED.

                           /s/ Pamela K. Chen
                           PAMELA K. CHEN
                           United States District Judge

Dated: April 27, 2023
       Brooklyn, New York