

Lawrence S. Lustberg
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4731 Fax: 973-639-6285
llustberg@gibbonslaw.com

May 1, 2023

**VIA ECF**
Honorable Pamela K. Chen, United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *United States v. McMahon, et al.*
             **Docket No. 21-cr-265**

Dear Judge Chen:

    As Your Honor is aware, this Firm represents defendant Michael McMahon in the above-captioned matter. Please be advised that at the present time, Mr. McMahon does not propose any instructions in addition to those requested by the Government. Of course, Mr. McMahon reserves his right to request jury instructions at the appropriate time, should issues arise that require that he do so.

    That said, Mr. McMahon is in receipt of the Government's proposed instructions and, as he has informed the Government, objects to certain language in Government Requests 2, 5, 7, 14, 15, 16, 17, 18, 19, 20 and 22. In addition, Mr. McMahon proposed certain additional language in Government Requests 14, 16, 18 and 19, which the Government declined to include; Mr. McMahon objects to those instructions on that basis as well. Mr. McMahon will, of course, be prepared to argue his position with regard to these jury instruction at the appropriate time during trial, or whenever Your Honor wishes.

    Thank you for your kind consideration of this matter.

                                Respectfully submitted,

                                s/ Lawrence Lustberg
                                Lawrence S. Lustberg

cc: All counsel of record (via ECF)