UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

      - against -                                                                No. 21-CR-265 (S-1) (PKC)

HU JI,
LI MINJUN,
TU LAN,
ZHU FENG,
      also known as "Johnny Zhu,"
KUANG ZEBIN,
MICHAEL MCMAHON,
ZHAI YONGQIANG,
ZHENG CONGYING and
ZHU YONG,
      also known as "Jason Zhu,"

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Christine A. Bonomo, Trial Attorney in the National Security Division, from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

      Christine A. Bonomo
      Trial Attorney, National Security Division
      950 Pennsylvania Avenue NW
      Washington, DC 20530
      Tel: 202-514-0313
      Email: Christine.Bonomo@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Trial Attorney Christine A. Bonomo at the email address set forth above.

Dated:   Brooklyn, New York
　　　　 May 2, 2023

　　　　　　　　　　　　　　　　　　　BREON PEACE
　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　Eastern District of New York

　　　　　　　　　　　　　　　By:　　/s/_____
　　　　　　　　　　　　　　　　　　　Christine A. Bonomo
　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　National Security Division
　　　　　　　　　　　　　　　　　　　U.S. Department of Justice

cc:　　　　Clerk of Court (PKC)