The Honorable Pamela K. Chen
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Hu Ji, et el., No. 21-CR-265

Dear Judge Chen:

    I am writing this letter to inform the Court of my inability to bear the travel expenses for myself and my counsel to attend the deposition scheduled in the above-referenced case. As required by Fed. R. Crim. P. 15(d), I am providing the reasons for my inability to cover these expenses and respectfully request that the government cover reasonable travel and subsistence expenses for both myself and my defense counsel, as well as the costs of the deposition transcript.

    I am a retired individual with a monthly pension of $280 and no other stable source of income. The travel expenses required to attend the deposition in California are substantial and would impose a significant financial burden on me. If I were to bear these costs, it would create considerable economic hardship and further strain my already limited resources.

    In light of the above reason, I respectfully request that the Court consider my financial situation and order the government to pay for the aforementioned expenses. I am committed to attending the deposition and ensuring a fair and just legal process.

    Sincerely,

Zhu Yong

Dated: 5/8/2023

Flushing, New York