

Lawrence S. Lustberg
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4731 Fax: 973-639-6285
llustberg@gibbonslaw.com

May 26, 2023

**VIA ECF**
Honorable Pamela K. Chen, United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    ***United States v. McMahon, et al.***
              **Docket No. 21-cr-265**

Dear Judge Chen:

    As Your Honor is aware, this Firm represents defendant Michael McMahon in the above-captioned matter.

    Defendant Michael McMahon does not intend, at the present time, to call any witnesses not included on the Government's witness list and accordingly does not here provide a witness list. He does, however, reserve the right to call any witnesses on that list whom the Government determines not to call; he also reserves the right to supplement this submission as circumstances warrant at trial.

    Thank you for your kind consideration of this matter.

                                   Respectfully submitted,

                                   s/ Lawrence Lustberg
                                   Lawrence S. Lustberg

cc: All counsel of record (via ECF)