# KEVIN KERVENG TUNG, P.C.
Attorneys and Counselors at Law

Writer's direct email:
Kevin K. Tung, Esq.
ktung@kktlawfirm.com
Admitted in NY and NJ

Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, New York 11354
Tel: (718) 939-4633
Fax: (718) 939-4468

www.kktlawfirm.com

April 20, 2023

**VIA ECF**
Honorable Pamela K. Chen
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. McMahon, et al.
      Docket No. 21-265

Dear Honorable Pamela K. Chen:

    As you know, we are the counsels for the defendant, Yong Zhu. We would like to have the permission to introduce the section of the Yong Zhu video recording at the time of his arrest (Government Exhibit #0703) starting at 10:49 through 10:51 during the trial pursuant to rule of completeness.

    Your consideration in this matter is greatly appreciated.

Very truly yours,

Kevin K. Tung