## Re: TRIAL PREPARATION - USA v. McMahon et al, 1:21-cr-00265-PKC

From: Kevin Tung (ktung@kktlawfirm.com)

To: llustberg@gibbonslaw.com; renee@wonglaw.net; gnd401@aol.com; gconti@gibbonslaw.com; irisa.chen@usdoj.gov; meredith.arfa@usdoj.gov; craig.heeren@usdoj.gov; christine.bonomo@usdoj.gov; fida_abdallah@nyed.uscourts.gov

Date: Wednesday, May 31, 2023 at 10:55 PM EDT


Fida:

The attached is the sections of the video recording of defendant Yong Zhu that the defendant Yong Zhu reserves the right to show for the purposes of completeness of the video recording introduced by government.

Kevin K. Tung, Esq.
Super Lawyer for the Years 2021, 2022, and 2023
Rated By Thomson Reuters

KEVIN KERVENG TUNG, P.C.
Attorneys At Law
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, New York 11354
(718) 939-4633

This message is intended for the use of the designated recipient(s) only. They may contain confidential, privileged information or information subject to legal restrictions. If you are not a designated recipient of this message, please do not read, copy, use or disclose this message or its attachments. Please notify the sender at (718)-939-4633 and delete or destroy all copies of this message and attachments in all media ASAP. Thank you.
TREASURY DEPARTMENT CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the Treasury Department, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


sections of video for completeness.pdf
86.1kB

9:09:00. Yong Zhu said he knew nothing about the photo, since his friend put him on that.

9:10:00 wechat, Zhu Yong said he not used any more

9:12:00 Photo, Yong Zhu said they were his friend in WU HAN, but one he did not know, take it on New Jersey, 2016

9:14:00 Yong Zhu said the two people met in a restaurant, and he cannot understand their chat. (Hu Ji). They just used my car, paid me $200.

9:16:00 Hu Ji ask Zhu to take him, and used his car.

9:17:00 Yong Zhu said he knew nothing where Hu Ji worked.

9:18:00 Yong Zhu said he drove for Hu Ji three or four days.

9:19:00 Yong Zhu said he only knew one man in the photo,

9:20:00 Yong Zhu said Hu Ji was introduced to him by oversea Chinese.

9:24:00 Yong Zhu said he played casino during the days.

9:26:00 Yong Zhu said he didn't communicate much with Mcmahon

9:30:00 email

9:34;00 Yong Zhu admitted that his phone used to call Mcmahonn, but it was used by Hu Ji, since they didn't have USA phone number.

9:41:00 Yong Zhu said he didn't know what they coming for, and they required Yong Zhu not ask much.

9:50:00 Yong Zhu said Mr. Hu was a friend who was introduced by a friend.

9:53:00 Yong Zhu said Mr. Hu just want Yong Zhu as a driver.

9:58:00 Yong Zhu said he just making some money, and he cannot understand why like this.

10:00:00 Yong Zhu said Xu Ji's parent came, and they want to find Xu Ji.

10:01:00 Xu Ji was also wanted in USA, tolded by Hu Ji.

10:03:00 Yong Zhu Said he did not know whether Hu Ji was a police officer. But several departments were looking for Xu Ji.

10:07:00 Yong Zhu said I knew nothing, just find a interpreter to find Xu Ji.

10:14:00 Yong Zhu said payment was not through me.

10:17:00 Yong Zhu said he did not understand the email.

10:24:00 Yong Zhu said this just a favor between friends, and he hate communist. He got prosecuted from the communist.

10:27:00 the reason why he received the photo is Macmahoon did not know the email from Hu Ji, after he knew it, he no longer send the photo.

10:31:00 he said ChuZhang friend told him to do a favor to a friend in USA.

10:34:00 Yong Zhu said several department want Xu Jin, so I can seduced Hu Ping.

10:36:00 Yong Zhu said he worked in the gov, and they said we go tighter. (oversea officer)

10:37:00 Hu pin is in Wuhan.

10:43:00 Yong Zhu said he knew nothing about Fox Hunting Operation. They did not told Yong Zhu they want to catch Xu Ji, just find him.

10:46：00 Hu Pin introduced Hu Jin.

10:47:00 Hu Jin shared the info about Xu Ji to Yong Zhu

10:49:00 Yong Zhu said he did not know whether Hu Ji worked in the Chinese gov. Yong Zhu believed Hu Ji was just a private detective. Hu Ji told Yong Zhu that Xu Jin owed him money.

10:52 Yong Zhu said he gamble, so he did things for benefit.

10:54 Yong Zhu said he hate communist.

10:56 Yong Zhu said they will give him money, if he can find Xu Ji. And Yong Zhu knew the fugitive later.

11:00 Hu Ping was an officer in Oversea Chinese

11:01 the chat record was produced by Hu Ji, who used Zhu Yong's phone.