DRAFT 6/12/2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

          - against -

MICHAEL MCMAHON,
ZHENG CONGYING, and
ZHU YONG,
    also known as "Jason Zhu,"

                 Defendants.
-------------------------------------------------------X

**VERDICT FORM**

21-CR-265 (S-1) (PKC)

We, the jury, find as follows:

### COUNT ONE
### Conspiracy to Act as an Agent of a Foreign Government
### Without Notification to the Attorney General

As to defendant MICHAEL MCMAHON:

                              Guilty _____   Not Guilty _____

As to defendant ZHENG CONGYING:

                              Guilty _____   Not Guilty _____

As to defendant ZHU YONG:

                                Guilty _____   Not Guilty _____

### COUNT TWO
### Acting as an Agent of a Foreign Government
### Without Notification to the Attorney General

As to defendant MICHAEL MCMAHON:

                                Guilty _____   Not Guilty _____

As to defendant ZHENG CONGYING:

                                Guilty _____   Not Guilty _____

DRAFT 6/12/2023

As to defendant ZHU YONG:

                                       Guilty _____      Not Guilty _____

## COUNT THREE
### Conspiracy to Engage in Interstate Stalking

As to defendant MICHAEL MCMAHON:

                                         Guilty _____      Not Guilty _____

As to defendant ZHENG CONGYING:

                                         Guilty _____      Not Guilty _____

As to defendant ZHU YONG:

                                         Guilty _____      Not Guilty _____

## COUNT FOUR
### Interstate Stalking

As to defendant MICHAEL MCMAHON:

                                         Guilty _____      Not Guilty _____

As to defendant ZHENG CONGYING:

                                         Guilty _____      Not Guilty _____

As to defendant ZHU YONG:

                                         Guilty _____      Not Guilty _____

Dated: _____, 2023                        _____

    Brooklyn, NY                                                   JURY FOREPERSON