

U.S. Department of Justice

United States Attorney
Eastern District of New York

IC
F. #2017R00906

271 Cadman Plaza East
Brooklyn, New York 11201

June 14, 2023

By ECF and Email

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Michael McMahon, et al.
              Criminal Docket No. 21-265 (S-1) (PKC)

Dear Judge Chen:

      The government writes in response to the Court's request that the government file the transcript corresponding to the May 17, 2023 video deposition played in the above-captioned trial on June 9, 2023 (the "Transcript"). The Transcript is attached hereto as Exhibit A, marked and admitted as Government Exhibit 713 on June 13, 2023.

                                     Respectfully submitted,

                                      BREON PEACE
                                      United States Attorney

                     By:   /s/
                            Craig R. Heeren
                            Meredith A. Arfa
                            Irisa Chen
                            Assistant U.S. Attorneys
                            (718) 254-7000

cc:   Clerk of Court (PKC) (by ECF and Email)
       Counsel for Defendants (by ECF and Email)