# Exhibit A

GOVERNMENT
EXHIBIT
**0713**
21-CR-265 (S-1) (PKC)

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF NEW YORK

3

4     - - - - - - - - - - - - - - -

5    UNITED STATES OF AMERICA,      )

6                   Plaintiff,      )

7    vs.                            )  CASE NO.

8    MICHAEL McMAHON, ZHENG         )  21-CR-00265

9    CONGYING, and ZHU YONG,        )

10                  Defendants.     )

11   - - - - - - - - - - - - - - -

12

13

14        REMOTE VIDEOTAPED DEPOSITION OF XINZI XU

15             WEDNESDAY, MAY 17, 2023

16

17

18

19

20

21        BEHMKE REPORTING AND VIDEO SERVICES, INC.

22        BY:  SUZANNE I. ANDRADE, CSR NO. 10682

23             455 MARKET STREET, SUITE 970

24          SAN FRANCISCO, CALIFORNIA 94105

25                   (415) 597-5600

1
2
3
4
5
6
7
8
9
10          Remote Videotaped Deposition of XINZI XU,
11   taken on behalf of PLAINTIFF, via Webex videoconference,
12   at 450 Golden Gate Avenue, 2nd Floor, Arizona Conference
13   Room, San Francisco, California, commencing at 9:12 A.M.,
14   WEDNESDAY, MAY 17, 2023, before Suzanne I. Andrade,
15   Certified Shorthand Reporter No. 10682, pursuant to
16   Notice of Videotaped Deposition.
17
18
19
20
21
22
23
24
25

```
1    APPEARANCES OF COUNSEL:

2    FOR THE PLAINTIFF:

3         UNITED STATES DEPARTMENT OF JUSTICE

4         UNITED STATES ATTORNEY'S OFFICE

5         BY:  IRISA CHEN, ASSISTANT U.S. ATTORNEY

6              CRAIG R. HEEREN, ASSISTANT U.S. ATTORNEY

7              MEREDITH A. ARFA, ASSISTANT U.S. ATTORNEY

8              (VIA VIDEOCONFERENCE)

9         271 Cadman Plaza East, Suite A

10        Brooklyn, New York 11201

11        Telephone:  (718) 254-6124

12        Email:  irisa.chen@usdoj.gov

13                craig.heeren@usdoj.gov

14                meredith.arfa@usdoj.gov

15   -AND-

16        UNITED STATES DEPARTMENT OF JUSTICE

17        UNITED STATES ATTORNEY'S OFFICE

18        BY:  CHRISTINE ANN BONOMO, ASSISTANT U.S. ATTORNEY

19             (VIA VIDEOCONFERENCE)

20        950 Pennsylvania Avenue NW, Suite 7721

21        Washington, DC 20530

22        Telephone:  (202) 326-7906

23        Email:  christine.bonomo@usdoj.gov

24

25
```

```
 1   APPEARANCES OF COUNSEL (CONTINUED):

 2   FOR DEFENDANT MICHAEL McMAHON:

 3        GIBBONS, P.C.

 4        BY:  LAWRENCE S. LUSTBERG, ATTORNEY AT LAW

 5             GENNA A. CONTI, ATTORNEY AT LAW

 6             (VIA VIDEOCONFERENCE)

 7        One Gateway Center

 8        Newark, New Jersey 07102

 9        Telephone:  (973) 596-4500

10        Email:  llustberg@gibbonslaw.com

11             gconti@gibbonslaw.com

12

13   FOR DEFENDANT YONG ZHU:

14        KEVIN KERVENT TUNG P.C.

15        BY:  KEVIN K. TUNG, ATTORNEY AT LAW

16             (VIA VIDEOCONFERENCE)

17        136-20 38th Avenue, Suite 3D

18        Flushing, New York 11354

19        Telephone:  (718) 939-4633

20        Email:  ktung@kktlawfirm.com

21

22

23

24

25
```

```
 1   APPEARANCES OF COUNSEL (CONTINUED):
 2   FOR DEFENDANT CONGYING ZHENG:
 3         GOLDBERGER & DUBIN PC
 4         BY:  PAUL A. GOLDBERGER, ATTORNEY AT LAW
 5              (VIA VIDEOCONFERENCE)
 6         401 Broadway, Suite 306
 7         New York, New York 10013
 8         Telephone:  (212) 431-9380
 9         Email:  gnd401@aol.com
10   -AND-
11         LAW OFFICES OF RENEE M. WONG
12         BY:  RENEE M. WONG, ATTORNEY AT LAW
13              (VIA VIDEOCONFERENCE)
14         401 Broadway, Suite 306
15         New York, New York 10013
16         Telephone:  (917) 701-0792
17         Email:  renee@wonglaw.net
18
19   ALSO PRESENT (VIA VIDEOCONFERENCE):
20         MICHAEL McMAHON
21         YONG ZHU
22         CHRISTOPHER BRUNO, FBI SPECIAL AGENT
23         NANCY WU, INTERPRETER
24         JOSHUA HEADRICK, VIDEOGRAPHER
25         HONORABLE RAMON REYES, JUDGE
```

```
 1  ███████████████████████████████████████████
 2          ████████████████████████████████████
```

 3      THE VIDEO OPERATOR:  The court reporter today is

 4  Suzanne Andrade, Certified Shorthand Reporter,

 5  contracted by Behmke Reporting and Video Services, Inc.

 6          Would the reporter please swear in the witness.

 7          (The witness was duly sworn.)

 8      THE WITNESS:  Yes.

 9                      XINZI XU,

10  after having been duly administered the oath to tell the

11  truth, the whole truth, and nothing but the truth,

12  testified as follows:

13                  EXAMINATION

14  BY MS. CHEN:

15      Q.  Please state and spell your name.

16      A.  Xinzi Xu, X-i-n-z-i, X-u.

17      Q.  Do you go by any other names?

18      A.  Sabrina.

19      Q.  How old are you?

20      A.  30.

21      Q.  Where were you born?

22      A.  China.

23      Q.  At some point did you come to live in the

24  United States?

25      A.  Yes.

```
1        Q.   About how old were you when you came to the
2   United States?
3        A.   13.
4        Q.   And how far did you go in school?
5        A.   Master's.
6        Q.   What is your master's degree in?
7        A.   Statistics.
8        Q.   And when did you get your master's degree?
9        A.   In 2016.
10        Q.   Did you obtain your master's degree in the
11   United States?
12        A.   Yes.
13   ███  ███████████████████████████████
14   ████████████  ███████████████████████████
15   █████████  ████████████████████████
16   ███████████████████████████████████████
17   █████████████████████████████████
18   ████████████
19      ████████  ██████████████████
20   BY MS. CHEN:
21   ███  ████████████████████████
22        Did you obtain your master's degree from a
23   university in California?
24        A.   Yes.
25        Q.   Did you earn a college degree as well?
```

```
 1        A.   Yes.
 2        Q.   What is your college degree in?
 3        A.   Economics.
 4        Q.   And when did you obtain your college degree?
 5        A.   2014.
 6        Q.   Was your college degree obtained from a
 7   university in the United States?
 8        A.   Yes.
 9        Q.   Was your college degree obtained from a
10   university in California?
11        A.   Yes.
12        Q.   After you obtained your master's degree, what
13   did you do?
14        A.   I worked as a computer engineer focused on
15   analytics.
16        Q.   And what type of company did you work for?
17        A.   Technology.
18        Q.   About how long were you at that job?
19        A.   About a year and a half.
20        Q.   After that first job, did you work somewhere
21   else?
22        A.   Yes.
23        Q.   What was that job?
24        A.   The same job title, computer engineer, focused
25   on analytics, at a different company.
```

```
 1        Q.    And what type of company was that?

 2        A.    Biotech.  Technology.

 3        Q.    Do you live in the United States now?

 4        A.    Yes.

 5        Q.    And what state do you live in?

 6        A.    California.

 7        Q.    Do you have any family in the United States?

 8        A.    Yes.

 9        Q.    What family is that?

10        A.    My parents, my aunt, and my uncle.

11        Q.    What are your parents' names?

12        A.    My mom's name is Fang Liu, F-a-n-g, L-i-u.  My

13   dad's name is Jin Xu, J-i-n, X-u.

14        Q.    Do you have any siblings?

15        A.    No.

16        Q.    Do you have any family in China?

17        A.    Yes.

18        Q.    What family do you have in China?

19        A.    My grandparents on my dad's side and my dad's

20   sister.

21        Q.    Do you have any kids?

22        A.    In about a month.

23        Q.    At some point, did you learn that your parents

24   were being harassed?

25        A.    Yes.
```

```
 1      Q.   Around what time did you learn that?
 2      A.   2016.
 3      Q.   Did you speak with your parents about this?
 4      A.   Yes.
 5      Q.   And what did you learn from your parents about
 6 this?
 7
 8
 9
10
11
12      THE WITNESS:  Okay.  Not much, but some people from
13 the Chinese government are trying to harass them and
14 force them to go back to China.
15 BY MS. CHEN:
16      Q.   Do you have an understanding why your parents
17 did not tell you much about this harassment?
18
19
20
21
22
23
24
25
```





10    THE WITNESS:  Yes.

11         They do not want me to worry.

12  BY MS. CHEN:

13    Q.    Are you worried about your parents?

14    A.    Yes.

15    Q.    Ms. Xu, I'm going to list a couple of addresses

16  for you.  Can you please tell me if you recognize them.

17         6 Comstock Circle in Stanford, California.

18    A.    Yes.  It's an address I used to live in.

19    Q.    2110 Haste Street in Berkeley, California.

20    A.    I do not remember the number, but I remember --

21  I remember living on Haste Street in Berkeley.

22    Q.    Okay.  1 St. Francis Place in San Francisco,

23  California.

24    A.    Yes.  I used to live in that address.

25    Q.    Okay.  2338 Telegraph Avenue in Berkeley,

1   California.

2        A.   Yes.  I used to live in that address.

3        Q.   2222 Durant Avenue in Berkeley, California.

4        A.   Yes.  I used to live in that address.

5        Q.   Ms. Xu, do you currently have a Facebook

6   account?

7        A.   Yes.

8        Q.   In 2017 and 2018, did you have a Facebook

9   account?

10       A.   Yes.

11       Q.   I want to direct you to May of 2018.

12            Did anything having to do with you or your

13   loved ones' Facebook accounts stand out to you?

14       A.   Yes.  My friends received Facebook messages

15   from an account named Tony Lee that contained deroga- --

16   derogatory information about me and my parents.

17       Q.   Do you know someone named by the name of Tony

18   Lee?

19       A.   No.

20       Q.   Are you friends with someone by the name of

21   Tony Lee?

22       A.   No.

23       Q.   Can you explain more specifically what the

24   messages said.

25       A.   To my best memory, the message said my parents

1    are criminals, and I am aware of the fact that they're

2    criminals.

3        Q.    Do you recall whether the messages were written

4    in English or Chinese?

5        A.    Both.

6        Q.    Do you speak Chinese?

7        A.    Yes.

8        Q.    How many friends of yours informed you that

9    they had received this type of message?

10       A.    To my best memory, about ten.

11       Q.    Did those friends who informed you they had

12   received the messages have any relationship with your

13   parents?

14       A.    No.

15       Q.    Are you aware of any legitimate reason why this

16   person would have sent these messages to your friends?

17       A.    No.

18       Q.    Did you tell anyone about the messages that

19   your friends received?

20       A.    Yes.

21       Q.    Did you tell any family members about these

22   messages?

23       A.    Yes.

24       Q.    Who did you tell?

25       A.    My mother.

```
 1      Q.   How did your mom react?

 2      A.   She was worried for me, and she said it's

 3 likely from the same people in China that are harassing

 4 them.

 5      Q.   Did this Tony Lee account ever contact you

 6 directly?

 7      A.   No.

 8      Q.   Did this Tony Lee account ever contact a family

 9 member directly?

10      A.   In my knowledge, no.

11      MS. CHEN:  Your Honor, at this time, we would like

12 to publish, for the witness and counsel, what's been

13 premarked for identification as Government Exhibit 107.

14           (Deposition Exhibit 107 was marked for

15           identification.)
```





```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
```

20  BY MS. CHEN:

21      Q.   Ms. Xu, do you recognize this exhibit?

22      A.   Yes.

23      MS. CHEN:  And just for the record, I'm going to --

24  it's a two-page document.  I'm going to scroll to the

25  second page for the witness as well.

```
 1        THE WITNESS:  Mm-hmm.
 2   BY MS. CHEN:
 3        Q.   Ms. Xu, what is this exhibit?
 4        A.   This is the Facebook message that my friends
 5   received in 2018.
 6        Q.   Does this exhibit consist of true and accurate
 7   copies of the screenshots of the Facebook messages sent
 8   from a Tony Lee account to your friends in 2018?
 9        A.   To my best memory, yes.
10        MS. CHEN:  Your Honor, at this point, the government
11   moves into evidence Government Exhibit 107.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



1      ███████████    ████████████████

2      ████████████    ████████████████████

3          MS. CHEN:  Thank you, Your Honor.  I'm just

4      scrolling back up to the first page of the exhibit.

5                       ████████████████

6      BY MS. CHEN:

7          Q.    Ms. Xu, can you ex- -- please explain what this

8      exhibit is.

9          A.    This is the text -- Facebook message that my

10     friends received in 2018.

11         Q.    And what does the message actually say?

12         A.    It says:  "Sabrina Xu who graduated from

13     UC Berkeley" -- sorry.  Slow.

14             "Sabrina Xu who graduated from UC Berkeley, her

15     parents, Xu Jin and Liu Fang are wanted by International

16     Criminal Police Organization as they were involved in

17     massive corruption within public office in China and

18     transferred a large sum of monies to the U.S. for

19     squandering.  They applied for EB-5 immigration with

20     fake identity.  Sabrina Xu knows all about her parents'

21     corruption, and the expense of her extravagant life in

22     U.S. is from her parents' corruption and crime.  Their

23     defiance and evasion of laws should be condemned by the

24     public."

25         Q.    Ms. Xu, is anything in this message true?

1       A.   My name.  I do go by Sabrina.  And my parents'
2   names, even though the first name and last names are
3   flipped.  I did graduate from UC Berkeley.
4       Q.   Have you or your friends ever received any
5   Facebook messages like this before 2018?
6       A.   No.
7       Q.   Have you or your friends ever received any
8   Facebook messages like this after 2018?
9       A.   No.
10      Q.   How did learning about these Facebook messages
11  make you feel?
12      A.   I felt stressed, unsafe.  Yeah.
13      Q.   Ms. Xu, are you worried about your family?
14      A.   Yes.
15      Q.   What, if anything, do you do to check in with
16  your family?
17      A.   I send my mom an emoji every day to let her
18  know that I'm safe.
19      Q.   And what, if anything, do your parents do or
20  your family do to check in with you?
21      A.   My mom sends me an emoji back, or a hi, every
22  day.
23      Q.   And when did you start sending these emojis
24  back and forth?
25      A.   To my best memory, 2017.

```
 1        MS. CHEN:  Your Honor, may I just have one moment?
 2        JUDGE REYES:  Mm-hmm.
 3            (Government counsel confer.)
 4   BY MS. CHEN:
 5     Q.   Ms. Xu, just to clarify again, can you say how
 6   learning about these Facebook messages we were just
 7   talking about, how that made you feel?
 8     A.    I felt unsafe, because they -- I -- I do not
 9   post public stuff on my social media, but somehow the
10   people harassing me knew who my friends were.  And they
11   sent this message with very serious allegations to my
12   friends.  So I felt unsafe and I felt very stressed.
13   And also worried.  Yeah.
14        MS. CHEN:  Your Honor, we have no further questions.
15   ██████████████    ████████████████████████
16   ██████████████████    ██████████████████████████
17   ███████████████████████
18   ██████████████    ████████████████████    ████████
19   ██████████████████████████████████████
20   ██████████████████
21      ██████████████    ██████████████
22      ██████████████    ████████████████████
23                        EXAMINATION
24   BY MR. LUSTBERG:
25     Q.   Just a few questions for you, Ms. Xu.  My name
```

```
1    is Larry Lustberg.  I represent Michael McMahon.
2            Can you see Mr. McMahon on the screen?
3    A.   No.
4    ███   ████   ██████████████
5    ██   ███
6    ███   █████████   ███████████████████████
7    ████████████████████████   ███████████████
8    ████
9        ███████████████████████████
10   ████████████████████
11   ███   ████████████
12   Q.   Okay.  I see Mr. McMahon on my screen.
13   MR. LUSTBERG:  Maybe just to make it clear,
14   Mr. McMahon, can you put up your hand.
15   DEFENDANT McMAHON:  (Complies.)
16   BY MR. LUSTBERG:
17   Q.   Do you see the person who just put up his hand?
18   A.   Yes.  Now I see him, yes.
19   Q.   Thank you very much.
20       Have you ever seen him before today?
21   A.   No.
22   Q.   Thank you.
23       And just so I'm clear, just two more sets of
24   questions.  I think -- I just want to make sure I
25   understood your testimony.
```

1          Did you say that the -- these -- the messages

2    that came to your attention, the Facebook messages, like

3    the one we saw earlier, that the first time you heard

4    about those was in 2018?

5          A.   Yes.





BY MR. LUSTBERG:

    Q.   So the question was:  The first time that you received any messages of this sort was in early 2 -- or -- in 2018, correct?

    A.   Correct.

    Q.   Okay.  And before that, there were no messages of this kind harassing you; is that right?

    A.   Correct.

    Q.   Thank you.

         Just one other -- one other set of questions for you.

         At the time -- you said you -- you got your master's degree; is that right?

```
 1        A.   Yes.
 2        Q.   And is -- am I right that you got your master's
 3   degree in May of 2016?
 4        A.   Yes.
 5        Q.   Okay.  And at the time that you got your
 6   master's degree, were you living on campus there in
 7   Stan- -- at Stanford?
 8        A.   Yes.
 9        Q.   And then after you graduated -- I'm not going
10   to ask you where you went, although you've given your
11   addresses.
12             But after you graduated, you went and moved
13   someplace else?
14        A.   Yes.
15        Q.   What -- did you -- did you -- did you leave
16   right after your graduation?
17        A.   To my best memory, yes.
18        Q.   And, just generally -- you don't have to give a
19   street address, but, generally, where did you move to at
20   that time?
21        A.   I moved to Nor- -- Northern Bay area.
22        Q.   Okay.  Do you remember the -- could you just
23   tell me the name of the town?
24   ██████████   ████████████████████████████
25   ████████████████   ████████████████████████████████████
```



1

2

3

4

5

6

7

8

9     THE WITNESS:  I was splitting time between

10  San Francisco and San Mateo.

11  BY MR. LUSTBERG:

12      Q.    Okay.  And would that have been true by, say,

13  October of 2016 that you were doing that?

14      A.    I'm not sure if I remember exactly.  Yeah, I'm

15  not sure if I remember the month or the exact date.

16      Q.    Okay.  But -- but, certainly, by the fall of

17  2016, you were no longer living in Stanford, correct?

18      A.    Yes.

19      MR. LUSTBERG:  That's all.  Thank you, Your Honor.

20  I have nothing further.

21          Good -- good luck, ma'am.

22      THE WITNESS:  Thank you, sir.

23

24

25

```
 1              This is Paul Goldberger and Renee Wong.  We
 2    don't have any questions, Your Honor.
 3    ████████████████  ██████████████
 4            ████████████
 5    ██████████████  ██████████████████████
 6                            EXAMINATION
 7    BY MR. TUNG:
 8        Q.   Back in 2018, you already left New Jersey,
 9    right?
10              That's where your home -- I mean, your -- your
11    parents' home is, correct?
12        A.   I'm sorry.  I couldn't hear very clearly.
13        Q.   Okay.  I'll -- I'll do this again.  I'm sorry.
14    Maybe -- okay.
15              You and your parents lived in state of New
16    Jersey at one point in time; is that correct?
17        A.   Not exactly.
18        Q.   Okay.  Now, why do you say "not exactly"?
19    So -- let me -- let me ask another question.
20        A.   Yeah.
21        Q.   Did your parents live in New Jersey, in state
22    of New Jersey?
23        A.   Yes.
24        Q.   And they have a house, right?
25              That's their -- their own house in the state of
```

```
 1   New Jersey, right?
 2        A.   I'm not sure of the ownership of the house.
 3   They did live in a house.
 4        Q.   And is that the alleged -- I mean, in that --
 5   and the alleged harassment occurred in this case, that
 6   is around the time they lived in the state of New
 7   Jersey; is that correct?
 8        A.   Could you clarify the harassment in this case,
 9   what that means?  In -- in my case?
10        ███ ████████████████████████████████████
11   ███████████████████████████████
12        ██████████████████████████████████████████████
13   █████████████████████████
14        ██████████   ████████████████████████
15   ███████████
16        ██   ████████████████
17   ████████████████   █████████████
18   █████████████
19        ██   ███████   ██████████████████████
20        ████████████████████████████████████████████████
21   ███████████████████████████████████████████
22   ████████████████
23        ██████████   ██████████████████████
24        ████████████████   ████████████████████████████
25   █████████████████
```

```
 1  BY MR. TUNG:
 2      Q.   So, Ms. Xu, did you ever stated that you were
 3  harassed by unidentified people from China?
 4      A.   Um...
 5           I'm sorry.  Could you repeat your question?
 6      Q.   Okay.  Now, earlier, did you tell everyone that
 7  you were harassed?
 8      A.   Yes.
 9      Q.   Yes.
10           So tell me again --
11      JUDGE REYES:  And, Ms. Xu, when was -- when did you
12  feel harassed?  In 2018?
13      THE WITNESS:  Correct.
14      JUDGE REYES:  At the time, did you believe -- were
15  your parents -- at the time you felt harassed, were your
16  parents living in New Jersey?
17      THE WITNESS:  Yes.
18      MR. TUNG:  Thank you, Your Honor.
19  BY MR. TUNG:
20      Q.   And so in 2018, you were not living with your
21  parents in New Jersey; is that correct?
22      A.   Correct.
23      Q.   So you told us you were -- you felt harassed
24  because some of your friends received messages from --
25  in their Facebook regarding messages from a person
```

```
 1   identified as Tony Lee; is that correct?
 2           That -- that's the harassment you're talking
 3   about?
 4       A.   Yes.
 5       Q.   And at that time, you were in California,
 6   correct?
 7       A.   Correct.
 8       Q.   All right.  I would like to show you my client.
 9       A.   Mm-hmm.
10   ████████████     ██████████████████████████
11   █████████████████████
12   ████████████   ███████
13         ████████████
14   ███████████████   ██████████████
15   ███████████   ██████████████████   ████████████
16   ███████████   ███████
17   ███████████   ███████   █████████████████████
18   ████████████████████████████████████████
19   ██████
20      ██████████████   ████████████
21   BY MR. TUNG:
22       Q.   The person that I just show you -- I'm going to
23   do this again, and I'll switch around to mi- -- to
24   microphone.
25           Can you look at the person in front of you?
```

1    A.   (Nods head.)

2    Q.   Have you seen this person before?

3    A.   No.

4    Q.   Do you know his name?

5    A.   No.

6    Q.   Have you heard anyone discuss, you know,

7    something related to this person, if you know?

8    A.   No.

9    ████ ████████████████████████████████████

10   █████████████████████████████████

11   ████████████ ████████████

12   JUDGE REYES:   ████████████

13       Ms. Xu, have you ever had any dealings, to your

14   knowledge, with the person who was just shown to you on

15   the video?

16   THE WITNESS:  To my knowledge, no.

17   MR. TUNG:  I'm about to finish.  Just -- just one

18   question, clarify.

19   BY MR. TUNG:

20   Q.   So your harassment that you felt and being

21   harassed, that all occurred in the state of California,

22   correct?

23   A.   Yes.

24   JUDGE REYES:  Anything else, Mr. Tung?

25   BY MR. TUNG:

```
 1      Q.    And you do not know if the person that you saw
 2  was Tony Lee, correct?
 3      ██████████  ████████████████████
 4      ██████████  ████████████
 5      THE WITNESS:  Correct.
 6  BY MR. TUNG:
 7      Q.    "Correct," meaning you do not know?
 8      A.    I do not know if the person that you just
 9  showed me is Tony Lee or not.
10      MR. TUNG:  Thank you very much.  I do not have any
11  more questions.
12      JUDGE REYES:  Redirect, Ms. Chen?
13      MS. CHEN:  No, Your Honor.
14      JUDGE REYES:  Okay.  Anything else, anyone?
15      MR. GOLDBERGER:  No, Your Honor.  Thank you very
16  much.
17      MR. LUSTBERG:  No, Your Honor.  Thank you.
18      JUDGE REYES:  Thank you.  The deposition is
19  adjourned.
20      ██████████  █████████████
21      ████████  ███████████████
22      █████████████  ████████████████████
23  ███████████  ████████████████████
24  ████████████████████████████████████
25  ████████████████████████████████
```