UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

          -against-

MICHAEL McMAHON, YONG ZHU, and
CONGYING ZHENG,

                             Defendants.
-----------------------------------------------------------------X

ORDER OF SUSTENANCE

1:21-cr-00265 (PKC)

      **It is hereby ORDERED** that the Marshal supply proper:

( )    LODGING

(X)   SUSTENANCE

( )    TRANSPORTATION

      to the (16) jurors in the above entitled case

( )    DURING SELECTION

( )    DELIBERATING

( )    SEQUESTERED

(X)   LUNCH

( )    OTHER _____

DATED: Brooklyn, New York
            June 14, 2023

                                                s/Hon. Pamela K. Chen
                                              _____
                                              PAMELA K. CHEN
                                              UNITED STATES DISTRICT JUDGE