UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,                    ORDER OF SUSTENANCE

        -against-                                       1:21-cr-00265 (PKC)

MICHAEL McMAHON, YONG ZHU, and
CONGYING ZHENG,

                              Defendants.
-----------------------------------------------------------------X

        **It is hereby ORDERED** that the Marshal supply proper:

( )    LODGING

(X)    SUSTENANCE

( )    TRANSPORTATION

        to the (16) jurors in the above entitled case

( )    DURING SELECTION

(X)    DELIBERATING

( )    SEQUESTERED

(X)    LUNCH

( )    OTHER _____

DATED: Brooklyn, New York
              June 15, 2023

                                                    s/Hon. Pamela K. Chen

                                                      PAMELA K. CHEN
                                                      UNITED STATES DISTRICT JUDGE