UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,　　　　　　　　ORDER OF SUSTENANCE

　　　　　　　　-against-　　　　　　　　　　　1:21-cr-00265 (PKC)

MICHAEL McMAHON, YONG ZHU,
CONGYING ZHENG,

　　　　　　　　　　　Defendants.
-----------------------------------------------------------------X

　　　　**It is hereby ORDERED** that the Marshal supply proper:

( )　LODGING

(X)　SUSTENANCE

( )　TRANSPORTATION

　　　to the (16) jurors in the above entitled case

( )　DURING SELECTION

(X)　DELIBERATING

( )　SEQUESTERED

(X)　LUNCH

( )　OTHER _____

DATED: Brooklyn, New York
　　　　June 20, 2023

　　　　　　　　　　　　　　　　　　s/Hon. Pamela K. Chen
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PAMELA K. CHEN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE