IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Case No. 21-265 (PKC) |
| v. | ) | |
| | ) | HON. PAMELA K. CHEN |
| | ) | |
| CONGYING ZHENG, | ) | MOTION FOR MODIFICATION OF |
| | ) | BOND AND CONDITIONS OF |
| | ) | RELEASE |
| Defendant. | ) | |

The undersigned RENEE M. WONG, ESQ., affirms under penalty of perjury, that:

1. I represent defendant Congying Zheng in the above-captioned case.

2. At present, Mr. Zheng is subject to home confinement with a curfew from Pre-trial Services.

3. Mr. Zheng's aunt, Yuqiong Zheng, is hospitalized in Lenox Hill Hospital, 100 E 77th Street, New York, NY 10075.

4. Mr. Zheng requests permission to visit his aunt.

5. I have conferred regarding this request with AUSA Craig Heeren who has no objection to this request. Pre-trial Services, Joohn Kim also approved his request and permitted him to visit his aunt **today from 12 P.M. to 3 P.M**. He needs to be back to Brooklyn by 3PM today.

WHEREFORE, the Defendant respectfully moves this Court for an Order modifying the conditions of Mr. Zheng's pre-trial release so that he is able to visit his aunt at Lenox Hill Hospital today, June 22, 2023 from 12 P.M. to 3 P.M. and be back to Brooklyn by 3 P.M. today.

Respectfully submitted,

Dated:   New York, New York           BY:   /s/RENEE M. WONG_____
         June 22, 2023                       RENEE M. WONG, ESQ.