1    UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF NEW YORK
2    ---------------------------------x
                               21-CR-265(PKC)
3    UNITED STATES OF AMERICA,
                                United States Courthouse
4         Plaintiff,          Brooklyn, New York
5         -against-           June 5, 2023
                                9:00 a.m.
6    MICHAEL MCMAHON, ET AL.,
7         Defendant.
    ---------------------------------x
8              TRANSCRIPT OF CRIMINAL CAUSE FOR TRIAL
9           BEFORE THE HONORABLE PAMELA K. CHEN
              UNITED STATES DISTRICT JUDGE
10                 BEFORE A JURY
11   APPEARANCES
12   For the Government:     UNITED STATES ATTORNEY'S OFFICE
                          Eastern District of New York
13                     271 Cadman Plaza East
                          Brooklyn, New York 11201
14                     BY:  CRAIG HEEREN, AUSA
                              MEREDITH ARFA, AUSA
15                            IRISA CHEN, AUSA
16                     DEPARTMENT OF JUSTICE
                          NATIONAL SECURITY DIVISION
17                     950 Pennsylvania Avenue NW
                          Washington, D.C., 20530
18                     BY:  CHRISTINE ANN BONOMO, ESQ.
19
20   For Defendant McMahon:  GIBBONS P.C.
                          One Gateway Center
                          Newark, New Jersey 07102
21                     BY:  LAWRENCE S. LUSTBERG, ESQ.
                            GENNA AUTUMN CONTI, ESQ.
22
23   Court Reporter:        Georgette K. Betts, RPR, FCRR, CCR
                          Phone:  (718)804-2777
24                     Email:  Georgetteb25@gmail.com
    Proceedings recorded by mechanical stenography.  Transcript
25   produced by computer-aided transcription

```
1   APPEARANCES: (Cont'd.)

2   For Defendant Zheng:      GOLDBERGER & DUBIN P.C.
                              401 Broadway, Suite 306
3                             New York, New York 10013
                              BY:  PAUL A. GOLDBERGER, ESQ.
4                                  RENEE MELINDA WONG, ESQ.

5   For Defendant Zhu:        KEVIN KERVENG TUNG P.C.
                              136-20 38th Avenue, Suite 3D
6                             Flushing, New York 11354
                              BY:  KEVIN K. TUNG, ESQ.

7

8

9                         *  *  *  *  *  *  *  *

10          (In open court; Jury not present.)

11          THE COURTROOM DEPUTY:  All rise.

12          THE COURT:  Good morning.

13          Let's go on the record.  I understand and have seen,

14  and I assume the government has as well that, Mr. Zheng, the

15  defendant, is renewing his request or moving for

16  reconsideration of my denial of the motion to be allowed to

17  cross examine -- or the request to be allowed to cross examine

18  the victims in this case about the government's motion to stay

19  civil litigation that was pending against John Doe 1, Jane Doe

20  1, Jane Doe 3, and this civil litigation obviously was a

21  subject of my prior rulings and the prior motion of at least

22  Mr. McMahon as well.

23          I want to ask the government just a couple of

24  questions about that, because the theory that the defense is

25  pursuing is that the victims could have perceived the
```

PROCEEDINGS

1    government's intervention in the civil case, namely, to ask

2    for the stay, was some kind of a benefit or favor to them such

3    that it could be argued that it colored or influenced or

4    skewed in some way the testimony to be given or anticipated to

5    be given by the victims, John Doe 1 and Jane Doe 1 and that it

6    might suggest bias.

7         So what conversations, if any, occurred regarding

8    the government's decision to move to stay the civil lawsuit

9    with those victims?

10         MR. HEEREN:  Your Honor, no conversations direct

11    from the government to the victims.  Counsel of record did

12    communicate with the victims' attorneys in the civil

13    litigation to find out how to formally file in their case,

14    since we were an intervenor and we shared the papers with

15    counsel, but we had no conversation with any of the victims

16    themselves.

17         THE COURT:  About the government's intention to move

18    to stay or the stay after it had been secured?  Those are

19    obviously very different.

20         MR. HEEREN:  Correct.  I guess I want to be careful

21    to say they obviously knew about the stay --

22         THE COURT:  Right.

23         MR. HEEREN:  -- but the government never had any

24    discussions with them about doing the stay.  The government

25    determined it was in our best interest to make a stay motion

PROCEEDINGS

1    and apart from -- I'm just trying to think if during

2    preparation it even came up.

3             THE COURT:  Well, potential cross-examination.

4             MR. HEEREN:  Right, that's what I'm -- one second,

5    your Honor.

6             (Pause in proceedings.)

7             MR. HEEREN:  It came up as potential

8    cross-examination but that's about it.

9             THE COURT:  Okay.  And was there even any

10   conversation -- and this is obviously implicit in your answer,

11   but I want to make sure I don't miss anything.  Was there ever

12   any explanation to the victims by government counsel as to why

13   it would be in the government's interest to move for the stay

14   of the civil lawsuit, or that it was not uncommon to do this

15   when they are parallel or semi-parallel proceedings.

16            MR. HEEREN:  I don't believe we had any conversation

17   with the victims themselves about it.  I believe I explained,

18   in general terms, with their lawyers that we're doing this and

19   that we believed it was in our best interest.  I just want to

20   be careful because I imagine their lawyers did say something

21   to them about it.

22            THE COURT:  Right.

23            MR. HEEREN:  One second, your Honor.

24            (Pause in proceedings.)

25            MR. HEEREN:  I would also say it's entirely possible

PROCEEDINGS

1   that law enforcement, the FBI, in the course of their

2   conversations with them might have said something about the

3   fact of the stay.  I'm not specifically aware of any

4   conversation about that, but I can't rule it out because they

5   have been in contact throughout the course of this

6   investigation.

7         THE COURT:  Well, when you were prepping the

8   witnesses on this issue, the victims that is, did they say to

9   you that they've been informed by law enforcement about the

10  requested stay or the intention to request one?

11        MR. HEEREN:  No, I don't believe so.  They have

12  talked about the civil litigation more generally.  They did

13  not make any statements that I can recall about a stay --

14  about the stay.

15        THE COURT:  Okay.  Well, if -- I mean what was I

16  guess their response when they were advised you could be

17  cross-examined about this stay that the government secured?

18        MR. HEEREN:  I'm going to let Ms. Arfa handle that.

19        MS. ARFA:  I think when asked if they perceived that

20  the stay was a benefit, at least for one of the victims, the

21  answer was no, I still have to defend this at some point and

22  am still paying money to the attorneys.  That was the extent

23  of the discussion.

24        THE COURT:  Obviously there was never any indication

25  by the government to the victims, either through their lawyers

663
PROCEEDINGS

1    or directly, that the government would at some point seek to

2    dismiss, if the government could do such a thing, that civil

3    lawsuit, and perhaps as has been suggested based on if there

4    are guilty verdicts against the defendants, based on the

5    verdicts in this case.

6            MS. ARFA:  I'm not aware of any such discussion, no.

7            MR. HEEREN:  Just to go on the record as well on it

8    since I did handle the stay, I did not make any representation

9    of that nature.

10           THE COURT:  Of any further sort of request for

11   relief from the government with respect to the civil lawsuit?

12           MR. HEEREN:  Correct.

13           THE COURT:  Okay.

14           So, Ms. Wong, I'm happy to hear from you further.

15   Let me just tell you what my reaction to this motion for

16   reconsideration is, especially in light of the government's

17   answers to my questions.  Which had been suggested in earlier

18   colloquy that I had with the government, but I did want to

19   clarify and confirm it on the record.

20           It seems to me the probative value of any

21   cross-examination is almost nil because there is really no

22   basis to believe that John Doe or Jane Doe number one

23   perceived that the government was extending a benefit to them

24   in exchange for their testimony or even at all.  And Ms. Arfa

25   has just put on the record the fact that at least Jane Doe

PROCEEDINGS

1    number one doesn't perceive it as a benefit because it simply

2    forestalls something that they still have to deal with,

3    namely, the civil lawsuit.  And the government hasn't made any

4    promises about seeking to intervene later to resolve that

5    civil lawsuit or have it dismissed, if the government could do

6    so.

7            Now, obviously I think you suggested I think in our

8    earlier discussion that perhaps the verdict in this case could

9    have the benefit of resolving that civil lawsuit.  It's not

10   clear to me how that would be so necessarily since the civil

11   lawsuit alleges acts of corruption and this case really only

12   deals with accusations of harassment and acting as a foreign

13   agent for the Chinese government.  Really not a direct nexus

14   or I would perceive a basis for moving for the dismissal of a

15   civil lawsuit, which could still have merit.  And going back

16   to one of the points I said at the outset of the case is, as

17   far as I'm concerned, the merits or lack thereof regarding the

18   accusations or claims against the victims in this case, are

19   irrelevant and I don't want them introduced really in any

20   form, although obviously they've been alluded to with respect

21   to the Red Notice, but that obviously is unavoidable since

22   that's part of the government's theory as to who is behind

23   these efforts and the connection, if the government can

24   establish one, between the defendants and the Chinese

25   government.  But I don't want the jury focusing on what the

PROCEEDINGS

1    alleged claims or charges are against the victims because that

2    has the great potential for nullification and it is irrelevant

3    to the elements of the government's charges against these

4    defendants.

5          So the civil lawsuit is to me an unnecessary and

6    potentially confusing and prejudicial issue which is why I had

7    denied the request earlier when Mr. McMahon made it.  His

8    theory being slightly different than yours, namely, that the

9    existence of the civil litigation, which we all know was filed

10   after the alleged misconduct by the defendants, makes the

11   possibility or the alleged belief by Mr. McMahon that he was

12   working towards some civil -- or in connection with some civil

13   litigation more reasonable, and I rejected that.  But I

14   similarly reject your argument that it might show bias by the

15   victims, which actually I think I might have suggested at some

16   earlier point, I don't remember exactly how it came up, but I

17   know I had mentioned my concern I guess about that

18   possibility.  But that concern has certainly been allayed by

19   what I've just heard and what was generally discussed last

20   time with the government about the victims' perceptions about

21   the government's motion to stay and whether there had been any

22   promises made by the government, which clearly they have not,

23   with respect to the civil litigation.

24         So I do find --

25         MS. WONG:  Your Honor, may I be heard?

PROCEEDINGS

1          THE COURT:  Hold on a second.

2          -- the probative value slight and the prejudice

3    great.  So I just wanted to explain to you what my thinking

4    was on it.  So go ahead.

5          MS. WONG:  Your Honor, there was one fact that I had

6    omitted from my filing that I just wanted to add on the record

7    which is the timing in which the Jane Doe 1, who will be

8    testifying, had gone and told the government about this

9    lawsuit and provided documents and demonstrated a coordinated

10   effort not only between her attorneys and the government with

11   McCarter & English, but herself she had provided documents,

12   translations, and a lot of information regarding the

13   underlying civil claims, but the date of that email that was

14   sent over is May 23rd, 2018.  The allegations regarding

15   Mr. Zheng are after, they are in September 2018, which is

16   distinguishable from the other two defendants in this case.

17   That is one point.

18          My second point is that the other defendant -- the

19   other victim here John Doe 1 has written to the government,

20   which was produced in the 3500 material numerous times about

21   his immigration issues and in one of these exhibits he has

22   stated, thank you for staying of the case and I hope that -- I

23   know immigration is separate, but I hope that you'll be able

24   to help with that as well.

25          So although the prosecutors here may not have made

667

PROCEEDINGS

1    any explicit promises about what was going to be happening in

2    regards to either immigration or in the civil case, I believe

3    that they should be cross-examined regarding the conversations

4    and perhaps promises whether they were -- are able to be

5    fulfilled or they are not able to be fulfilled with the agents

6    in this matter.  There's been substantial agent contact over

7    the years with the victims here and I do believe that there

8    may be perceived notions and perhaps it could be appropriate

9    for there to be a very limited cross-examination in terms of

10   the civil case.  Was there a civil case?  Did the government

11   intervene and stay the civil case?  Were there any promises

12   made to you about the outcome of this case?  And we do not

13   need to even get into the merits of this.

14            THE COURT:  No, but the problem is in order for you

15   to ask about the civil case so as to not give the appearance

16   that the government is just willy-nilly for -- or arbitrarily

17   helping them with whatever problems they might have in the

18   U.S., there would have to be some discussion about the fact

19   that the civil case makes the same accusations in the Red

20   Notice or in the PRC's underlying criminal charges or whatever

21   they put in their Interpol request.  Because then it would --

22   obviously, the government could come back and at least argue

23   that the reason the government did it or the explanation that

24   they gave in fact to the lawyers for the -- see, this is the

25   problem.  You can't get into the conversations between the

*GEORGETTE K. BETTS, RPR, FCRR, CCR*
*Official Court Reporter*

PROCEEDINGS

1    civil lawyers and John and Jane Doe, but obviously the

2    government presumably discussed with the lawyers for the

3    victims that the reason the government wanted to move for the

4    stay is because it's always troubling to have civil litigation

5    that could result in discovery that upends a criminal case or

6    at least interferes with a criminal case proceeding in the

7    normal fashion.  And that it's not necessarily in the

8    government's -- or wasn't the government's desire simply to

9    help the victims, but rather to help itself, as Mr. Heeren

10   said, in conducting its criminal case and prosecution.

11           So my concern is you can't avoid going into the

12   nature of the civil litigation, that it is in some sense

13   parallel to the criminal case, hence explaining the

14   government's interest in staying it.  But let's -- so that's

15   my concern.  I think they are intertwined and inevitably the

16   nature of that civil litigation would have to come out,

17   otherwise I think it would improperly suggest some arbitrary

18   granting of a benefit or intersession by the government having

19   nothing to do with the government's own interest in taking

20   that action.

21           But I guess let's go back for a moment to some of

22   the other things that you acknowledged you didn't put in the

23   letter.  First of all, the timing of the charges against

24   Mr. Zheng, and I guess you're saying an email from either the

25   victims or the victims' counsel regarding the civil case, and

669
PROCEEDINGS

1    so there was an email between who?

2              MS. WONG:  Between Jane Doe 1 and between FBI agent

3    Robert Reilly.

4              THE COURT:  Okay.  And said we had this --

5              MS. WONG:  It says, update information about civil

6    case, meaning that they've already spoken about the civil

7    case, and this information Ms. Liu informs Agent Reilly about

8    the attorney, meaning that they've already had discussions

9    about this prior to the attorneys at McCarter & English being

10   involved.  It sort of demonstrates a coordinated effort, as

11   she provides translated documents and notarized documents to

12   the agent.

13             And this -- the timing is important especially for

14   Mr. Zheng as it demonstrates their personal interest in

15   continuing to report and to have -- to stay involved with the

16   government while the civil case is going on prior to Mr. Zheng

17   even getting involved here.

18             THE COURT:  But let me ask you a question, wasn't

19   Mr. Zheng implicated in this scheme before May 23, 2018?  I'm

20   not sure I understand because you say the bringing of the

21   allegations against Mr. Zheng occurred in December 2018,

22   whereas, this email was May 23rd, 2018 and I assume -- or when

23   was the stay obtained by the government?  I don't really -- to

24   me those two events, the May 2018 transmission of information

25   about the civil case and the allegations about Mr. Zheng don't

PROCEEDINGS

1  necessarily relate or there's no cause and effect that can be

2  implied because I assume Mr. Zheng, I don't know, was always

3  in the mix even before May 2018 in terms of the government's

4  investigation.  Because the victims aren't the ones who

5  identified the perpetrators.  They didn't know of Mr. Zheng's

6  involvement or any of the defendants, it was the government's

7  investigation.

8          So, again, I don't see any causal connection between

9  the mere suggestion, and it's not even a direct statement but

10  a mere suggestion that somehow the victims perceived that the

11  government was helping them with their civil case and that's

12  what caused the government to file allegations against

13  Mr. Zheng.  I just don't see any basis for that.

14          I presume the government took some time to figure

15  out who Mr. Zheng was, but the victims had no role in that

16  and, again, I don't -- A, there's nothing in the communication

17  itself that suggests that the victims were asking for help in

18  the civil lawsuit, but I guess the government should perhaps

19  clarify that, but certainly even if they did, there is no

20  connection between the government then filing charges about

21  seven months later against Mr. Zheng.  There is no request of

22  it by the victims that they go after Mr. Zheng and the victims

23  had no idea who Mr. Zheng was at the time because they haven't

24  identified any of the perpetrators.

25          MS. WONG:  Your Honor, can I clarify some of the

PROCEEDINGS

1    timing issues and of course the government can speak for

2    themselves when they believe Mr. Zheng was involved, however,

3    I don't believe there is anything that demonstrates he was

4    involved before September 2018 and per --

5        THE COURT:  Well, then that actually explains why he

6    didn't get indicted until after May 23rd, 2018 -- oh, hang on

7    a second.  You said -- yes, May 23rd, 2018 because he was only

8    involved after May 2018.

9        MS. WONG:  I don't believe anyone was arrested until

10    October of 2020.

11        THE COURT:  Okay.  But I guess what you're trying to

12    do though is suggest something nefarious or some reason to

13    believe that the victims sought a favor with respect to the

14    civil lawsuit that led to Mr. Zheng being charged.

15        MS. WONG:  Your Honor, what I'm trying to suggest

16    here is that the victims have a perceived benefit that the

17    government is going to be coordinating with the civil lawsuit,

18    that they have already been served, they've already provided

19    documents months before prior to Mr. Zheng committing any

20    conduct.

21        THE COURT:  Oh, okay, I think I understand what

22    you're saying now.  But when you say allegations against

23    Mr. Zheng did not crop until December 2018, one, obviously

24    that makes some sense since his conduct wasn't until

25    September 2018, but two, you're not saying it was the victims

672

PROCEEDINGS

1  who then all of a sudden alleged Mr. Zheng was involved in

2  December 2018, correct?

3          MS. WONG:  I never said December.

4          THE COURT:  Oh, did I mishear you on that?  Sorry.

5          MS. WONG:  No.

6          THE COURT:  Well, you said it was after May 2018.

7          MS. WONG:  Right.  In September -- in September of

8  2018 the victims were already in very full communications with

9  the government both specifically with Robert Reilly and then

10 perhaps other FBI agents as well discussing the civil case,

11 were fully involved and were able to --

12         THE COURT:  Hang on.  I don't see any relevance to

13 the timing of when your client allegedly committed the crime

14 and then the indictment later and these allegations, other

15 than, and I don't think there is any dispute, the government

16 was aware, through its agents, about a pending successful

17 lawsuit against the victims.  That I think is a given, but I

18 don't see how that really changes the discussion.  There is no

19 doubt that the government knew of the civil lawsuit before any

20 of these defendants were indicted, I think that's a given,

21 right, during their investigation they clearly knew that and

22 the defendants weren't indicted until 2020.

23         MR. HEEREN:  Yes, your Honor, charged on a complaint

24 at first, but then indicted.

25         THE COURT:  Right.  So I don't think -- when you

PROCEEDINGS

1    said, oh, I didn't put it in the letter, but somehow it's

2    relevant, I'm not sure it adds anything to the facts that you

3    allege support your request.

4            I think there is no dispute that the government knew

5    about the civil lawsuit early on in its investigation and well

6    before or certainly before they indicted the defendants in

7    2020.  So I don't think it changes my analysis any.

8            What am I missing about what you're arguing?

9            MS. WONG:  Well, your Honor, I'm speaking towards

10   their motive, not the government's charging decision, their

11   motive to testify.

12           THE COURT:  Right, but you're trying to distinguish

13   your client from Mr. McMahon on that basis, that's what I

14   heard you saying, and you may be suggesting that because the

15   government knew about the civil case in May they made up -- or

16   the victim -- I actually don't understand.  I'm struggling.

17   So the fact that your client is not alleged to have done

18   anything until September 2018, is that relevant with respect

19   to the timing of the government's knowledge regarding the

20   civil lawsuit?

21           Did I miss -- am I the only one who misheard

22   Ms. Wong saying that somehow that was a distinguishing factor

23   with respect to your client?

24           MS. WONG:  After -- Mr. Zheng's conduct happens

25   after they are served with the lawsuit and they become more

PROCEEDINGS

1    interested and vested in becoming witnesses for the

2    government.

3           THE COURT:  But they never name Mr. Zheng.  So

4    that's, to me, it's a non sequitur almost.  The government

5    decides on its -- you're saying just they became more

6    motivated somehow before your client got indicted -- before

7    your client is alleged to have committed the conduct, but it's

8    still before anyone gets indicted, so I think he's in the same

9    boat, if you will, as everybody else.  Again, it doesn't

10   change what we -- what I assumed when I ruled earlier that it

11   is still not probative, because the government clearly knew

12   about the civil lawsuit before they indicted anyone.

13          In theory the victims have always been, under your

14   theory, motivated to get the government to help them with the

15   civil case, I think that's what you're arguing, but the

16   government's representation is they never made any promise to

17   the victims about helping with the civil lawsuit.  The

18   government just went and did it on its own.

19          MR. GOLDBERGER:  With all due respect, if I may,

20   your Honor.  It's not the government's motivation we're

21   talking about here, it's the thoughts and the ideas that the

22   witnesses had that they were getting a benefit from the

23   government.  How many times does the government interfere in a

24   civil case, stop the civil case and say, that's not going on

25   until we do what we want to do with our case.

PROCEEDINGS

1          THE COURT:  All the time.

2          MR. GOLDBERGER:  I mean, that's a benefit to anybody

3   who is a defendant in a civil lawsuit.

4          THE COURT:  Mr. Goldberger, that happens all the

5   time.  In fact the government often does it while there is

6   still an investigation, they're still investigating, they

7   will.

8          MR. GOLDBERGER:  But the jury should know about it

9   though, Judge, because the effect that it has on the

10  individuals who are testifying is not up to the government to

11  decide what the effect on them is, it's on those two witnesses

12  to say, no, I didn't think that helped me.  If I'm a juror I'm

13  not so clear that I would believe them that they didn't think

14  it helped them and that's for a jury to decide not the Court.

15         THE COURT:  Let me ask the government a question.

16  Is there any merit or basis for arguing that somehow the

17  witnesses, the victims' rather, statements are different

18  before the government intervened in the case versus afterward?

19         MS. ARFA:  Not to my knowledge, your Honor, no.

20         THE COURT:  Now I guess to pick up the thread of

21  Ms. Wong's argument, can the government say whether or not

22  their statements were different before May 23rd, 2018 and

23  afterward.

24         MS. ARFA:  I was not involved in the case then, but

25  I have no understanding that it was different prior to or

PROCEEDINGS

1    after.

2              THE COURT:  Do the DD5s -- not the DD5s, I'm sorry,

3    do the FBI 302s reflect any change in their testimony during

4    the course -- before, let's say, May 23rd, 2018 and after.

5              MS. ARFA:  I've seen nothing to indicate that

6    there's any change.

7              THE COURT:  Again, folks, I'm not saying it's

8    theoretically not relevant, but in this particular case I

9    don't find any basis -- I find very little basis, if any, for

10   you to try to argue that the victims -- and I agree with you

11   it's their perception, their belief, their motive to lie, if

12   you want to argue that, to curry favor with the government

13   that matters, but I don't see any basis for you to ask these

14   questions when balanced against the potential for prejudice.

15   So I'm weighing the probative value, which I think is

16   relatively minimal versus the prejudicial value, which I think

17   is significant.  Because, again, I don't want to invite any

18   kind of nullification or weight into the merits of the civil

19   lawsuit, the claims in that lawsuit which are the same as the

20   accusations in the Red Notice or the PRC's Interpol request.

21   The latter I think, unfortunately, being necessary in order

22   for the government to prove the PRC connection but I don't see

23   any reason, if you will, gild the lily and keep focusing on

24   the civil lawsuit which mirrors -- or keep focusing on those

25   facts which are fueling both the civil litigation and the

PROCEEDINGS

1  criminal prosecution, and also have the potential for

2  prejudice which I -- which is a reason I denied Mr. McMahon's

3  request of suggesting to the jury or allowing for any

4  suggestion to be made that it was reasonable for all

5  defendants to believe that they were helping with a civil

6  litigation, if that's their defense, or that's in fact what

7  they were doing beyond the notion that it was reasonable for

8  them to believe that.  So for all those reasons --

9           MR. LUSTBERG:  Your Honor, I'm sorry to interrupt --

10          THE COURT:  Yes, Mr. Lustberg.

11          MR. LUSTBERG:  -- just two things.  I wanted the

12  record to be clear that I joined in the application.

13          THE COURT:  Okay.

14          MR. LUSTBERG:  And second, I would just point out

15  one additional fact that hasn't been discussed today, which is

16  in footnote nine of the government's original motion to

17  preclude this testimony.  It reads as follows:  John Doe

18  Number One and Jane Doe Number One have requested assistance

19  with their immigration status and with regard to the pending

20  civil litigation.  It says, the government has not provided

21  any assistance with regard to either matter.  But that's not

22  true.  They requested -- I don't know what assistance they

23  requested, but this makes it sound like there was -- and I of

24  course believe my friends, but it sounds like there was a

25  request from John Doe Number One and Jane Doe Number One with

678

PROCEEDINGS

1   regard to the civil matter, and lo and behold the government

2   moves stay it.

3          And I just think your Honor's narrative a few

4   moments ago did not take account for that footnote, which is

5   all the information I had until the Court's colloquy today.

6   So I don't know what that means but I'm just reading the

7   government's own words, so -- but in any event, I join in the

8   application and I think that that statement demands some

9   further inquiry.

10          THE COURT:  Go ahead, Mr. Heeren.

11          MR. HEEREN:  Yes, your Honor, just to start with the

12   last thing, I would just clarify that the government has

13   turned over everything in its possession related to the

14   victims' statements related to these two topics to defense

15   counsel out of abundance of caution even though we don't think

16   it's proper *Giglio* material.

17          THE COURT:  What does it means that they've asked

18   for help with the civil litigation?

19          MR. HEEREN:  So they discussed -- they raised the

20   civil litigation as Ms. Wong mentioned, although I disagree

21   with her characterization of the record.  In the May 8, 2018

22   email the victim, Jane Doe 1, talks about how she's raising

23   the fact of the civil litigation to the FBI agent and

24   discusses how she ultimately thinks perhaps, even though they

25   are the ones being sued, it will be a good thing that they are

*GEORGETTE K. BETTS, RPR, FCRR, CCR*
*Official Court Reporter*

PROCEEDINGS

1    able to bring to light what's happening to them since they

2    perceive it as being targeted by the PRC government.

3            In this document, 3500 -- I won't use the victims'

4    initials, it ends 3500 at page 29 it doesn't make any specific

5    request.  What the government -- nor does it say thank you for

6    the help.  It says, thank you for your time.

7            The second point is in other documents the victims

8    have requested that the government investigate whether the

9    civil lawsuit is part of the targeted campaign against them.

10   Without getting into the government's grand jury

11   investigation, the government's made no promises about that.

12   So they've provided information, they've made requests in

13   their mind as to the relevance of the civil litigation, but

14   the government's made no representation about that and, as we

15   just discussed, the stay is a separate matter related to this

16   case.

17           THE COURT:  All right.

18           MR. GOLDBERGER:  Just one last thing, your Honor --

19           THE COURT:  No, no, Mr. Goldberger, no need

20   actually.  What I'm going to is strike a compromise here of

21   some sort.  I will allow the defense to ask the witnesses

22   whether or not they believe they've received any benefit from

23   working with the government on this investigation and they

24   will give whatever answer they give.  If they themselves

25   suggest that somehow they believe it will help them to do this

680
PROCEEDINGS

1    in their civil matter or with respect to their immigration

2    status, the defense will be able to explore that.  So I will

3    give the defense the opportunity to ask a more open-ended

4    question which doesn't immediately introduce some notion that

5    they're getting a benefit, which I don't think has been

6    supported by everything I've heard or even supported by the

7    discovery that's been disclosed, but I do recognize the

8    possibility that the victims somehow themselves, regardless of

9    any representations made by the government or the government's

10   perception of the situation, do believe that they are getting

11   some benefit by testifying and helping the government with its

12   investigation in this case.

13          So you'll be allowed to ask that question but make

14   it open ended and don't immediately start leading into this

15   issue about the civil lawsuit or about immigration status, but

16   if they say something that allows you to ask followup you can

17   do so.  But if they give you the answer of no, I don't

18   perceive this is going to help me in anything else, other than

19   I guess getting them to stop harassing me or whatever they

20   say, then that's the answer you get.  Okay.

21          So let's get started.

22          MR. HEEREN:  Your Honor?

23          THE COURT:  Mr. Heeren.

24          MR. HEEREN:  One small thing for the record.  When I

25   came in this morning I inadvertently told an elevator full of

PROCEEDINGS

1   people, no thank you, as they're trying to let me in, that

2   elevator included a juror.  There was no other communication.

3          THE COURT:  Okay.  That's fine.  Thank you.

4          Anything else for the defense before we start?

5   Sorry to cut you off Mr. Goldberger, since I was granting some

6   part of the relief and our jury is ready I didn't want to

7   prolong the conversation.

8          MR. GOLDBERGER:  Thank you.

9          THE COURT:  Anything else?

10         MS. WONG:  No, your Honor, thank you.

11         THE COURT:  Okay.

12         MS. CHEN:  Your Honor, would it be possible to use

13  the lapel mic for the translator so they could write if they

14  need to.

15         THE COURT:  Sure.  Why don't you hand that one back

16  to me.  We'll turn this off.  We'll see if we can find the

17  lapel mic and see if it's charged.

18         THE COURTROOM DEPUTY:  All rise.

19         (Jury enters courtroom.)

20         THE COURT:  Have a seat everyone.  Good morning,

21  ladies and gentlemen of the jury, I hope you had a restful and

22  relaxing weekend.  We are going to resume with the

23  government's case, so let's have the government call their

24  next witness.

25         MS. ARFA:  The government calls Liu Fang.

PROCEEDINGS

1              THE COURT:  Stand up to my left, remain standing for

2     one moment so we can swear you in.

3              (The witness takes the stand.)

4              THE COURTROOM DEPUTY:  Please raise your right hand.

5              (Continued on next page.)

683

F. LIU - DIRECT - MS. ARFA

1   **FANG LIU**, called as a witness, having been first duly

2   sworn/affirmed, was examined and testified through the

3   Interpreter as follows:

4           THE WITNESS:  Yes.

5           THE COURTROOM DEPUTY:  You can have a seat.  Please

6   state and spell your name for the record.

7           THE WITNESS:  L-I-U, F-A-N-G.

8           THE COURT:  Last name Liu?

9           MS. ARFA:  Yes, your Honor.

10          THE COURT:  So Ms. Liu, you can pull the microphone

11  closer to you, but the seat doesn't move so you have to move

12  the microphone if you need to.

13          You may inquire, Ms. Arfa.

14  DIRECT EXAMINATION

15  BY MS. ARFA:

16  Q    Good morning.

17  A    Good morning.

18  Q    I'll just ask the witness to confirm, is Liu your family

19  name?

20  A    Yes.

21  Q    Do you use any other names?

22  A    No.

23  Q    What is your native language?

24  A    Chinese.

25  Q    Do you also speak and understand some English?

684

F. LIU – DIRECT – MS. ARFA

1   A    Yes.

2   Q    Are you more comfortable relying on an interpreter to

3   assist you in today's proceeding?

4   A    Yes, I rely on Chinese.

5   Q    Limiting your answer to the city or the town and the

6   state, where do you currently live?

7   A    Warren, New Jersey.

8   Q    Are you married?

9   A    Yes.

10  Q    What is your spouse's name?

11  A    Xu Jin.

12       THE COURT:  Can you spell that, Ms. Arfa.

13  Q    Is that spelled X-U, then J-I-N.

14  A    Yes.

15  Q    Do you live with your spouse?

16  A    Yes.

17  Q    Do you have any children?

18  A    Yes.

19  Q    How many?

20  A    One.

21  Q    Do you have a son or a daughter?

22  A    A daughter.

23  Q    What is your daughter's name?

24  A    Xu Xinzi.

25  Q    Is that spelled X-U, and then X-I-N-Z-I?

F. LIU – DIRECT – MS. ARFA

1   A    Yes, correct.

2   Q    Is Xu your daughter's family name?

3   A    Yes.

4   Q    Does your daughter use any other names?

5   A    She uses an English name which is Sabrina.

6   Q    Limiting your answer now only to the state, where does

7   your daughter currently live?

8   A    California.

9   Q    Do you have any siblings?

10  A    Yes.

11  Q    How many?

12  A    One.

13  Q    Do you have a brother or a sister?

14  A    My younger sister.

15  Q    What's your sister's name?

16  A    Liu Yan.

17  Q    Is that spelled L-I-U, and then Y-A-N?

18  A    Yes.

19  Q    Limiting your answer again only to the state, where does

20  your sister currently live?

21  A    New Jersey.

22  Q    Does your spouse have any siblings?

23  A    Yes.

24  Q    How many siblings?

25  A    One.

686

F. LIU – DIRECT – MS. ARFA

1    Q    A brother or a sister?

2    A    A younger sister.

3    Q    What's her name?

4    A    Xu Qin.

5    Q    Is that spelled X-U, and then Q-I-N?

6    A    Yes.

7    Q    Where does Xu Qin live?

8    A    In Wuhan, China.

9            MS. ARFA:  Your Honor, may we publish GX23 which is

10   in evidence?

11           THE COURT:  Yes, you may.

12           (Exhibit published.)

13   Q    Who is this?

14   A    That is me.

15           MS. ARFA:  May we publish GX26 please, which also is

16   in evidence.

17           (Exhibit published.)

18   Q    Who is this?

19   A    That's my husband.

20   Q    Would you remind us of his name, please?

21   A    Xu Jin.

22           MS. ARFA:  May we publish GX31, which also is in

23   evidence?

24           (Exhibit published.)

25   Q    What is this?

687

F. LIU - DIRECT - MS. ARFA

1    A    That is the photo of me and my husband.

2            MS. ARFA:  May we publish GX28, please.

3            (Exhibit published.)

4            MS. ARFA:  I'm sorry, which is in evidence.

5    Q    Who is this?

6    A    That is my daughter.

7    Q    And would you remind us of her name please?

8    A    Xu Xinzi.

9            MS. ARFA:  May we publish GX24, which again is in

10   evidence.

11           (Exhibit published.)

12   Q    Who is this?

13   A    That is my younger sister.

14   Q    Would you remind us of her name, please?

15   A    Liu Yan.

16           MS. ARFA:  May we please publish GX25, which is in

17   evidence.

18           (Exhibit published.)

19   Q    Who is this?

20   A    That is my father-in-law, the father of my husband.

21   Q    What's his name?

22   A    Xu Cewei.

23   Q    Is that spelled X-U C-E-W-E-I?

24   A    Yes.

25           MS. ARFA:  May we publish GX30, which is in

F. LIU - DIRECT - MS. ARFA

1   evidence?

2            (Exhibit published.)

3   Q    What is this?

4   A    That is my father-in-law and my mother-in-law, the

5   parents of my husband.

6            MS. ARFA:  May we publish now GX27, which is in

7   evidence.

8            (Exhibit published.)

9   Q    Who is this?

10  A    That is the younger sister of my husband.

11  Q    What is her name?

12  A    Xu Qin.

13           MS. ARFA:  May we publish GX601, which is in

14  evidence.

15           (Exhibit published.)

16  Q    Can you tell us what town this depicts?  If you need us

17  to zoom in we can do that.

18           MS. ARFA:  I am going to actually ask Ms. McMahon if

19  she could zoom in on it to the pin.

20  Q    Ms. Liu, can you tell us what town this exhibit depicts?

21  A    Short Hills.

22  Q    What state is that?

23  A    New Jersey.

24           MS. ARFA:  May we publish now GX602, which is in

25  evidence.  Again, I will ask Ms. McMahon if she can focus in

F. LIU - DIRECT - MS. ARFA

1    on the pin.  Thank you.

2                  (Exhibit published.)

3    Q    What town does this exhibit depict?

4    A    Short Hills.

5    Q    What state?

6    A    New Jersey.

7    Q    Is that the same as the previous exhibit?

8    A    Yes, the same.

9                  MS. ARFA:  May I show now the witness only -- this

10   is not in evidence -- what has been previously marked as

11   GX603.

12                  I'll note the version I'm showing the witness

13   contains certain redactions, so Ms. Liu to the extent you

14   would like to see a version of this exhibit that does not have

15   the redactions, meaning those black boxes, I can provide you a

16   copy.

17   A    That is not needed.

18   Q    Let me ask, do you recognize this?

19   A    Yes.

20   Q    What is it?

21   A    That's the picture of my address.

22   Q    When you say a picture, what do you mean?

23   A    That is the picture of the street.

24   Q    Does it fairly and accurately depict that area?

25   A    Yes.

690

F. LIU – DIRECT – MS. ARFA

1            MS. ARFA:  The government offers GX603 in evidence.

2            MR. LUSTBERG:  No objection.

3            MS. WONG:  No objection.

4            MR. TUNG:  No objection.

5            THE COURT:  Admitted you may publish.

6            (Government Exhibit GX603, was received in

7    evidence.)

8            (Exhibit published.)

9            MS. ARFA:  Again I'll note the version that we have

10   published includes redactions, but I will direct the jurors

11   that the unredacted version is in your binders, to the extent

12   you'd like to look at that version.

13   Q    Ms. Liu, can you tell us again now for the benefit of the

14   jurors what this is?

15   A    That's the photo of the street of my residence.

16   Q    What town is reflected in this exhibit?

17   A    Warren.

18   Q    Again, what state?

19   A    In New Jersey.

20           MS. ARFA:  For the witness only please, may we show

21   what has previously been marked as GX604, which again contains

22   certain redactions.

23   Q    So, again, Ms. Liu, to the extent you would like to look

24   at the unredacted version of this exhibit I can give you a

25   copy.

F. LIU - DIRECT - MS. ARFA

1    A    That is not needed.

2    Q    Do you recognize this exhibit?

3    A    Yes.

4    Q    What is it?

5    A    That's the photo of the streets of my residence.

6    Q    And does this fairly and accurately depict that subject

7    matter?

8    A    Yes.

9              MS. ARFA:  The government offers GX604 in evidence.

10             MR. LUSTBERG:  No objection.

11             MS. WONG:  No objection.

12             MR. TUNG:  No objection.

13             THE COURT:  Admitted you may publish.

14             (Government Exhibit GX604, was received in

15   evidence.)

16             (Exhibit published.)

17             MS. ARFA:  Again, the version that has been

18   published includes certain redaction but for the benefit of

19   the jurors the unredacted version is in your binders to the

20   extent you would like to review.

21             Ms. McMahon, would you please take down GX604.

22   Thank you.

23   Q    Ms. Liu, were you born in the United States?

24   A    No.

25   Q    Where were you born?

F. LIU – DIRECT – MS. ARFA

1  A    In Shunyuan, China.

2  Q    Is the People's Republic of China or the PRC the same as

3  China?

4  A    Yes.

5  Q    Are you familiar with references to the mainland?

6  A    Yes, I'm familiar with it.

7  Q    To what does that refer?

8  A    The mainland refers to People's Republic of China, which

9  is PRC.

10  Q    For about how long have you lived in the United States?

11  A    About 13 years.

12          (Continued on the next page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

693

LIU – DIRECT – MS. ARFA

1   DIRECT EXAMINATION (Continued)

2   BY MS. ARFA:

3   Q    Was your husband born in the United States?

4   A    No.

5   Q    Where was he born?

6   A    He was born in Hubei, China.

7   Q    For about how long has he lived in the United States?

8   A    About 13 years.

9   Q    Ms. Liu, are you familiar with something called

10  "Operation Fox Hunt"?

11  A    I know that.

12  Q    What do you understand that to be?

13  A    Based on my understanding, Operation Fox Hunt is a

14  political campaign initiated by the Chinese authorities in the

15  name of anticorruption to chase or prosecute Chinese political

16  citizens.

17       The Chinese government, the Chinese authorities,

18  would force these Chinese persons, who lived overseas to

19  return to China, through the means of threat, abduction,

20  kidnapping, et cetera, and some of these people hold different

21  political views.

22  Q    Are you a target of the Fox Hunt operation?

23  A    Yes.

24  Q    How do you know that?

25  A    My husband told me that.

694

LIU – DIRECT – MS. ARFA

1   Q   When was that?

2   A   It was in the morning of April 2015.

3   Q   Ms. Liu, I'd like to direct your attention now to

4   April 5th, 2017.

5           What happened that day?

6   A   On that day, my father-in-law, as in my husband's father,

7   was unexpectedly sent to the home of my younger sister.

8   Q   Would you please remind us of your father-in-law's name?

9   A   Xu Cewei.

10  Q   How do you learn of your father-in-law's arrival?

11  A   My youngest sister called me.

12  Q   And limiting your answer to the city or the town and the

13  state, where was your sister living at the time?

14  A   Short Hills, New Jersey.

15          MS. ARFA:  May we publish GX602, which is in

16  evidence, please.

17          (Exhibit published.)

18          MS. ARFA:  Ms. McMahon, would you -- I believe there

19  are multiple pages, would you please scroll through them.

20  There are not?  Okay.

21          I'm sorry, I apologize.  Can we please publish

22  GX101, which, again, is in evidence.

23          (Exhibit published.)

24          MS. ARFA:  And I'll ask Ms. McMahon to please scroll

25  through.

LIU – DIRECT – MS. ARFA

1            Would you please return to page 1.

2    Q    Ms. Liu, do you know what this is?

3    A    Yes, I know.

4    Q    What is it?

5    A    That is the home –– the residence of my younger sister at

6    the time.

7    Q    I'm sorry, did you say "at the time"?

8    A    Yes.

9    Q    And so to confirm, she lived there in April 2017?

10   A    Yes.

11   Q    Is this the house to which your father-in-law was brought

12   in 2017?

13   A    Yes.

14            MS. ARFA:  For the witness only, please, can we

15   please show what has been previously been marked as GX116.

16            (Exhibit published to the witness.)

17   Q    Do you recognize this?

18   A    Yes.

19   Q    What is it?

20   A    That is the garage and the driveway in front of the

21   garage of my younger sister's home.

22   Q    And does this fairly and accurately depict that area of

23   your sister's home as it existed in April 2017?

24   A    Yes.

25            MS. ARFA:  The government offers GX116 in evidence.

LIU – DIRECT – MS. ARFA

1          MR. LUSTBERG:  No objection.

2          MS. WONG:  No objection.

3          MR. TUNG:  No objection.

4          THE COURT:  Admitted.

5          You may publish.

6          (Government Exhibit GX116, was received in

7   evidence.)

8          (Exhibit published.)

9          MS. ARFA:  This is now for the benefit of the jury.

10  Q    Is this the same house as in the previous exhibit that we

11  reviewed, GX101?

12  A    Yes, it's the same house.

13  Q    And is this the house your sister lived in in 2017?

14  A    Yes.

15  Q    Is it the house to which your father-in-law was brought

16  in April 2017?

17  A    Yes.

18          MS. ARFA:  Ms. McMahon, I'll ask to you please take

19  down GX116.

20  Q    In April 2017, where did your father-in-law live?

21  A    In Wuhan China.

22  Q    About how old was he at the time?

23  A    He was 80-something.

24  Q    Were you expecting your father-in-law to come to the

25  United States in April 2017?

697

                        LIU – DIRECT – MS. ARFA

1   A    No.

2   Q    How did you feel when you learned that he was in the

3   United States?

4             MR. LUSTBERG:  Objection.

5             THE COURT:  Overruled.

6   A    I felt very surprised, it was out of the blue.

7   Q    In April 2017, did you see your father-in-law after he

8   arrived in the United States?

9   A    Yes.

10  Q    When did you see him?

11  A    He was sent to my younger sister's home by someone in the

12  evening of Wednesday, and I saw him in the morning on Friday.

13  Q    Where did you see him?

14  A    At my younger sister's home.

15  Q    What, if anything, did he say about how he got to the

16  United States?

17  A    Successful.

18  Q    What did he say?

19  A    He said that Tu Lan and others forced him to come to the

20  U.S.  He did not want to come.  And he was also given a task.

21  He must return to China with his son –– yeah, to persuade his

22  son to return to China.

23            He also told me that according to the original plan

24  of Tu Lan and others, Tu Lan, and also a Dr. Lee, and also my

25  father-in-law, the three of them, they were supposed to go ––

                    *LINDA D. DANELCZYK, RPR, CSR, CCR*
                         *Official Court Reporter*

698

LIU - DIRECT - MS. ARFA

1  go from Wuhan to Shanghai, and then from Shanghai to the U.S.

2  together.  However, when they arrived in Shanghai, the plan

3  was changed.  Tu Lan went to the U.S. first on her own, and

4  then my father-in-law and Dr. Lee came to the U.S.

5  Q    You mentioned someone name Tu Lan.  Do you know who that

6  is?

7  A    Yes, I know.

8  Q    Who is that?

9  A    She is a prosecutor of Hanyang District of Wuhan City.

10 Q    And I believe you mentioned a Dr. Lee.

11         Do you know who that is?

12 A    I'm not sure.  I only know that that person goes by the

13 name of Dr. Lee.

14 Q    Do you know whether that individual was your

15 father-in-law's regular doctor?

16 A    No.

17 Q    To clarify, you do not know, or Dr. Lee was not your

18 father-in-law's regular doctor?

19 A    Dr. Lee was not the regular doctor of my father-in-law.

20 Q    Do you know whether Dr. Lee was a man or a woman?

21 A    My father-in-law said she's a female doctor.

22 Q    And I think you referenced a task that your father-in-law

23 was given.

24         Could you say what that was?

25 A    They wanted him to meet with his son, and he must see him

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

LIU – DIRECT – MS. ARFA

1   and he has to persuade the son to return to China with him

2   together.

3   Q    At the time of this visit in April 2017, was your and

4   your husband's address in the United States publicly

5   available?

6   A    No.

7   Q    Had you taken steps to keep it private?

8   A    Yes.

9   Q    Why?

10  A    It was because after we learned that we have become the

11  target of the Chinese government, we don't want to cause

12  troubles to people who are familiar with us, so we chose to be

13  away from the people we are familiar with and also the

14  environment we're familiar with.  We closed ourselves up.

15  Q    Did your father-in-law indicate whether he had come to

16  the United States voluntarily?

17              MR. TUNG:  Object to leading the witness.

18              THE COURT:  Overruled.

19  A    He said he was being forced to come.

20  Q    How did that make you feel?

21  A    I feel bad.  In order to serve their purpose, they have

22  forced and threatened an 80-year-old man to come from China to

23  the U.S.  In my view their action is equivalent to kidnapping.

24  Q    As a result of your father-in-law's visit, did your

25  husband agree to return to China?

LIU – DIRECT – MS. ARFA

1   A    No.

2   Q    Did you?

3   A    No.

4   Q    Did your father-in-law subsequently return to China?

5   A    Yes.

6        MS. ARFA:  For the witness only, may I please show

7   what has been previously marked as GX32.

8        (Exhibit published to the witness.)

9   Q    Do you recognize this?

10  A    Yes, I do.

11  Q    What is it?

12  A    This person is Tu Lan.

13  Q    Is this a fair and accurate representation of Tu Lan?

14  A    Yes.

15       MS. ARFA:  The government offers GX32 in evidence.

16       MR. LUSTBERG:  No objection.

17       MS. WONG:  No objection.

18       MR. TUNG:  No objection.

19       THE COURT:  Admitted.  You may publish.

20       (Exhibit published.)

21       (Government Exhibit GX32, was received in evidence.)

22       (Exhibit published.)

23  Q    And would you remind the jury, please, who this is?

24  A    This is Tu Lan.

25  Q    And who is Tu Lan?

                        LIU – DIRECT – MS. ARFA

1               THE INTERPRETER:  Can I have the question again?

2               MS. ARFA:  Who is Tu Lan?

3   A    He's the prosecutor of Hanyang District of Wuhan City.

4               MS. ARFA:  Ms. McMahon, if you could please take

5   down GX32.

6   Q    Ms. Liu, I'd like to direct your attention now to

7   September 4, 2018.

8               What happened that day?

9   A    On that day, two young Chinese men came to my residence.

10  They came to the front door of my residence and they slammed

11  the door very loudly and rudely.  And they were twisting the

12  door hands else forcibly trying to get in.

13  Q    Were you home?

14  A    Yes.

15  Q    Where were you in your home?

16  A    At the time, I was somewhere near the kitchen of my home.

17  Q    Were you with anyone?

18  A    My husband was home, too.

19  Q    Was anyone else home?

20  A    No.

21  Q    Did either you or your husband answer the door?

22  A    No.

23  Q    Why not?

24  A    It was because we are very scared when we heard the rude

25  and loud noise, slamming of the door, and also the door handle

LIU – DIRECT – MS. ARFA

1   was being twisted forcibly trying to get in.  So we did not

2   answer the door.

3   Q    What did you do?

4   A    My husband turn on the security system of our home on his

5   electronic device, and we saw two people who came from the

6   driveway and walkway to our home.  And my husband told me to

7   call the FBI right away.

8          So I called the FBI but it did not go through, so I

9   send them messages.

10  Q    Let me just clarify.

11         When you say your husband turned on the video, was

12  it already recording or did he start recording at that point?

13  A    That system had been working all along, and we can turn

14  it on at any time from electronic device to look at it.

15  Q    And did you look at it?

16  A    Yes.

17  Q    Could you describe the men you saw, please?

18  A    There were two people.  One of them was more well-built,

19  and the other one was skinnier.

20         The one who was well-built, he wore a white T-shirt.

21  And the skinnier one, he dyed his hair gold.  The well-built

22  one, he had dark hair, black hair.

23  Q    And could you describe what you saw them do?

24  A    I could see from the video that they stop their car in

25  front of the street, in front of my home.  And they got out of

LIU – DIRECT – MS. ARFA

1    the car and walked to my front door through the driveway and

2    walkway.

3              So they went to the front door and stayed there for

4    a little while.  And then they went to the back and stayed for

5    a little while.

6              The man with golden hair, he was talking on the cell

7    phone, while the other guy, in the white T-shirt, he was

8    peeking into my home, and they stayed there for a little

9    while, and then they left and returned to their car.

10             So -- and then they returned to the front door

11   again, and then left the front door and then went back to the

12   car and then they left.

13             And then a few minutes later, the car came back and

14   they came to my front door again and stayed there for a little

15   while.  And then they left and returned to their car and drove

16   off.

17             THE COURT:  Ms. Arfa, you may want to remind your

18   witness to keep her answers a little shorter for the sake of

19   the translator.

20             MS. ARFA:  Let me return -- so let me tell you that

21   if you keep your answers a little bit shorter, I can follow

22   up, and we can give the interpreter time to catch up with you.

23   Q    Let me return to something you just said, which is that

24   you saw the men peeking into your home.

25             MR. GOLDBERGER:  Objection.  That's not what she

LIU – DIRECT – MS. ARFA

1    said.

2              THE COURT:  Overruled.

3              Just ask your question again.

4    Q    I believe that you just said that you saw the men peeking

5    into your home.

6    A    I said he was looking into the home.

7    Q    And what part of the home was he looking into?

8    A    That was the sunroom, which was connecting my home in the

9    back.

10             THE COURT:  Maybe you want to clarify.

11             You used the plural men, she referred to one.  Why

12   don't you clarify.

13   Q    Did you see one man or both of the men doing that?

14   A    I saw two men on the back.  One of them was talking on

15   the cell phone, the other man was looking into the home.

16   Q    And I believe you also referenced seeing a vehicle.  Is

17   that accurate?

18   A    Yes.

19   Q    Could you describe the vehicle you saw?

20   A    It was a white vehicle.

21   Q    Where did you see the vehicle?

22   A    That car stopped right in front of the street in front of

23   my home.

24   Q    Did you see either of the men smoking?

25   A    When the car left and then came back, and they came to my

LIU – DIRECT – MS. ARFA

1  front door, I saw the man with golden hair had a cigarette in

2  his right hand.

3          MS. ARFA:  For the witness only, may I please show

4  what has previously been marked as GX119.

5          (Exhibit published to the witness.)

6          MS. ARFA:  Ms. McMahon, if you would scroll through

7  the pages.

8  Q    Do you recognize that?

9  A    Yes.

10 Q    What is it?

11 A    That's my residence, my home.

12 Q    And is it a fair and accurate depiction of your home?

13 A    Yes.

14         MS. ARFA:  The government offers GX119 in evidence.

15         MR. LUSTBERG:  No objection.

16         MS. WONG:  No objection.

17         MR. TUNG:  No objection.

18         THE COURT:  Admitted.  You may publish.

19         And I'll note that there are multiple photos as part

20 of this exhibit.

21         (Government Exhibit 119, was received in evidence.)

22         (Exhibit published.)

23 Q    What is this?

24 A    That is the front view of my home.

25 Q    And who lives there, other than you?

LIU – DIRECT – MS. ARFA

1   A     My husband.

2   Q     And let me clarify, I'm referring to September 2018.

3         So is this the home you were living in in September

4   2018?

5   A     Can you please repeat the time?

6   Q     Is this the home that you were living in in September of

7   2018?

8   A     Yes.

9   Q     Is this the house to which the men came as part of the

10  events that you just described?

11  A     Yes.

12        MS. ARFA:  Ms. McMahon, can we please go to page 2

13  of the exhibit.

14  Q     What part of the house is this?

15  A     That's the front door view of the house.

16  Q     Can we please go to page 3.

17        What is this?

18  A     This is a corner of the street that you can see the

19  driveway leading to the garage and there's a house in the

20  back, and that is my residence.

21        MS. ARFA:  Could we please go to page 4.

22  Q     What is this?

23  A     On this photo, you can see the walkway going towards my

24  front door of my home and also the driveway going to the

25  garage.

707

LIU – DIRECT – MS. ARFA

1          MS. ARFA:  Can we go to page 5, please.

2    Q    What part of the house is this?

3    A    This is the side view of the home.  You can see the

4    garage and then the driveway in front of the garage.  And from

5    here you can also see the back of the house.  You can see the

6    deck I described earlier.

7    Q    Is this the same driveway we were looking at a few pages

8    ago?

9    A    Yes.

10          MS. ARFA:  Can we go to page 6, please.

11   Q    And what part of the house is this?

12   A    This is the side view of the home.  And you can see the

13   driveway leading to the garage, and also the street in front

14   of the house.

15          MS. ARFA:  Could we go to page 8, please.

16   Q    What part of the house is this?

17   A    This the back of the house.  You can see the back and

18   also the staircase leading to the back.  And you can also see

19   the way to go from the driveway to the back.

20   Q    How do you access that staircase from the street?

21   A    If you're coming from the street, then you have to go to

22   the driveway.  And then the driveway you have the garage, and

23   from there's a little bit of walkway.  Then from there you go

24   to the staircase and then go to the back.

25          MS. ARFA:  Could we go to page 17, please.

LINDA D. DANELCZYK, RPR, CSR, CCR
Official Court Reporter

708

LIU – DIRECT – MS. ARFA

1  Q    Where is this street in relation to your home?

2  A    I need you to clarify.

3  Q    Just the relationship, not how far it is, but relative to

4  your home?

5  A    You see where the car's parked, that is the street in

6  front of my home.  And then on the left-hand side is the

7  driveway.  And then where you see the tiles, that is the

8  walkway that goes to my front door.

9        MS. ARFA:  May I show, for the witness only, an

10  exhibit using the ELMO, please.

11        (Exhibit published to the witness.)

12        MS. ARFA:  I'm showing you what has previously been

13  marked as GX710 which also contains sub-exhibits of GX710,

14  which previously have been marked as GX710A through H.

15  Q    Ms. Liu, have you reviewed the contents of this drive

16  before?

17  A    Yes, I did.

18  Q    How do you know that?

19  A    It's because after I reviewed it, I sign a piece of

20  paper.

21  Q    Did you also add the date?

22  A    Yes.

23  Q    What's on this drive?

24  A    This USB drive recorded the entire process when the two

25  men came to my home that day.

709

LIU – DIRECT – MS. ARFA

1   Q    Does the drive contain the surveillance video from your

2   home for that day?

3   A    Yes.

4   Q    Does it contain surveillance video from any other day?

5   A    Yes, it also included the next day, which was

6   September 5th.

7   Q    And based on your review, are the exhibits on this drive,

8   fair and accurate copies of the video surveillance from your

9   home for those two days?

10  A    Yes.

11          MS. ARFA:  The government offers GX710 as well as

12  GX710A through H, which are the sub-exhibits in evidence.

13          MR. LUSTBERG:  No objection.

14          MS. WONG:  No objection.

15          MR. TUNG:  No objection.

16          THE COURT:  Admitted.

17          You may publish, whichever portions you'd like.

18          (Government Exhibit GX710, GX710A through H, were

19  received in evidence.)

20          (Exhibit published.)

21          MS. ARFA:  Ms. McMahon, let's please begin with

22  GX107A, and may we please publish that to the jury and play

23  it.

24          (Video played; Video stopped.)

25  Q    Ms. Liu, when was that video taken?

LIU – DIRECT – MS. ARFA

1    A    September 4th.

2    Q    Of what year?

3    A    2018.

4    Q    What area is captured in the excerpt we just watched?

5    A    That is the driveway of my home, and also the walkway

6    leading to the front door.

7         Then also the street in front of my home.

8    Q    What direction were the men walking in this excerpt?

9    A    They were leaving the front door, and they walked through

10   the walkway to go towards the garage, and then went to the

11   back of my home.

12   Q    Do you recognize either of the men?

13   A    I don't recognize them.

14   Q    Do you know who they are?

15   A    I don't know.

16        MS. ARFA:  May we please publish GX710B, which is in

17   evidence, and play that for the jury.

18        (Video played; Video stopped.)

19   Q    When was this video taken?

20   A    September 4th, 2018.

21   Q    What area is captured on this video?

22   A    That is the back, the back of my home, and also the

23   sunroom.

24   Q    Is that a room inside in your home?

25   A    Yes.

LIU – DIRECT – MS. ARFA

1    Q    Could you see what the men were carrying or holding?

2    A    The man with the golden hair, he had a cell phone in his

3    hand.  And the other guy, with the white shirt, he was holding

4    a transparent tape for packaging in his hand.

5    Q    And we just watched the men walk past the steps.

6         Are those the same steps we looked at in the earlier

7    photos?

8    A    Yes.

9         (Continued on the following page.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Liu – Direct – Arfa

1    (Continuing.)

2            MS. ARFA:  For the witness only, please, may I show

3    what has previously been marked as GX 108.  Ms. McMahon, would

4    you please scroll through the exhibit.

5    BY MS. ARFA:

6    Q    Ms. Liu, what is this?

7    A    That is an image from the screenshot taken from my home's

8    surveillance safety system.

9    Q    And are those fair and accurate depictions of the images

10   from your home security system?

11   A    Yes.

12           MS. ARFA:  The Government offers GX 108 in evidence.

13           MR. LUSTBERG:  No objection on behalf of

14   Mr. McMahon.

15           MS. WONG:  No objection.

16           MR. TUNG:  No objection.

17           THE COURT:  Admitted.

18           (Government Exhibit 108, was received in evidence.)

19           THE COURT:  You may publish.

20           (Exhibit published.)

21           MS. ARFA:  Ms. McMahon, would you please go to the

22   second page.

23   Q    Does this still reflect the two items you described the

24   men were holding?

25   A    Yes.

713
Liu - Direct - Arfa

1   Q    And just for the benefit of the jury, is this image from

2   the video that we just watched, as well?

3   A    Yes.

4        MS. ARFA:  May we please publish now GX 710-D, which

5   is already in evidence.

6        (Exhibit published; video played.)

7   Q    What area is captured in this video?

8   A    It shows the street in front of my home, and also the

9   driveway, and also the walkway walking towards my front door.

10  Q    And can you describe what the men were doing in this

11  video?

12  A    They walked towards my front door through the driveway

13  and the walkway.

14  Q    Do you know whether this video was taken before or after

15  the other videos we watched?

16  A    Well, right now I cannot tell.  I need to see whether

17  they left the home or they left the front door.  Right now I

18  cannot tell, because that day they came to the place three

19  times.

20  Q    I'm sorry.  They came where three times?

21  A    They came to my front door three times.

22       MS. ARFA:  Ms. McMahon, you can take that down,

23  please.

24  Q    What did you do after the men left your home?

25  A    I opened the front door of my home.

Liu - Direct - Arfa

1   Q   And what happened then?

2   A   I saw there's a piece of paper that was posted to the

3   bottom part of my door with a piece of transparent tape.

4   Q   Was there anything on the piece of paper?

5   A   Yes, the text.

6   Q   What language was the text written in?

7   A   In Chinese.

8   Q   Do you remember, generally, what the piece of paper said?

9   A   I remember.

10  Q   Can you tell us what it said?

11  A   If you're willing to go back to China and spend ten years

12  in jail, then your wife and your children will be fine.

13       That will be the end of it.

14  Q   Ms. Liu, did you invite either of the men to your home

15  that day?

16  A   No.

17  Q   How did the men coming to your home make you feel?

18       MS. WONG:  Objection, Your Honor.

19       THE COURT:  Overruled.

20  A   Their arrival made me feel like even though it was under

21  broad daylight and I stayed in my home and locked my door, I

22  was still very unsafe.

23  Q   Why?

24  A   It was because they brought great fear to me.  I cannot

25  imagine that if on that day my doors locked was not strong

Liu - Direct - Arfa

```
1   enough, what happened if they were able to come in?

2   Q    What did you do with the piece of paper you found?

3   A    I follow the instructions given by the FBI agent.  I took

4   a picture of it first.  After that, I put on rubber gloves and

5   then took down that note and put it in a large plastic zipper

6   bag for food and then waited for them to pick it up.

7            MS. ARFA:  May I show the witness only, please, what

8   has previously been marked as GX 505-B.

9   Q    Do you recognize this?

10  A    Yes.

11  Q    What is it?

12  A    That was the note that they left that day which was

13  pasted on my door.

14  Q    Is this the note itself, or is this an image of the note?

15  A    That is a photo of that note.

16  Q    Who took this photo?

17  A    I took it.

18  Q    Is this a fair and accurate depiction of the photo you

19  took?

20  A    Yes.

21           MS. ARFA:  The Government offers GX 505-B in

22  evidence.

23           MR. LUSTBERG:   No objection on behalf of

24  Mr. McMahon.

25           MR. GOLDBERGER:  No objection.
```

Liu – Direct – Arfa

1          MR. TUNG:  No objection.

2          THE COURT:  Admitted.

3          (Government Exhibit 505-B, was received in

4   evidence.)

5          THE COURT:  You may publish.

6          (Exhibit published.)

7   Q    So would you please tell the jury what this photograph

8   depicts?

9   A    That is the photo I took that day regarding the note they

10  left on my door.

11  Q    Is this the front door of your home?

12  A    Yes.

13  Q    And is this the way in which you found the piece of

14  paper?

15  A    Yes.

16  Q    That tape that we see in the photograph, is that the tape

17  that you found when you found the piece of paper on your door?

18

19          THE INTERPRETER:  I'm sorry.  Can I have the

20  question again?

21          MS. ARFA:  Is the tape that we see in the photo the

22  way Ms. Liu found it.

23  A    Yes, that's how it looked to me when I found it at the

24  time.

25          MS. ARFA:  We can, please, take that down.

PROCEEDINGS

1          THE COURT:  Ms. Arfa, just so you know, five

2    minutes until our morning break.

3          MS. ARFA:  I think, Your Honor, if you want to break

4    early, this may be a good stopping place, then.

5          THE COURT:  All right.  Why don't we do that.

6          So, ladies and gentlemen, 15 minutes.  Be ready to

7    go at 11:25.

8          Don't talk about the case, don't do any research,

9    and keep an open mind.

10          THE COURTROOM DEPUTY:  All rise.

11          (Jury exits.)

12          THE COURT:  The witness can step down, and I'll ask

13    you to leave the courtroom.

14          (Witness exits.)

15          Have a seat, everyone.

16          First of all, I want to clarify the record on

17    something.

18          The last exhibit was Government Exhibit 505-B, and I

19    heard all of the defense counsel say "no objection," but the

20    record says "objection" for Mr. McMahon.  So I just want that

21    to be corrected.

22          MR. LUSTBERG:  To confirm, I said "no objection on

23    behalf of Mr. McMahon."

24          THE COURT:  Right.

25          Secondly, with respect to objections, it's my rule

PROCEEDINGS

1   and practice in my courtroom to have only the lawyer who is

2   handling cross-examination of the witness object, or

3   conversely, the direct examination.

4         So, Ms. Wong, if you're doing the cross-examination

5   of this witness, I want you to be the only one to object and

6   not also Mr. Goldberger.

7         MS. WONG:  Okay.  I believe Mr. Goldberger is going

8   to be doing cross-examination.

9         THE COURT:  Okay.  So then he can object and you

10  should not.

11        MS. WONG:  Fair enough.

12        THE COURT:  I mean, so far you have only said "no

13  objection," but basically I only want one lawyer, whoever is

14  doing the examination, to indicate the position of the party

15  on any objection.

16        And then lastly, we have a bit of an issue to

17  discuss with respect to one of our jurors, Juror Number 9.

18  She advised Ms. Gonzalez this morning that she just learned on

19  Friday that she and her daughter are confirmed for a high

20  school tour tomorrow at 4 p.m., which means she'll have to

21  leave at 2 p.m.  She also said that she's got two other high

22  school tours, I think, that are scheduled.

23        Is that right, Fida?  Scheduled for next week?

24        Similarly, she'd have to leave at 2 p.m.  We,

25  unfortunately, I don't think, can break early three separate

719

PROCEEDINGS

1    days because there's no real justification for doing that

2    versus excusing her, and it will put us far behind schedule.

3              So my proposal is that we release Juror Number 9

4    since we already know three days as to which she can only sit

5    part days.  She is the woman who is sitting in the seat on the

6    floor in the front row closest to the podium.

7              So I'll hear from the Government first.

8              MR. HEEREN:  We have no objection, Your Honor.

9              THE COURT:  Okay.

10             Mr. Lustberg for Mr. McMahon?

11             MR. LUSTBERG:  No objection here, Your Honor.

12             THE COURT:  Ms. Wong or Mr. Goldberger?

13             MR. GOLDBERGER:  No objection, Your Honor.

14             THE COURT:  Mr. Tung?

15             MR. TUNG:  No objection.

16             THE COURT:  Okay.

17             So it probably makes sense for me to have

18   Ms. Gonzalez advise her right now during the break, and then

19   when the other jurors come back, I'll simply note for their

20   benefit that Juror Number 9 is no longer part of the jury, and

21   Alternative Number 1 is now Juror Number 12.  I could say it

22   was simply a scheduling issue so they don't speculate any

23   further.

24             MR. HEEREN:  I was just going to ask if it could be

25   kept general, because I do think it's something that probably

PROCEEDINGS

1    should have been disclosed earlier, and I don't want them to

2    get the impression that they could raise similar issues.

3            THE COURT:  Well, I asked Ms. Gonzalez about that

4    and suggested she must have known during jury selection, but

5    my understanding is the actual appointments were only

6    confirmed on Friday, and it's my understanding, but I don't

7    have children in the public school system, but my

8    understanding is that if you don't take the opportunity, it's

9    lost, and obviously we don't want to impede her child getting

10   into the high school of her choice.

11           But maybe I will just say there was an unexpected

12   scheduling issue that has arisen and that is the reason for

13   her excusal.  Okay?

14           So, folks, you have ten minutes now until we resume.

15           MR. LUSTBERG:  I want to clarify one thing you said.

16           THE COURT:  Yes.

17           MR. LUSTBERG:  So what happens is, then, Juror 10

18   moves to 9, 11 to 10?

19           THE COURT:  Correct.  Everybody's number moves up,

20   essentially, so that we still have 12 jurors.  So they're

21   renumbered after 9.

22           MR. LUSTBERG:  Thank you.

23           (Recess was taken.)

24           (In open court.)

25           THE COURTROOM CLERK:  All rise.

PROCEEDINGS

1          (Jury enters.)

2          THE COURT:  Please be seated, everyone.

3          So, ladies and gentlemen of the jury, welcome back.

4          As you've noticed, Juror Number 9, who had

5    previously been seated at the far end of the front row, is no

6    longer part of the jury.  I don't want you to speculate as to

7    why, other than I will tell you that she had an unexpected

8    scheduling issue that she only learned about on Friday that

9    made it impossible for her to continue serving for the

10   duration of the trial, and so that is why we had to excuse

11   her.

12         Now, what this means for the rest of you, especially

13   Alternate Number 1, you're now Juror Number 12, and everybody

14   else from 10 on goes down.  So 10 is now 9, 11 is now 10, and

15   formerly 12 is now 11.

16         So let's continue, Ms. Arfa.

17         MS. ARFA:  May I please show the witness an exhibit

18   on the ELMO for the witness only.

19         THE COURT:  All right.

20         MS. ARFA:   I'm showing the witness only what has

21   previously been marked as GX 505-1, which is a subpart of

22   GX 505.

23   BY MS. ARFA:

24   Q    Do you recognize this?

25   A    Yes.

722

Liu - Direct - Arfa

1    Q    What is it?

2    A    That is the note they left on my door.

3    Q    Is this the actual physical note that was left on your

4    door?

5    A    Yes, that was the note that was left on my door.

6         MS. ARFA:  The Government offers GX 505-1 in

7    evidence.

8         THE COURT:  Any objection?

9         MR. LUSTBERG:  No, Your Honor.

10        MR. GOLDBERGER:  No.

11        MR. TUNG:  No.

12        THE COURT:  Admitted.

13        (Government Exhibit 505-1, was received in

14   evidence.)

15        THE COURT:  You may publish.

16        (Exhibit published.)

17   Q    So, Ms. Liu, would you please tell the jury what this is

18   now that they can see it?

19   A    That is the note they left on my front door that day.

20   Q    Where was the note positioned on your front door when you

21   found it?

22   A    It was pasted onto the bottom part of the front door.  It

23   was pasted with the transparent tape.

24   Q    I'm sorry.  Did you say the bottom part?

25        THE INTERPRETER:  The interpreter says yes.

                           Liu - Direct - Arfa

1              MS. ARFA:  Thank you.

2              The Government offers GX 505-C in evidence pursuant

3      to GX 203, which is a stipulation already in evidence, and

4      which provides that Exhibit 505-C is an accurate

5      Chinese-to-English-language translation of Government

6      Exhibit 505.

7              THE COURT:  Any objection to the admission of 505-C?

8              MR. LUSTBERG:  No, Your Honor.

9              MR. GOLDBERGER:  No.

10             MR. TUNG:  No, Your Honor.

11             THE COURT:  Admitted.

12             (Government Exhibit 505-C, was received in

13     evidence.)

14             THE COURT:  You may publish.

15             (Exhibit published.)

16             MS. ARFA:  May we publish GX 505-B and GX 505-C,

17     both of which are in evidence, side by side now.  And would

18     you please, on the right side, call out only the top of

19     GX 505-C, Ms. McMahon.

20             (Exhibits published.)

21             Your Honor, may I now publish GX 505-1, which is the

22     physical exhibit, to the jury by giving it to them to review?

23             THE COURT:  Yes, you may.

24             (Exhibit published.)

25             MS. ARFA:  Your Honor, may I approach to retrieve?

Liu – Direct – Arfa

```
 1          THE COURT:  Yes.

 2          MS. ARFA:  Ms. McMahon, we can take those down now.

 3   Thank you.

 4   BY MS. ARFA:

 5   Q    Ms. Liu, I would now like to direct your attention to the

 6   following day, September  5, 2018.

 7   A    You say September 15, 2017?

 8   Q    2018.  Did anything happen that day?

 9   A    Yes.

10   Q    What happened?

11   A    One of the two men who came to my home on September 4th,

12   as in the man in the white T-shirt, he came to my home, to the

13   front door again, on September 5th.

14   Q    How do you know that?

15   A    I saw him from the home security system.

16   Q    Could you see him arrive?

17   A    I saw that.

18   Q    How did he arrive?

19   A    He drove a white car.

20   Q    Did it appear to be the same vehicle as the one you saw

21   the previous day?

22   A    Yes, it looks the same.

23   Q    And where did you see the vehicle positioned?

24   A    It stopped at the street in front of my home that was

25   close to my driveway.
```

Liu – Direct – Arfa

```
1   Q    What did you see him do after that?

2   A    He walked to the front door of my home, and he stayed

3   there for a little while, and then he returned to his car and

4   then left.

5   Q    Did you invite the man to your home that day?

6   A    No.

7   Q    How did his being there make you feel?

8   A    It made me feel very unsafe.

9   Q    Why?

10  A    It was because on the first day they came, they slammed

11  on the door rudely and they tried to get in, but they could

12  not.

13         On the second day, he dare to come again.  I felt

14  very scared.

15         MS. ARFA:  May we please publish to the jury

16  GX 701-E, which is already in evidence.

17         THE COURT:  All right.

18         MS. ARFA:  I apologize.  It should be 710-E, not

19  701.

20         (Exhibit published; video played.)

21  Q    When was this video taken?

22  A    September 5, 2018.

23  Q    I'm sorry.  I missed the answer.

24  A    September 5, 2018.

25  Q    What area is captured on this video?
```

Liu - Direct - Arfa

```
 1   A    The street in front of my home, and also the driveway,

 2   and also the walkway leading to my front door.

 3   Q    Is this the same walkway we saw in the earlier clips,

 4   which I will identify for the record as GX 710-A and GX 710-D?

 5   A    Yes.

 6   Q    Is this one of the men we saw in the other video clips,

 7   which I will identify for the record as GX 710-A, 710-B, and

 8   710-D?

 9   A    Yes, to me, it's the same.

10   Q    And you testified earlier regarding a vehicle.  Did you

11   see that vehicle in this video clip?

12   A    Yes, I saw it.  It stopped in the street.

13   Q    Can you describe to us where in the video frame you see

14   the video?  Just generally speaking.

15   A    I don't know if you can see on your screen, but from what

16   I see, it is on the driveway on the left-hand side, and it's

17   close by the street.

18            THE COURT:  So, Ms. Arfa, just so the record's

19   clear, I think you misspoke during the question.  You said, do

20   you see where the video is in the video frame.  I think you

21   meant where the vehicle is.

22            MS. ARFA:  I apologize, yes.  My question is where

23   the vehicle is.

24            And I will just ask to clarify with the witness

25   whether she saw the vehicle in her driveway or on the street,
```

Liu – Direct – Arfa

1    please.

2              THE WITNESS:  It's in the street.

3              MS. ARFA:  Ms. McMahon, you can take that down,

4    please.

5    Q    I believe you had mentioned earlier that you had received

6    instructions from the FBI; is that right?

7    A    Yes.

8    Q    Did the FBI ever come to your home?

9    A    Yes.

10   Q    To your knowledge, did they find anything when they came

11   to your home?  And, I'm sorry, let me clarify it.

12             Did they find anything on your property?

13   A    They found a cigarette butt in the driveway, and they

14   also found a piece of crumpled paper thrown at the walkway.

15             MS. ARFA:  Can we show the witness only, please,

16   what has previously been marked as GX 503-A.  And I will ask

17   Ms. McMahon to please scroll through the entire exhibit.

18   Q    Do you recognize this?

19   A    Yes.

20   Q    What is it?

21   A    The photo reflects the cigarette butt that was found in

22   the driveway, and in the background far away, that is my home.

23   Q    Is this a fair and accurate depiction of the cigarette

24   butt that was found and the location in which it was found?

25   A    Yes.

Liu – Direct – Arfa

1    Q    Let me just ask:  Were you there when it was found?

2    A    Yes.

3              MS. ARFA:  The Government offers GX 503-A in

4    evidence.

5              MR. LUSTBERG:  No objection on behalf of

6    Mr. McMahon.

7              MR. GOLDBERGER:  No objection.

8              MR. TUNG:  No objection.

9              THE COURT:  Admitted.

10             (Government Exhibit 503-A, was received in

11   evidence.)

12             THE COURT:  You may publish.

13             (Exhibit published.)

14   Q    Beginning on page 1 now, what does this photograph

15   depict; could you tell the jury?

16   A    That is the driveway, and there's a cigarette butt found

17   on the driveway, and in the far back in the background, that

18   is my home.

19             MS. ARFA:  And could we go to page 2 now.

20   Q    What is that?

21   A    That is the cigarette butt.

22   Q    Is that an enlargement of the cigarette butt that we saw

23   in the previous photograph?

24   A    Yes.

25             MS. ARFA:  Ms. McMahon, could we go back to page 1,

Liu – Direct – Arfa

1    please, and call out the cigarette butt?

2    Q    Do you smoke cigarettes?

3    A    No.

4    Q    Does your husband?

5    A    He does not smoke.

6         MS. ARFA:  Ms. McMahon, we can take this down,

7    please.

8    Q    As a result of the events on September 4th and

9    September 5th, did you take any safety precautions?

10   A    Yes.

11   Q    What did you do?

12   A    My husband went to Home Depot to purchase those metal

13   chain safety locks, like the ones you see in the hotel rooms.

14   He purchased them and then installed them in all of our doors

15   facing outside, as in the bedroom door, the bathroom door,

16   etcetera.

17        He also purchased more cameras to expand the area

18   for the home security surveillance.

19        He also purchased a baseball bat for self defense

20   for own protection.

21        And we also change all the sheer curtains in the

22   home to the ones that are opaque and thick.

23        We also purchased the signs which says "Private

24   Property" and posted them at the driveway and walkway in

25   conspicuous locations.

Liu – Direct – Arfa

1  Q    Why did you take these various steps?

2  A    It was because their action on September 4th and 5th made

3  me feel very unsafe.  As I said earlier, even though it was

4  under broad daylight, I was in my home and I locked my home, I

5  was still very unsafe.

6  Q    I'd like to talk now about your daughter, Xu Xinzi.  Did

7  you ever learn that in 2018 she was harassed?

8  A    I know that.

9  Q    Can you describe your understanding of how she was

10  harassed?

11  A    Someone posted on her Facebook to her friends and

12  classmates with some articles defaming me and my husband.

13  Q    Did you have an understanding of how, if at all, your

14  daughter was affected by that?

15  A    I felt that my daughter was very angry and they were

16  using such demeaning way to harass her.  I felt very angry

17  about it.  I am also very concerned about the safety of my

18  daughter.  Therefore, I ask my daughter from then on to send

19  me a message every day, no matter how busy she was, even

20  though an emoji would do, just to say that she's safe.

21              (Continued on next page.)

22

23

24

25

F. LIU – DIRECT – MS. ARFA

1    DIRECT EXAMINATION (Continued)

2    BY MS. ARFA:

3    Q    I'd now like to talk about your sister, Liu Yan.  Did you

4    ever learn that your sister was harassed?

5    A    Yes, I know.

6    Q    What was your understanding of how your sister was

7    harassed?

8    A    My sister told me that she found that someone, an

9    Asian-looking man was jogging around her home and when she

10   drove her car that man was taking a picture of your car and

11   her home.

12          My sister also told me that a stranger claimed to

13   know my husband, was asking about the address of my husband

14   and also left her a message.  She also told me that she found

15   out that someone was looking into the trash, in the recycle

16   bin of her home.

17          In 2019, my younger sister kept receiving mail

18   coming from China that lasted for about a half year.  There

19   were letters and postcards and CD-ROM.  These letters,

20   postcard and CD-ROM were sent in the name of my husband's

21   younger sister and also my husband's brother-in-law and also

22   in the names of the relatives of my younger sister in China.

23   Q    Who were those letters sent to?

24   A    I have not seen those letters myself.  My sister talked

25   about them over the phone.  I guess the content of them should

732

F. LIU - DIRECT - MS. ARFA

1    concern my husband.

2    Q    Do you know whether your -- did your sister tell you when

3    you spoke whether she had received the letters, setting aside

4    who they were addressed to?

5    A    She will told me whenever she received the letters.

6    Q    About how often did she receive letters?

7    A    It would be about once per week or once every two weeks

8    and the maximum amount received was three pieces a day.

9    Q    Did you observe how your sister was affected by these

10   different events that you've described?

11   A    Yes, I could feel that and I could observe that.

12   Q    How was she affected?

13   A    I could feel that she's suffering in pain and feel all

14   stressed and also angry by the persecution suffered by her

15   relatives in China.

16   Q    Ms. Liu, how have the various events you've described

17   today, all of the various events impacted your life?

18   A    My life was turned upside down at 180 degrees overnight.

19   Because the Chinese authorities has taken the measures to

20   implicate all the family members and the extended family.  I

21   don't want to trouble anyone or to harm anyone and I don't

22   want to be harmed by anyone myself, therefore I chose to be

23   away from my familial environment and also the familial people

24   and I chose to be far away from the Chinese people, so I cut

25   off all the communications, ties with all the relatives and

733

F. LIU - CROSS - MR. GOLDBERGER

1    friends in China.

2              I sealed myself up.  So I lost my friends and I lost

3    all the connections with my relatives and friends in China and

4    I lost my business partners.  So because we chose to seal

5    ourselves up, we had to find a way to make a living and also a

6    new way of existence.

7    Q     Would you like a moment?

8    A     No, thank you.

9              MS. ARFA:  No further questions.

10             THE COURT:  Thank you, Ms. Afra.

11             MR. GOLDBERGER:  I think I will start, your Honor.

12             THE COURT:  Okay, Mr. Goldberger.

13   CROSS-EXAMINATION

14   BY MR. GOLDBERGER:

15   Q     Good afternoon, Ms. Liu.

16   A     How are you?

17   Q     You came to the United States 13 years ago, is that what

18   you told us?

19   A     Yes.

20   Q     And was that the first time you'd been in the United

21   States?

22   A     No.

23   Q     How many other times had you been here?

24   A     Many times.  I cannot remember, I cannot count.

25   Q     Well, were you here -- you said 13 years ago, so what

734

F. LIU - CROSS - MR. GOLDBERGER

1   year was that that you came with your husband 13 years ago?

2   A    I started living in the U.S. with my husband since 2010

3   and before 2010 I came to the U.S. many times for visiting

4   family members.

5   Q    What family members were here before 2010?

6   A    My younger sister and my daughter.

7   Q    Your daughter -- you had sent your daughter when she had

8   been residing in China you sent your daughter to school here

9   in the United States.

10  A    My younger sister picked her up and let her study in the

11  U.S.

12  Q    Are you talking about college or are you talking about

13  pre-college, prep school or something else?

14  A    High school.

15  Q    Where did she go to high school?

16           MS. ARFA:  Objection.

17           THE COURT:  Let's have a sidebar.

18           MR. GOLDBERGER:  Just the state will be fine.

19           THE COURT:  Okay.  Still an objection to the state?

20           MS. ARFA:  Yes, your Honor.

21           THE COURT:  Let's have a sidebar.

22           (Continued on the next page.)

23

24

25

SIDEBAR CONFERENCE

1        (The following occurred at sidebar.)

2        THE COURT:  What is the basis of your objection?

3        MS. ARFA:  It's not relevant.  I think it's an end

4   run to try to get in the allegations with the financial

5   crimes.

6        THE COURT:  Well, I'm actually concerned that you're

7   maybe going towards some suggestion that they abused the

8   immigration system by having their daughter come and stay in

9   the U.S. and I'm guessing --

10        MR. GOLDBERGER:  I'm interested --

11        THE COURT:  Hang on, hang on, I haven't finished.

12        -- enter into a high school when she's actually not

13   a citizen or a resident even of the state or city.

14        MR. GOLDBERGER:  No, I'm not concerned about that,

15   Judge.  What we're getting to here is they sent their daughter

16   to a private school in the United States even before she went

17   to college, then they sent her to college at Cal Berkeley and

18   then they sent her to graduate school at Stanford.  As an

19   outside U.S. student, they're paying full tilt to that --

20        THE COURT:  So what?

21        MR. GOLDBERGER:  Well, I mean --

22        THE COURT:  So you want to show they have wealth.

23        MR. GOLDBERGER:  Yes, I want to --

24        THE COURT:  This does get back to the notion or

25   suggestion that somehow they committed corruption --

SIDEBAR CONFERENCE

1    MR. GOLDBERGER:  No, no, Judge.

2    THE COURT:  -- that's the point of their wealth.

3    MR. GOLDBERGER:  It's not that they necessarily

4    committed corruption, it's they had money.  So it's important

5    to how much money did they have that they were able to send

6    their daughter to school.

7    THE COURT:  No, but what's the relevance of their

8    wealth to the case and whether they're credible reporters

9    of --

10    MR. GOLDBERGER:  They --

11    THE COURT:  -- the alleged harassment?

12    MR. GOLDBERGER:  They applied for EB-5s.  In order

13    to apply for an EB-5 you have to have $500,000, plus you have

14    to be able to employ 10 Americans.

15    THE COURT:  So whether there was some falsification

16    regarding the immigration application and the employment of

17    individuals, I think we covered this before and I did say that

18    you could explore to some extent her signing of an affidavit,

19    correct, and whether or not she knew it was false.  That I did

20    rule on before going to her credibility.  I don't know if

21    you're also going to ask if she had the money, the $500,000,

22    which I understand was some part of the alleged falsehood, in

23    other words, her corrupt lawyer --

24    MR. GOLDBERGER:  Yes.

25    THE COURT:  But you're working in the other

737

SIDEBAR CONFERENCE

1    direction, you're suggesting they do have money.

2              MR. GOLDBERGER:  I'm suggesting that they came here

3    after they had already had money and they came here with

4    money.

5              THE COURT:  I'm not going allow you to go into their

6    wealth per se, because that's really what you're driving at to

7    suggest in some ways what --

8              MR. GOLDBERGER:  I haven't asked them about whether

9    or not they stole anything in China or anything like that.

10             THE COURT:  Again, I'm trying to ascertain why --

11             MR. GOLDBERGER:  If we can't.

12             THE COURT:  -- hang on.

13             MS. WONG:  Your Honor --

14             THE COURT:  The two you have to let me finish

15   speaking.

16             The question I have for you is, what is the

17   relevance of their wealth and now you're suggesting it goes to

18   whether or not she lied on her EB-5 applications.  That I

19   allowed you to ask her given that there was, by all accounts,

20   a falsified affidavit she signed and the question there is

21   whether she knowingly signed a false one, but separate from

22   that, her wealth or their wealth is irrelevant to this case

23   and I don't want you going into it because there is this

24   backhanded suggestion that somehow the allegations that they

25   stole money in China pursuant to corruption are true.

738

SIDEBAR CONFERENCE

1          Again, the merits are or lack thereof of the

2   accusations against them, same with the civil lawsuit, are

3   irrelevant to the claims or charges in this case.

4          MR. GOLDBERGER:  With all due respect, Judge, what

5   you're doing though is the two people that are the key people

6   or as the government says the victims in this case, you're

7   protecting the victims by your rulings from any real

8   discussion of their backgrounds at all.

9          THE COURT:  No, but you want to get in the truth

10  of --

11         MR. GOLDBERGER:  I want to get in the full

12  backgrounds --

13         THE COURT:  You have to let me finish.

14         MR. GOLDBERGER:  -- of each of these individuals.

15  I'm sorry judge.

16         THE COURT:  You want to get in the truth of the

17  Chinese allegations and you're not going to get those in

18  because that is not proved, that's a whole other trial that

19  would have to happen.  You want to suggest somehow that

20  they're corrupt and lying, correct?

21         MR. GOLDBERGER:  Don't I have a right to ask what

22  they did for a living in China?

23         THE COURT:  Not if you're going to try to suggest

24  they did something illegal.

25         MR. GOLDBERGER:  I don't know what they are going to

SIDEBAR CONFERENCE

1   answer the questions, Judge, but how is it that you can cross

2   examine anybody if you can't get into the background of the

3   individual?

4           THE COURT:  But what's the relevance of what they

5   did in China?

6           MR. GOLDBERGER:  Because it's relevant to any person

7   what they did in China and how they acted and what kind of a

8   live they led.

9           THE COURT:  No, you're just proving to me that what

10  you want to get in is some suggestion that they've done

11  illegal things or even if they are wealthy, who cares?  It

12  doesn't mean they are any less victims.  If it goes to their

13  credibility it only does because somehow you're suggesting

14  that they're lying or lid then or committed acts of

15  corruption.  So that's why I find it irrelevant either to show

16  they are wealthy, which is purely irrelevant, or worse yet to

17  suggest they lied or cheated to get the money that they now

18  have.

19          MR. TUNG:  I have a question, I was going to ask

20  because she already stated she became a target of this

21  Operation Foxhunt.  So how -- I was going to ask, how did you

22  become the target?  She already testified.

23          THE COURT:  Right --

24          MR. TUNG:  She already testified.

25          THE COURT:  -- you're going precisely to what I

*GEORGETTE K. BETTS, RPR, FCRR, CCR*
Official Court Reporter

SIDEBAR CONFERENCE

1  don't want you to get into.

2          MR. TUNG:  I know what you're saying.  That's why

3  I'm saying can I ask her -- I think I have a right to ask --

4          THE COURT:  No.

5          MR. TUNG:  -- she already said it, she became the

6  target and how.  She already also said it's either for

7  political or if you have people hold different political view

8  or economic corruption, she already said she classified both.

9  So of course --

10         THE COURT:  Folks, here what I'm going to say and

11 I'm happy to instruct the jury.  The merits or lack thereof

12 any charges in China is irrelevant to this case.  I don't want

13 the jury sitting there and trying to opine or think about

14 whether they are guilty of the corruption charges.  Again, as

15 I said at the very beginning that's not relevant to the

16 charges against the defendants about whether they were working

17 for the Chinese government to try to repatriate these folks,

18 okay, or working for the Chinese government, period.  That's

19 the charge, or whether they were harassing or stalking them.

20         Now you can ask questions related to credibility but

21 again your argument is, at best, if somehow if they were liars

22 or cheats back in China that goes to their credibility, but

23 I'm not allowing you to go into that because the merits of

24 that or the truth of that you cannot show and it is very

25 prejudicial.

SIDEBAR CONFERENCE

1          MR. GOLDBERGER:  With all due respect, Judge, how

2    does one ask people questions about their character and their

3    background if you're not allowed to explore what their

4    character and background is?

5          THE COURT:  There are limits and sometimes you can

6    ask certain questions, this is one I'm drawing because of the

7    prejudicial value.  I do not want the jury nullifying,

8    thinking that it's okay to hunt them down or take these

9    measures because they're guilty of crimes in China, the proof

10   of which you cannot show and will not be part of this case.

11   So --

12         MR. GOLDBERGER:  Are we not allowed -- I just want

13   to be sure, Judge --

14         THE COURT:  Well, let me stop you for one second,

15   I'm sorry.  If there was a felony conviction that was valid

16   and established, that would be one thing, but you want to ask

17   about the Chinese government -- yes, but Ms. Wong, you may

18   laugh but --

19         MS. WONG:  But there is --

20         THE COURT:  No --

21         MS. WONG:  -- they were tried.

22         THE COURT:  -- but in a Chinese system that has not

23   validity here.  It does not have sufficient validity that you

24   can then assume that they were properly convicted.  I'm not

25   accepting that, that's my point.

742
SIDEBAR CONFERENCE

1          MR. GOLDBERGER:  Well, Judge, with all due respect

2     also, the government put up on the wall as an exhibit pictures

3     of the --

4          THE COURT:  Wanted.

5          MR. GOLDBERGER:  -- wanted and the guy's on the

6     poster.  Now, I didn't force the government to put that

7     picture up.

8          THE COURT:  But that's why I said before

9     unfortunately --

10         MR. GOLDBERGER:  So how do we ask questions about

11    pictures that the government put on the wall and put into

12    evidence?

13         THE COURT:  But that's put into evidence for two

14    reasons.  One, I imagine it's her perception of what's

15    happening to her and her fear.  And second is, for the

16    government to show the Chinese connection they do have show

17    that there is a foreign government involved here in terms of

18    hiring these individuals, so their argument goes.  So they do

19    have to show that the Chinese government was, according to the

20    newspaper report, looking for them.

21         MR. GOLDBERGER:  I know your Honor doesn't mean to

22    be doing but what you're doing -- and I really believe you're

23    doing it, what you're doing is you're allowing the government

24    to put in one side of the issue --

25         THE COURT:  Careful of the court reporter.  You put

SIDEBAR CONFERENCE

1    your hand in front of her face.

2           MR. GOLDBERGER:  -- and you're not allowing any

3    exploration on our side as to the government has put in.  They

4    can put in anything they want and then, for instance, they --

5           THE COURT:  How does it harm you?  The government

6    has to put in evidence that in theory is harmful, which is

7    that they're wanted by a foreign government for committing

8    corruption.  That bad fact is in front of the jury because the

9    government has to put it in, but I'm not going to let you milk

10   that because the truth of that can never be ascertained.  You

11   cannot say to me, I'm not going to accept the notion that

12   there is somehow a recognized valid conviction that I should

13   allow you under 609 to cross examine her about.  That is not

14   happening.  I do not find that it is legitimate enough to --

15          MR. GOLDBERGER:  I hear, your Honor, but what's

16   happening though, Judge, and we feel it over at our side of

17   the table is that what you're allowing the jury to think is

18   that the charges that were made in China against this man,

19   okay, are phony and what everything that goes with the Chinese

20   charges are phony and, therefore, the jury is going to wonder

21   why we haven't asked any questions.

22          THE COURT:  Stopping leaning near the court

23   reporter, it's a little bit disconcerting and in her personal

24   space.

25          I'm happy to give an instruction to the jury should

744

SIDEBAR CONFERENCE

1    not -- simply should not consider the validity or lack thereof

2    of any charges.  Because this case is focused on individuals

3    in the United States who are alleged to have worked for or at

4    the behest of the Chinese government.  Whether the charges are

5    valid or not is not their concern.  I'm happy to neutralize

6    any prejudice you think.

7              MR. GOLDBERGER:  Can I ask the Court a question

8    then?  They put in pictures of, must have been 30 or 40 police

9    officers or prosecutors that came from the Wuhan district to

10    the United States at various times.  What was the point of

11    those, putting in those pictures?

12              THE COURT:  To show the Chinese government

13    connection, right?  They have to show that, right?  They have

14    to say -- their argument is all these individuals starting

15    from Tu Lan on down are working at the behest of the Chinese

16    government to repatriate these folks.  The government has to

17    shown that a foreign agent -- I mean a foreign government is

18    instructing these folks.  But that's all.  That's why I'm

19    happy to give a curative instruction if both sides -- I don't

20    know if both sides want it, but if the defense wants it I will

21    give it to neutralize any suggestion that somehow your

22    inability to cross the witness on those charges against her

23    suggest that they are invalid.  But, again, the government's

24    not going to argue that they are invalid and you shouldn't be

25    arguing that they are valid.

745
SIDEBAR CONFERENCE

1          I want to simply take it out of the jury's

2   consideration, period, and I think a limiting instruction

3   would achieve that.  And I think because both sides have

4   something to lose from this fact hanging out there without any

5   explanation, but the government has to put it in,

6   unfortunately for them.  It's really the last thing they want

7   to do is suggest that their victims are criminals, but they

8   have to.

9          MR. TUNG:  Your Honor, remember yesterday on the

10  last week you said I can ask that question whether or not Jane

11  Doe 1 transferred the property at Short Hill to her sister for

12  no consideration.  You say we can't ask her.

13         THE COURT:  Right.

14         MR. TUNG:  Remember that, right?

15         THE COURT:  But I think that's unrelated to what

16  we're talking about.  But however I ruled on that is how I

17  ruled.  Mr. Tung, that's a prior ruling it has nothing to do

18  with this issue.

19         MR. TUNG:  I know, I know.

20         THE COURT:  I'm not recanting on that.

21         So, Mr. Goldberger, I'm not letting you get into

22  whether or not she committed the crime she's convicted of or

23  accused of in China, period.

24         Now, I can't remember where that leaves us.  What

25  was the pending question?

SIDEBAR CONFERENCE

1          MR. GOLDBERGER:  I don't know if she's accused of

2     anything.

3          MS. ARFA:  The state where she went to high school.

4          THE COURT:  Oh, right.

5          MS. WONG:  She's talking about her family life.

6          THE COURT:  Relatedly I don't want you getting into

7     her wealth, however you're allowed to ask about this EB-5

8     process in terms of her, you would argue, knowingly signing a

9     false affidavit, period.  That goes to her credibility.  Her

10    wealthy doesn't have anything to do with anything relevant

11    here, not even her credibility.

12         MR. GOLDBERGER:  In order to question anybody about

13    the EB-5 process, because both her husband and herself had to

14    put up $500,000, we need to explore where she got the money

15    from.

16         THE COURT:  You can ask that.  My understanding is

17    that the lawyer lied about it and cobbled together the money

18    from his associates, but you can ask her that question.  Did

19    she knowingly say she had $500,000 when she didn't.  Not does

20    she have $500,000, but whether she lied about having $500,000.

21         MR. GOLDBERGER:  What about her husband?

22         THE COURT:  The two of them whoever -- I mean, I

23    don't know how the affidavit works, I assume it's got to be

24    their marital wealth or wealth she has access to.  You can ask

25    her questions that relate to her credibility with respect to

SIDEBAR CONFERENCE

1    the EB-5 process and the government will continue to make

2    objections if they think it's appropriate, but I want you to

3    understand the guideposts.

4                    (End of sidebar conference.)

5                    (Continued on the next page.)

748

F. LIU - CROSS - MR. GOLDBERGER

1        (In open court.)

2        THE COURT:  Ladies and gentlemen, I'm sorry about

3  the prolonged sound machine.  We had a few things to address

4  at sidebar.

5        The last objection was sustained.

6        You'll ask your next question, Mr. Goldberger.

7        MR. GOLDBERGER:  Very well, your Honor.

8  CROSS-EXAMINATION (Continued)

9  BY MR. GOLDBERGER:

10  Q   Your daughter has been going to school in the United

11  States for how long?

12  A   She studied here for high school, college and also for

13  her master's degree.

14  Q   Who paid for that?

15        MS. ARFA:  Objection.

16        THE COURT:  Sustained.  You don't have to answer

17  that, So Madam Interpreter you don't need translate.

18        Go ahead, next question.

19  Q   Is your daughter on scholarship?

20        MS. ARFA:  Objection.

21        THE COURT:  Sustained.

22  Q   When your husband's father came to the United States, you

23  described that on direct examination this morning, correct?

24  A   Yes.

25  Q   And did you go and meet him?

F. LIU - CROSS - MR. GOLDBERGER

1    A    Yes.

2    Q    And where did you meet him?

3    A    At my younger sister's house.

4    Q    Your husband went with you?

5    A    Yes.

6    Q    And you and your husband had a conversation with his

7    father?

8    A    Yes.

9    Q    And that conversation dealt with him wanting his son,

10   your husband, to return to China?

11   A    Yes.  My father-in-law did persuade my husband, he said

12   that was the assignment given to him by Tu Lan.

13   Q    Your father-in-law talked about a woman who was a member

14   of the Chinese government named Tu Lan, is that what you're

15   saying?

16   A    Yes.

17   Q    Did he say -- did your father-in-law say he was working

18   for Tu Lan?

19   A    No.  He said it was Tu Lan who forced him to come and ask

20   him to complete this task.

21   Q    Tell us how Tu Lan forced him to come?

22   A    My -- I don't remember my father-in-law talk about how he

23   was being forced to come, but I remember that he said that he

24   did not want to come and it was Tu Lan who forced him to come.

25   Q    Who came with your father-in-law, if anybody?

F. LIU - CROSS - MR. GOLDBERGER

1   A    Tu Lan and Dr. Li.

2   Q    Did they come to the house and also meet?

3   A    No.

4   Q    Do you know where they were when your father-in-law was

5   at the house?

6   A    My father-in-law said they were at the hotel they

7   reserved the rooms at a hotel near the airport.

8   Q    And how was it that they forced your father-in-law, if

9   you know, forced your father-in-law to come to the United

10  States?

11              MS. ARFA:  Objection.

12              THE COURT:  Overruled.

13  A    I cannot remember clearly what my father-in-law said.

14  Q    How long did you and your husband meet with your

15  father-in-law?

16  A    I cannot calculate the time.

17  Q    Was it a half hour, was it three hours?  Give us an

18  approximation, if you can?

19  A    Maybe around two hours, I cannot remember.

20  Q    How long had it been since your husband had seen his

21  father?

22  A    I don't understand your question.  Which time frame are

23  you talking about?

24  Q    Let's go back.  You said that your father-in-law came to

25  your sister's house, you and your husband went there and had a

F. LIU - CROSS - MR. GOLDBERGER

1  discussion with him, correct?

2  A    Yes.

3  Q    And when was the last time that your father-in-law had

4  seen his son prior to that?

5  A    The day before.  The first day.  Because I saw my

6  father-in-law on a Friday.

7  Q    So your husband and your father-in-law met privately the

8  day before?

9  A    Yes, my husband met with my father-in-law.

10 Q    You didn't say that on direct examination when you were

11 examined by the prosecution, why is that?

12            MS. ARFA:  Objection.

13            THE COURT:  Sustained.  Hold on one second.

14 Sustained.

15 Q    Where did the meeting the day before take place?

16 A    At the Livingston Mall.

17 Q    And it was just your husband and his father?

18 A    Yes.

19 Q    Do you know what the discussion was about?

20 A    I don't know.

21 Q    You didn't ask your husband what the discussion with his

22 father was about when he came home?

23 A    I asked him, but he did not tell me.

24 Q    How come your father-in-law didn't stay with you and his

25 son?

F. LIU - CROSS - MR. GOLDBERGER

1   A    It was because we knew that he had a task, the fact that

2   he must meet with his son that was the task given to him by

3   Tu Lan.  He had to persuade him, but we don't want the old man

4   to be subject to lengthy questioning or interrogations by the

5   Chinese Communist Party when he returned home, and he's so

6   old.  So we decided not to let him say that he actually met

7   with his son.

8   Q    Are you saying that -- did you overhear any discussion

9   between your husband and his father on the day they met

10  separately?

11           MS. ARFA:  Objection.

12           THE COURT:  Overruled.

13  A    No, I was not there.

14  Q    How old was your father-in-law at the time of this

15  meeting?

16  A    He's 80 something.

17  Q    I'm sorry, I didn't hear that.

18  A    He's in his 80s.

19  Q    Is your mother-in-law still alive?

20  A    Yes.

21  Q    She didn't come with him though?

22  A    No.

23  Q    When was the last time you and your husband had seen your

24  father-in-law prior to the time you just talked about?

25  A    Can you be more specific with the time?

F. LIU - CROSS - MR. GOLDBERGER

1   Q    Had you seen him a year before, two years before, three

2   months before, when?  When had you seen him?

3   A    Are you asking me when I saw him last time before he was

4   forced to come in April 2017?

5   Q    Your testimony is that he was forced.  That's what he

6   told you; is that correct?

7   A    Yes.

8   Q    Did anybody else tell you that?

9   A    I don't understand what you meant.  What do you mean by

10  other people?

11  Q    Did Tu Lan, who was supposedly according to you there in

12  the hotel, did she get in touch with you and your husband?

13            MS. ARFA:  Objection.

14            THE COURT:  Sustained.  I'm not sure you established

15  some of the facts that you're asking her about.  Maybe you

16  could ask a few more foundational questions.

17  Q    You told us before that your father-in-law came to the

18  United States to see your husband and to try to convince him

19  to go back, correct?

20  A    Yes.

21  Q    And you also told us, did you not, that Tu Lan and

22  another individual were at a hotel nearby where you met with

23  your father-in-law; is that correct?

24  A    I only said that my father-in-law told me that Tu Lan and

25  Dr. Li they have booked at the hotel, but I did not see them

754

F. LIU - CROSS - MR. GOLDBERGER

1   when I met with my father-in-law.  I did not know where they

2   were and I don't know whether they were at the hotel or not.

3   Q    Did you ever receive any direct phone calls yourself, you

4   or your husband, from the person you've identified as Tu Lan?

5   A    No.

6   Q    Okay.  How long did your husband speak to your

7   father-in-law, to his father on the day they met privately

8   without you?

9   A    I was not there that day, I don't remember how long it

10  was.

11  Q    Well, who set up the meeting, if you know?

12  A    No one really arranged it.  My husband told my younger

13  sister that he wanted to see his father and my younger sister

14  sent my father-in-law to the place where they would like to

15  meet.

16  Q    Did you -- let's change the subject for a second.  When

17  you came to the United States for good 13 years ago, had you

18  considered going to any other country?

19              MS. ARFA:  Objection.

20              THE COURT:  Overruled.

21  A    I did.

22  Q    What other countries had you considered?

23  A    Europe.  In fact, I've been to Canada.  I went on a

24  cruise to Alaska that was in 2012 or 2011, I cannot remember

25  exactly.  That was after I came to the U.S. in 2010.

F. LIU - CROSS - MR. GOLDBERGER

1    Q    Had you traveled in Europe as well?

2    A    No.  That was my travel plans, but it was not realized.

3    Q    Was the relationship between United States Government and

4    the Chinese Government a factor in where you decided to live?

5                MS. ARFA:  Objection.

6                THE COURT:  Overruled.

7                THE INTERPRETER:  The Interpreter would like to

8    repeat the question.

9    A    I don't think so.

10   Q    Why is it that you hesitate?

11               MS. ARFA:  Objection.

12               THE COURT:  Overruled.

13   A    I'm not hesitating, I'm just thinking.

14   Q    The previous time that your husband had seen his father,

15   I just want to make sure we understand this, was how long

16   before this time that you discussed on your testimony?  How

17   many years had it been?

18   A    My father-in-law came in 2016.

19   Q    Stayed with you?

20   A    Yes.  And also he came with my mother-in-law.

21   Q    Did he try to persuade you to go back, you and your

22   husband, then?

23   A    No.

24               (Continued on the next page.)

25

LIU – CROSS – MR. GOLDBERGER

1  CROSS-EXAMINATION (Continued)

2  BY MR. GOLDBERGER:

3  Q    So that didn't come up until 2017; is that correct?

4  A    Can you be more specific, about what?

5  Q    The conversations that you and your husband, or mostly

6  your husband, going back to China, did not take place until

7  when, what year?

8         THE COURT:  Conversations with the father-in-law.

9         I just want to clarify your question.

10         MR. GOLDBERGER:  Yes.

11         THE COURT:  Okay.

12  A    As far as I know, it happened after they sent my

13  father-in-law to my older -- younger sister's home in 2017.

14  Q    Had your husband been sending your father and his family

15  that were still left in China, had he been sending them money?

16         MS. ARFA:  Objection.

17         THE COURT:  Sustained.

18  Q    Was your father-in-law still working when he came here in

19  2017?

20         MS. ARFA:  Objection.

21         THE COURT:  Sustained.

22  Q    What does your father-in-law and your mother-in-law do

23  for a living in China?

24  A    They work at the university.  They work at the

25  university.

LIU – CROSS – MR. GOLDBERGER

1   Q    He was still working there when he was 80?

2            MS. ARFA:  Objection.

3            THE COURT:  Overruled.  Go ahead.

4   A    No.  He already retired.

5            When you asked me how they make a living, I said --

6            MS. ARFA:  Objection.

7            THE COURT:  Overruled.

8            Go ahead, you can finish your answer.

9   A    You asked me how they make a living.  I said they used to

10  work at the university.

11  Q    Both your father-in-law and mother-in-law worked at the

12  university in Wuhan?

13  A    Yes.

14  Q    What did they do?

15            MS. ARFA:  Objection.

16            THE COURT:  This is the last question along this

17  line.  Let's move it along.

18            Yes.  Go ahead.

19            The question is:  What did they do?

20  A    My father-in-law was a professor.  He used to teach at

21  the university.  And my mother-in-law worked at the library.

22  Q    When you came here and you applied for -- to get into the

23  United States, you made an application for an EB-5; is that

24  correct?

25  A    Yes.

LIU − CROSS − MR. GOLDBERGER

1  Q    What did that EB-5 documentation require you and your

2  husband do?

3  A    For the EB-5 application, there were requirements for the

4  main applicant, however, for the family members of the main

5  applicant there were no requirements.

6        And the main requirement for the main applicant was

7  that it has to be guaranteed that the investment amount was in

8  place, and that investment was true.  And also the source of

9  the funding for the investment has to be legal.

10        And regarding the EB-5 application, the immigration

11  authorities would review the EB-5 application.  That is the

12  main criteria.

13  Q    You had to put up, for an EB-5 application, each

14  individual that applies for this application has to put up

15  $500,000, correct?

16        MS. ARFA:  Objection.

17        THE COURT:  This is a question about her

18  understanding, so overruled.

19        What was your understanding of the EB-5 requirement

20  for you and your family?

21  A    The application requires the person coming to the U.S. to

22  do an investment of 1 million U.S. dollars, or they could

23  invest half a million dollars in the special sums.

24        So it has to be done through building a new business

25  or rebuilding a business entity, and also to realize to create

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

LIU – CROSS – MR. GOLDBERGER

1    plenty of opportunities.

2         And for the EB-5 application, you can either manage

3    or upgrade your investment project yourself, or you can do it

4    through the regional centers.  Many people choose the latter

5    option, to do it through the regional centers.  The regional

6    centers would operate and manage the investment project.  And

7    I prefer this mode of investment.

8         And regarding the application, there's no

9    requirement on the education level.  So what experience,

10    language, age of the applicant.  But you must provide the new

11    source of fund, which is half a million U.S. dollars.

12   Q    You're aware that it was found that you had falsified an

13    affidavit --

14         MS. ARFA:  Objection.

15         THE COURT:  Sustained.

16         MR. GOLDBERGER:  Let me finish my question.

17         THE COURT:  Sustained.

18         Let's have a quick sidebar.

19         (Continued on the next page.)

20         (Sidebar conference.)

21

22

23

24

25

SIDEBAR CONFERENCE

1          (The following occurred at sidebar.)

2          THE COURT:  I'm concerned about your phrasing.  It's

3    just like saying you had falsified, to the extent that she has

4    knowingly done so, or that leads to evidence has been

5    disclosed that the answers were false or some of the answers

6    were false.  But her knowing that they were false, I don't

7    think there's evidence they were found to be false.

8          MR. GOLDBERGER:  She can say no.

9          THE COURT:  Well --

10         MR. GOLDBERGER:  She can say no.

11         We have a good faith basis that she falsified the

12   application.

13         THE COURT:  You said that it was found that it was

14   falsified.

15         MR. GOLDBERGER:  Isn't that what we just read?

16         THE COURT:  What is the actual --

17         MS. ARFA:  It was the complaint -- I'm sorry, the

18   search warrant in the case in another district in which there

19   are allegations that there was information contained that was

20   false.  There's no allegation that she knowingly falsified it.

21         THE COURT:  Or any findings.  Hang on a second.

22   There's no finding that she falsified information.  That's

23   what you're saying.  The agent represented that information in

24   her application was false.

25         I just don't want you to overstate it, because we're

SIDEBAR CONFERENCE

1    doing this with someone who is not a native English speaker.

2    And to be honest, I'm worried that some of the things might

3    get lost in translation, because I'm hearing about remembering

4    what is known.

5            I don't know what was actually said, but I have a

6    little concern in the context of the questions that things can

7    get lost in translation.

8            Just rephrase the question, isn't it true that there

9    was at least an allegation that you made false representations

10   in the affidavit versus saying it was found that you had,

11   which is not true, and I think that nuance can get lost in

12   translation in the question to her.

13                (End of sidebar conference.)

14                (Continued on the next page.)

15

16

17

18

19

20

21

22

23

24

25

LIU – CROSS – MR. GOLDBERGER

1    (In open court; Jury present.)

2    THE COURT:  So sustained on that objection.  Ask

3    another question.

4    CROSS-EXAMINATION (Continued)

5    BY MR. GOLDBERGER:

6    Q    Are you aware that there was an allegation that you gave

7    false information and that you allowed a false filing of an

8    application in regard to your EB-5 application?

9    A    Are you talking about me --

10    MS. ARFA:  Objection.

11    THE COURT:  Sustained.  No commentary necessary.

12    Answer the question, if you can.

13    THE INTERPRETER:  Can you please repeat the question

14    again.

15    Q    You are aware, are you not, that there was an allegation

16    that you filed a false application or gave false information

17    with regard to your EB-5 filing?

18    A    I don't know there's such allegation.

19    Q    Did you have a lawyer that helped you with the EB-5

20    application?

21    A    Yes, I entrusted the lawyer.

22    Q    All right.  And did you know that he got into trouble

23    over that application?

24    MS. ARFA:  Objection.

25    THE COURT:  Overruled.

763

LIU – CROSS – MR. GOLDBERGER

1   A    I know that.

2   Q    And you're not aware that the reason he got into trouble

3   was because of the information you gave him in regard to the

4   filing?

5           MS. ARFA:  Objection.

6           THE COURT:  Sustained as to form.

7   Q    Did you speak to the lawyer that you hired to help with

8   you the EB-5 application and give him information that would

9   go in to the EB-5?

10  A    When I was in China, I engaged a lawyer by the name of

11  Chen Da to submit the application.  All the information I

12  provided to him was true.

13  Q    Are you aware the lawyer got into some trouble over that

14  application?

15          MS. ARFA:  Objection.

16          THE COURT:  Sustained.  Asked and answered.

17          So, folks, let's do this.  I know you're in the

18  middle of your cross, but let's take our lunch break now and

19  you can resume, Mr. Goldberger, after the lunch break.

20          So, ladies and gentlemen, you have until 2:00 for

21  your lunch.  We'll see you then.

22          Don't talk about the case.  Don't do any research.

23  Keep an open mind, and have a terrific lunch.

24          THE COURTROOM DEPUTY:  All rise.

25          (Jury exits the courtroom.)

PROCEEDINGS

1          THE COURT:  The witness can step down.

2          (The witness steps down.)

3          THE COURT:  Have a seat, everyone.

4          So, folks, I need you clear out the left side, the

5   side closest to the jury of each of your tables, because I

6   have a 1:00 criminal matter that's going to take some time.

7          One housekeeping matter, though.  I don't believe

8   we've sworn in either the government's interpreters who have

9   been used for the Chinese-speaking witnesses, and I don't know

10  if we have to swear them in, but rather, at least, we should

11  get their names on the record, and then I will confirm with

12  the government that they're both court-certified translators;

13  is that right?

14          MS. ARFA:  They are.

15          THE COURT:  Can you tell us their names so we can

16  put it on the record?

17          MS. ARFA:  Florence Ng, N-G.

18          And Nancy Wu, W-U.

19          THE COURT:  Okay, Nancy Wu is very familiar with us

20  here, so...

21          So those are the two government translators that

22  have been used so far, both of whom are court certified.

23          MS. ARFA:  Yes, Your Honor.

24          THE COURT:  Okay.  Thank you.

25          All right, so everyone's excused until 2:00.

PROCEEDINGS

1          MR. HEEREN:  Your Honor, can I clarify one thing

2     that I think is one of the sources of the government's

3     objection.

4          The statement about the reason why the lawyer was

5     charged is not accurate.  The charges in the complaint and the

6     sentencing don't have anything -- don't say anything specific

7     about this witness' EB-5 application.  It is about other

8     applications.

9          THE COURT:  Well, right now it's really just what

10    this witness believed, to some extent.  The defense is allowed

11    to probe the truthfulness of her denial that she provided any

12    false information.

13         Whether that lawyer got in the trouble for her

14    application or another one isn't really the issue, it's more

15    that did she knowingly provide information to her lawyer that

16    was false, and I guess to some extent knowing that her

17    attorney got in trouble or believed that her attorney got in

18    trouble for an application may help the jury decide whether or

19    not her denial is correct or not.

20         MR. HEEREN:  I guess it's that last part that I have

21    a concern about, which is I don't believe it's accurate that

22    the lawyer got in trouble for her application.

23         That's not what she was charged with, and she

24    doesn't -- by asking the question with that supposition in it,

25    and saying how much did you know about what she got charged

PROCEEDINGS

1   for your application, is presuming before the jury that

2   there's something specific with her application that was in

3   fact wrong.

4           THE COURT:  But I assume the government, in

5   preparing her, would have asked her what she knew about that

6   situation, and it seems to me you could have corrected what

7   appeared to be her misunderstanding about what he got in

8   trouble for.

9           But she's, at least, made the statement that the

10  lawyer got in trouble for her application, I think that was

11  the question --

12          MR. HEEREN:  I think --

13          THE COURT:  But you can clarify it on redirect.

14          MR. HEEREN:  That's fine, Your Honor.  I think it's

15  a little bit of a language confusion.

16          THE COURT:  Yes, I have that concern.  Just based on

17  some of the answers, like I said in context, I'm not sure, and

18  I'm not faulting anyone, it might just be a difference in how

19  thoughts are conveyed in different languages.

20          Some of it grammar is interesting to me.  For

21  example, the introduction of the word "should" in one sentence

22  or one answer made me think that maybe it's a phrasing issue

23  that sometimes someone will say that should have happened when

24  they actually mean that is what happened.

25          But be that as it may, I'm going to leave it to the

PROCEEDINGS

1  government to try to clean that up.

2          If you think some sort of curative instruction is

3  necessary afterwards to simply say to the jury don't think

4  about, it's not appropriate for them to think about what

5  actually happened with the lawyer in that -- in his case, I

6  can do that, because it's really just a question of whether

7  she provided false information knowingly.  Period.  And some

8  of her beliefs about what happened is relevant, I think, to

9  that.

10          Okay, so let's have a break, we'll see you at 2:00.

11          (Luncheon recess.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PROCEEDINGS

1                A F T E R N O O N   S E S S I O N

2              (Time noted:  2:10 p.m.)

3              (In open court; Jury not present.)

4              (The witness resumes the stand.)

5         THE COURT:  Let me just go on the record for one

6    second, and this can be in front of the witness.

7              You know, because in Chinese this -- the little bit

8    of Chinese I do know, the word "ta" -- T-A for purposes of the

9    court reporter -- for describing a man or a woman.

10             So I think it might be useful for the inquisitors to

11   inquire further, because the interpreters don't have a way of

12   knowing if the witness is referring to a man or a woman

13   based -- unless it's based on the context.

14             So I think with respect to the lawyer that has been

15   discussed, there might be some confusion of gender.  Just a

16   word to all of you that you may want to clarify that, because

17   of the translation issue.

18             (Pause in the proceedings.)

19        THE COURTROOM DEPUTY:  All rise.

20             (Jury enters the courtroom.)

21        THE COURT:  Please be seated, everyone.

22             Welcomer, ladies and gentlemen of the jury.  I hope

23   had you a good lunch.  We have Mr. Goldberger continuing his

24   cross-examination of the witness.

25             (Witness takes the witness stand.)

LIU – CROSS – MR. GOLDBERGER

1  **FANG LIU**, called as a witness, having been previously first

2  duly sworn/affirmed, was examined and testified further as

3  follows:

4  CROSS-EXAMINATION (Continued)

5  BY MR. GOLDBERGER:

6  Q    I just want to go back to ask one or two questions about

7  when you had -- your husband's father was here.

8         You indicated, I believe to the jury, that he was

9  forced to be here by Tu Lan and whoever else associated with

10  Tu Lan; is that correct?

11  A    Yes.

12  Q    And he had been here with his wife two years prior to

13  that; is that correct?

14  A    I said that was back in 2016, a year ago.

15  Q    Okay.

16         And had you thought about, you and your husband, had

17  you thought about asking your -- his father to stay here since

18  he was being forced by the Chinese government?

19         MS. ARFA:  Objection.

20         THE COURT:  Overruled.

21  A    We did ask him about that.

22  Q    How come?

23         THE COURT:  How come they asked?

24  Q    No, how come you didn't ask him to stay since he was

25  being forced to do things by the Chinese government?

LIU – CROSS – MR. GOLDBERGER

1       THE COURT:  Sustained.

2       Maybe you didn't hear the answer.  She said, "We did

3   ask him about that."

4       MR. GOLDBERGER:  Oh, okay.

5   Q    And he turned down the request to stay?

6   A    He said because his daughter and also his wife were in

7   the hands of Tu Lan.  If he did not return, then they'll be in

8   troubles for his daughter and his wife.

9   Q    Well, there were already troubles going on for him; is

10  that correct?

11  A    Yes, there were troubles.

12  Q    And for the rest of the family as well?

13  A    He did not want his other family members to be subject to

14  other harm or bring them harm.

15  Q    Let's go back, if we can to, you made an application, you

16  and your husband when you came here, for an EB-5 so that you

17  guys could stay here in the United States and invest a million

18  dollars and employee ten people in the United States; is that

19  correct?

20  A    Through the regional center, we invested half a million

21  dollars.  We got in ten opportunities were created or not,

22  that should be the responsibility of the regional center,

23  which was responsible for operating the project.  They're

24  responsible for creating the ten jobs.

25      THE COURT:  Hang on.  Hang on.  I think you said we

771

LIU – CROSS – MR. GOLDBERGER

1   got in ten opportunities.  Go ahead.

2   A    As the main applicant, I was responsible for ensuring the

3   half a million dollars of investments was made and it was

4   real, and it was paid in the project, and that some money

5   withdrew during the course of the project.

6   Q    What year was that?

7   A    Can you please clarify your question regarding which

8   year.  Are you talking about which year the application was

9   made or when the investment was made?

10  Q    Both, please.

11  A    I submitted the material for the application to my lawyer

12  in April of 2008.  And the investment for the project was

13  formally made to the California immigration regional center in

14  September of 2009.

15  Q    And you and your husband have not become U.S. citizens;

16  is that correct?

17          MS. ARFA:  Objection.

18          THE COURT:  Sustained.

19  Q    Well, what is your status right now?

20          MS. ARFA:  Objection.

21          THE COURT:  Sustained.

22          MR. GOLDBERGER:  I'm not sure I understand, Judge.

23          THE COURT:  Let's have a sidebar.

24          (Continued on the next page.)

25          (Sidebar conference.)

SIDEBAR CONFERENCE

1              (The following occurred at sidebar.)

2              THE COURT:  The questions you're asking her are

3    irrelevant, or if they are relevant, they are for an improper

4    purpose, perhaps, I think leading to some suggestion that the

5    government is going to help them in their immigration

6    application.

7              MR. GOLDBERGER:  Well, it seems like the government

8    has been helping them --

9              THE COURT:  But you have no basis to say that, and

10   that's why I don't want you asking these questions to suggest

11   that without any basis.

12             MR. GOLDBERGER:  First of all, Judge, I want to ask

13   questions about the fact that there's a lawsuit that's been

14   stopped.

15             I know the Court is somewhat circumspect about

16   allowing that, but the government has stopped a legitimate

17   lawsuit by coming in and saying you can't move to lawsuit

18   along.

19             THE COURT:  I don't want to keep revisiting these

20   issues.  I said you can ask if they perceived that they have

21   somehow been granted some benefits by the prosecution team

22   here or the government in exchange for their testimony, or in

23   general.  That's what I said you could do.

24             But you keep wanting to ask questions that suggest

25   something, like an improper -- that can improperly suggest the

SIDEBAR CONFERENCE

1   government has done something.

2           MR. GOLDBERGER:  On what basis is she and her

3   husband still here?  I'd like to know.  And why can't the jury

4   know that?

5           THE COURT:  She has an EB-5 application.  Why isn't

6   that a legitimate reason to stay here?

7           MR. GOLDBERGER:  This is 2023.  That application was

8   filed in 2008.

9           THE COURT:  She didn't have to be a citizen to stay

10  here.

11          MR. GOLDBERGER:  Shouldn't we be able to find that

12  out, Judge?

13          THE COURT:  No, you're not going to go fishing for

14  it.

15          Is there any suggestion that the government here has

16  provided her with a benefit?

17          MR. GOLDBERGER:  Yes, I think so.  I think they

18  provided them with a lot of benefits.  We don't know if she

19  doesn't answer the question.

20          THE COURT:  Let me ask the government the question,

21  because that's where we start with all this.

22          Is the government aware of any part of the

23  prosecution team, the U.S. Attorney's Office, the FBI, helping

24  the victim in terms of her immigration process?

25          MS. ARFA:  We're not.

774

SIDEBAR CONFERENCE

1    MR. HEEREN:  No.  The process is they have -- as I

2   understand it, that they currently have no status but they are

3   pending here while we do this lawsuit.

4    THE COURT:  When you say "pending here", they are

5   allowed to stay here because of this prosecution?

6    MR. HEEREN:  While this prosecution is ongoing.

7    There's been no final determination on their status

8   in the country, as I understand it.

9    THE COURT:  You can ask her what her understanding

10  is then.

11    I mean, in terms of what her status is.  I guess

12  that's fair.  I mean, she may perceive that somehow you guys

13  are helping her stay here.

14    MR. GOLDBERGER:  Judge, as I understand it, her

15  husband sent a thank you note to the government, some of the

16  agents, in regards to continuing to allow them to process this

17  EB-5 or whatever it is.

18    THE COURT:  What was the nature of the thank you

19  note, which is, I think, being mischaracterize?

20    MR. HEEREN:  I think there's a note from the

21  daughter that thanks the government for her -- related to her

22  green card.

23    THE COURT:  The daughter's green card?

24    MR. HEEREN:  Right.  I don't believe that's

25  accurate.

SIDEBAR CONFERENCE

1            THE COURT:  You can ask questions about weather she

2      perceives that somehow the government is helping her or her

3      family with respect to their immigration.  You can ask that.

4      It goes to her potential bias.

5                  (End of sidebar conference.)

6                  (Continued on the next page.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

LIU – CROSS – MR. GOLDBERGER

1        (In open court; Jury present.)

2        THE COURT:  Sustained as to the last question, but

3    ask another questions.

4    CROSS-EXAMINATION (Continued)

5    BY MR. GOLDBERGER:

6    Q    Do you understand, or do you believe that the government

7    is helping you at this point stay in the United States?

8    A    I'm not sure.

9    Q    Why are you not sure?

10   A    I'm not sure whether the government helped me or not.

11   Q    Have you discussed with your husband whether or not

12   you're getting help from the government in order to stay here

13   in the United States at this point?

14   A    I don't remember there was a discussion.

15        THE COURT:  Can we have a -- can we stop for one

16   moment and have a quick sidebar?

17        Can I talk to the interpreters for a second?

18        (Continued on the next page.)

19        (Sidebar conference.)

20

21

22

23

24

25

SIDEBAR CONFERENCE

1        (The following occurred at sidebar.)

2        THE COURT:  Folks, my apologies that I'm asking

3   this, but I want to make sure I understand, and I will

4   acknowledge that my Chinese is at the level of a two-year old.

5        But the word "ji", does it mean "no" or "remember"?

6   Because it's come up once before that I thought the answer was

7   going to be along the lines of either no or don't know, but it

8   came out as I don't remember, and I just want to make sure

9   it's being translated accurately.

10       And I know a --

11       THE INTERPRETER:  If the answer was I don't

12   remember --

13       THE COURT:  Hang on, W-O --

14       MS. WONG:  W-O, B-U, J-I-D-E.

15       THE COURT:  Wo bu jide, okay.

16       THE INTERPRETER:  Is I don't remember.

17       THE COURT:  If she's saying I don't know, what would

18   that be?

19       (Court reporter interrupts for clarification.)

20       THE COURT:  She said another phrase, I understand.

21   So I guess it is literally I don't remember.

22       THE INTERPRETER:  Which one?

23       THE COURT:  Off the record a second.

24       Okay, fine.

25       THE INTERPRETER:  But she changed, that's means

SIDEBAR CONFERENCE

1    either I'm not clear or I'm not sure.

2                THE COURT:  Okay, all right.

3                I was little concerned because that "I don't

4    remember" seems like an odd thing to say when you're being

5    asked do you know or do you not know and it's something that

6    one would know.  If that makes sense.  How do you feel about

7    something and somebody says I don't remember.  That seems odd.

8    Okay.  It satisfies my curiosity.

9                (End of sidebar conference.)

10               (Continued on the next page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

LIU – CROSS – MR. GOLDBERGER

1           (In open court; Jury present.)

2           THE COURT:  Go ahead.  So I think we stopped with

3    the answer is "I don't remember there was a discussion," and

4    that was in response to your question.

5           So next question Mr. Goldberger.

6    CROSS-EXAMINATION (Continued)

7    BY MR. GOLDBERGER:

8    Q    Could you please tell me what you and your husband's

9    status is here in the United States?

10          MS. ARFA:  Objection.

11          THE COURT:  Sustained.

12   BY MR. GOLDBERGER:

13   Q    Well, do you have status in the United States?

14          MS. ARFA:  Objection.

15          THE COURT:  Sustained in terms of phrasing.

16          Can you phrase it differently?

17          MR. GOLDBERGER:  I don't think so.

18          THE COURT:  Well, what is your belief about your

19   status in the United States?

20          MR. GOLDBERGER:  Okay.  I'll ask exactly what the

21   Judge just asked.

22   Q    What's your belief about your status here in the United

23   States, you and your husband?

24   A    I don't have a legal status.

25          THE INTERPRETER:  I'm sorry, the interpreter would

LIU – CROSS – MR. GOLDBERGER

1   like to make a correction.

2   A    We do have legal status.

3   Q    What's the legal status you have?

4   A    I live and work legally in the U.S.

5   Q    Who told you that?

6   A    USCIS.

7   Q    Have you had discussions with the prosecutors in this

8   case, whether it be Mr. Heeren or any of the other prosecutors

9   at the table, about what happens to you and your husband as a

10  result of your testimony in this trial?

11  A    I don't understand -- I don't understand your question,

12  what kind of result.  Can you be more specific?

13  Q    Sure.

14            Are you -- let me go back and do this this way.

15            Are you concerned about your husband and your status

16  after you've finished testifying in this case?

17  A    I don't think there's any relationship between our status

18  and whether we testify here or not.

19  Q    Have you asked the government prosecutors about whether

20  or not you will get help with your status after the case is

21  over?

22  A    What kind of help?

23  Q    Help with staying in the United States.

24  A    No.

25  Q    Well, have you not discussed that with your husband in

LIU – CROSS – MR. GOLDBERGER

1  private?

2  A    We discussed about our status, however, we did not

3  discuss about asking the prosecutors to help resolve our

4  status for appearing in court to testify.

5  Q    All right, so who -- if you haven't discussed it with the

6  prosecutors, have you discussed it with any agents or

7  employees of the immigration service?

8            THE COURT:  Sustained.  Discuss what?

9            MR. GOLDBERGER:  Discuss the issue of her continuing

10  status after this case is over.

11            THE COURT:  With immigration authorities?

12            MR. GOLDBERGER:  Yes.

13            THE COURT:  Okay, if you can answer that question.

14  A    No.

15            (Continued on the following page.)

16

17

18

19

20

21

22

23

24

25

Liu – cross – Goldberger

1    (Continuing.)

2    BY MR GOLDBERGER:

3    Q    So you have not received any assurances from anybody from

4    the Government of the United States in regard to what will

5    happen to you and your husband after you testify in this

6    trial?

7    A    I did not receive any assurance.

8    Q    In your own mind, as you sit there now, you don't believe

9    that the United States Government is sending you back to China

10   in any way after this trial, do you?

11              MS. ARFA:  Objection.

12              THE COURT:  Overruled.

13              Can you answer that question?

14   A    I believe the U.S. Government would not do so.

15   Q    Okay.

16   A    I believe the U.S. Government would investigate the truth

17   about the matter, and they would conduct the investigation

18   seriously.

19   Q    Are you telling me that you don't believe that the

20   Government has already investigated the --

21              THE COURT:  Sustained, sustained.

22   Q    On September 4th, you and your husband were home; is that

23   correct?  I'm talking about 2017 -- '18, '18, I'm sorry, 2018,

24   September 4th.

25   A    Yes.

Liu - cross - Goldberger

1    Q    Okay.  And as we've seen in the pictures, two men came to

2    your home; is that correct?

3    A    Yes, two people on September 4th.

4    Q    When these two men showed up at your home, did you

5    immediately call the police?

6    A    Yes, I called the FBI agent.

7    Q    I'm not talking about after they put up a note.  I'm

8    talking about the minute they arrived on your premises and you

9    saw these two men walking around, did you call law

10   enforcement, either the police or the FBI?

11   A    Yes.  I saw from the security surveillance system the two

12   men were approaching, and I also heard they were slamming on

13   the door and turning the door handle.  So my husband urged me

14   to call the FBI right away, and I called the FBI.

15   Q    While the men were still there?

16   A    Yes.

17   Q    It is true, is it not, that the FBI actually didn't come

18   to your home until September 5th, the next day?

19   A    I cannot remember clearly whether they came on the 4th or

20   the 5th.  But the latest would be the 5th.

21   Q    Well, when you talked to the FBI on the 4th, you said you

22   made the phone call, were you instructed not to touch the note

23   that had been left on the door?

24   A    I was instructed to take a picture of the note, and also

25   wear the gloves to take down the note, and also keep it safely

784

Liu – cross – Goldberger

1    and wait for them to pick it up.

2    Q    They told you that it was okay for you to handle the note

3    physically?

4    A    They told me to wear a pair of gloves and then take down

5    the note.

6    Q    Was there more than one note that was left?

7    A    There was also a piece of crumpled paper from near the

8    walkway.

9    Q    Did you pick up that piece of paper?

10   A    I did not.

11   Q    Well, had you seen one of the men throw that piece of

12   paper?

13   A    Yes, I saw that in the video recording system.

14   Q    Okay.  Now, it's clear, is it not, that one of the men

15   came back the next day and was there for a brief time and went

16   to the front door; is that correct?  On September 5th, so

17   there's no misunderstanding.

18   A    Yes.

19   Q    And the note was still on the door.

20   A    No.

21   Q    The FBI hadn't gotten there yet by the time he was there,

22   correct?

23            MS. ARFA:  Objection.

24            THE COURT:  Sustained.

25   Q    Are you saying that the FBI got there before the man came

Liu – cross – Goldberger

1    back the next day?

2              MS. ARFA:  Objection.

3              THE COURT:  Sustained.

4              I think you may not have remembered her testimony.

5    She said, as I recall, she took it down with the gloves.

6              MR. GOLDBERGER:  Yes, but -- all right.

7    Q    Did you put the note back up on the door after you took

8    it down and photographed it?

9    A    No.

10   Q    So you're saying when the man came back the next day and

11   came to your door, he didn't take anything with him; he just

12   went up to the door and then he left?

13   A    Yes, it seems like that according to the video footage.

14   Q    Are you saying that the FBI was there before the man came

15   back or after the man came back?

16   A    I have been saying that I don't remember whether the FBI

17   came on the 4th or the 5th of September, but this man came

18   back at around 9 a.m. on September 5th.

19   Q    Well, do you remember what time the FBI came either on

20   the 4th or the 5th?

21             MS. ARFA:  Objection.  Asked and answered.

22             THE COURT:  Overruled.

23             Just one more time to see if we can clear this up.

24   Go ahead.

25   A    I don't remember.

Liu - Cross - Lustberg

1         MR. GOLDBERGER:  No other questions.

2         THE COURT:  Thank you.

3         Mr. Lustberg?

4         MR. LUSTBERG:  Thank you, Your Honor.  Just a few.

5    CROSS-EXAMINATION

6    BY MR. LUSTBERG:

7    Q    Good afternoon, Ms. Liu.  My name is Larry Lustberg, and

8    I represent a gentleman named Michael McMahon.

9         MR. LUSTBERG:  Mr. McMahon, if you could just stand

10   up.

11        (Mr. McMahon stands.)

12   Q    Have you ever met Mr. McMahon before?

13   A    No.

14   Q    Have you ever seen him before?

15   A    No.

16   Q    Okay.  It's true, isn't it, that your home that we've

17   seen all the pictures of today is owned by J Lifetime LLC,

18   correct?

19   A    Yes.

20   Q    And the managing member of J Lifetime LLC is your sister,

21   correct?

22   A    Yes.

23   Q    And that's the sister that lives at the Short Hills

24   address, correct?

25   A    Yes.

Liu - Cross - Lustberg

1    Q    You testified earlier about certain mail that was sent to

2    your sister in Short Hills.  Do you remember that?

3    A    Yes.  There were mail and letters from China.

4    Q    And that mail and messages were intended for you and your

5    husband, right?

6    A    The content of them should involve my husband, yes.

7    Q    And your sister living in Short Hills passed those along

8    to you at your residence in Warren, correct?

9    A    No.  No, my younger sister returned most of the mail to

10   the sender.

11   Q    Did she send any of it to you?

12   A    She sent me a photo of the mail to me, and I reported

13   that to the FBI agent.

14   Q    Fair enough.  So she received the mail and she sent you a

15   picture of it?

16   A    Yes.

17   Q    And that's how you know, from the content, that it

18   involved your husband, correct?

19   A    No, that was not regarding the picture that was taken of

20   the mail.  My sister did send the first letter to my husband,

21   and my husband opened it.  However, we did not open the

22   subsequent mail.  And the photo that was taken of that letter

23   was from one of the subsequent mails, and it was given or

24   reported to the FBI agent.

25   Q    Okay.  Just to be clear, I thought you said that that

Liu – Cross – Lustberg

1    photo was also sent from your sister to you and your husband,

2    right?

3    A    No.  My younger sister took a picture of that letter and

4    send it to me, and I send it to the FBI agent.

5    Q    Okay.  Thank you.

6         Just one last question, which is:  You testified

7    that in April 2015 you learned about Operation FOXHUNT; is

8    that right?

9    A    I know that I was on the rep notice.  However, I wasn't

10   sure whether at that point it was called Operation FOXHUNT or

11   not.  My understanding of the Operation FOXHUNT happened

12   afterwards.

13   Q    Okay.  When did you learn about something called

14   Operation FOXHUNT?

15   A    I don't remember clearly, but I think it will be after

16   April 2015.

17   Q    I'm sorry.  After?

18   A    After April 2015.

19   Q    Okay.  And you learned about it because, I think you

20   testified before, because your husband told you about it?

21   A    No, I learned about what FOXHUNT Operation was about

22   through the media.

23   Q    Through Chinese media?

24   A    Both Chinese and English ones.

25   Q    Pardon me?

Liu – Cross – Lustberg

1       THE INTERPRETER:  Both Chinese and English ones.

2  Q    Do you remember where you first saw it in English media?

3  A    I cannot remember which time it was, but I did see in the

4  report, media report that the U.S. Government has taken action

5  regarding the FOXHUNT Operation.

6  Q    And when was that?

7  A    I cannot remember clearly.

8  Q    And how about Operation SKYNET, have you heard of that?

9  A    Based on my understanding, the nature of this operation

10 should be the same as the FOXHUNT Operation.

11 Q    When did you learn about Operation SKYNET?

12 A    I cannot remember clearly.

13 Q    Thank you.

14       MR. LUSTBERG:  Thank you very much.  No further

15 questions.

16       THE COURT:  Thank you.

17       Mr. Tung?

18 CROSS-EXAMINATION

19 BY MR. TUNG:

20 Q    Ms. Liu, my name is Kevin Tung.  I'm the defense attorney

21 for Yong Zhu.

22       MR. TUNG:  Mr.  Yong Zhu, can you stand up?

23       (Mr. Zhu stands.)

24 Q    Ms. Liu, have you ever seen Mr. Yong Zhu appearing at

25 your properties either in Warren or Short Hills?

Liu - Cross - Tung

1   A    No.

2   Q    Do you know that person who just stand up, Mr. Yong Zhu?

3   Do you know that person?

4   A    I don't know him.

5   Q    Ms. Liu, this morning you testified -- withdrawn.

6        Ms. Liu, are you familiar with a property located at

7   335 Long Hill Drive, Short Hill, New Jersey?

8   A    Yes, that's my younger sister's home.

9   Q    And when you say your sister, you're referring to your

10  sister Yan Liu, right?

11  A    Yes.

12       I would like to supplement that.  That was the home

13  where I -- my younger sister, Liu Yan, used to live.

14  Q    Were you and your husband ever own the property at the

15  335 Long Hill Drive, Short Hill, New Jersey?

16  A    No.

17  Q    Did you ever transfer -- withdrawn.

18       Do you know from whom your sister purchased the

19  property at the 335 Long Hill Drive, Short, New Jersey?

20       MS. ARFA:  Objection.

21       THE COURT:  Overruled.

22       Do you know?

23  A    I don't know.

24  Q    You never transfer the property at the 335 Long Hill

25  Drive, Short Hill, to your sister?

Liu – Cross – Tung

1          MS. ARFA:  Objection.

2          THE COURT:  Overruled.

3    A    No, I never owned this 335 Long Hill Drive property.

4    Q    Was that property ever owned under the title J -- the

5    company's name is -- I'm sorry.  Withdrawn.

6          Are you familiar with a company by the name of

7    J Lifetime?

8    A    I know that.

9    Q    Do you have any interest in this company?

10         MS. ARFA:  Objection.

11         THE COURT:  Overruled.

12   A    No.

13   Q    What about your husband?

14   A    No.

15   Q    Do you know if J Lifetime transferred the property at 335

16   Long Hill Drive, Short Hill, New Jersey, to your sister?

17         MS. ARFA:  Objection --

18         THE COURT:  Sustained.

19         MS. ARFA:  -- relevance.

20         THE COURT:  Sustained.

21   Q    Ms. Liu, before you came to the United States, what did

22   you do to earn a living in China?

23         MS. ARFA:  Objection.

24         THE COURT:  Sustained.

25   Q    Ms. Liu, do you know, before your husband came to the

792

Liu - Cross - Tung

1   United States, what he do to earn a living?

2           MS. ARFA:  Objection.

3           THE COURT:  Sustained.

4           MR. TUNG:  Objection?  Was that sustained?

5           THE COURT:  Yes.

6   Q   Ms. Liu, this morning you testified that you tried to

7   make a new life in the United States.  What do you mean by

8   that?

9   A   I did not say that I'm going to start a new life in the

10  U.S.

11  Q   Are you currently working in the United States?

12          MS. ARFA:  Objection.

13          THE COURT:  Overruled.

14  A   Yes.

15  Q   What is it?

16  A   We are self-employed.

17  Q   Do you have a company?

18          MS. ARFA:  Objection.

19          THE COURT:  Let's have a sidebar.

20          (Sidebar.)

21          (Continued on next page.)

22

23

24

25

Sidebar

1          (Sidebar conference held on the record out of the

2    hearing of the jury.)

3          THE COURT:  Mr. Tung, what is your relevance to all

4    these questions about what she did for a living, before which

5    I had already expressly said you shouldn't get into, or your

6    co-counsel shouldn't get into, and what she does for a living

7    now?

8          MR. TUNG:  I just want to find out how they're going

9    to pay for their lives.  I mean, they have beautiful houses

10   and they do not work.

11         THE COURT:  That's not relevant to this case, so I'm

12   going to continue to sustain the objections.

13         MR. TUNG:  All right.

14         THE COURT:  All right.  Let's go.

15         (Sidebar ends.)

16         (Continued on next page.)

17

18

19

20

21

22

23

24

25

Liu – Cross – Tung

1          (In open court; continuing.)

2          THE COURT:  I'm going to actually strike the last

3    two answers about what this witness is doing and what her

4    husband is doing for a living here.

5          So strike, disregard those answers, folks.

6          Ask your next question, Mr. Tung.

7    BY MR. TUNG:

8    Q    Ms. Liu, you testified earlier that you were aware of the

9    Operation FOXHUNT program, right?

10   A    Yes.

11   Q    And you also testified currently, if I'm wrong in your

12   testimony, you also testified just that this is a program

13   initiated by the Chinese Government to try to repatriate

14   oversea Chinese back to China.  Am I accurate when I describe

15   this?  Is that your understanding?

16   A    Can you please repeat your question again?

17   Q    Is that your understanding, that the Operation FOXHUNT

18   program initiated by the Chinese Government for the purpose to

19   repatriate oversea Chinese back to China?

20   A    Yes.

21   Q    And I remember you also said in the morning that

22   operation, the people in the Chinese Government through the

23   Operation FOXHUNT, they're looking for, including both of

24   those categories, people who hold a different political view,

25   and people who committed economic crimes, right?

795

Liu – Cross – Tung

1  A    My understanding of Operation FOXHUNT is that that

2  program was carried out under the name of anticorruption.  It

3  was to force overseas Chinese to return to China, and among

4  them, some of these people hold different political views.

5  Q    So, in other words, the target the Chinese are looking

6  for in those two categories, one is the Chinese claim they

7  have committed corruptions, and the other group is people

8  holding different political views, right?

9            MS. ARFA:  Objection.

10           THE COURT:  Sustained, sustained.

11           I think you're mischaracterizing her testimony.

12 Q    So, Ms. Liu, the people, the target you're describing --

13 withdrawn.

14           You also testified today, right, you said you became

15 the target for the Chinese Operation FOXHUNT program, right?

16 A    Yes.

17 Q    And that was true for your husband, right?

18 A    Yes.

19 Q    To your belief, which category --

20           MS. ARFA:  Objection.

21           THE COURT:  Sustained.

22           Again, I think you're mischaracterizing her

23 testimony by dividing things into categories.  But just ask

24 another question.

25 Q    Will you consider you are a group people who holds

Liu – Cross – Tung

1    different political views from the Chinese Government?

2                    MS. ARFA:  Objection.

3                    THE COURT:  Overruled.

4                    Are you referring to her and her husband?

5                    MR. TUNG:  Yeah, both.

6    Q    What I mean "you," meant both of you.

7    A    I believe my husband became the target of the Chinese

8    Government because he is upright and he believes in justice

9    and he opposed a principle and he did not want to do any harm

10   to the interest of the people and he did not want to violate

11   the laws, and he upset those in power.  That's why he was

12   being persecuted and retaliated against.  And I became the

13   target of the Chinese Government simply because I'm the wife

14   of the target and I have been implicated.

15   Q    So, in other words, your husband does not hold a

16   different political view from the Chinese Government; in fact,

17   he supports that etiology, right?

18                   MS. ARFA:  Objection.

19                   THE COURT:  Sustained.

20                   MR. TUNG:  No further questions.

21                   THE COURT:   Okay.  Thank you, Mr. Tung.

22                   Any redirect?

23                   MS. ARFA:  Yes, your Honor.

24                   THE COURT:  Go ahead.

25

Liu – Redirect – Arfa

1    REDIRECT EXAMINATION

2    BY MS. ARFA:

3    Q    Good afternoon, Ms. Liu.

4    A    Good afternoon.

5    Q    As far as you know, did your EB-5 application contain any

6    false information?

7    A    No.

8    Q    As far as you know, did you write or sign anything in

9    connection with your EB-5 application that was not true?

10    A    No.

11    Q    Has the Government offered you any benefit regarding your

12    immigration status?

13    A    No.

14    Q    Has the Government promised you any benefit or any help

15    regarding your immigration status?

16    A    No.

17    Q    Has the Government promised you any particular result

18    regarding your immigration application?

19    A    No.

20    Q    Has your immigration status influenced your testimony

21    here today?

22    A    No.

23    Q    Was your testimony today influenced by any benefit you

24    believe you received from the Government?

25    A    No.

Liu - Recross - Goldberger

1    Q    Has your testimony today been truthful?

2    A    Yes.  All I said was the truth.

3    Q    Why are you testifying today?

4    A    I hope that I can let people know about the truth about

5    what happened to me.

6              MS. ARFA:  No further questions.

7              THE COURT:  Any recross?

8              Mr. Goldberger?

9              MR. GOLDBERGER:  Yes, very briefly.

10   RECROSS EXAMINATION

11   BY MR GOLDBERGER:

12   Q    Ma'am, you've been here with your husband now since,

13   what, 2008 or '10; is that correct?

14   A    Since 2010.

15   Q    And you still have no status at all; is that correct?

16             MS. ARFA:  Objection.

17             THE COURT:  Overruled.

18             If you can answer that.

19   A    I have the status in the U.S. to work legally and to live

20   here legally.

21   Q    That would mean that your EB-5 had been granted; is that

22   correct?

23             MS. ARFA:  Objection.

24             THE COURT:  Sustained.

25   Q    What's your immigration category right now, as you

Liu - Recross - Goldberger

```
 1   understand it?

 2              MS. ARFA:  Objection.

 3              THE COURT:  Overruled.

 4              What is your belief about your immigration status or

 5   category?

 6              THE INTERPRETER:  The interpreter would like to

 7   clarify a term with the witness.

 8   A     Pending case for EB-5.

 9   Q     For 13 years?

10              MS. ARFA:  Objection.

11              THE COURT:  Sustained.

12              MR. GOLDBERGER:  No further questions.

13              THE COURT:  All right.

14              MR. LUSTBERG:  We're good, Your Honor.  Thank you.

15              THE COURT:  Mr. Tung?

16              MR. TUNG:  No further questions.

17              THE COURT:  All right.

18              Thank you.  You may step down.

19              (Witness exits the stand.)

20              MS. ARFA:  Your Honor, may we just have one moment?

21              THE COURT:  Yes, go ahead.

22              (Discussion held off the record.)

23              THE COURT:  If you could remain standing next to the

24   witness stand, we'll swear you in.

25              MS. ARFA:  Your Honor, the Government calls Greg
```

Thomas - Direct - Arfa

1    Thomas.

2              THE COURTROOM DEPUTY:  Please raise your right hand.

3              (Witness sworn.)

4              THE COURTROOM DEPUTY:  Thank you.  Have a seat.

5              State and spell your name for the record.

6              THE WITNESS:  Gregory R. Thomas; G-R-E-G-O-R-Y,

7    middle initial R, last name Thomas, T-H-O-M-A-S.

8              THE COURT:  You may inquire, Ms. Arfa.

9              (Continued on next page.)

10   GREGORY R. THOMAS, called as a witness, having been first duly

11   sworn/affirmed, was examined and testified as follows:

12   DIRECT EXAMINATION

13   BY MS. ARFA:

14   Q    Good afternoon.

15              Are you currently employed?

16   A    Yes, ma'am.  I am currently employed with the Federal

17   Bureau of Investigation.

18   Q    Is that also referred to as the FBI?

19   A    Yes, ma'am.

20   Q    What is your title?

21   A    I am currently a Special Agent with the FBI.

22   Q    What are your responsibilities in that position?

23   A    I am currently assigned to the counterintelligence

24   division at FBI headquarters, where I am the Senior Liaison

25   Officer to the Department of Homeland Security representing

1    the Bureau on counterintelligence matters.

2    Q    For how long have you worked for the FBI?

3    A    Approximately 16 years.

4    Q    What was your position as of October 2020?

5    A    I was a Special Agent assigned to the FBI Newark

6    Division.

7    Q    I would like to direct your attention to October 28,

8    2020.  Were you working that day?

9    A    Yes, I was.

10   Q    What was your assignment that day?

11   A    I was assigned as an arrest team member effecting the

12   arrest of Mr. Yan Zhu in FBI -- excuse me, in Elmhurst,

13   Queens, New York.

14   Q    Do you know whether that individual went by any other

15   names?

16   A    Jason Zhu.

17   Q    Around what time was Mr. Zhu arrested?

18   A    Approximately 6:15.

19   Q    Following his arrest, did he agree to a voluntary

20   interview?

21   A    Yes, he did.

22   Q    Following his arrest, was he, in fact, interviewed?

23   A    Yes, he was.

24   Q    Was anyone present at the interview other than yourself

25   and Mr. Zhu?

Thomas - Direct - Arfa

1   A    Yes.  The Special Agent with the FBI, Christopher Bruno,

2   as well as an FBI linguist.

3   Q    Where was the interview conducted?

4   A    At the FBI's office in Brooklyn/Queens, in Kew Gardens.

5         MS. ARFA:  May I show the witness an exhibit for the

6   witness only on the ELMO, please.

7         THE COURT:  All right.

8         THE COURTROOM DEPUTY:  Which exhibit?

9         MS. ARFA:  I apologize.  It's GX 703 and GX 703-C.

10  Q    So let me begin with GX 703.  Do you recognize this?

11  A    Yes.

12        MS. ARFA:  I'm just going to ask you to pull the

13  microphone a little bit closer.

14        THE WITNESS:  Yes.

15        THE COURT:  You can move the microphone.  The seat

16  doesn't move, but the microphone does.

17  Q    What is it?

18  A    This is a drive with the whole interview which was

19  recorded both with video and audio that I reviewed, which I

20  can tell from my initials placed on that drive.

21  Q    Is that also the date on which you reviewed?

22  A    Yes, ma'am, 5/31/2023.

23  Q    Based on your review, did you recognize the contents of

24  the drive?

25  A    Yes.

Thomas - Direct - Arfa

1  Q    Did the contents of the drive contain a true and accurate

2  copy of the video recording of your October 28, 2020 interview

3  of Mr. Zhu?

4  A    Yes.

5  Q    Turning now to GX 703-C, do you recognize that?

6  A    Yes, ma'am.

7  Q    What is it?

8  A    This is a drive of specific clips from that interview,

9  for which I reviewed and initialed on 6/2/2023.

10 Q    Did this exhibit contain a true and accurate copy of an

11 excerpt from your October 28, 2020 interview of Mr. Zhu?

12 A    Yes.

13 Q    And does the excerpt on that drive include clips from two

14 different parts of the interview?

15 A    Yes, ma'am.

16        MS. ARFA:  The Government offers GX 703-C into

17 evidence.

18        MR. LUSTBERG:  No objection on behalf of

19 Mr. McMahon, Your Honor.

20        MR. GOLDBERGER:  No objection, Your Honor.

21        THE COURT:  Mr. Tung?

22        MR. TUNG:  No objection.

23        THE COURT:  So 703-C is admitted.

24        (Government Exhibit 703-C, was received in

25 evidence.)

Thomas – Direct – Arfa

1          THE COURT:  And you may publish it.

2          (Exhibit published.)

3          MS. ARFA:  We ask to publish to the jury GX 703-E,

4   which is a version of GX 703-C that includes subtitles.  We

5   previously provided GX 703-E to defense counsel along with the

6   transcript of the excerpt, which is independently marked as GX

7   703-D.

8          THE COURT:  And so you want E admitted, I assume?

9          MS. ARFA:  We're not offering E into evidence.  This

10  is merely to assist in the presentation of the evidence for

11  the benefit of the jury.

12         THE COURT:  Okay.  So you're going to publish 703-E,

13  am I correct, but not seek to admit it?

14         MS. ARFA:  Yes, your Honor.

15         THE COURT:  Okay.

16         So let me clarify, ladies and gentlemen of the jury,

17  what's going to happen is the Government is going to show you

18  excerpts from this interview, but a version that contains

19  subtitles, simply as an aid to you in listening to the

20  audiotaped interview.

21         But remember that it's your hearing of what is said

22  on the audio that governs here.  So if it differs from the

23  subtitle, go with your own hearing of the interview itself.

24         MR. TUNG:  Defense received People's Exhibit --

25  Government Exhibit 703-D instead of E.

Thomas - Direct - Arfa

```
1              THE COURT:  You're holding a piece of paper.  I

2    think it's a video that has subtitles that they are referring

3    to and was provided to you before, I assume on a flash drive?

4              MS. ARFA:  It was provided by the electronic file

5    sharing system, Your Honor.

6              THE COURT:  So this is a digital piece of evidence

7    that you would have received through the computer.

8              MR. TUNG:  Okay.

9              THE COURT:  Okay.  So 703-E is going to be shown to

10   the jury and contains what is simply an aid to the jury's

11   listening, namely subtitles.

12             Go ahead.  And 703-C had been admitted.

13             MS. ARFA:  Thank you, Your Honor.

14             (Audio/video is played.)

15             (Continued on next page.)

16

17

18

19

20

21

22

23

24

25
```

THOMAS – CROSS – MR. TUNG

1    (Continuing.)

2                 (Video recording played.)

3                 (Video recording stopped.)

4                 MS. ARFA:  No further questions.

5                 THE COURT:  Thank you.

6                 Cross-examination, Mr. Lustberg?

7                 MR. LUSTBERG:  Nothing.

8                 THE COURT:  Mr. Tung, do you want to go first?

9                 MR. LUSTBERG:  Nothing here, Judge.

10                THE COURT:  Thank you, Mr. Lustberg.

11                MR. GOLDBERGER:  No questions.

12                THE COURT:  Then, Mr. Tung.

13   CROSS-EXAMINATION

14   BY MR. TUNG:

15   Q    Sir, isn't it true when that interview was taking place,

16   no attorney was present --

17                MS. ARFA:  Objection.

18   Q    -- right?

19                MS. ARFA:  Objection, sorry.

20                THE COURT:  No, I heard your objection.

21   Q    I'm only asking whether or not there was an attorney

22   there, I'm not asking --

23                THE COURT:  No, no, I understand the question.

24   Overruled.

25                Was an attorney present?

THOMAS – CROSS – MR. TUNG

1           THE WITNESS:  No.

2    Q    Do you agree with me when Mr. Zhu was answering those

3    questions he didn't have a chance to consult with an attorney,

4    right?

5           MS. ARFA:  Objection.

6           THE COURT:  Overruled.  And the government can

7    obviously redirect on this subject.  Go ahead.

8    A    That is not true.  Mr. Zhu was advised of his rights to

9    have an attorney present.  We did that all verbally through

10   the translator that was present as well as advised Mr. Zhu via

11   a hard copy in written form of those rights in his native

12   language for which he reviewed and subsequently signed waiving

13   those rights so that we could conduct said interview.

14   Q    Actually, sir, that was not my question.  My question

15   just state a fact, when he answer --

16          THE COURT:  Sustained.  Sustained.  He answered your

17   question.  Let's move on, Mr. Tung.

18   Q    Do you agree with me --

19          THE COURT:  You know what?  Mr. Tung, let's have a

20   sidebar.

21          (Continued on the next page.)

22

23

24

25

SIDEBAR CONFERENCE

1          (The following occurred at sidebar.)

2          THE COURT:  So to begin with, the reason I sustained

3   the objection when you started to ask again about an

4   opportunity to consult with a lawyer, is the word

5   "opportunity" is broader than you're attempting to get the

6   agent to construe it.  So he appropriately answered the

7   question of we advised him that he could consult with an

8   attorney --

9          MR. TUNG:  Fine, but --

10         THE COURT:  Hang on, hang on, i.e. he had the

11  opportunity, but he declined it.  But furthermore what I don't

12  want to have happening -- and it's clear to me that you're

13  going in this direction -- you cannot open this whole notion

14  about him having waived his rights voluntarily, I've already

15  ruled on that.

16         MR. TUNG:  No, your Honor, that is not my question.

17  My intention I tried to do a comparison, as I said before, if

18  someone gives an answer without no attorney -- before he never

19  talked to an attorney, then his natural response might more be

20  truthful, that's what I'm saying, and never been coached.

21  That's all I'm saying, Judge.  I'm not disputing whether or

22  not he had the right to give -- I mean, that's already decided

23  all over the case.

24         All I'm saying, my question is towards let the jury

25  to see when he answers the question he is not being told what

SIDEBAR CONFERENCE

1    to answer, it's all from his natural response.

2              THE COURT:  But the problem is you're suggesting

3    something quite different to the jury.  You're suggesting that

4    somehow the government --

5              MR. TUNG:  No.

6              THE COURT:  -- hang on.

7              -- ran roughshod over his rights and --

8              MR. TUNG:  No, no.

9              THE COURT:  Well, that's clearly the implication

10   here --

11             MR. TUNG:  No.

12             THE COURT:  -- sort of your logic is not --

13             MR. TUNG:  No.

14             THE COURT:  Hang on a second.

15             -- intuitive an inference and so if you want to ask

16   a question, did he waive his right to have an attorney

17   present, then he can answer that question yes.  So, therefore,

18   there was no attorney present.  Fine, you've established that

19   fact and we're done, but I don't want you giving any

20   suggestion that somehow --

21             MR. TUNG:  Okay, fine.

22             THE COURT:  -- agents ran over his Constitutional

23   rights, they did not and we've already been down that road

24   before.

25             MR. TUNG:  No, that was not my intention here.

SIDEBAR CONFERENCE

1      THE COURT:  Okay.

2      MS. ARFA:  Your Honor, to be clear, I understood

3  Mr. Tung to be saying he wanted to ask questions about the

4  likelihood that it's a truthful answer because of the absence

5  of an attorney which I think is beyond the scope of this

6  witness' --

7      THE COURT:  Well, right, you can't opine about that,

8  you just want make that argument --

9      THE COURT REPORTER:  Sir, please.

10      THE COURT:  Yes, please, everyone has to contain

11  themselves.

12      You can make that argument later but you can't ask

13  the witness that question, isn't it true that people are more

14  truthful when a lawyer is not present.  You can make that

15  argument later and, quite honestly, you asked the question and

16  established already that no lawyer was present.

17      Again, I just don't want you to mislead the jury in

18  to thinking somehow he wasn't offered even though his right to

19  an attorney was not honored, which it was --

20      MR. TUNG:  Understood.

21      THE COURT:  -- so if anything I want you to -- you

22  can ask, did he waive his right to an attorney and so no

23  attorney was present.  That's the only question I want you to

24  ask, but don't ask are people more truthful when no lawyer is

25  present.  That's your argument if you want to make it.

811

SIDEBAR CONFERENCE

1          MR. TUNG:  All right.

2          THE COURT:  Okay?  All right.

3          (End of sidebar conference.)

4          (Continued on the next page.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

THOMAS - CROSS - MR. TUNG

1              (In open court.)

2    BY MR. TUNG:

3    Q    Sir, you just testified that Mr. Zhu waived -- withdrawn.

4    Sir, you just testified that Mr. Zhu was given an opportunity

5    to obtain his attorney of his choice, right?

6    A    We advised Mr. Zhu of his rights.

7    Q    And he waived his right to have an attorney before he

8    talks to you, right?

9    A    He signed in the form which waived his rights to allow us

10   to conduct the interview.

11   Q    So the answers that he was -- the answers he gave to the

12   FBI agents at the time of the interview was not directed or

13   coached by any attorneys?

14              MS. ARFA:  Objection.

15              THE COURT:  Sustained.  Sustained.

16              Beyond the scope of this witness' knowledge.

17   Q    So the answers Mr. Zhu gave to the FBI agents was not

18   consulted to an attorney --

19              MS. ARFA:  Objection.

20              THE COURT:  Sustained.

21   Q    -- even though he had the right --

22              THE COURT:  Sustained.  Mr. Tung, we had this

23   discussion.  I think you've gotten what you want and let's

24   move on.

25              MR. TUNG:  Okay.  I have no further questions.

THOMAS - REDIRECT - MS. ARFA

1    THE COURT:  Thank you.  Any redirect?

2    MS. ARFA:  Yes, your Honor.

3    THE COURT:  Go right ahead.

4    All right, Ms. Afra, go ahead.

5    REDIRECT EXAMINATION

6    BY MS. ARFA:

7    Q    May we show the witness only what has previously been

8    marked as GX703B.

9    Do you recognize this?

10   A    Yes.

11   Q    What is it?

12   A    This is our standard Miranda form in the Mandarin

13   language for which we provided to Mr. Zhu prior to conducting

14   the interview, which advises him of his rights.  After which

15   he signed waiving those rights in witness of myself and

16   Special Agent Bruno.

17   Q    To the extent much of the document is in Chinese, how do

18   you recognize what it is?

19   A    This is our standard form -- thank you for the zoom --

20   FD3954A, which is our standard advice of right form that we

21   utilize for the FBI.  This version is the Chinese simplified

22   character version which we provided to Mr. Zhu.

23   MS. ARFA:  Would you scroll down please.

24   Q    Do you recognize those signatures?

25   A    I do.

THOMAS – REDIRECT – MS. ARFA

1  Q    What do you recognize?

2            THE COURT:  Did you sign it?

3            THE WITNESS:  Yes, your Honor.

4            THE COURT:  Go on.

5  Q    Is this a true and accurate copy of the signed waiver of

6  rights form?

7  A    Yes.

8            MS. ARFA:  The government offers GX703B into

9  evidence.

10            THE COURT:  Mr. Tung, any objection?

11            MR. TUNG:  No objection.

12            THE COURT:  It is admitted.  It's 703B.

13            (Government Exhibit 703B, was received in evidence.)

14            MS. ARFA:  May we publish to the jury please?

15            THE COURT:  You may.

16            (Exhibit published.)

17            MS. ARFA:  I'd ask that you, Ms. McMahon, please

18  call out the signatures on the bottom.

19            (Exhibit published.)

20            MS. ARFA:  No further questions.

21            THE COURT:  Thank you, Ms. Afra.

22            Any recross, Mr. Tung, based on that very limited

23  redirect?

24            MR. TUNG:  No, your Honor.

25            THE COURT:  Thank you.  You may step down.  Thank

PROCEEDINGS

1   you very much, Agent.

2              (The witness was excused.)

3              THE COURT:  Call your next witness government.

4              MS. CHEN:  Your Honor, the government calls Eungee

5   Hwang.

6              THE COURT:  Let's take our break now.  I lost track

7   of time, so be ready to go again at 10 of four everyone.

8              THE COURTROOM DEPUTY:  All rise.

9              (Jury exits courtroom.)

10             THE COURT:  Folks you have 15 minutes, 10 of four,

11  be ready to go again.

12             (Recess.)

13             MS. CHEN:  Do you want us to bring in the witness?

14             THE COURT:  Yes, thank you.

15             THE COURTROOM DEPUTY:  All rise.

16             (Jury enters courtroom.)

17             THE COURT:  Please be seated everyone.  The

18  government, call your next witness.

19             MS. CHEN:  Your Honor, the government calls Eungee

20  Hwang.

21             (The witness takes the stand.)

22             THE COURT:  Ms. Hwang, if you rise for a minute

23  we'll swear you in.

24             (Continued on next page.)

25

1    **EUNGEE HWANG,** called as a witness, having been first duly

2    sworn/affirmed, was examined and testified as follows:

3                THE WITNESS:  I do.

4                THE COURTROOM DEPUTY:  Thank you.  Have a seat.  The

5    microphone moves, as you know, close to you.

6                Please state and spell your name for the record.

7                THE WITNESS:  My name is Eungee Hwang.  E-U-N-G-E-E

8    H-W-A-N-G.

9                THE COURT:  You may inquire, Ms. Chen.

10                MS. CHEN:  Thank you, your Honor.

11   DIRECT EXAMINATION

12   BY MS. CHEN:

13   Q    Good afternoon, Ms. Hwang.

14   A    Good afternoon.

15   Q    By whom are you employed?

16   A    The New York County District Attorney's Office.

17   Q    Is that district different than the U.S. Attorney's

18   Office?

19   A    It is different.

20   Q    What is your role and title?

21   A    I'm an intelligence analyst currently assigned to the

22   U.S. Attorney's Office here at the Eastern District.

23   Q    You're employed by the New York County District

24   Attorney's Office; is that right?

25   A    That's correct.

817

HWANG - DIRECT - MS. CHEN

1   Q    But you're assigned here?

2   A    Yes.

3   Q    Can you explain to the jury how that works.

4   A    My position is funded by the New York/New Jersey HIDTA,

5   H-I-D-T-A, which stands for the High Intensity Drug

6   Trafficking Area.  And so the New York County District

7   Attorney's Office is the fiduciary for the New York/New Jersey

8   HIDTA.

9   Q    When you did start working in your current role?

10  A    In October of 2022.

11  Q    What are some of your responsibilities in this position?

12  A    Generally as an analyst I assist the assistant U.S.

13  Attorneys with cases and investigations, specifically

14  pertaining the review and analysis of digital evidence.

15  Q    Prior to working in your current position, what did you

16  do?

17  A    I was a senior intelligence analyst at Kings County

18  District Attorney's Office.

19  Q    Does Kings County cover Brooklyn?

20  A    Yes.

21  Q    What were your responsibilities there?

22  A    In a similar analyst role, I assisted the units and

23  bureaus within the trial division and so I assisted the

24  assistant district attorneys and case detectives with cases

25  through the investigations, grand jury and trial stages also

HWANG — DIRECT — MS. CHEN

1   pertaining to the review and analysis of digital evidence.

2   Q    How long were you in that position for?

3   A    Approximately four and a half years.

4   Q    How many phone records would you say you've reviewed

5   before?

6   A    I would say over a hundred from all the major phone

7   providers.

8   Q    Were you involved in the investigation of this case?

9   A    To a limited extent, yes.

10  Q    Beyond the review the phone records, were you involved in

11  the investigation of this case?

12  A    I was not.

13  Q    Did you read the indictment in this case?

14  A    I did not.

15  Q    Are you aware of what the defendants are charged with in

16  this case?

17  A    No, I'm not.

18  Q    Prior to trial, did you review what has been marked for

19  identification as Government's Exhibit 306, 308, 310A, and

20  314?

21  A    I did.

22  Q    Were these phone records received from phone service

23  providers?

24  A    They are.

25  Q    Do you recall which providers?

HWANG – DIRECT – MS. CHEN

1   A    From Verizon, Sprint, Sprint/T-Mobile and T-Mobile.

2   Q    Was there records from AT&T as well?

3   A    There was.

4        MS. CHEN:  May we publish what has been admitted as

5   Government Exhibit 201.  This is a stipulation.

6        THE COURT:  You may.

7        (Exhibit published.)

8        MS. CHEN:  If we could go to page 2, paragraph 6.

9   I'm just going to read from this paragraph.

10       Government Exhibit 306 consists of true and accurate

11  copies of telephone records obtained from AT&T Corporation,

12  which records include toll records relating to cellular

13  telephone assigned number (646)529-4233.

14       If we could go to paragraph 8.  Paragraph eight

15  reads:

16       Government Exhibit 308 consists of true and accurate

17  copies of telephone records obtained from AT&T Corporation,

18  which records include toll records relating to a cellular

19  telephone assigned number 86 13886092011, which were produced

20  by AT&T Corporation.

21       If we could go now to the paragraph 10 which spans

22  page two and three.

23       Paragraph 10 reads:

24       Government Exhibit 310 consists of true and accurate

25  copies of telephone records obtained from T-Mobile U.S. Inc.

HWANG – DIRECT – MS. CHEN

1  including records produced on behalf of the entity formerly

2  known as Sprint, which records include toll records relating

3  to a cellular telephone number assigned number (347) 854-3118.

4  Q   Ms. Hwang, is Government Exhibit 310 an archive Sprint

5  record that is included in Government Exhibit -- I'm sorry is

6  Government Exhibit 310A an archive Sprint record that is

7  included in Government Exhibit 310?

8  A   Yes.

9       MS. CHEN:  And if we can go now to page 3

10  paragraph 14 of this document.

11       Paragraph 14 reads:

12       Government Exhibit 314 consists of true and accurate

13  copies of telephone records obtained from Verizon Wireless,

14  which records include billing statements relating to a

15  cellular telephone assigned number (914)450-9169.

16       At this point the government moves to admit

17  Government Exhibits 306, 308, 310A, and 314.

18       MR. LUSTBERG:  No objection.

19       MS. WONG:  No objection.

20       MR. TUNG:  No objection.

21       THE COURT:  Admitted.  You may publish any or all of

22  those.

23       (Government Exhibits 306, 308, 310A, and 314, were

24  received in evidence.)

25       MS. CHEN:  I'm actually not going to publish them

HWANG – DIRECT – MS. CHEN

1   yet, your Honor.

2              THE COURT:  All right.

3   Q    Ms. Hwang, did you create a chart depicting certain phone

4   data pertaining to the phone records we just discussed?

5   A    Yes.

6   Q    Do you have experience creating such charts?

7   A    I do.

8   Q    Approximately how many times have you done this in your

9   work as an analyst?

10  A    In different contexts regarding just the analysis and

11  either in versions of summary or interpreting them, I would

12  say like close to about 50 times.

13  Q    Did you receive any training to do this?

14  A    I did.

15  Q    Can you briefly describe that training?

16  A    I complete two separate trainings with ZX, which is now a

17  part of the LexisNexis Risk Solutions.  So it was just a broad

18  overview training when it comes to geolocation data as well as

19  phone records and both of them were 40 hours of training each.

20  I also completed a cellular records analysis training with the

21  National White Collar Crime Center.

22  Q    And the analysis that you've just been describing, is

23  that what you did here for certain phone data?

24  A    Yes.

25  Q    And just to be clear, did you personally seize or obtain

HWANG – DIRECT – MS. CHEN

1   any of the phone evidence in this case?

2   A    I did not.

3            MS. CHEN:  Your Honor, may I publish just for the

4   witness and counsel what has been premarked for identification

5   as Government Exhibit 316?

6            THE COURT:  You may.

7   BY MS. CHEN:

8   Q    Ms. Hwang, do you recognize this exhibit?

9   A    I do.

10  Q    What is it?

11  A    This is one of the summary charts that I created.

12  Q    Is this summary chart that you created based on the

13  records that were just moved into evidence?

14  A    Yes.

15  Q    Specifically, Government Exhibits 306, 308, 310A, and

16  314?

17  A    Yes.

18  Q    Does Government Exhibit 316 fairly and accurately

19  summarize the information included in the exhibits I just

20  listed?

21  A    Yes.

22           MS. CHEN:  Your Honor, at this point the government

23  offers Government Exhibit 316 into evidence.

24           MR. LUSTBERG:  No objection.

25           MS. WONG:  No objection.

HWANG – DIRECT – MS. CHEN

1    MR. TUNG:  No objection.

2    THE COURT:  Admitted.  You can publish this.

3    MS. CHEN:  Thank you, your Honor.

4    (Government Exhibit 316, was received in evidence.)

5    (Exhibit published.)

6    Q    Ms. Hwang, can you briefly describe at a high level what

7    this exhibit shows?

8    A    So this is one of the summary charts I created with the

9    focus on phone calls from the period of September 1st of 2016

10   through December 31st of 2016, and the records came in

11   different formats.  So some came in an archived record format,

12   a PDF, some came in AN Excel format.  They came in different

13   time zones and so the purpose of the summary chart is to

14   filter down the phone calls within a specific period and to

15   convert all the times, if needed, to be converted to convert

16   those date and times into Eastern Time and to be able to

17   review the phone calls with the phone numbers of interest in a

18   seamless format.

19   MS. CHEN:  Sorry, Ms. Hwang if you don't mind

20   pulling your microphone a little bit closer.  Thank you.

21   Q    To be clear does this chart reflect only phone calls as

22   to other types of phone communications?

23   A    Correct, only phone calls.

24   Q    Would any communications that were sent or made via an

25   application be reflected on this chart?

HWANG - DIRECT - MS. CHEN

1   A     No, it does not.

2   Q     Why is that?

3   A     So in the phone records that we would obtain from the

4   service providers that would only include either calls or SMS

5   messages that went through being sourced from the carrier's

6   cellular networks.  So your third-party applications such as

7   your Facebook messenger conversations or WhatsApp

8   conversations, or messages or calls that took place on those

9   applications wouldn't be reflected in your toll or call detail

10  records.

11  Q     Do you see a box in the upper left-hand corner with two

12  columns, Party Name and Phone Number?

13  A     I do.

14  Q     Can you explain to the jury what that box shows?

15  A     So this is a sort of a key for party names and their

16  associated phone numbers as well as their respective colors.

17  And so all of the names and the phone numbers that you see are

18  the names and phone numbers that we'll see throughout this

19  specific summary chart as well as the consistent colors that

20  were assigned to the key you'll see them in this summary chart

21  as well.

22  Q     And to be clear, did you choose which phone numbers to

23  focus on?

24  A     No, I was provided the phone numbers.

25        MS. CHEN:  If could you take that down exhibit for a

HWANG – DIRECT – MS. CHEN

1    moment.

2          May I publish just for the witness and counsel

3    what's been premarked for identification as Government

4    Exhibit 315?

5          THE COURT:  All right.

6    Q    Do you recognize this exhibit?

7    A    I do.

8    Q    What is this exhibit?

9    A    This is a more zoomed in, focused on just that same exact

10   key that we saw in the summary chart.

11   Q    Did you -- I'm sorry if I missed it, did you create this

12   exhibit?

13   A    I did.

14   Q    And in doing so did you rely on Government Exhibits 431B,

15   431H, 431M, 802, 803, 814, 815, 816, 902C, 906, 2027, 3094,

16   3100, 3101, which was premarked for identification, but not

17   yet admitted, and 4007?

18   A    I did.

19          MS. CHEN:  Your Honor, at this point the government

20   moves to admit Government Exhibit 315.

21          MR. LUSTBERG:  No objection.

22          MS. WONG:  No objection.

23          MR. TUNG:  No objection.

24          THE COURT:  Admitted.  You may publish.

25          (Government Exhibit 315, was received in evidence.)

HWANG – DIRECT – MS. CHEN

1        MS. CHEN:  Thank you, your Honor.

2        (Exhibit published.)

3   Q    Ms. Hwang, can you briefly describe what is in this

4   exhibit?

5   A    This is the same exact key that we had just previously

6   seen in the summary chart just more zoomed in and focused.

7   And we see in the first column the party names and so those

8   are the names that are associated with the phone numbers that

9   we see on the right-hand column.

10  Q    Ms. Hwang, do you have an understanding as to what these

11  particular names mean?

12  A    No.

13       MS. CHEN:  If we can go through just a couple of

14  other exhibits.

15       Ms. McMahon, can we publish Government Exhibit 3094?

16       THE COURTROOM DEPUTY:  Previously admitted?

17       MS. CHEN:  Yes, I believe so.

18       (Exhibit published.)

19       MS. CHEN:  Can we zoom in there on the signature

20  block of the sender of the email.

21  Q    Ms. Hwang, what does the first line say?

22  A    Eric Gallowitz.

23  Q    Is there a phone number you see in the fifth line?

24  A    I do.

25  Q    What is that phone number?

HWANG – DIRECT – MS. CHEN

1    A    It is (914)588-4768.

2          MS. CHEN:  If we can publish what is in evidence as

3    Government Exhibit 431B and the first page please.  If we

4    could just highlight the upper left-hand box.

5    Q    Do you see the name provided there, Ms. Hwang?

6    A    I do.

7    Q    What is the name?

8    A    It says Hu Ji.

9    Q    Turning to page 3 of this same document, we can just zoom

10   in on the top left box starting with home address.

11         Ms. Hwang, do you see a primary phone number listed

12   there?

13   A    I do.

14   Q    Can you read that please?

15   A    It says 008613006363506.

16         MS. CHEN:  If we could go now to Government

17   Exhibit 803, the first page.  If we can zoom in on the first

18   row, please.

19   Q    What is the name listed in the second column?

20   A    Hu Ji.

21   Q    Can you read the first two lines of the value for source

22   file?

23   A    Johnny's iPhone.

24   Q    In the fourth column under the word "phone" is there a

25   number listed there?

HWANG – DIRECT – MS. CHEN

1    A    There is.

2    Q    What is that phone number?

3    A    It is 8613006363506.

4              (Continued on the next page.)

HWANG – DIRECT – MS. CHEN

1           MS. CHEN:  If we can now publish Government

2   Exhibit 902C, which is in evidence.  Specifically pages 5 and

3   6.  And the bottom of page 5, the top of page 6.

4           (Exhibit published.)

5   DIRECT EXAMINATION (Continued)

6   BY MS. CHEN:

7   Q    Do you see a name listed there in the top column?

8   A    I do.

9   Q    What is that name?

10  A    Hu Yi.

11  Q    And what -- do you see a number listed in the bottom call

12  up all the way towards the right?

13  A    I do.

14  Q    And can you read that number, please?

15  A    It is 861388092011.

16  Q    And do you see right above where I drew a line, it's

17  about eight lines down, on the bottom call up towards the left

18  a value starting with ZY?

19  A    Yes.

20  Q    Can you read that line and what is on the next line,

21  please?

22  A    ZYZY996@sina, S-I-N-A,.com-222567.

23          MS. CHEN:  If would we now publish what is in

24  evidence as Government Exhibit 906, specifically rows 94 and

25  95.

HWANG – DIRECT – MS. CHEN

1             (Exhibit published.)

2    Q    Do you see values for 95 in the columns first name, last

3    name?

4    A    I do.

5    Q    And can you read what that name is?

6    A    First name Lina, L-I-N-A.  Last name Xu.

7    Q    Xu's spelled X-U?

8    A    Yes.

9             MS. CHEN:  If we can scroll to the right.

10   Q    Do you see columns with area underscore CD, and phone

11   underscore NR?

12   A    I do.

13   Q    Can you read what those values are for row 95?

14   A    The area CD says 646.  The phone NR is 9615658.

15            MS. CHEN:  And now may we publish what is in

16   evidence.  This is stipulation Government Exhibit 201.

17   Specifically page 7 at paragraph 28.

18            (Exhibit published.)

19            MS. CHEN:  I'm just going to read a portion of this

20   paragraph.  The first sentence reads:

21            Government Exhibit 3001 consists of true and

22   accurate copies of records obtained from GoDaddy LLC, which

23   include emails subscriber information and other records

24   associated with the email account

25   mike@mcmahoninvestigativegroup.com.

HWANG – DIRECT – MS. CHEN

1  Q    And this one is Government Exhibit 3101, a subpart of

2  Government Exhibit 3001.

3  A    It is.

4       MS. CHEN:  Your Honor, the government moves to admit

5  Government Exhibit 3101.

6       MR. LUSTBERG:  3101?

7       MS. CHEN:  3101.

8       MR. LUSTBERG:  No objection.

9       MS. WONG:  No objection.

10      MR. TUNG:  No objection.

11      THE COURT:  Okay, admitted.

12      That was the only one in your summary document that

13  hadn't been admitted yet?

14      MS. CHEN:  That's right, Your Honor.

15      THE COURT:  Okay.

16      MS. CHEN:  And may we please publish it?

17      THE COURT:  Yes, you may.

18      (Government Exhibit 3101, was received in evidence.)

19      (Exhibit published.)

20  Q    Do you see a value in the "from" row, Ms. Hwang?

21  A    I do.

22  Q    Can you read the name in that row?

23  A    Michael Kelly.

24  Q    Okay.

25      MS. CHEN:  Can we go to the next page, please.

HWANG – DIRECT – MS. CHEN

1              And highlight and call out the top header.

2    Q    And do you see a phone number associated –– or a phone

3    number listed in this header?

4    A    I do.

5    Q    Can you read that, please?

6    A    (516)666-0445.

7              MS. CHEN:  May we now publish what is in evidence as

8    Government Exhibit 815.  Specifically page 2 row 9.

9              (Exhibit published.)

10   Q    And do you see a name there, Ms. Hwang?

11   A    I do.

12   Q    And what is that name?

13   A    McMahon Michael.

14   Q    Do you see a value that says "account"?

15   A    I do.

16   Q    What is listed under account?

17   A    Johnny.

18   Q    And do you see a value named "source file"?

19   A    I do.

20   Q    What is the first thing listed in source file?

21   A    Johnny's iPhone.

22   Q    And do you see all the way on the right-hand column a

23   number listed under phone?

24   A    I do.

25   Q    Can you read that number, please?

HWANG – DIRECT – MS. CHEN

1    A     1(914)450-9169.

2            MS. CHEN:  Can we publish Government Exhibit 431M

3    which is in evidence.  Specifically the first page and calling

4    out near the photo.

5            (Exhibit published.)

6    Q     It do you see a surname and given name there?

7    A     I do.

8    Q     Can you read that, please?

9    A     Surname Sun.  Given name Hui.

10           THE COURT:  H-U-I.

11           MS. CHEN:  And if we can go to page 3 now.  Under

12   application data.

13           (Exhibit published.)

14   Q     And do you see the value telephone?

15   A     I do.

16   Q     And do you see first listed telephone with parentheses

17   "home" next to?

18   A     I do.

19   Q     Can you read that number?

20   A     313907167861.

21           MS. CHEN:  Ms. Hwang -- I'm sorry, can I publish now

22   what is in evidence as Government Exhibit 815 at page 30.

23   More specifically, row 17.

24           (Exhibit published.)

25   Q     Do you see a name there, Ms. Hwang?

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

HWANG – DIRECT – MS. CHEN

1    A    I do.

2    Q    Can you read that name?

3    A    Tu Lyka.

4    Q    And are you familiar a company named Lyka Mobile?

5    A    Yes, I am.

6    Q    What is Lyka Mobile?

7    A    Lyka Mobile is like your smaller phone carrier.  And so

8    sometimes the smaller phone carriers also fall under --

9            (Court reporter interrupts for clarification.)

10           THE COURT:  A folder end use, is that what you said?

11   A    Yes.

12           End use, the cellular networks of the major service

13   providers.  And so Lyka Mobile would be like the cellular

14   network of T-Mobile.

15   Q    And, again, if you could read the first two words after

16   source file?

17   A    Johnny's iPhone.

18   Q    And all the way towards the right, under the word phone,

19   do you see a number?

20   A    I do.

21   Q    And what is that phone number?

22   A    1(917)348-9230.

23           MS. CHEN:  Can we go now and publish what is in

24   evidence as Government Exhibit 431H, at page 1.

25           (Exhibit published.)

HWANG – DIRECT – MS. CHEN

1  Q    Ms. Hwang, do you see where it says "name provided"

2  towards the top of this call up?

3  A    I do.

4  Q    Can you read that name?

5  A    Xiao Jun.

6  Q    Is that spelled X-I-A-O, J-U-N?

7  A    Yes.

8         MS. CHEN:  Okay.  And if we can go to page 3 of the

9  same exhibit.  And call up words the box that starts with

10 "home address".

11        (Exhibit published.)

12 Q    Do you see where it states primary phone number?

13 A    I do.

14 Q    Can you read that into evidence, please?

15 A    1(390)712-2266.

16        MS. CHEN:  If we can publish what is in evidence as

17 Government Exhibit 816, at page 1, and just call out that

18 first row.

19        (Exhibit published.)

20 Q    And, again, do you see where it says "account" here all

21 the way in the second column?

22 A    Yes.

23 Q    What's the value after the word "account"?

24 A    Endless Johnny.

25 Q    And under the word source file, do you see that?

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

HWANG – DIRECT – MS. CHEN

1   A    I do.

2   Q    And what are the first two words after that?

3   A    Johnny's iPhone.

4   Q    Now in the fourth column labeled "entries" going down, do

5   you see the word "phone"?

6   A    I do.

7   Q    What is the number listed under that?

8   A    1(390)712-2266.

9   Q    And now going all the way towards the right, the column

10  that starts with "notes".

11          Do you see that?

12  A    I do.

13  Q    And what is listed under that?

14  A    Alias.  Xiao Jun, X-I-A-O, J-U-N.

15          MS. CHEN:  If we can publish now what is in evidence

16  as Government Exhibit 4007, at page 1, please.

17          (Exhibit published.)

18  Q    Ms. Hwang, do you see a number at the top of this

19  exhibit?

20  A    I do.

21  Q    Can you please read that?

22  A    1(347)854-3118.

23  Q    And now going towards the bottom of the same page, do you

24  see a gray box starting with "Hi, Mike"?

25  A    I do.

837

                    HWANG – DIRECT – MS. CHEN

1    Q    Can you read that gray box, please?

2    A    Hi, Mike.  This is Jason.  Please sent me your email

3    address.  Thank you.

4              MS. CHEN:  Okay, if we can publish what's in

5    evidence as Government Exhibit 814.  Specifically row 1,

6    please.

7              (Exhibit published.)

8    Q    Do you see where it says "source file" all the way

9    towards the right-hand column?

10   A    I do.

11   Q    Can you read the two words after that?

12   A    Johnny's iPhone.

13             MS. CHEN:  If we can zoom out from this, please.  If

14   we can scroll down a bit.

15   Q    In the third column over, do you see where it says

16   "phone"?

17   A    I do.

18   Q    Okay.  Can you read that number, please?

19   A    1(917)348-5950.

20   Q    And in the column to the left, do you see where it says

21   "account name"?

22   A    I do.

23   Q    And what does that read?

24   A    It reads Johnny, colon --

25             THE COURT:  Right parenthetical?

                    *LINDA D. DANELCZYK, RPR, CSR, CCR*
                         *Official Court Reporter*

HWANG – DIRECT – MS. CHEN

1           THE WITNESS:  Yes.

2           THE COURT:  A smile emoji, is that what you were

3    going to say?

4    Q    And right above that, do you see where it says "user

5    name"?

6    A    I do.

7    Q    What is that name?

8    A    Endless Johnny.

9           MS. CHEN:  Okay.  If we can go now and publish what

10   is in evidence as Government Exhibit 2027.

11          Call up the top portion of this exhibit.

12   Q    Do you see where it says "log-in name" at the top here?

13   A    I do.

14   Q    What does that read?

15   A    Ex Johnny Z.

16   Q    And all the way towards the bottom, do you see where it

17   says full name?

18   A    I do.

19   Q    And what does that read?

20   A    Johnny Zhu.

21   Q    And next to the word "channels", do you see a phone

22   number?

23   A    Yes.

24   Q    Can you please read that number?

25   A    1(347)618-9003.

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

HWANG – DIRECT – MS. CHEN

1          MS. CHEN:  Okay.  And finally, may we publish what

2     is Government Exhibit 802, which is in evidence.

3          (Exhibit published.)

4     Q     And, Ms. Hwang, do you see where says "name" there in the

5     second column?

6     A     I do.

7     Q     Can you read that, please?

8     A     Feng Zhu.

9     Q     And can you read what's after the word "source file"?

10    A     Johnny's iPhone.

11    Q     And again under the word "phone" in the fourth column,

12    can you please read that number?

13    A     (347)574-3871.

14         MS. CHEN:  Okay.  Can you put back up what's in

15    evidence as Government Exhibit 316, please.

16         If we can zoom in to upper right-hand box where it

17    says "key".  Okay.

18         (Exhibit published.)

19    Q     Ms. Hwang, can you explain what this box shows?

20    A     This is another key in helping to understand the summary

21    chart.  And so CF stands call forwarding.  CW stands for call

22    waiting.  And VM stands for voice mail.

23         And so you'll see in parentheses there's CF, CW or

24    VM under the rows within the call-in label direction.

25         MS. CHEN:  And if we can just highlight the first

840

HWANG – DIRECT – MS. CHEN

1   two rows of the main chart.

2             (Exhibit published.)

3   Q    And, Ms. Hwang, can you explain for the jury what each of

4   these rows means?  I'm sorry, what each of these column means?

5   A    So starting from the left, the date and time received is

6   the date and time associated with that specific call.

7             The duration is eight minutes, ten seconds.  So

8   first is the call.  The duration was 23 minutes.  And the

9   party name is McMahon.  The phone number with this call is the

10  phone number ending in 9169.

11            This was an outgoing call from the phone number

12  ending in 9169 to the phone number ending in 4768 associated

13  with Gallowitz.

14  Q    And to be clear, the time in the second column, what is

15  the time known reflected there?

16  A    This would be local time, Eastern Time.

17  Q    And when we see the columns "party name" and "party

18  number," is that the source of the phone data that's reflected

19  in this chart?

20  A    It is.

21  Q    I'm sorry, I didn't hear you.

22  A    It is.

23            MS. CHEN:  Okay.  Okay, can we go to page 2 now.

24  Q    Ms. Hwang, do you see a call made on October 6, 2016 made

25  at approximately 2:11?

HWANG – DIRECT – MS. CHEN

1   A    I do.

2   Q    Do you see in the time that has couple more numbers then

3   other values in that column?

4   A    Yes.

5   Q    Can you explain why that is?

6   A    Call communications sourced from the archived records.

7            Archived records are essentially like what you would

8   see in your own phone bill, the call record represented there.

9   And so the information is a little more limited then what you

10  would see on a call detail record from the provider.

11           And so for the archived record, for the date and

12  time, all that was noted at the hour and the minutes versus if

13  the call is sourced from the call detail record you can see

14  the hour, minute and second of the call.

15           MS. CHEN:  If we can go back to page 1 of this

16  document, please.

17  Q    Do you see a phone call reflected there occurring on

18  September 24th, 2016 at approximately 11:02 a.m.?

19  A    I do.

20  Q    Can you explain what is reflected on this chart

21  concerning that call?

22  A    This call happened on September 24th at 2016 at

23  11:02 a.m.  The phone number associated with McMahon received

24  an incoming call from a phone number associated with Lina Xu.

25  And the duration of that call was five minutes.

HWANG — DIRECT — MS. CHEN

1          MS. CHEN:  May we publish what is admitted in

2     evidence as Government Exhibit 4004, please.  If we can zoom

3     in to the top half of this exhibit or this page, rather.

4     Q     Do you see a phone number after the word "to"?

5     A     I do.

6     Q     What is that phone number?

7     A     1(646)961-5658.

8     Q     And do you see a date and time right under the words

9     "iMessage"?

10    A     I do.

11    Q     What is that date and time?

12    A     September 24th, 2016, 11:07 a.m.

13    Q     Is that approximately five minutes after the call we were

14    just speaking of?

15    A     Yes.

16          MS. CHEN:  If we can go back now to Exhibit 316,

17    again, the first page.

18          THE COURT:  I just want to interject for one second.

19    I think the record might be incorrect as to the year for the

20    initial testimony.

21          So it reads September 2015, I think it was '16.

22          I'm mostly directing it the court reporter.

23          MS. CHEN:  Understood, Your Honor.

24          THE COURT:  In the transcript it's incorrect.

25    That's why I want to fix it in the transcript.

HWANG – DIRECT – MS. CHEN

1        MS. CHEN:  Understood.

2        THE COURT:  I think you testified 2016 for both.

3        MS. CHEN:  That's right.

4   Q    Ms. Hwang, I want to direct your attention now to

5   October 5th, 2016 on this chart.

6        Can you explain what calls were made on October 5th,

7   2016, as reflected in this chart?

8   A    Both are outgoing calls.  The first call was October 5th

9   at 5:46 p.m. from phone number associated with McMahon to the

10  phone number associated with Gallowitz.

11       And the second call is from 9:56 p.m.  And it's also

12  an outgoing call to the phone number from the phone number

13  associated with McMahon to the phone number associated with

14  Gallowitz.

15  Q    And approximately how long are those calls?

16  A    The first call duration is 12 minutes.

17       And the second call duration is eight minutes.

18       MS. CHEN:  May we publish what's already admitted as

19  Government Exhibit 40019B at page 1, please.

20       If we can zoom in on the blue text box.  Thank you.

21       (Exhibit published.)

22  Q    And without reading the number, is there a name next to

23  the word "from" in that same row?

24  A    There is.

25  Q    And what is that name?

HWANG – DIRECT – MS. CHEN

1    A    Mike McMahon.

2    Q    And do you see the "to" right before the word "owner," is

3    there a name in front of that?

4    A    Yes.

5    Q    What is that name?

6    A    Eric Gallowitz.

7    Q    And beginning "TLO," can you read that sentence, please?

8    A    TLO says he wanted by INTERPOL.  Wow.  Two exclamation

9    points.

10   Q    Under the word "red," can you read the time and date

11   reflected there?

12   A    October 5th, 2016, 9:36:17 p.m.

13   Q    I'm sorry, you were reading from the bottom right of the

14   chat box; is that right?

15   A    Yes.

16        MS. CHEN:  Okay.  May we publish now what is in

17   evidence as Government Exhibit 4004.  Specifically page 10,

18   please.

19        (Exhibit published.)

20   Q    If we can zoom in –– you don't need to zoom in.

21        Can you read the date and time at the top?

22   A    October 5th, 2016, 9:39 p.m.

23   Q    And if you don't mind reading the white and blue, I'll

24   read the last in gray, okay?

25   A    The first message reads:  I just some checks on him.

HWANG - DIRECT - MS. CHEN

1    Looks like he's wanted in China for corruption.

2    Q    Okay.  Would you think it will be okay to share this

3    information with Mr. Zhu, question mark or should I not to

4    pass this inf, period, to him, period.

5    A    I'm sure he knows this but he didn't tell us.  I think he

6    should have.  He wanted wanted for corruption embezzlement and

7    taking bribes.  If you Google his name, you will see the photo

8    you send me.

9             The user sends for attachment.

10             And then the next message reads:  Top left.

11   Q    I see, period.

12             I think now I know what's going on with Jin, J-I-N,

13   Xu, X-U's, case, period.

14             MS. CHEN:  And can we go back now to Government

15   Exhibit 316, the first page, please.

16             If we can zoom in on the October 5th, 2016 phone

17   calls.

18   Q    Ms. Hwang, on October 5th, 2016, does the Michael McMahon

19   number calling Ms. Xu?

20   A    No.

21   Q    Does the Michael McMahon number on that day call Yong

22   Zhu?

23   A    No.

24             MS. CHEN:  Can we go down to page 2 of the same

25   exhibit.

846

HWANG – DIRECT – MS. CHEN

1   Q    And do you see a call there from October 24th, 2016 at

2   around 3:52 a.m.?

3   A    I do.

4   Q    And, Ms. Hwang, are there different time zones around the

5   world?

6   A    There are.

7   Q    Are you aware of whether there's a time zone difference

8   between Eastern Time and what is called China Standard Time?

9   A    Yes.

10  Q    And is that time zone difference approximately 12 hours?

11  A    It is.

12  Q    So when this call is converted from Eastern Time to China

13  Standard Time, what time is that call made?

14  A    It will be approximately 11 p.m. at night.

15  Q    I believe you're looking at the duration column.

16  A    Oh, sorry.  That will 5:23 p.m.

17  Q    Sorry, 3:52 p.m.?

18  A    Yes.

19  Q    What about the next column, that's October 25th, 2016 at

20  1:45 p.m.

21  A    That will be approximately 1:25 a.m.

22  Q    And for the -- do you see a value in the duration column

23  of that call?

24  A    I do.

25  Q    What's the duration of that call?

HWANG – DIRECT – MS. CHEN

1    A    The duration is zero minutes, ten seconds.

2    Q    And same for the October 26th call at 2:53 a.m., and we

3    see this call out.

4         What time would that be in China Standard Time?

5    A    That would be approximately 2:53 p.m.

6    Q    If we go to page 2 of this exhibit, do you see a call

7    made on October 26th, 2016 at around 9:42 p.m.?

8    A    I do.

9    Q    Can you briefly explain who this call is made to and from

10   and about how long it lasted?

11   A    This was an outgoing call with the phone number

12   associated with Hu Ji to the phone number associated with Yong

13   Zhu.  And the duration of the call is approximately five

14   minutes and 27 seconds.

15   Q    Can you calculate, based on that, approximately what time

16   this phone call would have ended?

17   A    Approximately 9:47, 9:48 p.m.

18        MS. CHEN:  If we can then go to the next phone call

19   that Yong Zhu makes.

20   Q    Do you see that, Ms. Hwang?

21   A    I do.

22   Q    When is that call made?

23   A    On the same day at 10:38 p.m.

24   Q    And who is that call directed towards?

25   A    This is an outgoing call from the number associated with

HWANG – DIRECT – MS. CHEN

1    Yong Zhu to the number associated with Lina Xu.

2    Q    And how long is that call?

3    A    One minute.

4          MS. CHEN:  If we can go to the next page.

5          Do you see an October 27th, 2016 call at

6    approximately 9:16 a.m. -- I'm sorry, 9:17 a.m.?

7    A    I do.

8    Q    And, again, who is this call from and who is it to?

9    A    It's an outgoing call from the phone number associated

10   with Yong Zhu to the number associated with Lina Xu.

11   Q    And, again, what time, approximately, was this made?

12   A    9:17 p.m.

13         MS. CHEN:  Can we publish what's been admitted as

14   Government Exhibit 4004 at page 16.

15   Q    Do you see the date and time at the top of this exhibit?

16   A    I do.

17   Q    And what is the time?

18   A    The daytime or just the time.

19   Q    Both.

20   A    October 27th, 2016, 9:35 a.m.

21   Q    Is that about 18 minutes after 9:17 a.m.?

22   A    Approximately, yes.

23   Q    Can you read what's in the gray box listed there?

24   A    Hi Mike.  Mr. Jason Zhu would like to go to your office

25   to discuss Jin Xu's case with you.  Can I have your office

849

HWANG – DIRECT – MS. CHEN

 1  address so I can pass it to Mr. Zhu.  Thank you.

 2          MS. CHEN:  And, again, going back now to

 3  Exhibit 316.  If we can go to page 6, October 27, 2016 at

 4  1:50.

 5  Q    Do you see a call there?

 6  A    I do.

 7  Q    And who is that call to and from?

 8  A    This an outgoing call from the number associated with

 9  Yong Zhu to the number associated with Lina Xu.

10          MS. CHEN:  And can we do this side by side with

11  Government Exhibit 4004, please.  Specifically page 17.

12          If we can call out the call we were just looking at,

13  Government Exhibit 316, October 27, 2016 at 1:50 p.m.

14          (Exhibit published.)

15  Q    And, Ms. Hwang, towards the top of the exhibit on the

16  right, which is 4004, do you see a phone number associated at

17  the top?

18  A    I do.

19  Q    Is that the phone number associated with Ms. Xu?

20  A    It's the same phone number.

21  Q    What's the date and time listed under that?

22  A    On the right?

23  Q    On the right?

24  A    October 27th, 2016, 1:55 p.m.

25  Q    Is that approximately five minutes after the call made by

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

HWANG – DIRECT – MS. CHEN

1  Yong Zhu to Lina Xu?

2  A    It is.

3  Q    And can you read just the first gray box in the exhibit

4  on the right?

5  A    I think at this point he can meet you anywhere as long as

6  you give him an address because he seems like he really need

7  to talk to you in person.

8  Q    And can you read the gray box before that beginning with

9  "Mr. Zhu"?

10  A    Mr. Zhu has just got back to me.  He wants to meet you

11  ASAP.  So he would like to know if you are free this

12  afternoon.  He can go to NJ.

13              (Continued on the following page.)

14

15

16

17

18

19

20

21

22

23

24

25

Hwang - Direct - Chen

1    (Continuing.)

2    BY MS. CHEN:

3    Q    And now if we could publish just Government Exhibit 316

4    on the left, still on page 3.  Do you see two calls there on

5    November 1, 2016, at 8:05 and 8:06 p.m.?

6    A    I do.

7    Q    Who are those calls to and from, and approximately how

8    long did they last each?

9    A    Both calls are between the same parties.  The first is an

10   outgoing call from a number associated with Hu Ji to the

11   number associated with Xiao Jun.  The second is an incoming

12   call.

13            MS. CHEN:  If we could publish side by side this

14   exhibit next to what's in evidence as Government Exhibit 4008,

15   at page 13.

16   Q    And can you read at the top what's under the circle with

17   the J in it?

18   A    Jin Xu.

19   Q    Is that J-I-N, X-U?

20   A    Yes.

21   Q    What is the date and time listed under that?

22   A    November 1, 2016, 2:06 p.m.

23   Q    And if you don't mind reading the left in gray, I'll read

24   the right in green.

25   A    Do you have time this afternoon?

Hwang – Direct – Chen

1    Q    Yes, what time?

2    A    As you like.  I have time the whole day.

3    Q    Okay.  Let's meet at my office 21 Main Street,

4    Hackensack, NJ.  You can park under the building.  Tell

5    security you're going to the third floor law office.  3:30

6    p.m. is a good time.

7    A    Okay.  I will arrive at 3:30.

8         MS. CHEN:  If we could call back out the November 1,

9    2016, 8:05 call.

10   Q    Is this the call made from the Hu Ji number to the Xiao

11   Jun number made on the same day as the text message in the

12   right exhibit that we just read?

13   A    Yes.

14        MS. CHEN:  If we could take down both these

15   exhibits.

16        May I publish for the witness and counsel only what

17   has been pre-marked for identification as Government

18   Exhibit 812-B.

19        THE COURT:  All right.

20        MS. CHEN:  If we could scroll to the second page,

21   please.

22   Q    Ms. Hwang, do you see this?

23   A    I do.

24   Q    Do you recognize what this document is?

25   A    I do.

Hwang - Direct - Chen

1    Q    What is it?

2    A    This is a translation of content sourced from WeChat.

3    Q    Is Government Exhibit 812-B that we're looking at a

4    translation extracted from a Chinese version of a phone

5    GX 801?

6    A    It is.

7    Q    Do you see in the third line, Participants?

8    A    I do.

9    Q    Who are the participants?

10    A    The exhibits are Endlessjohnny, Johnny Z, and

11    Chulaihunshehui.

12    Q    Why don't you spell that.

13    A    C-H-U-L-A-I-H-U-N-S-H-E-H-U-I.

14          MS. CHEN:  All one word.

15    A    Fate determines life or death.

16          MS. CHEN:  May I now publish for the witness and

17    counsel only what's been marked for identification as

18    Government Exhibit 812-C.

19    Q    Do you recognize this exhibit?

20    A    I do.

21    Q    What is this?

22    A    This is the same content that we saw in the previous

23    file, except it's presented in a conversation view.

24    Q    Does this exhibit show only a portion of the

25    communications in Government Exhibit 812-B?

Hwang - Direct - Chen

1    A    It does.

2    Q    Does it have translator notations removed?

3    A    It does.

4    Q    And is the timestamp in this exhibit different than that

5    in what we were just looking at in Government Exhibit 812-B?

6    A    It is different.

7    Q    How is it different?

8    A    The contents in the translated document are reflected in

9    UTC time, transferred to coordinated universal time.  So to

10   convert them to Eastern time, which is this time period of the

11   messages we're looking at, it would be UTC minus four.  So the

12   date and timestamps have been converted to Eastern time.

13   Q    And is Government Exhibit 812-C a fair and accurate

14   summary of the information included in Government

15   Exhibit 812-B?

16   A    It is.

17        MS. CHEN:  Your Honor the Government moves to admit

18   Government Exhibit 812-C.

19        MR. LUSTBERG:  No objection.

20        MS. WONG:  No objection.

21        MS. TUNG:  No objection.

22        THE COURT:  Admitted.

23        (Government Exhibit 812-C, was received in

24   evidence.)

25        THE COURT:  You may publish.

Hwang - Direct - Chen

1          (Exhibit published.)

2    Q    Ms. Hwang, can you explain to the jury what this exhibit

3    shows?

4    A    This is the content that was in the translated file.  So

5    it's presented in a conversation view, and you see the two

6    parties on the left and right-hand side of the screen.  And so

7    the messages or the blue boxes that we see on the right-hand

8    side are the outgoing messages from the user Johnny Z, and

9    then the messages in the gray box that we see on the left-hand

10   side are the outgoing messages from that party.

11   Q    If you don't mind reading in blue on the right, I'll read

12   in gray on the left.

13          Beginning with the top message, which is dated

14   March 30, 2017, at 10:18 a.m.

15          I am at work now.  Can't talk for very long.

16   A    Call me as soon as possible.  There is something.

17   Q    Been calling.  Not going through though.

18   A    What time will you get off work?

19   Q    Can you just pick up the phone?

20   A    Haven't received your call, exclamation point.

21   13971210147.  Chinese phone number.  Are you sure you dialed

22   the Chinese one?

23   Q    On that same day.

24          Yes.  Still not going through.

25   A    Give me your telephone number.  I will call you after I

Hwang – Direct – Chen

1   get home.  You stay up after work.

2   Q    Nonsense.

3   A    What?  To let you do something to make money.  The signal

4   is not good.  I will call you in two hours.

5   Q    Same day.

6        Okay, that's fine.  My phone 7182005568.

7   A    Okay.  I am on the high speed train now.  Will call you

8   after arriving in Wuhan in two hours.

9        The next day.

10       Call me when you are done with your business.

11  Q    I am a little bit busy now.  Talk to you later.

12       Same day.

13       Call you now?

14  A    Fine.  I will give you a call at 9 p.m. your time.

15       The following day.

16       Are you out of the bed?

17       Same day.

18       Briefly.  It is like this.  I will accompany some

19  government personnel to the United States for some business.

20  Need you to drive your own car to a house close to the Newark

21  Airport and stake out there for five days.  12 hours on the

22  first day, 10 hours on the second day, and 8 hours on the last

23  three days.  If you see anyone from the house, you need to

24  follow the car and find the address where the car will be

25  parked.  The compensation is 1800 USD.  If you locate the

Hwang - Direct - Chen

1   person on the first day, then there is no need to track

2   afterward.  The surveillance time is from 9 a.m. to 6 p.m.,

3   except for day one.  It is kind of like a private detective.

4   It is to find out where that family's car will be parked when

5   they go out.  The surveillance time is currently planned for

6   Friday.

7              Same day.

8              Respond to me as soon as possible.  Leave me a

9   message if there is any question.  I will arrive in New York

10  on Wednesday.

11  Q    I just woke.  I was too tired yesterday.  I went to bed

12  directly when I did not see you call me.

13             Next message appears to be attachment,

14  voip_content_voice.

15             And the next message writes:

16             Dial me via voice call when you see this.

17  A    On April 4th.

18             I am here 9173485950.  Jin Zi, Z-I, Jin Zi in place

19  too.  Let's meet after finishing this in the next few days.

20  Q    That same day.

21             Okay, okay.  Are you in New Jersey now?

22  A    Yes.  Been doing things already.  Will accompany Allen

23  tonight.  Coming back to get some clothes and have a quick

24  meet with you.

25  Q    Same day.

Hwang - Direct - Chen

1          Okay.  No problem.  Then in the hotel... there are

2     shampoo and body wash, right?

3     A    You only need to bring your toothbrush and toothpaste.

4     Q    Okay.  I am on the subway now and will be there in about

5     ten minutes.

6     A    Call me when you arrive.

7          MS. CHEN:  May I now publish just for the witness

8     and counsel what has been pre-marked for identification as

9     Government Exhibit 808-B.

10         THE COURT:  All right.

11         MS. CHEN:  If we could go to page 3 of this

12    document.

13    Q    Ms. Hwang, do you recognize this exhibit?

14    A    I do.

15    Q    And what is it?

16    A    This is another translated file of contents sourced from

17    WeChat.

18    Q    Is 808-B a translation of WeChat content extracted from

19    Government Exhibit 801?

20    A    It is.

21         MS. CHEN:  May I now publish, again just for the

22    witness and counsel, Government Exhibit 808-C.

23    Q    Do you recognize this exhibit?

24    A    I do.

25    Q    And what is this?

Hwang - Direct - Chen

1  A    This is the similar conversation view of the translated

2  content in 808-B.

3  Q    And is this just a portion of the communications in

4  808-B?

5  A    It is.

6  Q    And are translator notations removed?

7  A    It is.

8  Q    And again, is the time converted from UTC time to Eastern

9  time?

10  A    It is.

11  Q    And where an attachment is referenced, did you refer to

12  the underlying extraction to verify those attachments?

13  A    I did.

14          MS. CHEN:   Your Honor, the Government moves to

15  admit Exhibit 808-C.

16          MR. LUSTBERG:  No objection, Your Honor.

17          MS. WONG:  No objection.

18          MR. TUNG:  No objection.

19          THE COURT:  Admitted.

20          (Government Exhibit 808-C, was received in

21  evidence.)

22          THE COURT:  You may publish.

23          (Exhibit published.)

24  Q    Ms. Hwang, can you explain who these chat communications

25  appear to be to and from?

Hwang – Direct – Chen

1    A    The contents are between the participants Cameronli007,

2    Li Feng, as well as Endlessjohnny, Johnny Z.

3    Q    And do you see in this exhibit where there's kind of a

4    squiggly mark and then the word "audio"?

5    A    I do.

6    Q    Do you have an understanding as to what that is?

7    A    That is referencing the original extraction that appeared

8    to be an audio attachment.

9    Q    And do you see text underneath it with the word "audio,"

10   colon?

11   A    I do.

12   Q    And do you have an understanding as to what that text is?

13   A    That is the translated audio.

14   Q    Again, if you don't mind reading in blue, I'll read in

15   gray.

16   A    Starting on March 31, 2017, at 4:58 a.m.:

17           You have added Li Feng as your WeChat contact.

18   Start charting.  Zhu Feng, and the user sends an emoji which

19   appears to be the okay hand sign.

20   Q    Have you prepared the questions?

21           There's an audio attachment with file name

22   5.aud.silk.  The audio reads, quote:  Tomorrow afternoon, I am

23   busy tomorrow afternoon, you just send the questions as soon

24   as possible so that I can get it done in the morning, end

25   quote.

Hwang - Direct - Chen

1    A    1:  What is your purpose to visit the United States?

2                Answer, quote:  To visit relatives, visit relatives.

3                On the same day.

4                2:  How long are you going to stay in the United

5    States?  Answer, quote:  Based on the returning flight, just

6    stay for a week.  As scheduled round trip, I will be staying

7    for a week.

8                3:  Where are you going to stay?

9                Answer, quote:  I am going to stay at my family

10   members' house.  I will stay in the house with my family.

11   Q    That's it?

12   A    4:  Who is coming to the airport to pick you up?  Answer,

13   quote:  The tour guide arranged by family members.  Tour guide

14   who is assigned by my family.

15               Same day.

16               There are more, wait a minute.

17               5:  Who is paying the expenses of your trip, food,

18   lodging, and entertainment?  Have you all decided how to beat

19   this question?  Answer.

20   Q    Self.

21   A    Okay.

22               Same day.

23               6:  What is the phone number of the person who is

24   going to pick you up and the number of your family member?

25   Answer:  Tour guide's phone number is 3475743871, and the

Hwang - Direct - Chen

1    family member's phone number is xxx.xxx.xxxx.

2            76:  Is there anyone traveling with you?  Answer,

3    quote:  My private doctor, my private doctor, with a typo of

4    D-O-C-O-T-O-R.

5            You can make changes by yourself.  N-O, number 7

6    will definitely be smelled.  Asked.

7    Q    Then on April 7, 2017, at 6:35 a.m., there appears to be

8    an attachment, a JPEG.  Under that writes:  Han version of

9    Justice Squad, brackets, clap, bracket, clap.

10   A    On same day.

11           Hello Li Feng.  Prosecutor Tu has boarded the plane.

12   She asked me to tell you to notify her driver that her flight

13   was changed and ask the driver to pick her up.  She asked you

14   to find the prosecute sun's phone number and say happy

15   birthday to sun for her.

16           The user sent a JPEG attachment and the following

17   message reads:  Cancelled.

18   Q    That same day.

19           What is her flight?

20   A    The Air China one.  Talk to the one who booked the

21   flight.  I don't know either.

22   Q    Got it.

23           If we could go back to page 4 of this exhibit.  Do

24   you see a phone number 3475743871 in the first text box?

25   A    I do.

863

Hwang - Direct - Chen

1    Q    And is that the phone number associated with Zhu Feng,

2    noted as Alternate 2 in the chart that you created at

3    Government Exhibit 315?

4    A    It's a pay phone number.

5            MS. CHEN:  May I please publish for the witness and

6    counsel only what's been premarked for identification as

7    Government Exhibit 807-B.

8            THE COURT:  Okay.

9            MS. CHEN:  Please go to page 2.

10   Q    Again, Ms. Hwang, what is this document?

11   A    This is also another translated document of content

12   sourced from WeChat.

13   Q    And who are the participants?

14   A    Can you zoom in on the top one?  Thank you.

15           The participants are Endlessjohnny, Johnny Z, and

16   Louallen, Allen Jin, J-I-N.

17   Q    And is this exhibit a translation of WeChat content

18   extracted from Government Exhibit 801?

19   A    It is.

20           MS. CHEN:  May I now publish for the witness and

21   counsel what's been pre-marked as Government Exhibit 807-F.

22   Q    Again, do you recognize this?

23   A    I do.

24   Q    What is it?

25   A    This is the same content that we see in the translated

Hwang – Direct – Chen

1    document presented against a conversation view.

2    Q    And like the other exhibits, is this a portion of the

3    communication in 807-B?

4    A    It is.

5    Q    And again, has the translator notation been removed and

6    has the time been converted from UTC to Eastern time?

7    A    It has.

8          MS. CHEN:  The Government offers Government

9    Exhibit 807-F in evidence?

10         MR. LUSTBERG:  No objection.

11         MS. WONG:  No objection.

12         MR. TUNG:  No objection.

13         THE COURT:  Admitted.

14         (Government Exhibit 807-F, was received in

15    evidence.)

16         THE COURT:  You may publish.

17         (Exhibit published.)

18   Q    And again, who are the participants in this

19   communication?

20   A    The participants are Blueallen, Allen Jin, and

21   Endlessjohnny, Johnny Z.

22   Q    And again, if you don't mind reading in blue and I'll

23   read in gray.

24   A    Starting on April 1, 2017, at 11:13 p.m.

25         Has Taotao, T-A-O-T-A-O, talked to you?

                      Hwang - Direct - Chen

1    Q    Uh-huh.  9293603467.  My new phone.

2              Then there's an attachment, voip_content_voice.

3              And that message reads, take the picture with cell

4    phone or camera?

5    A    The same day.

6              Cell phone is fine.  There's no need more license

7    plate under normal circumstances.

8    Q    Okay.

9    A    One 5527719956 is my number in China.  Call me at night

10   if you have anything unclear.  I will arrive in Shanghai by

11   plane in the afternoon.

12   Q    Okay.

13   A    The same day.

14             When you meet the team members at the airport, just

15   say you drive dispatched taxi before in the U.S., you are very

16   familiar with the routes and have plenty of time.  Your

17   relationship to me is a friend for many years.  Remember, do

18   not raise any question of the pay.  Do not ask them what they

19   come here for.  I will give you your money.  This thing is

20   carried out secretly.

21   Q    Okay.  Got it.  Just pretend not knowing anything.

22   A    Continuing same day.

23             Correct.  Just follow the instructions when working

24   for the Chinese Government.  It will be just fine by playing

25   dumb and not asking questions.  I will make the arrangement.

Hwang - Direct - Chen

1    Q    Okay.

2    A    My flight is UA086.

3    Q    What is the date in New York time?

4    A    Misspoken.  Should be UA087.

5         Continuing on the same day.

6         Arrives in Newark at 6 in the afternoon of the 3rd.

7    3rd, 6 p.m., your time.

8    Q    And there appears to be an audio file named 25.aud.silk.

9    That audio reads, quote:  Will it start on the day of the

10   airport pickup or not?

11        Then there's another audio attachment, 26.aud.silk.

12   That audio reads, quote:  What's the head count?  Is my car

13   big enough?

14   A    Continuing on the same day.

15        Not on that day.  Will start on the 5th in theory.

16   There will be two of us on the first day, the remaining

17   personnel will arrive one day after.  I will pick up the

18   people coming afterwards.

19   Q    How much is it to pick someone up at the airport?  For

20   free?

21   A    No money for picking up at the airport.  All is part of

22   the 1800 afterwards.

23   Q    Okay.

24   A    I will try my best to ask them to work more days so that

25   you will have more income.  Currently it is tentatively set

                          Hwang - Direct - Chen

1    for five days.

2    Q    That same day.

3         Oh, got it.

4    A    When you come, help me to buy two Ultra mobile cards and

5    ask someone to provide you an invoice with higher amount.

6    Q    Oh.  Got it.

7    A    Set up a plan of $30 per month for each card.  Need the

8    smallest nano sim card.

9    Q    What are the requirements?  Data, text, and phone calls.

10   Unlimited.  Does it need to be able to call China?

11   A    On the same day.

12        Correct.  $30 per month all included.  The card cost

13   $10 and the plan costs $30.  Two cards for $40, is that right?

14   Q    Never bought it before.  Go and ask.

15   A    Try to get an invoice of $100.  Wrong.  Two cards for

16   $80.  You can ask for an invoice of $160.  Bring the cards to

17   the airport.

18   Q    That same day, an audio attachment, 53.aud.silk.  The

19   audio reads, quote:  I understand.  Got it.  End quote.

20   A    There are many Ultra mobile agents in Flushing.

21   Q    There's another audio attachment 55.aud.silk, which

22   reads, quote:  Yes, I know those.  I got it.  End quote.

23   A    This way you get your fee for picking up.

24   Q    Then there's another audio attachment, 57.aud.silk which

25   reads, quote:  Yes, I am clear.  I got it.  End quote.

Hwang - Direct - Chen

1    A    On the same day.

2            I am flying to Shanghai soon.  Leave me a message if

3    there is any question.

4    Q    Another audio attachment, 59.aud.silk.  Quote:  I got it.

5    You can go.  End quote.

6            This is now on April 3, 2017, at 7:18 p.m.

7            Do I need to go inside to find you?

8            Then there's an attachment, voip_content_voice.

9            Then there appears to be a screenshot on that same

10   day, it appears to be the screenshot of a WeChat

11   communication.  Then there's another message in brackets,

12   Shared Location.

13           Then on April 4, 2017, at 5:08, there appears to be

14   another image that is shared.

15   A    On the same day, 11:15 p.m., user Endlessjohnny sent two

16   photo attachments that appears to be of two different people.

17   Q    Then on April 5, 2017, Blueallen, Allen Jin, sends a

18   hyperlink that I'm not going to read into the record.  That

19   same day he writes:  I am here.  Return the call when it is

20   convenient for you.

21   A    Find an opportunity to take several pictures for me.

22   Q    That same day, Blueallen, Allen Jin, sends a photo that

23   appears to be dark.  Then there's an audio attachment,

24   72.aud.silk, which reads, quote:  This is it, won't see

25   anything if it is any further away.  Total darkness.  The

Hwang - Direct - Chen

1    flash was on.  This is the effect when the flash is on.  End

2    quote.

3             That same day at 10:52 p.m., the private detective

4    has left.

5    A    User Endlessjohnny, Johnny Z sent an audio attachment,

6    74.aud.silk, audio, quote:  You can leave too after staying

7    for half an hour.  You stay there for half an hour and you

8    leave too.  End quote.

9    Q    Okay.  Are you outside?

10            Then there's an audio attachment, 77.aud.silk, which

11   reads, quote:  Bro, bro, I have not arrived yet.  Massive

12   traffic jam.  I will arrive in fucking 10 more minutes.

13            Pardon my language.

14            There's another audio attachment, 78.aud.silk, which

15   reads, quote:  There is no way to take pictures.  You have to

16   wait for me a while.  Help me think of some excuses to buy

17   some time.  End quote.

18   A    Continuing on the same day, user sends an audio

19   attachment, 79.aud.silk, quote:  Okay.  I know.  It's all

20   right, it's all right.  Observe the surroundings and then come

21   down to take pictures.  End quote.  Send me a message when you

22   arrive.

23            User sent another audio attachment, 80.aud.silk,

24   quote:  Bracket, UI, close bracket, dot dot dot, make a call,

25   need to find you for something.

Hwang - Direct - Chen

1    Q    April 7, 2017, at 12:37 p.m., Blueallen, Allen Jin,

2    writes:  144-43 71rd.

3              And there appears to be a screenshot of a location

4    with the address 144-43 71st Road.

5    A    On April 12th -- sorry.

6    Q    We're actually done with that exhibit.  Thank you.

7              MS. CHEN:  May I publish now for the witness and

8    counsel only what has been pre-marked for identification

9    Government Exhibit 810-B.

10             THE COURT:  All right.

11   Q    Again, Ms. Hwang --

12             MS. CHEN:  If we could go to the second page, I'm

13   sorry.

14   Q    Ms. Hwang, do you recognize this exhibit?

15   A    I do.

16   Q    What is this?

17   A    This is another translated documents with contents

18   sourced from WeChat.

19   Q    Who are the participants of this exhibit?

20   A    The participants are Endlessjohnny, Johnny Z, and

21   WXID_88EB56EMG14A -- I'm sorry, L4A11.

22   Q    Is Government Exhibit 810-B a translation of a WeChat

23   content extracted from Government Exhibit 801?

24   A    It is.

25             MS. CHEN:  May I now publish for the witness and

Hwang - Direct - Chen

1    counsel what's been marked as Government Exhibit 810-C.

2                THE COURT:  All right.

3    Q    And again, Ms. Hwang, do you recognize this?

4    A    I do.

5    Q    What is this?

6    A    This is the translated content of what we see in 810-B,

7    also similarly now presented in a conversation view.

8    Q    And is this a portion of the communications in 810-B?

9    A    It is.

10   Q    And as with the other exhibits, are translator notations

11   removed and is time converted from UTC to Eastern time?

12   A    That's correct.

13               MS. CHEN:  Your Honor, we move to admit Government

14   Exhibit 810-C.

15               MR. LUSTBERG:  No objection.

16               MS. WONG:  No objection.

17               MR. TUNG:  No objection.

18               THE COURT:  Admitted.

19               (Government Exhibit 810-C, was received in

20   evidence.)

21               THE COURT:  You may publish.

22               (Exhibit published.)

23   Q    Ms. Hwang, can you briefly describe who the participants

24   are of this exhibit?

25   A    The user is Oldnaughtykid and Endlessjohnny, Johnny Z.

Hwang – Direct – Chen

1    Q    And again, if you don't mind reading in blue, I'll read

2    in gray.

3                 Starting at March 27, 2017, at 4:28 a.m.

4                 Attachments.

5                 Hu Ji.  Shared.  User ID.  WeChat ID.

6                 And there appears to be a long alphanumeric, I don't

7    know, string of letters and numbers.

8                 Username Hu Ji, gender, male, and then what appeared

9    to be a typo of Wuhan, comma, Hubei, comma, CN.

10   A    Two days later on April 1st, at 3:08 a.m., 155277199951.

11   Then the next day the user sends a photo attachment.

12   Q    On April 3, 2017, at 4 a.m.

13                Just arrived?

14   A    Has not taken off yet.

15   Q    Send the progress status at any time.

16   A    Okay.

17                THE COURT:  It's five minutes before we end for the

18   day.  Is this a good stopping point?

19                MS. CHEN:  I think it is, Your Honor.  The next

20   exhibit is quite lengthy.

21                THE COURT:  All right.

22                So, ladies and gentlemen of the jury, we're going to

23   stop our day now, a few minutes shy of 5:30.

24                Remember, don't talk about the case.  Don't let

25   anyone talk to you about the case.  Don't do any research.

PROCEEDINGS

1    Keep an open mind.  We'll see you here ready to go at 9:30

2    tomorrow.

3              Thanks, everyone.  Have a great evening.

4              THE COURTROOM DEPUTY:  All rise.

5              (Jury exits.)

6              THE COURT:  Speaking to the witness:  You can step

7    down if you'd like.

8              (Witness exits the stand.)

9              All right.  Do we have anything to address before I

10   let everyone go for the evening?

11             Government?

12             MR. HEEREN:  I'm just going to wait for the witness

13   to leave.

14             Actually, I do have one correction for the

15   transcript, just for the court reporter.  And it may not be a

16   correction, but just so it's clear.

17             I think when Ms. Chen says Zhu Fong, F-O-N-G, or at

18   least that's what it sounds like, it's actually spelled Zhu,

19   and then last name F-E-N-G.

20             Is that correct?

21             MS. CHEN:  First name Feng, F-E-N-G, but that's

22   correct.

23             THE COURT:  I just saw one place where it was

24   spelled F-O-N-G, and I just want to make sure each of the

25   court reporters knows what the spelling is so we don't have

PROCEEDINGS

1   massive confusion with the transcript.

2           Okay.  So, Government, what do you have?

3           And folks, you can sit down or leave if you're in

4   the audience area.

5           MR. HEEREN:  Just to give counsel who is coming up

6   tomorrow, in addition to the witness --

7           THE COURT:  Microphone.

8           MR. HEEREN:  Sorry.  In addition to the witness

9   that's on, the Government expects to call Kevin Hecht, Hongru

10  Jin, and Jeff Tarkin.

11          THE COURT:  Thank you.

12          MR. LUSTBERG:  Sorry, what was the last one?

13          MR. HEEREN:  Jeff Tarkin, T-A-R-K-I-N.

14          THE COURT:  Anything from the defense before you all

15  go for the evening?

16          MR. LUSTBERG:  No, Your Honor.

17          Just I guess one thing.  I always say nothing and

18  then there's something.

19          THE COURT:  You usually say one question and then

20  there are 12, but okay.

21          MR. LUSTBERG:  I usually say one and it's five.

22          THE COURT:  I'm kidding.  Go ahead.

23          MR. LUSTBERG:  So last night around midnight, as you

24  know, the Government filed a response with regard to the issue

25  of the additional sections of Mr. McMahon's statement.

```
 1                THE COURT:  Yes.

 2                MR. LUSTBERG:  I just want to make sure that before

 3      the Court -- I wasn't planning to filing any kind of reply,

 4      but I would like the opportunity to address it before the

 5      Court decides the issue.

 6                THE COURT:  That's fine.

 7                Which witness is going to be used to get in

 8      Mr. McMahon's post-arrest statement?

 9                MR. HEEREN:  It's former investigator John Ross.

10                THE COURT:  Oh, okay.  And when is he testifying?

11                MR. HEEREN:  Later this week.  We're not sure

12      exactly where, but it's definitely not going to be tomorrow.

13                THE COURT:  Okay.  So maybe we could take this up

14      tomorrow morning, then, before the day starts.  So plan on

15      discussion of it tomorrow morning at 9 a.m.

16                MR. HEEREN:  Thank you.

17                THE COURT:  Ms. Wong or Mr. Goldberger, anything?

18                MR. GOLDBERGER:  No, Your Honor.

19                THE COURT:  Mr. Tung, anything?

20                MR. TUNG:  No.

21                THE COURT:  Okay.  So we'll see you folks ready to

22      go at 9 a.m. tomorrow morning.

23                Have a good evening.

24                (Whereupon, the trial adjourned at 5:35 p.m. )

25
```

1                        I N D E X

2    WITNESS                                PAGE

3
     **FANG LIU**
4
     DIRECT EXAMINATION     BY MS. ARFA        683
5
     CROSS-EXAMINATION      BY MR. GOLDBERGER  733
6
     CROSS-EXAMINATION      BY MR. LUSTBERG    786
7
     CROSS-EXAMINATION      BY MR. TUNG        789
8
     REDIRECT EXAMINATION   BY MS. ARFA        797
9
     RECROSS EXAMINATION    BY MR. GOLDBERGER  798
10
11   **GREGORY THOMAS**

12   DIRECT EXAMINATION     BY MS. ARFA        800

13   CROSS-EXAMINATION      BY MR. TUNG        806

14   REDIRECT EXAMINATION   BY MS. ARFA        813

15
     **EUNGEE HWANG**
16
     DIRECT EXAMINATION     BY MS. CHEN        816
17

18

19

20

21

22

23

24

25

```
 1                        E X H I B I T S

 2      GOVERNMENT                            PAGE

 3      GX603                                 690

 4      GX604                                 691

 5      GX116                                 696

 6      GX32                                  700

 7      GX119                                 705

 8      GX710, GX710A through H               709

 9      108                                   712

10      505-B                                 716

11      505-1                                 722

12      505-C                                 723

13      503-A                                 728

14      703-C                                 803

15      703B                                  814

16      306, 308, 310A, and 314               820

17      316                                   823

18      315                                   825

19      3101                                  831

20      812-C                                 854

21      808-C                                 859

22      807-F                                 864

23      810-C                                 871

24

25
```

**MR. GOLDBERGER: [69]** 674/19 675/2 675/8 679/18 681/8 703/25 715/25 719/13 722/10 723/9 728/7 733/11 734/18 735/10 735/14 735/21 735/23 736/1 736/3 736/10 736/12 736/24 737/2 737/8 737/11 738/4 738/11 738/14 738/21 738/25 739/6 741/1 741/12 742/1 742/5 742/10 742/21 743/2 743/15 744/7 746/1 746/12 746/21 748/7 756/10 759/16 760/8 760/10 760/15 770/4 771/22 772/7 772/12 773/2 773/7 773/11 773/17 774/14 779/17 779/20 781/9 781/12 785/6 786/1 798/9 799/12 803/20 806/11 875/18

**MR. HEEREN: [34]** 660/10 660/20 660/23 661/4 661/7 661/16 661/23 661/25 662/11 662/18 663/7 663/12 672/23 678/11 678/19 680/22 680/24 719/8 719/24 765/1 765/20 766/12 766/14 774/1 774/6 774/20 774/24 873/12 874/5 874/8 874/13 875/9 875/11 875/16

**MR. LUSTBERG: [41]** 677/9 677/11 677/14 690/2 691/10 696/1 697/4 700/16 705/15 709/13 712/13 715/23 717/22 719/11 720/15 720/17 720/22 722/9 723/8 728/5 786/4 786/9 789/14 799/14 803/18 806/7 806/9 820/18 822/24 825/21 831/6 831/8 854/19 859/16 864/10 871/15 874/12 874/16 874/21 874/23 875/2

**MR. TUNG: [49]** 690/4 691/12 696/3 699/17 700/18 705/17 709/15 712/16 716/1 719/15 722/11 723/10 728/8 739/19 739/24 740/2 740/5 745/9 745/14 745/19 789/22 792/4 793/8 793/13 796/5 796/20 799/16 803/22 804/24 805/8 808/9 808/16 809/5 809/8 809/11 809/13 809/21 809/25 810/20 811/1 812/25 814/11 814/24 820/20 823/1 825/23 831/10 871/17 875/20

**MS. ARFA: [159]** 662/19 663/6 675/19 675/24 676/5 681/25 683/9 686/9 686/15 686/22 687/2 687/4 687/9 687/16 688/6 688/13 688/18 688/24 689/9 690/1 690/9 690/20 691/9 691/17 694/15 694/18 694/24 695/14 695/25 696/9 696/18 700/6 700/15 701/2 701/4 703/20 705/3 705/6 705/14 706/12 706/21 707/1 707/10

707/15 707/25 708/9 708/12 709/11 709/21 710/16 712/2 712/12 712/21 713/4 713/22 715/7 715/21 716/21 716/25 717/3 721/17 721/20 722/6 723/1 723/16 723/25 724/2 725/15 725/18 726/22 727/3 727/15 728/3 728/19 728/25 729/6 733/9 734/16 734/20 735/3 746/3 748/15 748/20 750/11 751/12 752/11 753/13 754/19 755/5 755/11 756/16 756/20 757/2 757/6 757/15 758/16 759/14 760/17 762/10 762/24 763/5 763/15 764/14 764/17 764/23 769/19 771/17 771/20 773/25 779/10 779/14 782/11 784/23 785/2 785/21 790/20 791/1 791/10 791/17 791/19 791/23 792/2 792/12 792/18 795/9 795/20 796/2 796/18 796/23 798/6 798/16 798/23 799/2 799/19 799/20 799/25 802/5 802/9 802/12 803/16 804/3 804/9 804/14 805/4 805/13 806/4 806/17 806/19 807/5 810/2 812/14 812/19 813/2 813/23 814/8 814/14 814/17 814/20

**MS. CHEN: [82]** 681/12 815/4 815/13 815/19 816/10 819/4 819/8 820/9 820/25 822/3 822/22 823/3 823/19 824/25 825/19 826/1 826/13 826/17 826/19 827/2 827/16 828/5 829/23 830/9 830/15 830/19 831/4 831/7 831/14 831/16 831/25 832/7 833/2 833/11 833/21 834/23 835/8 835/16 836/15 837/4 837/13 838/9 839/1 839/14 839/25 840/23 841/15 842/1 842/16 842/23 843/1 843/3 843/18 844/16 845/14 845/24 847/18 848/4 848/13 849/2 849/10 851/13 852/8 852/14 852/20 853/14 853/16 854/17 858/7 858/11 858/21 859/14 863/5 863/9 863/20 864/8 870/7 870/12 870/25 871/13 872/19 873/21

**MS. TUNG: [1]** 854/21

**MS. WONG: [35]** 665/25 666/5 669/2 669/5 670/25 671/9 671/15 672/3 672/5 672/7 673/9 673/24 681/10 690/3 691/11 696/2 700/17 705/16 709/14 712/15 714/18 718/7 718/11 737/13 741/19 741/21 746/5 777/14 820/19 822/25 825/22 831/9 854/20 864/11 871/16

**THE COURT REPORTER: [1]** 810/9

**THE COURT: [350]**

**THE COURTROOM CLERK: [1]** 720/25

**THE COURTROOM DEPUTY: [15]** 659/11 681/18 682/4 683/5 717/10 763/24 768/19 800/2 800/4 802/8 815/8 815/15 816/4 826/16 873/4

**THE INTERPRETER: [12]** 701/1 716/19 722/25 755/7 762/13 777/11 777/16 777/22 777/25 779/25 789/1 799/6

**THE WITNESS: [10]** 683/4 683/7 727/2 800/6 802/14 807/1 814/3 816/3 816/7 838/1

---

**$**

**$10 [1]** 867/13
**$100 [1]** 867/15
**$160 [1]** 867/16
**$30 [3]** 867/7 867/12 867/13
**$40 [1]** 867/13
**$500,000 [7]** 736/13 736/21 746/14 746/19 746/20 746/20 758/15
**$80 [1]** 867/16

---

**'**

**'10 [1]** 798/13
**'16 [1]** 842/21
**'18 [2]** 782/23 782/23

---

**-**

---------------------------------x **[2]** 658/2 658/7
**-against [1]** 658/5

---

**0**

**008613006363506 [1]** 827/15
**0445 [1]** 832/6
**07102 [1]** 658/20

---

**1**

**1 million [1]** 758/22
**10 [13]** 720/17 720/18 721/14 721/14 721/14 736/14 815/7 815/10 819/21 819/23 844/17 856/22 869/12
**10013 [1]** 659/3
**108 [4]** 712/3 712/12 712/18 877/9
**10:18 a.m [1]** 855/14
**10:38 p.m [1]** 847/23
**10:52 p.m [1]** 869/3
**11 [3]** 720/18 721/14 721/15
**11 p.m [1]** 846/14
**11201 [1]** 658/13
**11354 [1]** 659/6
**119 [1]** 705/21
**11:02 a.m [2]** 841/18 841/23
**11:07 a.m [1]** 842/12

USA v. MCMAHON

**1**

**11:13 p.m [1]** 864/24
**11:15 p.m [1]** 868/15
**11:25 [1]** 717/7
**12 [7]** 719/21 720/20 721/13
721/15 843/16 846/10 874/20
**12 hours [1]** 856/21
**12:37 p.m [1]** 870/1
**12th [1]** 870/5
**13 [8]** 692/11 693/8 733/17 733/25
734/1 754/17 799/9 851/15
**136-20 [1]** 659/5
**13886092011 [1]** 819/19
**13971210147 [1]** 855/21
**14 [2]** 820/10 820/11
**144-43 [2]** 870/2 870/4
**15 [2]** 724/7 815/10
**15 minutes [1]** 717/6
**155277199951 [1]** 872/10
**16 [2]** 801/3 848/14
**17 [3]** 707/25 833/23 849/11
**18 [1]** 848/21
**180 degrees [1]** 732/18
**1800 [2]** 856/25 866/22
**1:00 [1]** 764/6
**1:25 a.m [1]** 846/21
**1:45 p.m [1]** 846/20
**1:50 [1]** 849/4
**1:50 p.m [1]** 849/13
**1:55 p.m [1]** 849/24
**1st [2]** 823/9 872/10

**2**

**2 p.m [2]** 718/21 718/24
**20 [1]** 659/5
**2008 [3]** 771/12 773/8 798/13
**2009 [1]** 771/14
**201 [2]** 819/5 830/16
**2010 [5]** 734/2 734/3 734/5 754/25
798/14
**2011 [1]** 754/24
**2012 [1]** 754/24
**2015 [5]** 694/2 788/7 788/16
788/18 842/21
**2016 [26]** 755/18 769/14 823/9
823/10 840/24 841/18 841/22
842/12 843/2 843/5 843/7 844/12
844/22 845/16 845/18 846/1
846/19 847/7 848/5 848/20 849/3
849/13 849/24 851/5 851/22 852/9
**2017 [26]** 694/4 695/9 695/12
695/23 696/13 696/16 696/20
696/25 697/7 699/3 724/7 753/4
756/3 756/13 756/19 782/23
855/14 860/16 862/7 864/24 868/6
868/13 868/17 870/1 872/3 872/12
**2018 [32]** 666/14 666/15 669/19

**669/21** 669/22 669/24 670/3 671/4
671/6 671/7 671/8 671/23 671/25
672/2 672/6 672/8 673/18 675/22
676/4 678/21 701/7 706/2 706/4
706/7 710/3 710/20 724/6 724/8
725/22 725/24 730/7 782/23
**2019 [1]** 731/17
**2020 [7]** 671/10 672/22 673/7
801/4 801/8 803/2 803/11
**2022 [1]** 817/10
**2023 [4]** 658/5 773/7 802/22 803/9
**2027 [2]** 825/15 838/10
**203 [1]** 723/3
**20530 [1]** 658/17
**21 [1]** 852/3
**21-CR-265 [1]** 658/2
**222567 [1]** 829/22
**2266 [2]** 835/15 836/8
**23 [2]** 669/19 840/8
**23rd [6]** 666/14 669/22 671/6
671/7 675/22 676/4
**24th [4]** 841/18 841/22 842/12
846/1
**25.aud.silk [1]** 866/8
**25th [1]** 846/19
**26.aud.silk [1]** 866/11
**265 [1]** 658/2
**26th [2]** 847/2 847/7
**27 [4]** 847/14 849/3 849/13 872/3
**271 [1]** 658/13
**2777 [1]** 658/23
**27th [3]** 848/5 848/20 849/24
**28 [4]** 801/7 803/2 803/11 830/17
**29 [1]** 679/4
**2:00 [3]** 763/20 764/25 767/10
**2:06 p.m [1]** 851/22
**2:10 [1]** 768/2
**2:11 [1]** 840/25
**2:53 a.m [1]** 847/2
**2:53 p.m [1]** 847/5

**3**

**30 [3]** 744/8 833/22 855/14
**3001 [2]** 830/21 831/2
**302s [1]** 676/3
**306 [7]** 659/2 818/19 819/10
820/17 820/23 822/15 877/16
**308 [6]** 818/19 819/16 820/17
820/23 822/15 877/16
**3094 [2]** 825/15 826/15
**31 [1]** 860/16
**310 [3]** 819/24 820/4 820/7
**3100 [1]** 825/16
**3101 [7]** 825/16 831/1 831/5 831/6
831/7 831/18 877/19
**310A [6]** 818/19 820/6 820/17
820/23 822/15 877/16
**3118 [2]** 820/3 836/22

**313907167861 [1]** 833/20
**314 [6]** 818/20 820/12 820/17
820/23 822/16 877/16
**315 [5]** 825/4 825/20 825/25 863/3
877/18
**316 [11]** 822/5 822/18 822/23
823/4 839/15 842/16 845/15 849/3
849/13 851/3 877/17
**31st [1]** 823/10
**335 [6]** 790/7 790/15 790/19
790/24 791/3 791/15
**347 [4]** 820/3 836/22 838/25
839/13
**3475743871 [2]** 861/25 862/24
**348-5950 [1]** 837/19
**348-9230 [1]** 834/22
**3500 [3]** 666/20 679/3 679/4
**3871 [1]** 839/13
**38th [1]** 659/5
**390 [2]** 835/15 836/8
**3:08 a.m [1]** 872/10
**3:30 [2]** 852/5 852/7
**3:52 a.m [1]** 846/2
**3:52 p.m [1]** 846/17
**3D [1]** 659/5
**3rd [2]** 866/6 866/7

**4**

**4 a.m [1]** 872/12
**4 p.m [1]** 718/20
**40 [2]** 744/8 821/19
**40019B [1]** 843/19
**4004 [5]** 842/2 844/17 848/14
849/11 849/16
**4007 [2]** 825/17 836/16
**4008 [1]** 851/14
**401 [1]** 659/2
**4233 [1]** 819/13
**43 [2]** 870/2 870/4
**431B [2]** 825/14 827/3
**431H [2]** 825/15 834/24
**431M [2]** 825/15 833/2
**450-9169 [2]** 820/15 833/1
**4768 [2]** 827/1 840/12
**4:28 a.m [1]** 872/3
**4:58 a.m [1]** 860/16
**4th [13]** 710/1 710/20 724/11
729/8 730/2 782/22 782/24 783/3
783/19 783/21 785/17 785/20
857/17

**5**

**5.aud.silk [1]** 860/22
**5/31/2023 [1]** 802/22
**50 [1]** 821/12
**503-A [4]** 727/16 728/3 728/10
877/13
**505 [1]** 721/22 723/6

**5**

**505-1 [5]** 721/21 722/6 722/13
723/21 877/11
**505-B [5]** 715/8 715/21 716/3
723/16 877/10
**505-C [5]** 723/2 723/7 723/12
723/16 877/12
**516 [1]** 832/6
**529-4233 [1]** 819/13
**53.aud.silk [1]** 867/18
**55.aud.silk [1]** 867/21
**5527719956 [1]** 865/9
**5658 [1]** 842/7
**57.aud.silk [1]** 867/24
**574-3871 [1]** 839/13
**588-4768 [1]** 827/1
**59.aud.silk [1]** 868/4
**5950 [1]** 837/19
**5:08 [1]** 868/13
**5:23 p.m [1]** 846/16
**5:30 [1]** 872/23
**5:35 [1]** 875/24
**5:46 p.m [1]** 843/9
**5s [1]** 736/12
**5th [20]** 694/4 709/6 724/13 729/9
730/2 783/18 783/20 783/20
784/16 785/17 785/18 785/20
843/5 843/6 843/8 844/12 844/22
845/16 845/18 866/15

**6**

**6 p.m [2]** 857/2 866/7
**6/2/2023 [1]** 803/9
**609 [1]** 743/13
**618-9003 [1]** 838/25
**646 [3]** 819/13 830/14 842/7
**666-0445 [1]** 832/6
**6:15 [1]** 801/18
**6:35 [1]** 862/7

**7**

**701 [1]** 725/19
**703 [2]** 802/9 802/10
**703-C [8]** 802/9 803/5 803/16
803/23 803/24 804/4 805/12
877/14
**703-D [1]** 804/7
**703-E [4]** 804/3 804/5 804/12
805/9
**703B [3]** 814/12 814/13 877/15
**710-A [2]** 726/4 726/7
**710-B [1]** 726/7
**710-D [2]** 713/4 726/8
**710-E [1]** 725/18
**712-2266 [2]** 835/15 836/8
**718 [1]** 658/23
**7182005568 [1]** 856/6

**71rd [1]** 870/2
**71st [1]** 870/4
**72.aud.silk [1]** 868/24
**74.aud.silk [1]** 869/6
**76 [1]** 862/2
**77.aud.silk [1]** 869/10
**78.aud.silk [1]** 869/14
**79.aud.silk [1]** 869/19
**7:18 p.m [1]** 868/6

**8**

**80 [2]** 752/16 757/1
**80-something [1]** 696/23
**80-year-old [1]** 699/22
**80.aud.silk [1]** 869/23
**801 [4]** 853/5 858/19 863/18
870/23
**802 [2]** 825/15 839/2
**803 [2]** 825/15 827/17
**804-2777 [1]** 658/23
**807-B [2]** 863/7 864/3
**807-F [2]** 864/14 877/22
**808-B [3]** 858/18 859/2 859/4
**808-C [3]** 859/15 859/20 877/21
**80s [1]** 752/18
**810-B [2]** 871/6 871/8
**810-C [2]** 871/19 877/23
**812-C [2]** 854/23 877/20
**814 [2]** 825/15 837/5
**815 [3]** 825/15 832/8 833/22
**816 [2]** 825/15 835/17
**854-3118 [2]** 820/3 836/22
**86 [1]** 819/19
**8613006363506 [1]** 828/3
**861388092011 [1]** 829/15
**88EB56EMG14A [1]** 870/21
**8:05 [2]** 851/5 852/9
**8:06 p.m [1]** 851/5

**9**

**9 a.m [4]** 785/18 857/2 875/15
875/22
**9 p.m [1]** 856/14
**9003 [1]** 838/25
**902C [2]** 825/15 829/2
**906 [2]** 825/15 829/24
**914 [3]** 820/15 827/1 833/1
**9169 [4]** 820/15 833/1 840/10
840/12
**917 [2]** 834/22 837/19
**9173485950 [1]** 857/18
**9230 [1]** 834/22
**9293603467 [1]** 865/1
**94 [1]** 829/24
**95 [3]** 829/25 830/2 830/13
**950 [1]** 658/17
**961-5658 [1]** 842/7
**9615658 [1]** 830/14

**9:00 [1]** 658/5
**9:16 a.m [1]** 848/6
**9:17 a.m [2]** 848/6 848/21
**9:17 p.m [1]** 848/12
**9:30 [1]** 873/1
**9:35 a.m [1]** 848/20
**9:36:17 p.m [1]** 844/12
**9:39 p.m [1]** 844/22
**9:42 p.m [1]** 847/7
**9:47 [1]** 847/17
**9:48 p.m [1]** 847/17
**9:56 p.m [1]** 843/11

**A**

**A,.com [1]** 829/22
**a.m [21]** 658/5 785/18 841/18
841/23 842/12 846/2 846/21 847/2
848/6 848/6 848/20 848/21 855/14
857/2 860/16 862/7 872/3 872/10
872/12 875/15 875/22
**abduction [1]** 693/19
**able [12]** 666/23 667/4 667/5
672/11 679/1 680/2 715/1 736/5
736/14 773/11 823/16 867/10
**absence [1]** 810/4
**abundance [1]** 678/15
**abused [1]** 735/7
**accept [1]** 743/11
**accepting [1]** 741/25
**access [2]** 707/20 746/24
**accompany [2]** 856/18 857/22
**according [4]** 697/23 742/19
753/11 785/13
**account [7]** 678/4 830/24 832/14
832/16 835/20 835/23 837/21
**accounts [1]** 737/19
**accurate [21]** 700/13 704/17
705/12 709/6 712/9 715/18 723/4
727/23 765/5 765/21 774/25
794/14 803/1 803/10 814/5 819/10
819/16 819/24 820/12 830/22
854/13
**accurately [5]** 689/24 691/6
695/22 777/9 822/18
**accusations [5]** 664/12 664/18
667/19 676/20 738/2
**accused [2]** 745/23 746/1
**achieve [1]** 745/3
**acknowledge [1]** 777/4
**acknowledged [1]** 668/22
**acted [1]** 739/7
**acting [1]** 664/12
**action [4]** 668/20 699/23 730/2
789/4
**acts [2]** 664/11 739/14
**actual [3]** 720/5 722/3 760/16
**add [2]** 666/6 708/21
**added [1]** 860/17

# A

**addition [2]** 874/6 874/8
**additional [2]** 677/15 874/25
**address [14]** 689/21 699/4 731/13 748/3 786/24 827/10 835/10 837/3 849/1 850/6 856/24 870/4 873/9 875/4
**addressed [1]** 732/4
**adds [1]** 673/2
**adjourned [1]** 875/24
**admission [1]** 723/7
**admit [7]** 804/13 820/16 825/20 831/4 854/17 859/15 871/13
**admitted [30]** 690/5 691/13 696/4 700/19 705/18 709/16 712/17 716/2 722/12 723/11 728/9 803/23 804/8 805/12 814/12 819/4 820/21 823/2 825/17 825/24 826/16 831/11 831/13 842/1 843/18 848/13 854/22 859/19 864/13 871/18
**advice [1]** 813/20
**advise [1]** 719/18
**advised [6]** 662/16 718/18 807/8 807/10 808/7 812/6
**advises [1]** 813/14
**affected [3]** 730/14 732/9 732/12
**affidavit [6]** 736/18 737/20 746/9 746/23 759/13 761/10
**affirmed [4]** 683/2 769/2 800/11 816/2
**Afra [3]** 733/10 813/4 814/21
**after [50]** 660/18 665/10 666/15 670/22 671/6 671/8 672/6 673/24 673/25 676/1 676/4 697/7 699/10 708/19 713/14 713/24 715/4 720/21 725/1 737/3 754/25 756/12 763/19 780/16 780/20 781/10 782/5 782/10 783/7 785/7 785/15 788/15 788/17 788/18 813/14 834/15 835/23 836/2 837/11 839/9 842/4 842/13 848/21 849/25 855/25 856/1 856/8 857/19 866/17 869/6
**afternoon [13]** 733/15 786/7 797/3 797/4 800/14 816/13 816/14 850/12 851/25 860/22 860/23 865/11 866/6
**afterward [3]** 675/18 675/23 857/2
**afterwards [4]** 767/3 788/12 866/18 866/22
**against [20]** 658/5 659/19 663/4 664/18 665/1 665/3 668/23 669/21 670/12 670/21 671/22 672/17 676/14 679/9 738/2 740/16 743/18 744/22 796/12 864/1
**age [1]** 759/10

**agent [19]** 664/13 667/6 669/2 669/7 669/12 678/23 715/3 744/17 760/23 783/6 787/13 787/24 788/4 800/21 801/5 802/1 808/6 813/16 815/1
**agents [9]** 667/5 672/10 672/16 774/16 781/6 809/22 812/12 812/17 867/20
**ago [7]** 678/4 707/8 733/17 733/25 734/1 754/17 769/14
**agree [5]** 676/10 699/25 801/19 807/2 807/18
**ahead [16]** 666/4 678/10 748/18 757/3 757/8 757/18 771/1 779/2 785/24 796/24 799/21 805/12 807/7 813/3 813/4 874/22
**aid [2]** 804/19 805/10
**aided [5]** 658/25
**Air [1]** 862/20
**airport [8]** 750/7 856/21 861/12 865/14 866/10 866/19 866/21 867/17
**AL [1]** 658/6
**Alaska [1]** 754/24
**Alias [1]** 836/14
**alive [1]** 752/19
**allayed [1]** 665/18
**allegation [5]** 760/20 761/9 762/6 762/15 762/18
**allegations [10]** 666/14 669/21 669/25 670/12 671/22 672/14 735/4 737/24 738/17 760/19
**allege [1]** 673/3
**alleged [9]** 665/1 665/10 665/11 672/1 673/17 674/7 736/11 736/22 744/3
**allegedly [1]** 672/13
**alleges [1]** 664/11
**Allen [6]** 857/22 863/16 864/20 868/17 868/22 870/1
**allow [5]** 679/21 737/5 743/13 774/16 812/9
**allowed [10]** 659/16 659/17 680/13 737/19 741/3 741/12 746/7 762/7 765/10 774/5
**allowing [6]** 677/3 740/23 742/23 743/2 743/17 772/16
**allows [1]** 680/16
**alluded [1]** 664/20
**almost [2]** 663/21 674/4
**alphanumeric [1]** 872/6
**Alternate [2]** 721/13 863/2
**Alternative [1]** 719/21
**always [4]** 668/4 670/2 674/13 874/17
**AMERICA [1]** 658/3
**Americans [1]** 736/14
**amount [3]** 732/8 758/7 867/5

**analysis [6]** 673/7 817/14 818/1 821/10 821/20 821/22
**analyst [5]** 816/21 817/12 817/17 817/22 821/9
**angry [3]** 730/15 730/16 732/14
**ANN [1]** 658/18
**another [19]** 753/22 760/18 762/3 765/14 776/3 777/20 795/24 839/20 858/16 863/11 866/11 867/21 867/24 868/4 868/11 868/14 869/14 869/23 870/17
**answer [37]** 661/10 662/21 679/24 680/17 680/20 684/5 685/6 685/19 694/12 701/21 702/2 725/23 739/1 748/16 757/8 762/12 766/22 770/2 773/19 777/6 777/11 779/3 781/13 782/13 798/18 807/15 808/18 809/1 809/17 810/4 861/2 861/5 861/9 861/12 861/19 861/25 862/2
**answered [4]** 763/16 785/21 807/16 808/6
**answering [1]** 807/2
**answers [12]** 663/17 703/18 703/21 760/5 760/5 766/17 794/3 794/5 808/25 812/11 812/11 812/17
**anticipated [1]** 660/4
**anticorruption [2]** 693/15 795/2
**apart [1]** 661/1
**apologies [1]** 777/2
**apologize [4]** 694/21 725/18 726/22 802/9
**appear [2]** 724/20 859/25
**appearance [1]** 667/15
**APPEARANCES [2]** 658/11 658/25
**appeared [3]** 766/7 860/7 872/8
**appearing [2]** 781/4 789/24
**appears [11]** 857/13 860/19 862/7 866/8 868/9 868/10 868/13 868/16 868/23 870/3 872/6
**applicant [5]** 758/4 758/5 758/6 759/10 771/2
**application [40]** 677/12 678/8 736/16 757/23 758/3 758/10 758/11 758/13 758/14 758/21 759/2 759/8 760/12 760/24 762/8 762/8 762/16 762/20 762/23 763/8 763/11 763/14 765/7 765/14 765/18 765/22 766/1 766/2 766/10 770/15 771/8 771/11 772/6 773/5 773/7 797/5 797/9 797/18 823/25 833/12
**applications [4]** 737/18 765/8 824/6 824/9
**applied [2]** 736/12 757/22
**applies [1]** 758/14
**apply [1]** 736/13

**A**

**appointments [1]** 720/5
**approach [1]** 723/25
**approaching [1]** 783/12
**appropriate [3]** 667/8 747/2 767/4
**appropriately [1]** 808/6
**approximately [20]** 801/3 801/18
818/3 821/8 840/25 841/18 842/13
843/15 846/10 846/14 846/21
847/5 847/13 847/15 847/17 848/6
848/11 848/22 849/25 851/7
**approximation [1]** 750/18
**April [24]** 694/2 694/4 695/9
695/23 696/16 696/20 696/25
697/7 699/3 753/4 771/12 788/7
788/16 788/18 857/17 862/7
864/24 868/6 868/13 868/17 870/1
870/5 872/10 872/12
**April 1 [1]** 864/24
**April 12th [1]** 870/5
**April 1st [1]** 872/10
**April 2015 [3]** 788/7 788/16
788/18
**April 2017 [7]** 695/9 695/23
696/20 696/25 697/7 699/3 753/4
**April 3 [2]** 868/6 872/12
**April 4 [1]** 868/13
**April 4th [1]** 857/17
**April 5 [1]** 868/17
**April 5th [1]** 694/4
**April 7 [2]** 862/7 870/1
**arbitrarily [1]** 667/16
**arbitrary [1]** 668/17
**archive [2]** 820/4 820/6
**archived [4]** 823/11 841/6 841/7
841/11
**area [11]** 689/24 695/22 710/4
710/21 713/7 725/25 729/17 817/6
830/10 830/14 874/4
**aren't [1]** 670/4
**ARFA [19]** 658/14 662/18 663/24
683/13 684/12 703/17 712/5 717/1
721/16 721/23 724/4 726/18 797/2
800/8 800/13 876/4 876/8 876/12
876/14
**argue [5]** 667/22 676/10 676/12
744/24 746/8
**argued [1]** 660/3
**arguing [4]** 673/8 674/15 675/16
744/25
**argument [9]** 665/14 675/21
740/21 742/18 744/14 810/8
810/12 810/15 810/25
**arisen [1]** 720/12
**around [9]** 731/9 750/19 783/9
785/18 801/17 846/2 846/4 847/7
874/23

**arranged [2]** 754/12 861/13
**arrangement [1]** 865/25
**arrest [5]** 801/11 801/12 801/19
801/22 875/8
**arrested [2]** 671/9 801/17
**arrival [2]** 694/10 714/20
**arrive [9]** 724/16 724/18 852/7
857/9 858/6 865/10 866/17 869/12
869/22
**arrived [5]** 697/8 698/2 783/8
869/11 872/13
**Arrives [1]** 866/6
**arriving [1]** 856/8
**articles [1]** 730/12
**ASAP [1]** 850/11
**ascertain [1]** 737/10
**ascertained [1]** 743/10
**Asian [1]** 731/9
**Asian-looking [1]** 731/9
**aside [1]** 732/3
**assigned [11]** 800/23 801/5
801/11 816/21 817/1 819/13
819/19 820/3 820/15 824/20
861/14
**assignment [2]** 749/12 801/10
**assist [3]** 684/3 804/10 817/12
**assistance [3]** 677/18 677/21
677/22
**assistant [2]** 817/12 817/24
**assisted [2]** 817/22 817/23
**associated [26]** 769/9 824/16
826/8 830/24 832/2 840/6 840/12
841/23 841/24 843/9 843/10
843/13 843/13 847/12 847/12
847/25 848/1 848/9 848/10 849/8
849/9 849/16 849/19 851/10
851/11 863/1
**associates [1]** 746/18
**assume [8]** 659/14 669/22 670/2
741/24 746/23 766/4 804/8 805/3
**assumed [1]** 674/10
**assurance [1]** 782/7
**assurances [1]** 782/3
**attachment [21]** 845/9 857/13
859/11 860/8 860/21 862/8 862/16
865/2 866/11 867/18 867/21
867/24 868/4 868/23 868/23 869/5
869/10 869/14 869/19 869/23
872/11
**attachments [3]** 859/12 868/16
872/4
**attempting [1]** 808/5
**attention [5]** 694/3 701/6 724/5
801/7 843/4
**attorney [21]** 669/8 765/17 765/17
789/20 806/16 806/21 806/25
807/3 807/9 808/8 808/18 808/19
809/16 809/18 810/15 810/19

810/22 810/23 812/5 812/7 812/18
**ATTORNEY'S [8]** 658/12 773/23
816/16 816/17 816/22 816/24
817/7 817/18
**attorneys [7]** 660/12 662/22
666/10 669/9 812/13 817/13
817/24
**audience [1]** 874/4
**audio [25]** 802/19 804/22 805/14
860/4 860/8 860/9 860/13 860/21
860/22 866/8 866/9 866/11 866/12
867/18 867/19 867/21 867/24
868/4 868/23 869/5 869/6 869/10
869/14 869/18 869/23
**Audio/video [1]** 805/14
**audiotaped [1]** 804/20
**AUSA [3]** 658/14 658/14 658/15
**authorities [5]** 693/14 693/17
732/19 758/11 781/11
**AUTUMN [1]** 658/21
**available [1]** 699/5
**Avenue [2]** 658/17 659/5
**avoid [1]** 668/11
**aware [12]** 662/3 663/6 672/16
759/12 762/6 762/15 763/2 763/13
773/22 794/8 818/15 846/7
**away [7]** 699/13 702/7 727/22
732/23 732/24 783/14 868/25

**B**

**B-U [1]** 777/14
**back [54]** 664/15 667/22 668/21
681/15 703/4 703/11 703/13 704/9
704/14 704/25 706/20 707/5
707/17 707/17 707/17 707/19
707/24 710/11 710/22 710/22
714/11 719/3 721/3 728/17
728/25 735/24 740/22 750/24
753/19 755/21 756/6 769/6 769/14
770/15 780/14 782/9 784/15 785/1
785/7 785/10 785/15 785/15
785/18 794/14 794/19 839/14
841/15 842/16 845/14 849/2
850/10 852/8 857/23 862/23
**background [5]** 727/22 728/17
739/2 741/3 741/4
**backgrounds [2]** 738/8 738/12
**backhanded [1]** 737/24
**bad [2]** 699/21 743/8
**bag [1]** 715/6
**balanced [1]** 676/14
**baseball [1]** 729/19
**based [13]** 663/3 663/4 693/13
709/7 766/16 768/13 768/13 789/9
802/23 814/22 822/12 847/15
861/5
**basically [1]** 718/13
**basis [13]** 663/22 664/14 670/13

**B**

**basis... [10]** 673/13 675/16 676/9
676/9 676/13 735/2 760/11 772/9
772/11 773/2
**bat [1]** 729/19
**bathroom [1]** 729/15
**beat [1]** 861/18
**beautiful [1]** 793/9
**became [6]** 674/5 739/20 740/5
795/14 796/7 796/12
**become [4]** 673/25 699/10 739/22
771/15
**becoming [1]** 674/1
**bed [2]** 856/16 857/11
**bedroom [1]** 729/15
**beginning [5]** 728/14 740/15
844/7 850/8 855/13
**behalf [6]** 712/13 715/23 717/23
728/5 803/18 820/1
**behest [2]** 744/4 744/15
**behind [2]** 664/22 719/2
**behold [1]** 678/1
**belief [6]** 665/11 676/11 779/18
779/22 795/19 799/4
**beliefs [1]** 767/8
**believes [1]** 796/8
**benefit [22]** 660/2 662/20 663/23
664/1 664/9 668/18 671/16 674/22
675/2 679/22 680/5 680/11 690/13
691/18 696/9 713/1 719/20 773/16
797/11 797/14 797/23 804/11
**benefits [2]** 772/21 773/18
**Berkeley [1]** 735/17
**best [4]** 660/25 661/19 740/21
866/24
**Betts [1]** 658/23
**between [14]** 664/24 666/10
667/25 669/1 669/2 669/2 670/8
670/20 752/9 755/3 780/17 846/8
851/9 860/1
**beyond [4]** 677/7 810/5 812/16
818/10
**bias [3]** 660/6 665/14 775/4
**big [1]** 866/13
**bill [1]** 841/8
**billing [1]** 820/14
**bin [1]** 731/16
**binders [2]** 690/11 691/19
**birthday [1]** 862/15
**bit [10]** 703/21 707/23 718/16
743/23 766/15 768/7 802/13
823/20 837/14 856/11
**black [2]** 689/15 702/22
**block [1]** 826/20
**blue [8]** 697/6 843/20 844/23
855/7 855/11 860/14 864/22 872/1
**Blueallen [4]** 864/20 868/17

868/22 870/1
**boarded [1]** 862/11
**boat [1]** 674/9
**body [1]** 858/2
**BONOMO [1]** 658/18
**booked [2]** 753/25 862/20
**born [5]** 691/23 691/25 693/3
693/5 693/6
**bottom [10]** 714/3 722/22 722/24
814/18 829/3 829/11 829/17
836/23 838/16 844/13
**bought [1]** 867/14
**box [16]** 824/11 824/14 827/4
827/10 835/9 836/24 837/1 839/16
839/19 843/20 844/14 848/23
850/3 850/8 855/9 862/24
**boxes [2]** 689/15 855/7
**bracket [3]** 862/9 869/24 869/24
**brackets [2]** 862/9 868/11
**break [8]** 717/2 717/3 718/25
719/18 763/18 763/19 767/10
815/6
**bribes [1]** 845/7
**brief [1]** 784/15
**briefly [7]** 798/9 821/15 823/6
826/3 847/9 856/18 871/23
**bring [5]** 679/1 770/14 815/13
858/3 867/16
**bringing [1]** 669/20
**bro [2]** 869/11 869/11
**broad [3]** 714/21 730/4 821/17
**broader [1]** 808/5
**Broadway [1]** 659/2
**Brooklyn [4]** 658/4 658/13 802/4
817/19
**Brooklyn/Queens [1]** 802/4
**brother [3]** 685/13 686/1 731/21
**brother-in-law [1]** 731/21
**brought [3]** 695/11 696/15 714/24
**Bruno [2]** 802/1 813/16
**bu [1]** 777/15
**building [2]** 758/24 852/4
**built [3]** 702/18 702/20 702/21
**Bureau [2]** 800/17 801/1
**bureaus [1]** 817/23
**business [5]** 733/4 758/24 758/25
856/10 856/19
**busy [3]** 730/19 856/11 860/23
**butt [7]** 727/13 727/21 727/24
728/16 728/21 728/22 729/1
**buy [1]** 867/4 869/16

**C**

**C-E-W-E-I [1]** 687/23
**C-H-U-L-A-I-H-U-N-S-H-E-H-U-I [1]**
853/13
**Cadman [1]** 658/13
**Cal [1]** 735/17

**calculate [2]** 750/16 847/15
**California [2]** 685/8 771/13
**call-in [1]** 839/24
**calling [3]** 833/3 845/19 855/17
**calls [20]** 681/25 754/3 799/25
815/4 815/19 823/9 823/14 823/17
823/21 823/23 824/4 824/8 843/6
843/8 843/15 845/17 851/4 851/7
851/9 867/9
**camera [1]** 865/4
**cameras [1]** 729/17
**Cameronli007 [1]** 860/1
**campaign [2]** 679/9 693/14
**Canada [1]** 754/23
**Cancelled [1]** 862/17
**cannot [17]** 713/16 713/18 714/24
733/24 733/24 740/24 741/10
743/11 750/13 750/16 750/19
754/24 783/19 789/3 789/7 789/12
808/13
**captured [4]** 710/4 710/21 713/7
725/25
**car [17]** 702/24 703/1 703/9
703/12 703/13 703/15 704/22
704/25 724/19 725/3 731/10
731/10 856/20 856/24 856/24
857/4 866/12
**car's [1]** 708/5
**card [5]** 774/22 774/23 867/7
867/8 867/12
**cards [4]** 867/4 867/13 867/15
867/16
**careful [3]** 660/20 661/20 742/25
**cares [1]** 739/11
**carried [2]** 795/2 865/20
**carrier [1]** 834/7
**carrier's [1]** 824/5
**carriers [1]** 834/8
**carrying [1]** 711/1
**cases [2]** 817/13 817/24
**catch [1]** 703/22
**categories [3]** 794/24 795/6
795/23
**category [3]** 795/19 798/25 799/5
**causal [1]** 670/8
**cause [3]** 658/8 670/1 699/11
**caused [1]** 670/12
**caution [1]** 678/15
**CCR [1]** 658/23
**CD [4]** 731/19 731/20 830/10
830/14
**CD-ROM [2]** 731/19 731/20
**cell [5]** 703/6 704/15 711/2 865/3
865/6
**cellular [8]** 819/12 819/18 820/3
820/15 821/20 824/6 834/12
834/13
**center [5]** 658/20 770/20 770/22

**C**

**center...** [2]  771/13 821/21
**centers** [3]  759/4 759/5 759/6
**certain** [7]  689/13 690/22 691/18
741/6 787/1 821/3 821/23
**certainly** [3]  665/18 670/19 673/6
**certified** [2]  764/12 764/22
**cetera** [1]  693/20
**Cewei** [2]  687/22 694/9
**CF** [2]  839/21 839/23
**chain** [1]  729/13
**chance** [1]  807/3
**change** [5]  674/10 676/3 676/6
729/21 754/16
**changed** [3]  698/3 777/25 862/13
**changes** [3]  672/18 673/7 862/5
**channels** [1]  838/21
**character** [3]  741/2 741/4 813/22
**characterization** [1]  678/21
**charge** [1]  740/19
**charged** [7]  671/14 672/23 681/17
765/5 765/23 765/25 818/15
**charges** [15]  665/1 665/3 667/20
668/23 670/20 738/3 740/12
740/14 740/16 743/18 743/20
744/2 744/4 744/22 765/5
**charging** [1]  673/10
**chart** [16]  821/3 822/12 823/13
823/21 823/25 824/19 824/20
825/10 826/6 839/21 840/1 840/19
841/20 843/5 843/7 863/2
**charting** [1]  860/18
**charts** [3]  821/6 822/11 823/8
**chase** [1]  693/15
**chat** [2]  844/14 859/24
**cheated** [1]  739/17
**cheats** [1]  740/22
**checks** [1]  844/25
**CHEN** [7]  658/9 658/15 763/11
816/9 851/2 873/17 876/16
**child** [1]  720/9
**children** [3]  684/17 714/12 720/7
**China** [49]  686/6 692/1 692/2
692/3 692/8 693/6 693/19 696/21
697/21 697/22 699/1 699/22
699/25 700/4 714/11 731/18
731/22 732/15 733/1 733/3 734/8
737/9 737/25 738/22 739/5 739/7
740/12 740/22 741/9 743/18
745/23 749/10 756/6 756/15
756/23 763/10 782/9 787/3 791/22
794/14 794/19 795/3 845/1 846/8
846/12 847/4 862/20 865/9 867/10
**Chinese** [57]  664/13 664/24
683/24 684/4 693/14 693/15
693/17 693/17 693/18 699/11
701/9 714/7 723/5 732/19 732/24

738/17 740/17 740/18 741/17
741/22 742/16 742/19 743/19
744/4 744/12 744/15 749/14 752/5
755/4 764/9 768/7 768/8 769/18
769/25 777/4 788/23 788/24 789/1
794/13 794/14 794/18 794/19
794/22 795/3 795/5 795/6 795/15
796/1 796/7 796/13 796/16 813/17
813/21 853/4 855/21 855/22
865/24
**Chinese-speaking** [1]  764/9
**Chinese-to-English-language** [1]
723/5
**choice** [2]  720/10 812/5
**choose** [2]  759/4 824/22
**chose** [4]  699/12 732/22 732/24
733/4
**CHRISTINE** [1]  658/18
**Christopher** [1]  802/1
**Chulaihunshehui** [1]  853/11
**cigarette** [8]  705/1 727/13 727/21
727/23 728/16 728/21 728/22
729/1
**cigarettes** [1]  729/2
**circle** [1]  851/16
**circumspect** [1]  772/15
**circumstances** [1]  865/7
**citizen** [2]  735/13 773/9
**citizens** [2]  693/16 771/15
**city** [5]  684/5 694/12 698/9 701/3
735/13
**civil** [64]  659/19 659/20 660/1
660/8 660/12 661/14 662/12 663/2
663/11 664/3 664/5 664/9 664/10
664/15 665/5 665/9 665/12 665/12
665/23 666/13 667/2 667/10
667/10 667/11 667/15 667/19
668/1 668/4 668/12 668/16 668/25
669/5 669/6 669/16 669/25 670/11
670/18 671/14 671/17 672/10
672/19 673/15 673/20 673/20
674/12 674/15 674/17 674/24
674/24 675/3 676/18 676/24
676/25 677/5 677/20 678/1 678/18
678/20 678/23 679/9 679/13 680/1
680/15 738/2
**claim** [1]  795/6
**claimed** [1]  731/12
**claims** [5]  664/18 665/1 666/13
676/19 738/3
**clap** [2]  862/9 862/9
**clarification** [2]  777/19 834/9
**clarify** [21]  663/19 670/19 670/25
678/12 698/17 702/10 704/10
704/12 706/2 708/2 717/16 720/15
726/24 727/11 756/9 765/1 766/13
768/16 771/7 799/7 804/16
**classified** [1]  740/8

**classmates** [1]  730/12
**clean** [1]  767/1
**clear** [17]  664/10 675/13 677/12
726/19 764/4 778/1 784/14 785/23
787/25 808/12 810/2 821/25
823/21 824/22 840/14 867/25
873/16
**clearly** [9]  665/22 672/21 674/11
750/13 783/19 788/15 789/7
789/12 809/9
**client** [6]  672/13 673/13 673/17
673/23 674/6 674/7
**clip** [1]  726/11
**clips** [4]  726/3 726/6 803/8 803/13
**close** [6]  724/25 726/17 816/5
821/12 856/20 869/24
**closed** [1]  699/14
**closer** [3]  683/11 802/13 823/20
**closest** [2]  719/6 764/5
**clothes** [1]  857/23
**CN** [1]  660/3
**co** [1]  793/6
**co-counsel** [1]  793/6
**coached** [2]  808/20 812/13
**cobbled** [1]  746/17
**Collar** [1]  821/21
**college** [5]  734/12 734/13 735/17
735/17 748/12
**colloquy** [2]  663/18 678/5
**colon** [2]  837/24 860/10
**colored** [1]  660/3
**colors** [2]  824/16 824/19
**column** [20]  826/7 826/9 827/19
827/24 829/7 832/22 835/21 836/4
836/9 837/9 837/15 837/20 839/5
839/11 840/4 840/14 841/3 846/15
846/19 846/22
**columns** [4]  824/12 830/2 830/10
840/17
**comfortable** [1]  684/2
**coming** [9]  707/21 714/17 731/18
758/21 772/17 857/23 861/12
866/18 874/5
**comma** [2]  872/9 872/9
**commentary** [1]  762/11
**committed** [8]  672/13 674/7
735/25 736/4 739/14 745/22
794/25 795/7
**committing** [2]  671/19 743/7
**communicate** [1]  660/12
**communication** [5]  670/16 681/2
864/3 864/19 868/11
**communications** [9]  672/8 732/25
823/22 823/24 841/6 853/25 859/3
859/24 871/8
**Communist** [1]  752/5
**company** [4]  791/6 791/9 792/17
834/4

**C**

**company's [1]** 791/5
**comparison [1]** 808/17
**compensation [1]** 856/25
**complaint [3]** 672/23 760/17
765/5
**complete [2]** 749/20 821/16
**completed [1]** 821/20
**compromise [1]** 679/20
**computer [2]** 658/25 805/7
**computer-aided [1]** 658/25
**concern [9]** 665/17 665/18 668/11
668/15 732/1 744/5 761/6 765/21
766/16
**concerned [7]** 664/17 730/17
735/6 735/14 760/2 778/3 780/15
**concerning [1]** 841/21
**conduct [7]** 671/20 671/24 673/24
674/7 782/17 807/13 812/10
**conducted [1]** 802/3
**conducting [2]** 668/10 813/13
**conference [9]** 747/4 759/20
761/13 771/25 775/5 776/19 778/9
793/1 811/3
**confirm [5]** 663/19 683/18 695/9
717/22 764/11
**confirmed [2]** 718/19 720/6
**confusing [1]** 665/6
**confusion [3]** 766/15 768/15
874/1
**connecting [1]** 704/8
**connection [8]** 664/23 665/12
670/8 670/20 676/22 742/16
744/13 797/9
**connections [1]** 733/3
**consider [2]** 744/1 795/25
**consideration [2]** 745/2 745/12
**considered [2]** 754/18 754/22
**consistent [1]** 824/19
**consists [5]** 819/10 819/16 819/24
820/12 830/21
**conspicuous [1]** 729/25
**Constitutional [1]** 809/22
**construe [1]** 808/6
**consult [3]** 807/3 808/4 808/7
**consulted [1]** 812/18
**Cont'd [1]** 659/1
**contact [3]** 662/5 667/6 860/17
**contain [6]** 709/1 709/4 797/5
803/1 803/10 810/10
**contained [1]** 760/19
**contains [5]** 689/13 690/21 708/13
804/18 805/10
**content [16]** 731/25 787/6 787/17
853/2 853/22 855/4 857/14 858/18
859/2 863/11 863/17 863/25 865/2
868/8 870/23 871/6

**contents [7]** 708/15 802/23 803/1
854/8 858/16 860/1 870/17
**context [3]** 761/6 766/17 768/13
**contexts [1]** 821/10
**CONTI [1]** 658/21
**continue [4]** 721/9 721/16 747/1
793/12
**Continued [32]** 682/5 692/12
693/1 711/9 730/21 731/1 734/22
747/5 748/8 755/24 756/1 759/19
761/14 762/4 769/4 771/24 775/6
776/4 776/18 778/10 779/6 781/15
792/21 793/16 800/9 805/15
807/21 811/4 815/24 828/4 829/5
850/13
**continuing [13]** 669/15 712/1
768/23 774/16 781/9 782/1 794/1
806/1 851/1 865/22 866/5 866/14
869/18
**convenient [1]** 868/20
**conversation [12]** 660/15 661/10
661/16 662/4 681/7 749/6 749/9
853/23 855/5 859/1 864/1 871/7
**conversations [9]** 660/7 660/10
662/2 667/3 667/25 756/5 756/8
824/7 824/8
**conversely [1]** 718/3
**convert [3]** 823/15 823/15 854/10
**converted [6]** 823/15 846/12
854/12 859/8 864/6 871/11
**conveyed [1]** 766/19
**convicted [2]** 741/24 745/22
**conviction [2]** 741/15 743/12
**convince [1]** 753/18
**coordinated [3]** 666/9 669/10
854/9
**coordinating [1]** 671/17
**copies [6]** 709/8 819/11 819/17
819/25 820/13 830/22
**copy [6]** 689/16 690/25 803/2
803/10 807/11 814/5
**corner [2]** 706/18 824/11
**Corporation [3]** 819/11 819/17
819/20
**correct [41]** 660/20 663/12 672/2
685/1 720/19 736/19 738/20
748/23 751/1 753/6 753/19 753/22
756/3 757/24 758/15 765/19
769/10 769/13 770/10 770/19
771/16 782/23 783/2 784/16
784/22 786/18 786/21 786/24
787/8 787/18 798/13 798/15
798/22 804/13 816/25 823/23
865/23 867/12 871/12 873/20
873/22
**corrected [2]** 717/21 766/6
**correction [3]** 780/1 873/14
873/16

**corrupt [2]** 736/23 738/20
**corruption [10]** 664/11 735/25
736/4 737/25 739/15 740/8 740/14
743/8 845/1 845/6
**corruptions [1]** 795/7
**cost [1]** 867/12
**costs [1]** 867/13
**counsel [19]** 660/11 660/15
661/12 668/25 678/15 717/19
793/6 804/5 822/4 825/2 852/16
853/17 858/8 858/22 863/6 863/21
870/8 871/1 874/5
**count [2]** 733/24 866/12
**counterintelligence [2]** 800/23
801/1
**countries [1]** 754/22
**country [2]** 754/18 774/8
**County [5]** 816/16 816/23 817/6
817/17 817/19
**couple [3]** 659/23 826/13 841/2
**course [7]** 662/1 662/5 671/1
676/4 677/24 740/9 771/5
**court [27]** 658/1 658/23 659/10
675/14 720/24 742/25 743/22
744/7 748/1 762/1 764/12 764/22
768/3 768/9 772/15 776/1 777/19
779/1 781/4 794/1 812/1 834/9
842/22 873/15 873/25 875/3 875/5
**Court's [1]** 678/5
**court-certified [1]** 764/12
**Courthouse [1]** 658/3
**cover [1]** 817/19
**covered [1]** 736/17
**CR [1]** 658/2
**CRAIG [1]** 658/14
**create [3]** 758/25 821/3 825/11
**created [5]** 770/21 822/11 822/12
823/8 863/2
**creating [2]** 770/24 821/6
**credibility [7]** 736/20 739/13
740/20 740/22 746/9 746/11
746/25
**credible [1]** 736/8
**crime [3]** 672/13 745/22 821/21
**crimes [3]** 735/5 741/9 794/25
**criminal [8]** 658/8 667/20 668/5
668/6 668/10 668/13 677/1 764/6
**criminals [1]** 745/7
**criteria [1]** 758/12
**crop [1]** 671/23
**cross [27]** 659/17 659/17 661/3
661/8 662/17 663/21 667/3 667/9
718/2 718/4 718/8 733/13 739/1
743/13 744/22 748/8 755/25 762/4
763/18 768/24 769/4 776/4 779/6
786/5 789/18 806/6 806/13
**cross-examination [19]** 661/3
661/8 663/21 667/9 718/2 718/4

# C

**cross-examination... [13]** 718/4
733/13 748/8 755/25 762/4 768/24
769/4 776/4 779/6 786/5 789/18
806/6 806/13
**cross-examined [2]** 662/17 667/3
**cruise [1]** 754/24
**crumpled [2]** 727/14 784/7
**curative [2]** 744/19 767/2
**curiosity [1]** 778/8
**current [2]** 817/9 817/15
**currently [13]** 684/6 685/7 685/20
774/2 792/11 794/11 800/15
800/16 800/21 800/23 816/21
857/5 866/25
**curry [1]** 676/12
**curtains [1]** 729/21
**cut [2]** 681/5 732/24
**CW [2]** 839/21 839/23

# D

**D-O-C-O-T-O-R [1]** 862/4
**D.C [1]** 658/17
**Da [1]** 763/11
**dare [1]** 725/13
**dark [2]** 702/22 868/23
**darkness [1]** 868/25
**data [6]** 821/4 821/18 821/23
833/12 840/18 867/9
**date [16]** 666/13 708/21 802/21
823/16 840/5 840/6 841/11 842/8
842/11 844/10 844/21 848/15
849/21 851/21 854/12 866/3
**dated [1]** 855/13
**daughter [23]** 684/21 684/22
685/4 685/7 687/6 718/19 730/6
730/14 730/15 730/18 730/18
734/6 734/7 734/7 734/8 735/8
735/15 736/6 748/10 748/19 770/6
770/8 774/21
**daughter's [3]** 684/23 685/2
774/23
**daylight [2]** 714/21 730/4
**days [10]** 709/9 719/1 719/4 719/5
856/21 856/23 857/19 866/24
867/1 872/10
**daytime [1]** 848/18
**DD5s [2]** 676/2 676/2
**deal [1]** 664/2
**deals [1]** 664/12
**dealt [1]** 749/9
**death [1]** 853/15
**December [5]** 669/21 671/23
672/2 672/3 823/10
**December 2018 [3]** 669/21 671/23
672/2
**December 31st [1]** 823/10

**decide [3]** 675/11 675/14 765/18
**decided [4]** 752/6 755/4 808/22
861/18
**decides [2]** 674/5 875/5
**decision [2]** 660/8 673/10
**deck [1]** 707/6
**declined [1]** 808/11
**defaming [1]** 730/12
**defend [1]** 662/21
**defendant [7]** 658/7 658/19 659/2
659/5 659/15 666/18 675/3
**defendants [12]** 663/4 664/24
665/4 665/10 666/16 670/6 672/20
672/22 673/6 677/5 740/16 818/15
**defense [15]** 659/24 677/6 678/14
679/21 680/2 680/3 681/4 717/19
729/19 744/20 765/10 789/20
804/5 804/24 874/14
**definitely [2]** 862/6 875/12
**degree [1]** 748/13
**degrees [1]** 732/18
**demands [1]** 678/8
**demeaning [1]** 730/16
**demonstrated [1]** 666/9
**demonstrates [3]** 669/10 669/14
671/3
**denial [3]** 659/16 765/11 765/19
**denied [2]** 665/7 677/2
**DEPARTMENT [2]** 658/16 800/25
**depict [5]** 689/3 689/24 691/6
695/22 728/15
**depicting [1]** 821/3
**depiction [3]** 705/12 715/18
727/23
**depictions [1]** 712/9
**depicts [3]** 688/16 688/20 716/8
**Depot [1]** 729/12
**describe [11]** 702/17 702/23
704/19 713/10 726/13 730/9
794/14 821/15 823/6 826/3 871/23
**described [6]** 706/10 707/6
712/23 732/10 732/16 748/23
**describing [3]** 768/9 795/12
821/22
**desire [1]** 668/8
**detail [3]** 824/9 841/10 841/13
**detective [2]** 857/3 869/3
**detectives [1]** 817/24
**determination [1]** 774/7
**determined [1]** 660/25
**determines [1]** 853/15
**device [2]** 702/5 702/14
**Dial [1]** 857/16
**dialed [1]** 855/21
**difference [3]** 766/18 846/7
846/10
**different [26]** 660/19 665/8 675/17
675/22 675/25 693/20 732/10

740/7 766/19 794/24 795/4 795/8
796/1 796/16 803/14 809/3 816/17
816/19 821/10 823/11 823/12
846/4 854/4 854/6 854/7 868/16
**differently [1]** 779/16
**differs [1]** 804/22
**digital [3]** 805/6 817/14 818/1
**direct [19]** 660/10 664/13 670/9
683/14 690/10 692/13 694/3 701/6
718/3 724/5 730/22 748/23 751/10
754/3 800/12 801/7 816/11 829/5
843/4
**directed [2]** 812/12 847/24
**directing [1]** 842/22
**direction [4]** 710/8 737/1 808/13
839/24
**directly [2]** 663/1 857/12
**disagree [1]** 678/20
**disclosed [3]** 680/7 720/1 760/5
**disconcerting [1]** 743/23
**discovery [2]** 668/5 680/7
**discuss [5]** 718/17 781/3 781/8
781/9 848/25
**discussed [13]** 665/19 668/2
677/15 678/19 679/15 755/16
768/15 776/11 780/25 781/2 781/5
781/6 821/4
**discusses [1]** 678/24
**discussing [1]** 672/10
**discussion [15]** 662/23 663/6
664/8 667/18 672/18 738/8 751/1
751/19 751/21 752/8 776/14 779/3
799/22 812/23 875/15
**discussions [3]** 660/24 669/8
780/7
**dismiss [1]** 663/2
**dismissal [1]** 664/14
**dismissed [1]** 664/5
**dispatched [1]** 865/15
**dispute [2]** 672/15 673/4
**disputing [1]** 808/21
**disregard [1]** 794/5
**distinguish [1]** 673/12
**distinguishable [1]** 666/16
**distinguishing [1]** 673/22
**district [15]** 658/1 658/1 658/9
658/12 698/9 701/3 744/9 760/18
816/16 816/17 816/22 816/23
817/6 817/18 817/24
**dividing [1]** 795/23
**division [4]** 658/16 800/24 801/6
817/23
**doctor [6]** 698/15 698/18 698/19
698/21 862/3 862/3
**document [12]** 679/3 813/17
820/10 827/9 831/12 841/16
852/24 854/8 858/12 863/10
863/11 864/1

**D**

**documentation [1]** 758/1
**documents [7]** 666/9 666/11
669/11 669/11 671/19 679/7
870/17
**Doe [18]** 659/19 659/19 659/20
660/5 660/5 663/22 663/22 663/25
666/7 666/19 668/1 669/2 677/17
677/18 677/25 677/25 678/22
745/11
**dollars [6]** 758/22 758/23 759/11
770/18 770/21 771/3
**door [49]** 701/10 701/11 701/12
701/21 701/25 701/25 702/2 703/1
703/3 703/10 703/11 703/14 705/1
706/15 706/24 708/8 710/6 710/9
713/9 713/12 713/17 713/21
713/25 714/3 714/21 715/13
716/10 716/11 716/17 722/2 722/4
722/5 722/19 722/20 722/22
724/13 725/2 725/11 726/2 729/15
729/15 783/13 783/13 783/23
784/16 784/19 785/7 785/11
785/12
**doors [2]** 714/25 729/14
**dot [3]** 869/24 869/24 869/24
**doubt [1]** 672/19
**down [35]** 691/21 696/19 701/5
713/22 715/5 716/25 717/12
721/14 724/2 727/3 729/6 732/18
741/8 744/15 764/1 764/2 770/5
783/25 784/4 785/5 785/8 799/18
809/23 813/23 814/25 823/14
824/25 829/17 836/4 837/14
845/24 852/14 869/21 873/7 874/3
**Dr. [9]** 697/24 698/4 698/10
698/13 698/17 698/19 698/20
750/1 753/25
**Dr. Lee [7]** 697/24 698/4 698/10
698/13 698/17 698/19 698/20
**Dr. Li [2]** 750/1 753/25
**drawing [1]** 741/6
**drew [1]** 829/16
**drive [20]** 708/15 708/23 708/24
709/1 709/7 790/7 790/15 790/19
790/25 791/3 791/16 802/18
802/20 802/24 803/1 803/8 803/13
805/3 856/20 865/15
**driver [2]** 862/12 862/13
**driveway [24]** 695/20 702/6 703/1
706/19 706/24 707/4 707/7 707/11
707/19 707/22 707/22 708/7 710/5
713/9 713/12 724/25 726/1 726/16
726/25 727/13 727/22 728/16
728/17 729/24
**driving [1]** 737/6
**drove [3]** 703/15 724/19 731/10

**Drug [1]** 817/5
**DUBIN [1]** 659/2
**due [4]** 674/19 738/4 741/1 742/1
**duly [4]** 683/1 769/2 800/10 816/1
**dumb [1]** 865/25
**duration [11]** 721/10 840/7 840/8
841/25 843/16 843/17 846/15
846/22 846/25 847/1 847/13
**during [3]** 661/1 672/21 676/3
719/18 720/4 726/19 771/5
**dyed [1]** 702/21

**E**

**E-U-N-G-E-E [1]** 816/7
**early [3]** 673/5 717/4 718/25
**earn [2]** 791/22 792/1
**East [1]** 658/13
**EASTERN [12]** 658/1 658/12
816/22 823/16 840/16 846/8
846/12 854/10 854/12 859/8 864/6
871/11
**EB [27]** 736/12 736/13 737/18
746/7 746/13 747/1 757/23 758/1
758/3 758/10 758/11 758/13
758/19 759/2 762/8 762/17 762/19
763/8 763/9 765/7 770/16 773/5
774/17 797/5 797/9 798/21 799/8
**EB-5 [26]** 736/13 737/18 746/7
746/13 747/1 757/23 758/1 758/3
758/10 758/11 758/13 758/19
759/2 762/8 762/17 762/19 763/8
763/9 765/7 770/16 773/5 774/17
797/5 797/9 798/21 799/8
**EB-5s [1]** 736/12
**economic [2]** 740/8 794/25
**education [1]** 759/9
**effect [4]** 670/1 675/9 675/11
869/1
**effecting [1]** 801/11
**effort [2]** 666/10 669/10
**efforts [1]** 664/23
**eight [4]** 819/14 829/17 840/7
843/17
**either [20]** 662/25 667/2 668/24
677/21 701/21 704/24 710/12
714/14 739/15 740/6 759/2 764/8
777/7 778/1 783/10 785/19 789/25
821/11 824/4 862/21
**electronic [3]** 702/5 702/14 805/4
**elements [1]** 665/3
**elevator [2]** 680/25 681/2
**Elmhurst [1]** 801/12
**ELMO [3]** 708/10 721/18 802/6
**email [9]** 658/24 666/13 668/24
669/1 669/22 678/22 826/20
830/24 837/2
**emails [1]** 830/23
**embezzlement [1]** 845/6

**emoji [3]** 730/20 838/2 860/18
**employ [1]** 736/14
**employed [5]** 792/16 800/15
800/16 816/15 816/23
**employee [1]** 770/18
**employees [1]** 781/7
**employment [1]** 736/16
**end [20]** 714/13 721/5 735/3 747/4
761/13 775/5 778/9 811/3 834/10
834/12 860/24 867/19 867/22
867/25 868/5 869/1 869/8 869/17
869/21 872/17
**ended [3]** 680/3 680/14 847/16
**ending [3]** 840/10 840/12 840/12
**Endless [2]** 835/24 838/8
**Endlessjohnny [8]** 853/10 860/2
863/15 864/21 868/15 869/5
870/20 871/25
**ends [2]** 679/4 793/15
**enforcement [3]** 662/1 662/9
783/10
**engaged [1]** 763/10
**English [9]** 666/11 669/9 683/25
685/5 723/6 761/1 788/24 789/1
789/2
**enlargement [1]** 728/22
**enough [5]** 715/1 718/11 743/14
787/14 866/13
**ensuring [1]** 771/2
**enter [1]** 735/12
**enters [4]** 681/19 721/1 768/20
815/16
**entertainment [1]** 861/18
**entire [2]** 708/24 727/17
**entirely [1]** 661/25
**entity [2]** 758/25 820/1
**entries [1]** 836/4
**entrusted [1]** 762/21
**environment [2]** 699/14 732/23
**equivalent [1]** 699/23
**Eric [2]** 826/22 844/6
**especially [3]** 663/16 669/13
721/12
**ESQ [6]** 658/18 658/21 658/21
659/3 659/4 659/6
**essentially [2]** 720/20 841/7
**establish [1]** 664/24
**established [4]** 741/16 753/14
809/18 810/16
**et [2]** 658/6 693/20
**etcetera [1]** 729/16
**etiology [1]** 796/17
**Eungee [4]** 815/4 815/19 815/25
816/7
**Europe [2]** 754/23 755/1
**evening [5]** 697/12 873/3 873/10
874/15 875/23
**event [1]** 678/7

# E

**events [6]**  669/24 706/10 729/8
732/10 732/16 732/17
**everything [3]**  678/13 680/6
743/19
**evidence [84]**  686/10 686/16
686/23 687/4 687/10 687/17 688/1
688/7 688/14 688/25 689/10 690/1
690/7 691/9 691/15 694/16 694/22
695/25 696/7 700/15 700/21
705/14 705/21 709/12 709/19
710/17 712/12 712/18 713/5
715/22 716/4 722/7 722/14 723/2
723/3 723/13 723/17 725/16 728/4
728/11 742/12 742/13 743/6 760/4
760/7 803/17 803/25 804/9 804/10
805/6 814/9 814/13 817/14 818/1
820/24 822/1 822/13 822/23 823/4
825/25 827/2 829/2 829/24 830/16
831/18 832/7 833/3 833/22 834/24
835/14 835/16 836/15 837/5
838/10 839/2 839/15 842/2 844/17
851/14 854/24 859/21 864/9
864/15 871/20
**Ex [1]**  838/15
**exact [2]**  825/9 826/5
**exactly [4]**  665/16 754/25 779/20
875/12
**examination [32]**  661/3 661/8
663/21 667/9 683/14 693/1 718/2
718/3 718/4 718/8 718/14 731/1
733/13 748/8 748/23 751/10
755/25 762/4 768/24 769/4 776/4
779/6 786/5 789/18 797/1 798/10
800/12 806/6 806/13 813/5 816/11
829/5
**examine [4]**  659/17 659/17 739/2
743/13
**examined [7]**  662/17 667/3 683/2
751/11 769/2 800/11 816/2
**example [1]**  766/21
**Excel [1]**  823/12
**except [2]**  853/23 857/3
**excerpt [5]**  710/4 710/8 803/11
803/13 804/6
**excerpts [1]**  804/18
**exchange [2]**  663/24 772/22
**exclamation [2]**  844/8 855/20
**excusal [1]**  720/13
**excused [2]**  764/25 815/2
**excuses [1]**  869/16
**excusing [1]**  719/2
**exhibit [206]**  686/12 686/17
686/24 687/3 687/11 687/18 688/2
688/8 688/15 688/20 689/2 689/3
689/7 689/14 690/6 690/8 690/16
690/24 691/2 691/14 691/16

694/17 694/23 695/16 696/6 696/8
696/10 700/8 700/20 700/21
700/22 705/8 705/20 705/21
705/22 706/13 708/10 708/11
709/18 709/20 712/4 712/18
712/20 713/6 716/3 716/6 717/18
717/18 721/17 722/13 722/16
723/4 723/6 723/12 723/15 723/22
723/24 725/20 727/17 728/10
728/13 742/2 802/5 802/8 803/10
803/24 804/2 804/24 804/25
814/13 814/16 814/19 818/19
819/5 819/7 819/10 819/16 819/24
820/4 820/5 820/6 820/7 820/12
822/5 822/8 822/18 822/23 823/4
823/5 823/7 824/25 825/4 825/6
825/8 825/12 825/20 825/25 826/2
826/4 826/15 826/18 827/3 827/17
829/2 829/4 829/24 830/1 830/16
830/18 830/21 831/1 831/2 831/5
831/18 831/19 832/8 832/9 833/2
833/5 833/13 833/22 833/24
834/24 834/25 835/9 835/11
835/17 835/19 836/16 836/17
836/19 837/5 837/7 838/10 838/11
839/2 839/3 839/15 839/18 840/2
842/2 842/3 842/16 843/19 843/21
844/17 844/19 845/15 845/25
847/6 848/14 848/15 849/3 849/11
849/13 849/14 849/15 850/3 851/3
851/14 851/14 852/12 852/18
853/3 853/18 853/19 853/24
853/25 854/4 854/5 854/13 854/15
854/18 854/23 855/1 855/2 858/9
858/13 858/19 858/22 858/23
859/15 859/20 859/23 860/3
862/23 863/3 863/7 863/17 863/18
863/21 864/9 864/14 864/17 870/6
870/9 870/14 870/19 870/22
870/23 871/1 871/14 871/19
871/22 871/24 872/20
**Exhibit 201 [2]**  819/5 830/16
**Exhibit 2027 [1]**  838/10
**Exhibit 3001 [2]**  830/21 831/2
**Exhibit 306 [2]**  818/19 819/10
**Exhibit 308 [1]**  819/16
**Exhibit 3094 [1]**  826/15
**Exhibit 310 [2]**  819/24 820/7
**Exhibit 3101 [2]**  831/1 831/5
**Exhibit 310A [1]**  820/6
**Exhibit 314 [1]**  820/12
**Exhibit 315 [3]**  825/4 825/20
863/3
**Exhibit 316 [9]**  822/5 822/18
822/23 839/15 842/16 845/15
849/3 849/13 851/3
**Exhibit 40019B [1]**  843/19
**Exhibit 4004 [4]**  842/2 844/17

848/14 849/11
**Exhibit 4007 [1]**  836/16
**Exhibit 4008 [1]**  851/14
**Exhibit 431B [1]**  827/3
**Exhibit 431H [1]**  834/24
**Exhibit 431M [1]**  833/2
**Exhibit 505 [1]**  723/6
**Exhibit 505-B [1]**  717/18
**Exhibit 505-C [1]**  723/4
**Exhibit 703-D [1]**  804/25
**Exhibit 801 [3]**  858/19 863/18
870/23
**Exhibit 802 [1]**  839/2
**Exhibit 803 [1]**  827/17
**Exhibit 807-F [2]**  863/21 864/9
**Exhibit 808-B [1]**  858/9
**Exhibit 808-C [1]**  858/22
**Exhibit 810-B [2]**  870/9 870/22
**Exhibit 810-C [2]**  871/1 871/14
**Exhibit 812-B [5]**  852/18 853/3
853/25 854/5 854/15
**Exhibit 812-C [3]**  853/18 854/13
854/18
**Exhibit 814 [1]**  837/5
**Exhibit 815 [2]**  832/8 833/22
**Exhibit 816 [1]**  835/17
**Exhibit 902C [1]**  829/2
**Exhibit 906 [1]**  829/24
**exhibits [15]**  666/21 708/13 709/7
709/12 723/20 820/17 820/23
822/15 822/19 825/14 826/14
852/15 853/10 864/2 871/10
**existed [1]**  695/23
**existence [2]**  665/9 733/6
**exits [7]**  717/11 717/14 763/25
799/19 815/9 873/5 873/8
**expand [1]**  729/17
**expecting [1]**  696/24
**expects [1]**  874/9
**expenses [1]**  861/17
**experience [2]**  759/9 821/6
**explain [11]**  666/3 817/3 824/14
839/19 840/3 841/5 841/20 843/6
847/9 855/2 859/24
**explained [1]**  661/17
**explaining [1]**  668/13
**explains [1]**  671/5
**explanation [3]**  661/12 667/23
745/5
**explicit [1]**  667/1
**exploration [1]**  743/3
**explore [4]**  680/2 736/18 741/3
746/14
**expressly [1]**  793/5
**extended [1]**  732/20
**extending [1]**  663/23
**extent [11]**  662/22 689/13 690/11
690/23 691/20 736/18 760/3

**E**

**extent... [4]** 765/10 765/16 813/17 818/9

**extracted [4]** 853/4 858/18 863/18 870/23

**extraction [2]** 859/12 860/7

**F**

**F-A-N-G [1]** 683/7
**F-E-N-G [2]** 873/19 873/21
**F-O-N-G [2]** 873/17 873/24
**face [1]** 743/1
**Facebook [2]** 730/11 824/7
**facing [1]** 729/15
**fact [20]** 662/3 663/25 666/5 667/18 667/24 673/17 675/5 677/6 677/15 678/23 743/8 745/4 752/1 754/23 766/3 772/13 796/16 801/22 807/15 809/19
**factor [2]** 673/22 755/4
**facts [3]** 673/2 676/25 753/15
**fair [10]** 700/13 705/12 709/8 712/9 715/18 718/11 727/23 774/12 787/14 854/13
**fairly [4]** 689/24 691/6 695/22 822/18
**faith [1]** 760/11
**fall [1]** 834/8
**false [18]** 736/19 737/21 746/9 760/5 760/6 760/6 760/7 760/20 760/24 761/9 762/7 762/7 762/16 762/16 765/12 765/16 767/7 797/6
**falsehood [1]** 736/22
**falsification [1]** 736/15
**falsified [7]** 737/20 759/12 760/3 760/11 760/14 760/20 760/22
**familial [2]** 732/23 732/23
**familiar [11]** 692/5 692/6 693/9 699/12 699/13 699/14 764/19 790/6 791/6 834/4 865/16
**family [19]** 683/18 685/2 732/20 732/20 734/4 734/5 746/5 756/14 758/4 758/20 770/12 770/13 775/3 861/9 861/10 861/13 861/14 861/24 862/1
**family's [1]** 857/4
**Fang [3]** 681/25 682/6 769/1
**far [12]** 664/17 708/3 718/12 719/2 721/5 727/22 728/17 732/24 756/12 764/22 797/5 797/8
**fashion [1]** 668/7
**Fate [1]** 853/15
**father [66]** 687/20 687/20 688/4 694/6 694/6 694/8 694/10 695/11 696/15 696/20 696/24 697/7 697/25 698/4 698/15 698/18 698/19 698/21 698/22 699/15

699/24 700/4 748/22 749/7 749/11 749/13 749/17 749/22 749/25 750/4 750/6 750/8 750/9 750/13 750/15 750/21 750/24 751/3 751/6 751/7 751/9 751/17 751/22 751/24 752/9 752/14 752/24 753/17 753/23 753/24 754/1 754/7 754/7 754/13 754/14 755/14 755/18 756/8 756/13 756/14 756/18 756/22 757/11 757/20 769/7 769/17
**father-in-law [47]** 687/20 688/4 694/6 695/11 696/15 696/20 696/24 697/7 697/25 698/4 698/19 698/21 698/22 699/15 700/4 749/11 749/13 749/17 749/22 749/25 750/4 750/6 750/8 750/9 750/13 750/15 750/24 751/3 751/6 751/7 751/9 751/24 752/14 752/24 753/17 753/23 753/24 754/1 754/7 754/14 755/18 756/8 756/13 756/18 756/22 757/11 757/20
**father-in-law's [5]** 694/8 694/10 698/15 698/18 699/24
**faulting [1]** 766/18
**favor [3]** 660/2 671/13 676/12
**FBI [36]** 662/1 669/2 672/10 676/3 678/23 702/7 702/8 715/3 727/6 727/8 773/23 783/6 783/10 783/14 783/14 783/17 783/21 784/21 784/25 785/14 785/16 785/19 787/13 787/24 788/4 800/18 800/21 800/24 801/2 801/5 801/12 802/1 802/2 812/12 812/17 813/21
**FBI's [1]** 802/4
**FCRR [1]** 658/23
**FD3954A [1]** 813/20
**fear [2]** 714/24 742/15
**Federal [1]** 800/16
**fee [1]** 867/23
**feel [13]** 697/2 699/20 699/21 714/17 714/20 725/7 725/8 730/3 732/11 732/13 732/13 743/16 778/6
**felony [1]** 741/15
**felt [4]** 697/6 725/13 730/15 730/16
**female [1]** 698/21
**Feng [7]** 839/8 860/2 860/17 860/18 862/11 863/1 873/21
**few [8]** 678/3 703/13 707/7 748/3 753/16 786/4 857/19 872/23
**Fida [1]** 718/23
**fiduciary [1]** 817/7
**fifth [1]** 826/23
**figure [1]** 670/14
**file [15]** 660/13 670/12 805/4 827/22 832/18 832/20 834/16

835/25 837/8 839/9 853/23 855/4 858/16 860/21 866/8
**filed [4]** 665/9 762/16 773/8 874/24
**filing [6]** 666/6 670/20 762/7 762/17 763/4 875/3
**filter [1]** 823/14
**final [1]** 774/7
**finally [1]** 839/1
**financial [1]** 735/4
**find [18]** 660/13 665/24 676/9 676/9 681/16 727/10 727/12 733/5 739/15 743/14 773/11 793/8 856/24 857/4 862/14 868/7 868/21 869/25
**finding [1]** 760/22
**findings [1]** 760/21
**fine [13]** 681/3 714/12 734/18 766/14 777/24 808/9 809/18 809/21 856/6 856/14 865/6 865/24 875/6
**finish [4]** 737/14 738/13 757/8 759/16
**finished [2]** 735/11 780/16
**finishing [1]** 857/19
**first [46]** 668/23 672/24 683/1 698/3 715/4 717/16 719/7 725/10 733/20 751/5 769/1 772/12 787/20 789/2 800/10 806/8 816/1 826/7 826/21 827/3 827/17 827/17 827/21 830/2 830/6 830/20 832/20 833/3 833/16 834/15 835/18 836/2 839/25 840/8 842/17 843/8 843/16 844/25 845/15 850/3 851/9 856/22 857/1 862/24 866/16 873/21
**fishing [1]** 773/13
**five [9]** 717/1 841/25 842/13 847/13 849/25 856/21 867/1 872/17 874/21
**fix [1]** 842/25
**flash [3]** 805/3 869/1 869/1
**flight [5]** 861/5 862/12 862/19 862/21 866/2
**floor [2]** 719/6 852/5
**Florence [1]** 764/17
**Flushing [2]** 659/6 867/20
**flying [1]** 868/2
**focus [3]** 688/25 823/9 824/23
**focused [3]** 744/2 825/9 826/6
**focusing [3]** 664/25 676/23 676/24
**folder [1]** 834/10
**folks [13]** 676/7 720/14 740/10 740/17 744/16 744/18 763/17 764/4 777/2 794/5 815/10 874/3 875/21
**follow [4]** 703/21 715/3 856/24 865/23

# F

**following [13]** 711/9 724/6 735/1
760/1 772/1 777/1 781/15 801/19
801/22 808/1 850/13 856/15
862/16
**follows [5]** 677/17 683/3 769/3
800/11 816/2
**followup [1]** 680/16
**Fong [1]** 873/17
**food [2]** 715/6 861/17
**footage [1]** 785/13
**footnote [2]** 677/16 678/4
**force [3]** 693/18 742/6 795/3
**forced [14]** 697/19 699/19 699/22
749/19 749/21 749/23 749/24
750/8 750/9 753/4 753/5 769/9
769/18 769/25
**forcibly [2]** 701/12 702/1
**foreign [5]** 664/12 742/17 743/7
744/17 744/17
**forestalls [1]** 664/2
**form [8]** 664/20 763/6 807/11
812/9 813/12 813/19 813/20 814/6
**formally [2]** 660/13 771/13
**format [3]** 823/11 823/12 823/18
**formats [1]** 823/11
**former [1]** 875/9
**formerly [2]** 721/15 820/1
**forwarding [1]** 839/21
**found [20]** 715/2 716/13 716/17
716/17 716/22 716/23 722/21
727/13 727/14 727/21 727/24
727/24 728/1 728/16 731/8 731/14
759/12 760/7 760/13 761/10
**foundational [1]** 753/16
**four [4]** 815/7 815/10 818/3
854/11
**fourth [3]** 827/24 836/4 839/11
**Fox [3]** 693/10 693/13 693/22
**Foxhunt [13]** 739/21 788/7 788/10
788/11 788/14 788/21 789/5
789/10 794/9 794/17 794/23 795/1
795/15
**frame [3]** 726/13 726/20 750/22
**free [2]** 850/11 866/20
**Friday [6]** 697/12 718/19 720/6
721/8 751/6 857/6
**friend [1]** 865/17
**friends [5]** 677/24 730/11 733/1
733/2 733/3
**front [44]** 695/20 701/10 702/25
702/25 703/1 703/3 703/10 703/11
703/14 704/22 704/22 705/1
705/24 706/15 706/24 707/4
707/13 708/6 708/8 710/6 710/7
710/9 713/8 713/9 713/12 713/17
713/21 713/25 716/11 719/6 721/5

722/19 722/20 722/22 724/13
724/24 725/2 726/1 726/2 743/1
743/8 768/6 784/16 844/3
**fucking [1]** 869/12
**fueling [1]** 676/25
**fulfilled [2]** 667/5 667/5
**full [5]** 672/8 680/25 735/19
738/11 838/17
**fully [1]** 672/11
**fund [1]** 759/11
**funded [1]** 817/4
**funding [1]** 758/9
**further [16]** 663/10 663/14 678/9
719/23 733/9 768/11 769/2 789/14
796/20 798/6 799/12 799/16 806/4
812/25 814/20 868/25
**furthermore [1]** 808/11

# G

**G-R-E-G-O-R-Y [1]** 800/6
**Gallowitz [5]** 826/22 840/13
843/10 843/14 844/6
**garage [9]** 695/20 695/21 706/19
706/25 707/4 707/4 707/13 707/22
710/10
**Gardens [1]** 802/4
**Gateway [1]** 658/20
**gave [6]** 667/24 762/6 762/16
763/3 812/11 812/17
**gender [2]** 768/15 872/8
**general [3]** 661/18 719/25 772/23
**generally [5]** 662/12 665/19 714/8
726/14 817/12
**GENNA [1]** 658/21
**gentleman [1]** 786/8
**gentlemen [8]** 681/21 717/6 721/3
748/2 763/20 768/22 804/16
872/22
**geolocation [1]** 821/18
**Georgette [1]** 658/23
**Georgetteb25 [1]** 658/24
**GIBBONS [1]** 658/19
**Giglio [1]** 678/16
**gild [1]** 676/23
**given [14]** 660/4 660/5 672/17
672/20 697/20 698/23 715/3
737/19 749/12 752/2 787/23 812/4
833/6 833/9
**gloves [4]** 715/4 783/25 784/4
785/5
**gmail.com [1]** 658/24
**GoDaddy [1]** 830/22
**gold [1]** 702/21
**GOLDBERGER [20]** 659/2 659/3
675/4 679/19 681/5 718/6 718/7
719/12 733/12 745/21 748/6
763/19 768/23 779/5 782/2 798/8
798/11 875/17 876/5 876/9

**golden [3]** 703/6 705/1 711/2
**Gonzalez [3]** 718/18 719/18 720/3
**good [21]** 659/12 678/25 681/20
683/16 683/17 717/4 733/15
754/17 760/11 768/23 786/7 797/3
797/4 799/14 800/14 816/13
816/14 852/6 856/4 872/18 875/23
**Google [1]** 845/7
**government [262]**
**government's [30]** 659/18 660/1
660/8 660/17 661/13 663/16
664/22 665/3 665/21 668/8 668/8
668/14 668/19 670/3 670/6 673/10
673/19 674/16 674/20 677/16
678/7 679/10 679/11 679/14 680/9
681/23 744/23 764/8 765/2 818/19
**governs [1]** 804/22
**graduate [1]** 735/18
**grammar [1]** 766/20
**grand [2]** 679/10 817/25
**granted [2]** 772/21 798/21
**granting [2]** 668/18 681/5
**gray [12]** 836/24 837/1 844/24
848/23 850/3 850/8 851/23 855/9
855/12 860/15 864/23 872/2
**great [4]** 665/2 666/3 714/24 873/3
**green [3]** 774/22 774/23 851/24
**Greg [1]** 799/25
**Gregory [2]** 800/6 800/10
**group [2]** 795/7 795/25
**guaranteed [1]** 758/7
**guess [15]** 660/20 662/16 665/17
668/21 668/24 670/18 671/11
675/20 680/19 731/25 765/16
765/20 774/11 777/21 874/17
**guessing [1]** 735/9
**guide [2]** 861/13 861/13
**guide's [1]** 861/25
**guideposts [1]** 747/3
**guilty [3]** 663/4 740/14 741/9
**guy [2]** 703/7 711/3
**guy's [1]** 742/5
**guys [2]** 770/17 774/12
**GX [30]** 712/3 712/12 713/4 715/8
715/21 721/21 721/22 722/6 723/2
723/3 723/16 723/16 723/19
723/21 725/16 726/4 726/4 726/7
727/16 728/3 802/9 802/9 802/10
803/5 803/16 804/3 804/4 804/5
804/6 853/5
**GX 505 [1]** 721/22
**GX 505-C [1]** 723/19
**GX 70-E [1]** 725/16
**GX 710-D [1]** 726/4
**GX 801 [1]** 853/5
**GX101 [2]** 694/22 696/11
**GX107A [1]** 709/22
**GX116 [5]** 695/15 695/25 696/6

**G**

**GX116... [2]** 696/19 877/5
**GX119 [3]** 705/4 705/14 877/7
**GX23 [1]** 686/9
**GX24 [1]** 687/9
**GX25 [1]** 687/16
**GX26 [1]** 686/15
**GX27 [1]** 688/6
**GX28 [1]** 687/2
**GX30 [1]** 687/25
**GX31 [1]** 686/22
**GX32 [5]** 700/7 700/15 700/21 701/5 877/6
**GX601 [1]** 688/13
**GX602 [2]** 688/24 694/15
**GX603 [4]** 689/11 690/1 690/6 877/3
**GX604 [5]** 690/21 691/9 691/14 691/21 877/4
**GX703B [2]** 813/8 814/8
**GX710 [5]** 708/13 708/13 709/11 709/18 877/8
**GX710A [4]** 708/14 709/12 709/18 877/8
**GX710B [1]** 710/16

**H**

**H-I-D-T-A [1]** 817/5
**H-U-I [1]** 833/10
**H-W-A-N-G [1]** 816/8
**Hackensack [1]** 852/4
**hadn't [2]** 784/21 831/13
**hair [6]** 702/21 702/22 702/22 703/6 705/1 711/2
**half [10]** 731/18 750/17 758/23 759/11 770/20 771/3 818/3 842/3 869/7 869/7
**Han [1]** 862/8
**hand [19]** 681/15 682/4 705/2 708/6 711/3 711/4 726/16 743/1 800/2 824/11 826/9 827/4 832/22 837/9 839/16 855/6 855/7 855/9 860/19
**handle [5]** 662/18 663/8 701/25 783/13 784/2
**handling [1]** 718/2
**hands [2]** 701/12 770/7
**hang [13]** 671/6 672/12 735/11 735/11 737/12 760/21 770/25 770/25 777/13 808/10 808/10 809/6 809/14
**hanging [1]** 745/4
**Hanyang [2]** 698/9 701/3
**happen [4]** 724/8 738/19 782/5 804/17
**happened [13]** 694/5 701/8 714/1 715/1 724/10 756/12 766/23

766/24 767/5 767/8 788/11 798/5 841/22
**happening [6]** 667/1 679/1 742/15 743/14 743/16 808/12
**happens [4]** 673/24 675/4 720/17 780/9
**happy [6]** 663/14 740/11 743/25 744/5 744/19 862/14
**harass [1]** 730/16
**harassed [4]** 730/7 730/10 731/4 731/7
**harassing [2]** 680/19 740/19
**harassment [2]** 664/12 736/11
**hard [1]** 807/11
**harm [5]** 732/21 743/5 770/14 770/14 796/9
**harmed [1]** 732/22
**harmful [1]** 743/6
**having [8]** 668/18 683/1 735/8 746/20 769/1 800/10 808/14 816/1
**head [1]** 866/12
**header [2]** 832/1 832/3
**headquarters [1]** 800/24
**hear [6]** 663/14 719/7 743/15 752/17 770/2 840/21
**heard [9]** 665/19 665/25 673/14 680/6 701/24 717/19 783/12 789/8 806/20
**hearing [4]** 761/3 793/2 804/21 804/23
**Hecht [1]** 874/9
**HEEREN [5]** 658/14 668/9 678/10 680/23 780/8
**held [2]** 793/1 799/22
**Hello [1]** 862/11
**help [20]** 666/24 668/9 668/9 670/17 674/14 678/18 679/6 679/25 680/18 763/7 765/18 772/5 776/12 780/20 780/22 780/23 781/3 797/14 867/4 869/16
**helped [4]** 675/12 675/14 762/19 776/10
**helping [11]** 667/17 670/11 674/17 677/5 680/11 772/8 773/23 774/13 775/2 776/7 839/20
**hence [1]** 668/13
**herself [2]** 666/11 746/13
**hesitate [1]** 755/10
**hesitating [1]** 755/13
**Hi [3]** 836/24 837/2 848/24
**HIDTA [2]** 817/4 817/8
**high [11]** 718/19 718/21 720/10 734/14 734/15 735/12 746/3 748/12 817/5 823/6 856/7
**higher [1]** 867/5
**highlight [3]** 827/4 832/1 839/25
**Hill [11]** 745/11 790/7 790/7 790/15 790/15 790/19 790/24

790/25 791/3 791/16 791/16
**Hills [7]** 688/21 689/4 694/14 786/23 787/2 787/7 789/25
**hired [1]** 763/7
**hiring [1]** 742/18
**hold [7]** 666/1 693/20 740/7 751/13 794/24 795/4 796/15
**holding [5]** 711/1 711/3 712/24 795/8 805/1
**holds [1]** 795/25
**home [83]** 694/7 695/5 695/21 695/23 697/11 697/14 701/13 701/15 701/16 701/18 701/19 702/4 702/6 702/25 703/8 703/24 704/5 704/6 704/7 704/8 704/15 704/23 705/11 705/12 705/24 706/3 706/6 706/24 707/3 707/12 708/1 708/4 708/6 708/25 709/2 709/9 710/5 710/7 710/11 710/22 710/24 712/10 713/8 713/17 713/24 713/25 714/14 714/17 714/21 716/11 724/11 724/12 724/15 724/24 725/2 725/5 726/1 727/8 727/11 727/22 728/18 729/12 729/18 729/22 730/4 730/4 731/9 731/11 731/16 751/22 752/5 756/13 782/22 783/2 783/4 783/18 786/16 790/8 790/12 827/10 833/17 835/10 856/1
**home's [1]** 712/7
**Homeland [1]** 800/25
**honest [1]** 761/2
**honestly [1]** 810/15
**Hongru [1]** 874/9
**Honor's [1]** 678/3
**HONORABLE [1]** 658/9
**honored [1]** 810/19
**hope [5]** 666/22 666/23 681/21 768/22 798/4
**hotel [8]** 729/13 750/6 750/7 753/12 753/22 753/25 754/2 858/1
**hour [5]** 750/17 841/12 841/14 869/7 869/7
**hours [9]** 750/17 750/19 821/19 846/10 856/4 856/8 856/21 856/22 856/22
**house [23]** 695/11 696/10 696/12 696/13 696/15 706/9 706/14 706/15 706/19 707/2 707/5 707/11 707/14 707/16 707/17 749/3 750/2 750/5 750/25 856/20 856/23 861/10 861/10
**housekeeping [1]** 764/7
**houses [1]** 793/9
**Hu [8]** 827/8 827/20 829/10 847/12 851/10 852/10 872/5 872/8
**Hubei [2]** 693/6 872/9
**huh [1]** 865/1

## H

**Hui [1]** 833/9
**hundred [1]** 818/6
**hunt [4]** 693/10 693/13 693/22
741/8
**husband [77]** 686/19 687/1
687/20 688/5 688/10 693/3 693/25
699/25 701/18 701/21 702/4 702/6
702/11 706/1 729/4 729/12 730/12
731/13 731/13 732/1 734/1 734/2
746/13 746/21 749/4 749/6 749/10
749/11 750/14 750/20 750/25
751/7 751/9 751/17 751/21 752/9
752/23 753/12 753/18 754/4 754/6
754/12 755/14 755/22 756/5 756/6
756/14 758/2 769/16 770/16
771/15 773/3 774/15 776/11
779/23 780/9 780/15 780/25 782/5
782/22 783/13 787/5 787/6 787/18
787/20 787/21 788/1 788/20
790/14 791/13 791/25 794/4
795/17 796/4 796/7 796/15 798/12
**husband's [7]** 694/6 699/4 731/20
731/21 748/22 769/7 779/8
**Hwang [40]** 815/5 815/20 815/22
816/1 816/7 816/13 820/4 821/3
822/8 823/6 823/19 826/3 826/10
826/21 827/5 827/11 831/20
832/10 833/21 833/25 835/1
836/18 839/4 839/19 840/3 840/24
843/4 845/18 846/4 847/20 849/15
852/22 855/2 858/13 859/24
863/10 870/11 870/14 871/3
871/23
**hyperlink [1]** 868/18

## I

**I'd [6]** 694/3 701/6 730/6 731/3
773/3 814/17
**I've [5]** 665/19 676/5 680/6 754/23
808/14
**i.e [2]** 808/10
**idea [1]** 670/23
**ideas [1]** 674/21
**identification [9]** 818/19 822/4
825/3 825/16 852/17 853/17 858/8
863/6 870/8
**identified [3]** 670/5 670/24 754/4
**identify [2]** 726/4 726/7
**illegal [2]** 738/24 739/11
**image [4]** 712/7 713/1 715/14
868/14
**images [1]** 712/9
**imagine [3]** 661/20 714/25 742/14
**iMessage [1]** 842/9
**immediately [3]** 680/4 680/14
783/5

**immigration [21]** 666/21 666/23
667/2 677/19 680/1 680/15 735/8
736/16 758/10 771/13 772/5
773/24 775/3 781/7 781/11 797/12
797/15 797/18 797/20 798/25
799/4
**impacted [1]** 732/17
**impede [1]** 720/9
**implicate [1]** 732/20
**implicated [2]** 669/19 796/14
**implication [1]** 809/9
**implicit [1]** 661/10
**implied [1]** 670/2
**important [2]** 669/13 736/4
**impossible [1]** 721/9
**impression [1]** 720/2
**improper [2]** 772/3 772/25
**improperly [2]** 668/17 772/25
**inability [1]** 744/22
**inadvertently [1]** 680/25
**Inc [1]** 819/25
**include [7]** 803/13 819/12 819/18
820/2 820/14 824/4 830/23
**included [7]** 681/2 709/5 820/5
820/7 822/19 854/14 867/12
**includes [3]** 690/10 691/18 804/4
**including [2]** 794/23 820/1
**income [1]** 866/25
**incoming [2]** 841/24 851/11
**incorrect [2]** 842/19 842/24
**independently [1]** 804/6
**indicate [3]** 676/5 699/15 718/14
**indicated [1]** 769/8
**indication [1]** 662/24
**indicted [8]** 671/6 672/20 672/22
672/24 673/6 674/6 674/8 674/12
**indictment [2]** 672/14 818/13
**individual [5]** 698/14 739/3 753/22
758/14 801/14
**individuals [6]** 675/10 736/17
738/14 742/18 744/2 744/14
**inevitably [1]** 668/15
**inf [1]** 845/4
**inference [1]** 809/15
**influenced [3]** 660/3 797/20
797/23
**information [23]** 666/12 669/5
669/7 669/24 678/5 679/12 760/19
760/22 760/23 762/7 762/16 763/3
763/8 763/11 765/12 765/15 767/7
797/6 822/19 830/23 841/9 845/3
854/14
**informed [1]** 662/9
**informs [1]** 669/7
**initial [2]** 800/7 842/20
**initialed [1]** 803/9
**initials [2]** 679/4 802/20
**initiated [3]** 693/14 794/13 794/18

**inquire [4]** 683/13 768/11 800/8
816/9
**inquiry [1]** 678/9
**inquisitors [1]** 768/10
**inside [2]** 710/24 868/7
**installed [1]** 729/14
**instance [1]** 743/4
**instead [1]** 804/25
**instruct [1]** 740/11
**instructed [2]** 783/22 783/24
**instructing [1]** 744/18
**instruction [4]** 743/25 744/19
745/2 767/2
**instructions [3]** 715/3 727/6
865/23
**intelligence [2]** 816/21 817/17
**intended [1]** 787/4
**Intensity [1]** 817/5
**intention [4]** 660/17 662/10
808/17 809/25
**interest [9]** 660/25 661/13 661/19
668/14 668/19 669/14 791/9
796/10 823/17
**interested [2]** 674/1 735/10
**interesting [1]** 766/20
**interfere [1]** 674/23
**interferes [1]** 668/6
**interject [1]** 842/18
**Interpol [3]** 667/21 676/20 844/8
**interpreter [8]** 683/3 684/2 703/22
722/25 748/17 755/7 779/25 799/6
**interpreters [3]** 764/8 768/11
776/17
**interpreting [1]** 821/11
**interrogations [1]** 752/4
**interrupt [1]** 677/9
**interrupts [2]** 777/19 834/9
**intersession [1]** 668/18
**intertwined [1]** 668/15
**intervene [2]** 664/4 667/11
**intervened [1]** 675/18
**intervenor [1]** 660/14
**intervention [1]** 660/1
**interview [16]** 801/20 801/24
802/3 802/18 803/2 803/8 803/11
803/14 804/18 804/20 804/23
806/15 807/13 812/10 812/12
813/14
**interviewed [1]** 801/22
**introduce [1]** 680/4
**introduced [1]** 664/19
**introduction [1]** 766/21
**intuitive [1]** 809/15
**invalid [2]** 744/23 744/24
**invest [2]** 758/23 770/17
**invested [1]** 770/20
**investigate [2]** 679/8 782/16
**investigated [1]** 782/20

## I

**investigating [1]** 675/6
**investigation [13]** 662/6 670/4
670/7 672/21 673/5 675/6 679/11
679/23 680/12 782/17 800/17
818/8 818/11
**investigations [2]** 817/13 817/25
**investigator [1]** 875/9
**investment [9]** 758/7 758/8 758/9
758/22 759/3 759/6 759/7 771/9
771/12
**investments [1]** 771/3
**invite [3]** 676/17 714/14 725/5
**invoice [3]** 867/5 867/15 867/16
**involve [1]** 787/6
**involved [13]** 669/10 669/15
669/17 671/2 671/4 671/8 672/1
672/11 675/24 742/17 787/18
818/8 818/10
**involvement [1]** 670/6
**iPhone [6]** 827/23 832/21 834/17
836/3 837/12 839/10
**IRISA [1]** 658/15
**irrelevant [8]** 664/19 665/2 737/22
738/3 739/15 739/16 740/12 772/3
**is [613]**
**isn't [7]** 760/15 761/8 765/14
773/5 786/16 806/15 810/13
**issue [15]** 662/8 665/6 680/15
718/16 719/22 720/12 721/8
742/24 745/18 765/14 766/22
768/17 781/9 874/24 875/5
**issues [4]** 666/21 671/1 720/2
772/20
**it [344]**
**items [1]** 712/23
**itself [4]** 668/9 670/17 715/14
804/23

## J

**J Lifetime [4]** 786/17 786/20 791/7
791/15
**J-I-D-E [1]** 777/14
**J-I-N [4]** 684/13 845/12 851/19
863/16
**J-U-N [2]** 835/6 836/14
**jail [1]** 714/12
**jam [1]** 869/12
**Jane [12]** 659/19 659/20 660/5
663/22 663/25 666/7 668/1 669/2
677/18 677/25 678/22 745/10
**Jane Doe 1 [1]** 660/5
**Jason [3]** 801/16 837/2 848/24
**Jeff [2]** 874/10 874/13
**Jersey [14]** 658/20 684/7 685/21
688/23 689/6 690/19 694/14 790/7
790/15 790/19 791/16 817/4 817/7

857/21
**ji [8]** 777/5 827/8 827/20 847/12
851/10 852/10 872/5 872/8
**jide [1]** 777/15
**Jin [13]** 684/11 686/21 845/12
848/25 851/18 857/18 857/18
863/16 864/20 868/17 868/22
870/1 874/10
**jobs [1]** 770/24
**jogging [1]** 731/9
**John [8]** 659/19 660/5 663/22
666/19 668/1 677/17 677/25 875/9
**John Doe [6]** 659/19 660/5 663/22
666/19 677/17 677/25
**Johnny [14]** 832/17 835/24 837/24
838/8 838/15 838/20 853/10 855/8
860/2 863/15 864/21 869/5 870/20
871/25
**Johnny's [6]** 827/23 832/21
834/17 836/3 837/12 839/10
**join [1]** 678/7
**joined [1]** 677/12
**JPEG [2]** 862/8 862/16
**judge [18]** 658/9 675/9 735/15
736/1 738/4 738/15 739/1 741/1
741/13 742/1 743/16 771/22
772/12 773/12 774/14 779/21
806/9 808/21
**Jun [4]** 835/5 836/14 851/11
852/11
**June [1]** 658/5
**juror [9]** 675/12 681/2 718/17
719/3 719/20 719/21 720/17 721/4
721/13
**jurors [6]** 690/10 690/14 691/19
718/17 719/19 720/20
**jury [64]** 658/10 659/10 664/25
675/8 675/14 677/3 679/10 681/6
681/19 681/21 696/9 700/23
709/22 710/17 713/1 716/7 717/11
719/20 720/4 721/1 721/3 721/6
722/17 723/22 725/15 728/15
740/11 740/13 741/7 743/8 743/17
743/20 743/25 762/1 762/25 764/5
765/18 766/1 767/3 768/3 768/20
768/22 769/8 773/3 776/1 779/1
793/2 804/3 804/11 804/16 805/10
808/24 809/3 810/17 814/14 815/9
815/16 817/3 817/25 824/14 840/3
855/2 872/22 873/5
**jury's [2]** 745/1 805/10
**justice [3]** 658/16 796/8 862/9
**justification [1]** 719/1

## K

**keep [11]** 676/23 676/24 699/7
703/18 703/21 717/9 763/23
772/19 772/24 783/25 873/1

**Kelly [1]** 831/23
**kept [2]** 719/25 731/17
**KERVENG [1]** 659/5
**KEVIN [4]** 659/5 659/6 789/20
874/9
**Kew [1]** 802/4
**key [7]** 738/5 824/15 824/20
825/10 826/5 839/17 839/20
**kidding [1]** 874/22
**kidnapping [2]** 693/20 699/23
**kind [8]** 660/2 676/18 739/7
780/12 780/22 857/3 860/3 875/3
**Kings [2]** 817/17 817/19
**kitchen [1]** 701/16
**knew [9]** 660/21 672/19 672/21
673/4 673/15 674/1 736/19 752/1
766/5
**know [91]** 665/9 665/17 666/23
670/2 670/5 675/8 677/22 678/6
693/11 693/24 695/2 695/3 698/5
698/7 698/11 698/12 698/14
698/17 698/20 708/18 710/14
710/15 713/14 717/1 719/4 724/14
726/15 730/8 731/5 731/13 732/2
736/20 738/25 740/2 742/21
744/20 745/19 745/19 746/1
746/23 750/4 750/9 751/19 751/20
754/1 754/2 754/11 756/12 761/5
762/18 762/22 763/1 763/17 764/9
765/25 768/7 768/8 772/15 773/3
773/4 773/18 777/7 777/10 777/17
778/5 778/5 778/6 787/17 788/9
790/2 790/3 790/4 790/18 790/22
790/23 791/8 791/15 791/25 797/5
797/8 798/4 801/14 807/19 816/5
845/12 850/11 862/21 867/22
869/19 872/7 874/24
**knowing [4]** 760/6 765/16 768/12
865/21
**knowingly [7]** 737/21 746/8
746/19 760/4 760/20 765/15 767/7
**knowledge [4]** 673/19 675/19
727/10 812/16
**known [4]** 720/4 761/4 820/2
840/15
**knows [2]** 845/5 873/25

## L

**L-I-N-A [1]** 830/6
**L-I-U [2]** 683/7 685/17
**L4A11 [1]** 870/21
**label [1]** 839/24
**labeled [1]** 836/4
**lack [4]** 664/17 738/1 740/11
744/1
**ladies [8]** 681/21 717/6 721/3
748/2 763/20 768/22 804/16
872/22

# L

**Lan [26]** 697/19 697/24 697/24 698/3 698/5 700/12 700/13 700/24 700/25 701/2 744/15 749/12 749/14 749/18 749/19 749/21 749/24 750/1 752/3 753/11 753/21 753/24 754/4 769/9 769/10 770/7
**language [8]** 683/23 714/6 723/5 759/10 766/15 807/12 813/13 869/13
**languages [1]** 766/19
**lapel [2]** 681/13 681/17
**large [1]** 715/5
**Larry [1]** 786/7
**last [25]** 665/19 678/12 679/18 683/8 717/18 745/6 745/10 748/5 751/3 752/23 753/3 757/16 765/20 776/2 788/6 794/2 800/7 830/2 830/6 844/24 851/8 856/22 873/19 874/12 874/23
**lasted [2]** 731/18 847/10
**lastly [1]** 718/16
**later [9]** 664/4 670/21 672/14 703/13 810/12 810/15 856/11 872/10 875/11
**latest [1]** 783/20
**latter [2]** 676/21 759/4
**laugh [1]** 741/18
**law [58]** 662/1 662/9 687/20 688/4 688/4 694/6 695/11 696/15 696/20 696/24 697/7 697/25 698/4 698/19 698/21 698/22 699/15 700/4 731/21 749/11 749/13 749/17 749/22 749/25 750/4 750/6 750/8 750/9 750/13 750/15 750/24 751/3 751/6 751/7 751/9 751/24 752/14 752/19 752/24 753/17 753/23 753/24 754/1 754/7 754/14 755/18 755/20 756/8 756/13 756/18 756/22 756/22 757/11 757/11 757/20 757/21 783/9 852/5
**law's [5]** 694/8 694/10 698/15 698/18 699/24
**LAWRENCE [1]** 658/21
**laws [1]** 796/11
**lawsuit [32]** 660/8 661/14 663/3 663/11 664/3 664/5 664/9 664/11 664/15 665/5 666/9 670/18 671/14 671/17 672/17 672/19 673/5 673/20 673/25 674/12 674/17 675/3 676/19 676/19 676/24 679/9 680/15 738/2 772/13 772/17 772/17 774/3
**lawyer [21]** 718/1 718/13 736/23 746/17 762/19 762/21 763/7 763/10 763/13 765/4 765/13 765/15 765/22 766/10 767/5

768/14 771/11 808/4 810/14 810/16 810/24
**lawyers [6]** 661/18 661/20 662/25 667/24 668/1 668/2
**leading [8]** 680/14 699/17 706/19 707/13 707/18 710/6 726/2 772/4
**leads [1]** 760/4
**leaning [1]** 743/22
**learn [5]** 694/10 730/7 731/4 788/13 789/11
**learned [7]** 697/2 699/10 718/18 721/8 788/7 788/19 788/21
**least [9]** 659/21 662/20 663/25 667/22 668/6 761/9 764/10 766/9 873/18
**leave [10]** 717/13 718/21 718/24 766/25 857/8 868/2 869/6 869/8 873/13 874/3
**leaves [1]** 745/24
**leaving [1]** 710/9
**led [2]** 671/14 739/8
**Lee [7]** 697/24 698/4 698/10 698/13 698/17 698/19 698/20
**left [37]** 682/1 703/9 703/11 703/12 703/15 704/25 708/6 713/17 713/17 713/24 715/12 716/10 722/2 722/3 722/5 722/19 725/4 726/16 731/14 756/15 764/4 783/23 784/6 785/12 824/11 827/4 827/10 829/17 837/20 840/5 845/10 851/4 851/23 855/6 855/9 855/12 869/4
**left-hand [5]** 708/6 726/16 824/11 827/4 855/9
**legal [4]** 758/9 779/24 780/2 780/3
**legally [3]** 780/4 798/19 798/20
**legitimate [3]** 743/14 772/16 773/6
**lengthy [2]** 752/4 872/20
**less [1]** 739/12
**letter [5]** 668/23 673/1 787/20 787/22 788/3
**letters [9]** 731/19 731/19 731/23 731/24 732/3 732/5 732/6 787/3 872/7
**letting [1]** 745/21
**level [3]** 759/9 777/4 823/6
**LexisNexis [1]** 821/17
**Li [5]** 750/1 753/25 860/2 860/17 862/11
**Liaison [1]** 800/24
**liars [1]** 740/21
**library [1]** 757/21
**license [1]** 865/6
**lid [1]** 739/14
**lie [1]** 676/11
**lied [4]** 737/18 739/17 746/17 746/20
**life [6]** 732/17 732/18 746/5 792/7

792/9 853/15
**Lifetime [4]** 786/17 786/20 791/7 791/15
**light [2]** 663/16 679/1
**likelihood [1]** 810/4
**lily [1]** 676/23
**limited [4]** 667/9 814/22 818/9 841/9
**limiting [5]** 684/5 685/6 685/19 694/12 745/2
**limits [1]** 741/5
**Lina [6]** 830/6 841/24 848/1 848/10 849/9 850/1
**line [7]** 757/17 826/21 826/23 829/16 829/20 829/20 853/7
**lines [3]** 777/7 827/21 829/17
**linguist [1]** 802/2
**listed [16]** 822/20 827/11 827/19 827/25 829/7 829/11 832/3 832/16 832/20 832/23 833/16 836/7 836/13 848/23 849/21 851/21
**listening [2]** 804/19 805/11
**literally [1]** 777/21
**litigation [17]** 659/19 659/20 660/13 662/12 665/9 665/13 665/23 668/4 668/12 668/16 676/25 677/6 677/20 678/18 678/20 678/23 679/13
**little [18]** 676/9 703/4 703/5 703/8 703/14 703/18 703/21 707/23 725/3 743/23 761/6 766/15 768/7 778/3 802/13 823/20 841/9 856/11
**Liu [41]** 669/7 681/25 683/1 683/8 683/10 683/15 683/16 687/15 688/20 689/13 690/13 690/23 691/23 693/9 694/3 695/2 701/6 708/15 709/25 712/6 714/14 716/22 722/17 724/5 731/3 732/16 733/15 769/1 786/7 789/20 789/24 790/5 790/6 790/10 790/13 791/21 791/25 792/6 794/8 795/12 797/3
**live [11]** 684/6 684/15 685/7 685/20 686/7 696/20 739/8 755/4 780/4 790/13 798/19
**lived [5]** 692/10 693/7 693/18 695/9 696/13
**lives [3]** 705/25 786/23 793/9
**living [15]** 694/13 706/3 706/6 733/5 734/2 738/22 756/23 757/5 757/9 787/7 791/22 792/1 793/4 793/6 794/4
**Livingston [1]** 751/16
**LLC [3]** 786/17 786/20 830/22
**lo [1]** 678/1
**local [1]** 840/16
**locate [1]** 856/25
**located [1]** 790/6
**location [3]** 727/24 868/12 870/3

# L

locations [1]  729/25
locked [3]  714/21 714/25 730/4
locks [1]  729/13
lodging [1]  861/18
log [1]  838/12
log-in [1]  838/12
logic [1]  809/12
long [24]  692/10 693/7 748/11
750/14 750/20 754/6 754/9 755/15
790/7 790/15 790/19 790/24 791/3
791/16 801/2 818/2 843/15 847/10
848/2 850/5 851/8 855/15 861/4
872/6
longer [2]  719/20 721/6
look [4]  690/12 690/23 702/14
702/15
looked [2]  711/6 716/23
looking [14]  704/6 704/7 704/15
707/7 731/9 731/15 742/20 794/23
795/5 846/15 849/12 853/3 854/5
854/11
looks [2]  724/22 845/1
lose [1]  745/4
lost [8]  720/9 733/2 733/2 733/4
761/3 761/7 761/11 815/6
Louallen [1]  863/16
loud [1]  701/25
loudly [1]  701/11
lunch [5]  763/18 763/19 763/21
763/23 768/23
Luncheon [1]  767/11
LUSTBERG [9]  658/21 677/10
719/10 786/3 786/6 786/7 806/6
806/10 876/6
lying [2]  738/20 739/14
Lyka [5]  834/3 834/4 834/6 834/7
834/13

# M

ma'am [6]  798/12 800/16 800/19
802/22 803/6 803/15
machine [1]  748/3
Madam [1]  748/17
mail [10]  731/17 787/1 787/3
787/4 787/9 787/12 787/14 787/20
787/22 839/22
mails [1]  787/23
main [8]  758/4 758/4 758/6 758/6
758/12 771/2 840/1 852/3
mainland [2]  692/5 692/8
major [2]  818/6 834/12
male [1]  872/8
Mall [1]  751/16
man [20]  698/20 699/22 703/6
704/13 704/15 705/1 711/2 724/12
725/5 731/9 731/10 743/18 752/3

768/9 768/12 784/25 785/10
785/14 785/15 785/17
manage [2]  759/2 759/6
managing [1]  786/20
Mandarin [1]  813/12
March [3]  855/14 860/16 872/3
March 27 [1]  872/3
March 30 [1]  855/14
March 31 [1]  860/16
marital [1]  746/24
mark [2]  845/3 860/4
marked [20]  689/10 690/21 695/15
700/7 705/4 708/13 708/14 712/3
715/8 721/21 727/16 804/6 813/8
818/18 852/17 853/17 858/8
863/21 870/8 871/1
married [1]  684/8
massive [2]  869/11 874/1
master's [1]  748/13
material [3]  666/20 678/16 771/11
matter [10]  667/6 677/21 678/1
679/15 680/1 691/7 730/19 764/6
764/7 782/17
matters [2]  676/13 801/1
maximum [1]  732/8
May 2018 [4]  669/24 670/3 671/8
672/6
May 23 [1]  669/19
May 23rd [6]  666/14 669/22 671/6
671/7 675/22 676/4
May 8 [1]  678/21
maybe [8]  704/10 720/11 735/7
750/19 753/15 766/22 770/2
875/13
McCarter [2]  666/11 669/9
MCMAHON [46]  658/6 658/19
659/22 665/7 665/11 673/13
688/18 688/25 691/21 694/18
694/24 696/18 701/4 705/6 706/12
709/21 712/3 712/14 712/21
713/22 715/24 717/20 717/23
719/10 723/19 724/2 727/3 727/17
728/6 728/25 729/6 786/8 786/9
786/11 786/12 803/19 814/17
826/15 832/13 840/9 841/23 843/9
843/13 844/1 845/18 845/21
McMahon's [3]  677/2 874/25
875/8
mcmahoninvestigativegroup.co
m [1]  830/25
mean [20]  662/15 675/2 689/22
718/12 735/21 739/12 742/21
744/17 746/22 753/9 766/24
774/11 774/12 777/5 792/7 793/9
796/6 798/21 808/22 826/11
meaning [3]  669/6 669/8 689/15
means [8]  678/6 678/17 693/19
718/20 721/12 777/25 840/4 840/4

meant [3]  726/21 753/9 796/6
measures [2]  732/19 741/9
mechanical [1]  658/24
media [4]  788/22 788/23 789/2
789/4
meet [13]  698/25 748/25 749/2
750/2 750/14 752/2 754/15 850/5
850/10 852/3 857/19 857/24
865/14
meeting [3]  751/15 752/15 754/11
MELINDA [1]  659/4
member [4]  749/13 786/20 801/11
861/24
member's [1]  862/1
members [7]  732/20 734/4 734/5
758/4 770/13 861/13 865/14
members' [1]  861/10
men [28]  701/9 702/17 703/24
704/4 704/11 704/13 704/14
704/24 706/9 708/25 710/8 710/12
711/1 711/5 712/24 713/10 713/24
714/14 714/17 724/11 726/6 783/1
783/4 783/9 783/12 783/15 784/11
784/14
mentioned [5]  665/17 678/20
698/5 698/10 727/5
mere [2]  670/9 670/10
MEREDITH [1]  658/14
merely [1]  804/10
merit [2]  664/15 675/16
merits [6]  664/17 667/13 676/18
738/1 740/11 740/23
message [14]  730/19 731/14
844/25 845/10 852/11 855/13
857/9 857/13 857/15 862/17 865/3
868/2 868/11 869/21
messages [9]  702/9 787/4 824/5
824/8 854/11 855/7 855/8 855/9
855/10
messenger [1]  824/7
met [8]  751/7 751/9 752/6 752/9
753/22 754/1 754/7 786/12
metal [1]  729/12
mic [2]  681/13 681/17
MICHAEL [6]  658/6 786/8 831/23
832/13 845/18 845/21
microphone [8]  683/10 683/12
802/13 802/15 802/16 816/5
823/20 874/7
middle [2]  763/18 800/7
midnight [1]  874/23
might [11]  660/6 662/2 665/14
665/15 667/17 761/2 766/18
768/10 768/15 808/19 842/19
mike [5]  830/25 836/24 837/2
844/1 848/24
milk [1]  743/9
million [6]  758/22 758/23 759/11

## M

**million... [3]** 770/17 770/20 771/3
**mind [12]** 679/13 717/9 763/23
782/8 823/19 844/23 851/23
855/11 860/14 864/22 872/1 873/1
**minimal [1]** 676/16
**minus [1]** 854/11
**minute [5]** 783/8 815/22 841/14
848/3 861/16
**minutes [20]** 703/13 717/2 717/6
720/14 815/10 840/7 840/8 841/12
841/25 842/13 843/16 843/17
847/1 847/14 848/21 849/25 858/5
869/12 872/17 872/23
**Miranda [1]** 813/12
**mirrors [1]** 676/24
**mischaracterize [1]** 774/19
**mischaracterizing [2]** 795/11
795/22
**misconduct [1]** 665/10
**mishear [1]** 672/4
**misheard [1]** 673/21
**mislead [1]** 810/17
**miss [2]** 661/11 673/21
**missed [2]** 725/23 825/11
**missing [1]** 673/8
**misspoke [1]** 726/19
**Misspoken [1]** 866/4
**misunderstanding [2]** 766/7
784/17
**mix [1]** 670/3
**mobile [10]** 819/1 819/1 819/25
834/4 834/6 834/7 834/13 834/14
867/4 867/20
**mode [1]** 759/7
**moment [6]** 668/21 682/2 733/7
776/16 799/20 825/1
**moments [1]** 678/4
**money [16]** 662/22 736/4 736/5
736/21 737/1 737/3 737/4 737/25
739/17 746/14 746/17 756/15
771/4 856/3 865/19 866/21
**month [2]** 867/7 867/12
**months [3]** 670/21 671/19 753/2
**morning [17]** 659/12 680/25
681/20 683/16 683/17 694/2
697/12 717/2 718/18 748/23 790/5
792/6 794/21 860/24 875/14
875/15 875/22
**most [1]** 787/9
**mostly [2]** 756/5 842/22
**mother [6]** 688/4 752/19 755/20
756/22 757/11 757/21
**mother-in-law [6]** 688/4 752/19
755/20 756/22 757/11 757/21
**motion [7]** 659/16 659/18 659/21
660/25 663/15 665/21 677/16

**motivated [2]** 674/6 674/14
**motivation [1]** 674/20
**motive [3]** 673/10 673/11 676/11
**move [13]** 660/8 660/17 661/13
668/3 683/11 683/11 757/17
772/17 802/15 802/16 807/17
812/24 871/13
**moved [1]** 822/13
**moves [9]** 678/2 720/18 720/19
816/5 820/16 825/20 831/4 854/17
859/14
**moving [2]** 659/15 664/14
**Mr. Goldberger [14]** 675/4 679/19
681/5 718/6 718/7 719/12 733/12
745/21 748/6 763/19 768/23 779/5
798/8 875/17
**Mr. Heeren [4]** 668/9 678/10
680/23 780/8
**Mr. Jason [1]** 848/24
**Mr. Lustberg [5]** 677/10 719/10
786/3 806/6 806/10
**Mr. McMahon [13]** 659/22 665/7
665/11 673/13 712/14 715/24
717/20 717/23 719/10 728/6 786/9
786/12 803/19
**Mr. McMahon's [3]** 677/2 874/25
875/8
**Mr. Tung [17]** 719/14 745/17
789/17 789/19 793/3 794/6 796/21
799/15 803/21 806/8 806/12
807/17 807/19 810/3 812/22
814/10 814/22
**Mr. Yan [1]** 801/12
**Mr. Yong [2]** 789/24 790/2
**Mr. Zheng [20]** 659/14 666/15
668/24 669/14 669/16 669/19
669/21 669/25 670/2 670/13
670/15 670/21 670/22 670/23
671/2 671/14 671/19 671/23 672/1
674/3
**Mr. Zheng's [2]** 670/5 673/24
**Mr. Zhu [17]** 801/17 801/25 803/3
803/11 807/2 807/8 807/10 812/3
812/4 812/6 812/17 813/13 813/22
845/3 849/1 850/9 850/10
**Ms. Afra [3]** 733/10 813/4 814/21
**Ms. Arfa [10]** 662/18 663/24
683/13 703/17 717/1 721/16
726/18 797/2 800/8 800/13
**Ms. Chen [2]** 816/9 873/17
**Ms. Gonzalez [3]** 718/18 719/18
720/3
**Ms. Hwang [35]** 815/22 816/13
820/4 821/3 822/8 823/6 823/19
826/3 826/10 826/21 827/5 827/11
831/20 832/10 833/21 833/25
835/1 836/18 839/4 839/19 840/3
840/24 843/4 845/18 846/4 847/20

849/15 852/22 855/2 858/13
859/24 863/10 870/11 870/14
871/3
**Ms. Liu [31]** 669/7 683/10 688/20
689/13 690/13 690/23 691/23
693/9 694/3 695/2 701/6 708/15
709/25 712/6 714/14 716/22
722/17 724/5 732/16 733/15 786/7
789/20 789/24 790/5 790/6 791/21
791/25 792/6 794/8 795/12 797/3
**Ms. McMahon [21]** 688/18 688/25
691/21 694/18 694/24 696/18
701/4 705/6 706/12 709/21 712/3
712/21 713/22 723/19 724/2 727/3
727/17 728/25 729/6 814/17
826/15
**Ms. Wong [7]** 663/14 673/22
678/20 718/4 719/12 741/17
875/17
**Ms. Wong's [1]** 675/21
**Ms. Xu [2]** 845/19 849/19
**much [6]** 736/5 765/25 789/14
813/17 815/1 866/19
**multiple [2]** 694/19 705/19
**must [6]** 697/21 698/25 720/4
744/8 752/2 759/10
**myself [4]** 731/24 732/22 733/2
813/15

## N

**N-G [1]** 764/17
**N-O [1]** 862/5
**name [66]** 674/3 683/6 683/8
683/19 684/10 684/23 685/2 685/5
685/15 686/3 686/20 687/7 687/14
687/21 688/11 693/15 694/8 698/5
698/13 731/20 763/10 786/7
789/20 791/5 791/6 795/2 800/5
800/7 816/6 816/7 824/12 827/5
827/7 827/19 829/7 829/9 830/2
830/3 830/5 830/6 830/6 831/22
832/10 832/12 833/6 833/9 833/25
834/2 835/1 835/4 837/21 838/5
838/7 838/12 838/17 839/4 840/9
840/17 843/22 843/25 844/3 844/5
845/7 860/21 873/19 873/21
**named [5]** 749/14 786/8 832/18
834/4 866/8
**namely [4]** 660/1 664/3 665/8
805/11
**names [12]** 683/21 685/4 731/22
764/11 764/15 801/15 824/15
824/17 824/18 826/7 826/8 826/11
**Nancy [2]** 764/18 764/19
**nano [1]** 867/8
**narrative [1]** 678/3
**NATIONAL [2]** 658/16 821/21
**native [3]** 683/23 761/1 807/11

# N

**natural [2]** 808/19 809/1
**nature [5]** 663/9 668/12 668/16 774/18 789/9
**near [5]** 701/16 743/22 750/7 784/7 833/4
**nearby [1]** 753/22
**necessarily [4]** 664/10 668/7 670/1 736/3
**necessary [3]** 676/21 762/11 767/3
**need [21]** 667/13 679/19 681/14 683/12 688/16 708/2 713/16 746/14 748/17 764/4 844/20 850/6 856/20 856/23 857/1 858/3 865/6 867/7 867/10 868/7 869/25
**needed [3]** 689/17 691/1 823/15
**nefarious [1]** 671/12
**network [1]** 834/14
**networks [2]** 824/6 834/12
**neutralize [2]** 744/5 744/21
**never [11]** 660/23 662/24 672/3 674/3 674/16 743/10 790/24 791/3 808/18 808/20 867/14
**Newark [4]** 658/20 801/5 856/20 866/6
**newspaper [1]** 742/20
**nexus [1]** 664/13
**Ng [1]** 764/17
**night [3]** 846/14 865/9 874/23
**nil [1]** 663/21
**nilly [1]** 667/16
**nine [1]** 677/16
**NJ [2]** 850/12 852/4
**noise [1]** 701/25
**non [1]** 674/4
**Nonsense [1]** 856/2
**nor [1]** 679/5
**normal [2]** 668/7 865/7
**notarized [1]** 669/11
**notation [1]** 864/5
**notations [3]** 854/2 859/6 871/10
**note [27]** 689/12 690/9 705/19 715/5 715/12 715/14 715/14 715/15 716/9 719/19 722/2 722/3 722/5 722/19 722/20 774/15 774/19 774/20 783/7 783/22 783/24 783/25 784/2 784/5 784/6 784/19 785/7
**noted [3]** 768/2 841/12 863/2
**notes [1]** 836/10
**nothing [7]** 668/19 670/16 676/5 745/17 806/7 806/9 874/17
**notice [4]** 664/21 667/20 676/20 788/9
**noticed [1]** 721/4
**notify [1]** 862/12

**notion [5]** 677/7 680/4 735/24 743/11 808/13
**notions [1]** 667/8
**November [3]** 851/5 851/22 852/8
**November 1 [3]** 851/5 851/22 852/8
**NR [2]** 830/11 830/14
**nuance [1]** 761/11
**nullification [2]** 665/2 676/18
**nullifying [1]** 741/7
**number [86]** 663/22 664/1 677/18 677/18 677/25 677/25 718/17 719/3 719/20 719/21 719/21 720/19 721/4 721/13 721/13 819/13 819/19 820/3 820/3 820/15 824/12 826/23 826/25 827/11 827/25 828/2 829/11 829/14 832/2 832/3 832/23 832/25 833/19 834/19 834/21 835/12 836/7 836/18 837/18 838/22 838/24 839/12 840/9 840/10 840/11 840/12 840/18 841/23 841/24 842/4 842/6 843/9 843/10 843/12 843/12 843/13 843/22 845/19 845/21 847/11 847/12 847/25 848/1 848/9 848/10 849/8 849/9 849/16 849/19 849/20 851/10 851/11 852/10 852/11 855/21 855/25 861/23 861/24 861/25 862/1 862/5 862/14 862/24 863/1 863/4 865/9
**numbers [9]** 823/17 824/16 824/17 824/18 824/22 824/24 826/8 841/2 872/7
**numerous [1]** 666/20
**NW [1]** 658/17

# O

**object [4]** 699/17 718/2 718/5 718/9
**objection [129]** 690/2 690/3 690/4 691/10 691/11 691/12 696/1 696/2 696/3 697/4 700/16 700/17 700/18 703/25 705/15 705/16 705/17 709/13 709/14 709/15 712/13 712/15 712/16 714/18 715/23 715/25 716/1 717/19 717/20 717/22 718/13 718/15 719/8 719/11 719/13 719/15 722/8 723/7 728/5 728/7 728/8 734/16 734/19 735/2 748/5 748/15 748/20 750/11 751/12 752/11 753/13 754/19 755/5 755/11 756/16 756/20 757/2 757/6 757/15 758/16 759/14 762/2 762/10 762/24 763/5 763/15 765/3 769/19 771/17 771/20 779/10 779/14 782/11 784/23 785/2 785/21 790/20 791/1 791/10

791/17 791/23 792/2 792/4 792/12 792/18 795/9 795/20 796/2 796/18 798/16 798/23 799/2 799/10 803/18 803/20 803/22 806/17 806/19 806/20 807/5 808/3 812/14 812/19 814/10 814/11 820/18 820/19 820/20 822/24 822/25 823/1 825/21 825/22 825/23 831/8 831/9 831/10 854/19 854/20 854/21 859/16 859/17 859/18 864/10 864/11 864/12 871/15 871/16 871/17
**objections [3]** 717/25 747/2 793/12
**observe [3]** 732/9 732/11 869/20
**obtain [3]** 812/5 821/25 824/3
**obtained [6]** 669/23 819/11 819/17 819/25 820/13 830/22
**obviously [13]** 659/20 660/19 660/21 661/10 662/24 664/7 664/20 664/21 667/22 668/1 671/23 720/9 807/7
**occurred [7]** 660/7 669/21 735/1 760/1 772/1 777/1 808/1
**occurring [1]** 841/17
**October [23]** 671/10 801/4 801/7 803/2 803/11 817/10 840/24 843/5 843/6 843/8 844/12 844/22 845/16 845/18 846/1 846/19 847/2 847/7 848/5 848/20 849/3 849/13 849/24
**October 2020 [1]** 801/4
**October 24th [1]** 846/1
**October 25th [1]** 846/19
**October 26th [2]** 847/2 847/7
**October 27 [2]** 849/3 849/13
**October 27th [3]** 848/5 848/20 849/24
**October 28 [3]** 801/7 803/2 803/11
**October 5th [7]** 843/5 843/6 843/8 844/12 844/22 845/16 845/18
**October 6 [1]** 840/24
**odd [2]** 778/4 778/7
**offered [2]** 797/11 810/18
**offering [1]** 804/9
**offers [15]** 690/1 691/9 695/25 700/15 705/14 709/11 712/12 715/21 722/6 723/2 728/3 803/16 814/8 822/23 864/8
**office [13]** 658/12 773/23 802/4 816/16 816/18 816/22 816/24 817/7 817/18 848/24 848/25 852/3 852/5
**Officer [1]** 800/25
**officers [1]** 744/9
**often [2]** 675/5 732/6
**oh [10]** 671/6 671/21 672/4 673/1 746/4 770/4 846/16 867/3 867/6 875/10

**O**

**old [6]** 696/22 699/22 752/3 752/6 752/14 777/4
**older [1]** 756/13
**Oldnaughtykid [1]** 871/25
**omitted [1]** 666/6
**once [3]** 732/7 732/7 777/6
**One 5527719956 [1]** 865/9
**ones [6]** 670/4 678/25 729/13 729/22 788/24 789/1
**ongoing [1]** 774/6
**opaque [1]** 729/22
**open [16]** 659/10 680/3 680/14 717/9 720/24 748/1 762/1 763/23 768/3 776/1 779/1 787/21 794/1 808/13 812/1 873/1
**open-ended [1]** 680/3
**opened [2]** 713/25 787/21
**operate [1]** 759/6
**operating [1]** 770/23
**operation [20]** 693/10 693/13 693/22 739/21 788/7 788/10 788/11 788/14 788/21 789/5 789/8 789/9 789/10 789/11 794/9 794/17 794/22 794/23 795/1 795/15
**opine [2]** 740/13 810/7
**opportunities [3]** 759/1 770/21 771/1
**opportunity [8]** 680/3 720/8 808/4 808/5 808/11 812/4 868/21 875/4
**opposed [1]** 796/9
**option [1]** 759/5
**order [6]** 667/14 676/21 699/21 736/12 746/12 776/12
**original [3]** 677/16 697/23 860/7
**otherwise [1]** 668/17
**ourselves [2]** 699/14 733/5
**outcome [1]** 667/12
**outgoing [10]** 840/11 843/8 843/12 847/11 847/25 848/9 849/8 851/10 855/8 855/10
**outset [1]** 664/16
**outside [3]** 729/15 735/19 869/9
**overhear [1]** 752/8
**overnight [1]** 732/18
**overruled [25]** 697/5 699/18 704/2 714/19 750/12 752/12 754/20 755/6 755/12 757/3 757/7 758/18 762/25 769/20 782/12 785/22 790/21 791/2 791/11 792/13 796/3 798/17 799/3 806/24 807/6
**oversea [2]** 794/14 794/19
**overseas [2]** 693/18 795/3
**overstate [1]** 760/25
**overview [1]** 821/18
**own [10]** 668/19 674/18 678/7 698/3 729/20 782/8 790/14 804/23

841/8 856/20
**owned [3]** 786/17 791/3 791/4
**owner [1]** 844/2

**P**

**P.C [3]** 658/19 659/2 659/5
**p.m [31]** 718/20 718/21 718/24 768/2 843/9 843/11 844/12 844/22 846/14 846/16 846/17 846/20 847/5 847/7 847/17 847/23 848/12 849/13 849/24 851/5 851/22 852/6 856/14 857/2 864/24 866/7 868/6 868/15 869/3 870/1 875/24
**packaging [1]** 711/4
**page [77]** 679/4 682/5 692/12 695/1 706/12 706/16 706/21 707/1 707/10 707/15 707/25 711/9 712/22 728/14 728/19 728/25 730/21 734/22 747/5 755/24 759/19 761/14 771/24 775/6 776/18 778/10 781/15 792/21 793/16 800/9 805/15 807/21 811/4 815/24 819/8 819/22 820/9 827/3 827/9 827/17 828/4 829/3 829/3 830/17 831/25 832/8 833/3 833/11 833/22 834/24 835/8 835/17 836/16 836/23 840/23 841/15 842/3 842/17 843/19 844/17 845/15 845/24 847/6 848/4 848/14 849/3 849/11 850/13 851/4 851/15 852/20 858/11 862/23 863/9 870/12 876/2 877/2
**page 1 [7]** 695/1 728/25 834/24 835/17 836/16 841/15 843/19
**page 10 [1]** 844/17
**page 16 [1]** 848/14
**page 17 [2]** 707/25 849/11
**page 2 [6]** 706/12 819/8 832/8 840/23 845/24 847/6
**page 29 [1]** 679/4
**page 3 [5]** 706/16 820/9 827/9 833/11 835/8
**page 30 [1]** 833/22
**page 4 [1]** 706/21
**page 5 [2]** 707/1 829/3
**page 6 [1]** 829/3
**page 7 [1]** 830/17
**page 8 [1]** 707/15
**pages [4]** 694/19 705/7 707/7
**pages 5 [1]** 829/2
**paid [2]** 748/14 771/4
**pain [1]** 732/13
**pair [1]** 784/4
**PAMELA [1]** 658/9
**paper [12]** 708/20 714/2 714/4 714/8 715/2 716/14 716/17 727/14 784/7 784/9 784/12 805/1

**papers [1]** 660/14
**paragraph [10]** 819/8 819/9 819/14 819/14 819/21 819/23 820/10 820/11 830/17 830/20
**paragraph 10 [1]** 819/21
**paragraph 14 [1]** 820/10
**paragraph 28 [1]** 830/17
**paragraph 6 [1]** 819/8
**paragraph 8 [1]** 819/14
**parallel [3]** 661/15 661/15 668/13
**Pardon [2]** 788/25 869/13
**parentheses [2]** 833/16 839/23
**parenthetical [1]** 837/25
**parents [1]** 688/5
**park [1]** 852/4
**parked [3]** 708/5 856/25 857/4
**part [22]** 664/22 679/9 681/6 704/7 705/19 706/9 706/14 707/2 707/11 707/16 714/3 719/5 719/20 721/6 722/22 722/24 736/22 741/10 765/20 773/22 821/17 866/21
**participants [10]** 853/7 853/9 860/1 863/13 863/15 864/18 864/20 870/19 870/20 871/23
**particular [3]** 676/8 797/17 826/11
**parties [2]** 851/9 855/6
**partners [1]** 733/4
**parts [1]** 803/14
**party [10]** 718/14 752/5 824/6 824/12 824/15 826/7 840/9 840/17 840/17 855/10
**pass [2]** 845/4 849/1
**passed [1]** 787/7
**past [1]** 711/5
**pasted [3]** 715/13 722/22 722/23
**PAUL [1]** 659/3
**Pause [3]** 661/6 661/24 768/18
**pay [3]** 793/9 863/4 865/18
**paying [3]** 662/22 735/19 861/17
**PDF [1]** 823/12
**peeking [3]** 703/8 703/24 704/4
**pending [7]** 659/19 672/16 677/19 745/25 774/3 774/4 799/8
**Pennsylvania [1]** 658/17
**people [29]** 681/1 693/20 699/12 699/13 702/5 702/18 732/23 732/24 738/5 738/5 740/7 741/2 753/10 759/4 770/18 783/3 794/22 794/24 794/25 795/4 795/7 795/12 795/25 796/10 798/4 810/13 810/24 866/18 868/16
**People's [3]** 692/2 692/8 804/24
**per [5]** 671/4 732/7 737/6 867/7 867/12
**perceive [5]** 664/1 664/14 679/2 680/18 774/12
**perceived [7]** 659/25 662/19 663/23 667/8 670/10 671/16

**P**

**perceived...** [1] 772/20
**perceives** [1] 775/2
**perception** [3] 676/11 680/10
742/14
**perceptions** [1] 665/20
**perhaps** [8] 663/3 664/8 667/4
667/8 670/18 672/10 678/24 772/4
**period** [12] 740/18 745/2 745/23
746/9 767/7 823/9 823/14 845/4
845/4 845/11 845/13 854/10
**perpetrators** [2] 670/5 670/24
**persecuted** [1] 796/12
**persecution** [1] 732/14
**person** [10] 698/12 700/12 739/6
754/4 758/21 790/2 790/3 850/7
857/1 861/23
**personal** [2] 669/14 743/23
**personally** [1] 821/25
**personnel** [2] 856/19 866/17
**persons** [1] 693/18
**persuade** [5] 697/21 699/1 749/11
752/3 755/21
**pertaining** [3] 817/14 818/1 821/4
**phone** [91] 658/23 703/7 704/15
711/2 731/25 754/3 783/22 818/4
818/6 818/10 818/22 818/22 821/3
821/4 821/19 821/23 822/1 823/9
823/14 823/17 823/17 823/21
823/22 823/23 824/3 824/12
824/16 824/17 824/18 824/22
824/24 826/8 826/23 826/25
827/11 827/24 828/2 830/10
830/14 832/2 832/2 832/23 834/7
834/8 834/18 834/21 835/12 836/5
837/16 838/21 839/11 840/9
840/10 840/11 840/12 840/18
841/8 841/17 841/23 841/24 842/4
842/6 843/9 843/10 843/12 843/12
843/13 845/16 847/11 847/12
847/16 847/18 848/9 849/16
849/19 849/20 853/4 855/19
855/21 856/6 861/23 861/25 862/1
862/14 862/24 863/1 863/4 865/1
865/4 865/6 867/9
**phony** [2] 743/19 743/20
**photo** [18] 687/1 690/15 691/5
706/23 715/15 715/16 715/18
716/9 716/21 727/21 787/12
787/22 788/1 833/4 845/7 868/16
868/22 872/11
**photograph** [4] 716/7 716/16
728/14 728/23
**photographed** [1] 785/8
**photos** [2] 705/19 711/7
**phrase** [2] 777/20 779/16
**phrasing** [3] 760/2 766/22 779/15

**physical** [2] 722/3 723/22
**physically** [1] 784/3
**pick** [10] 675/20 715/6 784/1
784/9 855/19 861/12 861/24
862/13 866/17 866/19
**picked** [1] 734/10
**picking** [2] 866/21 867/23
**pickup** [1] 866/10
**picture** [11] 689/21 689/22 689/23
715/4 731/10 742/7 783/24 787/15
787/19 788/3 865/3
**pictures** [9] 742/2 742/11 744/8
744/11 783/1 786/17 868/21
869/15 869/21
**piece** [14] 708/19 714/2 714/3
714/4 714/8 715/2 716/13 716/17
727/14 784/7 784/9 784/11 805/1
805/6
**pieces** [1] 732/8
**pin** [2] 688/19 689/1
**PKC** [1] 658/2
**place** [10] 713/18 717/4 751/15
754/4 756/6 758/8 806/15 824/8
857/18 873/23
**placed** [1] 802/20
**Plaintiff** [1] 658/4
**plan** [5] 697/23 698/2 867/7
867/13 875/14
**plane** [2] 862/11 865/11
**planned** [1] 857/5
**planning** [1] 875/3
**plans** [1] 755/2
**plastic** [1] 715/5
**plate** [1] 865/7
**play** [2] 709/22 710/17
**played** [6] 709/24 710/18 713/6
725/20 805/14 806/2
**playing** [1] 865/24
**Plaza** [1] 658/13
**plenty** [2] 759/1 865/16
**plural** [1] 704/11
**plus** [1] 736/13
**podium** [1] 719/6
**point** [20] 662/21 663/1 665/16
666/17 666/18 677/14 679/7
702/12 736/2 741/25 744/10 776/7
776/13 788/10 820/16 822/22
825/19 850/5 855/20 872/18
**points** [2] 664/16 844/9
**police** [3] 744/8 783/5 783/10
**political** [10] 693/14 693/15
693/21 740/7 740/7 794/24 795/4
795/8 796/1 796/16
**portion** [6] 830/19 838/11 853/24
859/3 864/2 871/8
**portions** [1] 709/17
**position** [7] 718/14 800/22 801/4
817/4 817/11 817/15 818/2

**positioned** [2] 722/20 724/23
**possession** [1] 678/13
**possibility** [3] 665/11 665/18
680/8
**possible** [5] 661/25 681/12 855/16
857/8 860/24
**post** [1] 875/8
**post-arrest** [1] 875/8
**postcard** [1] 731/20
**postcards** [1] 731/19
**posted** [3] 714/2 729/24 730/11
**poster** [1] 742/6
**potential** [6] 661/3 661/7 665/2
676/14 677/1 775/4
**potentially** [1] 665/6
**power** [1] 796/11
**practice** [1] 718/1
**PRC** [4] 676/22 679/2 692/2 692/9
**PRC's** [2] 667/20 676/20
**pre** [5] 734/13 852/17 858/8
863/21 870/8
**pre-college** [1] 734/13
**pre-marked** [4] 852/17 858/8
863/21 870/8
**precautions** [1] 729/9
**precisely** [1] 739/25
**preclude** [1] 677/17
**prefer** [1] 759/7
**prejudice** [4] 666/2 676/14 677/2
744/6
**prejudicial** [4] 665/6 676/16
740/25 741/7
**premarked** [4] 822/4 825/3 825/16
863/6
**premises** [1] 783/8
**prep** [1] 734/13
**preparation** [1] 661/2
**prepared** [1] 860/20
**preparing** [1] 766/5
**prepping** [1] 662/7
**present** [16] 659/10 762/1 768/3
776/1 779/1 801/24 806/16 806/25
807/9 807/10 809/17 809/18
810/14 810/16 810/23 810/25
**presentation** [1] 804/10
**presented** [4] 853/23 855/5 864/1
871/7
**presumably** [1] 668/2
**presume** [1] 670/14
**presuming** [1] 766/1
**pretend** [1] 865/21
**previous** [6] 689/7 696/10 724/21
728/23 755/14 853/22
**previously** [17] 689/10 690/21
695/15 700/7 705/4 708/12 708/14
712/3 715/8 721/5 721/21 727/16
769/1 804/5 813/7 826/5 826/16
**primary** [2] 827/11 835/12

**P**

**principle [1]** 796/9
**prior [13]** 659/21 659/21 669/9 669/16 671/19 675/25 745/17 751/4 752/24 769/12 813/13 817/15 818/18
**private [8]** 699/7 729/23 735/16 781/1 857/3 862/3 862/3 869/3
**privately [2]** 751/7 754/7
**probative [4]** 663/20 666/2 674/11 676/15
**probe [1]** 765/11
**problem [4]** 667/14 667/25 809/2 858/1
**problems [1]** 667/17
**proceeding [2]** 668/6 684/3
**proceedings [5]** 658/24 661/6 661/15 661/24 768/18
**process [7]** 708/24 746/8 746/13 747/1 773/24 774/1 774/16
**produced [4]** 658/25 666/20 819/19 820/1
**professor [1]** 757/20
**program [5]** 794/9 794/12 794/18 795/2 795/15
**progress [1]** 872/15
**project [6]** 759/3 759/6 770/23 771/4 771/5 771/12
**prolong [1]** 681/7
**prolonged [1]** 748/3
**promise [1]** 674/16
**promised [2]** 797/14 797/17
**promises [6]** 664/4 665/22 667/1 667/4 667/11 679/11
**proof [1]** 741/9
**proper [1]** 678/16
**properly [1]** 741/24
**properties [1]** 789/25
**property [10]** 727/12 729/24 745/11 790/6 790/14 790/19 790/24 791/3 791/4 791/15
**proposal [1]** 719/3
**prosecute [2]** 693/15 862/14
**prosecution [7]** 668/10 677/1 751/11 772/21 773/23 774/5 774/6
**prosecutor [3]** 698/9 701/3 862/11
**prosecutors [7]** 666/25 744/9 780/7 780/8 780/19 781/3 781/6
**protecting [1]** 738/7
**protection [1]** 729/20
**prove [1]** 676/22
**proved [1]** 738/18
**provide [4]** 689/15 759/10 765/15 867/5
**provided [18]** 666/9 666/11 671/18 677/20 679/12 763/12 765/11 767/7 773/16 773/18 804/5 805/3 805/4 813/13 813/22 824/24 827/15 835/1
**provider [1]** 841/10
**providers [5]** 818/7 818/23 818/25 824/4 834/13
**provides [2]** 669/11 723/4
**proving [1]** 739/9
**public [1]** 720/7
**publicly [1]** 699/4
**publish [73]** 686/9 686/15 686/22 687/2 687/9 687/16 687/25 688/6 688/13 688/24 690/5 691/13 694/15 694/21 696/5 700/19 705/18 709/17 709/22 710/16 712/19 713/4 716/5 722/15 723/14 723/16 723/21 725/15 728/12 804/1 804/3 804/12 814/14 819/4 820/21 820/25 822/3 823/2 825/2 825/24 826/15 827/2 829/1 829/23 830/15 831/16 832/7 833/2 833/21 834/23 835/16 836/15 837/4 838/9 839/1 842/1 843/18 844/16 848/13 851/3 851/13 852/16 853/16 854/25 858/7 858/21 859/22 863/5 863/20 864/16 870/7 870/25 871/21
**published [64]** 686/12 686/17 686/24 687/3 687/11 687/16 688/2 688/8 688/15 689/2 690/8 690/10 691/16 691/18 694/17 694/23 695/16 696/8 700/8 700/22 705/5 705/22 708/11 709/20 712/20 713/6 716/6 722/16 723/15 723/20 723/24 725/20 728/13 804/2 814/16 814/19 819/7 823/5 826/2 826/18 829/4 830/1 830/18 831/19 832/9 833/5 833/13 833/24 834/25 835/11 835/19 836/17 837/7 839/3 839/18 840/2 843/21 844/19 849/14 855/1 859/23 864/17 871/22
**pull [2]** 683/10 802/12
**pulling [1]** 823/20
**purchase [1]** 729/12
**purchased [5]** 729/14 729/17 729/19 729/23 790/18
**purely [1]** 739/16
**purpose [5]** 699/21 772/4 794/18 823/13 861/1
**purposes [1]** 768/8
**pursuant [2]** 723/2 737/25
**pursuing [1]** 659/25
**put [27]** 663/25 667/21 668/22 673/1 715/4 715/5 719/2 742/2 742/6 742/11 742/11 742/13 742/24 742/25 743/3 743/4 743/6 743/9 744/8 745/5 746/14 758/13 758/14 764/16 783/7 785/7 839/14

**putting [1]** 744/11

**Q**

**Q-I-N [1]** 686/5
**Qin [3]** 686/4 686/7 688/12
**Queens [2]** 801/13 802/4
**question [66]** 669/18 675/15 680/4 680/13 701/1 704/3 716/20 726/19 726/22 737/16 737/20 739/19 744/7 745/10 745/25 746/12 746/18 748/6 748/18 750/22 755/8 756/9 757/16 757/19 758/17 759/16 761/8 761/12 762/3 762/12 762/13 765/24 766/11 767/6 771/7 773/19 773/20 776/2 779/4 779/5 780/11 781/13 782/13 788/6 794/6 794/16 795/24 806/23 807/14 807/14 807/17 808/7 808/16 808/24 808/25 809/16 809/17 810/13 810/15 810/23 845/3 857/9 861/19 865/18 868/3 874/19
**questioning [1]** 752/4
**questions [36]** 659/24 663/17 676/14 733/9 739/1 740/20 741/2 741/6 742/10 743/21 746/25 753/16 761/6 769/6 772/2 772/10 772/13 772/24 775/1 776/3 786/1 789/15 793/4 796/20 798/6 799/12 799/16 806/4 806/11 807/3 810/3 812/25 814/20 860/20 860/23 865/25
**quick [3]** 759/18 776/16 857/23
**quite [3]** 809/3 810/15 872/20
**quote [27]** 860/22 860/25 861/2 861/5 861/9 861/13 862/3 866/9 866/12 867/19 867/19 867/22 867/22 867/25 867/25 868/4 868/5 868/24 869/2 869/6 869/8 869/11 869/15 869/17 869/19 869/21 869/24

**R**

**raise [4]** 682/4 720/2 800/2 865/18
**raised [1]** 678/19
**raising [1]** 678/22
**ran [2]** 809/7 809/22
**rather [4]** 668/9 675/17 764/10 842/3
**reaction [1]** 663/15
**read [45]** 760/15 818/13 819/9 827/14 827/21 829/14 829/20 830/5 830/13 830/19 831/22 832/5 832/25 833/8 833/19 834/2 834/15 835/4 835/14 836/21 837/1 837/11 837/18 837/23 838/14 838/19 838/24 839/7 839/9 839/12 844/7 844/10 844/21 844/24 848/23

# R

**read... [10]**  850/3 850/8 851/16 851/23 852/12 855/11 860/14 864/23 868/18 872/1

**reading [9]**  678/6 843/22 844/13 844/23 851/23 855/11 860/14 864/22 872/1

**reads [20]**  677/17 819/15 819/23 820/11 830/20 837/24 842/21 844/25 845/10 860/22 862/17 865/3 866/9 866/12 867/19 867/22 867/25 868/24 869/11 869/15

**ready [6]**  681/6 717/6 815/7 815/11 873/1 875/21

**real [3]**  719/1 738/7 771/4

**realize [1]**  758/25

**realized [1]**  755/2

**really [14]**  663/21 664/11 664/13 664/19 669/23 672/18 737/6 742/22 745/6 754/12 765/9 765/14 767/6 850/6

**reason [10]**  667/23 668/3 671/12 676/23 677/2 720/12 763/2 765/4 773/6 808/2

**reasonable [3]**  665/13 677/4 677/7

**reasons [2]**  677/8 742/14

**rebuilding [1]**  758/25

**recall [3]**  662/13 785/5 818/25

**recanting [1]**  745/20

**receive [4]**  732/6 754/3 782/7 821/13

**received [35]**  679/22 690/6 691/14 696/6 700/21 705/21 709/19 712/18 716/3 722/13 723/12 727/5 728/10 732/3 732/5 732/8 782/3 787/14 797/24 803/24 804/24 805/7 814/13 818/22 820/24 823/4 825/25 831/18 840/5 841/23 854/23 855/20 859/20 864/14 871/19

**receiving [1]**  731/17

**recess [3]**  720/23 767/11 815/12

**recognize [27]**  680/7 689/18 691/2 695/17 700/9 705/8 710/12 710/13 715/9 721/24 727/18 802/10 802/23 803/5 813/9 813/18 813/24 814/1 822/8 825/6 852/24 853/19 858/13 858/23 863/22 870/14 871/3

**recognized [1]**  743/12

**reconsideration [2]**  659/16 663/16

**record [31]**  659/13 660/11 663/7 663/19 663/25 666/6 677/12 678/21 680/24 683/6 717/16 717/20 726/4 726/7 764/11 764/16

768/5 777/23 793/1 799/22 800/5 816/6 820/5 820/6 823/11 841/8 841/10 841/11 841/13 842/19 868/18

**record's [1]**  726/18

**recorded [3]**  658/24 708/24 802/19

**recording [6]**  702/12 702/12 784/13 803/2 806/2 806/3

**records [27]**  818/4 818/10 818/22 819/2 819/11 819/12 819/12 819/17 819/18 819/18 819/25 820/1 820/2 820/2 820/13 820/14 821/4 821/19 821/20 822/13 823/10 824/3 824/10 830/22 830/23 841/6 841/7

**recross [3]**  798/7 798/10 814/22

**recycle [1]**  731/15

**red [4]**  664/21 667/19 676/20 844/10

**redaction [1]**  691/18

**redactions [4]**  689/13 689/15 690/10 690/22

**redirect [7]**  766/13 796/22 796/25 807/7 813/1 813/5 814/23

**refer [2]**  692/7 859/11

**referenced [3]**  698/22 704/16 859/11

**references [1]**  692/5

**referencing [1]**  860/7

**referred [2]**  704/11 800/18

**referring [5]**  706/2 768/12 790/9 796/4 805/2

**refers [1]**  692/8

**reflect [3]**  676/3 712/23 823/21

**reflected [10]**  690/16 823/25 824/9 840/15 840/18 841/17 841/20 843/7 844/11 854/8

**reflects [1]**  727/21

**regard [8]**  677/19 677/21 678/1 762/8 762/17 763/3 782/4 874/24

**regarding [19]**  660/7 664/17 666/12 666/14 667/3 668/25 673/19 716/9 726/10 736/16 758/10 759/8 771/7 787/19 789/5 797/11 797/15 797/18 821/10

**regardless [1]**  680/8

**regards [2]**  667/2 774/16

**regional [6]**  759/4 759/5 759/5 770/20 770/22 771/13

**regular [3]**  698/15 698/18 698/19

**Reilly [3]**  669/3 669/7 672/9

**reject [1]**  665/14

**rejected [1]**  665/13

**relate [2]**  670/1 746/25

**related [5]**  678/13 678/14 679/15 740/20 774/21

**Relatedly [1]**  746/6

**relating [4]**  819/12 819/18 820/2 820/14

**relation [1]**  708/1

**relationship [4]**  708/3 755/3 780/17 865/17

**relative [1]**  708/3

**relatively [1]**  676/16

**relatives [6]**  731/22 732/15 732/25 733/3 861/2 861/2

**relaxing [1]**  681/22

**release [1]**  719/3

**relevance [7]**  672/12 679/13 736/7 737/17 739/4 791/19 793/3

**relevant [10]**  673/2 673/18 676/8 735/3 739/6 740/15 746/10 767/8 772/3 793/11

**relief [2]**  663/11 681/6

**rely [2]**  684/4 825/14

**relying [1]**  684/2

**remain [2]**  682/1 799/23

**remaining [1]**  866/16

**remember [36]**  665/16 714/8 714/9 733/24 745/9 745/14 745/24 749/22 749/23 750/13 750/19 754/9 754/24 776/14 777/5 777/8 777/12 777/16 777/21 778/4 778/7 779/3 783/19 785/16 785/19 785/25 787/2 788/15 789/2 789/3 789/7 789/12 794/21 804/21 865/17 872/24

**remembered [1]**  785/4

**remembering [1]**  761/3

**remind [6]**  686/20 687/7 687/14 694/8 700/23 703/17

**removed [4]**  854/2 859/6 864/5 871/11

**RENEE [1]**  659/4

**renewing [1]**  659/15

**renumbered [1]**  720/21

**rep [1]**  788/9

**repatriate [4]**  740/17 744/16 794/13 794/19

**repeat [4]**  706/5 755/8 762/13 794/16

**rephrase [1]**  761/8

**reply [1]**  875/3

**report [4]**  669/15 742/20 789/4 789/4

**reported [2]**  787/12 787/24

**reporter [8]**  658/23 742/25 743/23 768/9 777/19 834/9 842/22 873/15

**reporters [2]**  736/8 873/25

**represent [1]**  786/8

**representation [4]**  663/8 674/16 679/14 700/13

**representations [2]**  680/9 761/9

**represented [2]**  760/23 841/8

**representing [1]**  800/25

**R**

**Republic [2]** 692/2 692/8
**request [13]** 659/15 659/17
662/10 663/10 665/7 667/21
670/21 673/3 676/20 677/3 677/25
679/5 770/5
**requested [5]** 662/10 677/18
677/22 677/23 679/8
**requests [1]** 679/12
**require [1]** 758/1
**requirement [3]** 758/6 758/19
759/9
**requirements [3]** 758/3 758/5
867/9
**requires [1]** 758/21
**research [3]** 717/6 763/22 872/25
**reserved [1]** 750/7
**residence [8]** 690/15 691/5 695/5
701/9 701/10 705/11 706/20 787/8
**resident [1]** 735/13
**residing [1]** 734/8
**resolve [2]** 664/4 781/3
**resolving [1]** 664/9
**respect [16]** 663/11 664/20 665/23
671/13 673/18 673/23 674/19
680/1 717/25 718/17 738/4 741/1
742/1 746/25 768/14 775/3
**respective [1]** 824/16
**Respond [1]** 857/8
**response [5]** 662/16 779/4 808/19
809/1 874/24
**responsibilities [3]** 800/22 817/11
817/21
**responsibility [1]** 770/22
**responsible [3]** 770/23 770/24
771/2
**rest [2]** 721/12 770/12
**restful [1]** 681/21
**result [6]** 668/5 699/24 729/8
780/10 780/12 797/17
**resume [3]** 681/22 720/14 763/19
**resumes [1]** 768/4
**retaliated [1]** 796/12
**retired [1]** 757/4
**retrieve [1]** 723/25
**return [13]** 693/19 695/1 697/21
697/22 699/1 699/25 700/4 703/20
703/23 749/10 770/7 795/3 868/19
**returned [6]** 703/9 703/10 703/15
725/3 752/5 787/9
**returning [1]** 861/5
**review [10]** 691/20 709/7 723/22
758/11 802/23 817/14 818/1
818/10 818/18 823/17
**reviewed [8]** 696/11 708/15
708/19 802/19 802/21 803/9
807/12 818/4

**revisiting [1]** 772/19
**right [113]** 660/22 661/4 661/22
672/7 672/21 672/25 673/12
679/17 682/4 702/7 704/22 705/2
713/16 713/17 717/5 717/24
718/23 719/18 721/19 723/18
725/17 727/6 738/21 739/23 740/3
744/13 744/13 745/13 745/14
746/4 762/22 764/13 764/25 765/9
771/19 774/24 778/2 781/5 783/14
785/6 787/5 788/2 788/8 790/10
793/13 793/14 794/9 794/25 795/8
795/14 795/15 795/17 796/17
798/25 799/13 799/17 800/2 802/7
806/18 807/4 808/22 809/16 810/7
810/18 810/22 811/1 811/2 812/5
812/7 812/8 812/21 813/3 813/4
813/20 816/24 821/2 825/5 826/9
829/12 829/16 830/9 831/14
832/22 834/18 836/9 837/9 837/25
838/4 839/16 842/8 843/3 844/2
844/13 844/14 849/16 849/22
849/23 850/4 851/24 852/12
852/19 855/6 855/7 855/11 858/2
858/10 867/13 869/20 869/20
870/10 871/2 872/21 873/9
**right-hand [6]** 826/9 832/22 837/9
839/16 855/6 855/7
**rights [11]** 807/8 807/11 807/13
808/14 809/7 809/23 812/6 812/9
813/14 813/15 814/6
**rise [10]** 659/11 681/18 717/10
720/25 763/24 768/19 815/8
815/15 815/22 873/4
**Risk [1]** 821/17
**road [2]** 809/23 870/4
**Robert [2]** 669/3 672/9
**role [4]** 670/15 816/20 817/9
817/22
**ROM [2]** 731/19 731/20
**room [1]** 710/24
**rooms [2]** 729/13 750/7
**Ross [1]** 875/9
**roughshod [1]** 809/7
**round [1]** 861/6
**routes [1]** 865/16
**row [11]** 719/6 721/5 827/18
830/13 831/20 831/22 832/8
833/23 835/18 837/5 843/23
**row 1 [1]** 837/5
**row 17 [1]** 833/23
**row 9 [1]** 832/8
**row 95 [1]** 830/13
**rows [4]** 829/24 839/24 840/1
840/4
**RPR [1]** 658/23
**rubber [1]** 715/4
**rude [1]** 701/24

**rudely [2]** 701/11 725/11
**rule [13]** 662/4 717/25 736/20
**ruled [4]** 674/10 745/16 745/17
808/15
**ruling [1]** 745/17
**rulings [2]** 659/21 738/7
**run [1]** 735/4

**S**

**S-I-N-A,.com-222567 [1]** 829/22
**Sabrina [1]** 685/5
**safe [1]** 730/20
**safely [1]** 783/25
**safety [4]** 712/8 729/9 729/13
730/17
**sake [1]** 703/18
**satisfies [1]** 778/8
**saw [27]** 697/12 702/5 702/17
702/23 703/24 704/4 704/14
704/19 705/1 714/2 724/15 724/17
724/20 726/3 726/6 726/12 726/25
728/22 751/5 753/3 783/9 783/11
784/13 789/2 825/10 853/22
873/23
**scared [2]** 701/24 725/14
**schedule [1]** 719/2
**scheduled [3]** 718/22 718/23
861/6
**scheduling [3]** 719/22 720/12
721/8
**scheme [1]** 669/19
**scholarship [1]** 748/19
**school [15]** 718/20 718/22 720/7
720/10 734/8 734/13 734/14
734/15 735/12 735/16 735/18
736/6 746/3 748/10 748/12
**scope [2]** 810/5 812/16
**screen [2]** 726/15 855/6
**screenshot [4]** 712/7 868/9
868/10 870/3
**scroll [9]** 694/19 694/24 705/6
712/4 727/17 813/23 830/9 837/14
852/20
**se [1]** 737/6
**seal [1]** 733/4
**sealed [1]** 733/2
**seamless [1]** 823/18
**search [1]** 760/18
**seat [9]** 681/20 683/5 683/11
717/15 719/5 764/3 800/4 802/15
816/4
**seated [4]** 721/2 721/5 768/21
815/17
**second [30]** 661/4 661/23 666/1
666/18 671/7 677/14 679/7 712/22
725/13 741/14 742/15 751/13
754/16 760/21 768/6 776/17
777/23 809/14 827/19 835/21

**S**

**second... [10]** 839/5 840/14 841/14 842/18 843/11 843/17 851/11 852/20 856/22 870/12
**Secondly [1]** 717/25
**seconds [3]** 840/7 847/1 847/14
**secretly [1]** 865/20
**sections [1]** 874/25
**secured [2]** 660/18 662/17
**security [8]** 658/16 702/4 712/10 724/15 729/18 783/11 800/25 852/5
**seeing [1]** 704/16
**seek [2]** 663/1 804/13
**seeking [1]** 664/4
**seize [1]** 821/25
**selection [1]** 720/4
**self [3]** 729/19 792/16 861/20
**self-employed [1]** 792/16
**semi [1]** 661/15
**semi-parallel [1]** 661/15
**send [11]** 702/9 730/18 736/5 787/11 787/20 788/4 788/4 845/8 860/23 869/21 872/15
**sender [2]** 787/10 826/20
**sending [3]** 756/14 756/15 782/9
**sends [6]** 845/9 860/18 868/17 868/22 869/18 872/11
**senior [2]** 800/24 817/17
**sense [4]** 668/12 671/24 719/17 778/6
**sent [23]** 666/14 694/7 697/11 731/20 731/23 734/7 734/8 735/15 735/17 735/18 754/14 756/12 774/15 787/1 787/12 787/14 788/1 823/24 837/2 862/16 868/15 869/5 869/23
**sentence [3]** 766/21 830/20 844/7
**sentencing [1]** 765/6
**separate [5]** 666/23 679/15 718/25 737/21 821/16
**separately [1]** 752/10
**September [35]** 666/15 671/4 671/25 672/7 672/7 673/18 701/7 706/2 706/3 706/6 709/6 710/1 710/20 724/6 724/7 724/11 724/13 725/22 725/24 729/8 729/9 730/2 771/14 782/22 782/24 783/3 783/18 784/16 785/17 785/18 823/9 841/18 841/22 842/12 842/21
**September 15 [1]** 724/7
**September 1st [1]** 823/9
**September 2015 [1]** 842/21
**September 2018 [5]** 666/15 671/4 671/25 673/18 706/2
**September 24th [3]** 841/18

841/22 842/12
**September 4 [1]** 701/7
**September 4th [8]** 710/1 710/20 724/11 729/8 730/2 782/22 782/24 783/3
**September 5 [2]** 725/22 725/24
**September 5th [6]** 709/6 724/13 729/9 783/18 784/16 785/18
**sequitur [1]** 674/4
**seriously [1]** 782/18
**serve [1]** 699/21
**served [2]** 671/18 673/25
**service [4]** 781/7 818/22 824/4 834/12
**serving [1]** 721/9
**set [3]** 754/11 866/25 867/7
**setting [1]** 732/3
**seven [1]** 670/21
**several [1]** 868/21
**shampoo [1]** 858/2
**Shanghai [5]** 698/1 698/1 698/2 865/10 868/2
**share [1]** 845/2
**shared [4]** 660/14 868/12 868/14 872/5
**sharing [1]** 805/5
**sheer [1]** 729/21
**shirt [4]** 702/20 703/7 711/3 724/12
**Short [13]** 688/21 689/4 694/14 745/11 786/23 787/2 787/7 789/25 790/7 790/15 790/19 790/25 791/16
**shorter [2]** 703/18 703/21
**shouldn't [4]** 744/24 773/11 793/5 793/6
**showed [1]** 783/4
**showing [3]** 689/12 708/12 721/20
**shown [2]** 744/17 805/9
**shows [5]** 713/8 823/7 824/14 839/19 855/3
**Shunyuan [1]** 692/1
**shy [1]** 872/23
**siblings [3]** 685/9 685/22 685/24
**side [19]** 707/3 707/12 708/6 723/17 723/17 723/18 726/16 742/24 743/3 743/16 764/4 764/5 849/10 849/10 851/13 851/13 855/6 855/8 855/10
**sidebar [24]** 734/17 734/21 735/1 747/4 748/4 759/18 759/20 760/1 761/13 771/23 771/25 772/1 775/5 776/16 776/19 777/1 778/9 792/19 792/20 793/1 793/15 807/20 808/1 811/3
**sides [3]** 744/19 744/20 745/3
**sign [4]** 708/19 797/8 814/2 860/19

**signal [1]** 856/3
**signature [1]** 826/19
**signatures [2]** 813/24 814/18
**signed [6]** 737/20 737/21 807/12 812/9 813/9 813/15 814/5
**significant [1]** 676/17
**signing [2]** 736/18 746/8
**signs [1]** 729/23
**sim [1]** 867/8
**similar [3]** 720/2 817/22 859/1
**similarly [3]** 665/14 718/24 871/7
**simplified [1]** 813/21
**simply [10]** 664/1 668/8 719/19 719/22 744/1 745/1 767/3 796/13 804/19 805/10
**sina [1]** 829/22
**sister [42]** 685/13 685/14 685/20 686/1 686/2 687/13 688/10 694/7 694/11 694/13 695/5 696/13 731/3 731/4 731/6 731/8 731/12 731/17 731/21 731/22 731/24 732/2 732/9 734/6 734/10 745/11 754/13 754/13 786/20 786/23 787/2 787/7 787/9 787/20 788/1 788/3 790/9 790/10 790/13 790/18 790/25 791/16
**sister's [9]** 685/15 695/21 695/23 697/1 697/14 749/3 750/25 756/13 790/8
**sit [3]** 719/4 782/8 874/3
**sitting [2]** 719/5 740/13
**situation [2]** 680/10 766/6
**skewed [1]** 660/4
**skinnier [2]** 702/19 702/21
**SKYNET [2]** 789/8 789/11
**slammed [2]** 701/10 725/10
**slamming [2]** 701/25 783/12
**slight [1]** 666/2
**slightly [1]** 665/8
**small [1]** 680/24
**smaller [2]** 834/7 834/8
**smallest [1]** 867/8
**smelled [1]** 862/6
**smile [1]** 838/2
**smoke [2]** 729/2 729/5
**smoking [1]** 704/24
**SMS [1]** 824/4
**Solutions [1]** 821/17
**somewhat [1]** 772/15
**somewhere [1]** 701/16
**son [10]** 684/21 697/21 697/22 698/25 699/1 749/9 751/4 751/25 752/2 752/7
**soon [4]** 855/16 857/8 860/23 868/2
**sort [6]** 663/10 669/10 679/21 767/2 809/12 824/15
**sought [1]** 671/13

**S**

sound [2] 677/23 748/3
sounds [2] 677/24 873/18
source [10] 758/8 759/11 827/21
832/18 832/20 834/16 835/25
837/8 839/9 840/18
sourced [7] 824/5 841/6 841/13
853/2 858/16 863/12 870/18
sources [1] 765/2
space [1] 743/24
spans [1] 819/21
speak [4] 671/1 683/25 754/6
763/7
speaker [1] 761/1
speaking [6] 673/9 726/14 737/15
764/9 842/14 873/6
special [5] 758/23 800/21 801/5
802/1 813/16
specific [10] 679/4 752/25 756/4
765/6 766/2 780/12 803/8 823/14
824/19 840/6
specifically [13] 662/3 672/9
817/13 822/15 829/2 829/24
830/17 832/8 833/3 833/23 837/5
844/17 849/11
speculate [2] 719/22 721/6
speed [1] 856/7
spell [5] 683/6 684/12 800/5 816/6
853/12
spelled [9] 684/13 684/25 685/17
686/5 687/23 830/7 835/6 873/18
873/24
spelling [1] 873/25
spend [1] 714/11
spoke [1] 732/3
spoken [1] 669/6
spouse [2] 684/15 685/22
spouse's [1] 684/10
Sprint [5] 819/1 819/1 820/2 820/4
820/6
Sprint/T-Mobile [1] 819/1
Squad [1] 862/9
squiggly [1] 860/4
stages [1] 817/25
staircase [3] 707/18 707/20
707/24
stake [1] 856/21
stalking [1] 740/19
stand [11] 682/1 682/3 768/4
768/25 786/9 789/22 790/2 799/19
799/24 815/21 873/8
standard [6] 813/12 813/19
813/20 846/8 846/13 847/4
standing [2] 682/1 799/23
stands [6] 786/11 789/22 817/5
839/21 839/21 839/22
Stanford [1] 735/18

start [11] 678/11 680/14 681/4
702/12 733/11 773/21 792/9 817/9
860/18 866/9 866/15
started [3] 680/21 734/2 808/3
starting [8] 744/14 827/10 829/18
836/24 840/5 860/16 864/24 872/3
starts [3] 835/9 836/10 875/14
state [15] 683/6 684/6 685/6
685/19 688/22 689/5 690/18
694/13 734/18 734/19 735/13
746/3 800/5 807/15 816/6
stated [2] 666/22 739/20
statement [6] 670/9 678/8 765/4
766/9 874/25 875/8
statements [5] 662/13 675/17
675/22 678/14 820/14
states [47] 658/1 658/3 658/3
658/9 658/12 691/23 692/10 693/3
693/7 696/25 697/3 697/8 697/16
699/4 699/16 733/17 733/21 734/9
735/16 744/3 744/10 748/11
748/22 750/10 753/18 754/17
755/3 757/23 770/17 770/18 776/7
776/13 779/9 779/13 779/19
779/23 780/23 782/4 782/9 791/21
792/1 792/7 792/11 835/12 856/19
861/1 861/5
status [27] 677/19 680/2 680/15
771/19 774/2 774/7 774/11 779/9
779/13 779/19 779/22 779/24
780/2 780/3 780/15 780/17 780/20
781/2 781/4 781/10 797/12 797/15
797/20 798/15 798/19 799/4
872/15
stay [42] 659/18 660/2 660/8
660/18 660/18 660/21 660/24
660/25 661/13 662/3 662/10
662/13 662/14 662/17 662/20
663/8 665/21 667/11 668/4 669/15
669/23 678/2 679/15 735/8 751/24
769/17 769/24 770/5 770/17 773/6
773/9 774/5 774/13 776/7 776/12
856/1 861/4 861/6 861/8 861/9
861/10 869/7
stayed [7] 703/3 703/4 703/8
703/14 714/21 725/2 755/19
staying [5] 666/22 668/14 780/23
861/6 869/6
stenography [1] 658/24
step [5] 717/12 764/1 799/18
814/25 873/6
steps [5] 699/7 711/5 711/6 730/1
764/2
still [23] 662/21 662/22 664/2
664/15 674/8 674/11 675/6 675/6
712/23 714/22 720/20 730/5
734/19 752/19 756/15 756/18
757/1 773/3 783/15 784/19 798/15

851/4 855/24
stipulation [3] 723/3 819/5 830/16
stole [2] 737/9 737/25
stop [6] 674/24 680/19 702/24
741/14 776/15 872/23
stopped [9] 704/22 709/24 710/18
724/24 726/12 772/14 772/16
779/2 806/3
stopping [3] 717/4 743/22 872/18
stranger [1] 731/12
street [19] 689/23 690/15 702/25
704/22 706/18 707/13 707/20
707/21 708/1 708/5 710/7 713/8
724/24 726/1 726/12 726/17
726/25 727/2 852/3
streets [1] 691/5
stressed [1] 732/14
strike [3] 679/20 794/2 794/5
string [1] 872/7
strong [1] 714/25
struggling [1] 673/16
student [1] 735/19
studied [1] 748/12
study [1] 734/10
sub [2] 708/13 709/12
sub-exhibits [2] 708/13 709/12
subject [6] 659/21 691/6 752/4
754/16 770/13 807/7
submit [1] 763/11
submitted [1] 771/11
subpart [2] 721/21 831/1
subscriber [1] 830/23
subsequent [2] 787/22 787/23
subsequently [2] 700/4 807/12
substantial [1] 667/6
subtitle [1] 804/23
subtitles [4] 804/4 804/19 805/2
805/11
subway [1] 858/4
successful [2] 672/16 697/17
sudden [1] 672/1
sued [1] 678/25
suffered [1] 732/14
suffering [1] 732/13
sufficient [1] 741/23
suggest [14] 660/6 668/17 671/12
671/15 679/25 737/7 738/19
738/23 739/17 744/23 745/7
772/10 772/24 772/25
suggested [5] 663/3 663/17 664/7
665/15 720/4
suggesting [8] 673/14 677/3
737/1 737/2 737/17 739/13 809/2
809/3
suggestion [11] 670/9 670/10
677/4 735/7 735/25 737/24 739/10
744/21 772/4 773/15 809/20
suggests [1] 670/17

**S**

**Suite [2]** 659/2 659/5
**summarize [1]** 822/19
**summary [12]** 821/11 822/11
822/12 823/8 823/13 824/19
824/20 825/10 826/6 831/12
839/20 854/14
**sums [1]** 758/23
**sun [2]** 833/9 862/15
**sun's [1]** 862/14
**sunroom [2]** 704/8 710/23
**supplement [1]** 790/12
**support [1]** 673/3
**supported [2]** 680/6 680/6
**supports [1]** 796/17
**supposed [1]** 697/25
**supposedly [1]** 753/11
**supposition [1]** 765/24
**surname [2]** 833/6 833/9
**surprised [1]** 697/6
**surroundings [1]** 869/20
**surveillance [8]** 709/1 709/4 709/8
712/8 729/18 783/11 857/2 857/5
**sustain [1]** 793/12
**sustained [43]** 748/5 748/16
748/21 751/13 751/14 753/14
756/17 756/21 759/15 759/17
762/2 762/11 763/6 763/16 770/1
771/18 771/21 776/2 779/11
779/15 781/8 782/21 782/21
784/24 785/3 791/18 791/20
791/24 792/3 792/4 795/10 795/10
795/21 796/19 798/24 799/11
807/16 807/16 808/2 812/15
812/15 812/20 812/22
**swear [4]** 682/2 764/10 799/24
815/23
**sworn [6]** 683/2 764/8 769/2 800/3
800/11 816/2
**sworn/affirmed [4]** 683/2 769/2
800/11 816/2
**system [11]** 702/4 702/13 712/8
712/10 720/7 724/15 735/8 741/22
783/11 784/13 805/5

**T**

**T-A [1]** 768/8
**T-A-R-K-I-N [1]** 874/13
**T-Mobile [3]** 819/1 819/25 834/14
**T-shirt [3]** 702/20 703/7 724/12
**ta [1]** 768/8
**table [2]** 743/17 780/9
**tables [1]** 764/5
**talks [2]** 678/22 812/8
**Taotao [1]** 864/25
**tape [6]** 711/4 714/3 716/16
716/16 716/21 722/23

**target [11]** 693/22 699/11 739/20
739/22 740/6 795/5 795/12 795/15
796/7 796/13 796/14
**targeted [2]** 679/2 679/9
**Tarkin [2]** 874/10 874/13
**task [5]** 697/20 698/22 749/20
752/1 752/2
**taxi [1]** 865/15
**teach [1]** 757/20
**team [4]** 772/21 773/23 801/11
865/14
**telephone [11]** 819/11 819/13
819/17 819/19 819/25 820/3
820/13 820/15 833/14 833/16
855/25
**ten [9]** 714/11 720/14 770/18
770/21 770/24 771/1 840/7 847/1
858/5
**tentatively [1]** 866/25
**term [1]** 799/7
**terms [8]** 661/18 667/9 670/3
742/17 746/8 773/24 774/11
779/15
**terrific [1]** 763/23
**testified [19]** 683/2 726/10 739/22
739/24 769/2 787/1 788/6 788/20
790/5 792/6 794/8 794/11 794/12
795/14 800/11 812/3 812/4 816/2
843/2
**testify [4]** 673/11 780/18 781/4
782/5
**testifying [6]** 666/8 675/10 680/11
780/16 798/3 875/10
**testimony [16]** 660/4 663/24 676/3
677/17 753/5 755/16 772/22
780/10 785/4 794/12 795/11
795/23 797/20 797/23 798/1
842/20
**text [8]** 714/5 714/6 843/20 852/11
860/9 860/12 862/24 867/9
**themselves [6]** 660/16 661/17
671/2 679/24 680/8 810/11
**theoretically [1]** 676/8
**theory [7]** 659/24 664/22 665/8
674/13 674/14 743/6 866/15
**therefore [4]** 730/18 732/22
743/20 809/17
**thereof [4]** 664/17 738/1 740/11
744/1
**they've [10]** 662/9 664/20 669/6
669/8 671/18 678/17 679/12
679/12 679/22 739/10
**thick [1]** 729/22
**thinking [4]** 666/3 741/8 755/13
810/18
**thinks [1]** 678/24
**third [4]** 824/6 837/15 852/5 853/7
**third-party [1]** 824/6

**Thomas [4]** 800/1 800/6 800/7
800/10
**though [14]** 671/12 675/9 678/15
678/24 714/20 730/3 730/20 738/5
743/16 752/21 764/7 810/18
812/21 855/17
**thought [4]** 769/16 769/17 777/6
787/25
**thoughts [2]** 674/21 766/19
**thread [1]** 675/20
**threat [1]** 693/19
**threatened [1]** 699/22
**three [11]** 697/25 713/18 713/20
713/21 718/25 719/4 732/8 750/17
753/1 819/22 856/23
**through [32]** 662/25 672/16 683/2
693/19 694/19 694/25 702/8 703/1
705/6 708/14 709/12 709/18 710/9
712/4 713/12 727/17 758/24 759/4
759/5 770/20 788/22 788/23
794/22 805/7 807/9 817/25 823/10
824/5 826/13 855/17 855/24 877/8
**throughout [2]** 662/5 824/18
**throw [1]** 784/11
**thrown [1]** 727/14
**ties [1]** 732/25
**tiles [1]** 708/7
**tilt [1]** 735/19
**times [13]** 666/20 674/23 713/19
713/20 713/21 733/23 733/24
734/3 744/10 821/8 821/12 823/15
823/16
**timestamp [1]** 854/4
**timestamps [1]** 854/12
**timing [6]** 666/7 668/23 669/13
671/1 672/13 673/19
**tired [1]** 857/11
**title [3]** 791/4 800/20 816/20
**TLO [2]** 844/7 844/8
**today [9]** 677/15 678/5 732/17
786/17 795/14 797/21 797/23
798/1 798/3
**today's [1]** 684/3
**together [3]** 698/2 699/2 746/17
**told [20]** 666/8 680/25 693/25
697/23 702/6 731/8 731/12 731/14
732/5 733/18 753/6 753/17 753/21
753/24 754/12 780/5 784/2 784/4
788/20 808/25
**toll [4]** 819/12 819/18 820/2 824/9
**tomorrow [9]** 718/20 860/22
860/23 873/2 874/6 875/12 875/14
875/15 875/22
**tonight [1]** 857/23
**took [11]** 670/14 715/3 715/5
715/16 715/17 715/19 716/9 785/5
785/7 788/3 824/8
**toothbrush [1]** 858/3

**T**

toothpaste [1]  858/3
top [18]  723/18 827/10 829/3
829/7 832/1 835/2 836/18 838/11
838/12 842/3 844/21 845/10
848/15 849/15 849/17 851/16
855/13 863/14
topics [1]  678/14
Total [1]  868/25
touch [2]  753/12 783/22
tour [4]  718/20 861/13 861/13
861/25
tours [1]  718/22
towards [18]  665/12 673/9 706/23
710/10 713/9 713/12 735/7 808/24
829/12 829/17 834/18 835/2 836/9
836/23 837/9 838/16 847/24
849/15
town [6]  684/5 688/16 688/20
689/3 690/16 694/12
track [2]  815/6 857/1
traffic [1]  869/12
Trafficking [1]  817/6
train [1]  856/7
training [5]  821/13 821/15 821/18
821/19 821/20
trainings [1]  821/16
transcript [7]  658/8 658/24 804/6
842/24 842/25 873/15 874/1
transcription [1]  658/25
transfer [2]  790/17 790/24
transferred [3]  745/11 791/15
854/9
translate [1]  748/17
translated [11]  669/11 777/9
854/8 855/4 858/16 859/1 860/13
863/11 863/25 870/17 871/6
translation [10]  723/5 761/3 761/7
761/12 768/17 853/2 853/4 858/18
863/17 870/22
translations [1]  666/12
translator [7]  681/13 703/19
807/10 854/2 859/6 864/5 871/10
translators [2]  764/12 764/21
transmission [1]  669/24
transparent [3]  711/4 714/3
722/23
trash [1]  731/15
travel [1]  755/2
traveled [1]  755/1
traveling [1]  862/2
trial [10]  658/8 721/10 738/18
780/10 782/6 782/10 817/23
817/25 818/18 875/24
tried [4]  725/11 741/21 792/6
808/17
trip [2]  861/6 861/17

trouble [10]  732/21 762/22 763/2
763/13 765/13 765/17 765/18
765/22 766/8 766/10
troubles [4]  699/12 770/8 770/9
770/11
troubling [1]  668/4
true [21]  677/22 737/25 758/8
761/8 761/11 763/12 783/17
786/16 795/17 797/9 803/1 803/10
806/15 807/8 810/13 814/5 819/10
819/16 819/24 820/12 830/21
truth [7]  738/9 738/16 740/24
743/10 782/16 798/2 798/4
truthful [5]  798/1 808/20 810/4
810/14 810/24
truthfulness [1]  765/11
try [10]  676/10 735/4 738/23
740/17 753/18 755/21 767/1
794/13 866/24 867/15
trying [9]  661/1 671/11 671/15
673/12 681/1 701/12 702/1 737/10
740/13
Tu [28]  697/19 697/24 697/24
698/3 698/5 700/12 700/13 700/24
700/25 701/2 744/15 749/12
749/14 749/18 749/19 749/21
749/24 750/1 752/3 753/11 753/21
753/24 754/4 769/9 769/10 770/7
834/3 862/11
Tu Lan [13]  744/15 749/12 749/14
749/18 749/19 749/21 749/24
750/1 752/3 753/11 753/21 753/24
754/4
TUNG [26]  659/5 659/6 719/14
745/17 789/17 789/19 789/20
793/3 794/6 794/7 796/21 799/15
803/21 806/8 806/12 807/17
807/19 810/3 812/22 814/10
814/22 859/18 864/12 875/19
876/7 876/13
turn [3]  681/16 702/4 702/13
turned [4]  678/13 702/11 732/18
770/5
turning [3]  783/13 803/5 827/9
twisted [1]  702/1
twisting [1]  701/11
two [54]  666/16 669/24 671/25
675/11 677/11 678/14 701/9 702/5
702/18 704/14 708/24 709/9
712/23 718/21 724/11 732/7
737/14 738/5 742/13 746/22
750/19 753/1 764/21 769/6 769/12
777/4 783/1 783/3 783/4 783/9
783/11 794/3 795/6 803/13 819/22
821/16 824/11 827/21 834/15
836/2 837/11 840/1 844/8 851/4
855/5 856/4 856/8 866/16 867/4
867/13 867/15 868/15 868/16

872/10
two-year [1]  777/4
types [1]  823/22
typo [2]  862/3 872/9

**U**

U's [1]  845/13
U.S [28]  667/18 697/20 698/1
698/3 698/4 699/23 734/2 734/3
734/11 735/9 735/19 754/25
758/21 758/22 759/11 771/15
773/23 780/4 782/14 782/16 789/4
792/10 798/19 816/17 816/22
817/12 819/25 865/15
UA086 [1]  866/2
UA087 [1]  866/4
Uh [1]  865/1
Uh-huh [1]  865/1
UI [1]  869/24
ultimately [1]  678/24
Ultra [2]  867/4 867/20
unavoidable [1]  664/21
unclear [1]  865/10
uncommon [1]  661/14
under [25]  674/13 714/20 730/4
743/13 791/4 795/2 827/24 832/16
832/23 833/11 834/8 834/18
835/25 836/7 836/13 839/11
839/24 842/8 844/10 849/21
851/16 851/21 852/4 862/8 865/7
underlying [3]  666/13 667/20
859/12
underneath [1]  860/9
underscore [2]  830/10 830/11
understood [4]  810/2 810/20
842/23 843/1
unexpected [2]  720/11 721/7
unexpectedly [1]  694/7
unfortunately [4]  676/21 718/25
742/9 745/6
UNITED [46]  658/1 658/3 658/3
658/9 658/12 691/23 692/10 693/3
693/7 696/25 697/3 697/8 697/16
699/4 699/16 733/17 733/20 734/9
735/16 744/3 744/10 748/10
748/22 750/9 753/18 754/17 755/3
757/23 770/17 770/18 776/7
776/13 779/9 779/13 779/19
779/22 780/23 782/4 782/9 791/21
792/1 792/7 792/11 856/19 861/1
861/4
units [1]  817/22
universal [1]  854/9
university [5]  756/24 756/25
757/10 757/12 757/21
unless [1]  768/13
Unlimited [1]  867/10
unnecessary [1]  665/5

**U**

**unredacted [3]** 690/11 690/24 691/19
**unrelated [1]** 745/15
**unsafe [4]** 714/22 725/8 730/3 730/5
**up [52]** 661/2 661/7 665/16 673/15 675/10 675/20 682/1 699/14 703/22 703/22 715/6 720/19 733/2 733/5 734/10 742/2 742/7 746/14 754/11 756/3 758/13 758/14 767/1 777/6 783/4 783/7 784/1 784/9 785/7 785/12 785/23 786/10 789/22 790/2 829/12 829/17 835/2 835/9 838/11 839/14 855/19 856/1 861/12 861/24 862/13 866/17 866/19 866/21 867/7 867/23 874/5 875/13
**update [1]** 669/5
**upends [1]** 668/5
**upgrade [1]** 759/3
**upper [3]** 824/11 827/4 839/16
**upright [1]** 796/8
**upset [1]** 796/11
**upside [1]** 732/18
**urged [1]** 783/13
**USB [1]** 708/24
**USCIS [1]** 780/6
**USD [1]** 856/25
**useful [1]** 768/10
**user [12]** 838/4 845/9 855/8 860/18 862/16 868/15 869/5 869/18 869/23 871/25 872/5 872/11
**Username [1]** 872/8
**uses [1]** 685/5
**UTC [5]** 854/9 854/11 859/12 864/6 871/11
**utilize [1]** 813/21

**V**

**valid [4]** 741/15 743/12 744/5 744/25
**validity [3]** 741/23 741/23 744/1
**value [13]** 663/20 666/2 676/15 676/16 741/7 827/21 829/18 831/20 832/14 832/18 833/14 835/23 846/22
**values [3]** 830/2 830/13 841/3
**various [4]** 730/1 732/16 732/17 744/10
**vehicle [11]** 704/16 704/19 704/20 704/21 724/20 724/23 726/10 726/11 726/12 726/23 726/25
**verbally [1]** 807/9
**verdict [1]** 664/8
**verdicts [2]** 663/4 663/5

**verify [1]** 859/12
**Verizon [2]** 819/1 820/13
**version [14]** 689/12 689/14 690/9 690/11 690/12 690/24 691/17 691/19 804/4 804/18 813/21 813/22 853/4 862/8
**versions [1]** 821/11
**versus [5]** 675/18 676/16 719/2 761/10 841/12
**vested [1]** 674/1
**via [3]** 807/10 823/24 857/16
**victim [4]** 666/19 673/16 678/22 773/24
**victims [38]** 659/18 659/25 660/5 660/9 660/11 660/15 661/12 661/17 662/8 662/20 662/25 664/18 665/1 665/15 667/7 668/3 668/9 668/25 670/4 670/10 670/15 670/17 670/22 670/22 671/13 671/16 671/25 672/8 672/17 674/13 674/17 676/10 679/7 680/8 738/6 738/7 739/12 745/7
**victims' [6]** 660/12 665/20 668/25 675/17 678/14 679/3
**video [34]** 702/11 702/24 709/1 709/4 709/8 709/24 709/24 709/25 710/18 710/18 710/19 710/21 713/2 713/6 713/7 713/11 713/14 725/20 725/21 725/25 726/6 726/11 726/13 726/14 726/20 726/20 784/13 785/13 802/19 803/2 805/2 805/14 806/2 806/3
**videos [1]** 713/15
**view [13]** 699/23 705/24 706/15 707/3 707/12 740/7 794/24 796/16 853/23 855/5 859/1 864/1 871/7
**views [4]** 693/21 795/4 795/8 796/1
**violate [1]** 796/10
**visit [5]** 699/3 699/24 861/1 861/2 861/2
**visiting [1]** 734/3
**VM [2]** 839/22 839/24
**voice [5]** 839/22 857/14 857/16 865/2 868/8
**voip [3]** 857/14 865/2 868/8
**voluntarily [2]** 699/16 808/14
**voluntary [1]** 801/19

**W**

**W-O [2]** 777/13 777/14
**W-U [1]** 764/18
**wait [4]** 784/1 861/16 869/16 873/12
**waited [1]** 715/6
**waiting [1]** 839/22
**waive [2]** 809/16 810/22
**waived [4]** 808/14 812/3 812/7

812/9
**waiver [1]** 814/5
**waiving [2]** 807/12 813/15
**walk [1]** 711/5
**walked [4]** 703/1 710/9 713/12 725/2
**walking [3]** 710/8 713/9 783/9
**walkway [14]** 702/6 703/2 706/23 707/23 708/8 710/5 710/10 713/9 713/13 726/2 726/3 727/14 729/24 784/8
**wall [2]** 742/2 742/11
**wants [2]** 744/20 850/10
**warrant [1]** 760/18
**Warren [4]** 684/7 690/17 787/8 789/25
**wash [1]** 858/2
**Washington [1]** 658/17
**watched [4]** 710/4 711/5 713/2 713/15
**ways [1]** 737/7
**wealth [10]** 735/22 736/2 736/8 737/6 737/17 737/22 737/22 746/7 746/24 746/24
**wealthy [3]** 739/11 739/16 746/10
**wear [2]** 783/25 784/4
**weather [1]** 775/1
**WeChat [10]** 853/2 858/17 858/18 860/17 863/12 863/17 868/10 870/18 870/22 872/5
**Wednesday [2]** 697/12 857/10
**week [6]** 718/23 732/7 745/10 861/6 861/7 875/11
**weekend [1]** 681/22
**weeks [1]** 732/7
**weighing [1]** 676/15
**weight [1]** 676/18
**welcome [1]** 721/3
**Welcomer [1]** 768/22
**well-built [3]** 702/18 702/20 702/21
**WhatsApp [1]** 824/7
**whereas [1]** 669/22
**whichever [1]** 709/17
**white [8]** 702/20 703/7 704/20 711/3 724/12 724/19 821/21 844/23
**whole [4]** 738/18 802/18 808/13 852/2
**why [32]** 661/12 665/6 671/5 681/15 699/9 701/23 704/11 714/23 717/5 721/7 721/10 725/9 730/1 737/10 739/15 740/2 742/8 743/21 744/18 751/11 755/10 765/4 772/10 773/3 773/5 776/9 796/11 798/3 824/2 841/5 842/25 853/12
**wife [5]** 714/12 769/12 770/6

**W**

**wife... [2]** 770/8 796/13
**willing [1]** 714/11
**willy [1]** 667/16
**willy-nilly [1]** 667/16
**Wireless [1]** 820/13
**withdrawn [5]** 790/5 790/17 791/5 795/13 812/3
**withdrew [1]** 771/5
**within [3]** 817/23 823/14 839/24
**without [6]** 679/10 745/4 754/8 772/11 808/18 843/22
**witness' [3]** 765/7 810/6 812/16
**witnesses [7]** 662/8 674/1 674/22 675/11 675/17 679/21 764/9
**Wo [1]** 777/15
**woke [1]** 857/11
**woman [5]** 698/20 719/5 749/13 768/9 768/12
**won't [2]** 679/3 868/24
**wonder [1]** 743/20
**WONG [9]** 659/4 663/14 673/22 678/20 718/4 719/12 741/17 859/17 875/17
**Wong's [1]** 675/21
**word [20]** 766/21 768/8 768/16 777/5 808/4 827/24 834/18 835/23 835/25 836/5 838/21 839/9 839/11 842/4 843/23 844/2 844/10 853/14 860/4 860/9
**words [9]** 678/7 736/23 795/5 796/15 834/15 835/9 836/2 837/11 842/8
**wore [1]** 702/20
**work [11]** 756/24 756/24 757/10 780/4 793/10 798/19 821/9 855/15 855/18 856/1 866/24
**worked [4]** 744/3 757/11 757/21 801/2
**working [15]** 665/12 679/23 702/13 736/25 740/16 740/18 744/15 749/17 756/18 757/1 792/11 801/8 817/9 817/15 865/23
**works [2]** 746/23 817/3
**world [1]** 846/5
**worried [1]** 761/2
**worse [1]** 739/16
**wouldn't [1]** 824/9
**Wow [1]** 844/8
**write [2]** 681/13 797/8
**writes [4]** 857/15 862/8 868/19 870/2
**written [3]** 666/19 714/6 807/11
**wrong [3]** 766/3 794/11 867/15
**Wu [2]** 764/18 764/19
**Wuhan [9]** 686/4 696/21 698/1 698/9 701/3 744/9 757/10 856/8

872/9
**WXID [1]** 870/21

**X**

**X-I-N-Z-I [1]** 684/25
**X-U [6]** 684/13 684/25 686/5 687/23 830/7 851/19
**X-U's [1]** 845/13
**Xiao [4]** 835/5 836/14 851/11 852/10
**Xinzi [3]** 684/24 687/8 730/6
**Xu [21]** 684/11 684/24 685/2 686/4 686/7 686/21 687/8 687/22 688/12 694/9 730/6 830/6 841/24 845/13 845/19 848/1 848/10 849/9 849/19 850/1 851/18
**Xu's [2]** 830/7 848/25
**xxx.xxx.xxxx [1]** 862/1

**Y**

**Yan [6]** 685/16 687/15 731/3 790/10 790/13 801/12
**year [12]** 699/22 710/2 731/18 734/1 753/1 756/7 769/14 771/6 771/8 771/8 777/4 842/19
**years [15]** 667/7 692/11 693/8 714/11 733/17 733/25 734/1 753/1 754/17 755/17 769/12 799/9 801/3 818/3 865/17
**yesterday [2]** 745/9 857/11
**Yi [1]** 829/10
**Yong [11]** 789/21 789/22 789/24 790/2 845/21 847/12 847/19 848/1 848/10 849/9 850/1
**York/New [2]** 817/4 817/7
**young [1]** 701/9
**younger [22]** 685/14 686/2 687/13 688/10 694/7 695/5 695/21 697/11 697/14 731/17 731/21 731/22 734/6 734/10 749/3 754/12 754/13 756/13 787/9 788/3 790/8 790/13
**youngest [1]** 694/11
**yourself [4]** 754/3 759/3 801/24 862/5

**Z**

**Z-I [1]** 857/18
**zero [1]** 847/1
**Zheng [21]** 659/2 659/14 666/15 668/24 669/14 669/16 669/19 669/21 669/25 670/2 670/13 670/15 670/21 670/22 670/23 671/2 671/14 671/19 671/23 672/1 674/3
**Zheng's [2]** 670/5 673/24
**Zhu [39]** 659/5 789/21 789/22 789/23 789/24 790/2 801/12 801/16 801/17 801/25 803/3

803/11 807/2 807/8 807/10 812/3 812/4 812/6 812/17 813/13 813/22 838/20 839/8 845/3 845/22 847/13 847/19 848/1 848/10 848/24 849/1 849/9 850/1 850/9 850/10 860/18 863/1 873/17 873/18
**Zi [2]** 857/18 857/18
**zipper [1]** 715/5
**zone [2]** 846/7 846/10
**zones [2]** 823/13 846/4
**zoom [14]** 688/17 688/19 813/19 826/19 827/9 827/17 837/13 839/16 842/2 843/20 844/20 844/20 845/16 863/14
**zoomed [2]** 825/9 826/6
**ZX [1]** 821/16
**ZY [1]** 829/18
**ZYZY996 [1]** 829/22