

Lawrence S. Lustberg
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
llustberg@gibbonslaw.com

August 1, 2023

**VIA ECF**

Honorable Pamela K. Chen, United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:**   *United States v. McMahon, et al.*
> **Docket No. 21-cr-265**

Dear Judge Chen,

As Your Honor is aware, this Firm represents Defendant Michael McMahon in the above-captioned matter. I write, with the very gracious consent of the Government and counsel for Mr. McMahon's co-defendants, to respectfully request a brief, one-week, adjournment of Mr. McMahon's deadline to file his post-trial motions, which are currently due this Thursday, August 3, 2023; the motions would now be due on or before August 10, 2023. The reason for this request is that following trial in this matter, we have had a number of tight deadlines in other cases, including (as just a few examples) complicated in limine motions for an upcoming trial in one matter and important sentencing submissions in several others; as well, both Ms. Conti and I have had a number of personal or family issues or conflicts which have interfered with our work on these motions, which we are happy to share with the Court and counsel *in camera*, but would prefer not to be placed on the public record. That said, we have also done a great deal of work on the post-trial motions, which are, not surprisingly, extensive, and so we are confident that we will be in a position to file our motion with only a one-week extension from the current deadline.

In discussing Mr. McMahon's adjournment request, the Government and co-defendants suggested that in the interests of consistency, the post-trial briefing schedule be adjusted for all parties; accordingly, all defendants' post-trial motions would now be due on August 10, 2023; the Government's opposition, currently due on September 28, 2023, would now be due on October 5, 2023; and the defendants' replies, if any, would then be due on October 16, 2023.

If this schedule meets with Your Honor's approval, we would request that the Court So Order the relief sought in the space provided below and file it on the Docket at Your Honor's convenience; if the Court would prefer that we provide a separate Order, we would certainly be happy to do so. Of course, if the Court has any questions or concerns, please do not hesitate to contact us. I apologize for any inconvenience and thank Your Honor for your kind consideration of this request.

GIBBONS P.C.

August 1, 2023
Page 2

Respectfully submitted,

s/ Lawrence S. Lustberg
Lawrence S. Lustberg

**SO ORDERED:**

This _____ day of August, 2023

_____
Honorable Pamela K. Chen
United States District Judge

cc: All counsel of record (via ECF)