UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL MCMAHON,<br>ZHENG CONGYING and<br>ZHU YONG,<br>　　　also known as "Jason Zhu,<br><br>　　　　　　　Defendants. | Case No. 1:21-cr-00265 (PKC) (S-1)<br><br>**NOTICE OF MICHAEL MCMAHON'S POST-TRIAL MOTIONS**<br><br>*Filed Electronically* |

**TO:**　　All Counsel of Record

**PLEASE TAKE NOTICE** that, Defendant, Michael McMahon, by and through his counsel, Gibbons P.C. (Lawrence S. Lustberg, Esq. and Genna A. Conti, Esq. appearing), shall move before the Honorable Pamela K. Chen, United States District Judge for the Eastern District of New York, at 225 Cadman Plaza East, Brooklyn, New York 11201, on a date to be set by the Court, for the entry of an Order granting Defendant Michael McMahon's Post-Trial Motions for a Judgment of Acquittal, pursuant to Federal Rule of Criminal Procedure 29 or, in the alternative, for a New Trial, pursuant to Federal Rule of Criminal Procedure 33 and for such additional relief as the Court may deem just and appropriate in connection therewith (the "Motions").

**PLEASE TAKE FURTHER NOTICE** that in support of the Motions, Mr. McMahon shall rely upon the accompanying Brief in Support of Defendant Michael McMahon's Post-Trial Motions, as well as the Trial Transcripts and Trial Exhibits, referenced therein, which are part of the record, and will be provided upon request.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is respectfully requested.

| | |
|---|---|
| Dated: August 10, 2023 | Respectfully submitted, |
| | s/ Lawrence S. Lustberg |
| | Lawrence S. Lustberg |
| | Genna A. Conti |
| | **GIBBONS P.C.** |
| | One Gateway Center |
| | Newark, New Jersey 07102 |
| | Tel: (973) 596-4500 |
| | Fax: (973) 596-0545 |
| | llustberg@gibbonslaw.com |
| | gconti@gibbonslaw.com |
| | |
| | *Attorneys for Defendant Michael McMahon* |