**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL MCMAHON,<br>ZHENG CONGYING and<br>ZHU YONG,<br>　　　also known as "Jason Zhu,<br><br>　　　　　　　Defendants. | Case No. 1:21-cr-00265 (PKC) (S-1)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MICHAEL MCMAHON'S POST-TRIAL MOTIONS** |

**THIS MATTER**, having come before the Court upon the Post-Trial Motions filed by defendant Michael McMahon, by Gibbons P.C. (Lawrence S. Lustberg, Esq. and Genna A. Conti, Esq., appearing), and the Court having considered the submissions of the parties and the arguments of counsel, and for good cause shown:

**IT IS** on this _____ day of _____ 2023,

**ORDERED** that Defendant's Post-Trial Motions shall be and are hereby **GRANTED**;

**IT IS FURTHER ORDERED** that a judgment of acquittal be entered on Counts II, III, and IV of the Superseding Indictment (ECF No. 77); or, in the alternative, **IT IS ORDERED** that a new trial be Ordered on Counts II, III, and IV of the Superseding Indictment (ECF No. 77); and

**IT IS FURTHER ORDERED** that the Court hereby Orders such other relief as may be just and necessary in connection with these Post-Trial Motions, as described in the papers filed in support thereof.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Pamela K. Chen
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge