**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>MICHAEL MCMAHON,<br>ZHENG CONGYING and<br>ZHU YONG,<br>      also known as "Jason Zhu,<br><br>                Defendants. | Case No. 1:21-cr-00265 (PKC) (S-1)<br><br>**CERTIFICATION OF FILING AND SERVICE**<br><br>*Filed Electronically* |

I, **GENNA A. CONTI**, of full age, hereby certify as follows:

1. I am an attorney at law admitted to practice before this Court and am a member of the firm Gibbons P.C., attorneys for Defendant Michael McMahon in the above-captioned matter.

2. On August 10, 2023, I caused the Notice of Michael McMahon's Post-Trial Motions, Brief in Support of Defendant Michael McMahon's Post-Trial Motions, a Proposed Order, and this Certification of Filing and Service to be filed electronically with the Court and served upon all counsel of record by ECF.

I certify that all of the foregoing statements made by me are true. I am aware that if any of the foregoing statements by me are knowingly or intentionally false, I am subject to punishment.

Dated: August 10, 2023                                  Respectfully submitted,

                                                                                      s/ Genna A. Conti
                                                                                      Genna A. Conti
                                                                                      **GIBBONS P.C.**
                                                                                      One Gateway Center
                                                                                      Newark, New Jersey 07102
                                                                                      Tel: (973) 596-4500
                                                                                      Fax: (973) 596-0545
                                                                                      gconti@gibbonslaw.com
                                                                                      *Attorneys for Defendant Michael McMahon*