# GOLDBERGER & DUBIN, P.C.

ATTORNEYS AT LAW
401 BROADWAY, STE 306, NEW YORK, NY 10013
(212) 431-9380
FAX (212) 966-0588
E-MAIL: GND401@AOL.COM
www.goldbergerdubin.com

PAUL A. GOLDBERGER*
LAWRENCE A. DUBIN*§
EDGAR L. FANKBONNER *

\* MEMBER OF NY BAR
§ MEMBER OF NJ BAR

September 26, 2023

<u>*VIA ECF*</u>

Honorable Pamela K. Chen
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. McMahon, et al.*
Docket No. 21-265

Your Honor:

Congying Zheng's aunt passed away over the weekend. Mr. Zheng is requesting permission to travel to New Jersey for his aunt's services at the discretion of the Pretrial Service.

His aunt's funeral will be held in Scarpaci Funeral Home in Brooklyn on Monday, October 2, 2023, from 8:30am to 11am, and burial will take place at the Ewing Presbyterian Church Cemetery located at 100 Scotch Road, Ewing, New Jersey.

I have conferred the travel request with the Pretrial Services. There are no objections to this request.

Respectfully submitted,

S/

Paul Goldberger, Esq.

PAG/aw