

U.S. Department of Justice

United States Attorney
Eastern District of New York

IC
F. #2017R00906

271 Cadman Plaza East
Brooklyn, New York 11201

September 27, 2023

By ECF and Email
The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. McMahon, et al.
                Criminal Docket No. 21-265 (S-1) (PKC)

Dear Judge Chen:

      The government respectfully submits this letter in response to the Court's September 27, 2023 order concerning defendant Zheng Congying's motion to temporarily modify his bail conditions. The government does not object to the temporary modification requested in Zheng's September 26, 2023 letter to the Court, see ECF No. 284.

      Very truly yours,

      BREON PEACE
      United States Attorney

By:   /s/
     Craig R. Heeren
     Meredith A. Arfa
     Irisa Chen
     Assistant U.S. Attorneys
     (718) 254-7000

cc:    Clerk of Court (PKC) (By ECF)
       Counsel of Record (By ECF)