**Renee M. Wong, Esq.**
Attorney at Law
401 Broadway, suite 306
New York, New York 10013
(917) 701-0792 (Office)    (212) 966-0588 (Fax)
Email: Renee@Wonglaw.net

October 23, 2023

<u>**VIA ECF**</u>

Honorable Pamela K. Chen, USDJ
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                RE:    *United States v. Congying Zheng*
                        Docket No. 21-265 -PKC
                        Fed. R. Crim. P. 29 and 33 Motions

Your Honor:

      Defense counsel for Congying Zheng has reviewed the Government's Opposition filed in connection with Mr. Zheng's Rule 29 and 33 motions. [ECF Docket No. 286]. Defense counsel respectfully relies upon Defendant's moving papers in lieu of a formal reply brief. [ECF Docket No. 278].

                                      Respectfully submitted,

                                      S/

                                      Renee M. Wong, Esq.

RMW/aw