```
1                       UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF NEW YORK
2       -----------------------------x
                                              21-CR-265(PKC)
3       UNITED STATES OF AMERICA,
                                              United States Courthouse
4                                             Brooklyn, New York

5               -against-                     June 14, 2023
                                              9:00 a.m.
6       MICHAEL MCMAHON ET AL.,

7               Defendants.

8       -----------------------------x

9                  TRANSCRIPT OF CRIMINAL CAUSE FOR TRIAL
                    BEFORE THE HONORABLE PAMELA K. CHEN
10                    UNITED STATES DISTRICT JUDGE
                            BEFORE A JURY
11

12      APPEARANCES

13      For the Government:      BREON S. PEACE, ESQ.
                                 UNITED STATES ATTORNEY
14                               Eastern District of New York
                                 271 Cadman Plaza East
15                               Brooklyn, New York 11201
                                 BY:  CRAIG R. HEEREN, ESQ.
16                                    MEREDITH ASHLEY ARFA, ESQ.
                                      IRISA CHEN, ESQ.
17                               Assistant United States Attorneys

18      For Defendant McMahon:   LAWRENCE S. LUSTBERG, ESQ.
                                 GENNA AUTUMN CONTI, ESQ.
19

20      For Defendant Zheng:     PAUL A. GOLDBERGER, ESQ.
                                 RENEE MELINDA WONG, ESQ.
21
        For Defendant Zhu:       KEVIN K. TUNG, ESQ.
22
        Court Reporter:          AVERY N. ARMSTRONG, RPR, NYRCR
                                 Phone:  718-613-2419
23                               Fax:    718-613-2639
                                 Email:  Aarm.edny@gmail.com
24

25      Proceedings recorded by mechanical stenography.  Transcript
        produced by computer-aided transcription.
```

PROCEEDING                                    1934

```
 1              (In open court.)

 2              THE COURT:  Okay. Good morning.  Have a seat.  All

 3     right.  We are all here now, I see.  Let's go ahead and get

 4     our jury.

 5              Just two things before we get the jury.

 6              One is I want to make sure everyone has reviewed the

 7     exhibits they think have been admitted and confirmed each

 8     other's lists because once the summations are done and the

 9     instructions are done, we're going to send the exhibits back

10     with the jury.  So you'll need to confirm everything with

11     Ms. Gonzalez to make sure we are sending back just those

12     exhibits that everyone agrees have been admitted.

13              And then, secondly, I want to turn to the defense

14     and find out the order that you intend to go in and whether or

15     not you've agreed on it.  I'm assuming you have, but I just

16     want to make sure there isn't any dispute about that.

17              MR. LUSTERBERG:  I think the agreement is tacit at

18     best.

19              THE COURT:  Okay.  A presumption I guess that you're

20     going to go first.

21              MR. LUSTERBERG:  Yeah.  We're just going to go in

22     the same order that's in the indictment order.  And -- but I

23     will be honest and tell you, I have not spoken to either

24     Mr. Goldberger or Mr. Tung about that.  So if they change

25     their mind right now, I'm wide open.
```

PROCEEDING                           1935

1          THE COURT:  Okay.  So if we follow the same order

2    we've been using thus far for all the examinations, I mean,

3    unless you folks pop up because I know some witnesses are more

4    important to some defendants than others, I'm assuming it'll

5    be Mr. Lusterberg, then Mr. Goldberger, and then Mr. Tung,

6    correct?

7          MR. TUNG:  Correct.

8          THE COURT:  Okay.  And then the Government will

9    rebut and I assume, Mr. Heeren, you're doing rebuttal?

10          MR. HEEREN:  Yes, Your Honor.

11          THE COURT:  And Ms. Arfa, you're doing the

12   summation?

13          MS. ARFA:  Yes, Your Honor.

14          THE COURT:  All right.  So I think we're set.

15          MR. LUSTERBERG:  Judge, I have one question about

16   exhibits which is -- how does the videos work?  I mean --

17   because I know often what was admitted actually was just,

18   like, a little thumb drive or whatever.

19          If the jury wants to review that, what's the

20   process?

21          THE COURT:  We provide a laptop to them that's

22   clean.  And it comes from our IT department, unless the

23   Government has made a different arrangement with Ms. Gonzalez.

24   And then the Government, who presumably possesses all of those

25   video exhibits, will put them on a flash drive and will give

PROCEEDING                                    1936

1    that to the jury with instructions.

2              Last trial we had, there was all sorts of password

3    protections or something that caused problems and -- so the

4    jury kept coming out with notes about, can someone unlock the

5    exhibits for us.  So hopefully, we'll take care of that

6    problem this time.

7              MR. HEEREN:  I do think it's still going to be a

8    problem, because we have no ability to not password protect

9    our stuff, as much as we'd like to.  And in terms of the

10   computer, I believe what you just described is what

11   Ms. Gonzalez is doing.

12             THE COURT:  Yes, she's all over this.  So I have no

13   doubt that she's made the appropriate arrangements for that.

14   And then just make sure that you folks write down the

15   password.

16             THE COURTROOM DEPUTY:  All rise.

17             (Jury enters the courtroom.)

18             THE COURT:  Please be seated, everyone.

19             I think Ms. Gonzalez has to teach you the two-handed

20   knocking technique where you hold the door and then you knock.

21   I don't know who's doing it back there, but I think that's the

22   key to success with knocking on the door.

23             THE COURTROOM DEPUTY:  Don't worry.  You get another

24   shot.

25             THE COURT:  So ladies and gentlemen of the jury, I

SUMMATION - MS. ARFA                    1937

1    hope you had a good and restful evening.  As I mentioned

2    yesterday, we are going to hear from the parties with respect

3    to their summations which are, as I told you at the start of

4    the trial, their argument and their interpretation of the

5    evidence that they're going to urge to you.  So we'll start

6    off with the Government summation, then each of the defendants

7    will have a chance to make their summations, and then the

8    Government will go last with rebuttal, because, as you know,

9    it's their burden of proof, so they always go last.

10            So I gather that Ms. Arfa will give the opening

11   summation for the Government.

12            Ms. Arfa.

13            And let me just say this, ladies and gentlemen:  I

14   remind you that all, the exhibits that have been admitted have

15   been sent back to you.  So you can review them to the extent

16   any party references them during their closing statements and

17   then if at any point you need any portion of the transcript

18   sent back to you, a witness' testimony or something like that,

19   you can also request that during your deliberations.  All

20   right.

21            Go ahead, Ms. Arfa.

22            MS. ARFA:  Good morning.

23            THE JURY:  Good morning.

24            MS. ARFA:  For almost three years, Xu Jin and his

25   wife, Liu Fang were terrorized by the Chinese Government.

SUMMATION - MS. ARFA                    1938

1    That happened here in the United States where they live.  The

2    Chinese Government wanted Xu Jin and Liu Fang to return to

3    China so the Chinese Government, using a number of different

4    people, including each of the defendants, and every person on

5    this board, harassed and stalked and threatened Xu Jin and

6    Liu Fang and their families.

7           Strangers went to the home of Liu Fang's

8    sister-in-law in New Jersey.  They did it in order to deliver

9    messages to Xu Jin.  One of those messages is, If you want to

10   protect your family, the only options are to return to China

11   or kill yourself.

12          Xu Jin's sick, elderly father was sent halfway

13   across the world from China to New Jersey to try to force

14   Xu Jin to return to China.  Xu Jin's father made that long,

15   dangerous trip because of threats to the safety of his own

16   wife and daughter back in China.

17          Strangers went to the home of Xu Jin and Liu Fang,

18   pounded on their door, tried to open that door, and then left

19   a threatening note.  The note said that if Xu Jin returned to

20   China and if he spent 10 years in prison there, then his wife

21   and his child would be safe.

22          A stranger sent harassing Facebook messages to the

23   friends of Xu Jin and Liu Fang's daughter and then there was a

24   flood of mail sent from China to Liu Fang's sister, mail that

25   included a video with images of Xu Jin's mother and sister

SUMMATION - MS. ARFA                    1939

1  hysterically crying.

2          Liu Fang and her daughter checked in with each other

3  every single day, sometimes doing something as simple as just

4  texting an emoji to the other, just to confirm that the other

5  was still safe.  This was a relentless campaign by the Chinese

6  Government to scare Xu Jin and Liu Fang into returning to

7  China.

8          And each of the defendants, Michael McMahon,

9  Zhu Yong and Congying Zheng, knowingly participated in that

10  campaign.  They surveilled, they stalked, they threatened, and

11  they terrified.  What the defendants did was against the law,

12  and it's time to hold them accountable for their conduct.

13          Ladies and gentlemen, when this trial began, the

14  Government told you that the evidence would show that each of

15  the defendants knowingly acted at the direction of the Chinese

16  Government and that they stalked the victims in this case.

17  The evidence that you have seen and heard has proven exactly

18  that.

19          This morning, I'll summarize that evidence for you.

20  And I'll explain how it demonstrates that each of the

21  defendants is guilty of each of the four charged crimes.  I'm

22  not going to review everything because I know you paid

23  attention.  And, as Judge Chen said, you'll have the evidence

24  when you deliberate and you can request the transcripts of the

25  witness testimony.

1          I will briefly note, though, that on my slides,

2   those won't be in evidence so they won't go back with you.  So

3   if there's a particular exhibit you would like to review more

4   closely, you should write down the exhibit number.  It will be

5   on the bottom of the slide.  In a moment, I'll walk you

6   through the key events.

7          As you've heard over the past two weeks, these

8   events are largely undisputed.  After I've talked about the

9   key events, I'll talk about the charges against the

10  defendants, what those charges mean, and how we have proved

11  each of those charges beyond a reasonable doubt.

12         As I do that, I'll focus on what really are the

13  issues in dispute here, defendant's knowledge, and their

14  intent.

15         As you learned over the past two weeks, the Chinese

16  Government, through the work of the defendants and their

17  co-conspirators, carried out a multiyear campaign to harass

18  and intimidate the victims in order to coerce them to return

19  to China.  In September 2016, the Chinese Government directed

20  Defendant Zhu Yong to hire Defendant Michael McMahon, a

21  private investigator and former NYPD officer, to locate

22  Xu Jin.

23         Looks like it's cut off on the screen, but that's a

24  timeline bubble for September 2016.  Zhu Yong, who was in

25  direct contact with Chinese Government official, Sun Hui,

SUMMATION - MS. ARFA                    1941

1    right over here where the political commissar are in China,

2    Zhu Yong hired McMahon to locate Xu Jin and his family.  It

3    was Zhu Yong who signed McMahon's retainer agreement.  It was

4    also Zhu Yong who initially paid McMahon.  This is the

5    retainer agreement.

6            And as you can see here, this is GX 1020, Zhu Yong

7    already possessed highly sensitive information about the

8    victims, including, as you can see -- well, maybe you can see.

9    It's pretty small, their social security number, their birth

10   dates, and their green card numbers.  And at the bottom of

11   that first page and top of that second page, you can also see

12   that he possessed information that related to Chinese travel

13   information.

14           Ladies and gentlemen, that was information that

15   could only have come from the Chinese Government.  That highly

16   sensitive information in that document is why, beginning in

17   October 2016, Zhu Yong provided to Michael McMahon to help him

18   track down the victims.  As we'll discuss later, McMahon knew

19   exactly what was going on right from the beginning.  He did

20   some basic research and he almost immediately found a

21   newspaper article and other information that made clear,

22   exactly why he had been hired to find Xu Jin.  It was because

23   the Chinese Government wanted to arrest Xu Jin and force him

24   to return to China.

25           Bless you.

SUMMATION - MS. ARFA                    1942

1      Despite learning that Xu Jin was wanted by the
2  Chinese Government, in early October 2016, McMahon began
3  researching Xu Jin and conducting surveillance of Xu Jin's
4  family.  McMahon was doing that for Zhu Yong, the defendant,
5  and for his Chinese Government counters.  As you can see here,
6  this is GX 1034, '36, and '37, McMahon surveilled Xu Jin's
7  sister-in-law and took photos of her.  McMahon sent those
8  photos to the interpreter who then passed them on to Zhu Yong.
9  And you can see that in this e-mail in which the interpreter
10 informed McMahon that his update had been provided to Mr. Zhu.
11     In late October, the Chinese Government officials
12 directing this scheme escalated their efforts.  They began a
13 more hands-on approach.  On October 27, Zhu Yong and his
14 co-conspirator, Hu Ji, right here, the Chinese police officer,
15 traveled from China to meet with McMahon.
16     That meeting happened, as you heard, at a Panera
17 Bread in New Jersey.  Zhu Yong and Hu Ji both traveled to the
18 United States in late October.  That's confirmed in this
19 exhibit, GX 402Y.  And the day leading up to that meeting at
20 Panera Bread with McMahon, Zhu and Hu Ji, they spoke many
21 times.  You can see that in GX 316.
22     The meeting at Panera Bread was captured in this
23 photo of the three conspirators, standing arm in arm.  The
24 photo is GX 902E.  This is Defendant McMahon in the middle,
25 Defendant Zhu Yong on the left and Hu Ji, the Chinese police

SUMMATION - MS. ARFA                    1943

1    officer on the right.

2            Zhu Yong and Hu Ji didn't travel from China to New

3    Jersey just to take a quick photo.  The reason for the meeting

4    was obvious.  They wanted to have a detailed conversation

5    about the ongoing plan to harass Xu Jin and Liu Fang in order

6    to force them to return to China.

7            In November 2016, McMahon began receiving direction

8    directly from the Chinese Government, via Eric Yan, who, as

9    you know, is the same Hu Ji, the Chinese police officer with

10   whom McMahon had met only a few weeks previously at the Panera

11   Bread.  The information requested from McMahon became even

12   more invasive and more obviously geared toward harassment and

13   intimidation.

14           For example, Hu Ji requested that McMahon obtain

15   Liu Fang's travel information and information about their

16   college-aged daughter.  McMahon provided that information as

17   you can see, in GX 2033.  The information that McMahon

18   provided, as I'll talk about more later, included sensitive

19   U.S. Government information about people living here in the

20   United States.

21           McMahon improperly got that information from a law

22   enforcement friend and then gave it to a Chinese Government

23   official.  And while McMahon was conducting surveillance and

24   gathering sensitive personal information about the victims,

25   another man conveyed to the victims exactly what the Chinese

1  Government was doing.

2          That man passed along a message for Xu Jin that to

3  protect his family, his only options were to return to China

4  or kill himself.  This is Liu Yan's testimony.  As she told

5  you, he said, If you don't go back, then your family members

6  will be in trouble.  If you want to resolve this issue,

7  there's only two ways:  Either you go back to China on your

8  own and admit the crime or you disappear.

9          And then she told you what that meant.  What

10 disappear meant.  She told you that meant asking him to die on

11 his own.  That's Pages 78 to 79 in the transcript.  And that

12 right there is the Chinese Government ratcheting up the

13 pressure.

14         In December 2016, McMahon sent Hu Ji a report about

15 Xu Jin's daughter.  During her testimony, Xu Jin's daughter

16 identified most of the addresses in the reports that McMahon

17 sent as addresses of which she had lived previously.  You can

18 see that in these exhibits, GX 3063, 3065, 713, and

19 Sabrina Xu's testimony at Pages 15 to 16.

20         In the spring of 2017, the Chinese Government

21 escalated things further.  That's when Chinese Government

22 officials, together with McMahon and several conspirators,

23 exploited the victim's elderly father to locate and harass the

24 victims.  In March 2017, Hu Ji told McMahon about this new

25 phase of the harassment campaign, Hu Ji told McMahon that

1    Xu Jin's father would be traveling from China to New Jersey to

2    the home of Liu Fang's sister and asked McMahon to follow

3    Xu Jin's father in order to try to find Xu Jin himself.  Hu Ji

4    asked McMahon whether he would accept this job or not.  You

5    can see it in the exhibits.  McMahon accepted.

6              On April 3rd, 2017, Tu Lan -- Tu Lan, the Chinese

7    prosecutor who was tasked with bringing Xu Jin back to China,

8    she traveled from China to New Jersey, along with

9    co-conspirator Johnny Zhu, right down here.  They met with

10   Hongru Jin who, as you heard, acted among other things as a

11   driver for the various Chinese officials when they came to the

12   United States in connection with this harassment campaign.

13             The co-conspirators gathered in a hotel, and they

14   discussed the plan to harass and surveil Xu Jin and his

15   family.  And we know that because a lengthy portion of the

16   meeting was recorded.  The plan they discussed that night

17   involved a number of participants and it occurred over several

18   days.

19             The plan was this:  Xu Jin's father would fly into

20   the United States, and he would do so along with a doctor, to

21   ensure that the elderly man would survive the trip.  Johnny

22   Zhu would take the father to the home of Xu Jin's

23   sister-in-law and then leave him there.  The father would then

24   try contacting Xu Jin to convey the Chinese Government's

25   demands that Xu Jin return to China.  And while all of this

1  was happening, McMahon and Hongru Jin would be performing

2  surveillance in order to try to locate Xu Jin and figure out

3  where he lived by following his father.  At that meeting at

4  the hotel, Chinese prosecutor Tu Lan and Johnny Zhu discussed

5  McMahon.

6          Tu Lan was emphatic.  She directed Johnny Zhu to

7  tell McMahon everything.  She said, and I quote, Tell him

8  clearly, I mean, you need to tell him clearly about

9  everything.  You can see that in GX 704A.

10         The next day, on April 4th, 2017, the team began

11  carrying out that plan.  Johnny Zhu met with McMahon at the

12  same place he had met with Zhu Yong and Hu Ji previously, the

13  Panera bread in New Jersey.  They met for nearly an hour.  You

14  can conclude that at that meeting, just as Tu Lan directed,

15  Johnny Zhu told McMahon everything.  And to ensure that

16  McMahon would carry out his role in this obviously illegal

17  scheme, Johnny Zhu paid McMahon $5,000 in cash.

18         On April 5th, 2017, Xu Jin's father arrived in the

19  United States as planned.  This is Xu Jin's father, Xu Cewei.

20  At the time, he was 82 years old, and he had recently suffered

21  a brain hemorrhage.  He was forced to travel to the United

22  States accompanied by Dr. Li Minjun, a retired doctor.

23         Xu Jin's father was given a task, find his son,

24  Xu Jin, and persuade Xu Jin to return to China.  That task was

25  given to him by Tu Lan, the Chinese prosecutor.  And you heard

1    about that task from Liu Fang in her own words.  She

2    testified, He, meaning her father-in-law, said that Tu Lan and

3    others forced him to come to the U.S., he did not want to

4    come, and he was also given a task, he must return to China

5    with his son, yeah, to persuade his son to return to China.

6           And then she clarified what that task was.  She told

7    you, they wanted him to meet with his son, and he must see

8    him, and he has to persuade the son to return to China with

9    him together.  That's Liu Fang's testimony, Pages 697 to '99.

10          The reason Xu Jin's father made that dangerous trip

11   was because he feared for the safety of his wife and his

12   daughter in China.  His daughter, in fact, had previously been

13   jailed when Xu Cewei, the father refused to make the trip.

14          That's his daughter right there who's Xu Jin's

15   sister, Xu Qin.  Let's look what Xu Jin told you about that.

16   He said, And Tu Lan from the prosecutor's office in Wuhan told

17   my father that if he did not accompany them to the U.S., then

18   my younger sister would be sent to jail.  Page 1392 of the

19   transcript.  After he arrived in the United States, Xu Jin's

20   father was dropped off at the home of Xu Jin's sister-in-law,

21   just as the conspirators planned.  Xu Jin's father was

22   literally left on her door.  That's Liu Yan, sister-in-law.

23          The reason the Chinese Government officials left the

24   father at the home of the sister-in-law was because they

25   didn't have an address for Xu Jin.  They had his

SUMMATION - MS. ARFA                  1948

1   sister-in-law's address, though, and so they used Xu Jin as

2   bait.  And the plan worked.  Because Michael McMahon was

3   watching.  He followed Xu Jin's father to a meeting with

4   Xu Jin and then he followed Xu Jin home from that meeting.

5        By April 6th, just one day after Xu Jin's father

6   arrived in the United States, McMahon was able to do what the

7   Chinese Government had not been able to do thus far, he was

8   able to locate Xu Jin.

9        This is McMahon texting Johnny Zhu with Xu Jin's

10  address.  That's the redacted box there.  But you can see the

11  un-redacted version in GX 805B.  And GX 2002 is a photo of

12  Xu Jin's home that McMahon sent to Johnny Zhu that very day.

13  McMahon, of course, knew the overall purpose of this multiday

14  scheme.  He knew the purpose was to coerce Xu Jin to return to

15  China.  And when the scheme wasn't progressing quickly enough,

16  he suggested more direct meshes.  On April 11, 2017, he texted

17  Johnny Zhu, I think if we harass Xu, park outside his home and

18  let him know we are there, I did that before on another case.

19  That's GX 805B.

20       And let's be clear about what we're talking about

21  here.  This is Michael McMahon suggesting to a representative

22  of the Chinese Government that they harass Xu Jin, in those

23  words, because if an appeal from an elderly man forced to

24  travel halfway around the world wasn't going to be enough to

25  convince Xu Jin, then perhaps knowing that an armed

SUMMATION - MS. ARFA                    1949

1    investigator was sitting right outside would be enough.

2    Perhaps that would be the thing that scared him back to China.

3    Johnny Zhu said no to that particular harassment technique,

4    but the Chinese Government did continue its harassment

5    campaign.  They just did it through other methods of stalking

6    and intimidation, and they continued to use McMahon to do it.

7            The next day, Xu Jin's father was permitted to

8    return to his wife and his daughter in China.  But Xu Jin

9    didn't go with him and so the Chinese Government's efforts

10   continued.  Less than two weeks later, Hu Ji, again, the

11   Chinese police officer, e-mailed McMahon to thank him for

12   getting Xu Jin's address.  And then he said that now we needed

13   information in connection with the girl related to Xu Jin's

14   daughter.

15           Having located Xu Jin, there was no legitimate

16   purpose for seeking information about Xu Jin's daughter.  This

17   was about continuing to find ways to harass Xu Jin.  Zhu Yong

18   went to the home of Xu Jin's sister-in-law and took photos.

19   And you can see here this is a photo that includes her license

20   plate.  And these were photos that were found on his phone.

21   And just a few days after taking these photos, Defendant Zhu

22   Yong returned to China.  We know that from the travel record,

23   you can see.

24           And then a month later, there was yet another effort

25   to harass Xu Jin.  This time it was targeted at his daughter,

1   Sabrina.  That's Sabrina, who also goes by Xu Xinzi.  Facebook

2   messages were sent to her friends accusing her parents of

3   wrongdoing and accusing her of benefiting from that

4   wrongdoing.  In the summer of 2018, her friends starting

5   receiving those messages, disparaging her and her family.

6   And, as she testified, she felt threatened that the Chinese

7   Government had found her friends and sent those messages.  She

8   told you that the messages made her feel stressed and unsafe.

9   She told you they made her feel worried about her family.

10  That's GX 713 at Pages 22 to 23.

11          In September 2018, the Chinese Government finally

12  agreed with McMahon and further escalated their threats.

13  Taking advantage of the address for Xu Jin that McMahon had

14  obtained, the Chinese Government sent two people to his home

15  to threaten and intimidate him.

16          On September 4th, 2018, Defendant Congying Zheng,

17  along with Vincent Kuang, drove from Brooklyn to New Jersey to

18  deliver another message from the Chinese Government.

19  Defendant Zheng, leading the charge, walked up Xu Jin's

20  driveway, went to his front door, pounded on that front door.

21  When no one answered, and he couldn't open the door because it

22  was locked, he taped to the door three threatening notes.  And

23  then he let Kuang to the back of the house, walking up the

24  backyard and up the patio where, as you can see from those

25  exhibits which are GX 709A and 108, he peered inside their

SUMMATION - MS. ARFA                    1951

1   home.  And you've seen what the note said, if you're willing

2   to go back to mainland -- which you've heard means China --

3   and spend 10 years in prison, your wife and children will be

4   safe.  That's the end of this matter.

5          Congying Zheng and Vincent Kuang then quickly

6   returned to take down two of the notes, not because they felt

7   badly, not because it was wrong, but because the person who

8   had told them to post the notes was concerned that leaving

9   three notes on the front door might draw attention.  He was

10  concerned it might be seen by a neighbor and cause problems.

11         So they came back and they took down two of the

12  notes and they threw them on Xu Jin's lawn.  But they left

13  that third threatening note on the door, on the front door,

14  for Xu Jin and Liu Fang to see.  This is the note they left.

15  And these are the other two notes that were found on the lawn.

16         Just as they intended, Xu Jin and Liu Fang did see

17  this note.  And this is 50 -- '51.  They were home when Zheng

18  was pounding on the door.  And after he left, they quickly

19  found the note.  And as they told you, they were terrified by

20  it.

21

22         (Continued on the following page.)

23

24

25

Summation - Ms. Arfa                    1952

1    (Continuing.)

2            MS. ARFA:  But even though they were scared, Xu Jin

3    and Liu Fang still didn't return to China, and the Chinese

4    Government's efforts continued.

5            In 2019, Liu Fang's sister, Liu Yan, started

6    receiving numerous unsolicited and unwanted mailings from

7    China.  They supposedly were from Xu Jin's sister.  But Liu

8    Fang's sister, and Xu Jin and Liu Fang themselves, knew

9    better.  They knew that those mailings were the latest in the

10   Chinese Government's efforts to try to force Xu Jin and his

11   wife to return to China.

12           These were some of the mailings.  This is GX 5072

13   and 506.  You saw the contents of one of those mailings, that

14   DVD.  That was the video you saw a few days ago.  That was the

15   video of Xu Jin's mother and sister crying.  It was deeply

16   upsetting, just as it was supposed to be.

17           Ladies and gentlemen, the events I just described

18   make clear that Xu Jin and Liu Fang were harassed and stalked

19   for years.  This was a broad and long-lasting experience to

20   coerce Xu Jin and Liu Fang to return to China through threats

21   and intimidation.

22           Every person on this board, including the

23   defendants, played a role in this conspiracy.  Every one of

24   them shared the goal of harassing Xu Jin and Liu Fang into

25   going back to China.  The defendants each participated in that

Summation - Ms. Arfa                    1953

1   overarching conspiracy.  They played different roles at

2   different times, but they were all involved.  They all shared

3   that common goal.  In doing so, the defendants each committed

4   four separate crimes.  Those crimes fall into two buckets.

5          First:  The defendants each acted as an illegal

6   agent of a foreign government; and separately, they conspired

7   to commit that crime.

8          Second:  The defendants each committed the crime of

9   interstate stalking; and separately, they conspired to commit

10  that crime.

11         I've talked generally about what the evidence in

12  this trial has shown.  In a moment, I'll walk through how the

13  evidence proves each defendant's guilt beyond a reasonable

14  doubt on each of those four charges.  As I do that, I'll

15  discuss some of the law, which I expect Judge Chen will

16  instruct you about.  To the extent anything I say is

17  inconsistent with anything Judge Chen instructs you, you, of

18  course, should please follow Judge Chen's instructions.

19         I'm going to start with the interstate stalking

20  charges, which are relatively straightforward.

21         The evidence has shown that the defendants each

22  shared a common goal of harassing and intimidating Xu Jin and

23  Liu Fang.  That's exactly what each of them did.  And just to

24  be clear, neither of these two charges requires proof that the

25  defendants knew that they were working at the direction of the

Summation - Ms. Arfa                                1954

1    Chinese Government.

2              Let's look first at the interstate stalking charge,

3    which is Count Four.  The elements to this charge, as you can

4    see, are:

5              First:  That the defendant traveled in interstate or

6    foreign commerce.

7              Second:  The defendant did so with the intent to

8    harass or intimidate, or to place under surveillance with the

9    intent to harass or intimidate Xu Jin or Liu Fang.

10             Third:  In the course of doing so, the defendant

11   caused, attempted to cause, or reasonably expected to cause

12   substantial emotional distress to Xu Jin, Liu Fang, or another

13   member of either of their immediate families.

14             This is Count Three, the conspiracy to commit

15   interstate stalking charge.  I expect Judge Chen will instruct

16   you that a conspiracy is simply an agreement.  The elements of

17   Count Three are:

18             That there was an agreement to commit interstate

19   stalking.

20             The defendant knowingly and intentionally joined

21   that agreement.

22             And third:  That any member of that conspiracy took

23   some step or act, which could be as simple as a phone call or

24   an email, in furtherance of that agreement.

25             If you find those elements satisfied, you must find

Summation - Ms. Arfa                              1955

1    the defendants guilty of this count.

2              But to find the defendants guilty of this count,

3    Count Three, you do not need to find that anyone actually

4    carried out the interstate stalking, the interstate

5    intimidation, the harassment.  Here, it's the agreement itself

6    to harass or to intimidate that's the crime.

7              Let's look now at each of the defendants, starting

8    with the evidence that proves that McMahon and Zhu Yong

9    engaged in interstate stalking.

10             As you know, Zhu Yong and McMahon were primarily

11   responsible for the scheme to bring Xu Jin's father from China

12   to New Jersey to coerce the victims to return to China.  As we

13   told you in our opening, McMahon himself did not travel

14   between states or internationally, but he clearly aided and

15   abetted others who did so, including Johnny Zhu and Tu Lan,

16   and he did that with the intent of harassing the victims and

17   causing them substantial emotional distress.

18             McMahon's agreement to stalk Xu Jin when his father

19   arrived was critical to Tu Lan's plan to finally find Xu Jin's

20   home address.  As we talked about earlier this morning, in

21   October  2016, the evidence shows that Zhu Yong traveled back

22   and forth from China to the United States and back again.  And

23   he did that as he helped the Chinese Government officials,

24   like Hu Ji, gather information that the Chinese Government

25   could use to carry out its stalking scheme against the

Summation - Ms. Arfa                        1956

1    victims.

2           Zhu Yong put the wheels in motion for the April 2017

3    surveillance in early October 2016.  As you saw, during this

4    period, Zhu Yong was already sending McMahon information on Xu

5    Jin's father.  He knew the goal was to lever Xu Jin's father

6    to coerce Xu Jin to return to China.  You can see on here,

7    this is the information sheet that he provided to McMahon.  It

8    says:  Jin Xu's parents will leave the states on October 6th,

9    and it provides information about their travel plans.  Then it

10   suggests that someone follow them.

11          And, in fact, Zhu Yong admitted to knowing about

12   this scheme in his post-arrest interview.

13          As you know, later in October, both Hu Ji and Zhu

14   Yong traveled from China to the United States in order to meet

15   with McMahon.  After that meeting, McMahon provided

16   information he improperly obtained from databases for the U.S.

17   Department of Homeland Security about the victims, and he

18   passed that information to Chinese officials for use in

19   further actions.

20          In April 2017, several more conspirators, working

21   alongside McMahon and with information and resources gathered

22   by Zhu Yong, again traveled across international and state

23   borders, this time with Xu Jin's father, and this time,

24   clearly to engage in direct harassment and intimidation.

25          McMahon may not have traveled outside of New Jersey

Summation - Ms. Arfa                    1957

1    himself, but he engaged in critical affirmative steps, such as

2    surveillance of Liu Yan's home on the day his father was

3    brought here.  Those critical steps helped to ensure the

4    success of this part of the stalking campaign.  McMahon

5    admitted in his post-arrest interview that he knew his

6    co-conspirators traveled internationally to stalk Xu Jin and

7    Liu Fang.

8           You can see he said:  And then the father had flown

9    in from, I think he said, China to convince the son because

10   of, you know, out of honor for the name.  That's GX 701-A.

11   McMahon knew what it meant.  He knew that meant the father was

12   brought across international lines as an intimidation and

13   harassment tactic to force Xu Jin back to China.

14          Not only was this end goal apparent to McMahon, but

15   he must also have explained it to the private investigator who

16   you heard testimony from, Eric Gallowitz.  You saw the

17   evidence that the two of them joked about an abduction as they

18   were waiting for further orders from Chinese officials about

19   surveilling Xu Jin.

20          You see Gallowitz asked:  Further surveillance?

21          McMahon responds:  Not sure.  Waiting for a call.

22          Gallowitz responds:  Yeah, from New Jersey State

23   Police about an abduction.

24          McMahon responds:  LOL.  Laugh out loud.

25          You also saw a text in which Gallowitz proposed to

Summation - Ms. Arfa                    1958

1    McMahon that the surveillance be escalated, that it go overt

2    to more easily achieve the end goal here, scaring the victims

3    into returning to China.

4            You can see he says:  Maybe overt surveillance.  In

5    their face.  Sit in front of the house.  Pictures.  Video.

6    Scare them.

7            McMahon doesn't respond and say, no, absolutely not,

8    that's a terrible idea.  He says:  Yeah, possibly.

9            And of course you have McMahon's text to Johnny Zhu

10   in which McMahon himself directly proposes that they harass Xu

11   Jin.  Look at the text.  We read this earlier.  McMahon says:

12   I think if we harass Xu, park outside his home and let him

13   know we are there.

14           McMahon sent that text because he understood the

15   purpose of the international harassment campaign.  He didn't

16   just work for Johnny Zhu and his co-conspirators; he worked

17   with them to try to make their harassment campaign more

18   successful.

19           And when McMahon was asked about his role in

20   stalking the victims, he lied about what he did and he

21   pretended that communication you just saw, the one in which he

22   suggested harassing Xu, was a typo.

23           McMahon:  I don't know why I would even say

24   something like that unless it was a typo or something.

25           It wasn't a typo.  It was McMahon trying to cover

Summation - Ms. Arfa                    1959

1    his tracks.

2              The interstate and foreign travel here is obvious.

3    The intent to intimidate and harass is clear.  And of course,

4    the expectation of substantial emotional distress from the

5    coordinated scheme involving Xu Jin's father was not just

6    reasonable to expect; it was the entire purpose of the scheme.

7    And it wasn't just a purpose; it actually happened.

8              This element is proven.

9              As you heard from Xu Jin, his father was elderly and

10   in poor health.  In fact, as I told you, he was -- or as he

11   told you, Xu Jin told you, his father was in such poor health

12   that even the Chinese Government had a retired doctor to

13   accompany him.  They were worried he might die.  And if he did

14   die, he wouldn't be able to accomplish the Chinese

15   Government's mission.

16             The father's forced trip to New Jersey from China

17   was shocking and distressing to Xu Jin's entire family.  He

18   told you:  It was because earlier in that year my father had

19   the surgery done and his health condition had been weakened,

20   and previously he had a brain hemorrhage and started saying

21   that he's getting headaches.  My family members were very

22   concerned and worried about his conditions.  However, under

23   such conditions, he was still being forced to come to the U.S.

24   It was very shocking.  The first of all, it was very shocking

25   for me to see that being done and, secondly, I was very angry.

Summation - Ms. Arfa          1960

1          The forced visit of Xu Jin's father made absolutely

2    clear that every day that Xu Jin did not return to China, his

3    family would suffer more and more.  Because of that, Xu Jin

4    told you that he lives in fear.

5          He said:  When my father returned to China, they

6    sent my younger sister to the jail again.

7          QUESTION:  And does that make you feel frightened?

8          Yes, I'm worried.

9          Substantial emotional distress is proven.

10          Let's talk now about the evidence related to Zheng's

11    guilt of interstate stalking.  That evidence is also

12    clear-cut.  Congying Zheng and Vincent Kuang drove an hour in

13    their car from Brooklyn to New Jersey to the Xu family home.

14          The interstate travel element is proven.

15          When they got there, Congying Zheng and Vincent

16    Kuang invaded the property of Xu Jin and Liu Fang, and they

17    posted the threatening notes.  I showed you earlier the note

18    they left.  And make no mistake, defendant Zheng was not an

19    unwilling follower, as he falsely claimed in his post-arrest

20    interview.  He was first one up the driveway.  He was the

21    first one to the front door.  He was the first one on the

22    deck.  He was the one holding the table dispenser.  And he was

23    the person who taped the note on the door, the note that

24    threatened the safety of Xu Jin and his entire family.  When

25    Zheng did that, he knew exactly what he was doing, and didn't

Summation - Ms. Arfa                    1961

1    ask any questions when he did.

2              You heard Vincent Kuang tell you -- or he was asked:

3    Up until this point on September 4, 2018, did you observe

4    Zheng looking confused?

5              Kuang answered:  No.

6              QUESTION:  Did you observe Zheng appearing nervous?

7              ANSWER:  No.

8              Go back and look at the photos and the video in GX

9    709, and in every video clip and every photo we showed you,

10   and they're in evidence, you'll see from every one it is Zheng

11   who is leading the effort to threaten the Xu Jin family that

12   day.

13             Ladies and gentlemen, the threatening note speaks

14   for itself.  What other reasonable expectation could there be

15   from reading that note than to cause the reader to fear for

16   his family's safety?  That's what the note said, and that's

17   what the note did.

18             Again, the interstate and foreign travel element is

19   proved here for Zheng.

20             And of course, the expectation of substantial

21   emotional distress wasn't just reasonable to expect; it

22   actually happened.  You heard about that from both Liu Fang

23   and Xu Jin.  Liu Fang described for you the fear she felt when

24   the two men, including the defendant Zheng, pounded at her

25   door and peered inside her home window.

Summation - Ms. Arfa                           1962

1       She said:  Their arrival made me feel like even

2   though it was under broad daylight and I stayed in my home and

3   locked my door, I was still very unsafe.

4       You heard from Xu Jin who explained the trauma of

5   the threat escalating from being a mental one to now a fear of

6   a physical threat, both to him and his family.

7       He told you:  When I saw that note, my reaction at

8   the time was that I had two feelings.  Before I saw this, I

9   felt that the threats from the Chinese Communist Party was

10  only a mental threat to me.  However, when I saw that note, I

11  realized that it had become a physical threat and is close

12  first to my life.  That is how I feel at the time.

13      This count is proven with respect to Zheng.  We've

14  demonstrated all three elements.

15      And of course, those discrete acts of interstate

16  stalking were part of a much larger conspiracy to engage in

17  interstate stalking.  We've already gone over the evidence of

18  the invasive surveillance of the victims that Zhu Yong and

19  Chinese officials commissioned to McMahon beginning in 2016.

20  We've already gone over the forced visit of Xu Jin's father in

21  April 2017 from China to New Jersey.  We've gone over

22  McMahon's surveillance of Xu Jin that followed.  And we've

23  gone over the threatening note that Congying Zheng left at the

24  Xu family home.

25      You also heard about the harassment of Sabrina Xu,

Summation - Ms. Arfa                          1963

1   Xu Jin and Liu Fang's daughter, on Facebook, and you heard

2   about the series of mailings with letters and videos that Liu

3   Yan, Xu Jin's sister-in-law, received at her home in 2018.

4   There is a clear escalation over time in the harassment

5   campaign.

6           Every defendant sitting at that table actively

7   participated in that harassment campaign.  The interstate

8   stalking campaign traumatized the victims, traumatized their

9   families.  Liu Yan, Xu Jin's sister-in-law, told you that she

10  had no proper words to describe the mental pain we have

11  suffered.

12          And then she told you:  My sister, my older sister

13  was almost collapse, on the verge of collapsing.  She could

14  not eat, could not sleep, and getting thinner and thinner.

15  Yeah, I was scared that she would not be able to take it

16  anymore.  She's distant away from all the Chinese people and

17  friends from who -- who are from China.  She distance or

18  disconnected himself with family.

19          That's transcript page 126.

20          And Liu Fang herself described how her life was

21  turned upside down, 180 degrees, overnight.  That's

22  transcript pages 732 and 33.

23          And then you heard Liu Fang describe how she told

24  her daughter to send her an emoji every day just to let her

25  know that she was safe:  I am also very concerned about the

Summation - Ms. Arfa                    1964

1    safety of my daughter, she told you.  Therefore, I ask my

2    daughter from then on to send me a message every day, no

3    matter how busy she was, even though an emoji would do, just

4    to say that she's safe.  That's transcript page 730.

5           We have proven Count Three, conspiracy to engage in

6    interstate stalking, with respect to all three defendants.

7           Let's look now at the charges that the defendants

8    were acting as illegal foreign agents.  Again, I'm going to

9    begin with Count Two, which is the count that they acted as

10   illegal foreign agents, and then I'll go back to the

11   conspiracy count, which is Count One.

12          I expect that Judge Chen will instruct you that the

13   elements of Count Two  are:

14          First:  The defendant acted as an agent of the

15   Chinese Government or a Chinese Government official.

16          Second:  The defendant failed to notify the Attorney

17   General that he would be doing so.

18          Third:  The defendant acted knowingly.

19          Fourth:  The defendant acted, at least in part, in

20   the United States.

21          I also expect that Judge Chen will instruct you that

22   an agreement to act as an illegal agent does not need to be a

23   formal or contractual agreement.  The agent doesn't have to

24   receive payment or compensation.  A mutual understanding is

25   sufficient.

*Kristi Cruz, RPR, RMR*
*Official Court Reporter*

Summation - Ms. Arfa                    1965

1            I also expect that Judge Chen will instruct you that

2    agreeing to act at the direction of a foreign government does

3    not require that the agent or the defendant is essentially

4    acting as an employee of the foreign government.  You can act

5    under the direction of a foreign government in a more

6    hands-off way and still be acting as an agent.

7            With respect to Count One, I expect Judge Chen will

8    instruct you that the elements are:

9            First:  There was an agreement to act at the

10   direction of the Chinese Government without notifying the

11   Attorney General.

12           Second:  The defendant knowingly and intentionally

13   became a member of that agreement.

14           Third:  An overt act was committed in furtherance of

15   that agreement.

16           Similarly to the charge that defendants conspired to

17   commit interstate stalking, here, to find the defendants

18   guilty of Count  One, you do not need to find that anyone even

19   acted at the direction of the Chinese Government.  As I

20   explained earlier, it's the agreement that is the crime here.

21           Let's discuss the evidence relating to Count Two.

22   There's no dispute that the overarching campaign to harass and

23   intimidate Xu Jin and Liu Fang, the victims, was directed by

24   the Chinese Government.  The officials of the Chinese

25   Government involved in that harassment campaign --

Summation - Ms. Arfa                          1966

1          MR. GOLDBERGER:  I object to that last statement.

2          THE COURT:  Hold on one second.

3          Overruled.

4          Remember, ladies and gentlemen, this is argument and

5     it is the Government's belief about or their view of the

6     evidence, and the defense will have the opportunity to provide

7     any rebuttal, or their view of the evidence.  So remember, it

8     is simply argument.

9          Go ahead.

10         MS. ARFA:  The Chinese Government officials involved

11    in the harassment campaign included every single official in

12    this top row:  Li Feng, an officer;  Hu Ji, a policeman; Sun

13    Hui, a political commissar; Xiao Jun, the chief prosecutor; Tu

14    Lan, the prosecutor.

15         There's no dispute that the defendants did not

16    provide any notification.  So as I expect Judge Chen will

17    instruct you, being an agent of a foreign government means

18    that an individual other than a diplomatic or consular

19    official or attache is agreeing to operate subject to the

20    direction or control of a foreign government or official.

21         We know from DSS Special Agent Matthew McGuire's

22    testimony that none of the defendants were diplomats or

23    consular officials.  We also know from much the same evidence

24    that we've already talked about that Zhu Yong, Michael

25    McMahon, and Congying Zheng were acting under the direction or

Summation - Ms. Arfa                1967

1   control of the Chinese Government.

2           MR. GOLDBERGER:  Objection.  That's not the

3   evidence.

4           THE COURT:  Overruled.  You'll have your opportunity

5   to make your argument, as well.

6           This is the Government's argument, again, ladies and

7   gentlemen.

8           Go ahead.

9           MS. ARFA:  Zhu Yong acted at the direction of Sun

10  Hui, Hu Ji, and others at the Chinese Government to initiate a

11  surveillance of the victims and to obtain McMahon in September

12  and October of 2016.  McMahon acted under the direction of Hu

13  Ji, Tu Lan, and others in the Chinese Government, including

14  intermediaries Zhu Yong and Johnny Zhu when he conducted

15  surveillance on the victims, including in April 2017, when Xu

16  Jin's father was forcibly brought to the United States.

17          McMahon also accessed U.S. Government databases at

18  the direction of Hu Ji and through Zhu Yong.  That information

19  provided detailed travel records, as well as other personal

20  information about the victims and his co-conspirators --

21  excuse me, about the victims that he received from his

22  co-conspirators.

23          McMahon was paid over $19,000 for that work.

24          Congying Zheng acted under the direction of the

25  Chinese Government through intermediaries when he threatened

Summation - Ms. Arfa                    1968

1    Xu Jin in September 2018, telling him that if he served 10

2    years in a Chinese prison, his wife and children would be

3    okay.

4             I expect Judge Chen will instruct you that if the

5    evidence proves that any of the defendants acted at the

6    direction of the Chinese Government for any period of time

7    between September 2016 and December 2019, then you must find

8    them guilty of Count Two.  In other words, you do not need to

9    find that the defendant was an agent during the entire period

10   charged in the indictment.

11            The first element of Count Two is proven.

12            With respect to the second element, there's no

13   dispute that none of the defendants notified the Attorney

14   General.  In fact, the parties have stipulated to that.  That

15   means all the parties agree that's true and that's in

16   evidence.

17            There's also no dispute that the defendants acted,

18   at least in part, within the United States.  The surveillance,

19   the harassment, the intimidation, that occurred in New Jersey

20   and it occurred in New York.  The only real issue in dispute

21   for this count is whether the defendants knew they were

22   working for the Chinese Government, whether they knew they

23   were acting at the direction of the Chinese Government, and

24   whether the defendants agreed to do it.  And the evidence has

25   shown that each of the defendants knew exactly who they were

Summation - Ms. Arfa                    1969

1    working for.  They knew they were working for the Chinese

2    Government.

3            Let's begin with Zhu Yong.  You've seen a lot of

4    evidence that Zhu Yong was acting at the direction of the

5    Chinese Government.  We've talked about much of that evidence

6    already, and I'm not going to go through it in detail again,

7    so let me just summarize it.

8            In September  2016, while he was in China, Zhu Yong

9    arranged for McMahon to be hired.  Zhu Yong signed a retainer

10   agreement.  Zhu Yong made the initial payment to McMahon with

11   a check, with a memo line that specifically says:  Retainer

12   fee from, paid by Jason Zhu a/k/a Yong Zhu, meaning Zhu Yong.

13   Zhu Yong provided McMahon with incredibly sensitive

14   information about the victims, as we've seen.  Zhu Yong then

15   received regular updates with McMahon's findings.  Zhu Yong

16   went to the meeting at the Panera  Bread with McMahon and Hu

17   Ji, the Chinese police officer.

18           Later on, after McMahon obtained Xu Jin's address,

19   it was Zhu Yong who conducted additional surveillance at the

20   home of Xu Jin's sister-in-law, Liu  Fang, and he did that

21   just days before he returned to China.

22           Rather than going through that evidence again, let

23   me focus on the evidence that Zhu Yong knew he was working for

24   the Chinese Government.

25           As early as August 2016, Zhu Yong was working for

Summation - Ms. Arfa                          1970

1    the Chinese Government to find a private investigator who

2    could help the Chinese Government with finding Xu Jin.  Once

3    Zhu Yong got information about Private Investigator McMahon in

4    the United States, he passed that information along to Sun

5    Hui, the Wuhan Public Security Bureau political commissar.  He

6    is unquestionably a Chinese Government official.  And you know

7    that not only from GX 431-K, but you know that from Defendant

8    Zhu Yong's Exhibit  A, which is an email that he sent to Sun

9    Hui.  You know that because you know his email address, you've

10   seen Zhu Yong's email address.  It's reflected on here.

11        Zhu Yong became the middleman between the Chinese

12   Government and Private Investigator McMahon.  His contact

13   information was even saved in one of the co-conspirator's

14   phones as "Middleman."  This is GX 901-D.  You can see it, Zhu

15   Yong's photo on the left, the profile photo, it's the same one

16   that was entered into evidence, and the email address that we

17   know belongs to him.

18

19        (Continued on the next page.)

20

21

22

23

24

25

Summation - Ms. Arfa                    1971

1    (Continuing.)

2            MS. ARFA:  Zhu Yong was listed as the middleman

3    because that's exactly what he was; he was a middleman between

4    Michael McMahon and the Chinese government.

5            When Zhu Yong first hired McMahon, Zhu Yong told the

6    translator that he, meaning Zhu Yong, was looking for Xu Jin,

7    Zhu Yong said, because Xu Jin owed him money.  You can see

8    that in GX 3011.  This is an e-mail from the translator

9    saying:  Jin Xu is a gentlemen who owed -- that's a typo, but

10   owed a lot of money for Mr. Jason Zhu.  That was a lie and

11   Zhu Yong obviously knew it was a lie.  He knew that Xu Jin

12   didn't owe him money.  He knew that the Chinese government was

13   hunting down Xu Jin in an effort to force him back to China.

14           And in following weeks, Zhu Yong provided this

15   highly sensitive information about a victim to McMahon,

16   including Exit & Entry Permit records for Hong Kong and Macao,

17   Chinese I.D. numbers and Chinese family travel information.

18   That's information that could only have been gotten by the

19   Chinese government.  "From."  I should say "from" the Chinese

20   government.

21           And Zhu Yong obviously knew that the information was

22   coming from the Chinese government, given his repeated

23   contacts with Chinese government officials.  So you saw a few

24   moments ago his e-mail with Sun Hui, which was in

25   September 2016.  He also spoke regularly or frequently with

*Andronikh M. Barna, Official Court Reporter, RPR, CRR*

Summation - Ms. Arfa                    1972

1   Hu Ji, the Chinese police officer, in the days leading up to

2   the meeting in October 2016 at the Panera Bread.  And again,

3   that was the meeting between Zhu Yong, Hu Ji and Michael

4   McMahon.  So you can see here that in the days leading up to

5   that meeting, he was talking frequently to Hu Ji.

6           But Zhu Yong did more than just act as an

7   intermediary and he did more than just hire Michael McMahon.

8   In May 2018, long after Xu Jin had already been located, Zhu

9   Yong conducted additional surveillance.  He took photos of Liu

10  Fang's sister's home and he took photos of her vehicle.  These

11  are the surveillance photos he took.  And then four days after

12  getting those surveillance photos, he returned to China.  We

13  know that from his travel records.

14          Zhu Yong knew exactly what was going on.  He knew it

15  was the Chinese government who was looking for Xu Jin.  He

16  knew that it was the Chinese government officials that he was

17  working for.  His very own words confirmed that.  He was

18  asked:  Mr. Hu and the young man, they were here to do what

19  about in fugitive?  He responded:  Look for that person.

20  Mr. Hu there is Hu Ji, the Chinese police officer.  That's an

21  admission that he knew that Hu Ji was in the United States

22  looking for Xu Jin, the alleged fugitive.  And a few minutes

23  later when Zhu Yong was asked:  So is Hu Ji part of the

24  police?  He responded:  I don't know, but he's part of the

25  unit he mentioned before, the overseas, Overseas Chinese

1    Affairs Office.  He's part of that.

2              The Overseas Chinese Affairs Office is a Chinese

3    government entity.  You heard that from Professor Wedeman.

4    And you can see it here in the party-state system chart that

5    Professor Wedeman used to explain the structure of the Chinese

6    government.  It's not a secret that the Overseas Chinese

7    Affairs department is a government entity.  And the Overseas

8    Chinese Affairs Office isn't just any government entity, it's

9    one with a known and specific role in Operation FOX HUNT.  As

10   Professor Wedeman told you, its role with respect to Operation

11   FOX HUNT is helping the other agencies locate and repatriate

12   individuals to China.  Zhu Yong knew that's who Hu Ji was

13   working for.

14             Zhu Yong later admitted again that he knew that the

15   Chinese government was looking for Xu Jin.  He said:  Police

16   are looking for him.

17             And then Xu Jin -- I'm sorry.

18             And then Zhu Yong described how the Overseas Chinese

19   Affairs Office was only one of the many departments in the

20   Chinese government trying to find Xu Jin.  He said:  There are

21   several departments looking for him.  Whoever finds him first,

22   you know, gets an award.  Several departments.  All

23   departments are all, like, applied to look for this person.

24   This person is Xu Jin and these departments are the

25   departments in the Chinese government.

Summation - Ms. Arfa                    1974

1          Let's go back to Professor Wedeman's chart again.

2    You can look at all of the different departments involved in

3    Operation FOX HUNT, ones other than the Overseas Chinese

4    Affairs department:  United Front Work Department, Central

5    Committee for Discipline Inspection, the Anticorruption

6    Bureau.  Zhu Yong, during his post-arrest interview,

7    essentially outlined the structure of the Chinese government

8    when it comes to Operation FOX HUNT.  He knew exactly who he

9    was working for.  He knew he was working for the Chinese

10   government.  And he knew that when he hired McMahon and when

11   he helped Hu Ji track down Xu Jin.

12          This count is proven with respect to Zhu Yong.

13   Let's turn now to Michael McMahon.

14          The evidence that Michael McMahon knew he was

15   working for the Chinese government and that the goal was to

16   force Xu Jin to return to China is overwhelming.  I won't go

17   through all of that, but I will summarize some of the

18   highlights.  I'm going to talk about each of these in a little

19   bit more detail.

20          So first, McMahon was given -- McMahon's clients

21   kept changing.

22          So let's start with what he was told when he was

23   hired.  The information he was given kept changing without

24   explanation.  You can look at the summary chart.  On September

25   27, 2017, he was told in an e-mail that the client was a,

*Andronikh M. Barna, Official Court Reporter, RPR, CRR*

1    quote, "lady who had been through a lot."  On October 5th,

2    2016, he was told that it was Mr. Jason Zhu; "Mister," not a

3    lady.  November 13, 2016; client was referenced as "Eric Yan."

4     April 4, 2016, client was referenced as "Eric's friend from

5    China" or "Johnny," meaning Zhu Feng.  Four different supposed

6    clients, at least.

7            That should have been a red flag to anybody and

8    certainly to a private investigator with McMahon's lengthy law

9    enforcement history.  Not just a red flag, but it was a lie.

10   And it was a lie that McMahon, again, the better investigator,

11   caught almost immediately because the same day he received an

12   e-mail from the translator saying that Xu Jin was a gentleman

13   who owed a lot of money to Jason Zhu.  That was the e-mail we

14   looked at earlier in which Zhu Yong lied.  The same day

15   Michael McMahon received that e-mail, he conducted his own

16   search and he learned that Xu Jin was wanted by the Chinese

17   government.  We know that.  And we know that McMahon

18   immediately understood the significance of that information

19   because he sent it to his friend, Private Investigator

20   Gallowitz.  This is an e-mail that McMahon sends to Gallowitz.

21   The subject line:  TLO report says wanted by Interpol.  The

22   TLO report, you heard, was the database from which you learned

23   that Xu Jin was wanted by Interpol.

24           McMahon also sent himself the China Daily article

25   that you heard a lot about.  The title of this article is

Summation - Ms. Arfa                    1976

1   "Interpol Launches Global Dragnet for 100 Chinese Fugitives."

2   That article included photos and information about both Xu Jin

3   and Lui Fang.  That's GX 4018 and GX 4019-B.  McMahon sent

4   himself the link in April 2017 with the subject line "China

5   most wanted."  But by that point he already knew.

6        McMahon also collected information that was

7   completely irrelevant to collecting a debt, which is

8   supposedly why he had been hired, or even to conducting

9   surveillance.  For example, he looked for information about

10  whether Xu Jin and Lui Fang's college-aged daughter was --

11  where she was in college and what her major was.  Her major,

12  that's not information needed to collect a debt.  That's

13  information collected as part of a harassment campaign.

14       McMahon also improperly accessed and misused

15  information he obtained from the New Jersey Motor Vehicle

16  Commission, which you heard is also referred to as New Jersey

17  CAIR.  While conducting the surveillance, McMahon took a photo

18  of a vehicle and he zoomed in on the license plate, as you can

19  see on this exhibit.  He believed it belonged to Xu Jin and he

20  then sent it on to Johnny Zhu.  Johnny Zhu, you can see in

21  this text exchange, asks him:  MC, meaning McMahon, please run

22  info check or plate and the house ASAP.  We don't need to

23  monitor their activity until we have some info for those.

24  That's April 6, 2017.  McMahon responds "okay."  And then he

25  sends information.  He sends information about the car being

*Andronikh M. Barna, Official Court Reporter, RPR, CRR*

1    owned, not leased, and who it's owned by, and their home

2    address.

3           To pause on that, that's information that McMahon

4    obtained and then passed along to someone who was working for

5    the Chinese government.  That's information that McMahon had

6    access to because he could access the database as a private

7    investigator.  But as you heard, he wasn't allowed to access

8    that database for just any reason; he was bound by an

9    agreement which specifically limited how he could use the

10   information he obtained.  When McMahon shared the information

11   with Johnny Zhu, he violated that agreement.  The purpose for

12   which he shared the information, conducting surveillance and

13   locating an individual for reasons not relating to motor

14   vehicle activity is exactly what he is not allowed to do.  You

15   can see that from the language of the agreement itself.  It

16   says the information shall be -- that the participant, meaning

17   McMahon, must hold the information in confidence.  And it says

18   that he is strictly prohibited from using Commission records

19   to conduct surveillance or to investigate or locate an

20   individual.

21          From the evidence you have heard, you can infer that

22   McMahon improperly obtained the information about Xu Jin and

23   Liu Fang from his buddy, Greg Finning, who at the time was a

24   special agent with the Drug Enforcement Administration or DEA.

25   October 20th, 2016, McMahon spoke with Greg for over

Summation - Ms. Arfa                1978

1    40 minutes.  You can see that in this phone record.  He also

2    sent a text to Greg with sensitive victim information,

3    including social security number, date of birth, New Jersey

4    license plate.  That's GX 316 4006-B.  And then he followed up

5    with Greg to ask if there was any update.  He said:  My

6    clients flew in from China and I'm meeting them this eve.

7            DHS records make clear that Homeland Security data

8    such as the information that was provided cannot be shared.

9    This is a warning on the documents in which the information

10   was provided.  It says:  The information is to be controlled,

11   stored, handled, transmitted, distributed and disposed of in

12   accordance with DHS policy relating to FOUO -- meaning "for

13   official use only," as you can see on the warning itself --

14   information and is not to be released to the public or other

15   personnel who do not have a valid need to know without prior

16   approval of an authorized DHS official.

17           Let's go back and see how we got that information.

18   You heard testimony from HSI Special Agent Neviene Habeeb, who

19   is the individual who pulled the information that McMahon

20   eventually passed along.  She told you that she remembered it

21   had something to do with Greg Finning.  That was McMahon's

22   friend.  And so to be clear, McMahon took U.S. government

23   information which he obtained improperly and he passed it

24   along to an official with the Chinese government.

25           That's not the only evidence reflecting that McMahon

Summation - Ms. Arfa                    1979

1    knew his actions relating to Xu Jin were illegal.  Let's look

2    at the payments he received.

3            Oh, I'm sorry, before I do that, this is the e-mail

4    passing along the information from Special Agent Habeeb, who

5    is the one who told you that her recollection was that the

6    request came from Greg Finning.

7            So, let's look at McMahon's payments in connection

8    with what I'll call "the Xu Jin case."

9            On October 5th, 2016, at the outset of the case,

10   McMahon received $5,000.  That was a retainer fee.  You can

11   see there is a note that says:  Retainer fee from Jason Zhu,

12   a/k/a Yong Zhu.  That's the check we talked about earlier.

13   And that was a check from Zhu Yong, passed along to the

14   interpreter and then sent to McMahon, who then deposited that

15   check into his business account, McMahon Investigative Group

16   account.  Again, that was October 5th, 2016.

17           Approximately two months later, on December 13,

18   2016, he received $5,945.  That came by wire transfer from

19   China.  He was told to expect that wire transfer by Hu Ji, the

20   Chinese police officer.  And the wire transfer itself came

21   from Li Feng, a Chinese prosecutor.  Again, it was a wire

22   transfer from China and McMahon knew it was from China.  And

23   he knew the description on that wire transfer, "Eric traveling

24   fee," wasn't accurate.  And then look at what he did with that

25   wire transfer.  He took that almost $6,000 and he deposited it

*Andronikh M. Barna, Official Court Reporter, RPR, CRR*

1   into his checking account with his wife.  He did not deposit

2   it into his business account like he did the first payment.

3           The next payment is April 4th, 2017.  That's $5,000.

4   This time there was a payment made in cash.  McMahon got it

5   from Hu Ji and from Johnny Zhu when he met them at the Panera

6   Bread.  $5,000 in cash at a Panera Bread.  That's a lot of

7   money to be receiving in cash in a public place or really in

8   any place.  No person doing legitimate business is handed a

9   five-thousand-dollar wad of cash in a Panera Bread, it doesn't

10  happen.  Oh, I'm sorry, I misspoke.  That was Zhu Feng, not Hu

11  Ji for this payment.  And we don't know what happened with

12  that cash.  We don't know what McMahon did with it, but we do

13  know that it didn't go into the business account.

14          On April 10th, 2017, there is another payment of

15  $2,000, also from Zhu Feng or Johnny Zhu.  This time it was

16  deposited into his son's student checking account.  The

17  following day, he gets a payment of another thousand dollars,

18  which again from the same, also from Johnny Zhu, which he

19  again deposits into his son's student checking account.

20  McMahon subsequently, a couple weeks later, transferred that

21  $3,000 -- so the $2,000 from April 10, 2017 and the $1,000

22  from April 11, 2017 -- transferred that $3,000 total to pay

23  off a credit card with his wife.

24          And then on April 27, 2017, he gets a payment of

25  $200, this time from Hu Ji, using the name He Sheng, which

Summation - Ms. Arfa                    1981

1    McMahon deposits into the checking account with his wife.

2              So for this one case, McMahon received payments from

3    four different sources, including two Chinese government

4    officials and two coconspirators, one of whom is the defendant

5    before you.  He received the payment in three different

6    formats:  Check, wire transfer, cash.  And that wire transfer

7    again was from China.  And he deposited those payments in at

8    least three different accounts:  His business account, his

9    checking account with his wife, and his son's student checking

10   account.

11             And let's look at the timing of what he did and when

12   he did it.  It's no coincidence that the only time he

13   deposited the payment from the Xu Jin case into his business

14   account was -- that it was before he learned Xu Jin was

15   wanted.  As soon as McMahon learned that Xu Jin was wanted by

16   the Chinese government, he switched to depositing his payments

17   into the other accounts, his joint account with his wife and

18   his son's student account.  That's not a matter of

19   convenience.  McMahon was deliberately concealing those

20   payments.  He was deliberately concealing those sources

21   because he knew the work he was doing was illegal.  He knew

22   the payments he was receiving were illegal.  He knew the

23   payments were coming from the Chinese government.  You can go

24   back and look at those at GX 403-A through L, 436-A, 3072 to

25   '73 and 3075.

Summation - Ms. Arfa                    1982

1          And that's not even the only way that McMahon's

2    financials demonstrate that he knew he was working for the

3    Chinese government.  He earned over $19,000 from the Xu Jin

4    case.  There is -- you can see that at the bottom of this

5    graphic which shows you the different amounts he received and

6    the methods by which he received them.  Again, the check, the

7    wire transfer, and the cash, as well as the different sources

8    from which he received this information and the different

9    descriptions.

10         And then you can see from this slide how he treated

11   that money, or I should say more broadly, what he reported on

12   his tax returns.  There's a lot of information on this slide,

13   but really what it boils down to is this:  If you look at

14   McMahon's business account, the deposits into that account in

15   2016 were more than what he reported on his 2016 tax returns.

16   That's before you even consider the fact that, as we just saw,

17   most of the money he earned on the Xu Jin case never even made

18   its way into the business account.  Again, this wasn't

19   oversight.  And it wasn't some small amount of money to

20   McMahon.  In fact, the money McMahon earned in this case was

21   approximately 20 percent of his total reported earnings in his

22   business account for 2016 and 2017 combined.  McMahon didn't

23   report his earnings from the Xu Jin case because he didn't

24   want the U.S. government to know that he had been working for

25   the Chinese government.

Summation - Ms. Arfa                    1983

1          And for even further proof that McMahon knew exactly

2   what he was doing, we can look at his very own words.  In his

3   post-arrest interview, he said:  And then the father had flown

4   in from, I think he said, China to convince the son because

5   of -- you know, out of honor for the name.  Professor Wedeman

6   explained to you the significance of family honor in Chinese

7   culture.  He told you that by approaching the family and by

8   potentially pressuring the family, you are signalling to the

9   individual that they are putting -- they are -- their refusal

10  or lack of return to China is putting the family in danger.

11  McMahon's post-arrest statement reflects that he understood

12  that.

13         So that's been a lot of information about McMahon

14  and what he knew, so let me take a moment to summarize.  From

15  the evidence you have seen, you can infer the following:

16         Back on April 3rd, 2017, there was a meeting with Tu

17  Lan and Zhu Feng.  That meeting, Tu Lan -- again, the Chinese

18  prosecutor tasked with bringing Xu Jin back to China --

19  specifically said, talking about McMahon:  Tell him clearly.

20  I mean, you need to tell him clearly about everything.  That's

21  GX 704-A.

22         April 4th, 2017 is the meeting at Panera Bread that

23  you've heard about.  You can see from these surveillance

24  photos that the meeting lasted almost an hour.  That was the

25  day after the hotel meeting at which Tu Lan instructed that

Summation - Ms. Arfa                    1984

1    McMahon should be told clearly about everything.

2              And then the following day, April 5th, 2017,

3    Zhu Jin's father arrived in the United States.  This is a text

4    message from Zhu Feng to McMahon saying:  I just got the

5    package.  That's a reference to Xu Jin's father.  It's a coded

6    word in a text exchange that McMahon never questioned or

7    sought to clarify because he didn't need to; he had already

8    been told exactly what that meant.  That's GX 4010.

9              After his arrest, McMahon said:  I think he had

10   mentioned to me that they were trying to get him to come back

11   to China.  The "him" there is Xu Jin.  And then McMahon said:

12   So they could prosecute him.  In other words, Tu Lan said that

13   Zhu Feng should tell McMahon everything.  And the evidence

14   demonstrates that's exactly what they did.  They told McMahon

15   everything.  They told him exactly who he was working for:

16   The Chinese government.  And they told him why he had been

17   hired:  To help force Xu Jin to return to China.  McMahon's

18   own words support that.

19             Count Two is proven.

20             Let's talk now about Congying Zheng.  There's an

21   additional instruction that I expect Judge Chen will provide

22   that is particularly relevant to your consideration of the

23   evidence against Congying Zheng:  Conscious avoidance.  As you

24   will learn from Judge Chen, conscious avoidance means

25   purposefully closing your eyes so that you don't see

1    something.  If Zheng was asked any questions or used his

2    common sense, it would have been obvious to him that he was

3    acting as an agent of the Chinese government.  Nothing happens

4    in a vacuum.

5              When Zheng Congying receives -- I'm sorry.  When

6    Congying Zheng received his marching orders to threaten Xu Jin

7    at his home, he did it against the backdrop of Operation FOX

8    HUNT, which you've heard a lot about.  Operation FOX HUNT was

9    highly publicized both on Chinese media and U.S. media during

10   the relevant time period.  You heard Vincent Kuang tell you

11   exactly that:  "Do you know if Zheng used the Chinese TikTok

12   you were just discussing?"  "Yes."

13             As I described earlier, there's no real question

14   that Zheng went to Xu Jin's and Liu Fang's home to intimidate

15   them.  He invaded their private property.  He banged on their

16   door.  He tried to open the front door to go inside.  He went

17   on to the back of the house.  He peered inside the house.  And

18   then he left three notes, all with the exact same message, to

19   be sure that that terrifying message wouldn't be missed.  You

20   saw and you heard a lot of evidence making absolutely clear

21   that's what happened.  These images you're looking at of Zheng

22   doing exactly that are GX 709-A and GX 108.

23             You also heard testimony that Zheng was aware that

24   others had been to the same home, Xu Jin and Liu Fang's home.

25   That's further evidence that Zheng knew he was part of a

1986

1    larger effort to intimidate and harass the victims.  There was

2    testimony by Vincent Kuang, who told you that.

3           Kuang also told you that they went back to the home

4    because they were trying to figure out if anybody was inside

5    the home but deliberately not coming out:  So after we left,

6    he wanted to see if someone had moved that note.  That's the

7    explanation for why, after they posted the note, they left and

8    then came back.  They wanted to see if anyone had taken it

9    down.  They wanted to see if anyone was there.

10          And the words of the note make absolutely clear who

11   Congying Zheng was working for when he went to Xu Jin and Liu

12   Fang's home that day.  Let's look at the note:  If you are

13   willing to go back to the mainland and spend 10 years in

14   prison, your wife and children will be safe.

15

16          (Continued on the next page.)

17

18

19

20

21

22

23

24

25

1    (Continuing.)

2            MS. ARFA:  It was the Chinese Government that wanted

3    Xu Jin to turn him in, it was the Chinese Government that

4    wanted Xu Jin to spend 10 years in prison.  Private citizens

5    don't put people in prison.  Vincent Kuang told you how

6    obvious that is.  He was asked, who runs prisons in China.

7    The answer was, The Government.

8            Count Two is proven with respect to Congying Zheng.

9    We've walked you through all of the evidence that each

10   defendant was guilty of acting as an agent of the Chinese

11   Government without prior notification to the attorney general.

12   Each defendant is also guilty of conspiracy because they

13   agreed, with others, to work toward that same illegal goal, to

14   harass and intimidate Xu Jin and Liu Fang in order to

15   repatriate them to China against their will.  We've proven

16   this Count Two.

17           Ladies and gentlemen, at the start of this trial,

18   the Government stood before you and told you that we would

19   prove these charges beyond a reasonable doubt.  That is

20   exactly what we've done.  The evidence has shown that

21   Defendant Zhu Yong acted as a conduit for the Chinese

22   Government here in the United States.  The evidence has shown

23   that he repeatedly met with an official of the Chinese

24   Government, a policeman, Hu Ji, tasked with bringing Xu Jin

25   and Liu Fang back to China.  The evidence has shown that

SUMMATION - MS. ARFA                    1988

1    Zhu Yong hired a private investigator to locate and surveil

2    the victims.  The evidence has shown that the private

3    investigator that Zhu Yong hired was Defendant Michael

4    McMahon, and the evidence has shown that months later,

5    Zhu Yong conducted further surveillance, even after Xu Jin's

6    home, residence, had been located and identified, and that

7    Zhu Yong conducted that additional surveillance for days

8    before he returned to China.

9            The evidence has shown that Defendant Zhu Yong knew

10   exactly who he was working for and what the goal was.  The

11   evidence has shown that Defendant Michael McMahon surveilled

12   the victims.  The evidence has shown that even after he

13   obtained Xu Jin's address, McMahon continued to obtain and

14   share detailed personal information about the victims and

15   their family members.  The evidence has shown that McMahon had

16   no legitimate reason to obtain or share that information.  The

17   evidence has shown that his true purpose was to help the

18   Chinese Government to harass and stalk the victims.  And the

19   evidence has shown that McMahon knew that Xu Jin and Liu Fang

20   were wanted by the Chinese Government.

21           The evidence has shown that Michael McMahon knew

22   exactly who he was working for and what the goal was.  The

23   evidence has shown that Defendant Congying Zheng went to

24   Xu Jin and Liu Fang's home to try to find them and to leave

25   the threatening notes on their door.  The evidence has shown

SUMMATION - MS. ARFA                    1989

1   that Zheng invaded their property and shattered their feelings

2   of safety, banging on their door, trying to get inside, and

3   then going around back to peer inside.  The evidence has shown

4   that Zheng, in fact, left the threatening notes on the front

5   door, and the evidence has shown that the notes threatened

6   that Xu Jin's wife and daughter would be safe only if he

7   returned to China and spent 10 years in prison there.  The

8   evidence has shown that Congying Zheng knew exactly who he was

9   working for and what the goal was.

10          We ask that you enter the only verdict consistent

11  with the evidence, with the law, and with your common sense.

12  We ask that you enter a verdict of guilty on all counts for

13  each of the defendants.

14          Thank you.

15          THE COURT:  Thank you, Ms. Arfa.

16          Ladies and gentlemen of the jury, we'll take our

17  morning break now.  So please be ready to go again at 10 of

18  noon, and still do not talk about the case, do not do any

19  research, keep an open mind.

20          We'll see you at 10 -- did I say 10 of 2:00 -- 10 of

21  12:00.  Sorry.

22          THE COURTROOM DEPUTY:  All rise.

23          (Jury exits the courtroom.)

24          THE COURT:  All right, everyone.  You have 15

25  minutes.  And obviously, Mr. Lusterberg, you should set up.

1           Off the record for one second.

2           (Off the record.)

3           (A recess was taken.)

4           THE COURT:  My apologies, everybody.  Let's get

5      started.

6           Mr. Lusterberg, are you ready?

7           MR. LUSTERBERG:  Yes, Your Honor.

8           THE COURT:  Have a seat, everyone.

9           Just off the record for a second.

10          (Off the record.)

11          THE COURTROOM DEPUTY:  All rise.

12          (Jury enters the courtroom.)

13          THE COURT:  Please be seated, everyone.

14          Mr. Lusterberg.

15          MR. LUSTERBERG:  Thank you, Your Honor.

16          THE COURT:  Mr. Lusterberg, before you begin, I just

17     want to advise the jury that we are going to take our normal

18     lunch break at 1:00, and I've advised Mr. Lusterberg of that.

19     It may be that he will have to begin now before the lunch

20     break, but continue afterwards.

21          Go ahead, Mr. Lusterberg.

22          MR. LUSTERBERG:  Thank you very much, Your Honor.

23          Good morning, ladies and gentlemen of the jury.

24          THE JURY:  Good morning (unanimously).

25          MR. LUSTERBERG:  And really glad to be addressing

1    you again, although, I'm in kind of a difficult spot here.

2    Psychologists say that what people remember and process most

3    is they call it the primacy recency phenomenon, what they hear

4    first, and what they hear last.  Well, I'm neither first nor

5    last.  You heard Ms. Arfa at some length, Mr. Heeren is going

6    to go at the end, and in between, you'll hear my colleagues,

7    Mr. Goldberger and Mr. Tung.  So I have to really ask you to

8    do the best that you can, and I know that you will, to focus

9    on what I say, to try to remember it, and to consider it when

10   it comes time for you to do your deliberations.  I know you'll

11   do that.

12        But I know it's also difficult, and all I can do is

13   really plead for you, because I'm in this difficult position

14   with my client, Mike McMahon's very life on the line.  So I

15   just have to plead with you to just do the best you can to

16   think of all of what I'm going to say, to consider all of it

17   as you deliberate.

18        When I stood up at the beginning of this case, I

19   told you that a lot of the facts of the case with regard to

20   Mike McMahon would be undisputed, and really, that's turned

21   out to be true.  Let's start here:  We have never denied,

22   never for one second, that Mr. McMahon was hired to be a

23   private investigator, which, by the way, you've heard is a

24   legitimate profession, you've heard from other private

25   investigators, you've heard from the New Jersey Motor Vehicle

1    Commission saying they provide records to private

2    investigators, and that he was hired to be a private

3    investigator for an investigation that involved Mr. Zhu --

4    Xu Jin.

5              There's also no doubt as to how he got hired.  That

6    story has been told here.  Yong Zhu sought to hire someone to

7    assist him to collect a debt, he went to a Chinese-speaking

8    attorney, Liping Shi, Ms. Shi, who you heard from, looking to

9    find a private investigator who was licensed in New Jersey.

10   Ms. Shi, in turn, reached out to an attorney that she knew

11   from the Kings County courthouse, I think she said, where she

12   did a little bit of criminal work.  She was mainly an

13   immigration lawyer.  That attorney, in turn, contacted Paul

14   Brickfield, from whom you've heard, a former and a criminal

15   defense attorney in New Jersey asking for a recommendation as

16   to an investigator.

17             Paul recommended Mike McMahon, a former NYC cop and

18   a private investigator who lived and worked in New Jersey.

19   Mike got to work.  Let's be clear about this, not because he

20   had some kind of history for working for the Chinese

21   Government or because he was some sort of great candidate to

22   break the law.  He got the work because he was an investigator

23   in New Jersey to whom the case was referred.  He did a normal

24   written retainer agreement which we'll show you, and was shown

25   to you earlier.  There it is, Exhibit 3009.  I know that's a

1    little bit small, but you'll have a chance to look at that in

2    the jury room.  And he was paid as you heard, by check.

3            If we could just call up that check for a sec.

4            And I'd like you to take a good look at that check.

5    Because the check says -- it's because Jason Zhu, Yong Zhu,

6    and Li Hongzhong.  You haven't heard anything about

7    Li Hongzhong, but the Government has sort of made a big deal

8    about the fact that these are these shifting clients, and one

9    of them was a woman.

10           Any event, having been properly retained, he now,

11   seven years later, finds himself in front of you, members of

12   the jury, accused of four federal offenses.  It's almost

13   really unimaginable.

14           It's also very little doubt, actually, as to what

15   Mr. McMahon did.  He performed surveillance on five days, five

16   days, over six months apart.  One date in October of 2016.

17   That was October 6th, 2016.  And sorry, when I refer to notes,

18   there's, like, a lot of facts, so I want to make sure I get

19   them right.  And four days in 2017; April 5th, April 6th,

20   April 10th, and April 11th, at both Xu Jin's sister-in-law's

21   home in Short Hills, New Jersey, and at his own home in

22   Warren, New Jersey.  So that, ladies and gentlemen, is what

23   this case is about, five days in the life which the Government

24   has pulled apart, dissected, and searched for reasons to

25   condemn.  I'll come back to that.

SUMMATION - MR. LUSTERBERG                1994

1        But the surveillance, exactly what private

2   investigators do every day, while we never disputed it, was

3   actually proven to all of you at great lengths by the

4   Government, by gathering Mr. McMahon's business records, by

5   reenacting text chains.  You've heard witness after witness

6   who, I'll read the left you read the right, I'll read the

7   green, you read the blue.  This is something you heard over

8   and over.

9        THE COURT:  Mr. Lusterberg, just remember go a

10  little slower.

11       Go ahead.

12       MR. LUSTERBERG:  Sorry.  This is how we talk from

13  New Jersey.

14       And even doing complicated cell site analysis.  So

15  all this was shown to show surveillance that we never really

16  denied.

17       The facts were that Mike, like many other private

18  investigators, did surveillance.  There's also no doubt that

19  he obtained records, records that were particularly focused on

20  understanding Mr. Zhu's assets.  Indeed, from the outset, he

21  was focused on tracking money which makes sense, if you were

22  trying to help collect a debt.

23       I want to show you a couple of exhibits about that.

24  So Exhibit 3026.

25       And here, if you take a look it -- I don't know if

SUMMATION - MR. LUSTERBERG                    1995

1    you can see it.  I don't know if Ms. Conti can blow up that

2    one little sentence more.  Where would I be without her?

3            Any way, what that sentence says is, He wanted to

4    know if you can get any Xu Jin and his wife Fang Liu's records

5    of latest purchases through their Social Security number and

6    driver's license.

7            Let's look, as well, at Exhibit 3056 at Page 3.

8    Again, I'm sorry for the small print.  I know it's hard to

9    see.

10           And what it says is, Sorry for misunderstanding of

11   offshore.  From the financial record of our company -- and I

12   should note, this is an e-mail from Eric Yan.  I'll come back

13   to Mr. Yan in a minute.

14           Sorry for misunderstanding of offshore.  From the

15   financial record of our company, Zhu transferred the money to

16   those eight accounts, so we need check these accounts first.

17   Several accounts are from United States.

18           Why am I telling you this?  I'm telling you this to

19   show that what Mr. McMahon was investigating was the assets of

20   someone who he had been told was -- had embezzled money and he

21   was trying to recover that money.

22           There isn't any question, though, and we have never

23   denied either, that Jin Zhu was wanted in China, or even that

24   those who hired Mike were Chinese officials who were involved

25   in an operation to repatriate him.  That's not something that

SUMMATION - MR. LUSTERBERG                1996

1    we've disputed.  There is -- I'll come back to that.

2              But there's not even any real doubt that he met some

3    of those people, and the Government, you saw, a lot of video

4    at Panera Bread and so forth, at Panera Bread twice, and once,

5    you saw some reference to meeting at a lawyer's office.  Much

6    ado, in fact, has been made of the picture of Mike at Panera

7    Bread -- let's just remind you of that picture, Exhibit 902F,

8    you saw it again today -- as if it were really some evidence

9    of criminality.  I want to think about that picture as you

10   deliberate, that this, the Government says, is evidence of a

11   crime, a man standing in a public place at Panera Bread with

12   two other people.  Mike has never denied that meeting took

13   place any more than the Government has never denied that Mike

14   had no intersection whatsoever with many of the people that

15   you saw on the chart earlier.  People like Tu Lan, Xiao Jun,

16   Sun Hui, Li Minjun, Li Feng.  Those are names that you heard

17   over and over, and you saw them on the chart in front of you

18   for most of this trial.  There is no contention by the

19   Government and it is undisputed that Mike McMahon never

20   interacted, never met, never talked to, never corresponded

21   with, with one exception I'll get to in a second, any of them.

22   And the one exception is Li Feng, which I'll come to.

23              Also, you saw from the cell site data that he was

24   never where near the Embassy Suites near Newark Airport where

25   there was a meeting that you heard a lot about, and we'll come

1   back to that, where this whole surveillance operation was

2   discussed.  All of those sorts of things here, ladies and

3   gentlemen, are really undisputed.  You don't have difficult

4   fact-findings to find about who Mike McMahon was and what he

5   was doing.

6        What is disputed, and it's important to listen to

7   what everybody says and remember that this is what's disputed,

8   is Mike's understanding that in doing the work he was, he was

9   working, not for China, but for a company seeking to recover

10  the proceeds of an embezzlement which is what he understood.

11  The -- it was not -- the evidence, you know, what's disputed,

12  is whether he was involved in a -- not in an effort to get

13  Mr. Zhu to return to China, but whether he was trying to do

14  that on behalf of the Chinese Government.  And Ms. Arfa has

15  argued that he was, and I'm going to show you why he wasn't.

16        Let me start here:  There is not one, as I told you,

17  there would not be, not one spec of evidence of direct

18  evidence that Mike McMahon knew he was working for China.

19  Now, you've heard a lot about circumstantial evidence, about

20  putting money in his son's account, about taxes, about getting

21  records, but think to yourself, isn't it true what I told you

22  in openings that there was not one piece of evidence, not one

23  e-mail, where Mike is told that he's working for China or

24  reflects that he understands he's working for China, not one

25  text message, where he says, I know I'm working for China or

1    someone informs him that he's working for China, not one

2    witness who reports a conversation, not one who reports

3    saying, I spoke to Mike McMahon and I told him he was working

4    for China.  Not one witness sat on that witness stand and said

5    something like that to you.  Not one statement by Mike McMahon

6    that said I know I'm working for China.  Not one.  That lack

7    of evidence alone creates reasonable doubt as to whether Mike

8    knew that he was working for China.

9            But leave aside for the moment what the Government

10   didn't prove, though there was lots of that.  You saw over and

11   over, over and over, that there was no evidence of the

12   conversations that Mike was having with people.  I want really

13   to focus on this just for a moment, if I can.  Ms. Arfa argued

14   to you a few minutes ago that there were meetings that

15   Mr. McMahon had where he talked with people about working for

16   China.  But think to yourself whether you heard anything about

17   that.  The answer is no.  In fact, what you heard over and

18   over was that the Government didn't know what occurred in all

19   the conversations that took place between Mr. McMahon and

20   others.

21           Let me just remind you of one Exhibit first.  So

22   remember Exhibit 316 -- and you could look, as well, at

23   Government Exhibit 317.  These are -- these reflect calls that

24   were made between Mr. McMahon and other people, and on

25   cross-examination, we asked the agent, I think it was, who was

1    presenting this information, do you have any information about

2    what was said in those calls, anything at all, and the answer,

3    of course, was no.  And when the expert, Ms. Wheeler, Agent

4    Wheeler, on cell site data came up, she talked about a lot of

5    calls too.  And Ms. Conti, questioned her, do you know, do you

6    have any information about what the content of those calls

7    was, and the answer to that was no.  Because we don't know

8    what those calls was.  There was no one witness who came

9    forward and said what was said to Mr. McMahon or by

10   Mr. McMahon on those calls.

11            But it's more than that.  Remember the second

12   meeting in April of 2017 at Panera Bread.  That was a meeting

13   between Mr. McMahon and Johnny Zhu between coming and going in

14   the Panera Bread, Ms. Arfa is right, it's about an hour.  But

15   what was said during that hour?  No one knows.  No one can

16   know.  Johnny Zhu was present for that meeting with

17   Mr. McMahon, wasn't here to testify.  We'll come back to that.

18            And the other person who was present at that meeting

19   Hongru Jin specifically testified, and you heard him, he said

20   he sat off to the side and couldn't hear a word of the

21   conversation.  So Ms. Arfa says to you today that they must

22   have talked, in essence, about China, because this occurred a

23   day after a meeting -- which we'll come back to -- at the

24   Embassy Suites, in which Tu Lan directed Johnny Zhu to tell

25   everything to Mr. McMahon -- but we'll come back to that --

SUMMATION - MR. LUSTERBERG                    2000

1   and because it was an hour, basically.  So -- oh, and she also

2   says that there was an e-mail later that used the word package

3   which she said was code for something.  But that you heard no

4   evidence about package being a code for everything.  Nobody

5   testified to you about that.  And I'm going to, again, beseech

6   you, just consider the actual evidence, not stuff that's made

7   up, based upon the evidence.

8          Any way, let's talk a little bit -- and let me say

9   one other thing about that.  Our whole system turns on your

10  considering -- and Judge Chen will instruct you as to the law,

11  and I'll say the same thing as Ms. Arfa did, anything I say

12  about it that's inconsistent with what she says, she wins --

13  you have to consider the evidence.  The whole system is built

14  on considering what was actually introduced, not what the

15  Government thinks was introduced.

16         But let me show you some things that were

17  introduced.  Texts and e-mails in which from the very

18  beginning, Mike McMahon was told over and over and, in no

19  uncertain terms, that he was trying to find a McMahon who had

20  stolen money.  Remember -- let's start here -- this e-mail in

21  response to Mike's effort to understand what was going on.  So

22  first, Mr. McMahon asks some questions.  The Government says

23  Mr. McMahon asked no questions.  He asked some questions about

24  what the Investigation was about.  That's Exhibit 1022.  And

25  the response from the translator at the time -- and Ms. Arfa

1    showed you this as well, that's still 1022 -- says, Sorry

2    Mike, I forgot to indicate Jin Xu's gender.  Jin Xu is a

3    gentleman who owned -- owed -- a lot of money for

4    Mr. Jason Zhu.  Instead of repaying the money he owned, Mr. Xu

5    chose to run away and that's why Mr. Zhu needs to find out

6    where does Jin Xu live and other relate information.  Mr. Zhu

7    said there's no attorneys involved -- answering one of the

8    questions that Mr. McMahon had asked.

9            Gives you a sense of what he was looking at.  But

10   let's talk about this in a little more detail, because you

11   heard a lot more than that.  And I'd ask you to remember all

12   of those texts that were read to you in which over and over,

13   Mike was told, in no uncertain terms, by Zhu Feng -- that's

14   Johnny Zhu -- that he was working for a company, for a

15   company.  There are a lot of these, and you'll have all of

16   them in front of you.  But I'm going to remind you of the

17   evidence by showing you just a few.

18           So let's look first at exhibit -- Government

19   Exhibit 805B at Page 13.  So this is text exchange between

20   Mr. McMahon and Johnny Zhu in which Johnny Zhu says, okay, MC,

21   I spoke with my company last night, they want you to monitor

22   on Monday, but with one person.  Meaning, one other

23   investigator with him.  Or just him.  I haven't get reply from

24   invoice yet.  I think they are okay with it.  Can you start on

25   Monday first and I will come to your office by Tuesday.

SUMMATION - MR. LUSTERBERG                    2002

1          Then, a little bit later, exhibit -- Government

2    Exhibit 805B at 15, the text says, from Johnny Zhu, the

3    company wants the property list which belong J Lifetime.  Can

4    you do that?  We'll come back a little bit later to

5    J Lifetime.  But you can see that Mr. McMahon is being told

6    that this is an inquiry on behalf of a company.  A little bit

7    later, 805B at 19.  In response to a discussion about whether

8    to undertake bank checks to check on bank accounts to try to

9    track down Xu Jin's assets, Johnny Zhu tells him, quote,

10   Standby, I will inform your suggestion to the company tonight.

11   Again, 805B, Government Exhibit 805B at Page 21, Johnny says,

12   I will stay here as long as the company requires.  And at Page

13   26, Johnny says, I will speak with the company tonight.

14

15          (Continued on the following page.)

16

17

18

19

20

21

22

23

24

25

Summation - Mr. Lustberg                    2003

1    (Continuing.)

2            MR. LUSTBERG:  Just one more with Johnny.

3    Government Exhibit 805-B, page 28:  MC I will deposit 1K to

4    your account tmr morning; tomorrow morning.  Company want to

5    switch to lightweight surveillance with one person tomorrow

6    until further notice.  They are discussing how we gonna handle

7    this, this week.  We will send one agent until they tell us

8    what to do.

9            And it's not just that Johnny keeps referring to who

10   he's working for not as China, but as a company.  It's also --

11   let's look at Mike's responses.

12           So Government Exhibit 805-B, at page 14:  So your

13   company only wants one investigator for Monday?

14           The company; Mike thinks he's working for a company.

15           In Government Exhibit 805-B again, at page 24, Mike

16   asks:  How did the company in China find you and Eric to work

17   in this case?

18           Let me use this as a way of transitioning to Eric.

19           Eric Yan is -- you know that's not his real name,

20   the Government has told you that.  That was an alias.  It was

21   an alias that was used by a government official in China, Hu

22   Ji, H-U J-I, to disguise his identity.  To who?  To Michael

23   McMahon.  Mike was never told that Eric Yan was an alias for

24   Hu Ji.  He was never shown that nice chart with all those

25   pictures and explained who all of those people were and who

1    they work for and what their role in the Chinese Government

2    was.  That was not stuff that Mike was told.

3              What Mike was told that was there was -- he was

4    working for a company.  And he was told it over and over.  He

5    acknowledged it over and over.  And he was told that by

6    somebody named Eric Yan, which was a fake name; an alias.

7    I'll come back to that.  I know I keep saying I'll come back

8    to that.  I will, I will.

9              So Eric also, in his communications with Mike,

10   references a company.

11             Let's look at Government Exhibit 3047 in evidence.

12             This is an email between Eric Yan and Mike, in which

13   Eric says:  I have already back to China and reported all we

14   found to my boss of the company.  And then he later says:  So

15   we are willing to commission you to start the offshore

16   property investigation and also the investigation of these

17   eight account.

18             Then, and this is important, Exhibit 3056, this was

19   on December 4, 2016.  This is an email from Eric Yan, the

20   alias, to Mike, which says:  Hi, Mike.  Our finance manager

21   wire you the money this morning.  It will take three to five

22   working days to get to your account.

23             This is important because, if we look -- we looked

24   earlier at the exhibit that said:  Sorry for the

25   misunderstanding.  From the financial record of our company,

Summation - Mr. Lustberg                    2005

1    Zhu transferred the money to those eight account, so we need

2    to check those accounts first.

3            So this is part of that same inquiry into Mr. Zhu's

4    assets.

5            But approximately three to five working days later,

6    and this is Government Exhibit 403-A that you have there,

7    Mr. McMahon gets a wire transfer from Li Feng.  Now, you know,

8    but there's no evidence that Mr. McMahon knew that Li Feng was

9    also a government official in China.  What he understood,

10   would have understood, reasonably you can infer based upon

11   these emails, is that Li Feng was the finance manager who had

12   been referred to as wiring him money that would take three to

13   five days to clear, and that's exactly what happened.

14           Let's step back from all of this, and let me ask you

15   to just really use your common sense.  If Mike McMahon was in

16   this conspiracy, if he had reached an agreement with these

17   people to act on behalf of China, why would they be leading

18   him to believe that he was working for a company?  You know

19   the answer; you do.  Because you heard the testimony of Hongru

20   Jin who last week told you, after having listened to a

21   tape-recording of a meeting between him and Tu Lan and Johnny

22   Zhu, a meeting at the Embassy Suites, to which Mike McMahon

23   was not invited and certainly was not present, as the cell

24   site data showed, and this is what -- on pages 1088 and 1089

25   of the transcript, and I didn't put it up, but let me remind

Summation - Mr. Lustberg                    2006

1    you -- oh, we did put it up.  Ms. Conti is unbelievable.

2           So here's what Hongru Jin said about that:  After I

3    listened to the audio, I thought that when Johnny Zhu

4    mentioned Mike Mike, it was because earlier Tu Lan said, no

5    matter how Mike was like, it would be best for him to fill the

6    instruction and do so.  So Johnny Zhu said, maybe Mike will

7    not do it as instructed.  That's my thought.

8           So I asked:  So your thought was, what you

9    understood was that there was a concern that Mike would not do

10   what -- he would not follow that direction; is that correct?

11          Yes.

12          Okay.  And a little bit later, Tu Lan says this:  He

13   is an American.  I don't have any control.

14          I actually misread that.  I should have read:  I

15   don't have much control.

16          Do you remember, I asked Hongru Jin, Tu Lan saying

17   that?

18          He said:  Yes.

19          And I said:  And what did you understand Tu Lan to

20   mean when she said that?

21          ANSWER:  It would be the literal meaning, as in the

22   private detector is going to arrive then, he could not be

23   controlled or he cannot be ordered.

24          I'm going to ask you to look -- I didn't, in fact,

25   pull this up -- at the whole transcript of that meeting that's

Summation - Mr. Lustberg                2007

1    in evidence, and I'm going to ask you to remember where

2    Ms. Arfa cut it off when she summed up to you a little while

3    ago.  She cut it off at the point at which it said:  You need

4    to tell Mike everything.

5              I'm going to come back to that.

6              But that was right before what Tu Lan says:  He's

7    American, so therefore, I don't have much control.

8              Remember that, because that goes to the fundamental

9    nature of this relationship.

10             But there's more.  In testimony that was not

11   elicited by me, but in response to questions from the

12   Government, I asked these questions to Hongru Jin about the

13   surveillance he was doing, and here's what that exchange was:

14             Do you recall one of defense counsel asking you

15   about when Zhu Feng yelled at you for being seen by the

16   private investigator?

17             I remember.

18             Let me interrupt myself there and remind you what

19   this was about.  There was surveillance going on, and Hongru

20   Jin testified that during that surveillance he had encountered

21   the private investigator or somebody else, and he said -- and

22   the Government asked:

23             And was the issue that during your surveillance,

24   that another person doing surveillance saw you?

25             ANSWER:  Yes.

Summation - Mr. Lustberg                    2008

1          Was the issue also that another person -- well, was

2   there anyone else that they didn't want you to be seen by?

3          ANSWER:  Yes.

4          Who else did they not want you to be seen by?

5          ANSWER:  It should be the private detective.

6          Why is this so important?  It shows that the Chinese

7   Government officials, who are in charge of this whole

8   operation, in an unguarded moment on tape, first, showed that

9   they didn't trust Mike, that they couldn't control him.  And

10  you heard that they trusted him so little that they did their

11  own surveillance.  You've learned about that other

12  surveillance they were doing.  Mike had been hired to do

13  surveillance, but meanwhile, they were doing their own

14  surveillance.  And, of course, as you heard yesterday in the

15  discussion with Mr. Gallowitz, Mr. McMahon didn't trust them

16  either.  So, some conspiracy.

17         I just want to go back for one more second to that

18  conversation in the hotel.  Tu Lan says, and I quote:  Because

19  he is an American, I don't have much control.

20         But she also says:  Tell Johnny Zhu, tell him

21  clearly -- and Ms. Arfa summed up on this -- I mean, you need

22  to tell him clearly about everything.

23         But I asked Hongru Jin:  Do you know whether Mike

24  McMahon was, quote/unquote, told everything?  Do you know, I

25  asked him, what Johnny Zhu said to the private investigator?

Summation - Mr. Lustberg                2009

1          To which Hongru Jin, who was present for the meeting

2     the next day at the Panera Bread, said:  Sorry, I don't know.

3          And I said:  Okay.  Because you never spoke to

4     Johnny Zhu about what he said to the private investigator; is

5     that correct?

6          He said:  Yes.  It was because when Johnny Zhu was

7     talking to the private investigator, at the time I was staying

8     at another table, there was some distance, so I don't know

9     what was discussed.

10         Hongru Jin, the witness that they put up there to

11    make this case about what Mr. McMahon knew, didn't hear

12    anything.  And Johnny Zhu, as you saw on the videotape, was

13    permitted to get on a plane and go back to China.

14         Mike McMahon was not trusted by the Chinese.  And

15    let me be clear:  Among the things I don't dispute is that

16    those people, Tu Lan, Hu Ji, that they're Chinese Government

17    officials.  I mean, I don't know, but I think the Government

18    showed that to you.  But Mike was not part of that inner

19    circle, that inner circle that planned this operation, that

20    sat in a room at the Embassy Suites Hotel.  And why?  If he

21    was really part of the conspiracy, don't you think they would

22    have invited him into that?  But they didn't, because they

23    didn't want him to know what they were doing.

24         And let's think about some of the other evidence you

25    heard that goes to that.  Hongru Jin, who was present for that

Summation - Mr. Lustberg                    2010

1    meeting and was part of this whole kind of inner circle in a

2    way, he got specific direction about what to do in case he was

3    caught.  Remember that?  He was told, in case you're caught,

4    tell a story, say that you're a tour guide.  That was -- he

5    got advice on what to do if he ever got caught.

6            By the way, if you remember the videotape of Johnny

7    Zhu, Johnny obviously told the same story.

8            Mike McMahon wasn't given any kind of story to tell.

9    There's no evidence of that.  There's no emails about that,

10   there's no texts about that.  In fact, what you know, based

11   upon what we've just talked about and what you've seen by way

12   of evidence, is that the Chinese lied to Mike McMahon.  They

13   lied to him about what he was investigating, they lied to him

14   about who he was.  And you know that they're perfectly capable

15   of that because you saw, and Ms. Arfa described it well, the

16   videotape that was played to you, I think on Monday, where

17   it's horribly manipulative, you know, emotionally twisted

18   videotape trying to get the family to return to China.

19   They're capable of that kind of deceit.  And that family is a

20   victim of Chinese misconduct.

21           But ladies and gentlemen, so is Mike McMahon.  May

22   be, you know, a cop for a while, he shouldn't have been, but

23   should and shouldn't is not what this case is about.  This is

24   not a negligence case.  It's a case about whether he had

25   criminal intent.  It's a case about whether he knew he was

Summation - Mr. Lustberg                2011

1    working for China.

2              Later on today, or whenever we get to instructions,

3    hopefully today, Judge Chen will instruct you to find a

4    defendant guilty of this offense; that is, the offense set

5    forth in Count Two and it's the conspiracy in Count One, you

6    must find that the defendant knew that he was acting as an

7    agent of the Government or an official of China.  Not should

8    have known; that he knew.

9              Mike McMahon didn't know, because he was deceived

10   from the outset.  He was lied to.  Ladies and gentlemen, he,

11   too, is a victim of this offense.  That, respectfully, is what

12   the evidence shows.

13             Anyway, the prosecutors sort of have to acknowledge

14   that there's no direct evidence, that there's no conversation

15   in which Mike acknowledges that he was working for China, that

16   there's no witness who says I told Mike he was working for

17   China.  There's no emails or texts or conversations along

18   those lines that says that he was working for the People's

19   Republic of China.

20             So they have to focus on the circumstantial

21   evidence.  And I'm going to talk about their circumstantial

22   evidence that you heard about this morning in a moment.  And

23   Judge Chen will also instruct you as to circumstantial

24   evidence.  And she'll tell you that you can consider

25   circumstantial evidence just as you would direct evidence.

Summation - Mr. Lustberg                2012

1    I'm not trying to demean it.  It is like -- I think I talked

2    about this in my opening, as well.  We're all here in this

3    room with no windows, if somebody just walked in, and maybe

4    this can even happen later today, we actually need the rain,

5    if somebody walked in with a wet umbrella, you could infer

6    that it was raining outside.  That's is circumstantial

7    evidence.  Even though there's no direct evidence, you didn't

8    see the rain, you didn't see the rain hitting that umbrella,

9    you could infer that.  That's what circumstantial evidence is,

10   and that evidence can be used by you in deciding guilt or

11   innocence in this case.

12          Judge Chen will tell you that you should do that

13   based upon reason, experience, and common sense to infer the

14   existence or nonexistence of a fact from other established

15   facts.  And again, she'll put it in the right words.  I'm just

16   kind of summarizing for you here.

17          But here, those established facts lead, like night

18   from day, inexorably, to the conclusion that Mike did not know

19   that he was working as some sort of secret agent for the

20   People's Republic of China.

21          So here's the circumstantial evidence to which I

22   would point and I would ask you all to consider.

23          First, if Mike knew that he was illegally working

24   for the People's Republic of China, that is, if he knew that

25   he was breaking the law as opposed to making a terrible

Summation - Mr. Lustberg                    2013

1    mistake in agreeing to take this work in the first place,

2    would he have met with government officials in highly public

3    places, with surveillance cameras, like Panera Bread in

4    Paramus, New Jersey on two occasions or like a lawyer's

5    office?

6            Just to remind you, let's take a quick look at one

7    of the pictures at Panera Bread.  This is Government

8    Exhibit 103-A.

9            And look at all those people.  And there's Johnny

10   Zhu, who is identified.  And this is the place where this

11   secret is being all discussed by people speaking in English.

12           So is that the kind of thing that people who are

13   involved in some kind of secret campaign do?  That's

14   circumstantial evidence, that Mike McMahon did not know he was

15   working for the Chinese.  If he knew that he was doing

16   something wrong, if he knew that he was working for the

17   Chinese, would he have involved so many other people?  You've

18   seen, you know, the evidence of the calls and the texts that

19   show that he worked with people and, in fact, he subcontracted

20   with two other former NYC cops, Eric Gallowitz, who testified,

21   and Mike Kelly, to help him with his surveillance and in his

22   work to obtain records.  These are people with whom he shared

23   critical facts about the case, including the China article

24   about how Mr. Zhu was wanted in China for embezzlement and

25   corruption.

1          If you're doing something wrong, are you going to

2     hire other people who are former law enforcement to work with

3     you to do that?  Maybe most powerfully, would he have told the

4     police -- this is not something that came up in the

5     Government's summation -- exactly what he was up to?  The

6     evidence before you will show that when Mike McMahon went and

7     did surveillance in the towns of Short Hills and Warren, he

8     informed the local police of that.

9          Let me show you the evidence of some of that, at

10    least.  This is Exhibit 407, which is a police report from

11    Millburn, which is where Short Hills is, for those of you who

12    don't know New Jersey.  And among the things it says is, it

13    discloses that the investigators who are there, are there, and

14    that they're carrying; that is, that they have a gun.  You

15    heard some evidence that they were carrying weapons.  Beyond

16    that -- and you'll see reports -- I'm not going to put it up

17    right now, but there's also Exhibit 410, which is a similar

18    police report for Warren.

19          So Mike McMahon goes to these places, and he reports

20    to the police that he's doing surveillance.  Is that something

21    he would do if he thought he was illegally working for the

22    Chinese?  Just ask yourself as you think about this evidence.

23    And I want to make sure that you understand exactly how hard

24    he worked to tell them.

25          So there's a stipulation that's in the record

Summation - Mr. Lustberg                 2015

1  regarding the phone numbers of the two police departments.

2  And Exhibit 314, which is Mike's phone records, shows his

3  calls on pages 191, 237, 236 -- I'm sorry, 236, 237, and 238,

4  Mike's phone calls to those police departments.

5            And you also know that that's what he was up to

6  because in the text message exchanges between Mike McMahon and

7  Eric Gallowitz, some of which we reviewed yesterday, they talk

8  about how they need to let the local police know what they're

9  up to.

10           So here's Exhibit 4019-B.

11           Mr. Gallowitz says:  Call local PD, let them know we

12  are out there.  Mike says:  Yes, for sure.

13           Mike says:  Plate number and your vehicle type?

14           Eric gives his plate number and vehicle type.

15           That's the sort of thing that happened.  Again, just

16  use your common sense.  You're out committing a crime, and

17  you're going to tell the local police?  But it's more than

18  that.  There's other circumstantial evidence of Mike's

19  innocence.

20           If you're doing unlawful activities, are you going

21  to keep detailed reports of what you do?  So we looked a few

22  minutes ago at the written retainer.  We don't see a lot of

23  written retainer agreements for people doing unlawful things.

24  But beyond that, Mike McMahon does detailed reports, and

25  Exhibit 3034 is one of them.  And these reports are critical

Summation - Mr. Lustberg                    2016

1    evidence in this case, and the Government uses them, as well,

2    to talk about what Mr. McMahon did.  And we'll come back to

3    some of that a little bit later.  But this is a report where

4    Mike details his investigative actions.  It's one of the

5    reasons why they're not disputed.  He did them, and he wrote

6    reports about them.  Just not the sort of thing you do if

7    you're working for a foreign government unlawfully.

8           And I should note that you heard evidence in this

9    trial that part of the scheme that the Chinese had was to ask

10   the others who were involved in this case to delete all of

11   their chats?  No such instruction was given to Mike McMahon,

12   because he was not trusted, nor did he delete anything.

13          Beyond, though, his detailed reports, you've also

14   seen in evidence his invoices which also set forth exactly

15   what he was up to.  Again, the Government argues that somehow

16   the way he put money in his accounts, the way he did his

17   taxes, I'll talk about all of that, somehow were meant to

18   conceal what he was up to.  But here, he's doing detailed

19   invoices about what he was up to.  He's doing detailed reports

20   about what he was doing.  This is the exact opposite of what

21   one does if one's trying to conceal their activities.

22          And I should note in that regard that you heard a

23   good deal of testimony in this case about the fact that Mike

24   McMahon had a Verizon cell phone.  That cell phone allowed

25   him, for example, to be tracked using cell site data.  If he,

Summation - Mr. Lustberg                    2017

1    like some of the others, some of the Chinese in this case were

2    using WeChat, and, you know, there's WhatsApp here in the U.S.

3    and Signal and there's other of these sorts of things that

4    allow you to use your cell phone secretly, that would be one

5    thing.

6            But Agent Wheeler, in talking about the cell site

7    data, described this, to the effect of using something like

8    WeChat, which is then you can't track that way.  Mike didn't

9    do that.  He used his cell phone.  He had it on.  He didn't,

10   you know, wrap it in aluminum foil, whatever you have to do so

11   it wasn't emitting a beep so that he could be tracked.  He was

12   transparent with what he was doing, to the world and even to

13   law enforcement.

14           I should make one more point about law enforcement.

15   There's been some discussion, and I'll come back to that, as

16   well, a little bit later, of Greg Finning, a friend of Mike

17   McMahon's who worked at the DEA.  Mike reported this matter

18   not just to local police, but also to the DEA.  And I asked

19   the DEA witness who was present whether she knew whether

20   Mr. Finning was doing some sort of investigation into Chinese

21   money laundering and the like; she didn't know.

22           But here's the point.  If you are -- and I'm

23   repeating myself a little bit, but if you're trying to hide

24   what you're doing through the way you do your taxes, through

25   the way you deposit money, because you -- that would be

```
1    consciousness of guilt, that would be evidence that you knew

2    you were doing something wrong, that would be evidence that

3    you knew you were working for the Government of China when you

4    shouldn't be.  None of that is present here.

5           Two more points in terms of the circumstantial

6    evidence that we would ask you to think about as you decide

7    whether the Government can fulfill their obligation, if

8    they're going to get a conviction, to show you that Michael

9    McMahon knew that he was working for China.

10          One is, you've heard evidence of how much money Mike

11   made in this case, $19,000.  We'll come back to that, because

12   he didn't make $19,000.  He also had to pay -- well, actually,

13   we'll do that right now.  He also had to pay the fees of

14   others.

15          So the Government provided you with the top part of

16   this demonstrative exhibit, which it says:  McMahon Payments

17   and Expenses.  And that's where they get their number of

18   $19,000.  They did not, and this will be a theme, provide you

19   the bottom part, which you know some of it from the testimony,

20   and the rest of it is in evidence in documents, of expenses

21   that Mike had in connection with this investigation, paying

22   other investigators, for example, getting records, and so

23   forth.  And those amount to, I can't read it, but something

24   like $8,000.  So the total he makes is actually $11,000.

25   That's, of course, relevant to the tax issue as well.
```

Summation - Mr. Lustberg                    2019

1          But the point is that, do you think that somebody

2     who knew they were working for the Government of China would

3     put themselves on the line, would risk their whole careers and

4     lives for $11,000?  It just doesn't make sense.

5          And when he was arrested on October 28, 2020, Mike,

6     who was, you've heard, an experienced cop who had, himself,

7     interrogated suspects, spoke to the authorities for an hour

8     and a half, fully cooperating with them, as they said, and

9     admitting, as we have with all of you here today, exactly what

10    he did, which was surveillance.  That is not the conduct of

11    somebody who is trying to hide what he did.  That is not the

12    conduct of somebody who knew that he was working for a foreign

13    government.

14         Ladies and gentlemen, these common sense questions

15    I'm asking, would someone have done this, really answer

16    themselves.  And just as Judge Chen will instruct you, the

17    lack of evidence that Mike knew, that he was ever told, that

18    he ever told anyone that he was working for the People's

19    Republic of China creates reasonable doubt.  So this

20    circumstantial evidence is powerful evidence, indeed, not

21    against Mr. McMahon as the Government says, but in favor of

22    him.

23         But let's turn to their arguments about what they

24    say shows that Michael McMahon, circumstantial evidence that

25    they say shows that Michael McMahon knew he was working for

Summation - Mr. Lustberg                    2020

1    the People's Republic of China.

2            Let's start here.  Critical piece of evidence in

3    this case was the article from the China Daily.  It's

4    Exhibit 434, and you remember that.  I want to address this

5    article, because this becomes a critical piece of evidence as

6    to whether Mike McMahon -- it should have caused him to know

7    that he was working for China.  But a couple things about it.

8    First, as you can see, it confirms that the subject of his

9    investigation, Mr. Zhu, was charged with embezzlement, stolen

10   money, which is exactly what Mike thought he was trying to

11   locate and recover.

12           Now, the Government insinuates that he should have

13   known he was working for the Chinese Government because that

14   poster mentions something called Operation SKYNET.  Look at

15   every single communication in this case, and you will never

16   find a single communication to Mike McMahon that says what --

17   that mentions Operation SKYNET, that says what Operation

18   SKYNET was supposed to be, that mentions Operation FOXHUNT,

19   which you've also heard something about.  And based upon, and

20   it's your own recollection and perception that governs, but

21   based upon what I heard, it seems like the people who know

22   about this are either experts, like Professor Wedeman, who

23   spent his entire career studying China, or Chinese people like

24   the victims of this offense who quite understandably are very

25   focused on these Chinese programs.  You will recall that Eric

1    Gallowitz, for example, had never heard of it either.  And you

2    heard that Special Agent Dietz, who is from the U.S.

3    Attorney's office here in the Eastern District of New York,

4    said he himself had never heard of it.

5              And I questioned Agent Dietz and said -- here's my

6    question and answer, this is on pages 467 and 68 of the

7    transcript, for your notes.

8              QUESTION:  So do I -- it says:  Interpol launches

9    global dragnet for 100 Chinese fugitives.

10             And I ask him:  This is one of the documents that

11   you testified about earlier, correct?  And it says -- it

12   says -- it's called Operation SKYNET.  Do you see that?

13             ANSWER:  I don't see that.  I can't read that, but I

14   recall that.

15             QUESTION:  It says it's called Operation SKYNET.

16   Have you ever heard of Operation SKYNET?

17             ANSWER:  I have never heard of Operation SKYNET.

18             And you examined these documents, correct?

19             Yes.

20             And they don't explain what Operation SKYNET is, do

21   they?

22             I don't recall 100 percent of it, but no.

23             One other piece of information that you heard during

24   Professor Wedeman's testimony is worth your consideration.  I

25   asked Professor Wedeman:

Summation - Mr. Lustberg                    2022

1          Professor Wedeman, you testified just in response to

2    Mr. Tung's questions that you had read press reports of the

3    FBI director warning Americans about being approached by

4    China, or words to that effect, right?

5          Yes.

6          QUESTION:  And I was trying to figure out when that

7    was, and let me ask you this:  I see an address by Director

8    Wray, the Director of the FBI, on October 24, 2022 to that

9    effect.  Is that the one you're thinking of?

10         He says:  At the Hudson Institute -- I say:  At the

11   Hudson Institute?

12         He says:  That's the one I'm thinking of.

13         If private investigators -- if Americans knew about

14   this Chinese program to repatriate citizens, would the FBI

15   director have to tell them?  Would somebody -- would people

16   have to be warned?  The reason this is important is because

17   the Government's argument is that just looking at this,

18   Mr. McMahon should have known that he was involved -- being

19   involved in some criminal case.

20

21         (Continued on the next page.)

22

23

24

25

Summation - Mr. Lustberg                2023

```
 1              MR. LUSTERBERG (CONTINUING):  But the evidence is,

 2    and you've heard this from one of the government agents -- I'm

 3    not exactly recalling who it is right now -- that sometimes

 4    there's criminal investigations in civil matters that operate

 5    side by side.

 6              THE COURT:  Mr. Lustberg, I am so sorry to do this

 7    to you, but it is just a couple of minutes before 1:00 .

 8              MR. LUSTBERG:  Sure.

 9              THE COURT:  And unfortunately because of my

10    schedule, we need to break now --

11              MR. LUSTBERG:  Okay, no problem.

12              THE COURT:  -- for lunch.

13              MR. LUSTBERG:  Okay.

14              THE COURT:  So obviously I will let you restart and

15    maybe recapitulate where you ended just now.

16              MR. LUSTBERG:  No worries.  Thank you.

17              THE COURT:  And we will resume at 2:00.

18              So remember, ladies and gentlemen, do not talk about

19    the case, keep an open mind and do not do any research.

20              Thank you, Mr. Lustberg.

21              MR. LUSTBERG:  Thank you.

22              THE COURTROOM DEPUTY:  All rise.

23              (Jury exits.)

24              THE COURT:  Folks, I will see you at 2:00.

25              (Luncheon recess taken.)
```

*Andronikh M. Barna, Official Court Reporter, RPR, CRR*

Summation - Mr. Lusterberg                    2024

1          A F T E R N O O N   S E S S I O N

2              (In open court; jury present.)

3              THE COURTROOM DEPUTY:  All rise.

4              (Jury enters the courtroom.)

5              THE COURT:  Please be seated, everyone.  Welcome

6    back, ladies and gentlemen.  I hope you had a very good lunch.

7    Mr. Lusterberg is going to continue with his summation.

8              MR. LUSTERBERG:  Thank you, Your Honor.  I'm getting

9    there.

10             Just to accept Judge Chen's invitation to recap a

11   bit, I started by talking a little bit about how there was no

12   direct evidence against Mr. McMahon, I then went through the

13   circumstantial evidence that we say shows that Mr. McMahon did

14   not have -- did not know that he was working for the Chinese

15   government, that he, in fact, was himself lied to and deceived

16   and I started to talk about the government's proofs in terms

17   of the circumstantial evidence to which they were pointing.

18             So, now, I'm going to continue with that and then

19   I'm going to -- I'll finish up by talking a little bit about

20   the interstate stalking charge and then I will be done,

21   probably about another half hour or so.

22             So, one of the things they pointed to, the

23   government, Ms. Arfa pointed to in her summation was the

24   passage you remember from Mr. McMahon's statement where he

25   said, quote, I think he had mentioned to me that they were

LEEANN N. MUSOLF, RPR, Official Court Reporter

1    trying to get him to come back to China so that they could

2    prosecute him, and the Government there cut off that statement

3    and didn't go on to remind you of what was said just a couple

4    minutes later on that videotape.  So Ms. Canti will pull that

5    up for you now, hopefully.

6             There we go.

7             And, so, just a few pages later, the DOJ agent says,

8    and that was, you recall was Agent Ross, was, did she say what

9    the consequences were like you was he gonna, and Mr. McMahon

10   says, no, he didn't say nothing, just to, you know, pay back

11   the money basically.  Agent McCarthy says, okay, and the DOJ

12   agent said, and did they mention, you know, jail or doing

13   time?  And Mr. McMahon says, no, that was never discussed.

14            So why do I bring that up with all of you?  For a

15   couple of reasons.  First, I think it's important to just set

16   the context for the statement.  Mr. McMahon had been, I

17   believe that the agent said this was about -- it was early in

18   the morning.  Mr. McMahon had been arrested early in the

19   morning.  He was being questioned about events that had

20   occurred four years ago, four years before, I should say.  He

21   had never been spoken to by law enforcement during that time

22   period, and he made the statements that they attributed to him

23   but he also reiterated his view of what the mission was here

24   to, you know, pay back the money basically, that that's what

25   he was trying to accomplish.  And, of course, that was

Summation - Mr. Lusterberg                    2026

1   entirely consistent with what he understood his purpose was,

2   to take steps to get his client repaid.

3           And there's numerous places in this record that

4   you've heard where that is perfectly clear.  For example, if

5   we could go to Government Exhibit 805-B page 20, Johnny Ju

6   says to Mr. McMahon, is there any way to get all the assets

7   and property info from the company but not only the bank

8   records?  Is there any way you can track their hidden assets

9   like stock, bonds, investment activities, and Mr. McMahon

10  says, yes, I can possibly do that, I can run the company and

11  the office numbers.  And there -- and elsewhere.

12          So let's take a look at Government Exhibit 2029, so

13  that last quote was Johnny Ju.  This quote is from Eric Yan,

14  again, you remember that's an alias for Hu Ji, and he says on

15  the first page, okay -- I'm sorry, Mike says, okay, thanks for

16  clarifying.  I'm meeting my contact tomorrow and see what he

17  can do about accessing China bank.  I will also discuss

18  obtaining offshore accounts of subjects, get pricing for you.

19          The next page, Eric makes clear that his request is

20  a background of somebody named Joseph Yang, which we haven't

21  heard any evidence of, and then offshore property

22  investigation of Xu Jin, Yu Fang, and Xu Xinzi, an

23  investigation of an account.

24          Again, I'm just raising this to reiterate really

25  what Mr. McMahon understood he was doing was trying to recover

Summation - Mr. Lusterberg                    2027

1   assets for a party that had been embezzled from.  That was his

2   mission.  It was not his mission to work with the Chinese

3   government and he was deceived into believing he was not

4   working with the Chinese government to put somebody in jail.

5   At 7:00 o'clock in the morning, he uses a word, prosecute, and

6   I understand, you know, why the government jumped all over the

7   use of that word, but I would ask you to take the whole thing

8   in context, to look at all of the evidence and to evaluate

9   what Mr. McMahon's actual intent was.

10        But the government goes on and they point to other

11  things that I want to address with you now.  So, you've heard

12  their summation and you saw during the trial their evidence

13  about deposits that Mr. McMahon made into accounts other than

14  his business account.  In particular, into his joint account

15  with his wife, Martha Burn, referred to as Mary McMahon, as

16  well as a payment of $5,000 in cash.  So I would like to just

17  briefly address that with you.

18        Cash, it turns out, is still money and it works and

19  you can get paid in cash, and Eric Gallowitz made clear you

20  can get paid in cash.  So Ms. Arfa's statement that there had

21  to be a crime because he got paid in cash is just wrong.  But

22  beyond that being just wrong, what ties that.  Their argument

23  is that because he got paid cash he must have known he was

24  working for the Chinese government.  Think about the missing

25  link to all of that.  It's just not there.

LEEANN N. MUSOLF, RPR, Official Court Reporter

Summation - Mr. Lusterberg                2028

1           But remember, also, the context in which that cash

2    was paid according to the government's own argument.  What

3    they say is that this cash was paid at the Panera Bread, a

4    public place in Paramus, New Jersey, with a ton of people

5    around.  Again, it just doesn't sound in deception or hiding

6    payments or anything like that.

7           But be that as it may, let's take a quick look at

8    what the government's -- what the payments to Mr. McMahon

9    were.  That's the government's demonstrative.  And what you

10   see -- and Ms. Arfa candidly pointed this out, is that the

11   money goes into three different places, that's not all cash,

12   right?  You know, I can understand the argument that if all

13   the payments were in cash, it would be a big deal it was in

14   cash.  But some of it is wired, some of it is paid by check,

15   some of it is paid in cash, some of it goes into his account,

16   some of it goes into his joint account with his wife, some of

17   it goes into his child's account.

18          Now, just think to yourself, if you were going to

19   hide money, would you put that money in an account in the name

20   of your son which is the exact same name as you?  I mean, you

21   see that, the son's name is Michael McMahon, too.  Would you

22   put that money in an account in the exact same bank as your

23   own account?  Would you put that account with that money into

24   your joint account with your wife?  It just doesn't make

25   sense.  It's not hiding anything from anybody.  And there's

Summation - Mr. Lusterberg                    2029

1    nothing wrong with a person who has a -- he has his own

2    business as an investigator.  He could have easily taken the

3    money into his account -- I'm sorry, could have taken it into

4    the business account, taken it out, put it into his joint

5    account, or taken it out and spent it.  Instead, it goes into

6    the -- into his joint account.

7              I should note that you heard some evidence in this

8    case, and it's Exhibit 3061, that their came a time where

9    their were actually difficulties that -- with people who were

10   paying Mr. McMahon were having in depositing the money into

11   his business account.  So one of the reasons it goes into

12   the -- into his personal account as opposed to going to the

13   business account is because they were having trouble -- they

14   were simply having trouble depositing it.

15             The government argues that that somehow is evil,

16   that that somehow shows criminality, that that somehow shows

17   knowledge that he was working for the Chinese.  In fact, what

18   is shows is their was a transaction difficulty.  But this is

19   sort of the pattern this prosecution is to take everyday

20   innocent actions and somehow try to make them seem sinister in

21   order to convict Mr. McMahon.  It's not just not right.

22             And one more thing because they talk about the money

23   going into Mr. McMahon's son, Mikey's account, which was, as

24   you heard, a student account.  You saw evidence in this case

25   that he was born in 1968, and the theory is that that was

LEEANN N. MUSOLF, RPR, Official Court Reporter

Summation - Mr. Lusterberg                    2030

1    somehow done to hide money.  And, again, think to yourself

2    whether it makes sense that the way you hide money is by

3    putting it in a different account in same name, albeit a

4    different person, his son, in the same bank and so forth.  But

5    look what happens to that money.  At the point in which they

6    put that money in, and you'll have the account statement --

7    actually, Ms. Canti, if you can pull that up, it's

8    Government Exhibit 403-I.  And Government Exhibit 403-I shows

9    what happens to the money in that account.

10           First of all, it's not like the money goes in on day

11   one and comes out on day two.  It sits there for a little

12   while but it's put in the account when the account has like

13   $50 or so of balance.  I think it's $58 or something like

14   that, and it gets used by Mr. McMahon's son to pay everyday

15   expenses at that point such as bagels and burgers and pizza

16   and Dunkin and it looks like vapes.  Until at some point,

17   Mr. McMahon's son gets paid.  You can see he gets paid by the

18   job he has in construction, you can see that, and at that

19   point, it turns out that the McMahon's also have a credit card

20   bill due, and you saw that information about the credit card.

21   So they take out the $3,000 to make the credit card payment.

22   But it's just a stretch to say that this is somehow evidence

23   of criminal intent.  It's just not fair and close to the mark

24   to say that it is evidence that Mr. McMahon was somehow acting

25   as an unregistered agent of China.  Does this sent of

Summation - Mr. Lusterberg                    2031

1   transactions make it sound to you like what he's trying to do

2   is -- that somehow it shows that he knew he was working for

3   China?  I just can't make that work as a matter of logic.  It

4   doesn't even as a matter of hiding the money because it's such

5   a bad job of hiding it, but beyond that, how does this show

6   knowledge that you're working for China?  It just doesn't make

7   sense.

8          The government also, to move on to their next point,

9   they make some arguments with regard to taxes, and Ms. Arfa

10  argued that Mr. McMahon did not report this income on his tax

11  returns in an effort to hide it from the government.  That was

12  her -- that was her argument.  Let's take a look at

13  Exhibit 452 which was introduced at trial, and Ms. Arfa

14  actually had a different demonstrative that she used this

15  morning which I don't have, but the basic argument is that a

16  certain amount of money came into the -- into his business

17  account and he declared a certain amount of money on their

18  taxes.  But think about what's missing there.  And I asked the

19  agent who was testifying about it.  The amount of money that

20  you put on your tax returns, and you saw the tax returns, is

21  called gross profit, that's profit before taxes, but profit

22  requires you to look at what you've took in and what you've

23  paid out and what you know, because you heard the evidence in

24  this case, is that Mr. McMahon did not even get all of that

25  profit.  What he -- in order to calculate his profit, you

*LEEANN N. MUSOLF, RPR, Official Court Reporter*

1    would have to look at what he took in and what he paid for the

2    other investigators --

3                  MR. HEERAN:  Objection, Your Honor.

4                  THE COURT:  Overruled.

5                  MR. LUSTERBERG:  With what he paid out to

6    Eric Gallowitz for example, and the other expenses that he --

7    that he had.  It just stands to common sense.  But even

8    leaving that aside, there's -- you know that he got paid

9    $19,000.  They're saying that he had -- that he had $50,000 or

10   some amount like that in total -- in total money into his

11   account and only declared less than that.  Well, how do we

12   know that what he didn't declare was the money from these

13   transactions?  I mean, there may be other transactions that

14   for whatever reasons were not declared.  There just was no

15   analysis that the government did to show you that there was

16   any kind of tax issue.  And beyond that, he's not charged with

17   tax evasion, he not charged with filing false returns, he's

18   not charged with all of this.  Tell me, I just don't get it,

19   how all of that amounts to hiding the fact that he was working

20   for the Chinese government from our government.

21                  In the worst case scenario, there was taxes that he

22   should have paid that he didn't but we don't even know it was

23   on this income as opposed to other income because we know from

24   that chart there was income.  He made $19,000 gross on this

25   over a two-year period and there's much more money than that

Summation - Mr. Lusterberg                    2033

1   on these charts, so we don't even know what it is that he

2   didn't declare and it's unfair and it's unwarranted to say

3   that what this shows is that he was trying to hide these funds

4   from our government because, somehow, he was trying to hide

5   from them that he was working from the Chinese.  It just

6   doesn't make sense.

7              And think about it from a common sense perspective

8   when you consider how much weight the government is putting on

9   that fact as a basis for saying that he was hiding -- somehow,

10  that he was working for the Chinese government from them.

11             The government also seeks to blame Mr. McMahon for

12  obtaining information from Greg Finning, the Assistant Special

13  Agent in charge of the New York -- I think it was the New York

14  DEA office, but as the witness who actually testified on that,

15  Neviene Habeeb made clear that if someone did anything wrong,

16  it was Mr. Finning.  It was somebody within that agency.

17  They're blaming Mr. McMahon for obtaining information from his

18  friend, but there is not one email, there is not one text,

19  there's not one piece of evidence, there's not one witness who

20  says in doing that, he -- for that matter, even Mr. Finning,

21  he knew that he was doing something wrong.  And he may not

22  have been, they haven't put in any proof that he did anything

23  wrong.

24             There was some proof adduced that Mr. Finning should

25  not have shared that information with him, that's true, but to

Summation - Mr. Lusterberg                          2034

1    scribe that to him, to say that that shows that he was trying

2    to hide the fact that he was working for the Chinese

3    government, to hide the fact that is just something that's

4    just -- again, use your common sense and ask yourself whether

5    that makes sense to you.

6           Finally, in terms of the government's proofs, the

7    government argues that Mr. McMahon's knowledge that he was

8    working for the Chinese can somehow be shown by virtue of his

9    having violated the rules of the New Jersey

10   Motor Vehicle Commission, which you remember I thought was

11   called something else.  But -- and, in fact, let's look at

12   that evidence and think about it a little bit.

13          It is the fact, and we never disputed, and the

14   evidence shows that Mr. McMahon ran plates relevant to this

15   matter on April 6, 2017.  Doing that generated a record.  It

16   generated that record that's before you now, Exhibit 408-H,

17   where you can see that Mr. McMahon ran those plates on

18   April 6, 2017.  So far from hiding, by doing what he did, by

19   using that database as opposed to any of the other databases

20   that Mr. Gallowitz talked about as out there, he made it clear

21   to the world, or at least to the New Jersey MVC what he was

22   doing.

23          So the government argues, well, he violated his user

24   agreement by passing along that information, and in

25   particular, violated paragraph 9 of the user agreement which

Summation - Mr. Lusterberg                    2035

1   says that the program participant is strictly prohibited from

2   using commission records to conduct surveillance, and it goes

3   on.

4            But remember what Ms. O'Connor from the MVC told

5   you.  She told you that the MVC can and does audit people's --

6   the users of this CAIR program, CAIR is C-A-I-R, and in

7   particular, that Mr. McMahon had been audited, and he

8   explained in connection with that audit, that he was running

9   plates in order to show what the -- that a car was owned

10  rather than leased.  And think about that and that was

11  apparently okay because he gave that answer to MVC and they

12  appeared to be satisfied.

13           Here, that's -- again, goes exactly to this issue of

14  trying to ascertain assets.  Whether you own or lease a car

15  has a great deal to do with what your assets are if you're

16  trying to recover assets.  And by the way, if you look at the

17  exhibit that I talked about, that is Exhibit 408-I, that's

18  the -- okay, this is something else.  I don't know if you have

19  408-I.

20           Well, actually since 408-D and C are up, I will just

21  mention that Mr. McMahon was not hiding the fact that he was a

22  private investigator who was getting information pursuant to

23  this New Jersey MVC CAIR program, and it explains in his

24  initial application which was D, what his purpose was, which

25  was to, you know, to be able to get information for people

1  whose law firms he was working with including to investigate

2  fraud and 408-C says to -- the next year, to get information

3  on the cases he's working on with various law firms.

4          But the point is here, when you look at 408-I, which

5  is this audit that was done, what you see is that the -- he,

6  you know, he explained that he did this audit in order to

7  determine whether a car was leased or owned.  I asked

8  Ms. O'Connor, was that an appropriate use, under the

9  agreement, of the database, she said yes, and that's what's

10  going on here and I'm not just making that up.  Because if we

11  look at Exhibit 805-B page 9, you'll see that Mike sends

12  Johnny a screen shot and says exactly here, the car is owned,

13  not leased.  Johnny responds, got it.  No finance, no lease.

14  Mike responds, correct.

15          That was the purpose of this.  So before we start to

16  think what he was doing was so wrong in terms of violating

17  this user agreement in New Jersey Motor Vehicle Commission, it

18  apparently isn't.  And beyond that, how, again, does it show,

19  in any regard, that he knew he was working for the Chinese

20  government which is what Counts One and Two are about.

21          So, respectfully, each of these examples that the

22  government raised represents, in my view at least, the

23  government stretching to make criminal that which is not and

24  which, in some cases, for example, where Mike McMahon puts his

25  money is really the perfectly innocent actions of everyday

Summation - Mr. Lusterberg                2037

1   life.  And your role to well and truly try this case, which

2   was the oath that you took, you shouldn't be swayed by this

3   kind of effort to examine a person's life or turn it upside

4   down or look at it in microscopic detail to question this

5   transaction of that violation of an agreement, to look at who

6   you associated with, because Judge Chen will tell you that

7   guilt by association is not allowed, to take a picture of

8   three people in a Panera Bread and say, see that, there's a

9   crime and not just any crime but the crime of being an agent

10  of a foreign government.

11          The efforts that the government makes to try to find

12  a crime here speak volumes.  What they show is that there

13  really is no real evidence, which is where I started.  And

14  that lack of evidence pretty clearly is not for lack of trying

15  on their part.  The evidence is lacking with regard to Counts

16  One and Two because Mike is innocent.  He's certainly not

17  guilty beyond a reasonable doubt.  So let me conclude by just

18  addressing the stalking charges for a few minutes.

19          So, there's this charge of interstate stalking and

20  the government put up and Judge Chen will instruct you that in

21  order to be convicted of interstate stalking, the government

22  has to prove beyond a reasonable doubt, first, that the

23  defendant traveled in interstate or foreign commerce as

24  charged in the indictment, second, that he traveled in

25  interstate commerce with the intent to harass or place under

Summation - Mr. Lusterberg                    2038

1    surveillance with the intent to harass or intimidate, in this

2    case Mr. Ju, Ms. Liu, and Xu Xinzi, and, third, that in the

3    course of the result of such travel, the defendant caused,

4    attempted to cause, or reasonably expected to cause them

5    substantial emotional distress.  I'm going to outline for you

6    why I think those elements are not met, not even close, with

7    regard to Mr. McMahon and each of these requirements.

8            First, there is no proof, and the government

9    conceded that Mr. McMahon never traveled in interstate,

10   period.  He was in New Jersey the whole time and that's why

11   the government told you this morning, they admitted that to

12   you, but said that he aided and abetted somebody else's

13   travel.  You'll have an instruction about what aiding and

14   abetting is, but, you see, you have to have knowledge of what

15   they're doing and I just didn't see any evidence in this case

16   that Mr. McMahon did anything to aid and abet somebody else's

17   interstate travel.  If you can find it, then that element will

18   be satisfied.  I'm just not seeing it in that record.

19           But leaving that technical requirement aside,

20   there's also not one iota of proof that Mr. McMahon harassed

21   or intimidated anyone, let alone that he agreed to do so, much

22   less that he intended to and expected to cause substantial

23   emotional distress to the alleged victims here.  So why do I

24   say that?

25           First, and really most fundamentally, there's no

1    evidence that Mr. McMahon was ever seen by any of them.  We

2    had the opportunity to question each of the those three

3    victims, none of them had ever met, talked to, or seen

4    Mr. McMahon and, he remained covert throughout the entire time

5    of this -- of this surveillance.  No one ever reported seeing

6    him, other than the other -- maybe, and we don't even know if

7    it was him, one of the other -- one of the people who was

8    actually doing surveillance, that is Hong Ju Jin, directly for

9    the Chinese.  And not only did that surveillance remain

10   covert, it even remained covert in the face of a proposal by

11   Eric Gallowitz that it not be covert.

12           You remember, and the government pointed to this

13   morning, that Mr. Goldberger said, may be overt surveillance

14   in their face, sit in front of the house, pictures, videos,

15   scare them.  And Mr. McMahon said, yeah, possibly, we did that

16   in Little Ferry, obviously referring to a different

17   investigation, and then said, not sure it worked, but it

18   matters not, because as you also saw, this was -- this whole

19   idea was vetoed.  So the idea there was an agreement to do

20   this is just completely unsupported by the evidence.

21           To the contrary, there was a lack of an agreement.

22   There was -- and somebody else, not Mr. McMahon, proposed it.

23   The government says, well, he should have reacted more

24   strongly and said no way or something like that, but that's

25   not harassment to say no way.  It didn't happen.  It was not

Summation - Mr. Lusterberg                    2040

1     agreed to.  Mr. McMahon ran it by the client who said no.

2              That's the critical evidence here.  There was never

3     any agreement.  Instead what happened here was good old

4     fashion covert surveillance the whole time.  But one of the

5     things that the government argued today and argued as well in

6     its opening, is that Mr. McMahon provided the addresses that

7     were used so that surveillance could take place so that they

8     knew where Mr. Ju was and where his daughter was.  There's at

9     least reasonable doubt with regard to that.  It's a little

10    unclear and it's a little unclear because here's one thing you

11    know; Mr. McMahon was not the only one doing surveillance.

12             So, how do we know?  What is the evidence that he

13    was the one who provided the addresses?  There were other

14    people doing surveillance at exactly that time.  There's no

15    doubt that Mr. McMahon did surveillance and traced them to the

16    house, but there's no communications that would indicate that

17    while this other surveillance was going on, that they were not

18    the ones to find it.  I don't know what the answer is, but you

19    have to know what the answer is, beyond a reasonable doubt, in

20    order to convict him.

21             But, second, you heard something else during this

22    trial and it was summarized by Special Agent Tarkin during his

23    testimony, that the Short Hills address and the Warren address

24    were, according to public records, both owned -- both of those

25    residences were owned by the same company, a company called

Summation - Mr. Lusterberg                    2041

1    J Lifetime, LLC.  I told you I'd come back to that at some

2    point.  That company was the company as to which Mr. Ju's

3    sister-in-law, Liu Yan, was the managing member.  You will

4    remember that I asked her about that.  She actually didn't

5    really want to answer questions about it, but she --

6                    MR. HEERAN:  Objection, Your Honor.

7                    THE COURT:  Overruled.

8                    Yeah, this is argument, ladies and gentlemen.

9                    MR. LUSTERBERG:  So this was public information that

10   was out there.  No surveillance was really even required.

11   Moreover, let's go to the incident that occurs in September of

12   2018, which I'm sure my colleague Mr. Goldberger will talk to

13   you about in a few minutes.

14                    (Continued on the following page.)

15

16

17

18

19

20

21

22

23

24

25

*LEEANN N. MUSOLF, RPR, Official Court Reporter*

1    (Continuing.)

2              MR. LUSTERBERG:  That's where the two men came to

3    the house there in Warren and knocked on the door and put

4    notes on the door and so forth.

5              The Government argues that somehow those people --

6    think they argue that somehow those people got the address of

7    that place from Mr. McMahon.  But there is no evidence that

8    that's true.  In fact, you know because you heard the

9    testimony from Kuang Zebin that they got instructions about

10   where to go from somebody named Chaohong Chen, and no

11   evidence, none, was produced that linked Chaohong Chen to

12   Michael McMahon or to any of the people with whom Michael

13   McMahon was in touch.  No evidence of it.  So this idea that

14   somehow he provide the address, even assuming that he was the

15   one who found it, so that that incident could took place is

16   completely based on speculation.

17             Likewise, the Government argues that Mr. McMahon

18   provided the information with regard to the whereabouts of the

19   address of Mr. Zhu's daughter, Sabrina, in California.  But if

20   you read Mr. McMahon's report, what he says -- and that report

21   is in the fall of 2016 -- is he puts her address at the time

22   in at Stanford University.  I'm not going to go into the

23   specific addresses.  But he says in his report -- and this is

24   Exhibit 3028 -- it appears Xinzi Xu is a graduate student at

25   Stanford University.  She lives in the Kennedy graduate

Summation - Mr. Lusterberg                    2043

1    residences.  But that wasn't true.  He got it wrong.  He got

2    it wrong because she had actually graduated, you heard

3    evidence of this from Stanford, in May of 2016, and she

4    testified that by the fall of 2016, she was no longer living

5    there.

6              Why is that relevant?  It's relevant because the

7    Government's argument is that somehow, Mr. McMahon gave

8    information that allowed the harassment of her to continue.

9    But there was no harassment at that address, and, in fact, the

10   harassment of her to which he testified, had to do with

11   Facebook posts.  And you'll remember that Facebook post, it

12   was Government Exhibit 107.  But the Government showed no

13   link, none, whatsoever, between the author of that report --

14   it was someone named Tony Li -- and Mike McMahon, not

15   directly, not indirectly, not through Jason Zhu, not through

16   Johnny Zhu, not through Eric Yan, nothing.  So they're trying

17   to build links that are just not supported by the evidence,

18   and I would ask you to hold them to their burden.

19             Finally, in that regard, finding the address was not

20   even necessary to harassment.  Here's what I mean by that:

21   You heard what happened, that in 2019.  Now, just to back up,

22   Mr. McMahon didn't do anything after April 2017 in this case.

23   The knock on the door and all that in Warren occurs in

24   September 2018, and then letters are sent, that you heard

25   about, in 2019.  There's nothing that links Mr. McMahon to

Summation - Mr. Lusterberg                    2044

1    those letters.  There's -- and those letters go to the Short

2    Hills address, but were conveyed to the Warren -- to Mr. Xu

3    living in Warren.

4              So first of all, what does that tell you?  It tells

5    you that if the Chinese wanted to harass Mr. Xu, they could

6    send stuff to Short Hills.  They didn't even need that Warren

7    address, because once it was sent to Short Hills, it was

8    conveyed quickly, and there was some cross-examination about

9    this, to Short Hills.  And that stuff includes the video that

10   you saw earlier this week.  Although, if I recall that

11   testimony, I'm not sure if that was ever actually opened.  But

12   either way.

13             And I should say one last thing:  It really bears

14   just mention that to me, at least, there's real doubt, as much

15   as Ms. Arfa says that the recipients were terrified, I'm sure

16   they were scared.  Mr. Xu made clear that he was scared to go

17   back to China where he would face punishment for crimes in

18   which they were accused, who knows whether justly or unjustly,

19   and, in fact, I think he said he was afraid of being executed.

20   But there's some reason to doubt, whether on top of that fear,

21   he suffered substantial emotional distress as a result of

22   anything that Mr. McMahon did during that time that he was

23   involved in the surveillance.  Just a few facts in that

24   regard.  Again, Mr. McMahon was never seen, so there was

25   really nothing that he specifically did.

Summation - Mr. Lusterberg                    2045

1          But remember this, when Mr. Xu's father was here,

2     and you heard testimony about this, what did the family do?

3     They essentially turned him over to the people who were in

4     Newark, Tu Lan and them, who they understood to be the Chinese

5     authorities.  Makes you wonder how scared they really could

6     have been.  And likewise, Liu Yan testified that she had a

7     list of phone numbers and she started calling the people with

8     those Chinese phone numbers, the same people that you saw in

9     this chart earlier.  And so their too, it just makes you

10    wonder, were they really that as frightened or testified as

11    Ms. Arfa describes.  They did say they were scared.  I will

12    note that Mr. Xu said the first time he really felt physically

13    scared was in September 2018 when people came to his house,

14    which again, is a year and a half after Mr. McMahon is no

15    longer involved in any of this.

16         Let me say this, and I want to conclude now:  I

17    really understand why the Government wishes to protect this

18    family from the People's Republic of China.  I really do.  The

19    evidence in this case does show just how far China is willing

20    to go to repatriate those who they wish to prosecute, as I

21    said, whether justly or unjustly; doesn't matter.  And the

22    video you saw earlier this week is a great example of their

23    incredible manipulativeness and deceit in doing that.  You

24    heard that there's no extradition treaty with the U.S.  And

25    they shouldn't be allowed to act in the extra-legal way that

1    they have, and the Xu family should not have been a victim of

2    any of that, it should not happen.  But honestly, neither

3    should Michael McMahon, a private investigator trying to make

4    a living after a career as a New York City Police Officer.  By

5    2016, when Mike first became involved in this case, the

6    Government had already begun its investigation.  You saw

7    around that time, the video of their interview of Johnny Zhu

8    where they talked to him but made sure that he could make his

9    flight and go back to China.  Did they ever reach out to Mike

10   to warn him that he too was being lied to and manipulated by

11   the Chinese?

12            MR. HEEREN:  Objection, your Honor.

13            THE COURT:  Sustained.

14            Careful, Mr. Lusterberg.

15            MR. LUSTERBERG:  I'm done.

16            They waited, and four years later, they rest

17   arrested him --

18            MR. HEEREN:  Objection, your Honor.

19            THE COURT:  Overruled.

20            Just finish your closing.

21            MR. LUSTERBERG:  Okay.  And now they seek to convict

22   him.

23            Today, only you can prevent the injustice that such

24   a conviction would engender.  But you shouldn't have to do

25   that because -- not just because Mike is a good person or

1    because the Government didn't protect him, as it should

2    have --

3             THE COURT:  Sustained.  Sustained, Mr. Lusterberg.

4    I did warn you.  Please.

5             MR. LUSTERBERG:  You should do that because a

6    not-guilty verdict is the right verdict based upon the

7    evidence.  You should do that because there's no evidence that

8    Mike McMahon had any idea that he was working for China and

9    because the circumstantial evidence, in fact, points the other

10   way.  You should do that because his covert surveillance

11   activities as a private investigator for five days, separated

12   by six months, did not amount to stalking or harassment of

13   anyone.  You should do that in order to avoid the very worse

14   things that could happen here or in any case, the conviction

15   of an innocent man.

16            Thank you very much for listening to me.

17            THE COURT:  Thank you, Mr. Lusterberg.

18            Ladies and gentlemen, let me just reiterate that you

19   should completely disregard any suggestion that the Government

20   had some duty to protect Mr. McMahon.  Obviously, that was

21   argument; it's not evidence.  But you shouldn't even consider

22   that whatsoever as argument.

23            All right.  Let's mute that.

24            Mr. Greenberger.  I'm so sorry, Mr. Goldberger.

25            MR. GOLDBERGER:  Yes.

SUMMATION - MR. GOLDBERGER                    2048

1          MR. GOLDBERGER:  Good afternoon.

2          Is that better?

3          THE JURY:  Yes.

4          MR. GOLDBERGER:  Okay.  Good afternoon, everybody.

5          In my many, many, many years of doing this, this is

6    the best example of when people say that in the United States,

7    we have an adversarial system of justice okay.  Adversarial

8    meaning that it's the United States against.  If it's a state

9    case, it's the People of the State of New York against.  If

10   it's -- it's always adversarial.  There are places in the

11   world that do not have adversarial systems, but this is what

12   we've had from the beginning, and this is what we live with,

13   and there are very good things about it, and there are some

14   things that are not so good about it.

15         And so one of the problems with the system is that

16   sometimes, the Government, as in this case, goes off a little

17   bit from where they should be.  And by that, I mean, my client

18   should not be here.  Here's why:  So let's talk about it.

19   Number one, he was called by Mr. Chen.  You've heard that name

20   before.  Mr. Chen is from California.  Mr. Chen, as you may or

21   may not recall, employed Mr. Kuang, the man who testified in

22   this case, against my client.

23         To show you the issue of adversarialness in terms of

24   cases in Court, Mr. Kuang, if you remember, his name was

25   Vincent Kuang, Mr. Kuang started discussions with the

1    Government some years ago.

2              MR. HEEREN:  Objection, Your Honor.

3              THE COURT:  Hold on one second.

4              Overruled.  But ladies and gentlemen, I just want to

5    remind you that these are arguments and the question as to

6    what the evidence shows in terms of the facts is up to you.

7    So obviously, you needn't just accept whatever the parties say

8    to you are the facts, okay.

9              Continue, Mr. Goldberger.

10             MR. GOLDBERGER:  If you think that I -- let's be

11   clear, if you think that I say anything to you that's

12   incorrect or that I've on purpose in any way, shape, or form

13   misstated the fact, just disregard it, okay.  Just disregard

14   it.  I'm going to try not to do that because that doesn't help

15   my client if you think that I'm not telling you truth or if

16   you think that I'm not relating the facts.  So let's make sure

17   we understand that.

18             Mr. Kuang testified, and he testified that it was a

19   phone call from Chen in California that both he and my client

20   got well back in 2018.  Now, Mr. Kuang then said in further

21   testimony before you, the jury, that what he did was, he

22   remembered that my client wrote those notes, the notes that,

23   one, was put on the door, and two, that were eventually taken

24   down and so forth and so on.  And he told the Government

25   prosecutors and the FBI agents right from day one, that's what

1    happened.  Those notes were, if you remember, he said

2    something along the lines that they had been in the glove

3    compartment of my client's car, the car that had been driven

4    up to New Jersey.  And he continued with the fact to lie,

5    because eventually here in front of you, he eventually said,

6    yeah, you're right, I wrote the notes, all three of them.  And

7    how is it that the Government department know he wrote the

8    notes?  Because he lied to the prosecutors, all of them

9    sitting here, the best and the brightest that we have.  He

10   lied to them.  He lied to the FBI agents month after month.

11   Every time he had what they call a proffer session, he went

12   into that session with those agents and those prosecutors and

13   he lied about who wrote the notes.  Why would he do that?

14   Because what he was hoping for was a deal, a deal with the

15   Government, and eventually, he got that deal, even in spite of

16   the fact that he lied to them for two years.  They still gave

17   him the deal.  How is that possible?  Because you know when

18   you lie to a federal agent or you lie to a federal prosecutor,

19   that, in and of itself, is a violation of U.S. Code 1001.

20   That's a crime.  You can't lie to an FBI agent.  You can't lie

21   to an IRS agent.  You can't lie to one of these people.

22   Never.  You're not allowed to.  It's a crime.  And yet, he

23   lied time after time, after time.  And then eventually,

24   somehow, just before coming in here to court to testify, now

25   he says, you're right, I wrote the notes.

SUMMATION - MR. GOLDBERGER                    2051

1          Well, how is it that they didn't know long ago that

2     he wrote the notes?  They had experts here about DNA and about

3     fingerprints and about all kinds of things.  Could you imagine

4     how many different experts you heard here talking about the

5     various things?  How is it that nobody ever once did a

6     handwriting exemplar in terms of Mr. Kuang?  Because if you

7     did a handwriting exemplar, you would have known immediately

8     that those were his notes, and not my client's.

9          MR. HEEREN:  Objection, your Honor.

10          THE COURT:  Overruled.

11          Again, ladies and gentlemen, this is argument.

12          MR. GOLDBERGER:  Why is it important?  Well, Kuang

13     still has his deal.  The deal is still in place.  He's got a

14     cooperation agreement with the Government.  Even though, even

15     though he lied for, you tell me, year, two years?  But they

16     still gave him the cooperation agreement and they're still

17     going to when -- when it comes time for the judge, they're

18     still going to present that cooperation to the judge.  What

19     kind of leniency they ask for or they don't, I don't know.  I

20     don't think anybody knows at this point.  But why do they

21     continue to have an agreement with somebody that lied to them

22     for two years?  How do they know he didn't lie other things?

23     It's an adversarial system.  You know what they want?  They

24     want a conviction.  They want a conviction of everybody

25     sitting at that table.  That's what they want.  And that's not

1    what we want, nor do I think we should get.

2            Now, what's interesting to me is the other day, it

3    wasn't that long ago, you nice people heard a lady named

4    Wheeler who was an FBI agent, part of what they call, the

5    cast, and she talked about the various cell towers and how you

6    get the various information about what telephones were used

7    and where and when and so forth and so on.  And so she

8    prepared a document which was referred to in her testimony

9    regarding phones that were mapped in the report.  In other

10   words, as it says on a further page, the phones that were

11   believed to be important, are believed to be associated with

12   the conspiracy to act -- this is in evidence, this is an

13   exhibit, so you can take a look at it if you want to -- the

14   target cell phones are believed to be associated with a

15   conspiracy to act as agents of a foreign Government and

16   interstate stalking in 2017 and 2018.

17           There are five phones that are mentioned in that --

18   in this statement.  And Vincent Kuang's is one of them.  You

19   know whose is not?  My client.  His phone is not mentioned in

20   those.  And the other part of it that's interesting is it says

21   phones not mapped, but referenced in the report, one of those

22   phones belongs to Chen Chaohang.  That's the guy in California

23   who made the phone calls who got this from, his point of view,

24   my client's point of view, got this started.  So -- and if you

25   remember, there's a document in this exhibit which indicates

SUMMATION - MR. GOLDBERGER                    2053

1    that there was a phone call at 1:00 o'clock while Kuang and my

2    client were present at that home in New Jersey, and it was

3    with Chen.  It was between Kuang and Chen, Kuang and Chen.

4             Now, what did my client know?  What did my client

5    know about what was going on?  First of all, what you learned

6    about Mr. Chen in California was that he was in the marijuana

7    business, okay, which is what you were told by Mr. Kuang, and

8    that he also had some sort of restaurant business, and that

9    Mr. Kuang knew him pretty well because he paid Mr. Kuang

10   $3,000 a month to watch the marijuana store.  Okay.  My client

11   didn't work for him.  There's no evidence of that whatsoever.

12   What there is evidence of is my client driving up to New

13   Jersey with Kuang, okay, and we will discuss that at length

14   because that's what their case is about.

15            Now, I just want all of you jurors to, when you

16   examine each witness and you examine each piece of evidence, I

17   just want you to do it with a fair and open mind, okay.

18   Mr. Kuang is a liar.  He has been a liar in terms of the

19   Government for two years.  He wrote the notes.  He's the one

20   who went there.

21            Now, let's go through what happened up in New Jersey

22   because that's important.  Up until -- well, let's go back for

23   one second.  I'm sorry.  What is it that Chen -- and by the

24   way, the most important witness that I'm sure the judge will

25   tell you in her charge -- Judge Chen will tell you that both

SUMMATION - MR. GOLDBERGER                    2054

1    sides have the ability to subpoena witnesses.  There's no

2    question.  Both sides had the ability to subpoena witnesses.

3    However, there's a huge difference.  The burden of proof in

4    this case and in every criminal case in America is only on one

5    side, right here.  We have no burden, whatsoever.  The judge

6    will tell you that in her charge.  We have no burden

7    whatsoever to call a witness, to do anything.  We can sit

8    there.  I don't even have to stand up here and talk to you at

9    the end of it and still say to you, find my client not guilty.

10   So they have the burden of proof.

11            Let me ask you a question that I want you to ask

12   yourselves:  If there was a witness in this case that you

13   would like to hear what his conversations were with Chen or

14   supposedly with my client -- with Kuang, excuse me, wouldn't

15   it be Chen?

16            MR. HEEREN:  Objection, your Honor.

17            THE COURT:  Sustained.  Sustained.  Careful.

18            Again, ladies and gentlemen, as I'll remind you

19   during my instructions, I want to you to focus on evidence

20   before you, not anything that isn't before you.

21            MR. GOLDBERGER:  I'll repeat, we have no burden of

22   proof.  They have the burden of proof.  They have to convince

23   you beyond a reasonable doubt.  Okay.  So let's go back.

24            There's a phone call -- this is in September of

25   2018, September -- the phone call from Chen was either

SUMMATION - MR. GOLDBERGER                    2055

1   September 3rd or September 4th.  He has phone calls with both

2   my client and with Mr. Kuang.  And what he asks -- and this is

3   why it's really really important, because there are two

4   counts, the first two counts in this indictment that you're

5   going to have to deliberate on that are answered immediately

6   for those conversations, okay.  And that is, are you working

7   for the Chinese Government?  And the answer is, what does Chen

8   tell either Kuang or my client in those conversations?  What

9   does he tell him?

10          Do you remember what Kuang said?  The Government

11  says, now he as a truth teller.  So we can now believe him.

12  He says, it's a dai lo.  Remember the expression, a dai lo

13  that wants this done.  He wants this person threatened in some

14  way, shape, or form or informed in some way, shape, or form.

15  That person is supposed to be a dai lo.  A dai lo is a

16  gangster.  A dai lo is a person who is part of a triad.  It's

17  not the Government.  Clearly not the Government.  So that's

18  what Mr. Kuang and supposedly my client know when they

19  determined to go up to New Jersey, that they're doing this as

20  a favor to Chen, no money, ever, ever, ever passes hands.

21  Nothing.  Zero.  Okay.  And maybe for Kuang that's

22  understandable, he works for the guy he watches his marijuana

23  and so forth and so on.  My client doesn't work for him.  It's

24  a favor.  He's going to drive Mr. Kuang up to New Jersey.

25          Ask yourselves the question then, why for two years,

1    does Kuang continue to say that my client wrote the notes?

2    Why does he tell the Government that?  He wants, what?  He

3    doesn't want the responsibility of what the notes say?  He

4    doesn't want the responsibility that he's going to be under

5    more severe pressure from the Government?  Well, I'll tell you

6    why the Government shows you why Counts One and Two have no

7    bearing in terms of either Kuang or my client.  They let Kuang

8    plead guilty to the interstate stalking or the conspiracy to

9    stalk interstate.  He didn't plead guilty to either one of the

10   counts that dealt with working for China.  Neither of them.

11   That's after lying to them for almost two years.  How is that?

12   How is that possible?  If he was working for China or he

13   thought he was working for China, why wouldn't the Government

14   at that point since he's -- now they found out that he's been

15   lying to them for two years, why wouldn't they finally say to

16   him, you know what, you're going to have to plead guilty to

17   this whole indictment?  Because he couldn't because he wasn't

18   working for China, in his mind.  He didn't know anything about

19   working for China.  What he knew about was, I'm being asked a

20   favor to go up there and do what I'm supposed to do, which is,

21   you know, put some kind of note there.  So he finally admits

22   that he goes home and he writes three notes.  They're

23   evidently carbon copies of each other.

24           So let's talk for a second about the notes.  There

25   is no question, I think, that the evidence if you look at it

1    fairly and carefully, that my client probably or certainly or

2    most likely knew what was in those notes, even though he

3    didn't write it.  There were three notes put on the door.  My

4    client had the tape dispenser, put tape on the door.  You saw

5    the videotape, they knocked on the door.  There was no

6    pounding on the door, there was no yelling, there was no

7    screaming, there was no threats made.  Review the video again

8    if you want to.  They did go around to the back of the house.

9    At some point, you did hear my client say, I don't think

10   anybody's been here in a long time.  So he's clearly there,

11   and I think it's a fair assumption on your part that he

12   probably did know for sure what was in those notes, what was

13   in that note.  I think that's a reasonable assumption for a

14   jury to make, even though he didn't write them and even though

15   Government was told that he did write them, that it wasn't

16   Kuang.

17           So what happens?  If you remember, there's a phone

18   call and that may have been the phone call at 1:00 o'clock

19   between Kuang and Chen that you saw the FBI agent who was

20   doing the cell phone towers talk about.  And then the two of

21   the notes are taken down.  There were three notes.  Two of the

22   notes are taken down.  And you can see, play the video again

23   if you want to.  You see the two notes are being taken down,

24   and it appears that my client crumples one or both of the

25   notes, and just throws them in the dirt around the property.

SUMMATION - MR. GOLDBERGER                2058

1    Not exactly a great criminal.  I mean, you know, if you want

2    to take the notes, you take them with you, you put them in

3    your pocket and then you burn them.  You don't throw them on

4    the same property.  But be that as it may.  So now the note,

5    there's still one note on the door.

6            But what happens?  What happens?  There's no further

7    contact that the Government is aware of that it shows to you

8    between Chen and my client or Kuang and my client.  They drive

9    back to Brooklyn where Kuang lives, Kuang is deposited at

10   home, my client drives off somewhere.  But what happens the

11   next day?  What happens the next day is that my client goes

12   back, he goes back to the property by himself.  It's on video.

13   Please replay it.  Replay it, because I think it's important.

14   Because this deals with the question of interstate stalking

15   and the case itself.  He goes back and what he's trying to

16   do -- and it's pretty clear.  He walks up to the door, okay,

17   and you sort of lose sight of him for a second, but he's at

18   the door.  Now, it appears probably that the lady of the house

19   has already taken the note down, put it in that bag, and saved

20   it for the FBI.  So he's at the door for only a few seconds,

21   and then he turns around, and you'll see him, and he walks

22   away, and he's walking back to his car and he drives away.

23           What he's doing is he's trying to get the last note

24   out of there.  He's trying, without legally, technically think

25   about it, what he's trying to do is he's trying to withdraw

1   from what he did before.  He knows what he did the day before

2   is wrong.  He's trying to make it write by, let's get the last

3   note.  He thinks two notes are already gone.  Let me get the

4   last note, and there are no notes anymore.  He didn't think

5   anybody was home.  They walked around the house.  So he's

6   trying to do the right thing.  He does not want to commit a

7   crime.  He wants to withdraw from this so-called conspiracy.

8          Is there any other thing that you could think of as

9   to why he would go back there on his own?  Kuang didn't know

10  he went back.  He didn't testify to it.  And there's no

11  information in the record that Chen and my client had any

12  further conversations.  So why is he going back?  He's going

13  back to take down the last night and try to make it right.

14  It's like, you can't just -- and the judge will charge on

15  this -- you can't just think to yourself, well, I did

16  something wrong yesterday, okay, it's over, I'm sorry I did

17  it, good bye.  No, you've got to do something to try to show

18  people or to make it right, so to speak.  So he goes back.

19  It's only thing he can do because there's one note left, at

20  least that's what he thought, because remember, the other two

21  notes had been taken down.

22          There is no evidence, none, zero, that he had any

23  other involvement whatsoever with Mr. Zhu and his family, the

24  so-called victims in the case.  None.  Zero.  There's no

25  evidence that he did anything else with anybody, at any time.

1          Now, some of you may be saying -- and I'm trying not

2     to read minds -- but some of you may say, well, how do we know

3     for sure that that's what he was doing when he went whack,

4     that he was trying to get that last note down because he knows

5     that it had been wrong.  But you don't know for sure.  No one

6     knows for sure.  The only one who knows for sure is him.

7          How long was he involved in this supposedly probable

8     scheme?  Twenty hours?  Twenty hours?  The call with Chen was

9     the night before or the late afternoon before.  Chen's in

10    California, three hours earlier, and he talks to -- and he

11    picks up Kuang, because Kuang doesn't have a car.  So he

12    drives Kuang, who's got the notes, up to New Jersey.  And by

13    the way, if you remember from the testimony, got lost.  He

14    didn't know where the place was.  He had no idea about this

15    guy, who he was, Mr. Zhu.  He didn't know anything about him.

16    Whether he was the worse guy in the history of China or

17    whether he was a terrific guy.  He didn't know anything about

18    him at all.  And there's no proof in the record that he did.

19    Nothing.

20         And by the way, why is he doing this?  Is there

21    anything in the record?  Is there any evidence that he got any

22    money or anything for it?  No.  Nothing.  Is there anything

23    that took place from that day on, from September 4th of 2018,

24    that's what we're talking about now, that's four, five years?

25    Is there anything that you've heard that says this guy is

SUMMATION - MR. GOLDBERGER                    2061

1   involved in terrible things, and he's a menace, and he needs

2   to be prosecuted and he needs to be put away?  Take a look at

3   him.  Don't be ashamed to take a look at the defendant.  He's

4   a kid.  He's a young man.  Was it stupid to do what he did?

5   You bet.  Was it a crime?  Initially it started to be a crime

6   until he went back and he withdrew from the conspiracy.

7

8                  (Continued on the following page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Summation - Mr. Goldberger                    2062

1    (Continuing.)

2              MR. GOLDBERGER:  You're going to have to decide for

3    yourselves whether or not there is sufficient evidence to

4    believe that when he went back on his own without telling

5    anybody and went up to the door, that that was what he had in

6    mind.

7              Now, Judge Chen is going to charge you on the law

8    probably tomorrow, my guess is, or maybe late this afternoon,

9    I don't know.  You really need, you really, really need to

10   listen to her carefully.  The law is really, really -- I mean,

11   I'm not just saying this.  It's really important that you

12   understand the principles involved.  Okay?  And there are some

13   principles that are somewhat difficult maybe to fully

14   understand and there are others that will come like natural to

15   you; you'll just feel it.  But there is a substantial

16   difference between proof beyond a reasonable doubt, which the

17   Judge will talk to you about, and proof in a civil case, which

18   is a little more than 50 percent on one side than the other.

19   Okay?  I mean, you may have read stuff about civil cases

20   because our Former President has been involved in some here in

21   New York and some other places.  So we're not getting into

22   politics, but the bottom line is, it's really important to

23   listen to the Judge.

24             Now, there's another area that we need to talk

25   about.  There's a part of the Judge's charge which is really

Summation - Mr. Goldberger                    2063

1    important for you to listen to carefully, and that deals with

2    the question of whether or not there are multiple conspiracies

3    in the same indictment.  She's going to give you the

4    instructions on the law.  Because if there are more than one

5    conspiracy to find in the indictment, then the jury must

6    acquit even if they believe certain crimes were committed.

7    There can't be -- you can't try two or three conspiracies

8    before one jury.  You can't do that.  You can only try one.

9    So if you believe that there are two separate conspiracies in

10   this case, which I think there is substantial evidence of, you

11   listen to the Judge's charge.  It probably should be the first

12   thing or one of the first things, my suggestion to you, for

13   you to wrestle with.  Because there's clearly one set of

14   circumstances that deal with what happened with Mr. Xu and his

15   family and so forth and so on, and then there's another set of

16   circumstances that deal with some of the other people that are

17   involved and what they were doing.  There is no evidence in

18   this case as to why Mr.  Chen asked the favor, go up there,

19   leave a note.  It's for gangsters and whatever, and so forth

20   and so on.  So it's not as simple as it looks.

21            In addition to which, one has to wonder.  I'm just

22   asking the question out loud.  You know, whether you end up

23   thinking I'm a jerk or I'm a bad guy or whatever, it doesn't

24   matter a bit.  I've been doing this forever.  And it's

25   important, it's important more for him than for me.  Okay?

Summation - Mr. Goldberger                2064

1    It's serious business.  Because when you lose in a criminal

2    case and a jury says you're guilty, it has huge repercussions

3    on your life.  So you have to -- we picked you because we

4    believed you would take it seriously.  And I think you have.

5    I think you've paid attention, all of you.  Every one of you.

6    You know, it's like a big fish bowl here; we look at you, you

7    look over at us.  Maybe sometimes we don't look so smart, we

8    don't look so good, but we're looking.  And what we're looking

9    at is:  Are they listening?  Are they into it?  Do they care?

10   And we think you do.  We think you do.  Not every jury does;

11   those are bad picks.  We've been through that.  But we think

12   you're going to give this a fair shake.

13            So I think that you have to come back to how it --

14   you know, I mean, in terms of the adversarial system, why is

15   it, why is it that the government is willing to lean over not

16   backwards, but almost in tumblesaults to give Kuang -- keep

17   him with his deal after he lies to them for two years?  These

18   are the people he lied to, right here.  Mr. Heeren, he's -- I

19   guess he's the chief prosecutor in this case right now.  He's

20   sitting at the end of the table, so we'll give him credit for

21   being chief prosecutor.  And then there's the rest of them.

22   They're all smart.  Every one of them is smart as a whip, no

23   question.  I have lived long enough to know who is smart and

24   who is not, and they're smart.  But they got lied to.  They

25   got lied to.  And you know what?  They bought into the lies of

1    Kuang.

2             You know, if Kuang had told the truth from the

3    beginning -- think about this for a second.  Suppose he told

4    them from the beginning:  You know what?  He didn't write the

5    notes; I wrote the notes.  I'm the one who was really involved

6    with the notes.  I'm the one who spoke to Chen, really.  And I

7    knew what Chen wanted in the notes, that's why I wrote the

8    notes and that's why I put what it is.

9             Would they have acted the same in regard --

10            MR. HEEREN:  Objection, Your Honor.

11            THE COURT:  Overruled.

12            Hold on one second.

13            I'm sorry, I'm trying to figure out what was said.

14            "I'm the one who spoke to Chen," meaning what your

15   client said.

16            All right.  Sorry.  I'm going to overrule the

17   objection.

18            Remember, ladies and gentlemen, it's argument.

19            But I do think you are starting to repeat yourself a

20   bit, Mr. Goldberger, so I think you should wrap this up.

21            MR. GOLDBERGER:  Very well, Your Honor.

22            One of the other things that you've learned in this

23   courtroom in the last two weeks you've been here is there's

24   only one boss, and that's rightfully so.  In terms of deciding

25   what the law is in the case, Judge Chen is the last word.  You

Summation - Mr. Goldberger                    2066

1    listen to every word that comes out of her mouth, whether it's

2    tomorrow or the day after, whenever it is, in terms of how you

3    apply the law to the facts of the case.  Okay?  Because you

4    have to.  You have to all understand and agree that you will

5    follow what she says on the law.  Okay?

6            But on the facts, with all due respect, I don't care

7    what she thinks, I don't care what they think.  The only thing

8    what matters is what you think about the facts.  This kid went

9    back there the next day, take that note down.  There's nothing

10   about this kid being a criminal, nothing anywhere.  Chen,

11   Chen, Chen.  Where is he?  Why isn't he here.

12           MR. HEEREN:  Objection, Your Honor.

13           THE COURT:  Sustained.

14           But I think Mr. Goldberger is done.

15           I will give you instructions, ladies and gentlemen,

16   on how to consider amongst -- you don't consider the fact that

17   some individual was not on trial before you and did not

18   testify.  Those will be my instructions.  And as

19   Mr. Goldberger said, you should follow those.

20           MR. GOLDBERGER:  All right.  I will wrap up, ladies

21   and gentlemen, because probably enough is enough and you've

22   got one more lawyer to listen to.

23           So I would like to finish by saying to you that when

24   you go to deliberate with each other, be as respectful to each

25   other as you would hope people would be to you.  Have a

*Andronikh M. Barna, Official Court Reporter, RPR, CRR*

1    reasonable discussion.

2              Some of the ideas that have been thrown out by me,

3    for instance, in regard to my client, I think are things that

4    you should be considering.  And most importantly of all is

5    that there is zero evidence -- you can ask to have anything

6    read back you want, you can get any exhibits you want, there

7    is zero evidence that my client knew or thought that he was

8    acting on behalf of the Chinese government.  There is no

9    evidence.  So Counts One and Two, that's what that is.

10             From my point of view, the only count that you

11   really have to be concerned about with my client is the

12   question of the interstate stalking.  When he went back the

13   next day, was he trying to take that note down because it was

14   wrong or was it for some other reason?  By the way, if you

15   want, play the tape back again.  There was no banging on the

16   doors, which is what somebody said, knock-knock.

17             Thank you for listening.  I wish you all good luck.

18   Not easy being a jury.  Thanks again.

19             THE COURT:  Thank you, Mr. Goldberger.

20             Let me just turn to the jury.  I would like to

21   proceed with the next closing, unless someone needs a break?

22             Okay.

23             All right.  So, Mr. Tung, your summation, please.

24             MR. TUNG:  Hello?  Hello?

25             THE COURT:  Yes, go ahead.

Summation - Mr. Tung                    2068

1              MR. TUNG:  Okay.  Thank you.

2              Good afternoon, everybody.

3              THE JURY:  Good afternoon.

4              MR. TUNG:  Ladies and gentlemen of the jury,

5   actually, the government of the United States have won this

6   case.  The reason I'm saying this is, at least two of the

7   defendants have pleaded guilty.

8              MR. HEEREN:  Objection, Your Honor.

9              THE COURT: Overruled.  Overruled.  Overruled.

10             MR. TUNG:  It's a fact.

11             THE COURT:  Let's just go on, Mr. Tung.

12             Okay, go ahead.

13             MR. TUNG:  You have heard --

14             THE COURT:  Sorry, maybe be clear.  You're not

15  talking about the defendant sitting here, obviously?

16             Okay, go ahead.

17             MR. TUNG:  You have heard government witness

18  Jin Hongru, or Allen Jin, testify.  He testified that he had

19  pleaded guilty to the charge of acting as an agent of a

20  foreign government without prior notifications to Attorney

21  General.  And you have also heard a government witness Kuang

22  Zebin, or Vincent Kuang.  He also testified that he had

23  pleaded guilty to the charge of engaging in interstate

24  stalking.  So the government has won the case already.

25             Now, the question that is before you today is to

Summation - Mr. Tung                    2069

1    determine whether or not the three defendants sitting here are

2    knowingly, knowingly -- I emphasize "knowingly" -- committed a

3    crime or they had been unknowingly used, used by a foreign

4    government to carry out its mission.

5         Counsels for the Defendant McMahon and the Defendant

6    Zheng just made their closing argument on behalf of their

7    clients.  And I am now speaking to you on behalf of my client,

8    Yong Zhu.

9         Now, as you have seen for the past few days, I'm

10   kind of the old dog learning a new trick.  I do not know how

11   to play with the technology.  And the government doesn't want

12   to assist me, so fine.  So I have to utilize this old

13   projector here.

14        THE COURT:  I do have to correct the record.  They

15   actually did assist you a number times, but I think it's

16   beside the point.

17        But go ahead.

18        MR. TUNG:   Well, Your Honor, not for today.  They

19   refused.

20        THE COURT:   Oh, I see, for your closing.

21        Okay, go ahead.

22        MR. TUNG:  So bear with me.  Sometimes I have to go

23   over there to play the exhibit.

24        Okay.  Ladies and gentlemen, I also like to bring

25   your attention to the fact that my client, Yong Zhu, did not

*Andronikh M. Barna, Official Court Reporter, RPR, CRR*

Summation - Mr. Tung                    2070

1   take the stand to testify to clear up his name.  And you will

2   hear -- Judge Chen will instruct you that you should not draw

3   any negative or adverse inference against my client, Yong Zhu,

4   because he did not take the stand to testify.  In our criminal

5   justice system, a defendant is never required to take the

6   stand to prove his innocence.

7          As you all know by now, Yong Zhu has been charged

8   with committing a crime of conspiracy to act as an agent of a

9   foreign government without prior notifications to Attorney

10  General and to engage in interstate stalking.

11         The very first thing I would like to remind you is,

12  remember, government called a witness, Professor Wedeman, I

13  believe, if I don't remember wrong his name.  And he

14  confirmed, I think when I asked, not every Chinese is a member

15  of the Chinese Communist Party.  And he also explained the

16  government structure in China.  In China, he discussed the

17  structure of the government.  And he also stated that the

18  Chinese Communist Party is a monopoly, the controlling party

19  of the Chinese government.  So essentially, what Professor

20  says is Chinese government is controlled by the Chinese

21  Communist Party.  And since Mr. Yong Zhu, even though he has a

22  green card here, but he's still not a citizen, so he still can

23  be considered as someone with Chinese origin.  But we cannot

24  assume that everyone who is Chinese origin, such as Yong Zhu,

25  is automatically an agent of Chinese government.  We've still

Summation - Mr. Tung                    2071

1    got to look at the evidence and see if he actually acted as an

2    agent for the Chinese government.

3         I ask you to pay close attention to Judge's

4    instruction regarding the law pertaining to acting as an agent

5    of a foreign government.  It is important to understand that

6    according to the law, the government bears the burden, with

7    all responsibility, of presenting evidence beyond a reasonable

8    doubt that the defendant, Yong Zhu, knowingly, knowingly acted

9    as an agent for the government or an official of China,

10   Chinese government, while residing in the United States.  To

11   meet this burden, the government must prove beyond a

12   reasonable doubt that the defendant was fully aware that his

13   actions were carried out under the direct control or direction

14   of the Chinese government in light of the evidence presented

15   during the trial.  I submit to you that the government has

16   failed to satisfy its burden of proof in demonstrating that

17   Yong Zhu knowingly acted as an agent for the Chinese

18   government.

19        Now, we have heard enough about this story and, as

20   you should know, that upon Yong Zhu's return to the

21   United States back in 2016, his involvement began when he

22   agreed to assist someone in China who requested help to locate

23   an individual in the United States who owed a private debt.

24   Yong Zhu's action led him to contact an attorney, Laping Shi.

25   And you'll remember she took the stand and she was -- and she

Summation - Mr. Tung                                    2072

1    came here to give testimony pursuant to a subpoena because our

2    office subpoenaed her.  It was not because she is a friend of

3    Yong Zhu.  As you have heard her testimony, Yong, when she --

4    when he met with the attorney, he never mentioned to the

5    Attorney Shi that he was acting upon the request of a Chinese

6    government official to look for someone for the Chinese

7    government.  Instead, he explicitly stated to the attorney

8    that he was approached by someone in China to help them to

9    locate an individual who owed money to that person.

10           Now, you also notice that the Attorney Shi told him

11   that she by herself did not do those kind of work.  But she's

12   an attorney, she said this is common practice to locate

13   someone, such as to locate defendant's assets, so she's saying

14   she probably knows someone and she actually going through

15   another attorney to find the detective, Private Investigator

16   McMahon here.

17           And Shi, the attorney, prepare a retainer agreement

18   that you have seen yesterday.  Let me display it again today

19   so that can remain -- refresh your memory.

20           Can I get help from you?

21           THE COURT:  Yes.

22           You are going to use the ELMO, right?

23           Okay.  This is exhibit?

24           MR. TUNG:  This is Defendants' Exhibit A, Yong Zhu

25   A.

                          Summation - Mr. Tung                    2073

1              Now, this first thing is the cover letter, cover

2     e-mail.  What I like to point out now from this e-mail is,

3     remember this morning the government said Yong Zhu sent the

4     retainer to a person in China by the name of Hui Sun who is a

5     government official and he has e-mail address 19960165@qq.com?

6     What the government tried to imply, or maybe they will say

7     this is direct evidence, that Yong Zhu should known he has

8     been talking to government official.  But, ladies and

9     gentlemen, looking at this e-mail address alone, qq.com e-mail

10    is just like Yahoo, Gmail.com in the United States.  That is

11    not an official government address such as in this country,

12    such as you end up with dot-organization, dot-gov.  From this

13    e-mail, from this e-mail address alone, there is no way for

14    Mr. Yong Zhu to figure out this person is a government

15    official.  So this is something I just want to clarify for

16    you.

17             The real purpose for me to show this retainer

18    agreement still, I'm -- I mean, bear with me.  I know I went

19    through this yesterday, but I still want to point it out and

20    when you have the evidence in front of you.  Looking at the

21    scope of the service, it was very clear.  He was asked to act

22    as client's family counsel in assisting client to handle the

23    matter involving a licensed private investigator in locating a

24    male subject whose name is, blank, including subject's

25    whereabouts, photos, videos.  There's nothing in this retainer

Summation - Mr. Tung                    2074

1    agreement that refers or made any references to the work is

2    being done is asking -- is asked by a Chinese government

3    official or the Chinese government.

4            Now, ladies and gentlemen, you remember during the

5    trial, the government has demonstrated in other defendants and

6    they have done also communications there, what they -- that

7    very impressed me because I'm not a technical person, as you

8    can see today, when they talked about, you know, how to

9    extract data from iCloud.  Those are very sophisticated

10   technologies they have now.  They can look -- they can take

11   our e-mail address and they can match with -- you know, with

12   the data they retrieve from Immigration or Homeland Security

13   or et cetera.  And all these people, all those experts come

14   in.  And I remember the government spend a day to work on

15   these things to demonstrate how they can prove the people --

16   there's no picture here now.  They removed.  That's fine, is

17   enough for me.  Okay?  Those pictures of government officials,

18   Chinese government officials, takes them so much time, but

19   they can't -- they do have the technology to identify them and

20   they can extract the data, and the expert testified they can

21   convert those data to something that's readable by normal

22   people.  But, ladies and gentlemen, I'm asking you for one

23   thing:  Have you seen any evidence such as text messages,

24   e-mails or other communications that clearly -- not only

25   clear, that states Mr. Yong Zhu was communicating with the

Summation - Mr. Tung                           2075

1    Chinese official at the outset when he took the -- I mean,

2    when he promised -- when he agreed to help someone to locate

3    someone in the United States?  Have you seen any of those

4    evidence here?  None.  None that you can find.

5             The point I was making is, if the government can

6    locate any such a text message or e-mail messages,

7    communication indicating when that person in China asking my

8    client, Yong Zhu, to do the job, to locate person by Chinese

9    government, they are able to do so, but they -- if it's not

10   here, that means they cannot locate him or they do not even

11   exist.

12             MR. HEEREN:  Objection, Your Honor.

13             THE COURT:  Sustained.

14             Be careful, Mr. Tung.

15             Ladies and gentlemen, you're not to speculate about

16   evidence that's not before you or individuals you have not

17   heard from, as I will tell you again during the instructions.

18             MR. TUNG:  Now, on the other hand, you can see that

19   my client, Yong Zhu, when he got the -- when he got people

20   asking him, you know, in China asking him to do a job to

21   locate person, he wanted to make sure that what he was doing

22   was legal or legitimate.  So he went to see an attorney

23   instead of going to just, you know, somewhere else.  And plus,

24   you know, he does not speak English.  He wanted to make sure

25   that what he does was not violating any laws.  That was the

Summation - Mr. Tung                                    2076

1    purpose he went to see an attorney.  And the attorney didn't

2    advise him what he was doing or what he was helping the people

3    in China to look for someone here is illegal.

4              MR. HEEREN:  Objection, Your Honor.

5              THE COURT:  Sustained.

6              Again, just, Mr. Tung, please try to stick to the

7    evidence as opposed to what didn't happen or they didn't hear

8    about.  Remember?  Focus on the evidence in the trial.

9              MR. TUNG:  Well, this is an argument, Your Honor.

10   Because why people looking for an attorney?

11             THE COURT:  No, Mr. Tung, don't argue with me.  Just

12   continue.  Just be careful.  Focus on the evidence and what

13   you would say is perhaps the insufficiency of that evidence or

14   what it shows or doesn't show.

15             MR. TUNG:  And for whatever the reason, we do not

16   know.  It's up to the government to present why -- there is a

17   reason -- I mean, whatever the reason, we do not know.  Yong

18   Zhu did not sign this retainer agreement.  But Mr. Yong Zhu

19   found an interpreter, Chinese interpreter, to assist him to

20   communicate with the Private Detective McMahon that was

21   located for him by Attorney Shi.

22             I would like to show you Government's

23   Exhibit 0901-D, and I put up there.

24             Now, when you have a chance to go back to the room

25   to deliberate, please take a look at this document, this

1   document, Government's Exhibit 0901-D.  It is a WeChat

2   communications, right?  It's a WeChat communications between,

3   by the name of Wang Xin Middleman and I believe the other

4   person is the interpreter.

5          Ladies and gentlemen, please take note, look at it,

6   the e-mail of the WeChat communications.  Yong Zhu, in this

7   WeChat communication, and he used an alias name, Wang Xin, the

8   middleman.  Now, most people when they sign on WeChat, they

9   will use an alias names instead of using their real names.

10  Most people would do that.

11         THE COURT:  Sustained.

12         Stick to the evidence.

13         MR. TUNG:  Now, look at this.  He, Mr. Yong Zhu, is

14  calling himself a middleman.  What is a middleman?  Middleman

15  is someone who introduce someone to somebody else.  He's in

16  the middle.  That's what a middleman.  Doing the business

17  transaction, he introduce Party A to Party B and he's acting

18  as a middleman.  That's what Yong Zhu is talking about.  I

19  mean, he's defining his role in this transaction.

20         Now, if you go through all of those WeChat

21  communications, you will notice there's none, no

22  communications and no mentioning of Chinese government at all.

23  The job they're talking about between try to get the -- try to

24  nail down the contract, the retainer agreement between McMahon

25  and Yong Zhu are his Chinese contacts.  If you go -- I don't

Summation - Mr. Tung                          2078

1    want to go through because of time.  It's up.  But if you go

2    through this exhibit.  And the other person, interpreter

3    service is also, you notice from other displays, other

4    communications, is called Transperfect Languages Service.

5              I'm going to show you another government's exhibit,

6    3009.

7              THE COURT:  Is that admitted?

8              Hold on.

9              MR. HEEREN:  Your Honor, can we just take down this

10   version?  It's unredacted.

11             THE COURTROOM DEPUTY:  It's off.

12             THE COURT:  So is there a redacted version that

13   someone can provide to Mr. Tung?

14             MR. HEEREN:  Yes, we can.

15             THE COURT:  Okay.

16             MR. HEEREN:  What number, Mr. Tung?

17             MR. TUNG:  3009.

18             THE COURT:  Do you just want to put it on the

19   screen?

20             MR. HEEREN:  We're ready, Your Honor.

21             THE COURT:  All right.  Thank you very much,

22   Government.

23             THE COURTROOM DEPUTY:  Do you have your double

24   screen on?

25             Oh, there you go.

Summation - Mr. Tung                                    2079

1              MR. HEEREN:  One second.  She's fixing it.

2              (Pause in proceedings.)

3              THE COURTROOM DEPUTY:  Good?

4              MR. HEEREN:  Yes.  Thank you.

5              MR. TUNG:  That is the retainer agreement signed

6    between Yong Zhu and Detective McMahon.  All I pointed out to

7    you, if when you go back to the deliberations room, there's no

8    mentioning whatsoever that work was being asked by the Chinese

9    government.  And the reason Mr. Yong Zhu signed these

10   retainers on behalf of his Chinese contact, it could be the

11   Chinese contact in China, when you have a retainer, you cannot

12   sign physically.

13             MR. HEEREN:  Objection, Your Honor.

14             THE COURT:  Overruled.

15             Again, this is argument.  You're asking them to make

16   that inference.

17             Go ahead.

18             MR. TUNG:  Now I am going to show you Government

19   Exhibit 3007.

20

21             (Continued on the next page.)

22

23

24

25

                    *Andronikh M. Barna, Official Court Reporter, RPR, CRR*

SUMMATION - TUNG                                    2080

1              MR. TUNG:  (Continuing.)  This exhibit shows the

2    communication between Emily Hsu.  Emily Hsu is also known as

3    Lina Xu, and she was the interpreter and she was hired by

4    Yong Zhu to assist him to communicate with Mike McMahon.

5              Now, on the last page of this email, and that is

6    Government Exhibit 307, on the last page of this email, there

7    was an email sent by Detective McMahon and asking for the

8    information, the name of the person, the subject target, phone

9    number, etc., and --

10             THE COURT:  It wasn't focused, Mr. Tung, in and out

11   of focus.  Just give it a second.  There you go.

12             Now, ladies and gentlemen, if a detective or private

13   investigator was hired to do the job to locate someone, what

14   are the normal information he would like to get, a person's

15   name, address, or something, whatever the information you have

16   that might help him to start look, and there's nothing wrong

17   with this.  It's normal business between McMahon and Yong Zhu

18   at that time.

19             So -- and I'm going to show you the exhibit --

20             MR. HEERAN:  Your Honor, that's un-redacted, as

21   well.

22             MR. TUNG:  3013.

23             Ladies and gentlemen, this is the information that

24   Yong Zhu through his interpreter provided to private

25   investigator McMahon so he can start to work on the job.  Now,

SUMMATION - TUNG                          2081

1    you know that Ms. Yong Zhu does not speak English so data

2    compiled here is most likely done by Emily Hsu and she was

3    working for Yong Zhu.  What the government says that's where

4    Ms. Yong Zhu's involvement as part of this conspiracy, right,

5    provides the information to the Detective McMahon.

6            Ms. Yong Zhu here -- Mr. Yong Zhu here is actually

7    getting the information from his China contact, Chinese

8    contact and passing along to Detective McMahon.  Now, remember

9    I showed you before in the reach of communication, in

10   Yong Zhu's mind, he is -- he was the middleman.  So most the

11   time, as the middleman, you'll understand, in the business, in

12   any business transactions, you're the one to let your party B

13   to know who party A is.  Otherwise, what is your -- what's the

14   point of being a middleman.  They will cut you off, right?

15   They'll deal directly with each other.

16           So as a middleman, that's the only reason

17   Mr. Yong Zhu still communicate with Mike McMahon to give him

18   the information and pass it on, the feedback, you know, from

19   McMahon, what the Chinese contact wants.  That's how -- those

20   communications between October 5 and October 27, 2016 for that

21   period of time.  At the very beginning period of time, you'll

22   see these in the evidence, they have been communicating,

23   communicating with each other.

24           Of course, now, the middleman, he wanted to get

25   paid.  If they know each other, he not going to get paid and

LEEANN N. MUSOLF, RPR, Official Court Reporter

SUMMATION - TUNG                    2082

1    you have seen now he was cut out after he introduced Eric Yan,

2    Hu Ji, a -- later, we know that he's a Chinese contact,

3    official from China, to Detective McMahon as when they falsely

4    met at Panera Bread restaurant in New Jersey.  That was the

5    point in time he was cut out, and I'm going to show you the

6    picture, the famous picture of three, that's

7    Government Exhibit 0902-F.  And you have seen this famous

8    picture many, many times, but my argument for my crime is

9    was -- is after this date, after they met, there was no more

10   communications between Yong Zhu and -- at the very beginning

11   shortly thereafter, sporadic communications, but then that

12   decreases, as I will show you now in the next exhibit.

13           The next exhibit is Government Exhibit 0316.  In the

14   left upper corner, these are the -- this is a voice call

15   analysis produced by the government and they had an expert, a

16   lady who testified what the communication is -- was.  Now, the

17   summary charts recorded phone calls from September 2016

18   through December 2016.  If you look at these, Yong Zhu's

19   involvement -- okay, there are still some communications --

20   the first one, I found Yong Zhu on that list that call between

21   Yong Zhu and Hu Ji, that's on October 26, 2016, that's a day

22   before the three men met at the Panera Bread restaurant, and

23   the next time is October 27, 2016, Yong Zhu and Hu Ji talked

24   on that date for about 15 minutes.  The two calls added

25   together.

SUMMATION - TUNG                    2083

1      Going through.  On October 27, 2016, that's the day

2  where the three met at the restaurant, Hu Ji and Yong Zhu had

3  a communication.  And then the next one I can identify on this

4  table is October 28, 2016, Hu Ji and Yong Zhu had about

5  point-three seconds communication.  I do not know what it is,

6  it could be a messaging.  And thereafter, you'll see this --

7  throughout this, the rest of the entries which ended on

8  December 29, 2016, no communications between Hu Ji and

9  Yong Zhu.  So, clearly, after the three met in the restaurant,

10  Yong Zhu was terminated or eliminated.

11      So -- now, I'm going to show you the next exhibit

12  which is Government Exhibit 0317.  Now, this is a continuation

13  of a voice call, monitoring voice call for the data -- for the

14  period April 5, 2017, through April 12, 2017, and you noticed

15  on the left corner, Yong Zhu is not even the number listed

16  there to be monitored.  And if you go through all those six

17  pages, there's no phone calls from anybody, from anybody, to

18  Yong Zhu or Yong Zhu called anyone else on this chart.

19      April 5th through 12th, that's where people from

20  China, Liu Yan and his -- and her crew from China came over to

21  the United States before they left the United States.  So this

22  clearly indicates in April 2017, Yong Zhu, at that time, was

23  already out of this circle, he had no business, whatsoever,

24  with him.

25      And that's why I would call this date the date they

SUMMATION - TUNG                                    2084

1    met.  October 27, 2016, is the date for them to get rid of

2    Yong Zhu.  Now -- so, in other words, Yong Zhu's involvement

3    was only started from October 5th through October 27, 2016, at

4    very beginning, at the outset, and he helped the Chinese

5    contact to find, through the attorney, to find the detective

6    Michael McMahon and then he kind of signed a retainer

7    agreement on behalf of the Chinese contact.  He didn't pay the

8    money.  The money was paid -- I mean paid by -- that money was

9    paid -- somebody is paying the detective and the interpreter.

10   Now, then his service was terminated.

11          What he did, you have heard, you have seen some of

12   the evidence, what he did was he went to the airport to pick

13   up Eric Yan, or Hu Ji.  He provided -- no, before they meet,

14   right, he provided service to drive them from the airport to

15   hotel and driving around for three days and he was compensated

16   $600 -- $200 a day for providing transportation service.

17          Remember the government showed post-arrest video

18   recording of Yong Zhu when he was interviewed by FBI agents in

19   a small room, and I am not -- I know the government will say

20   objection, but I say, before they say objection, I'm not

21   trying to -- trying to make a point that he was not given

22   Miranda rights until --

23          MR. HEERAN:  Objection, Your Honor.

24          THE COURT:  Sustained.  If I sustain the objection,

25   you can't go into that again, remember?

LEEANN N. MUSOLF, RPR, Official Court Reporter

SUMMATION - TUNG                           2085

1          MR. TUNG:  I know, Your Honor.  That's why -- let me

2     finish.  That's not where I'm going.

3          What I'm going to say is the fact is Ms. Yong Zhu

4     gave an answer to a question posed by the FBI agent without

5     guidance of an attorney in the room.  That is a fact.  That's

6     not -- I'm not -- I know I'm going to go that direction.  I

7     know that.  What I'm trying to make a point to you is, let me

8     post this exhibit, Government's exhibit, so you'll see what

9     I'm talking about here.

10          THE COURT:  And what's the number?

11          MR. TUNG:  This is the transcript of the recording,

12     703-D.

13          THE COURT:  This is 703-D.  Is that in evidence?

14          MR. TUNG:  It is in evidence.

15          THE COURT:  Okay.  And is there a page in particular

16     you're focusing on?

17          MR. TUNG:  Yes, it's the last page.

18          THE COURT:  Okay.  We just want to make sure there's

19     nothing in it that shouldn't be public.

20          MR. TUNG:  That's the recording they played, the

21     government played.

22          THE COURT:  You want to play the recording?

23          MR. TUNG:  No, I don't want to play the recording --

24          THE COURT:  I just want to confirm with the

25     government that there's nothing in 703-D that we shouldn't

1    publish right now?

2              MR. HEERAN:  No, Your Honor.  Just for

3    clarification, we have no objection to this but the transcript

4    is a demonstrative, but we have no objection to him showing

5    it.

6              THE COURT:  Go ahead.

7              And, ladies and gentlemen, again, a demonstrative is

8    not evidence so it won't go back into the jury room with you.

9              MR. TUNG:  I will let the jury know if they want to

10   see the actual recording, that recording is I think it's

11   0703-E, I think that's the recording, the actual recording,

12   but I don't like to make a point to waste peoples ten minutes,

13   time, to look at this recording.

14             But I just want to focus at the end of the

15   recording, FBI Agent Bruno asked the question, so if Hu Ji, is

16   government?  Yes, you said he?  And Linguist, I think he's the

17   interpreter, translator, Mr. Yong Zhu's response, he said I

18   really don't know.  I thought maybe he's like a private

19   detective.

20             That was Yong Zhu's answer when he was asked by

21   FBI Agent Bruno whether or not he knows Hu Ji is government

22   agent -- government representative of China.

23             And, ladies and gentlemen, I urge you, when you go

24   back to the room to deliberate, if you want to see the actual

25   video, you can see it.  It's only very short video.  It's a

1   very short video.

2              Now, the point what I was making is, when he give

3   that answer, nobody was helping him, right, nobody guiding

4   him, give him hint how you can answer the government's

5   question, FBI's question.  He answered this spontaneously,

6   naturally.  That was at a time he was arrested, right?  So he

7   gave that answer.  It kind of substantiates or it is kind of

8   his position from beginning toward now that he didn't know

9   that he -- his Chinese contact was from the Chinese

10  government.

11             THE COURT:  Did you say he didn't know?

12             MR. TUNG:  He didn't know.

13             THE COURT:  Okay.  Just so the record's clear.

14             MR. TUNG:  Sorry.

15             THE COURT:  No, no, it's okay.

16             MR. TUNG:  So, if I go back to that telephone

17  traffic charts, the charts clearly present compelling --

18  presents compelling evidence that highlights the diminishing

19  role of Yong Zhu as the middleman following their meeting

20  between the Chinese contact Hu Ji or Eric Yan and the private

21  investigator Michael McMahon on October 27, 2016.  The chart

22  demonstrates that the frequency of the phone calls involving

23  Yong Zhu with Hu Ji significantly decrease with only sporadic

24  communications between -- I mean, occurring a few times in

25  October 2016 and thereafter.  Starting from November,

1    December, there's no phone calls there.

2             And then in the chart for the 2017, it reveals a

3    complete absence of calls between -- I'm sorry, between

4    Yong Zhu and his Chinese contact, a private investigator,

5    through the interpreter.  And this clearly indicates that

6    Yong Zhu was never considered by the Chinese contact -- by his

7    Chinese contact as an integral part of their alleged plan or

8    scheme of the so-called operation Foxhound program.  He was

9    just present there, introduced his Chinese contact to the

10   private investigator he found for the Chinese contact.

11            I remember at the opening, the government said, but

12   for Yong Zhu's initial contact, right, to introduce to the

13   detective, right, this entire thing wouldn't happen, but for

14   Yong Zhu's involvement to introduce someone to

15   Detective McMahon, so then the rest of those things started,

16   but, ladies and gentlemen, I'm asking you to think a -- just a

17   very common sense question, if a killer of many victims,

18   right, it there's a massacre killing, okay, do we hold the

19   mother of that killer simply -- I'm not saying anything else,

20   simply for the reason that she gave the birth to that killer

21   to be liable for the victims or victims' families?  Do we?

22   No, this is too remote, right?

23            If someone -- this is similar to a situation here.

24   Yong Zhu only introduced the Chinese contact to

25   Detective McMahon.  Whatever happens after that, right, he has

1    no involvement.  Even if he wanted to, they don't even want

2    him.  We can't hold Yong Zhu to be liable for all these

3    subsequent consequences or events.  Just like I said, a mother

4    gave birth to the killer, if the killer later, when he grows

5    up, right, kills so many people, we cannot blame on the mother

6    just for the fact that she gave birth to the killer.  It's a

7    similar situation here.

8              And, ladies and gentlemen, I ask you to pay

9    attention to all the evidence presented by the government.

10   Have you seen any evidence that the -- his Chinese contact

11   Hu Ji or Eric Yan, before he came to the United States or

12   after he came to the United States, giving Yong Zhu anything

13   to identify himself as a Chinese official such as a business

14   card or anything?  Have we seen any of these evidence here?

15   It is upon the Government's burden to prove that Yong Zhu knew

16   that the Eric Yan or Hu Ji was a Chinese Government

17   representative.  We have not seen any of those evidence here.

18   Therefore, Yong Zhu did not know the real identity of

19   Eric Yan, of Hu Ji, or his true intention to come to the

20   United States to locate a person for the purpose to re-patron

21   them back to China.  They always had the belief it was just to

22   grab a private detective.

23             Now, I would like to show Government Exhibit 4012.

24   It's a comprehensive report generated by Mike McMahon.

25             MR. HEERAN:  We can put that on our screen.

SUMMATION - TUNG                    2090

1          THE COURT:  All right.  I presume it contains some

2     redactions?

3          MR. HEERAN:  Yes, Your Honor.

4          THE COURT:  Okay, go ahead.  You're supposed to be

5     using the redacted versions.  There we go, okay.

6          MR. TUNG:  That's fine.  Thank you.

7          On the second page, second or third page, I think

8     third page, there's a box here, there's a shaded box here,

9     right, that's -- okay.  This box says, right, INTERPOL most

10    wanted and then the name of Shi Zheng Zhu.  And this was the

11    very first time Private Investigator Mike McMahon found, he

12    found, he generated this report, and he sends this report to

13    the interpreter who is talking to -- who is supposed to help

14    Yong Zhu, and the date of this report is October 5, 2016.

15         So the government's position is, here we go, he

16    should have known this guy is most -- is wanted by the Chinese

17    government, right, so he must be -- you know, whatever the

18    work you're getting, must be related to Chinese government

19    work.  But this doesn't really make any sense here, ladies and

20    gentlemen.

21         What the evidence so far shows, Detective McMahon

22    was getting an order, right, from Yong Zhu for Xu Jin why you

23    from the Chinese contact, he was supposed to locate a person

24    for the company.  Now, when he ran a background check, it just

25    pops out that person just happens to be a person who is also

*LEEANN N. MUSOLF, RPR, Official Court Reporter*

PROCEEDINGS                                    2091

1   wanted by the INTERPOL.  There is a big difference here.  The

2   big difference is he was not told to find someone who is

3   wanted by INTERPOL.  He just accidently runs a background

4   check just like over here we're doing background check all the

5   time, and it turns out to be that person has a criminal

6   background -- a criminal history.

7            So this is a coincidence.  This does not prove that

8   government -- government presented evidence does not prove

9   that the -- either Detective McMahon or Mr. Yong Zhu was aware

10  or became aware that the -- on October 5, 2016, this work

11  they're getting from Chinese contact was for government work.

12           THE COURT:  Mr. Tung, I'm not sure how much longer

13  you're going to go but I did want to tell you we're going to

14  take a break at 4:15.  Because since obviously the jury's been

15  here for the last couple of hours since lunch and I want to

16  give them a break.

17           MR. TUNG:  Sure.  I have another 15 minutes.  So can

18  we just take a break now?

19           THE COURT:  Okay.

20           Let's take our break now, ladies and gentlemen.

21  Don't talk about the case, keep an open mind, don't do any

22  research, just relax for the next 15 minutes.  And remember we

23  have Mr. Tung's conclusion and then the government will do a

24  rebuttal.

25

*LEEANN N. MUSOLF, RPR, Official Court Reporter*

PROCEEDINGS                                    2092

1                    (Jury exits the courtroom.)

2                    THE COURT:  Everyone else, you have roughly 15

3       minutes, a little longer.  We'll start again at 4:30.

4                    (A brief recess was taken.)

5

6                    (Continued on the following page.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*LEEANN N. MUSOLF, RPR, Official Court Reporter*

SUMMATION - MR. TUNG                    2093

1    (Continuing.)

2              THE COURT:  Okay.  So we're going to get everyone

3    back in the room, Mr. Tung.

4              THE COURTROOM DEPUTY:  All rise.

5              (Jury enters the courtroom.)

6              THE COURT:  Please be seated, everyone.  Mr. Tung,

7    you may resume your argument.

8              MR. TUNG:  Thank you, Your Honor.

9              Have a good break?

10             Ladies and gentlemen, I'd like to show you one more

11   time -- I know you have seen this exhibit many many times, but

12   this is a very crucial one, and I'd like to show you

13   Government Exhibit 4019B.

14             THE COURT:  Is that okay to display?

15             MR. HEEREN:  That's fine, Your Honor.  Yes.

16             THE COURT:  Okay.  Go ahead.

17             MR. TUNG:  Maybe I just read it out, what's on that

18   exhibit.  You know this already, because I cannot -- this is

19   the communications between Private Investigator McMahon and

20   with his fellow investigator Eric Gallowitz.

21             On October 5th, 2016, when Detective McMahon

22   discover that was the target was wanted by INTERPOL, he sent

23   some messages to his fellow detective.  PLO says, he wanted by

24   INTERPOL, wow.  And then the next page, he ask, he caution

25   his -- Eric Gallowitz, bring your gun.  And remember yesterday

1    you heard Eric Gallowitz testify and he kind of joke, you

2    taking care of self, I will bring my gun.

3         Now, the reason I'm showing you this document

4    because this is actually -- you see the response from

5    Detective McMahon.  Wow, when you find something.  So this

6    clearly, it supports my argument on October 5th, that was the

7    first time they discover, that was coincidence, it was never

8    told by the Chinese Government the target you're looking for

9    is wanted by the Chinese Government.

10        I'd like to show you Government Exhibit 4004.

11        MR. HEEREN:  That's fine, Your Honor.

12        THE COURT:  Okay.  You can publish.

13        MR. TUNG:  This is the communications between the

14   interpreter and Private Investigator McMahon when they talking

15   about how to nail the contract between them.  I like to ask

16   you when go back to the deliberation room, to look at the

17   page.  I don't know the page number, but look at the page

18   which I'm showing you now -- you have seen this before.

19   McMahon was telling -- was asking, was communicating with the

20   interpreter.  I'm sure he used this, but he didn't tell us.  I

21   think he should have.  He wanted for corruption, embezzlement,

22   and taking bribes.

23        Okay.  Now, this communication -- and actually,

24   there was a previous question, yes.  Okay.  Would you think it

25   will be okay to share this information with Mr. Zhu or should

SUMMATION - MR. TUNG                        2095

1    I not to pass this information to him.  That was the

2    interpreter talking and Detective McMahon just answered, I'm

3    sure he knows this, but he didn't tell us.

4            Now, the reason I'm showing you this document is I

5    would like to tell you clearly you see first -- and let me

6    still have this displayed up there.  The interpreter was

7    asking the detective, should I tell Mr. Yong Zhu because

8    that's her client who was asking her to do translations, and

9    then the detective says, well, I think you knew about it.  But

10   my argument to you is, if Mr. Yong Zhu would know that the

11   target was most wanted by INTERPOL or the Chinese Government,

12   there's no reason he didn't want to tell them, tell the

13   detective.

14           And the other point I would like to point it out is

15   when the interpreter was asking the Detective McMahon, should

16   I tell Mr. Yong Zhu about this, now, have you seen any

17   evidence throughout all these communications between the

18   interpreter and the detective, Private Detective McMahon?  All

19   these communications was not directly between McMahon and

20   Yong Zhu.  Have the Government met their burden to prove

21   Defendant Yong Zhu was told by the interpreter all these

22   communications.  Obviously, you know, the interpreter was not

23   called as a witness here.  So if there was a gap here, I

24   submit to you that raises issue of beyond reasonable doubt.

25   The Government has to prove that Yong Zhu was told about this.

1   Nothing.  Is just an assumption.  The interpreter would

2   automatically to tell Yong Zhu was transpiring in all these

3   messages exchange between the interpreter and the detective.

4   So that's why I'm saying, Yong Zhu has no burden to prove

5   anything.  Government has not proved that Yong Zhu was made

6   aware of that, at least on October 5th, 2016.

7           Remember, I said earlier Mr. Yong Zhu went to see an

8   attorney.  If he knew if the Chinese contact, right, told him

9   already that the target was INTERPOL, I think he would have

10  revealed that to the attorney.  Why did he pay money, a

11  consultation fee to an attorney without telling her the truth?

12  So he was getting all these responses which is misguided,

13  right.  Because, you know, attorneys communication with

14  attorney is attorney-client privilege, covered.  He wouldn't

15  have to worry about --

16          MR. HEEREN:  Objection, Your Honor.

17          THE COURT:  Overruled.

18          Again, ladies and gentlemen, this is just an

19  argument.

20          MR. TUNG:  Yong Zhu should have known that when he

21  consulted an attorney, his communication with Attorney Shi,

22  nobody can look at this, even Government cannot look at this.

23  So it is no reason he is not going to tell the people in this

24  chain, Attorney Shi, the interpreter, and McMahon at that

25  time, you know, when they -- when Mr. Yong Zhu tried to help

SUMMATION - MR. TUNG                          2097

1    the Chinese contact to find the private detective.  So my

2    point is, this is for everybody, including Private Detective

3    McMahon, in October 2016, nobody, nobody, knows that the job

4    was ask them to do to find someone is from Chinese Government.

5            Now, ladies and gentlemen, I'm going to do a

6    comparison.  You have seen -- I'm going to show a

7    communications between Johnny Zhu and Allen Jin, which is

8    Government's -- both of them -- not both of them, I'm sorry.

9    Allen Jin real name is Jin Hongru.  He took the stand to

10   testify, and I'm going to show the exhibit here so you see the

11   comparison here.  What I'm showing you now is Government

12   Exhibit 0807F.

13           Thank you for your help.  Finally Government helps.

14           What is being shown is the messages and

15   communications between Government witness.  What's his real

16   name?  I forgot.  Jin and Johnny Zhu.  Now, this is a

17   situation that I'm going to show you -- look at the page, I'm

18   going to show you now, is April 1st, 2017, Johnny Zhu was

19   talking to Allen Jin.  And look at this, where I'm pointing

20   to.

21           Correct.  Just follow the instructions when working

22   for the Chinese Government.  It will be just fine by playing

23   dumb and not asking questions.  I will make the arrangements.

24           Now, this is just one lowly example.  Remember, the

25   witness testified, right, that witness testified, he knew

SUMMATION - MR. TUNG                    2098

1    exactly he was working for Chinese Government.

2              And also, I'm going to show you Government's

3    Exhibit 0812C.  And also, on the same day, right, April 1st,

4    2017.  I mean, look at this, the compensation is 1800 U.S.

5    dollars.  So the point I'm making here is, if someone is, was

6    recruited by the Chinese Government or through a intermediate

7    person, what's that person, Allen -- Johnny Zhu, they would be

8    told explicitly, you're working for the Chinese Government.

9    This is what you're going to be paid for.  Then you compare to

10   the situations applying to Mr. Yong Zhu.  Has the Government

11   presented any evidence such as even casual communications

12   between the Chinese contact and the Yong Zhu, anything like

13   this can be referenced to that was the job given by the

14   Chinese Government?  The answer is no.

15             Have you found any evidence that it was any

16   communications between the Chinese Government, Eric Yan,

17   Hu Ji, with similar communications with Detective McMahon?

18   The answer is no.  So that's a clear comparison.  When you see

19   this, if you are recruited by the Chinese Government, you have

20   evidence here.  If Government cannot prove, cannot produce any

21   of those evidence, they cannot present any of those evidence,

22   that means there is a serious question of beyond a reasonable

23   doubt to hold my client liable for.

24             In addition, even though attorney for Paul

25   Goldberger has repeatedly stated, but I'm saying for my

SUMMATION - MR. TUNG                                    2099

1    client, I just want to bring your attention to the event for

2    Zheng here.  You heard the testimony when Paul asked --

3    Mr. Goldberger asked, right, where did you get this job,

4    right?  It was from California by the person Chen Chaohong

5    called and he said it was from a dai lo.  Actually, dai lo

6    is -- that's slang.  What that meant is a mafia family to do

7    kind of debt collections and things of that sort, right.  So

8    if a job is given by Chinese Government, it will be clearly

9    spelled out.  Under that circumstances, it was not spelled

10   out.  It was just people referring to dai lo in China.

11          So when you do all comparisons with all defendants,

12   right, the defendants who took the stand, they pleaded guilty

13   because they are guilty.  They work for Chinese Government.

14   That's why he had to plead guilty, that he worked as an agent

15   for the Chinese Government.

16          And the people, three people here, sit here, the

17   Government has not presented evidence sufficient to

18   convince -- at least convince me, and I hope, you know, they

19   have not convinced you either.

20          What I'm showing you know is another exhibit of

21   Government Exhibit 0402U.

22          THE COURT:  Is the Government fine with this being

23   publicly displayed, 402U?

24          MR. HEEREN:  Yes.  It's fine, Your Honor.

25          THE COURT:  All right.  Go ahead.

SUMMATION - MR. TUNG                    2100

1          MR. TUNG:  Now, ladies and gentlemen, this is a

2     document generated by U.S. Customs and Border Protections

3     which list all the international travels by my client,

4     Mr. Yong Zhu.  And you look at those yellow line area.

5     Between 2017 and all the way up to 2019, Mr. Yong Zhu has gone

6     back and forth to China many many times.  Remember, the

7     question is -- remember when, on or about April 7, 2017, when

8     Tu Lan for some reason, they kind of noticed their functions

9     here, whatever they doing here was kind of being watched by

10    somebody, maybe FBI, so she wasn't supposed to leave

11    April 12th, right.  Five days earlier, she book the flight,

12    she left, and she notified, right, with all these e-mail

13    communications, notified Johnny Zhu, you got to leave, right.

14    Something like this.  This is going to be dangerous now.

15    Somebody kind of knows.  So Johnny Zhu left on April 12, 2017

16    too, and they never came back here.

17          These are the real criminals.  Now, look at

18    Yong Zhu.  If Yong Zhu did consider a major player in that

19    circle, do you think they wouldn't have to notify him? please

20    leave with us, don't ever come back to the United States,

21    you'll be caught, you'll be charged, you'll be convicted here,

22    you'll go to jail here.  No.  And look at how many trips

23    Yong Zhu made to go to China between entering there and coming

24    back, for whatever reason.  It could be for family reasons,

25    right.  We do not know.  But it could be many reasons, right.

SUMMATION - MR. TUNG                    2101

1    Nobody ever, from Chinese Government, obviously, I can argue,

2    could infer from the facts, they warned him, right.  Don't go

3    back to U.S. because you may be caught.  You maybe prosecuted.

4    Okay.

5            Earlier today, Government showed evidence, a

6    picture -- I don't have it.  I just mention the fact that they

7    showed a chart showing that in May of 2018, that they say

8    Yong Zhu, before he booked a flight to China, he went to 315,

9    the sister Feng Liu's house in Short Hill to take two

10   pictures.  And Government's position or their argument saying

11   that this is the -- this is the fact, that Yong Zhu continued

12   to do surveillance at the premises.  I am asking -- I mean,

13   yes, the Government can say, you can infer from some facts.

14   Inference, you still have to have some background, right.  You

15   cannot just infer from a fact like this.  Now, I can infer

16   from the facts, I can give you 10 different, even more,

17   different possibilities with this fact.  The Government has

18   got to prove that Yong Zhu went to the premises on May 13,

19   2018, to commit a crime.  What they just showed, he booked a

20   flight to China.  I just showed you a traveling record.

21   Mr. Yong Zhu went to China all the time, back and forth, back

22   and forth.  Why the Government would say this time in 2018 he

23   went back to China because he went -- I mean, five days

24   before, he went to take a picture of Short Hill address?

25   There is nothing there.  They just want to ask you to infer.

1   From where?  I'm actually -- I'm arguing here, what he did, I

2   now can argue is this clearly shows he was already out of this

3   loop.  Everybody here know, everybody in this room know by

4   now, Short Hill house was no longer an interest for Chinese

5   Government for anyone here, because Xu Jin is not living

6   there.  Once his real house in Warren was discovered, who

7   cares about the sister's house?  So why?  You know, the

8   question, I cannot answer because I don't have to answer.  The

9   Government has to give more, such as, like, they captured all

10  these communications between those defendants.  They got to

11  show more.  Mr. Yong Zhu, such as, received instructions from

12  Chinese Government, please go to -- in 2018, right -- to

13  please go to Short Hill property to take some pictures for us.

14  Did you see any evidence like this?  No.  Right.  So why

15  Mr. Yong Zhu went there to take pictures?  Could be for many

16  many reasons.

17          Another reason, I can give to you, he was consider

18  himself a middleman.  He wasn't paid for what he introducing

19  Mr. McMahon to them.  So maybe he was wanted to take some

20  pictures to go back to China to argue with them, how come I

21  don't get paid?  These are just millions and millions of

22  possibilities there, ladies and gentlemen.  Yong Zhu doesn't

23  have a burden to prove.  I submit to you, Government present

24  this evidence, shows nothing, nothing more than a speculation.

25          And remember this morning, the Government, in their

1   argument, they say in the -- they show a document which says

2   Yong Zhu says that was the interpreter talking to McMahon.

3   Yong Zhu was talking about the target owed him a lot of money.

4   I do not know if you still remember that.  I don't have the

5   evidence here because they have it.  I wasn't prepared because

6   that's something they brought in this morning.  So I don't

7   have the slides here.

8           Now, he said -- she said, it's a lie, it's a lie,

9   it's a lie, because the target does not owe money to Yong Zhu.

10  But my question here is, wait a minute, Government, did you

11  show proof that was the communications, conversations between

12  the translator and somebody else, right?  Something's missing

13  here.  Government got to show Yong Zhu sent to anybody,

14  Yong Zhu made that statement.  Then Government can say, this

15  is a lie.  I mean, the target does not owe you money, the

16  target owes the Chinese Government or company, money.  So

17  that's why when Government presents evidence, they got to

18  prove, you know, with something beyond reasonable doubt.  They

19  kind of throwing those facts here and making you, the jury, to

20  sorting out, then with all these confusions and with thousands

21  of pages of these documents.  How could you determine, right?

22  They got to give you a -- this case is not so complicated.  If

23  they have sufficient evidence, it should be very

24  straightforward, A, B, C, D, E, F, G, to arrive at their

25  conclusion.  Have we seen them here?  No.  The answer is no.

SUMMATION - MR. TUNG                        2104

1          THE COURT:  Mr. Tung, I do want to remind you of

2    your 15-minute estimate after the break.

3          MR. TUNG:  Finishing up, Your Honor.

4          THE COURT:  Hang on.  You're already going on a half

5    an hour, so you do need to wrap it up.

6          MR. TUNG:  Sure.

7          I think some other points covered by the other

8    counsel, so I'm not going to belabor it here.  And let's see

9    if I have anything more.

10          Okay.  So then I'm going to wrap it up in few words.

11          One thing I pointed out to you, you know, remember

12    the process the Government experts -- I mean, I do not know,

13    it's not hundreds of them, a couple of dozens of them, coming

14    up to take the stand to show the pains, the painstaking

15    process to prove the people here with all these pictures

16    right, on this board, are Government officials.  They had to

17    collect information from immigration, Homeland Securities, all

18    of these things, right.  I submit to you the defendants here,

19    even including the expert, Professional Private Investigator

20    Michael McMahon, wouldn't have the same access like the

21    Government can do to prove these people are Chinese Government

22    officials.

23          So now, ladies and gentlemen, back in October 2016,

24    you going to place a burden on these people to find out those

25    people they were talking, Eric Yan, all of these people,

1    Eric Yan, Hui Sun, Tu Lan, was Government officials, and while

2    these Chinese Government officials never disclosed themselves

3    to them, we are from China, we are here to do a Government

4    job.  It's not fair to place that burden on these three

5    defendants here to figure that out.

6            Now, remember we ask questions for the professor.

7    Forty years of experience with Chinese Government structures.

8    I'm asking you a question.  How many people here in this

9    courtroom understanding the complex Chinese Government systems

10   with CCP, with Chinese Government, ruling parties?  These are

11   the things I have heard for the first times.  I learned

12   something.  Yes, I respect the professor.  But you ask these

13   people to understand, to figure all this out in October of

14   2016?  Come on.  Our Government, you have heard testimony,

15   professor, even an expert in Chinese affairs, all these

16   Government affairs, he has rarely seen any Government warnings

17   by the United States, right, to warn its people that, please

18   be alert, foreign intelligence, foreign Government may use you

19   as a pawn to carry out their missions here in the United

20   States.  Please watch out.  How many people have here heard of

21   this?  Yes, we have heard, there's a war going on in

22   somewhere, please let's evacuate, and the Government gives

23   warnings, let's United States citizens, I will give you

24   warning, please evacuate from that country.  But there's no

25   similar warnings whatsoever was given.  It is very easily for

SUMMATION - MR. TUNG                    2106

1    ordinary Americans, naive Americans, to walk into this complex

2    web of those deceptions, all of these things here.  And they

3    are already in bad shape to figure this all out, what I'm

4    getting into this.

5              I do not blame Detective McMahon.  He has to make a

6    living.  That's his business.  And Mr. Yong Zhu, he doesn't

7    have a job.  He's running odd job.  He basically got to

8    somebody else that say, if you go to U.S., to find someone for

9    me, and he thought there was nothing wrong with this.  Without

10   any warnings, sufficient warnings surrounding, people do not

11   become so alerted.  Ladies and gentlemen, that's why I'm

12   asking you to think about this now.  They are also victims.

13   They are used.  They're used by a very sophisticated

14   Government.  People are using them.  Government -- Chinese

15   Government, they are use them.  They never told them.  They

16   never give them the business card.  They told them to go for

17   finding a private debt collection, right.  So all of this, I'm

18   feel very sympathetic to them --

19             THE COURT:  Mr. Tung, be careful.

20             Your sympathy is irrelevant to the jury.

21             MR. TUNG:  I know.  I'm going to finish up, okay.

22   Very quick.  One more sentence.  I'm going to end this.

23             Ladies and gentlemen of the jury, the fate of

24   Mr. Yong Zhu rests at your hands.  They are helpless.  Look at

25   this.  They were used, cheated, misguided by foreign

1    Government to work for them.  They unknowing, unknowingly did

2    something for the foreign Government.  We did not deny, like

3    Mr. Lusterberg said, we did not deny what they did, but they

4    unknowingly did it, and instead, our Government didn't help

5    them.  Prosecuted them here.  The only person in this room can

6    help them is you.  I sincerely ask you to look at evidence.

7    You don't have to look at thousands of evidence.  I kind of

8    give you summary of these evidence.  These are crucial

9    evidence that I think can clear my client's name and return a

10   favorable verdict in my client, Yong Zhu.

11             Thank you very much for listening to my talking

12   today.

13             THE COURT:  Thank you, Mr. Tung.

14             Mr. Heeren, why don't you start your rebuttal,

15   understanding that we're going to stop at 5:30.

16             MR. HEEREN:  Yes, Your Honor.

17             THE COURT:  Okay.  Do you need to set up anything?

18             MR. HEEREN:  Yes, I do need a moment.

19             THE COURT:  Okay.  Just take a second.

20             Do you need the mic, Mr. Heeren?

21             MR. HEEREN:  I do, yes.

22

23             (Continued on the following page.)

24

25

Rebuttal Summation - Mr. Heeren                2108

1    (Continuing.)

2              THE COURT:  So, ladies and gentlemen, I know it's a

3    little bit past 5:00, but I think every moment should be used

4    because obviously we want to get you to your deliberations, so

5    that's why I'm going to ask the government to start their

6    rebuttal.  But we will stop at 5:30.  I know that a number of

7    you have commitments after this that you have to get to.

8              Go ahead, Mr. Heeren, whenever you're ready.

9              MR. HEEREN:  Yes, Your Honor.

10             Is that loud enough for everybody?

11             THE COURT:  It seems so.

12             MR. HEEREN:  Great.

13             Good afternoon, ladies and gentlemen.

14             THE JURY:  Good afternoon.

15             MR. HEEREN:  Thank you very much.  I know it's been

16   a long day.

17             The defendants, they made a series of deliberate

18   choices and they're here for specific conduct that they did.

19   They made a choice to turn the victims' lives upside down.

20   And when you cut through all of what you've heard and you

21   focus back on the evidence and the conduct by these three

22   individuals, you see that they agreed to participate in

23   something that went way, way over the line, a line that is

24   obvious to anyone who looks at the evidence in this case.  It

25   was a line that all three defendants knew they were crossing

*Andronikh M. Barna, Official Court Reporter, RPR, CRR*

Rebuttal Summation - Mr. Heeren                2109

1    when they made the choice, and it was a choice, to go out and

2    harass and intimidate these people, knowing they were doing so

3    for the Chinese government.  One of them was previously

4    responsible for investigating and upholding the law and

5    counsel spent some time pointing that out, but that just shows

6    that he knew even better than most that the choices he made

7    was both illegal and wrong.

8              Now, I'm not going to respond to all of the

9    arguments made by each of the three defendants.  I'm going to

10   clarify some of the key points that I submit you should be

11   focusing on when you deliberate.  Because we saw that you paid

12   close attention during this trial and you've seen and heard

13   all the evidence.  And most importantly, when you go back into

14   that jury room, you bring with you something critical, which

15   is your common sense.  You can bring that with you and you

16   should rely on that.  And because of your careful attention,

17   your review of the evidence and your use of common sense, we

18   know that it will lead you to the only conclusion that is

19   supported by the evidence, that all three of these defendants

20   are guilty as charged.

21             Now, I want to start looking at all three defendants

22   together.  There has been some discussion about a lack of

23   direct evidence, there's no evidence, not a shred of evidence,

24   lots of talk about that there hasn't been any evidence over

25   the past two weeks.  I submit to you that's not correct.

Rebuttal Summation - Mr. Heeren                2110

1    There's a substantial amount of evidence, both circumstantial

2    and direct evidence.  Each of these three defendants knew what

3    they were doing and the overall goal of the criminal scheme

4    that they participated in.  You know not just from what they

5    claim is circumstantial evidence, but you know that from their

6    own words.

7            Jason Zhu admitted clearly and unambiguously that he

8    knew the person he was working with, Hu Ji, worked for the

9    Chinese government and that their plan was to locate the

10   victims to return them to China.  Go listen to it.  We

11   encourage you to listen to all these postarrest statements,

12   too.  After he made that admission, he tried to backtrack and

13   said:  Well, all those things I said about the Overseas

14   Chinese Affairs Committee and the departments who are all

15   working together with reward, I -- I don't know; you're right,

16   I don't know.  But listen to what he said before "I don't

17   know."  He knew they were Chinese government officials and he

18   knew the scheme, the overall objective was to return this

19   person against their will to go back to China.

20           Go listen to Michael McMahon's statement after he

21   was arrested.  He admitted to two key facts.  He knew that the

22   people who hired him wanted to get Xu Jin to return to China

23   so that they could prosecute him.  There was no ambiguity in

24   that statement.  He was not confused by the words that he

25   used.  He used the words "prosecute him."  His friend Eric

Rebuttal Summation - Mr. Heeren                2111

1    Gallowitz completely understood the words "prosecute" when it

2    was used, another fellow NYPD officer.  Mr. McMahon knows what

3    "prosecute" is.  He knew that.  He knew this was a government

4    criminal operation.

5           And importantly, after suggesting it might be a

6    typo, Mr. McMahon admitted that he had suggested he personally

7    proposed to harass the victims.  And he went and explained it.

8    He said, you know, sit outside the house, they'll know you're

9    there, and then maybe they'll turn themselves in.  Go listen

10   to it again.  You don't turn yourselves in if you're in the

11   middle of a civil litigation.  You turn yourself in if you

12   think they're trying to arrest somebody.

13          And Congying Zheng, his expression of his

14   understanding of the conspiracy is found in the written

15   document that he saw, that his counsel admits he saw.  And

16   then seeing that document, seeing that he had a note in his

17   hand that said return to China and then your family will be

18   safe if you spend time in prison in China, then he posted it.

19   He knew what this was about when he did it.  And you can infer

20   his knowledge further when he was questioned about it and

21   lied.  There was a lot of discussion about Mr. Kuang's lies,

22   but go watch the postarrest statement by Zheng.  Lied.  "I

23   just drove him.  I had nothing to do with the note.  I didn't

24   even know about the note."  Why did he lie when he was

25   arrested?  Because he knew what he did was wrong and a crime.

*Andronikh M. Barna, Official Court Reporter, RPR, CRR*

Rebuttal Summation - Mr. Heeren          2112

1          The defendants have suggested this was all

2    happenstance; at best, different conspiracies.  That's

3    inaccurate.  The reason why all three of these defendants have

4    all essentially said the same thing, the reason why they were

5    all directed to do essentially the same thing in different

6    ways is because they all participated in the same criminal

7    conspiracy.  It does not matter -- and you're going to hear

8    more of this when you hear from the Court about conspiracy

9    law.  It does not matter that some of the defendants didn't

10   know each other or didn't know the same people who gave them

11   their immediate directions.  These messages can get passed

12   down through people.  What matters is that they have the same

13   goal, the same unifying objective throughout.  And that was

14   clear, they did.  The question is whether they were working to

15   further one common unlawful design or purpose.  I expect

16   that's a phrase you'll hear.  And if so, then a single

17   criminal conspiracy exists.  And that is, in fact, the case

18   here.

19          Now, I want to spend some time talking about each of

20   the individual defendant's arguments.  I want to start with

21   Mr. Zheng.  And I suppose I should start with the point that,

22   as my colleague pointed out, Mr. Zheng is charged with four

23   offenses:  Two conspiracies and two substantive offenses.  And

24   counsel for Mr. Zheng spent a lot of time talking about

25   conspiracy and withdrawal from the conspiracy and he spent no

Rebuttal Summation - Mr. Heeren          2113

1    real time talking about the substantive offense.  And there's

2    a reason for that.  And that is because this claim of

3    withdrawal, which is without merit, and I'll get to that, but

4    this claim of withdrawal only relates to conspiracy.  It does

5    not act as a defense to a completed substantive offense.  If

6    you go and commit a bank robbery and you go back the next day

7    because you feel bad about it, you're not suddenly not guilty

8    of it.  And as counsel for Mr. Zheng said, essentially

9    conceded, yeah, he did it, I guess that part was wrong, but he

10   tried to make up for it.

11          But he's also guilty of the conspiracy.  Listen to

12   the Court's instruction.  Again, like everyone else has said,

13   if anything I say differs, please follow the Court's

14   instruction, not what I say.  But what you'll hear about what

15   is required to withdraw from a criminal conspiracy is that

16   it's a significant burden, an extremely high burden.  The

17   defendant must have, in good faith, completely withdrawn and

18   taken steps to terminate or abandon his efforts.  By way of

19   example, I expect you will hear a person withdraws when they

20   call the police in time or do things that make it impossible

21   to commit the crime.  Think about what Zheng did.  He

22   committed the crime.  He went there, he posted the note.  The

23   note was received.  The family was terrified.  And then he

24   went back to the scene of the crime, looked around and left.

25   That's not withdrawal.  That's the best version of it.  But

Rebuttal Summation - Mr. Heeren          2114

1   that's not the only inference or the most likely inference you

2   can draw.  The most likely inference, the fair inference to

3   draw is that he went back to confirm the crime was completed,

4   to confirm they got the message.  You heard from Vincent Kuang

5   that they were unsure whether they still lived there.  They

6   saw packages.  That the people directing them had said find

7   out, and that's what he was really doing.  Was the message

8   received?  He saw the note was taken, the message was

9   received.  That's not withdrawal.  That's continuing the

10  conspiracy.  And mind you, that confirmation allowed that

11  conspiracy to continue and the pressure to be rachet up,

12  because after that mailings continued to arrive at these

13  victims' homes.

14          How else do you know Zheng didn't withdraw?  Because

15  when he was finally arrested, he didn't say you're right, I

16  didn't -- this is wrong, I went back, I tried to stop it, I'm

17  so sorry.  He lied.  He lied and lied.  He said, quote, "I

18  didn't post the note."  Quote, "All I did was give Vincent a

19  ride to that address."  That's not true.

20          You saw the trail camera footage.  Watch it again.

21  Who was leading the charge?  Zheng was in the front the whole

22  time leading the way, showing where to go.  Mr. Kuang is

23  guilty too, but Zheng was the one leading the way.

24          The idea that Zheng withdrew is just not accurate,

25  it's not consistent with the evidence.  You can safely reject

Rebuttal Summation - Mr. Heeren                    2115

1    it and you can convict Zheng not only of the substantive

2    offenses, but the conspiracies as well.

3            Now, I want to touch on one other point counsel for

4    Mr. Zheng made, which is his other primary argument, is that

5    he didn't know, the only evidence is that he knew he was

6    receiving this message from a gangster.  That's essentially

7    the argument.  So he couldn't have possibly known that this

8    message actually came from the Chinese government.  And I

9    believe my colleague briefly mentioned this, but you're going

10   to hear from the Court about conscious avoidance, and the

11   Court is going to tell you that you cannot deliberately close

12   your eyes to what should have been known to you.  The

13   circumstances show that Zheng knew or, at best, closed his

14   eyes.  Again, the note is clear as a bell.  It talks about

15   going to prison.  It was not a complex message or a difficult

16   one to comprehend.  It was written in a language he

17   understood.  There is evidence in the record of that.

18           And the surrounding circumstances further show this.

19   Zheng and Kuang were checking if the victims were home by

20   knocking on the door, twisting the handle.  Because as Kuang

21   told you, if they were home, they were going to read it right

22   to them and hand it to them.  Zheng told you -- excuse me.

23   Kuang told you that Zheng knew that Kuang knew about Operation

24   FOX HUNT from Chinese social media and that Zheng paid

25   attention to the same social media.  And you know that Zheng

*Andronikh M. Barna, Official Court Reporter, RPR, CRR*

Rebuttal Summation - Mr. Heeren                2116

1    talked privately with Chen Chaohong about this conduct

2    beforehand and knew that others were previously involved.

3         The scheme itself, the message itself is enough to

4    show that Zheng knew or closed his eyes as to what was obvious

5    to him.  So not only is he guilty of stalking and harassment,

6    which I think is effectively conceded in some respects, but he

7    did so knowing that it was directed by the Chinese government.

8         I want to briefly address now some of the arguments

9    made by Zhu Yong's counsel in the last few minutes I have

10   here.  And I guess the first one I want to start with is this

11   idea that he doesn't do anything but act to hire Michael

12   McMahon and then he's gone.  Mr. Tung said he was terminated

13   after 2016, that's it, done.  But then if you saw towards the

14   very end, you remember sort of an important fact, which is

15   Mr. Zhu kept working as part of this conspiracy.  He went

16   back.  He himself went to the home of the victim two years

17   later, took pictures, and then four days after that gets on an

18   airplane and goes to China.  What is the only reasonable

19   inference for that?  The only reasonable inference is that

20   he's continuing to directly participate in this conspiracy.

21        And again, the idea that Zhu Yong just hired

22   Mr. McMahon, that he had no other involvement, think about

23   that.  Think about the evidence you saw.  This wasn't simply a

24   person passing a form in a single e-mail.  Think about all

25   those e-mails in 2016.  Think about the sheer volume of

Rebuttal Summation - Mr. Heeren                2117

1    sensitive personal information that was passed from Zhu Yong

2    to Michael McMahon through the translator.  That document that

3    we had to redact heavily because it had so much personal

4    information of the victims on it, that came from Zhu Yong.

5    That's not somebody who just hired somebody.  That's a man

6    working on behalf of the Chinese government to pass detailed,

7    detailed information.

8         And I want to go back to this 2018 point.  I believe

9    Counsel said that there was -- there couldn't possibly be any

10   reason why he did this as part of the conspiracy, there's no

11   reason to go back to Liu Yan's house in 2018 since they found

12   Xu Jin at the Warren residence.  That was his argument you

13   heard just a few moments ago.  That's not true.  He went back

14   because he wanted to see if they were still there.  And when

15   he saw the car in the driveway and he brought the pictures of

16   the car in the driveway back to China, what happened over the

17   course of the next year?  Mailing after mailing after mailing

18   to that address, to the Short Hills Drive address.

19        Mr. Zhu was a middleman, as he described, but he was

20   a critical essential piece of the conspiracy.

21        I also want to address the point, and it was raised

22   again, that Zhu Yong only did this to collect a private debt.

23   Everyone knows now that's not true.  The evidence demonstrates

24   that's just not true.  The idea that he was collecting a

25   private debt is belied by his own statements when he was

*Andronikh M. Barna, Official Court Reporter, RPR, CRR*

Rebuttal Summation - Mr. Heeren          2118

1    interviewed by us, when he said, well, they were trying to get

2    him to return to China, that there was a whole group of

3    departments trying to get him and they would get a reward if

4    they would get the victim.  It makes no sense.

5              And just finally in the few minutes I have left, I

6    want to address counsel for Zhu Yong's suggestion that there's

7    no evidence that he knowingly, knowingly engaged with Chinese

8    government officials.  If you remember, he put up that qq.com

9    e-mail address and he said, well, it's just a series of

10   numbers, how could he possibly have known who it is?  Think

11   about what he's trying to get you to infer.  The evidence

12   shows that Zhu Yong was in contact with Sun Hui and with

13   Hu Ji, two key members of the conspiracy.  The evidence also

14   showed that Hu Ji, as you know and you heard so much about,

15   came here and participated directly in the harassment of the

16   family.  And the evidence shows that Sun Hui was receiving

17   reports back through Johnny Zhu, another member of the

18   conspiracy.  If you go back in the record, you'll see that

19   same e-mail address was used by Johnny Zhu to deliver

20   reporting in April 2017.  So the idea here -- just think about

21   it.  The idea is that this was entirely a coincidence, that

22   Jason Zhu inadvertently was communicating with these same

23   Chinese government officials directing this campaign, giving

24   them the same types of information they want and need and it

25   was purely a coincidence.  That defies common sense and you

Rebuttal Summation - Mr. Heeren                2119

1    can safely reject that argument.

2              THE COURT:  Just a couple more minutes, Mr. Heeren,

3    before we break for the day.

4              MR. HEEREN:  Yes, Your Honor.  I think I might be

5    moving on to another topic, so this might be the right time.

6              THE COURT:  All right.  So why don't we stop here,

7    folks.  It's just 5:29 now.

8              Remember, still do not talk about the case, do not

9    do any research, keep an open mind.

10             You will get the case tomorrow after the government

11   finishes its rebuttal and after I instruct you on the law.

12   Okay?

13             So have a great night.  Get some sleep.  You have a

14   lot to do tomorrow.

15             THE COURTROOM DEPUTY:  All rise.

16             (Jury exits.)

17             THE COURT:  Everyone else can have a seat.

18             So we'll start again -- I think just everyone needs

19   to be ready to go at 9:30.  I don't anticipate any issues that

20   we have to address.

21             The only thing I will say is that at this point the

22   jury instructions are ready to go.  The only final detail

23   we're working out is the list of the overt acts.  And the

24   government has provided lists for each of the counts, which is

25   Count One and then Count Three.

*Andronikh M. Barna, Official Court Reporter, RPR, CRR*

Rebuttal Summation - Mr. Heeren                2120

1                The only remaining issue, and this is what I propose

2    -- or I'm telling my law clerk to do, it's not really a

3    subject of debate, is whether to replace John and Jane Doe

4    like we did before in the instructions themselves with

5    bracketed references to the real names of the victims.  I

6    think there was a proposal to include a code sheet, but I

7    don't see any reason to make them hunt for it, and this way it

8    will reference directly the instructions themselves.

9                So I'm assuming the defense has seen the overt acts

10   list that the government has generated.  The only difference

11   with the one that we'll send back to the jury is that the

12   victims' true names will be -- I should say the alleged

13   victims' true names will be included in brackets.  Okay?

14               MR. HEEREN:  Yes.  Does that also include, there's

15   also some pseudonyms for coconspirators and a PRC official.

16               THE COURT:  In the overt acts?

17               MR. HEEREN:  In the overt acts, yes.

18               THE COURT:  Yes.  Well, that's an interesting

19   question.

20               It seems to me there shouldn't be any ambiguity or

21   disagreement at this point about who those individuals are.

22   If the defense doesn't have any objection, then we will

23   similarly put in brackets the names of the alleged

24   coconspirators where they should go in the overt acts.

25               So why don't you folks talk about it.

Rebuttal Summation - Mr. Heeren          2121

1        Is there any objection to that in concept.

2        MR. LUSTBERG:  Not in concept.  I haven't looked at

3   it that way, but that sounds right to me too.

4        THE COURT:   What I'd appreciate the parties doing

5   is making sure you take a look at the references to the

6   coconspirators or the unidentified individuals and make sure

7   you all agree that the real names -- or you a) agree on the

8   real names and that those names can be included where they're

9   referenced.  Okay?

10       MR. HEEREN:  Yup.

11       And we're happy to make a bracketed one so it's less

12  work on the clerk.

13       THE LAW CLERK:  I can do it.  No problem.

14       THE COURT:  She's feeling very proprietary over this

15  document.

16       But just make sure you let her know because -- hang

17  on one second.

18       So I'm just recommending that maybe the government

19  go ahead and do that because it will be subject to your

20  agreement on who the coconspirators are.

21       MR. HEEREN:  Okay.

22       THE COURT:  Okay?  All right.  Great.

23       So just send it over by e-mail to the chambers

24  e-mail.  Okay?  And we'll incorporate it.

25       Otherwise, everyone is fine the with instructions as

Rebuttal Summation - Mr. Heeren                    2122

1    they were docketed I think yesterday, right.

2              MR. LUSTBERG:  Yes, Your Honor.

3              THE COURT:  Okay, great.

4              Have a great night everyone.

5              You don't need to be here at 9:00, but just be ready

6    to go at 9:30.

7              (Matter adjourned to Thursday, June 15, 2023 at

8    9:30.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2123

1

2                          I N D E X

3   WITNESS                                    PAGE

4
    SUMMATION            BY MS. ARFA          1937
5
    SUMMATION            BY MR. LUSTERBERG    1990
6
    SUMMATION            BY MR. GOLDBERGER    2048
7
    SUMMATION            BY MR. TUNG          2068
8
    REBUTTAL SUMMATION   BY MR. HEEREN        2108
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MR. GOLDBERGER: [11] 1966/1 1967/2 2047/25 2048/1 2048/4 2049/10 2051/12 2054/21 2062/2 2065/21 2066/20
MR. HEERAN: [7] 2032/3 2041/6 2080/20 2084/23 2086/2 2089/25 2090/3
MR. HEEREN: [34] 1935/10 1936/7 2046/12 2046/18 2049/2 2051/9 2054/16 2065/10 2066/12 2068/8 2075/12 2076/4 2078/9 2078/14 2078/16 2078/20 2079/1 2079/4 2079/13 2093/15 2094/11 2096/16 2099/24 2107/16 2107/18 2107/21 2108/9 2108/12 2108/15 2119/4 2120/14 2120/17 2121/10 2121/21
MR. LUSTBERG: [8] 2003/2 2023/8 2023/11 2023/13 2023/16 2023/21 2121/2 2122/2
MR. LUSTERBERG (CONTINUING): [1] 2023/1
MR. LUSTERBERG: [15] 1934/17 1934/21 1935/15 1990/7 1990/15 1990/22 1990/25 1994/12 2024/18 2032/5 2041/9 2042/2 2046/15 2046/21 2047/5
MR. TUNG: [39] 1935/7 2067/24 2068/1 2068/4 2068/10 2068/13 2068/17 2069/18 2069/22 2072/24 2075/18 2076/9 2076/15 2077/13 2078/17 2079/5 2079/18 2079/22 2080/22 2085/1 2085/11 2085/14 2085/17 2085/20 2085/23 2086/9 2087/12 2087/14 2087/16 2090/6 2091/17 2093/8 2093/17 2094/13 2096/20 2100/1 2104/3 2104/6 2106/21
MS. ARFA: [8] 1935/13 1937/22 1937/24 1952/2 1966/10 1967/9 1971/2 1987/2
THE COURT: [97] 1934/2 1934/19 1935/1 1935/8 1935/11 1935/14 1935/21 1936/12 1936/18 1936/25 1966/2 1967/4 1989/15 1989/24 1990/4 1990/8 1990/13 1990/16 1994/9 2023/6 2023/9 2023/12 2023/14 2023/17 2023/24 2024/5 2032/4 2041/7 2046/13 2046/19 2047/3 2047/17 2049/3 2051/10 2054/17 2065/11 2066/13 2067/19 2067/25 2068/9 2068/11 2068/14 2069/14 2069/20 2072/21 2075/13 2076/5 2076/11 2077/11 2078/7 2078/12 2078/15 2078/18 2078/21 2079/14 2080/10 2084/24 2085/10 2085/13 2085/15 2085/18 2085/22 2085/24 2086/6 2087/11 2087/13 2087/15 2090/7 2090/4 2091/12 2091/19 2092/2 2093/2 2093/6 2093/14 2093/16 2094/12 2096/17 2099/22 2099/25 2104/1 2104/4 2106/19 2107/13 2107/17 2107/19 2108/2 2108/11 2119/2 2119/6 2119/17 2120/16 2120/18 2121/4 2121/14 2121/22 2122/3
THE COURTROOM DEPUTY: [11] 1936/16 1936/23 1989/22 1990/11
2023/22 2023/25 2078/11 2078/23 2079/3 2093/4 2119/15
THE JURY: [3] 1937/23 1990/24 2048/3
THE LAW CLERK: [1] 2121/13

$

$1,000 [1] 1980/21
$11,000 [2] 2018/24 2019/4
$19,000 [7] 1967/23 1982/3 2018/11 2018/12 2018/18 2032/9 2032/24
$2,000 [2] 1980/15 1980/21
$200 [2] 1980/25 2084/16
$3,000 [4] 1980/21 1980/22 2030/21 2053/10
$5,000 [5] 1946/17 1979/10 1980/3 1980/6 2027/16
$5,945 [1] 1979/18
$50 [1] 2030/13
$50,000 [1] 2032/9
$58 [1] 2030/13
$6,000 [1] 1979/25
$600 [1] 2084/16
$8,000 [1] 2018/24

'

'36 [1] 1942/6
'37 [1] 1942/6
'51 [1] 1951/17
'73 [1] 1981/25
'99 [1] 1947/9

-

-------------------------------x [2] 1933/2 1933/8

0

0316 [1] 2082/13
0317 [1] 2083/12
0402U [1] 2099/21
0703-E [1] 2086/11
0807F [1] 2097/12
0812C [1] 2098/3

1

10 [10] 1968/1 1980/21 1986/13 1987/4 1989/17 1989/17 1989/20 1989/20 1989/20 2101/16
10 years [2] 1938/20 1951/3
100 [2] 1976/1 2021/9
100 percent [1] 2021/22
1001 [1] 2050/19
1020 [1] 1941/6
1022 [2] 2000/24 2001/1
1034 [1] 1942/6
107 [1] 2043/12
108 [2] 1950/25 1985/22
1088 [1] 2005/24
1089 [1] 2005/24
10th [2] 1980/14 1993/20
11 [2] 1948/16 1980/22
11201 [1] 1933/15
11th [1] 1993/20
12 [2] 2083/14 2100/15
126 [1] 1963/19
12:00 [1] 1989/21
12th [2] 2083/19 2100/11
13 [4] 1975/3 1979/17 2001/19
2101/18
1392 [1] 1947/18
14 [2] 1933/5 2003/12
15 [8] 1944/19 1989/24 2002/2 2082/24 2091/17 2091/22 2092/2 2122/7
15-minute [1] 2104/2
16 [1] 1944/19
180 degrees [1] 1963/21
1800 [1] 2098/4
19 [1] 2002/7
191 [1] 2015/3
1968 [1] 2029/25
19960165 [1] 2073/5
1:00 [2] 1990/18 2023/7
1:00 o'clock [2] 2053/1 2057/18
1K [1] 2003/3
1st [2] 2097/18 2098/3

2

20 [1] 2026/5
20 percent [1] 1982/21
2002 [1] 1948/11
2016 [54] 1940/19 1940/24 1941/17 1942/2 1943/7 1944/14 1955/21 1956/3 1962/19 1967/12 1968/7 1969/8 1969/25 1971/25 1972/2 1975/2 1975/3 1975/4 1977/25 1979/9 1979/16 1979/18 1982/15 1982/15 1982/22 1993/16 1993/17 2004/19 2042/21 2043/3 2043/4 2046/5 2071/21 2081/20 2082/17 2082/18 2082/21 2082/23 2083/1 2083/4 2083/8 2084/1 2084/3 2087/21 2087/25 2090/14 2091/10 2093/21 2096/6 2097/3 2104/23 2105/14 2116/13 2116/25
2017 [38] 1944/20 1944/24 1945/6 1946/10 1946/18 1948/16 1956/2 1956/20 1962/21 1967/15 1974/25 1976/4 1976/24 1980/3 1980/14 1980/21 1980/22 1980/24 1982/22 1983/16 1983/22 1984/2 1993/19 1999/12 2034/15 2034/18 2043/22 2052/16 2083/14 2083/14 2088/2 2088/2 2097/18 2098/4 2100/5 2100/7 2100/15 2118/20
2018 [20] 1950/4 1950/11 1950/16 1961/3 1963/3 1968/1 1972/8 2041/12 2043/24 2045/13 2049/20 2052/16 2054/25 2060/23 2101/7 2101/19 2101/22 2112/2 2117/8 2117/11
2019 [5] 1952/5 1968/7 2043/21 2043/25 2100/5
2020 [1] 2019/5
2022 [1] 2022/8
2023 [2] 1933/5 2122/7
2029 [1] 2026/12
2033 [1] 1943/17
20th [1] 1977/25
21 [1] 2002/11
21-CR-265 [1] 1933/2
22 [1] 1950/10
23 [1] 1950/10
236 [2] 2015/3 2015/3
237 [2] 2015/3 2015/3
238 [1] 2015/3
24 [2] 2003/15 2022/8

**2**

2419 [1]  1933/22
26 [2]  2002/13 2082/21
2639 [1]  1933/23
265 [1]  1933/2
27 [9]  1942/13 1974/25 1980/24
 2081/20 2082/23 2083/1 2084/1
 2084/3 2087/21
271 [1]  1933/14
28 [3]  2003/3 2019/5 2083/4
29 [1]  2083/8
2:00 [3]  1989/20 2023/17 2023/24

**3**

3007 [1]  2079/19
3009 [3]  1992/25 2078/6 2078/17
3011 [1]  1971/8
3013 [1]  2080/22
3026 [1]  1994/24
3028 [1]  2042/24
3034 [1]  2015/25
3047 [1]  2004/11
3056 [2]  1995/7 2004/18
3061 [1]  2029/8
3063 [1]  1944/18
3065 [1]  1944/18
307 [1]  2080/6
3072 [1]  1981/24
3075 [1]  1981/25
314 [1]  2015/2
315 [1]  2101/8
316 [3]  1942/21 1978/4 1998/22
317 [1]  1998/23
33 [1]  1963/22
3rd [3]  1945/6 1983/16 2055/1

**4**

40 minutes [1]  1978/1
4004 [1]  2094/10
4006-B [1]  1978/4
4010 [1]  1984/8
4012 [1]  2089/23
4018 [1]  1976/3
4019-B [1]  1976/3
4019B [1]  2093/13
402U [1]  2099/23
402Y [1]  1942/19
403-A [1]  1981/24
407 [1]  2014/10
408-C [1]  2036/2
408-D [1]  2035/20
408-I [2]  2035/19 2036/4
410 [1]  2014/17
431-K [1]  1970/7
434 [1]  2020/4
436-A [1]  1981/24
452 [1]  2031/13
467 [1]  2021/6
4:15 [1]  2091/14
4:30 [1]  2092/3
4th [6]  1946/10 1950/16 1980/3
 1983/22 2055/1 2060/23

**5**

50 [1]  1951/17
50 percent [1]  2062/18
506 [1]  1952/13
5072 [1]  1952/12

5:00 [1]  2105/19
5:29 [1]  2119/7
5:30 [2]  2107/15 2108/6
5th [11]  1946/18 1975/1 1979/9
 1979/16 1984/2 1993/19 2083/19
 2084/3 2093/21 2094/6 2096/6

**6**

68 [1]  2021/6
697 [1]  1947/9
6th [4]  1948/5 1956/8 1993/17 1993/19

**7**

703-D [3]  2085/12 2085/13 2085/25
704-A [1]  1983/21
704A [1]  1946/9
709 [1]  1961/9
709-A [1]  1985/22
709A [1]  1950/25
713 [2]  1944/18 1950/10
718-613-2419 [1]  1933/22
718-613-2639 [1]  1933/23
730 [1]  1964/4
732 [1]  1963/22
78 [1]  1944/11
79 [1]  1944/11
7:00 o'clock [1]  2027/5

**8**

805B [7]  1948/11 1948/19 2001/19
 2002/2 2002/7 2002/11 2002/11
82 years [1]  1946/20

**9**

901-D [1]  1970/14
902E [1]  1942/24
902F [1]  1996/7
9:00 [2]  1933/5 2122/5
9:30 [3]  2119/19 2122/6 2122/8

**A**

a.m [1]  1933/5
Aarm.edny [1]  1933/23
abandon [1]  2113/18
abduction [2]  1957/17 1957/23
abet [1]  2038/16
abetted [2]  1955/15 2038/12
abetting [1]  2038/14
ability [3]  1936/8 2054/1 2054/2
able [7]  1948/6 1948/7 1948/8 1959/14
 1963/15 2035/25 2075/9
absence [1]  2088/3
absolutely [4]  1958/7 1960/1 1985/20
 1986/10
accept [3]  1945/4 2024/10 2049/7
accepted [1]  1945/5
access [4]  1977/6 1977/6 1977/7
 2104/20
accessed [2]  1967/17 1976/14
accessing [1]  2026/17
accidently [1]  2091/3
accompanied [1]  1946/22
accompany [2]  1947/17 1959/13
accomplish [2]  1947/14 2025/25
accordance [1]  1978/12
according [3]  2028/2 2040/24 2071/6
account [50]  1979/15 1979/16 1980/1
 1980/2 1980/13 1980/16 1980/19

1981/1 1981/8 1981/9 1981/10
1981/14 1981/17 1981/18 1982/14
1982/14 1982/18 1982/22 1997/20
2003/4 2004/17 2004/22 2005/1
2026/23 2027/14 2027/14 2028/15
2028/16 2028/17 2028/19 2028/22
2028/23 2028/23 2028/24 2029/3
2029/4 2029/5 2029/6 2029/11
2029/12 2029/13 2029/23 2029/24
2030/3 2030/6 2030/9 2030/12
2030/12 2031/17 2032/11
accountable [1]  1939/12
accounts [10]  1981/8 1981/17 1995/16
 1995/16 1995/17 2002/8 2005/2
 2016/16 2026/18 2027/13
accurate [2]  1979/24 2114/24
accused [2]  1993/12 2044/18
accusing [2]  1950/2 1950/3
achieve [1]  1958/2
acknowledge [1]  2011/13
acknowledged [1]  2004/5
acknowledges [1]  2011/15
acquit [1]  2063/6
act [15]  1954/23 1964/22 1965/2
 1965/4 1965/9 1965/14 1972/6
 2005/17 2045/25 2052/12 2052/15
 2070/8 2073/21 2113/5 2116/11
acted [18]  1939/15 1945/10 1953/5
 1964/9 1964/14 1964/18 1964/19
 1965/19 1967/9 1967/12 1967/24
 1968/5 1968/17 1987/21 2065/9
 2071/1 2071/8 2071/17
acting [15]  1964/8 1965/4 1965/6
 1966/25 1968/23 1969/4 1985/3
 1987/10 2011/6 2030/24 2067/8
 2068/19 2071/4 2072/5 2077/17
actions [6]  1956/19 1979/1 2016/4
 2029/20 2036/25 2071/13
actively [1]  1963/6
activities [4]  2015/20 2016/21 2026/9
 2047/11
activity [2]  1976/23 1977/14
acts [6]  1962/15 2119/23 2120/9
 2120/16 2120/17 2120/24
actual [5]  2000/6 2027/9 2086/10
 2086/11 2086/24
added [1]  2082/24
addition [2]  2063/21 2098/24
additional [4]  1969/19 1972/9 1984/21
 1988/7
address [42]  1947/25 1948/1 1948/10
 1949/12 1950/13 1955/20 1969/18
 1970/9 1970/10 1970/16 1977/2
 1988/13 2020/4 2022/7 2027/11
 2027/17 2040/23 2040/24 2042/6
 2042/14 2042/19 2042/21 2043/9
 2043/19 2044/2 2044/7 2073/5 2073/9
 2073/11 2073/13 2074/11 2080/15
 2101/24 2114/19 2116/8 2117/18
 2117/18 2117/21 2118/6 2118/18
 2118/19 2119/20
addresses [5]  1944/16 1944/17 2040/6
 2040/13 2042/23
addressing [2]  1990/25 2037/18
adduced [1]  2033/24
adjourned [1]  2122/7
Administration [1]  1977/24
admission [2]  1972/21 2110/12

**A**

admit [1] 1944/8
admits [2] 2056/21 2111/15
admitted [12] 1934/7 1934/12 1935/17
 1937/14 1956/11 1957/5 1973/14
 2038/11 2078/7 2110/7 2110/21
 2111/6
admitting [1] 2019/9
ado [1] 1996/6
advantage [1] 1950/13
adversarial [6] 2048/7 2048/7 2048/10
 2048/11 2051/23 2064/14
adversarialness [1] 2048/23
adverse [1] 2070/3
advice [1] 2010/5
advise [1] 1990/17 2076/2
advised [1] 1990/18
affairs [9] 1973/1 1973/2 1973/7 1973/8
 1973/19 1974/4 2105/15 2105/16
 2110/14
afraid [1] 2044/19
afternoon [8] 2048/1 2048/4 2060/9
 2062/8 2068/2 2068/3 2108/13
 2108/14
afterwards [1] 1990/20
aged [2] 1943/16 1976/10
agencies [1] 1973/11
agency [1] 2033/16
agent [49] 1953/6 1964/14 1964/22
 1964/23 1965/3 1965/6 1966/17
 1966/21 1968/9 1977/24 1978/18
 1979/4 1985/3 1987/10 1998/25
 1999/3 2003/7 2011/7 2012/19 2017/6
 2021/2 2021/5 2025/7 2025/8 2025/11
 2025/12 2025/17 2030/25 2031/19
 2033/13 2037/9 2040/22 2050/18
 2050/20 2050/21 2052/4 2057/19
 2068/19 2070/8 2070/25 2071/2
 2071/4 2071/9 2071/17 2085/4
 2086/15 2086/21 2086/22 2099/14
Agent Bruno [1] 2086/15
Agent McCarthy [1] 2025/11
Agent Ross [1] 2025/8
agents [8] 1964/8 1964/10 2023/2
 2049/25 2050/10 2050/12 2052/15
 2084/18
ago [10] 1952/14 1971/24 1998/14
 2007/3 2015/22 2025/20 2049/1
 2051/1 2052/3 2117/13
agree [4] 1968/15 2066/4 2121/7
 2121/7
agreed [9] 1934/15 1950/12 1968/24
 1987/13 2038/21 2040/1 2071/22
 2075/2 2108/22
agreeing [3] 1965/2 1966/19 2013/1
agreement [40] 1934/17 1941/3 1941/5
 1954/16 1954/18 1954/21 1954/24
 1955/5 1955/18 1964/22 1964/23
 1965/9 1965/13 1965/15 1965/20
 1969/10 1977/9 1977/11 1977/15
 1992/24 2005/16 2034/24 2034/25
 2036/9 2036/17 2037/5 2039/19
 2039/21 2040/3 2051/14 2051/16
 2051/21 2072/17 2073/18 2074/1
 2076/18 2077/24 2079/5 2084/7
 2121/20
agreements [1] 2015/23
agrees [1] 1934/12

ahead [18] 1934/3 1937/21 1966/9
 1967/8 1990/21 1994/11 2067/25
 2068/12 2068/16 2069/17 2069/21
 2079/17 2086/6 2090/4 2093/16
 2099/25 2108/8 2121/19
aid [2] 2038/16
aided [3] 1933/25 1955/14 2038/12
aiding [2] 2116/18
airplane [1] 2116/19
airport [3] 1996/24 2084/12 2084/14
AL [1] 1933/6
albeit [1] 2030/3
alert [1] 2105/18
alerted [1] 2106/11
alias [8] 2003/20 2003/21 2003/23
 2004/6 2004/20 2026/14 2077/7
 2077/9
alleged [5] 1972/22 2038/23 2088/7
 2120/12 2120/23
Allen [5] 2068/18 2097/7 2097/9
 2097/19 2098/7
allow [1] 2017/4
allowed [8] 1977/7 1977/14 2016/24
 2037/7 2043/8 2045/25 2050/22
 2114/10
almost [9] 1937/24 1941/20 1963/13
 1975/11 1979/25 1983/24 1993/12
 2056/11 2106/3
alone [4] 1998/7 2038/21 2073/9
 2073/13
alongside [1] 1956/21
aluminum [1] 2017/10
ambiguity [2] 2110/23 2120/20
AMERICA [2] 1933/3 2054/4
American [3] 2006/13 2007/7 2008/19
Americans [4] 2022/3 2022/13 2106/1
 2106/1
amount [8] 1982/19 2018/23 2031/16
 2031/17 2031/19 2032/10 2047/12
 2110/1
amounts [2] 1982/5 2032/19
analysis [3] 1994/14 2032/15 2082/15
angry [1] 1959/25
answer [29] 1961/7 1987/7 1998/17
 1999/2 1999/7 2005/19 2006/21
 2007/25 2008/3 2008/5 2019/15
 2021/6 2021/13 2021/17 2035/11
 2040/18 2040/19 2041/5 2055/7
 2085/4 2086/20 2087/3 2087/4 2087/7
 2098/14 2098/18 2102/8 2102/8
 2103/25
answered [5] 1950/21 1961/5 2055/5
 2087/5 2095/2
answering [1] 2001/7
anticipate [1] 2119/19
Anticorruption [1] 1974/5
Anyway [1] 2011/13
apart [2] 1993/16 1993/24
apologies [1] 1990/4
apparent [1] 1957/14
appeal [1] 1948/23
APPEARANCES [1] 1933/12
appeared [1] 2035/12
appearing [1] 1961/6
application [1] 2035/24
applied [1] 1973/23
apply [1] 2066/3
applying [1] 2098/10

appreciate [1] 2121/4
approach [1] 1942/13
approached [2] 2022/3 2072/8
approaching [1] 1983/7
appropriate [2] 1936/13 2036/8
approval [1] 1978/16
April [38] 1945/6 1946/10 1946/18
 1948/5 1948/16 1956/2 1956/20
 1962/21 1967/15 1975/4 1976/4
 1976/24 1980/3 1980/14 1980/21
 1980/22 1980/24 1983/16 1983/22
 1984/2 1993/19 1993/19 1993/20
 1993/20 1999/12 2034/15 2034/18
 2043/22 2083/14 2083/14 2083/19
 2083/22 2097/18 2098/3 2100/7
 2100/11 2100/15 2118/20
April 10 [1] 1980/21
April 10th [2] 1980/14 1993/20
April 11 [2] 1948/16 1980/22
April 11th [1] 1993/20
April 12 [2] 2083/14 2100/15
April 12th [1] 2100/11
April 1st [2] 2097/18 2098/3
April 2017 [6] 1956/20 1962/21 1976/4
 2043/22 2083/22 2118/20
April 27 [1] 1980/24
April 3rd [2] 1945/6 1983/16
April 4 [1] 1975/4
April 4th [2] 1946/10 1983/22
April 5 [1] 2083/14
April 5th [4] 1946/18 1984/2 1993/19
 2083/19
April 6 [3] 1976/24 2034/15 2034/18
April 6th [2] 1948/5 1993/19
April 7 [1] 2100/7
area [2] 2062/24 2100/4
ARFA [23] 1933/16 1935/11 1937/10
 1937/12 1937/17 1989/15 1991/5
 1997/14 1998/13 1999/14 1999/21
 2000/11 2000/25 2007/2 2008/21
 2010/15 2024/23 2028/10 2031/9
 2031/13 2044/15 2045/11 2123/4
Arfa's [1] 2027/20
argue [5] 2042/6 2076/11 2101/1
 2102/2 2102/20
argued [5] 1997/15 1998/13 2031/10
 2040/5 2040/5
argues [6] 2016/15 2029/15 2034/7
 2034/23 2042/5 2042/17
arguing [1] 2102/1
argument [31] 1937/4 1966/4 1966/8
 1967/5 1967/6 2022/17 2027/22
 2028/2 2028/12 2031/12 2031/15
 2041/8 2043/7 2047/21 2047/22
 2051/11 2065/18 2069/6 2076/9
 2079/15 2082/8 2093/7 2094/6
 2095/10 2096/19 2101/10 2103/1
 2115/4 2115/7 2117/12 2119/1
arguments [6] 2019/23 2031/9 2049/5
 2109/9 2112/20 2116/8
arm [2] 1942/23 1942/23
armed [1] 1948/25
ARMSTRONG [1] 1933/22
arranged [1] 1969/9
arrangement [1] 1935/23
arrangements [2] 1936/13 2097/23
arrest [10] 1941/23 1956/12 1957/5
 1960/19 1974/6 1983/3 1983/11

**A**

arrest... [3]  1984/9 2084/17 2111/12
arrested [7]  2019/5 2025/18 2046/17
 2087/6 2110/21 2111/25 2114/15
arrival [1]  1962/1
arrive [3]  2006/22 2103/24 2114/12
arrived [5]  1946/18 1947/19 1948/6
 1955/19 1984/3
article [7]  1941/21 1975/24 1975/25
 1976/2 2013/23 2020/3 2020/5
ASAP [1]  1976/22
ascertain [1]  2035/14
ashamed [1]  2061/3
ASHLEY [1]  1933/16
aside [3]  1998/9 2032/8 2038/19
assets [11]  1994/20 1995/19 2002/9
 2005/4 2026/6 2026/8 2027/1 2035/14
 2035/15 2035/16 2072/13
assist [6]  1992/7 2069/12 2069/15
 2071/22 2076/19 2080/4
Assistant [2]  1933/17 2033/12
assisting [1]  2073/22
associated [3]  2037/6 2052/11 2052/14
association [2]  2037/7
assume [2]  1935/9 2070/24
assuming [4]  1934/15 1935/4 2042/14
 2120/9
assumption [3]  2057/11 2057/13
 2096/1
attache [1]  1966/19
attempted [2]  1954/11 2038/4
attention [10]  1939/23 1951/9 2064/5
 2069/25 2071/3 2089/9 2099/1
 2109/12 2109/16 2115/25
Attorney Shi [2]  2096/21 2096/24
attorney-client [1]  2096/14
attributed [1]  2025/22
audio [1]  2006/3
audit [4]  2035/5 2035/8 2036/5 2036/6
audited [1]  2035/7
August [1]  1969/25
August 2016 [1]  1969/25
author [1]  2043/13
authorities [2]  2019/7 2045/5
authorized [1]  1978/16
automatically [2]  2070/25 2096/2
AUTUMN [1]  1933/18
AVERY [1]  1933/22
avoid [1]  2047/13
avoidance [3]  1984/23 1984/24
 2115/10
award [1]  1973/22
aware [6]  1985/23 2058/7 2071/12
 2091/9 2091/10 2096/6

**B**

backdrop [1]  1985/7
background [6]  2026/20 2090/24
 2091/3 2091/4 2091/6 2101/14
backtrack [1]  2110/12
backwards [1]  2064/16
backyard [1]  1950/24
bad [5]  2031/5 2063/23 2064/11
 2106/3 2113/7
badly [1]  1951/7
bag [1]  2058/19
bagels [1]  2030/15
bait [1]  1948/2

balance [1]  2030/13
banged [1]  1985/15
banging [2]  1989/2 2067/15
bank [7]  2002/8 2002/8 2026/7 2026/17
 2028/22 2030/4 2113/6
based [8]  2000/7 2005/10 2010/10
 2012/13 2020/19 2020/21 2042/16
 2047/6
basic [2]  1941/20 2031/15
basis [1]  2033/9
bear [2]  2069/22 2073/18
bearing [1]  2056/7
bears [2]  2044/13 2071/6
became [5]  1943/11 1965/13 1970/11
 2046/5 2091/10
becomes [1]  2020/5
beep [1]  2017/11
beforehand [1]  2116/2
began [6]  1939/13 1942/2 1942/12
 1943/7 1946/10 2071/21
beginning [12]  1941/16 1941/19
 1962/19 1991/18 2000/18 2048/12
 2065/3 2065/4 2081/21 2082/10
 2084/4 2087/8
begun [1]  2046/6
behalf [9]  1997/14 2002/6 2005/17
 2067/8 2069/6 2069/7 2079/10 2084/7
 2117/6
belabor [1]  2104/8
belied [1]  2117/25
belief [2]  1966/5 2089/21
bell [1]  2115/14
belong [1]  2002/3
belonged [1]  1976/19
belongs [2]  1970/17 2052/22
benefiting [1]  1950/3
beseech [1]  2000/5
beside [1]  2069/16
best [9]  1934/18 1991/8 1991/15
 2006/5 2048/6 2050/9 2112/2 2113/25
 2115/13
bet [1]  2061/5
beyond [20]  1940/11 1953/13 1987/19
 2014/15 2015/24 2016/13 2027/22
 2031/5 2036/12 2036/18 2037/17
 2037/22 2040/19 2054/23 2062/16
 2071/7 2071/11 2095/24 2098/22
 2103/18
big [5]  1993/7 2028/13 2064/6 2091/1
 2091/2
bill [1]  2030/20
birth [5]  1941/9 1978/3 2088/20 2089/4
 2089/6
bit [19]  1974/19 1992/12 1993/1 2000/8
 2002/1 2002/4 2002/6 2006/12 2016/3
 2017/16 2017/23 2024/11 2024/11
 2024/19 2034/12 2048/17 2063/24
 2065/20 2108/3
blame [3]  2033/11 2089/5 2106/5
blaming [1]  2033/17
blank [1]  2073/24
Bless [1]  1941/25
blow [1]  1995/1
blue [1]  1994/7
board [3]  1938/5 1952/22 2104/12
boils [1]  1982/13
bonds [1]  2026/9
book [1]  2030/11

booked [2]  2101/8 2101/19
Border [1]  2100/2
borders [1]  1956/23
born [1]  2029/25
boss [2]  2004/14 2065/24
bottom [5]  1940/5 1941/10 1982/4
 2018/19 2062/22
bought [1]  2064/25
bound [1]  1977/8
bowl [1]  2064/6
box [4]  1948/10 2090/8 2090/8 2090/9
bracketed [2]  2120/5 2121/11
brackets [2]  2120/13 2120/23
brain [2]  1946/21 1959/20
bread [24]  1942/17 1942/20 1942/22
 1943/11 1946/13 1969/16 1972/2
 1980/6 1980/6 1980/9 1983/22 1996/4
 1996/4 1996/7 1996/11 1999/12
 1999/14 2009/2 2013/3 2013/7 2028/3
 2037/8 2082/4 2082/22
break [13]  1989/17 1990/18 1990/20
 1992/22 2023/10 2067/21 2091/14
 2091/16 2091/18 2091/20 2093/9
 2104/2 2119/3
breaking [1]  2012/25
BREON [1]  1933/13
bribes [1]  2094/22
Brickfield [1]  1992/14
brief [1]  2092/4
briefly [4]  1940/1 2027/17 2115/9
 2116/8
brightest [1]  2050/9
bringing [3]  1945/7 1983/18 1987/24
broad [2]  1952/19 1962/2
broadly [1]  1982/11
Brooklyn [5]  1933/4 1933/15 1950/17
 1960/13 2058/9
brought [5]  1957/3 1957/12 1967/16
 2103/6 2117/15
Bruno [2]  2086/15 2086/21
bubble [1]  1940/24
buckets [1]  1953/4
buddy [1]  1977/23
build [1]  2043/17
built [1]  2000/13
burden [19]  1937/9 2043/18 2054/3
 2054/5 2054/6 2054/10 2054/21
 2054/22 2071/6 2071/11 2071/16
 2089/15 2095/20 2096/4 2102/23
 2104/24 2105/4 2113/16 2113/16
Bureau [2]  1970/5 1974/6
burgers [1]  2030/15
burn [2]  2027/15 2058/3
business [27]  1979/15 1980/2 1980/8
 1980/13 1981/8 1981/12 1981/14
 1982/18 1982/22 1994/4 2027/14
 2029/2 2029/4 2029/11 2029/13
 2031/16 2053/7 2053/8 2064/1
 2077/16 2080/17 2081/11 2081/12
 2083/23 2089/13 2106/6 2106/16
busy [1]  1964/3
bye [1]  2059/17

**C**

C-A-I-R [1]  2035/6
Cadman [1]  1933/14
CAIR [4]  1976/17 2035/6 2035/6
 2035/23

**C**

calculate [1]  2031/25
California [7]  2042/19 2048/20 2049/19
 2052/22 2053/6 2060/10 2099/4
camera [1]  2114/20
cameras [1]  2013/3
campaign [18]  1939/5 1939/10 1940/17
 1944/25 1945/12 1949/5 1957/4
 1958/15 1958/17 1963/5 1963/7
 1963/8 1965/22 1965/25 1966/11
 1976/13 2013/13 2118/23
candidate [1]  1992/21
candidly [1]  2028/10
cannot [14]  1978/8 2006/23 2070/23
 2075/10 2079/11 2089/5 2093/18
 2096/22 2098/20 2098/20 2098/21
 2101/15 2102/8 2115/11
Canti [2]  2025/4 2030/7
capable [2]  2010/14 2010/19
captured [2]  1942/22 2102/9
car [12]  1960/13 1976/25 2035/9
 2035/14 2036/7 2036/12 2050/3
 2050/3 2058/22 2060/11 2117/15
 2117/16
carbon [1]  2056/23
card [8]  1941/10 1980/23 2030/19
 2030/20 2030/21 2070/22 2089/14
 2106/16
career [2]  2020/23 2046/4
careers [1]  2019/3
careful [6]  2046/14 2054/17 2075/14
 2076/12 2106/19 2109/16
carefully [3]  2057/1 2062/10 2063/1
cares [1]  2102/7
carried [3]  1940/17 1955/4 2071/13
carry [4]  1946/16 1955/25 2069/4
 2105/19
carrying [3]  1946/11 2014/14 2014/15
case [69]  1939/16 1948/18 1979/8
 1979/9 1981/2 1981/13 1982/4
 1982/17 1982/20 1982/23 1989/18
 1991/18 1991/19 1992/23 1993/23
 2003/17 2009/11 2010/2 2010/3
 2010/23 2010/24 2010/24 2010/25
 2012/11 2013/23 2016/1 2016/10
 2016/23 2017/1 2018/11 2020/3
 2020/15 2022/19 2023/19 2029/8
 2029/24 2031/24 2032/21 2037/1
 2038/2 2038/15 2043/22 2045/19
 2046/5 2047/14 2048/9 2048/16
 2048/22 2053/14 2054/4 2054/4
 2054/12 2058/15 2059/24 2062/17
 2063/10 2063/18 2064/2 2064/19
 2065/25 2066/3 2068/6 2068/24
 2091/21 2103/22 2108/24 2112/17
 2119/8 2119/10
cases [4]  2036/3 2036/24 2048/24
 2062/19
cash [20]  1946/17 1980/4 1980/6
 1980/7 1980/9 1980/12 1981/6 1982/7
 2027/16 2027/18 2027/19 2027/20
 2027/21 2027/23 2028/1 2028/3
 2028/11 2028/13 2028/14 2028/15
cast [1]  2052/5
casual [1]  2098/11
caught [6]  1975/11 2010/3 2010/3
 2010/5 2100/21 2101/3
caused [4]  1936/3 1954/11 2020/6

2038/3
causing [1]  1955/17
caution [1]  2093/24
CCP [1]  2105/10
cell [13]  1994/14 1996/23 1999/4
 2005/23 2016/24 2016/24 2016/25
 2017/4 2017/6 2017/9 2052/5 2052/14
 2057/20
Central [1]  1974/4
certain [3]  2031/16 2031/17 2063/6
certainly [4]  1975/8 2005/23 2037/16
 2057/1
cetera [1]  2074/13
Cewei [2]  1946/19 1947/13
chain [1]  2096/24
chains [1]  1994/5
chambers [1]  2121/23
chance [3]  1937/7 1993/1 2076/24
change [1]  1934/24
changing [2]  1974/21 1974/23
Chaohang [1]  2052/22
Chaohong [4]  2042/10 2042/11 2099/4
 2116/1
Chaohong Chen [2]  2042/10 2042/11
charge [18]  1950/19 1954/2 1954/3
 1954/15 1965/16 2008/7 2024/20
 2033/13 2037/19 2053/25 2054/6
 2059/14 2062/7 2062/25 2063/11
 2068/19 2068/23 2114/21
charged [11]  1939/21 1968/10 2020/9
 2032/16 2032/17 2032/18 2037/24
 2070/7 2100/21 2109/20 2112/22
charges [9]  1940/9 1940/10 1940/11
 1953/14 1953/20 1953/24 1964/7
 1987/19 2037/18
chart [12]  1973/4 1974/1 1974/24
 1996/15 1996/17 2003/24 2032/24
 2045/9 2083/18 2087/21 2088/2
 2101/7
charts [4]  2033/1 2082/17 2087/17
 2087/17
chats [1]  2016/11
cheated [1]  2106/25
check [18]  1969/11 1976/22 1979/12
 1979/13 1979/15 1981/6 1982/6
 1993/2 1993/3 1993/4 1993/5 1995/16
 2002/8 2005/2 2028/14 2090/24
 2091/4 2091/4
checked [1]  1939/2
checking [7]  1980/1 1980/16 1980/19
 1981/1 1981/9 1981/9 2115/19
checks [1]  2002/8
CHEN [55]  1933/9 1933/16 1939/23
 1953/15 1953/17 1954/15 1964/12
 1964/21 1965/1 1965/7 1966/16
 1968/4 1984/21 1984/24 2000/10
 2011/3 2011/23 2012/12 2019/16
 2037/6 2037/20 2042/10 2042/11
 2048/19 2048/20 2048/20 2049/19
 2052/22 2053/3 2053/3 2053/3 2053/6
 2053/23 2053/25 2054/13 2054/15
 2054/25 2055/7 2055/20 2057/19
 2058/8 2059/11 2060/8 2062/7
 2063/18 2065/6 2065/7 2065/14
 2065/25 2066/10 2066/11 2066/11
 2070/2 2099/4 2116/1
Chen Chaohang [1]  2052/22
Chen Chaohong [1]  2099/4

Chen's [3]  1953/18 2024/10 2060/9
chief [3]  1966/13 2064/19 2064/21
child [1]  1938/21
child's [1]  2028/17
children [3]  1951/3 1968/2 1986/14
China [160]  1938/3 1938/10 1938/13
 1938/14 1938/16 1938/20 1938/24
 1939/7 1940/19 1941/1 1941/24
 1942/15 1943/2 1943/6 1944/3 1944/7
 1945/1 1945/7 1945/8 1945/25
 1946/24 1947/4 1947/5 1947/8
 1947/12 1948/15 1949/2 1949/8
 1949/22 1951/2 1952/3 1952/7
 1952/11 1952/20 1952/25 1955/11
 1955/12 1955/22 1956/6 1956/14
 1957/9 1957/13 1958/3 1959/16
 1960/2 1960/5 1962/21 1963/17
 1969/8 1969/21 1971/13 1972/12
 1973/12 1974/16 1975/5 1975/24
 1976/4 1978/6 1979/19 1979/22
 1979/22 1981/7 1983/4 1983/10
 1983/18 1984/11 1984/17 1987/6
 1987/15 1987/25 1988/8 1989/7
 1995/23 1997/9 1997/13 1997/18
 1997/23 1997/24 1997/25 1998/1
 1998/4 1998/6 1998/8 1998/16
 1999/22 2003/10 2003/16 2003/21
 2004/13 2005/9 2005/17 2009/13
 2010/18 2011/1 2011/7 2011/15
 2011/17 2011/19 2012/20 2012/24
 2013/23 2013/24 2018/3 2018/9
 2019/2 2019/19 2020/1 2020/3 2020/7
 2020/23 2022/4 2025/1 2026/17
 2030/25 2031/3 2031/6 2044/17
 2045/18 2045/19 2046/9 2047/8
 2056/10 2056/12 2056/13 2056/18
 2056/19 2060/16 2070/16 2070/16
 2071/9 2071/22 2072/8 2073/4 2075/7
 2075/20 2076/3 2079/11 2081/7
 2082/3 2083/20 2083/20 2086/22
 2089/21 2099/10 2100/6 2100/23
 2101/8 2101/20 2101/21 2101/23
 2102/20 2105/3 2110/10 2110/19
 2110/22 2111/17 2111/18 2116/18
 2117/16 2118/2
Chinese [247]
Chinese-speaking [1]  1992/7
choice [3]  2108/19 2109/1 2109/1
choices [2]  2108/18 2109/6
chose [1]  2001/5
circle [5]  2009/19 2009/19 2010/1
 2083/23 2100/19
circumstances [5]  2063/14 2063/16
 2099/9 2115/13 2115/18
circumstantial [18]  1997/19 2011/20
 2011/21 2011/23 2011/25 2012/6
 2012/9 2012/21 2013/14 2015/18
 2018/5 2019/20 2019/24 2024/13
 2024/17 2047/9 2110/1 2110/5
citizen [1]  2070/22
citizens [3]  1987/4 2022/14 2105/23
City [1]  2046/4
civil [4]  2023/4 2062/17 2062/19
 2111/11
claim [3]  2110/5 2113/2 2113/4
claimed [1]  1960/19
clarification [1]  2086/3
clarified [1]  1947/6

**C**

clarify [3]  1984/7 2073/15 2109/10
clarifying [1]  2026/16
clean [1]  1935/22
clear [32]  1941/21 1948/20 1952/18
  1953/24 1959/3 1960/2 1960/12
  1963/4 1978/7 1978/22 1985/20
  1986/10 1992/19 2005/13 2009/15
  2026/4 2026/19 2027/19 2033/15
  2034/20 2044/16 2049/11 2058/16
  2068/14 2070/1 2073/21 2074/25
  2087/13 2098/18 2107/9 2112/14
  2115/14
clear-cut [1]  1960/12
clearly [23]  1946/8 1946/8 1955/14
  1956/24 1983/19 1983/20 1984/1
  2008/21 2008/22 2037/14 2055/17
  2057/10 2063/13 2074/24 2083/9
  2083/22 2087/17 2088/5 2094/6
  2095/5 2099/8 2102/2 2110/7
clerk [2]  2120/2 2121/12
client [50]  1974/25 1975/3 1975/4
  1991/14 2026/2 2040/1 2048/17
  2048/22 2049/15 2049/19 2049/22
  2052/19 2053/2 2053/4 2053/4
  2053/10 2053/12 2054/9 2054/14
  2055/2 2055/8 2055/18 2055/23
  2056/1 2056/7 2057/1 2057/4 2057/9
  2057/24 2058/8 2058/8 2058/10
  2058/11 2059/11 2065/15 2067/3
  2067/7 2067/11 2069/7 2069/25
  2070/3 2073/22 2075/8 2075/19
  2095/8 2096/14 2098/23 2099/1
  2100/3 2107/10
client's [5]  2050/3 2051/8 2052/24
  2073/22 2107/9
clients [5]  1974/20 1975/6 1978/6
  1993/8 2069/7
clip [1]  1961/9
close [6]  1962/11 2030/23 2038/6
  2071/3 2109/12 2115/19
closed [2]  2115/13 2116/4
closely [1]  1940/4
closing [6]  1937/16 1984/25 2046/20
  2067/21 2069/6 2069/20
co [9]  1940/17 1942/14 1945/9 1945/13
  1957/6 1958/16 1967/20 1967/22
  1970/13
co-conspirator [2]  1942/14 1945/9
co-conspirator's [1]  1970/13
co-conspirators [6]  1940/17 1945/13
  1957/6 1958/16 1967/20 1967/22
coconspirators [5]  1981/4 2120/15
  2120/24 2121/6 2121/20
code [4]  2000/3 2000/4 2050/19 2120/6
coded [1]  1984/5
coerce [5]  1940/18 1948/14 1952/20
  1955/12 1956/6
coincidence [5]  1981/12 2091/7 2094/7
  2118/21 2118/25
collapse [1]  1963/13
collapsing [1]  1963/13
colleague [3]  2041/12 2112/22 2115/9
colleagues [1]  1991/6
collect [5]  1976/12 1992/7 1994/22
  2104/17 2117/22
collected [2]  1976/6 1976/13
collecting [2]  1976/7 2117/24

collection [1]  2116/17
collections [1]  2099/7
college [3]  1943/16 1976/10 1976/11
college-aged [2]  1943/16 1976/10
combined [1]  1982/22
coming [8]  1936/4 1971/22 1981/23
  1986/5 1999/13 2050/24 2100/23
  2104/13
commerce [3]  1954/6 2037/23 2037/25
commissar [3]  1941/1 1966/13 1970/5
commission [7]  1976/16 1977/18
  1992/1 2004/15 2034/10 2035/2
  2036/17
commissioned [1]  1962/19
commit [9]  1953/7 1953/9 1954/14
  1954/18 1965/17 2059/6 2101/19
  2113/6 2113/21
commitments [1]  2108/7
committed [6]  1953/3 1953/8 1965/14
  2063/6 2069/2 2113/22
Committee [2]  1974/5 2110/14
committing [2]  2015/16 2070/8
common [17]  1953/3 1953/22 1985/2
  1989/11 2005/15 2012/13 2015/16
  2019/14 2032/7 2033/7 2034/4
  2072/12 2088/17 2109/15 2109/17
  2112/15 2118/25
communicate [3]  2076/20 2080/4
  2081/17
communicating [5]  2074/25 2081/22
  2081/23 2094/19 2118/22
communication [13]  1958/21 2020/15
  2020/16 2075/7 2077/7 2080/2 2081/9
  2082/16 2083/3 2083/5 2094/23
  2096/13 2096/21
communications [29]  2004/9 2040/16
  2074/6 2074/24 2077/2 2077/2 2077/6
  2077/21 2077/22 2078/4 2081/20
  2082/10 2082/11 2082/19 2083/8
  2087/24 2093/19 2094/13 2095/17
  2095/19 2095/22 2097/7 2097/15
  2098/11 2098/16 2098/17 2100/13
  2102/10 2103/11
Communist [4]  1962/9 2070/15
  2070/18 2070/19
company [30]  1995/11 1995/15 1997/9
  2001/14 2001/15 2001/21 2002/3
  2002/6 2002/10 2002/12 2002/13
  2003/4 2003/10 2003/13 2003/14
  2003/14 2003/16 2004/4 2004/10
  2004/14 2004/25 2005/18 2026/7
  2026/10 2040/25 2040/25 2041/2
  2041/2 2090/24 2103/16
compare [1]  2098/9
comparison [3]  2097/6 2097/11
  2098/18
comparisons [1]  2099/11
compartment [1]  2050/3
compelling [2]  2087/17 2087/18
compensated [1]  2084/15
compensation [2]  1964/24 2098/4
compiled [1]  2081/2
complete [1]  2088/3
completed [2]  2113/5 2114/3
completely [6]  1976/7 2039/20 2042/16
  2047/19 2111/1 2113/17
complex [3]  2105/9 2106/1 2115/15
complicated [1]  1994/14 2103/22

comprehend [1]  2115/16
comprehensive [1]  2089/24
computer [2]  1933/25 1936/10
computer-aided [1]  1933/25
conceal [2]  2016/18 2016/21
concealing [2]  1981/19 1981/20
conceded [3]  2038/9 2113/9 2116/6
concept [2]  2121/1 2121/2
concern [1]  2006/9
concerned [5]  1951/8 1951/10 1959/22
  1963/25 2067/11
conclude [3]  1946/14 2037/17 2045/16
conclusion [4]  2012/18 2091/23
  2103/25 2109/18
condemn [1]  1993/25
condition [1]  1959/19
conditions [2]  1959/22 1959/23
conduct [8]  1939/12 1977/19 2019/10
  2019/12 2035/2 2108/18 2108/21
  2116/1
conducted [6]  1967/14 1969/19 1972/9
  1975/15 1988/5 1988/7
conducting [5]  1942/3 1943/23 1976/8
  1976/17 1977/12
conduit [1]  1987/21
confidence [1]  1977/17
confirm [5]  1934/10 1939/4 2085/24
  2114/3 2114/4
confirmation [1]  2114/10
confirmed [4]  1934/7 1942/18 1972/17
  2070/14
confirms [1]  2020/8
confused [2]  1961/4 2110/24
confusions [1]  2103/20
Congying [17]  1939/9 1950/16 1951/5
  1960/12 1960/15 1962/23 1966/25
  1967/24 1984/20 1984/23 1985/5
  1985/6 1986/11 1987/8 1988/23
  1989/8 2111/13
Congying Zheng [6]  1939/9 1950/16
  1951/5 1987/8 1988/23 1989/8
connection [5]  1945/12 1949/13 1979/7
  2018/21 2035/8
conscious [3]  1984/23 1984/24
  2115/10
consciousness [1]  2018/1
consequences [2]  2025/9 2089/3
consider [3]  1982/16 1991/9 1991/16
  2000/6 2000/13 2011/24 2012/22
  2033/8 2047/21 2066/16 2066/16
  2100/18 2102/17
consideration [2]  1984/22 2021/14
considered [2]  2070/23 2088/6
considering [3]  2000/10 2000/14
  2067/4
consistent [3]  1989/10 2026/1 2114/25
conspiracies [6]  2063/2 2063/7 2063/9
  2112/2 2112/23 2115/2
conspiracy [38]  1952/23 1953/1
  1954/14 1954/16 1954/22 1962/16
  1964/5 1964/11 1987/12 2005/16
  2008/16 2009/21 2011/5 2052/12
  2052/15 2056/8 2059/7 2061/6 2063/5
  2070/8 2081/4 2111/4 2112/7 2112/8
  2112/17 2112/25 2112/25 2113/4
  2113/11 2113/15 2114/10 2114/11
  2116/15 2116/20 2117/10 2117/20
  2118/13 2118/18

## C

conspirator [2]  1942/14 1945/9
conspirator's [1]  1970/13
conspirators [10]  1940/17 1942/23
 1944/22 1945/13 1947/21 1956/20
 1957/6 1958/16 1967/20 1967/22
conspired [3]  1953/6 1953/9 1965/16
construction [1]  2030/18
consular [2]  1966/18 1966/23
consultation [1]  2096/11
consulted [1]  2096/21
contact [29]  1940/25 1970/12 2026/16
 2058/7 2071/24 2079/10 2079/11
 2081/7 2081/8 2081/19 2082/2 2084/5
 2084/7 2087/9 2087/20 2088/4 2088/6
 2088/7 2088/9 2088/10 2088/12
 2088/24 2089/10 2090/23 2091/11
 2096/8 2097/1 2098/12 2118/12
contacted [1]  1992/13
contacting [1]  1945/24
contacts [2]  1971/23 2077/25
contains [1]  2090/1
content [1]  1999/6
contention [1]  1996/18
contents [1]  1952/13
context [3]  2025/16 2027/8 2028/1
CONTI [4]  1933/18 1995/1 1999/5
 2006/1
continuation [1]  2083/12
continue [10]  1949/4 1990/20 2024/7
 2024/18 2043/8 2049/9 2051/21
 2056/1 2076/12 2114/11
continued [17]  1949/6 1949/10 1951/22
 1952/4 1970/19 1986/16 1988/13
 2002/15 2022/21 2041/14 2050/4
 2061/8 2079/21 2092/6 2101/11
 2107/23 2114/12
continuing [12]  1949/17 1952/1 1971/1
 1987/1 2003/1 2042/1 2062/1 2080/1
 2093/1 2108/1 2114/9 2116/20
contract [2]  2077/24 2094/15
contractual [1]  1964/23
contrary [2]  2095/21 2100/21
control [8]  1966/20 1967/1 2006/13
 2006/15 2007/7 2008/9 2008/19
 2071/13
controlled [3]  1978/10 2006/23 2070/20
controlling [1]  2070/18
convenience [1]  1981/19
conversation [5]  1943/4 1998/2
 1999/21 2008/18 2011/14
conversations [8]  1998/12 1998/19
 2011/17 2054/13 2055/6 2055/8
 2059/12 2103/11
convert [1]  2074/21
convey [1]  1945/24
conveyed [3]  1943/25 2044/2 2044/8
convict [4]  2029/21 2040/20 2046/21
 2115/1
convicted [2]  2037/21 2100/21
conviction [5]  2018/8 2046/24 2047/14
 2051/24 2051/24
convince [6]  1948/25 1957/9 1983/4
 2054/22 2099/18 2099/18
convinced [1]  2099/19
cooperating [1]  2019/8
cooperation [3]  2051/14 2051/16
 2051/18

coordinated [1]  2059/5
cop [3]  1992/17 2010/22 2019/6
copies [1]  2056/23
cops [1]  2013/20
corner [2]  2082/14 2083/15
correct [10]  1935/6 1935/7 2006/10
 2009/5 2021/11 2021/18 2036/14
 2069/14 2097/21 2109/25
corresponded [1]  1996/20
corruption [2]  2013/25 2094/21
counsel [11]  2007/14 2073/22 2104/8
 2109/5 2111/15 2112/24 2113/8
 2115/3 2116/9 2117/9 2118/6
Counsels [1]  2069/5
count [28]  1954/3 1954/14 1954/17
 1955/1 1955/2 1955/3 1962/13 1964/5
 1964/9 1964/9 1964/11 1964/11
 1964/13 1965/7 1965/18 1965/21
 1968/8 1968/11 1968/21 1974/12
 1984/19 1987/8 1987/16 2011/5
 2011/5 2067/10 2119/25 2119/25
Count One [1]  2119/25
Count Three [1]  2119/25
counters [1]  1942/5
country [2]  2073/11 2105/24
counts [9]  1989/12 2036/20 2037/15
 2055/4 2055/4 2056/6 2056/10 2067/9
 2119/24
County [1]  1992/11
couple [9]  1980/20 1994/23 2020/7
 2023/7 2025/3 2025/15 2091/15
 2104/13 2119/2
course [14]  1948/13 1953/18 1954/10
 1958/9 1959/3 1961/20 1962/15
 1999/3 2008/14 2018/25 2025/25
 2038/3 2081/24 2117/17
Court's [2]  2113/12 2113/13
courthouse [2]  1933/3 1992/11
courtroom [8]  1936/17 1989/23
 1990/12 2024/4 2065/23 2092/1
 2093/5 2105/9
cover [3]  1958/25 2073/1 2073/1
covered [2]  2096/14 2104/7
covert [6]  2039/4 2039/10 2039/10
 2039/11 2040/4 2047/10
CR [1]  1933/2
CRAIG [1]  1933/15
creates [2]  1998/7 2019/19
credit [5]  1980/23 2030/19 2030/20
 2030/21 2064/20
crew [1]  2083/20
crime [7]  1944/8 1953/7 1953/8
 1953/10 1955/6 1965/20 1996/11
 2015/16 2027/21 2037/9 2037/9
 2037/9 2037/12 2050/20 2050/22
 2059/7 2061/5 2061/5 2069/3 2070/8
 2082/8 2101/19 2111/25 2113/21
 2113/22 2113/24 2114/3
crimes [5]  1939/21 1953/4 1953/4
 2044/17 2063/6
criminal [20]  1933/9 1992/12 1992/14
 2010/25 2022/19 2023/4 2030/23
 2036/23 2054/4 2058/1 2064/1
 2066/10 2070/4 2091/5 2091/6 2110/3
 2111/4 2112/6 2112/17 2113/15
criminality [2]  1996/9 2029/16
criminals [1]  2100/17
critical [5]  1955/19 1957/1 1957/3

 2013/23 2015/25 2020/2 2020/5
 2040/2 2109/14 2117/20
cross [2]  1998/25 2044/8
cross-examination [2]  1998/25 2044/8
crossing [1]  2108/25
crucial [2]  2093/12 2107/8
crumples [1]  2057/24
crying [1]  1939/1 1952/15
culture [1]  1983/7
Customs [1]  2100/2
cut [9]  1940/23 1960/12 2007/2 2007/3
 2025/2 2081/14 2082/1 2082/5
 2108/20

## D

dai [8]  2055/12 2055/12 2055/15
 2055/15 2055/16 2099/5 2099/5
 2099/10
Daily [2]  1975/24 2020/3
danger [1]  1983/10
dangerous [3]  1938/15 1947/10
 2100/14
data [12]  1978/7 1996/23 1999/4
 2005/24 2016/25 2017/7 2074/9
 2074/12 2074/20 2074/21 2081/1
 2083/13
database [5]  1975/22 1977/6 1977/8
 2034/19 2036/9
databases [3]  1956/16 1967/17
 2034/19
date [8]  1978/3 1993/16 2082/9
 2082/24 2083/25 2083/25 2084/1
 2090/14
dates [1]  1941/10
daughter [21]  1938/16 1938/23 1939/2
 1943/16 1944/15 1944/15 1947/12
 1947/12 1947/14 1949/8 1949/14
 1949/16 1949/25 1963/1 1963/24
 1964/1 1964/2 1976/10 1989/6 2040/8
 2042/19
daylight [1]  1962/2
DEA [5]  1977/24 2017/17 2017/18
 2017/19 2033/14
deal [14]  1993/7 2016/23 2028/13
 2035/15 2050/14 2050/14 2050/15
 2050/17 2051/13 2051/13 2063/14
 2063/16 2064/17 2081/15
deals [2]  2058/14 2063/1
dealt [1]  2056/10
debate [1]  2120/3
debt [9]  1976/7 1976/12 1992/7
 1994/22 2071/23 2099/7 2106/17
 2117/22 2117/25
deceit [2]  2010/19 2045/23
deceived [3]  2011/9 2024/15 2027/3
December [7]  1944/14 1968/7 1979/17
 2004/19 2082/18 2083/8 2088/1
December 13 [1]  1979/17
December 2016 [2]  1944/14 2082/18
December 2019 [1]  1968/7
December 29 [1]  2083/8
December 4 [1]  2004/19
deception [1]  2028/5
deceptions [1]  2106/2
decide [2]  2018/6 2062/2
deciding [2]  2012/10 2065/24
deck [1]  1960/22
declare [2]  2032/14 2033/2

**D**

declared [3]   2031/17 2032/11 2032/14
decrease [2]   2087/23
decreases [1]   2082/12
deeply [1]   1952/15
defendant [47]   1933/18 1933/19
 1933/21 1940/20 1940/20 1942/4
 1942/24 1942/25 1949/21 1950/16
 1950/19 1954/5 1954/7 1954/10
 1954/20 1960/18 1961/24 1963/6
 1964/14 1964/16 1964/18 1964/19
 1965/3 1965/12 1968/9 1970/7 1981/4
 1987/10 1987/12 1987/21 1988/3
 1988/9 1988/11 1988/23 2011/4
 2011/6 2037/23 2038/3 2061/3
 2068/15 2069/5 2069/5 2070/5 2071/8
 2071/12 2095/21 2113/17
Defendant Zheng [1]   1950/19
defendant's [4]   1940/13 1953/13
 2072/13 2112/20
defendants [50]   1933/7 1935/4 1937/6
 1938/4 1939/8 1939/11 1939/15
 1939/21 1940/10 1940/16 1952/23
 1952/25 1953/3 1953/5 1953/8
 1953/21 1953/25 1955/1 1955/2
 1955/7 1964/6 1964/7 1965/16
 1965/17 1966/15 1966/22 1968/5
 1968/13 1968/17 1968/21 1968/24
 1968/25 1989/13 2068/7 2069/1
 2074/5 2099/11 2099/12 2102/10
 2104/18 2105/5 2108/17 2108/25
 2109/9 2109/19 2109/21 2110/2
 2112/1 2112/3 2112/9
Defendants' [1]   2072/24
defense [7]   1934/13 1966/6 1992/15
 2007/14 2113/5 2120/9 2120/22
defies [1]   2118/25
defining [1]   2077/19
degrees [1]   1963/21
delete [2]   2016/10 2016/12
deliberate [9]   1939/24 1991/17
 1996/10 2055/5 2066/24 2076/25
 2086/24 2108/17 2109/11
deliberately [4]   1981/19 1981/20
 1986/5 2115/11
deliberation [1]   2094/16
deliberations [4]   1937/19 1991/10
 2079/7 2108/4
deliver [3]   1938/8 1950/18 2118/19
demands [1]   1945/25
demean [1]   2012/1
demonstrate [2]   1982/2 2074/15
demonstrated [2]   1962/14 2074/5
demonstrates [4]   1939/20 1984/14
 2087/22 2117/23
demonstrating [1]   2071/16
demonstrative [5]   2018/16 2028/9
 2031/14 2086/4 2086/7
denied [5]   1991/21 1994/16 1995/23
 1996/12 1996/13
deny [2]   2107/2 2107/3
department [6]   1935/22 1956/17
 1973/7 1974/4 1974/4 2050/7
departments [11]   1973/19 1973/21
 1973/22 1973/23 1973/24 1973/25
 1974/2 2015/1 2015/4 2110/14 2118/3
deposit [3]   1980/1 2003/3 2017/25
deposited [6]   1979/14 1979/25 1980/16

1981/7 1981/23 2058/9
depositing [3]   1981/16 2029/10
 2029/14
deposits [4]   1980/19 1981/1 1982/14
 2027/13
describe [2]   1963/10 1963/23
described [9]   1936/10 1952/17 1961/23
 1963/20 1973/18 1985/13 2010/15
 2017/7 2117/19
describes [1]   2045/11
description [1]   1979/23
descriptions [1]   1982/9
design [1]   2112/15
Despite [1]   1942/1
detail [5]   1969/6 1974/19 2001/10
 2037/4 2119/22
detailed [10]   1943/4 1967/19 1988/14
 2015/21 2015/24 2016/13 2016/18
 2016/19 2117/6 2117/7
details [1]   2016/4
detective [33]   2008/5 2072/15 2076/20
 2079/6 2080/7 2080/12 2081/5 2081/8
 2082/3 2084/5 2084/9 2086/19
 2088/13 2088/15 2088/25 2089/22
 2090/21 2091/9 2093/21 2093/23
 2094/5 2095/2 2095/7 2095/9 2095/13
 2095/15 2095/18 2095/18 2096/3
 2097/1 2097/2 2098/17 2106/5
Detective McMahon [8]   2080/7 2081/5
 2081/8 2082/3 2088/15 2088/25
 2090/21 2091/9
detector [1]   2006/22
determine [3]   2036/7 2069/1 2103/21
determined [1]   2055/19
DHS [3]   1978/7 1978/12 1978/16
die [3]   1944/10 1959/13 1959/14
Dietz [2]   2021/2 2021/5
difference [5]   2054/3 2062/16 2091/1
 2091/2 2120/10
different [22]   1935/23 1938/3 1953/1
 1953/2 1974/2 1975/5 1981/3 1981/5
 1981/8 1982/5 1982/7 1982/8 2028/11
 2030/3 2030/4 2031/14 2039/16
 2051/4 2101/16 2101/17 2112/2
 2112/5
differs [1]   2113/13
difficult [6]   1991/1 1991/12 1991/13
 1997/3 2062/13 2115/15
difficulties [1]   2029/9
difficulty [1]   2029/18
diminishing [1]   2087/18
diplomatic [1]   1966/18
diplomats [1]   1966/22
direct [12]   1940/25 1948/16 1956/24
 1997/17 2011/14 2011/25 2012/7
 2024/12 2071/13 2073/7 2109/23
 2110/2
directed [7]   1940/19 1946/6 1946/14
 1965/23 1999/24 2112/5 2116/7
directing [3]   1942/12 2114/6 2118/23
direction [20]   1939/15 1943/7 1953/25
 1965/2 1965/5 1965/10 1965/19
 1966/20 1966/25 1967/9 1967/12
 1967/14 1967/17 1968/6 1968/23
 1969/4 2006/10 2010/2 2071/13
 2085/6
directions [1]   2112/11
directly [9]   1943/8 1958/10 2039/8

2043/15 2081/15 2095/19 2116/20
 2118/15 2120/8
director [4]   2022/3 2022/7 2022/8
 2022/15
dirt [1]   2057/25
disagreement [1]   2120/21
disappear [2]   1944/8 1944/10
Discipline [1]   1974/5
disclosed [1]   2105/2
discloses [1]   2014/13
disconnected [1]   1963/18
discover [2]   2093/22 2094/7
discovered [1]   2102/6
discrete [1]   1942/11
discuss [5]   1941/18 1953/15 1965/21
 2026/17 2053/13
discussed [8]   1945/14 1945/16 1946/4
 1997/2 2009/9 2013/11 2025/13
 2070/16
discussing [2]   1985/12 2003/6
discussion [6]   2002/7 2008/15 2017/15
 2067/1 2109/22 2111/21
discussions [1]   2048/25
disguise [1]   2003/22
disparaging [1]   1950/5
dispenser [2]   1960/22 2057/4
display [2]   2072/18 2093/14
displayed [2]   2095/6 2099/23
displays [1]   2078/3
disposed [1]   1978/11
dispute [8]   1934/16 1940/13 1965/22
 1966/15 1968/13 1968/17 1968/20
 2009/15
disputed [7]   1994/2 1996/1 1997/6
 1997/7 1997/11 2016/5 2034/13
disregard [3]   2047/19 2049/13 2049/13
dissected [1]   1993/24
distance [2]   1963/17 2009/8
distant [1]   1963/16
distress [8]   1954/12 1955/17 1959/4
 1960/9 1961/21 2038/5 2038/23
 2044/21
distressing [1]   1959/17
distributed [1]   1978/11
DISTRICT [5]   1933/1 1933/1 1933/10
 1933/14 2021/3
DNA [1]   2051/2
docketed [1]   2122/1
doctor [3]   1945/20 1946/22 1959/12
document [13]   1941/16 2052/8 2052/25
 2076/25 2077/1 2094/3 2095/4 2100/2
 2103/1 2111/15 2111/16 2117/2
 2121/15
documents [5]   1978/9 2018/20 2021/10
 2021/18 2103/21
Doe [1]   2120/3
dog [1]   2069/10
DOJ [2]   2025/7 2025/11
dollar [1]   1980/9
dollars [2]   1980/17 2098/5
done [16]   1934/8 1934/9 1959/19
 1959/25 1987/20 2019/15 2024/20
 2030/1 2036/5 2046/15 2055/13
 2066/14 2074/2 2074/6 2081/2
 2116/13
door [36]   1936/20 1936/22 1938/18
 1938/18 1947/22 1950/20 1950/20
 1950/21 1950/22 1951/9 1951/13

**D**

door... [25]  1951/13 1951/18 1960/21 1960/23 1961/25 1962/3 1985/16 1985/16 1988/25 1989/2 1989/5 2042/3 2042/4 2043/23 2049/23 2057/3 2057/4 2057/5 2057/6 2058/5 2058/16 2058/18 2058/20 2062/5 2115/20
doors [1]  2067/16
dot [2]  2073/12 2073/12
dot-gov [1]  2073/12
dot-organization [1]  2073/12
double [1]  2078/23
doubt [24]  1936/13 1940/11 1953/14 1987/19 1992/5 1993/14 1994/18 1996/2 1998/7 2019/19 2037/17 2037/22 2040/9 2040/15 2040/19 2044/14 2044/20 2054/23 2062/16 2071/8 2071/12 2095/24 2098/23 2103/18
down [27]  1936/14 1940/4 1941/18 1945/9 1951/6 1951/11 1963/21 1971/13 1974/11 1982/13 1986/9 2002/9 2037/4 2049/24 2057/21 2057/22 2057/23 2058/19 2059/13 2059/21 2060/4 2066/9 2067/13 2077/24 2078/9 2108/19 2112/12
dozens [1]  2104/13
Dr. [1]  1946/22
Dr. Li [1]  1946/22
dragnet [2]  1976/1 2021/9
draw [4]  1951/9 2070/2 2114/2 2114/3
drive [6]  1935/18 1935/25 2055/24 2058/8 2084/14 2117/18
driven [1]  2050/3
driver [1]  1945/11
driver's [1]  1995/6
drives [3]  2058/10 2058/22 2060/12
driveway [4]  1950/20 1960/20 2117/15 2117/16
driving [2]  2053/12 2084/15
dropped [1]  1947/20
drove [3]  1950/17 1960/12 2111/23
Drug [1]  1977/24
DSS [1]  1966/21
due [2]  2030/20 2066/6
dumb [1]  2097/23
Dunkin [1]  2030/16
duty [1]  2047/20
DVD [1]  1952/14

**E**

e-mail [29]  1942/9 1971/8 1971/24 1974/25 1975/12 1975/13 1975/15 1975/20 1979/3 1995/12 1997/23 2000/2 2000/20 2073/2 2073/2 2073/5 2073/9 2073/9 2073/13 2073/13 2074/11 2075/6 2077/6 2100/12 2116/24 2118/9 2118/19 2121/23 2121/24
e-mailed [1]  1949/11
e-mails [3]  2000/17 2074/24 2116/25
early [5]  1942/2 1956/3 1969/25 2025/17 2025/18
earned [3]  1982/3 1982/17 1982/20
earnings [2]  1982/21 1982/23
easily [3]  1958/2 2029/2 2105/25
East [1]  1933/14

EASTERN [3]  1933/1 1933/14 2021/3
easy [1]  2067/18
eat [1]  1963/14
effect [3]  2017/7 2022/4 2022/9
effectively [1]  2116/6
effort [8]  1949/24 1961/11 1971/13 1986/1 1997/12 2000/21 2031/11 2037/3
efforts [6]  1942/12 1949/9 1952/4 1952/10 2037/11 2113/18
eight [3]  1995/16 2004/17 2005/1
either [14]  1934/23 1944/7 1954/13 1995/23 2008/16 2020/22 2021/1 2044/12 2054/25 2055/8 2056/7 2056/9 2091/9 2099/19
elderly [5]  1938/12 1944/23 1945/21 1948/23 1959/9
element [6]  1959/8 1960/14 1961/18 1968/11 1968/12 2038/17
elements [7]  1954/3 1954/16 1954/25 1962/14 1964/13 1965/8 2038/6
elicited [1]  2007/11
eliminated [1]  2083/10
ELMO [1]  2072/22
elsewhere [1]  2026/11
email [12]  1933/23 1954/24 1970/8 1970/9 1970/10 1970/16 2004/12 2004/19 2033/18 2080/5 2080/6 2080/7
emails [3]  2005/11 2010/9 2011/17
Embassy [4]  1996/24 1999/24 2005/22 2009/20
embezzled [2]  1995/20 2027/1
embezzlement [4]  1997/10 2013/24 2020/9 2094/21
Emily [3]  2080/2 2080/2 2081/2
Emily Hsu [3]  2080/2 2080/2 2081/2
emitting [1]  2017/11
emoji [3]  1939/4 1963/24 1964/3
emotional [8]  1954/12 1955/17 1959/4 1960/9 1961/21 2038/5 2038/23 2044/21
emotionally [1]  2010/17
emphasize [1]  2069/2
emphatic [1]  1946/6
employed [1]  2048/21
employee [1]  1965/4
encountered [1]  2007/20
encourage [1]  2110/11
enforcement [7]  1943/22 1975/9 1977/24 2014/2 2017/13 2017/14 2025/21
engage [4]  1956/24 1962/16 1964/5 2070/10
engaged [3]  1955/9 1957/1 2118/7
engaging [1]  2068/23
engender [1]  2046/24
English [3]  2013/11 2075/24 2081/1
ensure [3]  1945/21 1946/15 1957/3
enter [2]  1989/10 1989/12
entered [1]  1970/16
entering [1]  2100/23
enters [4]  1936/17 1990/12 2024/4 2093/5
entire [7]  1959/6 1959/17 1960/24 1968/9 2020/23 2039/4 2088/13
entirely [2]  2026/1 2118/21
entity [3]  1973/3 1973/7 1973/8

entries [1]  2083/7
Entry [1]  1971/16
Eric [37]  1943/8 1957/16 1975/3 1979/23 1995/12 2003/16 2003/18 2003/19 2003/23 2004/6 2004/9 2004/12 2004/13 2004/19 2013/20 2015/7 2015/14 2020/25 2026/13 2026/19 2027/19 2032/6 2039/11 2043/16 2082/1 2084/13 2087/20 2089/11 2089/16 2089/19 2093/20 2093/25 2094/1 2098/16 2104/25 2105/1 2110/25
Eric Gallowitz [6]  2027/19 2032/6 2039/11 2093/20 2093/25 2094/1
Eric Yan [12]  1943/8 1995/12 2026/13 2043/16 2082/1 2084/13 2087/20 2089/11 2089/16 2089/19 2098/16 2105/1
Eric's [1]  1975/4
escalated [4]  1942/12 1944/21 1950/12 1958/1
escalating [1]  1962/5
escalation [1]  1963/4
ESQ [9]  1933/13 1933/15 1933/16 1933/16 1933/18 1933/18 1933/19 1933/20 1933/21
essence [1]  1999/22
essential [2]  2117/20
essentially [8]  1965/3 1974/7 2045/3 2070/19 2112/4 2112/5 2113/8 2115/6
established [2]  2012/14 2012/17
estimate [1]  2104/2
et [2]  1933/6 2074/13
et cetera [1]  2074/13
etc [1]  2080/9
evacuate [2]  2105/22 2105/24
evaluate [1]  2027/8
evasion [1]  2032/17
eve [1]  1978/6
evening [1]  1937/1
event [2]  1993/10 2099/1
events [6]  1940/6 1940/8 1940/9 1952/17 2025/19 2089/3
eventually [6]  1978/20 2049/23 2050/5 2050/5 2050/15 2050/23
everyday [3]  2029/19 2030/14 2036/25
evidence [221]
evidently [1]  2056/23
evil [1]  2029/15
exact [4]  1985/18 2016/20 2028/20 2028/22
exactly [34]  1939/17 1941/19 1941/22 1943/25 1953/23 1960/25 1968/25 1971/3 1972/14 1974/8 1977/14 1983/1 1984/8 1984/14 1984/14 1985/11 1985/22 1987/20 1988/10 1988/22 1989/8 1994/1 2005/13 2014/5 2014/23 2016/14 2019/9 2020/10 2023/3 2035/13 2036/12 2040/14 2058/1 2098/7
examination [2]  1998/25 2044/8
examinations [1]  1935/2
examine [3]  2037/3 2053/16 2053/16
examined [1]  2021/18
example [12]  1943/14 1976/9 2016/25 2018/22 2021/1 2026/4 2032/6 2036/24 2045/22 2048/6 2097/24 2113/19

E

examples [1]  2036/21
exception [2]  1996/21 1996/22
exchange [5]  1976/21 1984/6 2001/19
 2007/13 2096/3
exchanges [1]  2015/6
excuse [3]  1967/21 2054/14 2115/22
executed [1]  2044/19
exemplar [2]  2051/6 2051/7
exhibit [76]  1940/3 1940/4 1942/19
 1970/8 1976/19 1992/25 1994/24
 1995/7 1996/7 1998/21 1998/22
 1998/23 2000/24 2001/18 2001/19
 2002/1 2002/2 2002/11 2003/3
 2003/12 2003/15 2004/11 2004/18
 2004/24 2005/6 2013/8 2014/10
 2014/17 2015/2 2015/10 2015/25
 2018/16 2020/4 2026/5 2026/12
 2029/8 2030/8 2030/8 2031/13
 2034/16 2035/17 2035/17 2036/11
 2042/24 2043/12 2052/13 2052/25
 2069/23 2072/23 2072/24 2076/23
 2077/1 2078/2 2078/5 2079/19 2080/1
 2080/6 2080/19 2082/7 2082/12
 2082/13 2082/13 2083/11 2083/12
 2085/8 2085/8 2089/23 2093/11
 2093/13 2093/18 2094/10 2097/10
 2097/12 2098/3 2099/20 2099/21
Exhibit 0402U [1]  2099/21
Exhibit 0807F [1]  2097/12
Exhibit 0812C [1]  2098/3
Exhibit 0901-D [2]  2076/23 2077/1
Exhibit 103-A [1]  2013/8
Exhibit 107 [1]  2043/12
Exhibit 3007 [1]  2079/19
Exhibit 3034 [1]  2015/25
Exhibit 3047 [1]  2004/11
Exhibit 3056 [1]  2004/18
Exhibit 3061 [1]  2029/8
Exhibit 314 [1]  2015/2
Exhibit 317 [1]  1998/23
Exhibit 4004 [1]  2094/10
Exhibit 4019-B [1]  2015/10
Exhibit 4019B [1]  2093/13
Exhibit 403-A [1]  2005/6
Exhibit 407 [1]  2014/10
Exhibit 408-H [1]  2034/16
Exhibit 408-I [1]  2035/17
Exhibit 410 [1]  2014/17
Exhibit 434 [1]  2020/4
Exhibit 452 [1]  2031/13
Exhibit 805-B [4]  2003/3 2003/12
 2003/15 2036/11
Exhibit 805B [3]  2001/19 2002/2
 2002/11
Exhibit first [1]  1998/21
exhibits [12]  1934/7 1934/9 1934/12
 1935/16 1935/25 1936/5 1937/14
 1944/18 1945/5 1950/25 1994/23
 2067/6
exist [1]  2075/11
existence [1]  2012/14
exists [1]  2112/17
Exit [1]  1971/16
exits [4]  1989/23 2023/23 2092/1
 2119/16
expect [14]  1953/15 1954/15 1959/6
 1961/21 1964/12 1964/21 1965/1

1965/7 1966/12 1968/4 1979/19
 1984/21 2112/15 2113/19
expectation [3]  1959/4 1961/14
 1961/20
expected [3]  1954/11 2038/4 2038/22
expenses [4]  2018/17 2018/20 2030/15
 2032/6
experience [3]  1952/19 2012/13 2105/7
experienced [1]  2019/6
expert [5]  1999/3 2074/20 2082/15
 2104/19 2105/15
experts [5]  2020/22 2051/2 2051/4
 2074/13 2104/12
explain [3]  1939/20 1973/5 2021/20
explained [9]  1957/15 1962/4 1965/20
 1983/6 2003/25 2035/8 2036/6
 2070/15 2111/7
explains [1]  2035/23
explanation [2]  1974/24 1986/7
explicitly [2]  2072/7 2098/8
exploited [1]  1944/23
expression [2]  2055/12 2111/13
extent [2]  1937/15 1953/16
extra [1]  2045/25
extra-legal [1]  2045/25
extract [1]  1974/9 2074/20
extradition [1]  2045/24
extremely [1]  2113/16
eyes [4]  1984/25 2115/12 2115/14
 2116/4

F

face [4]  1958/5 2039/10 2039/14
 2044/17
Facebook [5]  1938/22 1950/1 1963/1
 2043/11 2043/11
fact [44]  1947/12 1956/11 1959/10
 1968/14 1982/16 1982/20 1989/4
 1993/8 1996/6 1997/4 1998/17
 2006/24 2010/12 2014/20 2013/19
 2016/23 2024/15 2029/17 2032/19
 2033/9 2034/2 2034/3 2034/11
 2034/13 2035/21 2042/8 2043/9
 2044/19 2047/9 2049/13 2050/4
 2050/16 2066/16 2068/10 2069/25
 2085/3 2085/5 2089/6 2101/6 2101/11
 2101/15 2101/17 2112/17 2116/14
fact-findings [1]  1997/4
facts [18]  1991/19 1993/18 1994/17
 2012/15 2012/17 2013/23 2044/23
 2049/6 2049/8 2049/16 2066/3 2066/6
 2066/8 2101/2 2101/13 2101/16
 2103/19 2110/21
failed [2]  1964/16 2071/16
fair [6]  2030/23 2053/17 2057/11
 2064/12 2105/4 2114/2
fairly [1]  2057/1
faith [1]  2113/17
fake [1]  2004/6
fall [3]  1953/4 2042/21 2043/4
false [1]  2032/17
falsely [2]  1960/19 2082/3
families [4]  1938/6 1954/13 1963/9
 2088/21
family [36]  1938/10 1941/2 1942/4
 1944/3 1944/5 1945/15 1950/5 1950/9
 1959/17 1959/21 1960/3 1960/13
 1960/24 1961/11 1962/6 1962/24

1963/18 1971/17 1983/6 1983/7
 1983/8 1983/10 1988/15 2010/18
 2010/19 2045/22 2045/18 2046/1
 2059/23 2063/15 2073/22 2099/6
 2100/24 2111/17 2113/23 2118/16
family's [1]  1961/16
famous [2]  2082/6 2082/7
Fang [33]  1937/25 1938/2 1938/6
 1938/17 1939/2 1939/6 1943/5 1947/1
 1951/14 1951/16 1952/3 1952/8
 1952/18 1952/20 1952/24 1953/23
 1954/9 1954/12 1957/7 1960/16
 1961/22 1961/23 1963/20 1963/23
 1965/23 1969/20 1976/3 1977/23
 1987/14 1987/25 1988/19 1995/4
 2026/22
Fang's [15]  1938/7 1938/23 1938/24
 1943/15 1945/2 1947/9 1952/5 1952/8
 1963/1 1972/10 1976/10 1985/14
 1985/24 1986/12 1988/24
far [5]  1935/2 1948/7 2034/18 2045/19
 2090/21
fashion [1]  2040/4
fate [1]  2106/23
father [42]  1938/12 1938/14 1944/23
 1945/1 1945/3 1945/19 1945/22
 1945/23 1946/3 1946/18 1946/19
 1946/23 1947/2 1947/10 1947/13
 1947/17 1947/20 1947/21 1947/24
 1948/3 1948/5 1949/7 1955/11
 1955/18 1956/5 1956/5 1956/23
 1957/2 1957/8 1957/11 1959/5 1959/9
 1959/11 1959/18 1960/1 1960/5
 1962/20 1967/16 1983/3 1984/3
 1984/5 2045/1
father's [1]  1959/16
favor [5]  2019/21 2055/20 2055/24
 2056/20 2063/18
favorable [1]  2107/10
Fax [1]  1933/23
FBI [14]  2022/3 2022/8 2022/14
 2049/25 2050/10 2050/20 2052/4
 2057/19 2058/20 2084/18 2085/4
 2086/15 2086/21 2100/10
FBI Agent Bruno [1]  2086/21
FBI's [1]  2087/5
fear [5]  1960/4 1961/15 1961/23
 1962/5 2044/20
feared [1]  1947/11
federal [3]  1993/12 2050/18 2050/18
fee [5]  1969/12 1979/10 1979/11
 1979/24 2096/11
feedback [1]  2081/8
feelings [2]  1962/8 1989/1
fees [1]  2018/13
fellow [3]  2093/20 2093/23 2111/2
felt [5]  1950/6 1951/6 1961/23 1962/9
 2045/12
Feng [16]  1966/12 1975/5 1979/21
 1980/10 1980/15 1983/17 1984/4
 1984/13 1996/16 1996/22 2001/13
 2005/7 2005/8 2005/11 2007/15
 2101/9
Ferry [1]  2039/16
few [19]  1943/10 1949/21 1952/14
 1971/23 1972/22 1998/14 2001/17
 2015/21 2025/7 2037/18 2041/13
 2044/23 2058/20 2069/9 2087/24

F

few... [4]  2104/10 2116/9 2117/13
 2118/5
figure [8]  1946/2 1986/4 2022/6
 2065/13 2073/14 2105/5 2105/13
 2106/3
filing [1]  2032/17
fill [1]  2006/5
final [1]  2119/22
finally [9]  1950/11 1955/19 2034/6
 2043/19 2056/15 2056/21 2097/13
 2114/15 2118/5
finance [3]  2004/20 2005/11 2036/10
financial [3]  1995/11 1995/15 2004/25
financials [1]  1982/2
findings [2]  1969/15 1997/4
fine [9]  2069/12 2074/16 2090/6
 2093/15 2094/11 2097/22 2099/22
 2099/24 2121/25
fingerprints [1]  2051/3
finish [5]  2024/19 2046/20 2066/23
 2085/2 2106/21
finishes [1]  2119/11
Finishing [1]  2104/3
Finning [9]  1977/23 1978/21 1979/6
 2017/16 2017/20 2033/12 2033/16
 2033/20 2033/24
firms [2]  2036/1 2036/3
first [50]  1934/20 1941/11 1953/5
 1954/2 1954/5 1959/24 1960/20
 1960/21 1960/21 1962/12 1964/14
 1965/9 1968/11 1971/5 1973/21
 1974/20 1980/2 1991/4 1991/4
 1995/16 1998/21 2000/22 2001/18
 2001/25 2005/2 2008/8 2012/23
 2013/1 2020/8 2025/15 2026/15
 2030/10 2037/22 2038/8 2038/25
 2044/4 2045/12 2046/5 2053/5 2055/4
 2063/11 2063/12 2070/11 2073/1
 2082/20 2090/11 2094/7 2095/5
 2105/11 2116/10
fish [1]  2064/6
five [12]  1980/9 1993/15 1993/15
 1993/23 2004/21 2005/5 2005/13
 2047/11 2052/17 2060/24 2100/11
 2101/23
five-thousand-dollar [1]  1980/9
fixing [1]  2079/1
flag [2]  1975/7 1975/9
flash [1]  1935/25
flew [1]  1978/6
flight [4]  2046/9 2100/11 2101/8
 2101/20
flood [1]  1938/24
flown [2]  1957/8 1983/3
fly [1]  1945/19
focus [11]  1940/12 1969/23 1991/8
 1998/13 2011/20 2054/19 2076/8
 2076/12 2080/11 2086/14 2108/21
focused [4]  1994/19 1994/21 2020/25
 2080/10
focusing [2]  2085/16 2109/11
foil [1]  2017/12
folks [5]  1935/3 1936/14 2023/24
 2119/7 2120/25
follow [9]  1935/1 1945/2 1953/18
 1956/10 2006/10 2066/5 2066/19
 2097/21 2113/13

followed [4]  1948/4 1962/22
 1978/4
follower [1]  1960/19
following [12]  1946/3 1951/22 1971/14
 1980/17 1983/15 1984/2 2002/15
 2041/14 2061/8 2087/19 2092/6
 2107/23
footage [1]  2114/20
force [8]  1938/13 1941/23 1943/6
 1952/10 1957/13 1971/13 1974/16
 1984/17
forced [7]  1946/21 1947/3 1948/23
 1959/16 1959/23 1960/1 1962/20
forcibly [1]  1967/16
foreign [24]  1953/6 1954/6 1959/2
 1961/18 1964/8 1964/10 1965/2
 1965/4 1965/5 1966/17 1966/20
 2016/7 2019/12 2037/10 2037/23
 2052/15 2068/20 2069/3 2070/9
 2071/5 2105/18 2105/18 2106/25
 2107/2
forever [1]  2063/24
forgot [2]  2001/2 2097/16
form [4]  2049/12 2055/14 2055/14
 2116/24
formal [1]  1964/23
formats [1]  1981/6
former [6]  1940/21 1992/14 1992/17
 2013/20 2014/2 2062/20
forth [15]  1955/22 1996/4 2011/5
 2016/14 2018/23 2030/4 2042/4
 2049/24 2052/7 2055/23 2063/15
 2063/19 2100/6 2101/21 2101/22
Forty [1]  2105/7
forward [1]  1999/9
FOUO [1]  1978/12
four [15]  1939/21 1953/4 1953/14
 1954/3 1972/11 1975/5 1981/3
 1993/12 1993/19 2025/20 2025/20
 2046/16 2060/24 2112/22 2116/17
Fourth [1]  1964/19
FOX [7]  1973/9 1973/11 1974/3 1974/8
 1985/7 1985/8 2115/24
Foxhound [1]  2088/8
FOXHUNT [1]  2020/18
fraud [1]  2036/2
frequency [1]  2087/22
frequently [2]  1971/25 1972/5
friend [8]  1943/22 1975/4 1975/19
 1978/22 2017/16 2033/18 2072/2
 2110/25
friends [5]  1938/23 1950/2 1950/4
 1950/7 1963/17
frightened [2]  1960/7 2045/10
front [16]  1950/20 1950/20 1951/9
 1951/13 1958/5 1960/21 1974/4
 1985/16 1989/4 1993/11 1996/17
 2001/16 2039/14 2050/5 2073/20
 2114/21
fugitive [1]  1972/19 1972/22
fugitives [2]  1976/1 2021/9
fulfill [1]  2018/7
fully [3]  2019/8 2062/13 2071/12
functions [1]  2100/8
fundamental [1]  2007/8
fundamentally [1]  2038/25
funds [1]  2033/3
furtherance [2]  1954/24 1965/14

G

Gallowitz [19]  1957/16 1957/20
 1957/22 1957/25 1975/20 1975/20
 2008/15 2013/20 2015/7 2015/11
 2021/1 2027/19 2032/6 2034/20
 2039/11 2093/20 2093/25 2094/1
 2111/1
gangster [2]  2055/16 2115/6
gangsters [1]  2063/19
gap [1]  2095/23
gather [2]  1937/10 1955/24
gathered [2]  1945/13 1956/21
gathering [2]  1943/24 1994/4
geared [1]  1943/12
gender [1]  2001/2
general [6]  1964/17 1965/11 1968/14
 1987/11 2068/21 2070/10
generally [1]  1953/11
generated [6]  2034/15 2034/16
 2089/24 2090/12 2100/2 2120/10
GENNA [1]  1933/18
gentleman [2]  1975/12 2001/3
gentlemen [52]  1936/25 1937/13
 1939/13 1941/14 1952/17 1961/13
 1966/4 1967/7 1971/9 1987/17
 1989/16 1990/23 1993/22 1997/3
 2010/21 2011/10 2019/14 2023/18
 2024/6 2041/8 2047/18 2049/4
 2051/11 2054/18 2065/18 2066/15
 2066/21 2068/4 2069/24 2073/9
 2074/4 2074/22 2075/15 2077/5
 2080/12 2080/23 2086/7 2086/23
 2088/16 2089/8 2090/20 2091/20
 2093/10 2096/18 2097/5 2100/1
 2102/22 2104/23 2106/11 2106/23
 2108/2 2108/13
girl [1]  1949/13
given [12]  1946/23 1946/25 1947/4
 1971/22 1974/20 1974/23 2010/8
 2016/11 2084/21 2098/13 2099/8
 2105/25
glad [1]  1990/25
global [2]  1976/1 2021/9
glove [1]  2050/2
gmail.com [2]  1933/23 2073/10
goal [13]  1952/24 1953/3 1953/22
 1956/5 1957/14 1958/2 1974/15
 1987/13 1988/10 1988/22 1989/9
 2110/3 2112/13
GOLDBERGER [15]  1933/19 1934/24
 1935/5 1991/7 2039/13 2041/12
 2047/24 2049/2 2065/20 2066/14
 2066/19 2067/19 2098/25 2099/3
 2123/6
gonna [2]  2003/6 2025/9
Gonzalez [4]  1934/11 1935/23 1936/11
 1936/19
gov [1]  2073/12
government [364]
Government Exhibit 0316 [1]  2082/13
Government Exhibit 0317 [1]  2083/12
Government Exhibit 0902-F [1]  2082/7
Government Exhibit 2029 [1]  2026/12
Government Exhibit 307 [1]  2080/6
Government Exhibit 4012 [1]  2089/23
Government Exhibit 403-I [2]  2030/8
 2030/8
Government Exhibit 805-B [1]  2026/5

**G**

government's [25] 1945/24 1949/9 1952/4 1952/10 1959/15 1966/5 1967/6 2014/5 2022/17 2024/16 2028/2 2028/8 2028/9 2034/6 2043/7 2076/22 2077/1 2078/5 2085/8 2087/4 2089/15 2090/15 2097/8 2098/2 2101/10
governs [1] 2020/20
grab [1] 2089/22
graduate [2] 2042/24 2042/25
graduated [1] 2043/2
graphic [1] 1982/5
great [10] 1992/21 1994/3 2035/15 2045/22 2058/1 2108/12 2119/13 2121/22 2122/3 2122/4
green [3] 1941/10 1994/7 2070/22
Greenberger [1] 2047/24
Greg [8] 1977/23 1977/25 1978/2 1978/5 1978/21 1979/6 2017/16 2033/12
Greg Finning [1] 2033/12
gross [2] 2031/21 2032/24
group [2] 1979/15 2118/2
grows [1] 2089/4
guess [5] 1934/19 2062/8 2064/19 2113/9 2116/10
guidance [1] 2085/5
guide [1] 2010/4
guiding [1] 2087/3
guilt [5] 1953/13 1960/11 2012/10 2018/1 2037/7
guilty [27] 1939/21 1955/1 1955/2 1965/18 1968/8 1987/10 1987/12 1989/12 2011/4 2037/17 2047/6 2054/9 2056/8 2056/9 2056/16 2064/2 2068/7 2068/19 2068/23 2099/12 2099/13 2099/14 2109/20 2113/7 2113/11 2114/23 2115/6
gun [3] 2014/14 2093/25 2094/2
guy [8] 2052/22 2055/22 2060/15 2060/16 2060/17 2060/25 2063/23 2090/16
GX [27] 1941/6 1942/6 1942/19 1942/21 1942/24 1943/17 1944/18 1946/9 1948/11 1948/11 1948/19 1950/10 1950/25 1952/12 1957/10 1961/8 1970/7 1970/14 1971/8 1976/3 1976/3 1978/4 1981/24 1983/21 1984/8 1985/22 1985/22
GX 701-A [1] 1957/10

**H**

H-U [1] 2003/22
Habeeb [3] 1978/18 1979/4 2033/15
half [4] 2019/8 2024/21 2045/14 2104/4
halfway [2] 1938/12 1948/24
hand [3] 2075/18 2111/17 2115/22
handed [2] 1936/19 1980/8
handle [3] 2003/6 2073/22 2115/20
handled [1] 1978/11
hands [4] 1942/13 1965/6 2055/20 2106/24
hands-off [1] 1965/6
hands-on [1] 1942/13
handwriting [2] 2051/6 2051/7
hang [2] 2104/4 2121/16
happenstance [1] 2112/2

happy [1] 2121/19
harass [23] 1940/17 1943/5 1944/23 1945/14 1948/17 1948/22 1949/17 1949/25 1954/8 1954/9 1955/6 1958/10 1958/12 1959/3 1965/22 1986/1 1987/14 1988/18 2037/25 2038/1 2044/5 2109/2 2111/7
harassed [3] 1938/5 1952/18 2038/20
harassing [5] 1938/22 1952/24 1953/22 1955/16 1958/22
harassment [25] 1943/12 1944/25 1945/12 1949/3 1949/4 1955/5 1956/24 1957/13 1958/15 1958/17 1962/25 1963/4 1963/7 1965/25 1966/11 1968/19 1976/13 2039/25 2043/8 2043/9 2043/10 2043/20 2047/12 2116/5 2118/15
hard [1] 1995/8 2014/23
headaches [1] 1959/21
health [3] 1959/10 1959/11 1959/19
heard [98] 1939/17 1940/7 1942/16 1945/10 1946/25 1951/2 1957/16 1959/9 1961/2 1961/22 1962/4 1962/25 1963/1 1963/23 1973/3 1975/22 1975/25 1976/16 1977/7 1977/21 1978/18 1983/23 1985/8 1985/10 1985/20 1985/23 1991/5 1991/23 1991/24 1991/25 1992/8 1992/14 1993/2 1993/6 1994/5 1994/7 1996/16 1996/25 1997/19 1998/16 1998/17 1999/19 2000/3 2001/11 2005/19 2008/10 2008/14 2009/25 2011/22 2014/15 2016/8 2016/22 2018/10 2019/6 2020/19 2020/21 2021/1 2021/2 2021/4 2021/16 2021/17 2021/23 2023/2 2026/4 2026/21 2027/11 2029/7 2029/24 2031/23 2040/21 2042/8 2043/2 2043/21 2043/24 2045/2 2045/24 2048/19 2051/4 2052/3 2060/25 2068/13 2068/17 2068/21 2071/19 2072/3 2075/17 2084/11 2094/1 2099/2 2105/11 2105/14 2105/20 2105/21 2108/20 2109/12 2114/4 2117/13 2118/14
heavily [1] 2117/3
HEEREN [9] 1933/15 1935/9 1991/5 2064/18 2107/14 2107/20 2108/8 2119/2 2123/8
Hello [2] 2067/24 2067/24
helpless [1] 2106/24
hemorrhage [2] 1946/21 1959/20
herself [1] 1963/20 2072/11
Hi [1] 2004/20
hidden [1] 2026/8
hide [10] 2017/23 2019/11 2028/19 2030/1 2030/2 2031/11 2033/3 2033/4 2034/2 2034/3
hiding [8] 2028/5 2028/25 2031/4 2031/5 2032/19 2033/9 2034/18 2035/21
high [1] 2113/16
highlights [2] 1974/18 2087/18
highly [5] 1941/7 1941/15 1971/15 1985/9 2013/2
Hill [4] 2101/9 2101/24 2102/4 2102/13
Hills [9] 1993/21 2014/7 2014/11 2040/23 2044/2 2044/6 2044/7 2044/9

2117/18
himself [17] 1944/4 1945/3 1955/13 1957/1 1958/10 1963/18 1975/24 1976/1 1993/11 2019/6 2021/4 2024/15 2058/12 2077/14 2089/13 2102/18 2116/16
hint [1] 2087/4
hire [5] 1940/20 1972/7 1992/6 2014/2 2116/11
hired [20] 1941/2 1941/22 1969/9 1971/5 1974/10 1974/23 1976/8 1984/17 1988/1 1988/3 1991/22 1992/2 1992/5 1995/24 2008/12 2080/3 2080/13 2110/22 2116/21 2117/5
history [4] 1975/9 1992/20 2060/16 2091/6
hitting [1] 2012/8
hold [11] 1936/20 1939/12 1966/2 1977/17 2043/18 2049/3 2065/12 2078/8 2088/18 2089/2 2098/23
holding [1] 1960/22
home [42] 1938/7 1938/17 1945/2 1945/22 1947/20 1947/24 1948/4 1948/12 1948/17 1949/18 1950/14 1951/1 1951/17 1955/20 1957/2 1958/12 1960/13 1961/25 1962/2 1962/24 1963/3 1969/20 1972/10 1977/1 1985/7 1985/14 1985/24 1985/24 1986/3 1986/5 1986/12 1988/6 1988/24 1993/21 1993/21 2053/2 2056/22 2058/10 2059/5 2115/19 2115/21 2116/16
Homeland [4] 1956/17 1978/7 2074/12 2104/17
homes [1] 2114/13
honest [1] 1934/23
honestly [1] 2046/2
Hong [2] 1971/16 2039/8
Hong Ju Jin [1] 2039/8
Hong Kong [1] 1971/16
Hongru [14] 1945/10 1946/1 1999/19 2005/19 2006/2 2006/16 2007/12 2007/19 2008/23 2009/1 2009/10 2009/25 2068/18 2097/9
Hongru Jin [2] 1945/10 1999/19
Hongzhong [2] 1993/6 1993/7
honor [42] 1935/10 1935/13 1957/10 1983/5 1983/6 1990/7 1990/15 1990/22 2024/8 2032/3 2041/6 2046/12 2046/18 2049/2 2051/9 2054/16 2065/10 2065/21 2066/12 2068/8 2069/18 2075/12 2076/4 2076/9 2078/9 2078/20 2079/13 2080/20 2084/23 2085/1 2086/2 2090/3 2093/8 2093/15 2094/11 2096/16 2099/24 2104/3 2107/16 2108/9 2119/4 2122/2
HONORABLE [1] 1933/9
hope [2] 1937/1 2024/6 2066/25 2099/18
hopefully [3] 1936/5 2011/3 2025/5
hoping [1] 2050/14
horribly [1] 2010/17
hotel [6] 1945/13 1946/4 1983/25 2008/18 2009/20 2084/15
hour [9] 1946/13 1960/12 1983/24 1999/14 1999/15 2000/1 2019/7

**H**

hour... [2]  2024/21 2104/5
hours [4]  2060/8 2060/8 2060/10
2091/15
house [18]  1950/23 1958/5 1976/22
1985/17 1985/17 2039/14 2040/16
2042/3 2045/13 2057/8 2058/18
2059/5 2101/9 2102/4 2102/6 2102/7
2111/8 2117/11
HSI [1]  1978/18
Hsu [3]  2080/2 2080/2 2081/2
Hu [57]  1942/14 1942/17 1942/20
1942/25 1943/2 1943/9 1943/14
1944/14 1944/24 1944/25 1945/3
1946/12 1949/10 1955/24 1956/13
1966/12 1967/10 1967/12 1967/18
1969/16 1972/1 1972/3 1972/5
1972/18 1972/20 1972/20 1972/21
1972/23 1973/12 1974/11 1979/19
1980/5 1980/10 1980/25 1987/24
2003/21 2003/24 2009/16 2026/14
2082/2 2082/21 2082/23 2083/2
2083/4 2083/8 2084/13 2086/15
2086/21 2087/20 2087/23 2089/11
2089/16 2089/19 2098/17 2110/8
2118/13 2118/14
Hu Ji [32]  1942/14 1942/17 1942/20
1942/25 1943/2 1943/9 1943/14
1944/14 1944/24 1944/25 1945/3
1946/12 1949/10 1972/1 1987/24
2026/14 2082/2 2082/21 2082/23
2083/2 2083/4 2083/8 2084/13
2086/15 2086/21 2087/20 2087/23
2089/11 2089/16 2089/19 2098/17
2118/13
Hudson [2]  2022/10 2022/11
huge [2]  2054/3 2064/2
Hui [11]  1940/25 1966/13 1967/10
1970/5 1970/9 1971/14 1996/16
2073/4 2105/1 2118/12 2118/16
hundreds [1]  2104/13
hunt [8]  1973/9 1973/11 1974/3 1974/8
1985/8 1985/8 2115/24 2120/7
hunting [1]  1971/13
hysterically [1]  1939/1

**I**

I.D [1]  1971/17
iCloud [1]  2074/9
idea [12]  1958/8 2039/19 2039/19
2042/13 2047/8 2060/14 2114/24
2116/11 2116/21 2117/24 2118/20
2118/21
ideas [1]  2067/2
identified [3]  1944/16 1988/6 2013/10
identify [3]  2074/19 2083/3 2089/13
identity [1]  2003/22 2089/18
illegal [11]  1946/16 1953/5 1964/8
1964/10 1964/22 1979/1 1981/21
1981/22 1987/13 2076/3 2109/7
illegally [2]  2012/23 2014/21
images [1]  1938/25 1985/21
imagine [1]  2051/3
immediate [2]  1954/13 2112/11
immediately [5]  1942/20 1975/11
1975/18 2051/7 2055/5
immigration [3]  1992/13 2074/12
2104/17

imply [1]  2051/30
important [20]  1935/4 1997/6 2004/18
2004/23 2008/6 2022/16 2025/15
2051/12 2052/11 2053/22 2053/24
2055/3 2058/13 2062/11 2062/22
2063/1 2063/25 2063/25 2071/5
2116/14
importantly [3]  2067/4 2109/13 2111/5
impossible [1]  2113/20
impressed [1]  2074/7
improperly [5]  1943/21 1956/16
1976/14 1977/19 1977/23 1978/23
inaccurate [1]  2112/3
inadvertently [1]  2118/22
incident [2]  2041/11 2042/15
include [2]  2120/6 2120/14
included [6]  1938/25 1943/18 1966/11
1976/2 2120/13 2121/8
includes [2]  1949/19 2044/9
including [15]  1938/4 1941/8 1952/22
1955/15 1961/24 1967/13 1967/15
1971/16 1978/3 1981/3 2013/23
2036/1 2073/24 2097/2 2104/19
income [4]  2031/10 2032/23 2032/23
2032/24
inconsistent [2]  1953/17 2000/12
incorporate [1]  2121/24
incorrect [1]  2049/12
incredible [1]  2045/23
incredibly [1]  1969/13
indeed [2]  1994/20 2019/20
indicate [2]  2001/2 2040/16
indicates [3]  2052/25 2083/22 2088/5
indicating [1]  2075/7
indictment [7]  1934/22 1968/10
2037/24 2055/4 2056/17 2063/3
2063/5
indirectly [1]  2043/15
individual [9]  1966/18 1977/13 1977/20
1978/19 1983/9 2066/17 2071/23
2072/9 2112/20
individuals [5]  1973/12 2075/16
2028/22 2120/21 2121/6
inexorably [1]  2012/18
infer [13]  1977/21 1983/15 2005/10
2012/5 2012/9 2012/13 2101/2
2101/13 2101/15 2101/15 2101/25
2111/19 2118/11
inference [9]  2070/3 2079/16 2101/14
2114/1 2114/1 2114/2 2114/2 2116/19
2116/19
info [3]  1976/22 1976/23 2026/7
inform [1]  2002/10
information [97]  1941/7 1941/12
1941/13 1941/14 1941/16 1941/21
1943/11 1943/15 1943/15 1943/16
1943/17 1943/19 1943/21 1943/24
1949/13 1949/16 1955/24 1956/4
1956/7 1956/9 1956/16 1956/18
1956/21 1967/18 1967/20 1969/14
1970/3 1970/4 1970/13 1971/15
1971/17 1971/18 1971/21 1974/23
1975/18 1976/2 1976/6 1976/9
1976/12 1976/15 1976/16 1976/25
1976/25 1977/3 1977/5 1977/10
1977/10 1977/12 1977/16 1977/17
1977/22 1978/2 1978/8 1978/9
1978/10 1978/14 1978/17 1978/19

1978/23 1979/4 1982/8 1982/12
1983/13 1988/14 1988/16 1999/1
1999/1 1999/6 2001/6 2021/23
2030/20 2033/12 2033/17 2033/25
2034/24 2035/2 2035/25 2036/2
2041/9 2042/18 2043/8 2052/6
2059/11 2080/8 2080/14 2080/15
2080/23 2081/5 2081/7 2081/18
2094/25 2095/1 2104/17 2117/1
2117/4 2117/7 2118/24
informed [3]  1942/10 2014/8 2055/14
informs [1]  1998/1
initial [3]  1969/10 2035/24 2088/12
initiate [1]  1967/10
injustice [1]  2046/23
inner [3]  2009/18 2009/19 2010/1
innocence [3]  2012/11 2015/19 2070/6
innocent [4]  2029/20 2036/25 2037/16
2047/15
inquiry [2]  2002/6 2005/3
inside [7]  1950/25 1961/25 1985/16
1985/17 1986/4 1989/2 1989/3
insinuates [1]  2020/12
Inspection [1]  1974/5
instance [1]  2067/3
instead [7]  2001/4 2029/5 2040/3
2072/7 2075/23 2077/9 2107/4
Institute [2]  2022/10 2022/11
instruct [15]  1953/16 1954/15 1964/12
1964/21 1965/1 1965/8 1966/17
1968/4 2000/10 2011/3 2011/23
2019/16 2037/20 2070/2 2119/11
instructed [2]  1983/25 2006/7
instruction [7]  1984/21 2006/6 2016/11
2038/13 2071/4 2113/12 2113/14
instructions [16]  1934/9 1936/1
1953/18 2011/2 2042/9 2054/19
2063/4 2066/15 2066/18 2075/17
2097/21 2102/11 2119/22 2120/4
2120/8 2121/25
instructs [1]  1953/17
insufficiency [1]  2076/13
integral [1]  2088/7
intelligence [1]  2105/18
intend [1]  1934/14
intended [2]  1951/16 2038/22
intent [10]  1940/14 1954/7 1954/9
1955/16 1959/3 2010/25 2027/9
2030/23 2037/25 2038/1
intention [1]  2089/19
intentionally [2]  1954/20 1965/12
interacted [1]  1996/20
interest [2]  2102/4
interesting [3]  2052/2 2052/20 2120/18
intermediaries [2]  1967/14 1967/25
intermediary [1]  1972/7
intermediate [1]  2098/6
international [4]  1956/22 1957/12
1958/15 2100/3
internationally [1]  1955/14 1957/6
Interpol [11]  1975/21 1975/23 1976/1
2021/8 2090/9 2091/1 2091/3 2093/22
2093/24 2095/11 2096/9
interpretation [1]  1937/4
interpreter [25]  1942/8 1942/9 1979/14
2076/19 2076/19 2077/4 2078/2
2080/3 2080/24 2084/9 2086/17
2088/5 2090/13 2094/14 2094/20

**I**

interpreter... [10]  2095/2 2095/6
2095/15 2095/18 2095/21 2095/22
2096/1 2096/3 2096/24 2103/2
interrogated [1]  2019/7
interrupt [1]  2007/18
intersection [1]  1996/14
interstate [32]  1953/9 1953/19 1954/2
1954/5 1954/15 1954/18 1955/4
1955/4 1955/9 1959/2 1960/11
1960/14 1961/18 1962/15 1962/17
1963/7 1964/6 1965/17 2024/20
2037/19 2037/21 2037/23 2037/25
2038/9 2038/17 2052/16 2056/8
2056/9 2058/14 2067/12 2068/23
2070/10
interview [6]  1956/12 1957/5 1960/20
1974/6 1983/3 2046/7
interviewed [2]  2084/18 2118/1
intimidate [12]  1940/18 1950/15 1954/8
1954/9 1955/6 1959/3 1965/23
1985/14 1986/1 1987/14 2038/1
2109/2
intimidated [1]  2038/21
intimidating [1]  1953/22
intimidation [7]  1943/13 1949/6
1952/21 1955/5 1956/24 1957/12
1968/19
introduce [4]  2077/15 2077/17 2088/12
2088/14
introduced [7]  2000/14 2000/15
2000/17 2031/13 2082/1 2088/9
2088/24
introducing [1]  2102/18
invaded [3]  1960/16 1985/15 1989/1
invasive [2]  1943/12 1962/18
investigate [2]  1977/19 2036/1
investigating [3]  1995/19 2010/13
2109/4
investigation [11]  1992/3 2000/24
2004/16 2004/16 2017/20 2018/21
2020/9 2026/22 2026/23 2039/17
2046/6
investigations [1]  2023/4
investigative [2]  1979/15 2016/4
investigator [41]  1940/21 1949/1
1957/15 1970/1 1970/3 1970/12
1975/8 1975/10 1975/19 1977/7
1988/1 1988/3 1991/23 1992/3 1992/9
1992/16 1992/18 1992/22 2001/23
2003/13 2007/16 2007/21 2008/25
2009/4 2009/7 2029/2 2035/22 2046/3
2047/11 2072/15 2073/23 2080/13
2080/25 2087/21 2088/4 2088/10
2090/11 2093/19 2093/20 2094/14
2104/19
investigators [8]  1991/25 1992/2
1994/2 1994/18 2014/14 2018/22
2022/13 2032/2
investment [1]  2026/9
invitation [1]  2024/10
invited [2]  2005/23 2009/22
invoice [1]  2001/24
invoices [2]  2016/14 2016/19
involved [24]  1945/17 1953/2 1965/25
1966/10 1974/2 1992/3 1995/24
1997/12 2001/7 2013/13 2013/17
2016/10 2022/18 2022/19 2044/23

2045/15 2045/22 2060/7 2061/1
2062/12 2062/20 2063/17 2065/5
2116/2
involvement [8]  2059/23 2071/21
2081/4 2082/19 2084/2 2088/14
2089/1 2116/22
involving [3]  1959/5 2073/23 2087/22
iota [1]  2038/20
IRISA [1]  1933/16
irrelevant [2]  1976/7 2106/20
IRS [1]  2050/21
issue [10]  1944/6 1968/20 2007/23
2008/1 2018/25 2032/16 2035/13
2048/23 2095/24 2120/1
issues [2]  1940/13 2119/19
it'll [1]  1935/4
itself [9]  1955/5 1961/14 1977/15
1978/13 1979/20 2050/19 2058/15
2116/3 2116/3

**J**

J Lifetime [3]  2002/3 2002/5 2041/1
J-I [1]  2003/22
jail [5]  1947/18 1960/6 2025/12 2027/4
2100/22
jailed [1]  1947/13
Jane [1]  2120/3
Jason [10]  1969/12 1971/10 1975/2
1975/13 1979/11 1993/5 2001/4
2043/15 2110/7 2118/22
Jason Zhu [2]  1993/5 2043/15
jerk [1]  2063/23
Jersey [42]  1938/8 1938/13 1942/17
1943/3 1945/1 1945/8 1946/13
1950/17 1955/12 1956/25 1957/22
1959/16 1960/13 1962/21 1968/19
1976/15 1976/16 1978/3 1991/25
1992/9 1992/15 1992/18 1992/23
1993/21 1993/22 1994/13 2013/4
2014/12 2028/4 2034/9 2034/21
2035/23 2036/17 2038/10 2050/4
2053/2 2053/13 2053/21 2055/19
2055/24 2060/12 2082/4
Ji [55]  1942/14 1942/17 1942/20
1942/25 1943/2 1943/9 1943/14
1944/14 1944/24 1944/25 1945/3
1946/12 1949/10 1955/24 1956/13
1966/12 1967/10 1967/13 1967/18
1969/17 1972/1 1972/3 1972/5
1972/20 1972/21 1972/23 1973/12
1974/11 1979/19 1980/5 1980/11
1980/25 1987/24 2002/23 2003/24
2009/16 2026/14 2082/2 2082/21
2082/23 2083/2 2083/4 2083/8
2084/13 2086/15 2086/21 2087/20
2087/23 2089/11 2089/16 2089/19
2098/17 2110/8 2118/13 2118/14
Jin [143]  1937/24 1938/2 1938/5
1938/9 1938/14 1938/17 1938/19
1938/23 1939/6 1940/22 1941/2
1941/22 1941/23 1942/1 1942/3
1943/5 1944/2 1945/3 1945/7 1945/10
1945/14 1945/24 1945/25 1946/1
1946/2 1946/24 1946/24 1947/15
1947/25 1948/1 1948/4 1948/4 1948/8
1948/14 1948/22 1948/25 1949/8
1949/15 1949/17 1949/25 1950/13
1951/14 1951/16 1952/2 1952/8

1952/10 1952/18 1952/20 1952/24
1953/22 1954/9 1954/12 1955/18
1956/6 1956/8 1957/6 1957/13
1957/19 1958/11 1959/9 1959/11
1960/2 1960/3 1960/6 1960/24
1961/11 1961/23 1962/4 1962/22
1963/1 1965/23 1968/1 1970/2 1971/6
1971/7 1971/9 1971/11 1971/13
1972/8 1972/15 1972/22 1973/15
1973/17 1973/20 1973/24 1974/11
1974/16 1975/12 1975/16 1975/23
1976/2 1976/10 1976/19 1977/22
1979/1 1979/8 1981/13 1981/14
1981/15 1982/3 1982/17 1982/23
1983/18 1984/11 1984/17 1985/6
1987/14 1987/24 1988/19 1988/24
1992/4 1995/4 1995/23 1999/19
2001/2 2001/2 2001/6 2005/20 2006/2
2006/16 2007/12 2007/20 2008/23
2009/1 2009/10 2009/25 2026/22
2039/8 2068/18 2068/18 2090/22
2097/7 2097/9 2097/9 2097/16
2097/19 2102/5 2110/22 2117/12
Jin Hongru [1]  2068/18
Jin Xu [2]  2001/2 2001/6
Jin Xu's [1]  2001/2
Jin's [54]  1938/12 1938/14 1938/25
1942/3 1942/6 1944/15 1944/15
1945/1 1945/3 1945/19 1945/22
1946/18 1946/19 1946/23 1947/10
1947/14 1947/19 1947/20 1947/21
1948/3 1948/5 1948/9 1948/12 1949/7
1949/12 1949/13 1949/16 1949/18
1950/19 1951/12 1952/7 1952/15
1955/11 1955/19 1956/5 1956/5
1956/23 1959/5 1959/17 1960/1
1962/20 1963/3 1963/9 1967/16
1969/18 1969/20 1984/3 1984/5
1985/14 1988/5 1988/13 1989/6
1993/20 2002/9
job [15]  1945/4 2030/18 2031/5 2075/8
2075/20 2077/23 2080/13 2080/25
2097/3 2098/13 2099/3 2099/8 2105/4
2106/7 2106/7
John [1]  2120/3
Johnny [59]  1945/9 1945/21 1946/4
1946/6 1946/11 1946/15 1946/17
1948/9 1948/12 1948/17 1949/3
1955/15 1958/9 1958/16 1967/14
1975/5 1976/20 1976/20 1977/11
1980/5 1980/10 1980/18 1999/13
1999/16 1999/24 2001/14 2001/20
2001/20 2002/2 2002/9 2002/11
2002/13 2003/2 2003/9 2005/21
2006/3 2006/6 2008/20 2008/25
2009/4 2009/6 2009/12 2010/6 2010/7
2013/9 2026/5 2026/13 2036/12
2036/13 2043/16 2046/7 2097/7
2097/16 2097/18 2098/7 2100/15
2100/15 2118/17 2118/19
Johnny Ju [2]  2026/5 2026/13
Johnny Zhu [14]  1945/9 1999/13
1999/16 1999/24 2001/14 2001/20
2001/20 2002/2 2002/9 2043/16
2097/7 2097/16 2097/18 2098/7
joined [1]  1954/20
joint [6]  1981/17 2027/14 2028/16

**J**

joint... [3]  2028/24 2029/4 2029/6
joke [1]  2094/1
joked [1]  1957/17
joked about [1]  1957/17
Joseph [1]  2026/20
Joseph Yang [1]  2026/20
Ju [5]  2026/5 2026/13 2038/2 2039/8
2040/8
Ju's [1]  2041/2
judge [34]  1933/10 1935/15 1939/23
1953/15 1953/17 1953/18 1954/15
1964/12 1964/21 1965/1 1965/7
1966/16 1968/4 1984/21 1984/24
2000/10 2011/3 2011/23 2012/12
2019/16 2024/10 2037/6 2037/20
2051/17 2051/18 2053/24 2053/25
2054/5 2059/14 2062/7 2062/17
2062/23 2065/25 2070/2
Judge Chen [2]  2037/6 2037/20
Judge Chen's [1]  2024/10
Judge's [3]  2062/25 2063/11 2071/3
jumped [1]  2027/6
Jun [2]  1966/13 1996/15
June [2]  1933/5 2122/7
June 15 [1]  2122/7
jurors [1]  2053/15
jury [41]  1933/10 1934/4 1934/5
1934/10 1935/19 1936/1 1936/4
1936/17 1936/25 1989/16 1989/23
1990/12 1990/17 1990/23 1993/2
1993/12 2023/23 2024/2 2024/4
2049/21 2057/14 2063/5 2063/8
2064/2 2064/10 2067/18 2067/20
2068/3 2068/4 2086/8 2086/9 2092/1
2093/5 2103/19 2106/20 2106/23
2108/14 2109/14 2119/16 2119/22
2120/11
jury's [1]  2091/14
justice [2]  2048/7 2070/5
justly [2]  2044/18 2045/21

**K**

keep [7]  1989/19 2004/7 2015/21
2023/19 2064/16 2091/21 2119/9
keeps [1]  2003/9
Kelly [1]  2013/21
Kennedy [1]  2042/25
kept [4]  1936/4 1974/21 1974/23
2116/15
KEVIN [1]  1933/21
key [6]  1936/22 1940/6 1940/9 2109/10
2110/21 2118/13
kid [3]  2061/4 2066/8 2066/10
kill [2]  1938/11 1944/4
killer [6]  2088/17 2088/19 2088/20
2089/4 2089/4 2089/6
killing [1]  2088/18
kills [1]  2089/5
kinds [1]  2051/3
Kings [1]  1992/11
knock [4]  1936/20 2043/23 2067/16
2067/16
knock-knock [1]  2067/16
knocked [2]  2042/3 2057/5
knocking [3]  1936/20 1936/22 2115/20
knowing [4]  1948/25 1956/11 2109/2
2116/7

knowingly [15]  1939/9 1939/15 1954/20
1964/18 1965/12 2069/2 2069/2
2069/2 2071/8 2071/8 2071/17 2118/7
2118/7
knowledge [6]  1940/13 2029/17 2031/6
2034/7 2038/14 2111/20
known [13]  1973/9 2011/8 2020/13
2022/18 2027/23 2051/7 2073/7
2080/2 2090/16 2096/20 2115/7
2115/12 2118/10
knows [14]  1999/15 2044/18 2051/20
2059/1 2060/4 2060/6 2060/6 2072/14
2086/21 2095/3 2097/3 2100/15
2111/2 2117/23
Kong [1]  1971/16
Kuang [58]  1950/17 1950/23 1951/5
1960/12 1960/16 1961/2 1961/5
1985/10 1986/2 1986/3 1987/5 2042/9
2048/21 2048/24 2048/25 2048/25
2049/18 2049/20 2051/6 2051/12
2053/1 2053/3 2053/3 2053/7 2053/9
2053/9 2053/13 2053/18 2054/14
2055/2 2055/8 2055/10 2055/18
2055/21 2055/24 2056/1 2056/7
2056/7 2057/16 2057/19 2058/8
2058/9 2058/9 2059/9 2060/11
2060/11 2060/12 2064/16 2065/1
2065/2 2068/21 2068/22 2114/4
2114/22 2115/19 2115/20 2115/23
2115/23
Kuang's [2]  2052/18 2111/21

**L**

lack [7]  1983/10 1998/6 2019/17
2037/14 2037/14 2039/21 2109/22
lacking [1]  2037/15
ladies [51]  1936/25 1937/13 1939/13
1941/14 1952/17 1961/13 1966/4
1967/6 1987/17 1989/16 1990/23
1993/22 1997/2 2010/21 2011/10
2019/14 2023/18 2024/6 2041/8
2047/18 2049/4 2051/11 2054/18
2065/18 2066/15 2066/20 2068/4
2069/24 2073/8 2074/4 2074/22
2075/15 2077/5 2080/12 2080/23
2086/7 2086/23 2088/16 2089/8
2090/19 2091/20 2093/10 2096/18
2097/5 2100/1 2102/22 2104/23
2106/11 2106/23 2108/2 2108/13
lady [5]  1975/1 1975/3 2052/3 2058/18
2082/16
Lan [28]  1945/6 1945/6 1946/4 1946/6
1946/14 1946/25 1947/2 1947/16
1955/15 1966/14 1967/13 1983/17
1983/17 1983/25 1984/12 1996/15
1999/24 2005/21 2006/4 2006/12
2006/16 2006/19 2007/6 2008/18
2009/16 2045/4 2100/8 2105/1
Lan's [1]  1955/19
language [2]  1977/15 2115/16
Languages [1]  2078/4
Laping [1]  2071/24
laptop [1]  1935/21
largely [1]  1940/8
larger [2]  1962/16 1986/1
lasted [1]  1983/24
lasting [1]  1952/19
late [4]  1942/14 1942/18 2060/9 2062/8

latest [2]  1952/9 1995/5
Laugh [1]  1957/24
launches [1]  1976/1 2021/8
laundering [1]  2017/21
law [38]  1938/8 1939/11 1942/7
1943/21 1945/23 1947/2 1947/20
1947/22 1947/24 1949/18 1953/15
1963/3 1963/9 1969/20 1975/8
1989/11 1992/22 2000/10 2012/25
2014/2 2017/13 2017/14 2025/21
2036/1 2036/3 2041/3 2062/7 2062/10
2063/4 2065/25 2066/3 2066/5 2071/4
2071/6 2109/4 2112/9 2119/11 2120/2
law's [2]  1948/1 1993/20
lawn [1]  1951/12 1951/15
LAWRENCE [1]  1933/18
laws [1]  2075/25
lawyer [2]  1992/13 2066/22
lawyer's [2]  1996/5 2013/4
lead [2]  2012/17 2109/18
leading [9]  1942/19 1950/19 1961/11
1972/1 1972/4 2005/17 2114/21
2114/22 2114/23
lean [1]  2064/15
learn [1]  1984/24
learned [9]  1940/15 1975/16 1975/22
1981/14 1981/15 2008/11 2053/5
2065/22 2105/11
learning [1]  1942/1 2069/10
lease [2]  2035/14 2036/13
leased [4]  1977/1 2035/10 2036/7
2036/13
least [13]  1964/19 1968/18 1975/6
1981/8 2014/10 2034/21 2036/22
2040/9 2044/14 2059/20 2068/6
2096/6 2099/18
leave [8]  1945/23 1956/8 1988/24
1998/9 2063/19 2100/10 2100/13
2100/20
leaving [3]  1951/8 2032/8 2038/19
led [1]  2071/24
left [23]  1938/18 1942/25 1947/22
1947/23 1951/12 1951/14 1951/18
1960/18 1962/23 1970/15 1985/18
1986/5 1986/7 1989/4 1994/6 2059/19
2082/14 2083/15 2083/21 2100/12
2100/15 2113/24 2118/5
legal [2]  2045/25 2075/22
legally [1]  2058/24
legitimate [5]  1949/15 1980/8 1988/16
1991/24 2075/22
length [2]  1991/5 2053/13
lengths [1]  1994/3
lengthy [2]  1945/15 1975/8
leniency [1]  2051/19
less [4]  1949/10 2032/11 2038/22
2121/11
letter [1]  2073/1
letters [4]  1963/2 2043/24 2044/1
2044/1
lever [1]  1956/5
Li [12]  1946/22 1966/12 1979/21
1993/6 1993/7 1996/16 1996/16
1996/22 2005/7 2005/8 2005/11
2043/14
Li Feng [1]  1996/16 1996/22
Li Hongzhong [2]  1993/6 1993/7
Li Minjun [1]  1996/16

**L**

liable [3]  2088/21 2089/2 2098/23
liar [2]  2053/18 2053/18
license [4]  1949/19 1976/18 1978/4 1995/6
licensed [2]  1992/9 2073/23
lie [16]  1971/10 1971/11 1975/9 1975/10 2050/4 2050/18 2050/18 2050/20 2050/20 2050/21 2051/22 2103/8 2103/8 2103/9 2103/15 2111/24
lied [24]  1958/20 1975/14 2010/12 2010/13 2010/13 2011/10 2024/15 2046/10 2050/8 2050/10 2050/10 2050/13 2050/16 2050/23 2051/15 2051/21 2064/18 2064/24 2064/25 2111/21 2111/22 2114/17 2114/17 2114/17
lies [3]  2064/17 2064/25 2111/21
life [7]  1962/12 1963/20 1991/14 1993/23 2037/1 2037/3 2064/3
Lifetime [3]  2002/3 2002/5 2041/1
light [1]  2071/14
lightweight [1]  2003/5
likely [4]  2057/2 2081/2 2114/1 2114/2
likewise [2]  2042/17 2045/6
limited [1]  1977/9
Lina [1]  2080/3
Lina Xu [1]  2080/3
line [10]  1969/11 1975/21 1976/4 1991/14 2019/3 2062/22 2100/4 2108/23 2108/23 2108/25
lines [3]  1957/12 2011/18 2050/2
Linguist [1]  2086/16
link [3]  1976/4 2027/25 2043/13
linked [1]  2042/11
links [2]  2043/17 2043/25
Liping [1]  1992/8
Liping Shi [1]  1992/8
list [6]  2002/3 2045/7 2082/20 2100/3 2119/23 2120/10
listed [2]  1971/2 2083/15
listen [13]  1997/6 2062/10 2062/23 2063/1 2063/11 2066/1 2066/22 2110/10 2110/11 2110/16 2110/20 2111/9 2113/11
listened [2]  2005/20 2006/3
listening [2]  2047/16 2064/9 2067/17 2107/11
lists [2]  1934/8 2119/24
literal [1]  2006/21
literally [1]  1947/22
litigation [1]  2111/11
Little Ferry [1]  2039/16
Liu [55]  1937/25 1938/2 1938/6 1938/7 1938/17 1938/23 1938/24 1939/2 1939/6 1943/5 1943/15 1944/4 1945/2 1947/1 1947/9 1947/22 1951/14 1951/16 1952/3 1952/5 1952/5 1952/7 1952/8 1952/18 1952/20 1952/24 1953/23 1954/9 1954/12 1957/2 1957/7 1960/16 1961/22 1961/23 1963/1 1963/2 1963/9 1963/20 1963/23 1965/23 1969/20 1972/9 1977/23 1985/14 1985/24 1986/11 1987/14 1987/25 1988/19 1988/24 2038/2 2041/3 2045/6 2083/20 2117/11

Liu Fang [11]  1937/25 1938/2 1938/6 1938/17 1939/2 1939/6 1943/5 1947/1 1987/14 1987/25 1988/19
Liu Fang's [7]  1938/7 1938/23 1938/24 1943/15 1945/2 1947/9 1988/24
Liu Yan [4]  1947/22 2041/3 2045/6 2083/20
Liu's [2]  1995/4 2101/9
LLC [1]  2041/1
lo [8]  2055/12 2055/12 2055/15 2055/15 2055/16 2099/5 2099/5 2099/10
local [5]  2014/8 2015/8 2015/11 2015/17 2017/18
locate [22]  1940/21 1941/2 1944/23 1946/2 1948/8 1973/11 1977/19 1988/1 2020/11 2071/22 2072/9 2072/12 2072/13 2075/2 2075/6 2075/8 2075/10 2075/21 2080/13 2089/20 2090/23 2110/9
located [4]  1949/15 1972/8 1988/6 2076/21
locating [2]  1977/13 2073/23
locked [2]  1950/22 1962/3
logic [1]  2031/3
LOL [1]  1957/24
long-lasting [1]  1952/19
looked [6]  1975/14 1976/9 2004/23 2015/21 2113/24 2121/2
looks [4]  1940/23 2030/16 2063/20 2108/24
loop [1]  2102/3
lose [2]  2058/17 2064/1
lost [1]  2060/13
loud [3]  1957/24 2063/22 2108/10
lowly [1]  2097/24
luck [1]  2067/17
Lui [2]  1976/3 1976/10
lunch [5]  1990/18 1990/19 2023/12 2024/6 2091/15
Luncheon [1]  2023/25
LUSTBERG [3]  1933/18 2023/6 2023/20
Lusterberg [14]  1935/5 1989/25 1990/6 1990/14 1990/16 1990/18 1990/21 1994/9 2024/7 2046/14 2047/3 2047/17 2107/3 2123/5
lying [2]  2056/11 2056/15

**M**

Macao [1]  1971/16
mafia [1]  2099/6
mail [31]  1938/24 1938/24 1942/9 1971/8 1971/24 1974/25 1975/12 1975/13 1975/15 1975/20 1979/3 1995/12 1997/23 2000/2 2000/20 2073/2 2073/2 2073/5 2073/9 2073/9 2073/13 2073/13 2074/11 2075/6 2077/6 2100/12 2116/24 2118/9 2118/19 2121/23 2121/24
mailed [1]  1949/11
mailing [3]  2117/17 2117/17 2117/17
mailings [6]  1952/6 1952/9 1952/12 1952/13 1963/2 2114/12
mails [3]  2000/17 2074/24 2116/25
mainland [2]  1951/2 1986/13
major [3]  1976/11 1976/11 2100/18
male [1]  2073/24

man [10]  1943/25 1944/2 1945/21 1948/23 1972/18 1996/11 2047/15 2048/21 2061/4 2117/5
manager [2]  2004/20 2005/11
managing [1]  2041/3
manipulated [1]  2046/10
manipulative [1]  2010/17
manipulativeness [1]  2045/23
mapped [2]  2052/9 2052/21
March [1]  1944/24
March 2017 [1]  1944/24
marching [1]  1985/6
marijuana [3]  2053/6 2053/10 2055/22
mark [1]  2030/23
Martha [1]  2027/15
Martha Burn [1]  2027/15
Mary [1]  2027/15
Mary McMahon [1]  2027/15
massacre [1]  2088/18
match [1]  2074/11
matter [15]  1951/4 1964/3 1981/18 2006/5 2017/17 2031/3 2031/4 2033/20 2034/15 2045/21 2063/24 2073/23 2112/7 2112/9 2122/7
matters [4]  2023/4 2039/18 2066/8 2112/12
Matthew [1]  1966/21
May 13 [1]  2101/18
May 2018 [1]  1972/8
MC [3]  1976/21 2001/20 2003/3
McCarthy [1]  2025/11
McGuire's [1]  1966/21
MCMAHON [291]
McMahon's [25]  1941/3 1955/18 1958/9 1962/22 1969/15 1974/20 1975/8 1978/21 1979/7 1982/1 1982/14 1983/11 1984/17 1991/14 1994/4 2017/17 2024/24 2027/9 2029/23 2030/14 2030/17 2030/19 2034/7 2042/20 2110/20
mean [27]  1935/2 1935/16 1940/10 1946/8 1983/20 2006/20 2008/21 2009/17 2028/20 2032/13 2043/20 2048/17 2058/1 2062/10 2062/19 2064/14 2073/18 2075/1 2076/17 2077/19 2084/8 2087/24 2098/4 2101/12 2101/23 2103/15 2104/12
meaning [11]  1947/2 1969/12 1971/6 1975/5 1976/21 1977/16 1978/12 2001/22 2006/21 2048/8 2065/14
means [6]  1951/2 1966/17 1968/15 1984/24 2075/10 2098/22
meant [8]  1944/9 1944/10 1944/10 1957/11 1957/11 1984/8 2016/17 2099/6
meanwhile [1]  2008/13
mechanical [1]  1933/25
media [4]  1985/9 1985/9 2115/24 2115/25
meet [5]  1942/15 1947/7 1956/14 2071/11 2084/13
meeting [35]  1942/16 1942/19 1942/22 1943/3 1945/16 1946/3 1946/14 1948/3 1948/4 1956/15 1969/16 1972/2 1972/3 1972/5 1978/6 1983/16 1983/17 1983/22 1983/24 1983/25 1996/5 1996/12 1996/25 1999/12 1999/12 1999/16 1999/18 1999/23

M

meeting... [7]  2005/21 2005/22 2006/25
 2009/1 2010/1 2026/16 2087/19
meetings [1]  1998/14
MELINDA [1]  1933/20
member [6]  1954/13 1954/22 1965/13
 2041/3 2070/14 2118/17
members [5]  1944/5 1959/21 1988/15
 1993/11 2118/13
memo [1]  1969/11
memory [1]  2072/19
men [3]  1961/24 2042/2 2082/22
menace [1]  2061/1
mental [3]  1962/5 1962/10 1963/10
mention [4]  2025/12 2035/21 2044/14
 2101/6
mentioned [9]  1937/1 1972/25 1984/10
 2006/4 2024/25 2052/17 2052/19
 2072/4 2115/9
mentioning [2]  2077/22 2079/8
mentions [3]  2020/14 2020/17 2020/18
MEREDITH [1]  1933/16
merit [1]  2113/3
meshes [1]  1948/16
message [16]  1944/2 1950/18 1964/2
 1984/4 1985/18 1985/19 1997/25
 2015/6 2075/6 2114/4 2114/7 2114/8
 2115/6 2115/8 2115/15 2116/3
messages [13]  1938/9 1938/9 1938/22
 1950/2 1950/5 1950/7 1950/8 2074/23
 2075/6 2093/23 2096/3 2097/14
 2112/11
messaging [1]  2083/6
met [20]  1943/10 1945/9 1946/11
 1946/12 1946/13 1980/5 1987/23
 1996/2 1996/20 2013/2 2038/6 2039/3
 2072/4 2082/4 2082/9 2082/22 2083/2
 2083/9 2084/1 2095/20
methods [2]  1949/5 1982/6
mic [1]  2107/20
MICHAEL [30]  1933/6 1939/8 1940/20
 1941/17 1948/2 1948/21 1966/24
 1971/4 1972/3 1972/7 1974/13
 1974/14 1975/15 1988/3 1988/11
 1988/21 2003/22 2018/8 2019/24
 2019/25 2028/21 2042/12 2042/12
 2046/3 2084/6 2087/21 2104/20
 2110/20 2116/11 2117/2
Michael McMahon [3]  2028/21 2084/6
 2087/21
microscopic [1]  2037/4
middle [3]  1942/24 2077/16 2111/11
middleman [19]  1970/11 1970/14
 1971/2 1971/3 2077/13 2077/8 2077/14
 2077/14 2077/14 2077/16 2077/18
 2081/10 2081/11 2081/14 2081/16
 2081/24 2087/19 2102/18 2117/19
might [7]  1951/9 1951/10 1959/13
 2080/16 2111/5 2119/4 2119/5
Mike [85]  1991/14 1991/20 1992/17
 1992/19 1994/17 1995/24 1996/6
 1996/12 1996/13 1996/19 1997/4
 1997/18 1997/23 1998/3 1998/5
 1998/7 1998/12 2000/18 2001/2
 2001/13 2003/14 2003/15 2003/23
 2004/2 2004/3 2004/9 2004/12
 2004/20 2004/20 2005/15 2005/22
 2006/4 2006/4 2006/5 2006/6 2006/9
 2007/4 2008/2 2008/12 2008/23
 2009/14 2009/18 2010/8 2010/12
 2010/21 2011/9 2011/15 2011/16
 2012/18 2012/23 2013/14 2013/21
 2014/6 2014/19 2015/6 2015/12
 2015/13 2015/24 2016/4 2016/11
 2016/23 2017/8 2017/16 2017/17
 2018/10 2018/21 2019/5 2019/17
 2020/6 2020/10 2020/16 2026/15
 2036/11 2036/14 2036/24 2037/16
 2043/14 2046/5 2046/9 2046/25
 2047/8 2080/4 2081/17 2089/24
 2090/11
Mike McMahon [9]  1992/17 1998/3
 1998/5 2036/24 2043/14 2080/4
 2081/17 2089/24 2090/11
Mike's [6]  1997/8 2000/21 2003/11
 2015/2 2015/4 2015/18
Mikey's [1]  2029/23
Millburn [1]  2014/11
millions [2]  2102/21 2102/21
mind [10]  1934/25 1989/19 2023/19
 2053/17 2056/18 2062/6 2081/10
 2091/21 2114/10 2119/9
minds [1]  2060/2
Minjun [2]  1946/22 1996/16
minute [3]  1995/13 2103/10 2104/2
minutes [17]  1972/22 1978/1 1989/25
 1998/14 2015/22 2023/7 2025/4
 2037/18 2041/13 2082/24 2086/12
 2091/17 2091/22 2092/3 2116/9
 2118/5 2119/2
Miranda [1]  2084/22
misconduct [1]  2010/20
misguided [2]  2096/12 2106/25
misread [1]  2006/14
missed [1]  1985/19
missing [3]  2027/24 2031/18 2103/12
mission [5]  1959/15 2025/23 2027/2
 2027/2 2069/4
missions [1]  2105/19
misspoke [1]  1980/10
misstated [1]  2049/13
mistake [2]  1960/18 2013/1
Mister [1]  1975/2
misunderstanding [3]  1995/10 1995/14
 2004/25
misused [1]  1976/14
moment [9]  1940/5 1953/12 1983/14
 1998/9 1998/13 2008/8 2011/22
 2107/18 2108/3
moments [2]  1971/24 2117/13
Monday [4]  2001/22 2001/25 2003/13
 2010/16
money [61]  1971/7 1971/10 1971/12
 1975/13 1980/7 1982/11 1982/17
 1982/19 1982/20 1994/21 1995/15
 1995/20 1995/21 1997/20 2000/20
 2001/3 2001/4 2004/21 2005/1
 2005/12 2016/16 2017/21 2017/25
 2018/10 2020/10 2025/11 2025/24
 2027/18 2028/11 2028/19 2028/19
 2028/22 2028/23 2029/3 2029/10
 2029/22 2030/1 2030/2 2030/5 2030/6
 2030/9 2030/10 2031/4 2031/16
 2031/17 2031/19 2032/10 2032/12
 2032/25 2036/25 2055/20 2060/22
 2072/9 2084/8 2084/8 2084/8 2096/10
 2103/3 2103/9 2103/15 2103/16
monitor [2]  1976/23 2001/21
monitored [1]  2083/19
monitoring [1]  2083/13
monopoly [1]  2070/18
month [4]  1949/24 2050/10 2050/10
 2053/10
months [4]  1979/17 1988/4 1993/16
 2047/12
Moreover [1]  2041/11
morning [21]  1934/2 1937/22 1937/23
 1939/19 1955/20 1989/17 1990/23
 1990/24 2003/4 2003/4 2004/21
 2011/22 2025/18 2025/19 2027/5
 2031/15 2038/11 2039/13 2073/3
 2102/25 2103/6
most [21]  1944/16 1976/5 1982/17
 1991/2 1996/18 2014/3 2038/25
 2053/24 2057/2 2067/4 2077/8
 2077/10 2081/2 2081/10 2090/9
 2090/16 2095/11 2109/6 2109/13
 2114/1 2114/2
mother [5]  1938/25 1952/15 2088/19
 2089/3 2089/5
motion [1]  1956/2
motor [5]  1976/15 1977/13 1991/25
 2034/10 2036/17
Motor Vehicle Commission [2]  2034/10
 2036/17
mouth [1]  2066/1
move [1]  2031/8
moved [1]  1986/6
moving [17]  2119/5
Mr. Chen [4]  2048/19 2048/20 2048/20
 2053/6
Mr. Finning [4]  2017/20 2033/16
 2033/20 2033/24
Mr. Gallowitz [3]  2008/15 2015/11
 2034/20
Mr. Goldberger [12]  1934/24 1935/5
 1991/7 2039/13 2041/12 2047/24
 2049/9 2065/20 2066/14 2066/19
 2067/19 2099/3
Mr. Greenberger [1]  2047/24
Mr. Heeren [4]  1935/9 1991/5 2107/14
 2107/20
Mr. Hu [1]  1972/20
Mr. Jason [2]  1971/10 1975/2
Mr. Jason Zhu [1]  2001/4
Mr. Ju [2]  2038/2 2040/8
Mr. Ju's [1]  2041/2
Mr. Kuang [14]  2048/21 2048/24
 2048/25 2049/18 2049/20 2051/6
 2053/7 2053/9 2053/9 2053/18 2055/2
 2055/18 2055/24 2114/22
Mr. Kuang's [1]  2111/21
Mr. Lustberg [2]  2023/6 2023/20
Mr. Lusterberg [13]  1935/5 1989/25
 1990/6 1990/14 1990/16 1990/18
 1990/21 1994/9 2024/7 2046/14
 2047/3 2047/17 2107/3
Mr. McMahon [70]  1991/22 1993/15
 1995/19 1998/15 1998/19 1998/24
 1999/9 1999/10 1999/13 1999/17
 1999/25 2000/22 2000/23 2001/8
 2001/20 2002/5 2005/7 2005/8
 2008/15 2009/11 2016/2 2019/21
 2022/16 2024/12 2024/13 2025/9

**M**

Mr. McMahon... [44]  2025/13 2025/16 2025/18 2026/6 2026/9 2026/25 2027/13 2028/8 2029/10 2029/21 2030/24 2031/10 2031/24 2033/11 2033/17 2034/14 2034/17 2035/7 2035/21 2038/7 2038/9 2038/16 2038/20 2039/1 2039/4 2039/15 2039/22 2040/1 2040/6 2040/11 2040/15 2042/7 2042/17 2043/7 2043/22 2043/25 2044/22 2044/24 2045/14 2047/20 2102/19 2111/2 2111/6 2116/22
Mr. McMahon's [8]  1994/4 2024/24 2027/9 2029/23 2030/14 2030/17 2034/7 2042/20
Mr. Tung [18]  1934/24 1935/5 1991/7 2067/23 2068/11 2075/14 2076/6 2076/11 2078/13 2078/16 2080/10 2091/12 2093/3 2093/6 2104/1 2106/19 2107/13 2116/12
Mr. Tung's [2]  2022/2 2091/23
Mr. Xu [5]  2001/4 2044/2 2044/5 2044/16 2045/12
Mr. Xu's [1]  2045/1
Mr. Yan [1]  1995/13
Mr. Yong [6]  2070/21 2073/14 2074/25 2076/18 2077/13 2079/9
Mr. Yong Zhu [16]  2081/6 2081/17 2091/9 2095/7 2095/10 2095/16 2096/7 2096/25 2098/10 2100/4 2100/5 2101/21 2102/11 2102/15 2106/6 2106/24
Mr. Yong Zhu's [1]  2086/17
Mr. Zheng [5]  2112/21 2112/22 2112/24 2113/8 2115/4
Mr. Zhu [12]  1942/10 1992/3 1997/13 2001/5 2001/6 2013/24 2020/9 2059/23 2060/15 2094/25 2116/15 2117/19
Mr. Zhu's [3]  1994/20 2005/3 2042/19
Ms. Arfa [20]  1935/11 1937/10 1937/12 1937/21 1989/15 1997/14 1998/13 1999/14 1999/21 2000/11 2000/25 2007/2 2008/21 2010/15 2024/23 2028/10 2031/9 2031/13 2044/15 2045/11
Ms. Arfa's [1]  2027/20
Ms. Canti [2]  2025/4 2030/7
Ms. Conti [3]  1995/1 1999/5 2006/1
Ms. Gonzalez [4]  1934/11 1935/23 1936/11 1936/19
Ms. Liu [1]  2038/2
Ms. O'Connor [2]  2035/4 2036/8
Ms. Shi [2]  1992/8 1992/10
Ms. Wheeler [1]  1999/3
Ms. Yong Zhu [3]  2081/1 2081/6 2085/3
Ms. Yong Zhu's [1]  2081/4
multiday [1]  1948/13
multiple [1]  2063/2
multiyear [1]  1940/17
must [14]  1947/4 1947/7 1954/25 1957/15 1968/7 1977/17 1999/21 2011/6 2027/23 2063/5 2071/11 2090/17 2090/18 2113/17
mute [1]  2047/23
mutual [1]  1964/24

MVC [5]  2035/4 2035/4 2035/4 2035/5 2035/11 2035/23

**N**

nail [2]  2077/24 2094/15
naive [1]  2106/1
name [23]  1957/10 1980/25 1983/5 2003/19 2004/6 2028/19 2028/20 2028/21 2030/3 2048/19 2048/24 2070/1 2070/13 2073/4 2073/24 2077/3 2077/7 2080/8 2080/15 2090/10 2097/9 2097/16 2107/9
named [5]  2004/6 2026/20 2042/10 2043/14 2052/3
names [10]  1996/16 2077/9 2077/9 2120/5 2120/12 2120/13 2120/23 2121/7 2121/8 2121/8
natural [1]  2062/14
naturally [1]  2087/6
nature [1]  2007/9
near [2]  1996/24 1996/24
nearly [1]  1946/13
necessary [1]  2043/20
need [28]  1934/10 1937/17 1946/8 1955/3 1964/22 1965/18 1968/8 1976/22 1978/15 1983/20 1984/7 1995/16 2005/1 2007/3 2008/21 2012/4 2015/8 2023/10 2044/6 2062/9 2062/9 2062/24 2104/5 2107/17 2107/18 2107/20 2118/24 2122/5
needed [2]  1949/12 1976/12
needn't [1]  2049/7
needs [5]  2001/5 2061/1 2061/2 2067/21 2119/18
negative [1]  2070/3
negligence [1]  2100/24
neighbor [1]  1951/10
nervous [1]  1961/6
never [36]  1982/17 1984/6 1991/21 1991/22 1994/2 1994/19 1995/22 1996/12 1996/13 1996/19 1996/20 1996/20 1996/24 2003/23 2003/24 2009/3 2020/15 2021/1 2021/4 2021/17 2025/13 2025/21 2034/13 2038/9 2040/2 2044/24 2050/22 2070/5 2072/4 2088/6 2094/7 2100/16 2105/2 2106/15 2106/16
Neviene [2]  1978/18 2033/15
Neviene Habeeb [1]  2033/15
New Jersey [1]  1978/3
New Jersey MVC [2]  2034/21 2035/23
New York [3]  2033/13 2033/13 2062/21
Newark [2]  1996/24 2045/4
newspaper [1]  1941/21
next [25]  1940/16 1949/7 1970/19 1980/3 1986/16 2009/2 2022/21 2026/19 2031/8 2036/2 2058/11 2058/11 2066/9 2067/13 2067/21 2079/21 2082/12 2082/13 2082/23 2083/3 2083/11 2091/22 2093/24 2113/6 2117/17
nice [2]  2003/24 2052/3
night [7]  1945/16 2001/21 2012/17 2059/13 2060/9 2119/13 2122/4
nobody [8]  2000/4 2051/5 2087/3 2087/3 2096/22 2097/3 2097/3 2101/1
none [11]  1966/22 1968/13 2018/4 2039/3 2043/13 2059/22

2059/24 2075/24 2075/4 2077/21
nonexistence [1]  2012/14
noon [1]  1989/18
normal [5]  1990/17 1992/23 2074/21 2080/14 2080/17
not-guilty [1]  2047/6
note [50]  1938/19 1938/19 1940/1 1951/1 1951/13 1951/14 1951/17 1951/19 1960/17 1960/23 1960/23 1961/13 1961/15 1961/16 1961/17 1962/7 1962/10 1962/23 1979/11 1986/6 1986/7 1986/10 1986/12 1995/12 2016/8 2016/22 2029/7 2045/12 2056/21 2057/13 2058/4 2058/5 2058/19 2058/23 2059/3 2059/4 2059/19 2060/4 2063/19 2066/9 2067/13 2077/5 2111/16 2111/23 2111/24 2113/22 2113/23 2114/8 2114/18 2115/14
notes [47]  1936/4 1950/22 1951/6 1951/8 1951/9 1951/12 1951/15 1960/17 1985/18 1988/25 1989/4 1989/5 1993/17 2021/7 2042/4 2049/22 2049/22 2050/1 2050/6 2050/8 2050/13 2050/25 2051/2 2051/8 2053/19 2056/1 2056/3 2056/22 2056/24 2057/2 2057/3 2057/12 2057/17 2057/21 2057/22 2057/23 2057/25 2058/2 2059/3 2059/4 2059/21 2060/12 2065/5 2065/5 2065/6 2065/7 2065/8
nothing [21]  1985/3 2025/10 2029/1 2043/16 2043/25 2044/25 2055/21 2060/19 2060/22 2066/9 2066/10 2073/25 2080/16 2085/19 2085/25 2096/1 2101/25 2102/24 2102/24 2106/9 2111/23
notice [4]  2003/6 2072/10 2077/21 2078/3
noticed [2]  2083/14 2100/8
notification [1]  1966/16 1987/11
notifications [2]  2068/20 2070/9
notified [3]  1968/13 2100/12 2100/13
notify [1]  1964/16 2100/19
notifying [1]  1965/10
November [3]  1943/7 1975/3 2087/25
November 13 [1]  1975/3
November 2016 [1]  1943/7
number [17]  1938/3 1940/4 1941/9 1945/17 1978/3 1995/5 2015/13 2015/14 2018/17 2048/19 2069/15 2078/16 2080/9 2083/15 2085/10 2094/17 2108/6
numbers [7]  1941/10 1971/17 2015/1 2026/11 2045/7 2045/8 2118/10
numerous [2]  1952/6 2026/3
NYC [2]  1992/17 2013/20
NYPD [2]  1940/21 2111/2
NYRCR [1]  1933/22

**O**

o'clock [3]  2027/5 2053/1 2057/18
O'Connor [2]  2035/4 2036/8
oath [1]  2037/2
object [1]  1966/1
objection [24]  1967/2 2032/3 2041/6 2046/12 2046/18 2049/2 2051/9 2054/6 2065/10 2065/17 2065/12

**O**

objection... [13] 2068/8 2075/12 2076/4 2079/13 2084/20 2084/20 2084/23 2084/24 2086/3 2086/4 2096/16 2120/22 2121/1
objective [2] 2110/18 2112/13
obligation [1] 2018/7
observe [2] 1961/3 1961/6
obtain [5] 1943/14 1967/11 1988/13 1988/16 2013/22
obtained [10] 1950/14 1956/16 1969/18 1976/15 1977/4 1977/10 1977/22 1978/23 1988/13 1994/19
obtaining [3] 2026/18 2033/12 2033/17
obvious [6] 1943/4 1959/2 1985/2 1987/6 2108/24 2116/4
obviously [15] 1943/12 1946/16 1971/11 1971/21 1989/25 2010/7 2023/14 2039/16 2047/20 2049/7 2068/15 2091/14 2095/22 2101/1 2108/4
occasions [1] 2013/4
occurred [6] 1945/17 1968/19 1968/20 1998/18 1999/22 2025/20
occurring [1] 2087/24
occurs [2] 2041/11 2043/23
October [38] 1941/17 1942/2 1942/11 1942/13 1942/18 1955/21 1956/3 1956/8 1956/13 1967/12 1972/2 1975/1 1977/25 1979/9 1979/16 1993/16 1993/17 2019/5 2022/8 2081/20 2081/20 2082/21 2082/23 2083/1 2083/4 2084/1 2084/3 2084/3 2087/21 2087/25 2090/14 2091/10 2093/21 2094/6 2096/6 2097/3 2104/23 2105/13
October 2016 [6] 1941/17 1956/3 1972/2 2087/25 2097/3 2104/23
October 24 [1] 2022/8
October 26 [1] 2082/21
October 27 [7] 1942/13 2081/20 2082/23 2083/1 2084/1 2084/3 2087/21
October 28 [1] 2083/4
October 5 [3] 2081/20 2090/14 2091/10
October 5th [7] 1975/1 1979/9 1979/16 2084/3 2093/21 2094/6 2096/6
October 6th [2] 1956/8 1993/17
odd [1] 2106/7
offense [6] 2011/4 2011/4 2011/11 2020/24 2113/1 2113/5
offenses [4] 1993/12 2112/23 2112/23 2115/2
office [12] 1947/16 1973/1 1973/2 1973/8 1973/19 1996/5 2001/25 2013/5 2021/3 2026/11 2033/14 2072/2
officer [12] 1940/21 1942/14 1943/1 1943/9 1949/11 1966/12 1969/17 1972/1 1972/20 1979/20 2046/4 2111/2
official [25] 1940/25 1943/23 1946/15 1966/11 1966/16 1966/20 1970/6 1978/13 1978/16 1978/24 1987/23 2003/21 2005/9 2011/7 2071/9 2072/6 2073/5 2073/8 2073/11 2073/15 2074/3 2075/1 2082/3 2089/13 2120/15

officials [27] 1942/11 1944/22 1945/11 1947/23 1955/23 1956/18 1957/18 1962/19 1965/24 1966/10 1966/23 1971/23 1972/16 1981/4 1995/24 2008/7 2009/17 2013/2 2074/17 2074/18 2104/16 2104/22 2105/1 2105/2 2110/17 2118/8 2118/23
offshore [5] 1995/11 1995/14 2004/15 2026/18 2026/21
often [1] 1935/17
old [4] 1946/20 2040/3 2069/10 2069/12
older [1] 1963/12
one's [1] 2016/21
ongoing [1] 1943/5
open [11] 1934/1 1934/25 1938/18 1950/21 1985/16 1989/19 2023/19 2024/2 2053/17 2091/21 2119/9
opened [1] 2044/11
opening [5] 1937/10 1955/13 2012/2 2040/6 2088/11
openings [1] 1997/22
operate [2] 1966/19 2023/4
operation [22] 1973/9 1973/10 1974/3 1974/8 1985/7 1985/8 1995/25 1997/1 2008/8 2009/19 2020/14 2020/17 2020/17 2020/18 2021/12 2021/15 2021/16 2021/17 2021/20 2088/8 2111/4 2115/23
opportunity [3] 1966/6 1967/4 2039/2
opposed [5] 2012/25 2029/12 2032/23 2034/19 2076/7
opposite [1] 2016/20
options [2] 1938/10 1944/3
order [19] 1934/14 1934/22 1934/22 1935/1 1938/8 1940/18 1943/5 1945/3 1946/2 1956/14 1987/14 2029/21 2031/25 2035/9 2036/6 2037/21 2040/20 2047/13 2090/22
ordered [1] 2006/23
orders [2] 1957/18 1985/6
ordinary [1] 2106/1
organization [1] 2073/12
origin [2] 2070/23 2070/24
Otherwise [2] 2081/13 2121/25
outline [1] 2038/5
outlined [1] 1974/7
outset [5] 1979/9 1994/20 2011/10 2075/1 2084/4
outside [6] 1948/17 1949/1 1956/25 1958/12 2012/6 2111/8
overall [13] 1948/13 2110/3 2110/18
overarching [2] 1953/1 1965/22
overnight [1] 1963/21
overrule [1] 2065/16
Overruled [13] 1966/3 1967/4 2032/4 2041/7 2046/19 2049/4 2051/10 2065/11 2068/9 2068/9 2068/9 2079/14 2096/17
overseas [8] 1972/25 1972/25 1973/2 1973/6 1973/7 1973/18 1974/3 2110/13
oversight [1] 1982/19
overt [9] 1958/1 1958/4 1965/14 2039/13 2119/23 2120/9 2120/16 2120/17 2120/24
overwhelming [1] 1974/16
owe [3] 1971/12 2103/9 2103/15

owed [8] 1971/7 1971/9 1971/10 1975/13 2001/3 2071/23 2072/9 2103/3
owes [1] 2103/16
own [20] 1938/15 1944/8 1944/11 1947/1 1972/17 1975/15 1983/2 1984/18 1993/21 2008/11 2008/13 2020/20 2028/2 2028/23 2029/1 2035/14 2059/9 2062/4 2110/6 2117/25
owned [9] 1977/1 1977/1 2001/3 2001/4 2035/9 2036/7 2036/12 2040/24 2040/25

**P**

package [3] 1984/5 2000/2 2000/4
packages [1] 2114/6
Page 3 [1] 1995/7
pages [11] 1944/11 1944/19 1947/9 1950/10 1963/22 2005/24 2015/3 2021/6 2025/7 2083/17 2103/21
paid [33] 1939/22 1941/4 1946/17 1967/23 1969/12 1993/2 2027/19 2027/20 2027/21 2027/23 2028/2 2028/3 2028/14 2028/15 2030/17 2030/17 2031/23 2032/1 2032/5 2032/8 2032/22 2053/9 2064/5 2081/25 2081/25 2084/8 2084/8 2084/9 2098/9 2102/18 2102/21 2109/11 2115/24
pain [1] 1963/10
pains [1] 2104/14
painstaking [1] 2104/14
PAMELA [1] 1933/9
Panera [24] 1942/16 1942/20 1942/22 1943/10 1946/13 1969/16 1972/2 1980/5 1980/6 1980/9 1983/22 1996/4 1996/4 1996/6 1996/11 1999/12 1999/14 2009/2 2013/3 2013/7 2028/3 2037/8 2082/4 2082/22
Panera Bread [4] 2028/3 2037/8 2082/4 2082/22
paragraph [1] 2034/25
Paramus [2] 2013/4 2028/4
parents [2] 1950/2 1956/8
park [2] 1948/17 1958/12
part [27] 1957/4 1962/16 1964/19 1968/18 1972/23 1972/24 1973/1 1976/13 1985/25 2005/3 2009/18 2009/21 2010/1 2016/9 2018/15 2018/19 2037/15 2052/4 2052/20 2055/16 2057/11 2062/25 2081/4 2088/7 2113/9 2116/15 2117/10
participant [2] 1977/16 2035/1
participants [1] 1945/17
participate [2] 2108/22 2116/20
participated [6] 1939/9 1952/25 1963/7 2110/4 2112/6 2118/15
particular [6] 1940/3 1949/3 2027/14 2034/25 2035/7 2085/15
particularly [2] 1984/22 1994/19
parties [6] 1937/2 1968/14 1968/15 2049/7 2105/10 2121/4
party [12] 1937/16 1962/9 1973/4 2027/1 2070/15 2070/18 2070/18 2070/21 2077/17 2077/17 2081/12 2081/13
party-state [1] 1973/4

P

pass [3] 2081/18 2095/1 2117/6
passage [1] 2024/24
passed [10] 1942/8 1944/2 1956/18
1970/4 1977/4 1978/20 1978/23
1979/13 2112/11 2117/1
passes [1] 2055/20
passing [4] 1979/4 2034/24 2081/8
2116/24
password [3] 1936/2 1936/8 1936/15
past [5] 1940/7 1940/15 2069/9 2108/3
2109/25
patio [1] 1950/24
patron [1] 2089/20
pattern [1] 2029/19
PAUL [5] 1933/19 1992/13 1992/17
2098/24 2099/2
pause [2] 1977/3 2079/2
pawn [1] 2105/19
pay [10] 1980/22 2018/12 2018/13
2025/10 2025/24 2030/14 2071/3
2084/7 2089/8 2096/10
paying [3] 2018/21 2029/10 2084/9
payment [13] 1964/24 1969/10 1980/2
1980/3 1980/4 1980/11 1980/14
1980/17 1980/24 1981/5 1981/13
2027/16 2030/21
payments [12] 1979/2 1979/7 1981/2
1981/7 1981/16 1981/20 1981/22
1981/23 2018/16 2028/6 2028/8
2028/13
PD [1] 2015/11
PEACE [1] 1933/13
peer [1] 1989/3
peered [3] 1950/25 1961/25 1985/17
people's [7] 2011/18 2012/20 2012/24
2019/18 2020/1 2035/5 2045/18
peoples [1] 2086/12
percent [3] 1982/21 2021/22 2062/18
perception [1] 2020/20
perfectly [2] 2010/14 2026/4 2036/25
performed [1] 1993/15
performing [1] 1946/1
perhaps [3] 1948/25 1949/2 2076/13
period [10] 1956/4 1968/6 1968/9
1985/10 2025/22 2032/25 2038/10
2081/21 2081/21 2083/14
Permit [1] 1971/16
permitted [2] 1949/7 2009/13
person [42] 1938/4 1951/7 1952/22
1960/23 1972/19 1973/23 1973/24
1980/8 1999/18 2001/22 2003/5
2007/24 2008/1 2029/1 2030/4
2046/25 2055/13 2055/15 2055/16
2072/9 2073/4 2073/14 2074/7 2075/7
2075/8 2075/21 2077/4 2078/2 2080/8
2089/20 2090/23 2090/25 2090/25
2091/5 2098/7 2098/7 2099/4 2107/5
2110/8 2110/19 2113/19 2116/24
person's [2] 2037/3 2080/14
personal [6] 1943/24 1967/19 1988/14
2029/12 2117/1 2117/3
personally [1] 2111/6
personnel [1] 1978/15
perspective [1] 2033/7
persuade [3] 1946/24 1947/5 1947/8
pertaining [1] 2071/4
phase [1] 1944/25

phenomenon [1] 1991/3
phone [28] 1933/22 1949/20 1954/23
1978/1 2015/1 2015/2 2015/4 2016/24
2016/24 2017/4 2017/9 2045/7 2045/8
2049/19 2052/19 2052/23 2053/1
2054/24 2054/25 2055/1 2057/17
2057/18 2057/20 2080/8 2082/17
2083/17 2087/22 2088/1
phones [7] 1970/14 2052/9 2052/10
2052/14 2052/17 2052/21 2052/22
photo [9] 1942/23 1942/24 1943/3
1948/11 1949/19 1961/9 1970/15
1970/15 1976/17
photos [13] 1942/7 1942/8 1949/18
1949/20 1949/21 1961/8 1972/9
1972/10 1972/11 1972/12 1976/2
1983/24 2073/25
phrase [1] 2112/16
physical [2] 1962/6 1962/11
physically [2] 2045/12 2079/12
pick [1] 2084/12
picked [1] 2064/3
picks [2] 2060/11 2064/11
picture [10] 1996/6 1996/7 1996/9
2037/7 2074/16 2082/6 2082/6 2082/8
2101/6 2101/24
pictures [12] 1958/5 2003/25 2013/7
2039/14 2074/17 2101/10 2102/13
2102/15 2102/20 2104/15 2116/17
2117/15
piece [7] 1997/22 2020/2 2020/5
2021/23 2033/19 2053/16 2117/20
pizza [1] 2030/15
PKC [1] 1933/2
place [19] 1946/12 1954/8 1980/7
1980/8 1996/11 1996/13 1998/19
2013/1 2013/10 2028/4 2037/25
2040/7 2042/7 2042/15 2051/13
2060/14 2060/23 2104/24 2105/4
places [6] 2013/3 2014/19 2026/3
2028/11 2048/10 2062/21
plan [9] 1943/5 1945/14 1945/16
1945/19 1946/11 1948/2 1955/19
2088/7 2110/9
plane [1] 2009/13
planned [3] 1946/19 1947/21 2009/19
plans [1] 1956/9
plate [6] 1949/20 1976/18 1976/22
1978/4 2015/13 2015/14
plates [3] 2034/14 2034/17 2035/9
play [6] 2057/22 2067/15 2069/11
2069/23 2085/22 2085/23
played [5] 1952/23 1953/1 2010/16
2085/20 2085/21
player [1] 2100/18
playing [1] 2097/22
Plaza [1] 1933/14
plead [6] 1991/13 1991/15 2056/8
2056/9 2056/16 2099/14
pleaded [4] 2068/7 2068/19 2068/23
2099/12
PLO [1] 2093/23
plus [1] 2075/23
pocket [1] 2005/12
point [43] 1937/17 1961/3 1976/5
2007/3 2012/22 2017/14 2017/22
2019/1 2027/10 2030/5 2030/15
2030/16 2030/19 2031/8 2036/4

2041/2 2051/20 2052/23 2052/24
2056/14 2057/9 2067/10 2069/16
2073/2 2073/19 2075/5 2081/14
2082/5 2083/5 2084/21 2085/7
2086/12 2087/2 2095/14 2095/14
2097/2 2098/5 2112/21 2115/3 2117/8
2117/21 2119/21 2120/21
point-three [1] 2083/5
pointed [7] 2024/22 2024/23 2028/10
2039/12 2079/6 2104/11 2112/22
pointing [3] 2024/17 2097/19 2109/5
points [4] 2018/5 2047/9 2104/7
2109/10
police [23] 1942/14 1942/25 1943/9
1949/11 1957/23 1969/17 1972/1
1972/20 1972/24 1973/15 1979/20
2014/4 2014/8 2014/10 2014/18
2014/20 2015/1 2015/4 2015/8
2015/17 2017/18 2046/4 2113/20
policeman [2] 1966/12 1987/24
policy [1] 1978/12
political [3] 1941/1 1966/13 1970/5
politics [1] 2062/22
poor [2] 1959/10 1959/11
pop [1] 1935/3
pops [1] 2090/25
portion [2] 1937/17 1945/15
posed [1] 2085/4
position [4] 1991/13 2087/8 2090/15
2101/10
possessed [2] 1941/7 1941/12
possesses [1] 1935/24
possibilities [2] 2101/17 2102/22
possible [2] 2050/17 2056/12
possibly [6] 1958/8 2026/10 2039/15
2115/7 2117/9 2118/10
post [11] 1951/8 1956/12 1957/5
1960/19 1974/6 1983/3 1983/11
2043/11 2084/17 2085/8 2114/18
post-arrest [7] 1956/12 1957/5 1960/19
1974/6 1983/3 1983/11 2084/17
postarrest [2] 2110/11 2111/22
posted [4] 1960/17 1986/7 2111/18
2113/22
poster [1] 2020/14
posts [1] 2043/11
potentially [1] 1983/8
pounded [3] 1938/18 1950/20 1961/24
pounding [2] 1951/18 2057/6
powerful [1] 2019/20
powerfully [1] 2014/3
practice [2] 2072/12
PRC [1] 2120/15
premises [2] 2101/12 2101/18
prepare [1] 2072/17
prepared [2] 2052/8 2103/5
present [15] 1999/16 1999/18 2005/23
2009/1 2009/25 2017/19 2018/4
2024/2 2051/18 2053/2 2076/16
2087/17 2088/9 2098/21 2102/23
presented [5] 2071/14 2089/9 2091/8
2098/11 2099/17
presenting [2] 1999/1 2071/7
presents [2] 2087/18 2103/17
President [1] 2062/20
press [1] 2022/2
pressure [3] 1944/13 2056/5 2114/11
pressuring [1] 1983/8

**P**

presumably [1]  1935/24
presume [1]  2090/1
presumption [1]  1934/19
pretended [1]  1958/21
pretty [4]  1941/9 2037/14 2053/9
 2058/16
prevent [1]  2046/23
previous [1]  2094/24
previously [7]  1943/10 1944/17
 1946/12 1947/12 1959/20 2109/3
 2116/2
pricing [1]  2026/18
primacy [1]  1991/3
primarily [1]  1955/10
primary [1]  2115/4
principles [2]  2062/12 2062/13
print [1]  1995/8
prison [9]  1938/20 1951/3 1968/2
 1986/14 1987/4 1987/5 1989/7
 2111/18 2115/15
prisons [1]  1987/6
private [52]  1940/21 1957/15 1970/1
 1970/3 1970/12 1975/8 1975/9
 1977/6 1985/15 1987/4 1988/1 1988/2
 1991/23 1991/24 1992/1 1992/2
 1992/9 1992/18 1994/1 1994/17
 2006/22 2007/16 2007/21 2008/5
 2008/25 2009/4 2009/7 2022/13
 2035/22 2046/3 2047/11 2071/23
 2072/15 2073/23 2076/20 2080/12
 2080/24 2086/18 2087/20 2088/4
 2088/10 2089/22 2090/11 2093/19
 2094/14 2095/18 2097/1 2097/2
 2104/19 2106/17 2117/22 2117/25
privately [1]  2116/1
privilege [1]  2096/14
probable [1]  2060/7
problem [4]  1936/6 1936/8 2023/11
 2121/13
problems [3]  1936/3 1951/10 2048/15
proceed [1]  2067/21
proceedings [2]  1933/25 2079/2
proceeds [1]  1997/10
process [4]  1935/20 1991/2 2104/12
 2104/15
produce [1]  2098/20
produced [3]  1933/25 2042/11 2082/15
profession [1]  1991/24
Professional [1]  2104/19
professor [14]  1973/3 1973/5 1973/10
 1974/1 1983/5 2020/22 2021/24
 2021/25 2022/1 2070/12 2070/19
 2105/6 2105/12 2105/15
proffer [1]  2050/11
profile [1]  1970/15
profit [5]  2031/21 2031/21 2031/21
 2031/25 2031/25
program [5]  2022/14 2035/1 2035/6
 2035/23 2088/8
programs [1]  2020/25
progressing [1]  1948/15
prohibited [2]  1977/18 2035/1
projector [1]  2069/13
promised [1]  2075/2
proof [16]  1937/9 1953/24 1983/1
 2033/22 2033/24 2038/8 2038/20
 2054/3 2054/10 2054/22 2054/22

2060/18 2061/18 2062/17 2071/16
 2103/11
proofs [2]  2024/16 2034/6
proper [1]  1963/10
properly [1]  1993/10
property [11]  1960/16 1985/15 1989/1
 2002/3 2004/16 2026/7 2026/21
 2057/25 2058/4 2058/12 2102/13
proposal [2]  2039/10 2120/6
propose [1]  2120/1
proposed [3]  1957/25 2039/22 2111/7
proposes [1]  1958/10
proprietary [1]  2121/14
prosecute [8]  1984/12 2025/2 2027/5
 2045/20 2110/23 2110/25 2111/1
 2111/3
prosecuted [3]  2061/2 2101/3 2107/5
prosecution [1]  2029/19
prosecutor [10]  1945/17 1946/4 1946/25
 1966/13 1966/14 1979/21 1983/18
 2050/18 2064/19 2064/21
prosecutor's [1]  1947/16
prosecutors [4]  2011/13 2049/25
 2050/8 2050/12
protect [6]  1936/8 1938/10 1944/3
 2045/17 2047/1 2047/20
protections [2]  1936/3 2100/2
prove [18]  1987/19 1998/10 2037/22
 2070/6 2071/11 2074/15 2089/15
 2091/7 2091/8 2095/20 2095/25
 2096/4 2098/20 2101/18 2102/23
 2103/18 2104/15 2104/21
proved [3]  1940/10 1961/19 2096/5
proven [12]  1939/17 1959/8 1960/9
 1960/14 1962/13 1964/5 1968/11
 1974/12 1984/19 1987/8 1987/15
 1994/3
proves [3]  1953/13 1955/8 1968/5
provide [8]  1935/21 1966/6 1966/16
 1984/21 1992/1 2018/18 2042/14
 2078/13
provided [19]  1941/17 1942/10
 1943/16 1943/18 1956/7 1956/15
 1967/19 1969/13 1971/14 1978/8
 1978/10 2018/15 2040/6 2040/13
 2042/18 2080/24 2084/13 2084/14
 2119/24
provides [2]  1956/9 2081/5
providing [1]  2084/16
pseudonyms [1]  2120/15
Psychologists [1]  1991/2
public [9]  1970/5 1978/14 1980/7
 1996/11 2013/2 2028/4 2040/24
 2041/9 2085/19
publicized [1]  1985/9
publicly [1]  2099/23
publish [2]  2086/1 2094/12
pull [3]  2006/25 2025/4 2030/7
pulled [2]  1978/19 1993/24
punishment [1]  2044/17
purchases [1]  1995/5
purely [1]  2118/25
purpose [16]  1948/13 1948/14 1949/16
 1958/15 1959/6 1959/7 1977/11
 1988/17 2026/1 2035/24 2036/15
 2049/12 2073/17 2076/1 2089/20
 2112/15
purposefully [1]  1984/25

pursuant [2]  2035/22 2072/1
put [34]  1935/25 1956/2 1987/5
 2005/25 2006/1 2009/10 2012/15
 2014/16 2016/16 2019/3 2027/4
 2028/19 2028/22 2028/23 2029/4
 2030/6 2030/12 2031/20 2033/22
 2037/20 2042/3 2049/23 2056/21
 2057/3 2057/4 2058/2 2058/19 2061/2
 2065/8 2076/23 2078/18 2089/25
 2118/8 2120/23
puts [2]  2036/24 2042/21
putting [5]  1983/9 1983/10 1997/20
 2030/3 2033/8

**Q**

Qin [1]  1947/15
qq.com [3]  2073/5 2073/9 2118/8
questioned [5]  1984/6 1999/5 2021/5
 2025/19 2111/20
questions [13]  1961/1 1985/1 2000/22
 2000/23 2000/23 2001/8 2007/11
 2007/12 2019/14 2022/2 2041/5
 2097/23 2105/6
quick [4]  1943/3 2013/6 2028/7
 2106/22
quickly [4]  1948/15 1951/5 1951/18
 2044/8
quite [1]  2020/24
quote [10]  1946/7 1975/1 2002/9
 2008/18 2008/24 2024/25 2026/13
 2026/13 2114/17 2114/18
quote/unquote [1]  2008/24

**R**

rachet [1]  2114/11
rain [3]  2012/4 2012/8 2012/8
raining [1]  2012/6
raised [2]  2036/22 2117/21
raises [1]  2095/24
raising [1]  2026/24
ran [4]  2034/14 2034/17 2040/1
 2090/24
rarely [1]  2105/16
ratcheting [1]  1944/12
rather [2]  1969/22 2035/10
re [1]  2089/20
re-patron [1]  2089/20
reach [2]  2046/9 2081/9
reached [2]  1992/10 2005/16
reacted [1]  2039/23
reaction [1]  1962/7
read [16]  1958/11 1994/6 1994/6
 1994/6 1994/7 2001/12 2006/14
 2018/23 2021/13 2022/2 2042/20
 2060/2 2062/19 2067/6 2093/17
 2115/21
readable [1]  2074/21
reader [1]  1961/15
reading [1]  1961/15
ready [7]  1989/17 1990/6 2078/20
 2108/8 2119/19 2119/22 2122/5
real [17]  1968/20 1985/13 1996/2
 2003/19 2037/13 2044/14 2073/17
 2077/9 2089/18 2097/9 2097/15
 2100/17 2102/6 2113/1 2120/5 2121/7
 2121/8
realized [1]  1962/11
really [45]  1940/12 1980/7 1982/13

R

really... [42]  1990/25 1991/7 1991/13 1991/20 1993/13 1994/15 1996/8 1997/3 1998/12 2005/15 2009/21 2019/15 2026/24 2036/25 2037/13 2038/25 2041/5 2041/10 2044/13 2044/25 2045/5 2045/10 2045/12 2045/17 2045/18 2055/3 2055/3 2062/9 2062/9 2062/9 2062/10 2062/10 2062/14 2062/22 2062/25 2065/5 2065/6 2067/11 2086/18 2090/19 2114/7 2120/2
reason [29]  1943/3 1947/10 1947/23 1977/8 1988/16 2012/13 2022/16 2044/20 2067/14 2068/6 2076/15 2076/17 2076/17 2079/9 2081/16 2088/20 2094/3 2095/4 2095/12 2096/23 2100/8 2100/24 2102/17 2112/3 2112/4 2113/2 2117/10 2117/11 2120/7
reasonable [23]  1940/11 1953/13 1959/6 1961/14 1961/21 1987/19 1998/7 2019/19 2037/17 2037/22 2040/9 2040/19 2054/23 2057/13 2062/16 2067/1 2071/7 2071/12 2095/24 2098/22 2103/18 2116/18 2116/19
reasonably [3]  1954/11 2005/10 2038/4
reasons [9]  1977/13 1993/24 2016/5 2025/15 2029/11 2032/14 2100/24 2100/25 2102/16
rebut [1]  1935/9
rebuttal [7]  1935/9 1937/8 1966/7 2091/24 2107/14 2108/6 2119/11
recalling [1]  2023/3
recap [1]  2024/10
recapitulate [1]  2023/15
receive [1]  1964/24
received [18]  1963/3 1967/21 1969/15 1975/11 1975/15 1979/2 1979/10 1979/18 1981/2 1981/5 1982/5 1982/6 1982/8 1985/6 2102/11 2113/23 2114/8 2114/9
receives [1]  1985/5
receiving [7]  1943/7 1950/5 1952/6 1980/7 1981/22 2115/6 2118/16
recency [1]  1991/3
recently [1]  1946/20
recess [3]  1990/3 2023/25 2092/4
recipients [1]  2044/15
recollection [2]  1979/5 2020/20
recommendation [1]  1992/15
recommended [1]  1992/17
recommending [1]  2121/18
record [21]  1949/22 1978/1 1990/1 1990/2 1990/9 1990/10 1995/11 1995/15 2004/25 2014/25 2026/3 2034/15 2034/16 2038/18 2059/11 2060/18 2060/21 2069/14 2101/20 2115/17 2118/18
record's [1]  2087/13
recorded [3]  1933/25 1945/16 2082/17
recording [12]  2005/21 2084/18 2085/11 2085/20 2085/22 2085/23 2086/10 2086/10 2086/11 2086/11 2086/13 2086/15
records [17]  1967/19 1971/16 1972/13 1977/18 1978/7 1992/1 1994/4

1994/19 1994/19 1995/4 1997/21 2013/22 2015/2 2018/22 2026/8 2035/2 2040/24
recover [5]  1995/21 1997/9 2020/11 2026/25 2035/16
recruited [2]  2098/6 2098/19
red [2]  1975/7 1975/9
redact [1]  2117/3
redacted [5]  1948/10 1948/11 2078/12 2080/20 2090/5
redactions [1]  2090/2
reenacting [1]  1994/5
refer [1]  1993/17
reference [3]  1984/5 1996/5 2120/8
referenced [5]  1975/3 1975/4 2052/21 2098/13 2121/9
references [5]  1937/16 2004/10 2074/1 2120/5 2121/5
referred [5]  1976/16 1992/23 2005/12 2027/15 2052/8
referring [3]  2003/9 2039/16 2099/10
refers [1]  2074/1
reflect [1]  1998/23
reflected [1]  1970/10
reflecting [1]  1978/25
reflects [2]  1983/11 1997/24
refresh [1]  2072/19
refusal [1]  1983/9
refused [2]  1947/13 2069/19
regard [12]  1991/19 2016/22 2031/9 2036/19 2037/15 2038/7 2040/9 2042/18 2043/19 2044/24 2065/9 2067/3
regarding [3]  2015/1 2052/9 2071/4
regular [1]  1969/15
regularly [1]  1971/25
reiterate [2]  2026/24 2047/18
reiterated [1]  2025/23
reject [2]  2114/25 2119/1
relate [1]  2001/6
related [4]  1941/12 1949/13 1960/10 2090/18
relates [1]  2113/4
relating [5]  1965/21 1977/13 1978/12 1979/1 2049/16
relationship [1]  2007/9
relatively [1]  1953/20
relax [1]  2091/22
released [1]  1978/14
relentless [1]  1939/5
relevant [6]  1984/22 1985/10 2018/25 2034/14 2043/6 2043/6
rely [1]  2109/16
remain [2]  2039/9 2072/19
remained [2]  2039/4 2039/10
remaining [1]  2120/1
remember [60]  1966/4 1966/7 1991/2 1991/9 1994/9 1997/7 1998/22 1999/11 2000/20 2001/11 2006/16 2007/1 2007/8 2007/17 2010/3 2010/6 2020/4 2023/18 2024/24 2026/14 2028/1 2034/10 2035/4 2039/12 2041/4 2043/11 2045/1 2048/24 2050/1 2052/25 2055/10 2055/12 2057/17 2059/20 2060/13 2065/18 2070/12 2070/13 2071/25 2073/3 2074/4 2074/14 2076/8 2081/8 2084/17 2084/25 2088/11 2091/22

2093/25 2096/7 2097/24 2100/6 2100/7 2102/25 2103/4 2104/11 2105/6 2116/14 2118/8 2119/8
remembered [2]  1978/20 2049/22
remind [12]  1937/14 1996/7 1998/21 2001/16 2005/25 2007/18 2013/6 2025/3 2049/5 2054/18 2070/11 2104/1
remote [1]  2088/22
removed [1]  2074/16
RENEE [1]  1933/20
repaid [1]  2026/2
repatriate [5]  1973/11 1987/15 1995/25 2022/14 2045/20
repaying [1]  2001/4
repeat [2]  2054/21 2065/19
repeated [1]  1971/22
repeatedly [2]  1987/23 2098/25
repeating [1]  2017/23
repercussions [1]  2064/2
replace [1]  2120/3
replay [2]  2058/13 2058/13
reply [1]  2001/23
report [18]  1944/14 1975/21 1975/22 1982/23 2014/10 2014/18 2016/3 2031/10 2042/20 2042/20 2042/23 2043/13 2052/9 2052/21 2089/24 2090/12 2090/12 2090/14
reported [6]  1982/11 1982/15 1982/21 2004/13 2017/17 2039/5
Reporter [1]  1933/22
reporting [1]  2118/20
reports [13]  1944/16 1998/2 1998/2 2014/16 2014/19 2015/21 2015/24 2015/25 2016/6 2016/13 2016/19 2022/2 2118/17
representative [3]  1948/21 2086/22 2089/17
represents [1]  2036/22
Republic [6]  2011/19 2012/20 2012/24 2019/19 2020/1 2045/18
request [5]  1937/19 1939/24 1979/6 2026/19 2072/5
requested [3]  1943/11 1943/14 2071/22
require [1]  1965/3
required [3]  2041/10 2070/5 2113/15
requirement [1]  2038/19
requirements [1]  2038/7
requires [3]  1953/24 2002/12 2031/22
research [5]  1941/20 1989/19 2023/19 2091/22 2119/9
researching [1]  1942/3
residence [2]  1988/6 2117/12
residences [2]  2040/25 2043/1
residing [1]  2071/10
resolve [1]  1944/6
resources [1]  1956/21
respect [10]  1937/2 1962/13 1964/6 1965/7 1968/12 1973/10 1974/12 1987/8 2066/6 2105/12
respectful [1]  2066/24
respectfully [2]  2011/11 2036/21
respects [1]  2116/6
respond [1]  1958/7 2109/8
responded [2]  1972/19 1972/24
responds [6]  1957/21 1957/22 1957/24 1976/24 2036/13 2036/14

**R**

response [7]  2000/21 2000/25 2002/7 2007/11 2022/1 2086/17 2094/4
responses [2]  2003/11 2096/12
responsibility [3]  2056/3 2056/4 2071/7
responsible [2]  1955/11 2109/4
rest [5]  2018/20 2046/16 2064/21 2083/7 2088/15
restart [1]  2023/14
restaurant [5]  2053/8 2082/4 2082/22 2083/2 2083/9
restful [1]  1937/1
rests [1]  2106/24
result [2]  2038/3 2044/21
resume [2]  2023/17 2093/7
retained [1]  1993/10
retainer [18]  1941/3 1941/5 1969/9 1969/11 1979/10 1979/11 1992/24 2015/22 2015/23 2072/17 2073/4 2073/17 2073/25 2076/18 2077/24 2079/5 2079/11 2084/6
retainers [1]  2079/10
retired [2]  1946/22 1959/12
retrieve [1]  2074/12
return [32]  1938/2 1938/10 1938/14 1940/18 1941/24 1943/6 1944/3 1945/25 1946/24 1947/4 1947/5 1947/8 1948/14 1949/8 1952/3 1952/11 1952/20 1955/12 1956/6 1960/2 1974/16 1983/10 1984/17 1997/13 2010/18 2071/20 2107/9 2110/10 2110/18 2110/22 2111/17 2118/2
returned [18]  1938/19 1949/22 1951/6 1960/5 1969/21 1972/12 1988/8 1989/7
returning [2]  1939/6 1958/3
returns [6]  1982/12 1982/15 2031/11 2031/20 2031/20 2032/17
revealed [1]  2096/10
reveals [1]  2088/2
review [6]  1935/19 1937/15 1939/22 1940/3 2057/7 2109/17
reviewed [2]  1934/6 2015/7
reward [2]  2110/15 2118/3
rid [1]  2084/1
ride [1]  2114/19
rightfully [1]  2065/24
rights [1]  2084/22
rise [7]  1936/16 1989/22 1990/11 2023/22 2024/3 2093/4 2119/15
risk [1]  2019/3
robbery [1]  2113/6
role [9]  1946/16 1952/23 1958/19 1973/9 1973/10 2004/1 2037/1 2077/19 2087/19
roles [1]  1953/1
room [14]  1993/2 2009/20 2012/3 2076/24 2079/7 2084/19 2085/5 2086/8 2086/24 2093/3 2094/16 2102/3 2107/5 2109/14
Ross [1]  2025/8
roughly [1]  2092/2
row [1]  1966/12
RPR [1]  1933/22
rules [1]  2034/9
ruling [1]  2105/10
run [3]  1976/21 2001/5 2026/10
running [2]  1985/6 2106/7
runs [2]  1987/6 2091/3

**S**

Sabrina [5]  1944/19 1950/1 1950/1 1962/25 2042/19
Sabrina Xu's [1]  1944/19
safe [8]  1938/21 1939/5 1951/4 1963/25 1964/4 1986/14 1989/6 2111/18
safely [2]  2114/25 2119/1
safety [6]  1938/15 1947/11 1960/24 1961/16 1964/1 1989/2
sat [3]  1998/4 1999/20 2009/20
satisfied [3]  1954/25 2035/12 2038/18
satisfy [1]  2071/16
saved [2]  1970/13 2058/19
saw [42]  1952/13 1952/14 1956/3 1957/16 1957/25 1958/21 1962/7 1962/8 1962/10 1971/23 1982/16 1985/20 1996/3 1996/5 1996/8 1996/15 1996/17 1996/23 1998/10 2007/24 2009/12 2010/15 2027/12 2029/24 2030/20 2031/20 2039/18 2044/10 2045/8 2045/22 2046/6 2057/4 2057/19 2109/11 2111/15 2111/15 2114/6 2114/8 2114/20 2116/13 2116/23 2117/15
scare [3]  1939/6 1958/6 2039/15
scared [8]  1949/2 1952/2 1963/15 2044/16 2044/16 2045/5 2045/11 2045/13
scaring [1]  1958/2
scenario [1]  2032/21
scene [1]  2113/24
schedule [1]  2023/10
scheme [15]  1942/12 1946/17 1948/14 1948/15 1955/11 1955/25 1956/12 1959/5 1959/6 2016/9 2060/8 2088/8 2110/3 2110/18 2116/3
scope [1]  2073/21
screaming [1]  2057/7
screen [5]  1940/23 2036/12 2078/19 2078/24 2089/25
scribe [1]  2034/1
search [1]  1975/16
searched [1]  1993/24
seat [3]  1934/2 1990/8 2119/17
seated [4]  1936/18 1990/13 2024/5 2093/6
sec [1]  1993/3
second [27]  1941/11 1953/8 1954/7 1964/16 1965/12 1966/2 1968/12 1990/1 1990/9 1991/22 1996/21 1999/11 2008/17 2037/24 2040/21 2049/3 2053/23 2056/24 2058/17 2065/3 2065/12 2079/1 2080/11 2090/7 2090/7 2107/19 2121/17
secondly [2]  1934/13 1959/25
seconds [2]  2058/20 2083/5
secret [4]  1973/6 2012/19 2013/11 2013/13
secretly [1]  2017/4
Securities [1]  2104/17
security [7]  1941/9 1956/17 1970/5 1978/3 1978/7 1995/5 2074/12
seek [1]  2046/21
seeking [1]  1949/16 1997/9

seeks [1]  2033/11
seem [1]  2029/20
self [1]  2094/2
sending [1]  1934/11 1956/4
sends [5]  1975/20 1976/25 1976/25 2036/11 2090/12
sense [23]  1985/2 1989/11 1994/21 2001/9 2005/15 2012/13 2015/16 2019/4 2019/14 2028/25 2030/2 2031/7 2032/7 2033/6 2033/7 2034/4 2034/5 2088/17 2090/19 2109/15 2109/17 2118/4 2118/25
sensitive [8]  1941/7 1941/16 1943/18 1943/24 1969/13 1971/15 1978/2 2117/1
sent [29]  1937/15 1937/18 1938/12 1938/22 1938/24 1942/7 1944/14 1944/17 1947/18 1948/12 1950/2 1950/7 1950/14 1958/14 1960/6 1970/8 1975/19 1975/24 1976/3 1976/20 1978/2 1979/14 2030/20 2043/24 2044/7 2073/3 2080/7 2093/22 2103/13
sentence [3]  1995/2 1995/3 2106/22
separate [2]  1953/4 2063/9
separated [1]  2047/11
separately [2]  1953/6 1953/9
September [20]  1940/19 1940/24 1950/11 1950/16 1961/3 1967/11 1968/1 1968/7 1969/8 1971/25 1974/24 2041/11 2043/24 2045/13 2054/24 2054/25 2055/1 2055/1 2060/23 2082/17
September 2016 [5]  1940/19 1940/24 1968/7 1971/25 2082/17
September 2018 [3]  1950/11 2043/24 2045/13
September 3rd [1]  2055/1
September 4 [1]  1961/3
September 4th [3]  1950/16 2055/1 2060/23
series [3]  1963/2 2108/17 2118/9
serious [2]  2064/1 2098/22
seriously [1]  2064/4
served [1]  1968/1
service [6]  2073/21 2078/3 2078/4 2084/10 2084/14 2084/16
session [2]  2050/11 2050/12
set [8]  1935/14 1989/25 2011/4 2016/14 2025/15 2063/13 2063/15 2107/17
seven [1]  1993/11
several [6]  1944/22 1945/17 1956/20 1973/21 1973/22 1995/17
severe [1]  2056/5
shaded [1]  2090/8
shake [1]  2064/12
shall [1]  1977/16
shape [4]  2049/12 2055/14 2055/14 2106/3
share [3]  1988/14 1988/16 2094/25
shared [8]  1952/24 1953/2 1953/22 1977/10 1977/12 1978/8 2013/22 2033/25
shattered [1]  1989/1
sheer [1]  2116/25
sheet [2]  1956/7 2120/6
Sheng [1]  1980/25

**S**

Shi [11]  1992/8 1992/8 1992/10 2071/24 2072/5 2072/10 2072/17 2076/21 2090/10 2096/21 2096/24
shifting [1]  1993/8
shocking [3]  1959/17 1959/24 1959/24
short [15]  1993/21 2014/7 2014/11 2040/23 2044/1 2044/6 2044/7 2044/9 2086/25 2087/1 2101/9 2101/24 2102/4 2102/13 2117/18
Short Hills [1]  2040/23
shortly [1]  2082/11
shot [2]  1936/24 2036/12
shown [25]  1953/12 1953/21 1968/25 1987/20 1987/22 1987/25 1988/2 1988/4 1988/9 1988/11 1988/12 1988/15 1988/17 1988/19 1988/21 1988/23 1988/25 1989/3 1989/5 1989/8 1992/24 1994/15 2003/24 2034/8 2097/14
shred [1]  2109/23
sick [1]  1938/12
side [5]  1999/20 2023/5 2023/5 2054/5 2062/18
sides [2]  2054/1 2054/2
sight [1]  2058/17
sign [3]  2076/18 2077/8 2079/12
Signal [1]  2017/3
signalling [1]  1983/8
signed [5]  1941/3 1969/9 2079/5 2079/9 2084/6
significance [2]  1975/18 1983/6
significant [1]  2113/16
significantly [1]  2087/23
similar [5]  2014/17 2088/23 2089/7 2098/17 2105/25
similarly [2]  1965/16 2120/23
simple [3]  1939/3 1954/23 2063/20
simply [6]  1954/16 1966/8 2029/14 2088/19 2088/20 2116/23
sincerely [1]  2107/6
single [6]  1939/3 1966/11 2020/15 2020/16 2112/16 2116/24
sinister [1]  2029/20
sister [26]  1938/8 1938/24 1938/25 1942/7 1945/2 1945/23 1947/15 1947/18 1947/20 1947/22 1947/24 1948/1 1949/18 1952/5 1952/7 1952/8 1952/15 1960/6 1963/3 1963/9 1963/12 1963/12 1969/20 1993/20 2041/3 2101/9
sister's [2]  1972/10 2102/7
sit [5]  1958/5 2039/14 2054/7 2099/16 2111/8
site [6]  1994/14 1996/23 1999/4 2005/24 2016/25 2017/6
sits [1]  2030/11
sitting [7]  1949/1 1963/6 2050/9 2051/25 2064/20 2068/15 2069/1
situation [3]  2088/23 2089/7 2097/17
situations [1]  2098/10
six [3]  1993/16 2047/12 2083/16
SKYNET [8]  2020/14 2020/17 2020/18 2021/12 2021/15 2021/16 2021/17 2021/20
slang [1]  2099/6
sleep [2]  1963/14 2119/13
slide [3]  1940/5 1982/10 1982/12

slides [2]  1982/12 2103/7
slower [1]  1994/10
small [5]  1941/9 1982/19 1993/1 1995/8 2084/19
smart [5]  2064/7 2064/22 2064/22 2064/23 2064/24
so-called [3]  2059/7 2059/24 2088/8
social [5]  1941/9 1978/3 1995/5 2115/24 2115/25
somewhat [1]  2062/13
somewhere [3]  2058/10 2075/23 2105/22
son [12]  1946/23 1947/5 1947/5 1947/7 1947/8 1957/9 1983/4 2028/20 2029/23 2030/4 2030/14 2030/17
son's [6]  1980/16 1980/19 1981/9 1981/18 1997/20 2028/21
soon [1]  1981/15
sophisticated [2]  2074/9 2106/13
sort [12]  1992/21 1993/7 2011/13 2012/19 2015/15 2016/6 2017/20 2029/19 2053/8 2058/17 2099/7 2116/14
sorting [1]  2103/20
sorts [3]  1936/2 1997/2 2017/3
sought [2]  1984/7 1992/6
sound [2]  2028/5 2031/1
sounds [1]  2121/3
sources [3]  1981/3 1981/20 1982/7
speaking [3]  1992/7 2013/11 2069/7
speaks [1]  1961/13
spec [1]  1997/17
special [7]  1966/21 1977/24 1978/18 1979/4 2021/2 2033/12 2040/22
Special Agent Tarkin [1]  2040/22
specific [4]  1973/9 2010/2 2042/23 2108/18
specifically [5]  1969/11 1977/9 1983/19 1999/19 2044/25
speculate [1]  2075/15
speculation [2]  2042/16 2102/24
spelled [2]  2099/9 2099/9
spend [6]  1951/3 1986/13 1987/4 2074/14 2111/18 2112/19
spent [7]  1938/20 1989/7 2020/23 2029/5 2109/5 2112/24 2112/25
spite [1]  2050/15
spoken [2]  1934/23 2025/21
spontaneously [1]  2087/5
sporadic [2]  2082/11 2087/23
spot [1]  1991/1
spring [1]  1944/20
stalk [4]  1955/18 1957/6 1988/18 2056/9
stalked [4]  1938/5 1939/10 1939/16 1952/18
stalking [29]  1949/5 1953/9 1953/19 1954/2 1954/15 1954/19 1955/4 1955/9 1955/25 1957/4 1958/20 1960/11 1962/16 1962/17 1963/8 1964/6 1965/17 2024/20 2037/18 2037/19 2037/20 2047/12 2052/16 2056/8 2058/14 2067/12 2068/24 2070/10 2116/15
stand [9]  1998/4 2054/8 2070/1 2070/4 2070/6 2071/25 2097/9 2099/12 2104/14
Standby [1]  2002/10

standing [2]  1942/23 1996/11
stands [1]  2032/7
Stanford [3]  2042/22 2042/25 2043/3
start [22]  1937/3 1937/5 1953/19 1974/22 1987/17 1991/21 1997/16 2000/20 2001/24 2004/15 2020/2 2036/15 2080/16 2080/25 2092/3 2107/14 2108/5 2109/21 2112/20 2112/21 2116/10 2119/18
started [12]  1952/5 1959/20 1990/5 2024/11 2024/16 2037/13 2045/7 2048/25 2052/24 2061/5 2084/3 2088/15
starting [4]  1950/4 1955/7 2065/19 2087/25
state [5]  1956/22 1957/22 1973/4 2048/8 2048/9
statement [13]  1966/1 1983/11 1998/5 2024/24 2025/2 2025/16 2027/20 2030/6 2052/18 2103/14 2110/20 2110/24 2111/22
statements [4]  1937/16 2025/22 2110/11 2117/25
states [45]  1933/1 1933/3 1933/3 1933/10 1933/13 1933/17 1938/1 1942/18 1943/20 1945/12 1945/20 1946/19 1946/22 1947/19 1948/6 1955/14 1955/22 1956/8 1956/14 1964/20 1967/16 1968/18 1970/4 1972/21 1984/3 1987/22 1995/17 2048/6 2048/8 2068/5 2071/10 2071/21 2071/23 2073/10 2074/25 2075/3 2083/21 2083/21 2089/11 2089/12 2089/20 2100/20 2105/17 2105/20 2105/23
stay [1]  2002/12
stayed [1]  1962/2
staying [1]  2009/7
stenography [1]  1933/25
step [2]  2005/14 2005/14
steps [4]  1957/1 1957/3 2026/2 2113/18
stick [2]  2076/6 2077/12
stipulated [1]  1968/14
stipulation [1]  2014/25
stock [1]  2026/9
stolen [2]  2000/20 2020/9
stood [2]  1987/18 1991/18
stop [4]  2107/15 2108/6 2114/16 2119/6
store [1]  2053/10
stored [1]  1978/11
story [5]  1992/6 2010/4 2010/7 2010/8 2071/19
straightforward [2]  1953/20 2103/24
stranger [1]  1938/22
Strangers [2]  1938/7 1938/17
stressed [1]  1950/8
stretch [1]  2030/22
stretching [1]  2036/23
strictly [2]  1977/18 2035/1
strongly [1]  2039/24
structure [4]  1973/5 1974/7 2070/10 2070/17
structures [1]  2105/7
student [6]  1980/16 1980/19 1981/9 1981/18 2029/24 2042/24
studying [1]  2020/23

**S**

stuff [6]  1936/9 2000/6 2004/2 2044/6 2044/9 2062/19
stupid [1]  2061/4
subcontracted [1]  2013/19
subject [8]  1966/19 1975/21 1976/4 2020/8 2073/24 2080/8 2120/3 2121/19
subject's [1]  2073/24
subjects [1]  2026/18
submit [6]  2071/15 2095/24 2102/23 2104/18 2109/10 2109/25
subpoena [3]  2054/1 2054/2 2072/1
subpoenaed [1]  2072/2
subsequent [1]  2089/3
subsequently [1]  1980/20
substantial [11]  1954/12 1955/17 1959/4 1960/9 1961/20 2038/5 2038/22 2044/21 2062/15 2063/10 2110/1
substantiates [1]  2087/7
substantive [4]  2112/23 2113/1 2113/5 2115/1
success [2]  1936/22 1957/4
successful [1]  1958/18
suddenly [1]  2113/7
suffer [1]  1960/3
suffered [3]  1946/20 1963/11 2044/21
sufficient [5]  1964/25 2062/3 2099/17 2103/23 2106/10
suggested [4]  1948/16 1958/22 2111/6 2112/1
suggesting [2]  1948/21 2111/5
suggestion [4]  2002/10 2047/19 2063/12 2118/6
suggests [1]  1956/10
Suites [4]  1996/24 1999/24 2005/22 2009/20
summarize [4]  1939/19 1969/7 1974/17 1983/14
summarized [1]  2040/22
summarizing [1]  2012/16
summary [3]  1974/24 2082/17 2107/8
summation [8]  1935/12 1937/6 1937/11 2014/5 2024/7 2024/23 2027/12 2067/23
summations [3]  1934/8 1937/3 1937/7
summed [2]  2007/2 2008/21
summer [1]  1950/4
Sun [11]  1940/25 1966/12 1967/9 1970/4 1970/8 1971/24 1996/16 2073/4 2105/1 2118/12 2118/16
Sun Hui [1]  1996/16
support [1]  1984/18
supported [2]  2043/17 2109/19
supports [1]  2094/6
suppose [2]  2065/3 2112/21
supposed [9]  1952/16 1975/5 2020/18 2055/15 2056/20 2090/4 2090/13 2090/23 2100/10
supposedly [5]  1952/7 1976/8 2054/14 2055/18 2060/7
surgery [1]  1959/19
surrounding [2]  2106/10 2115/18
surveil [2]  1945/14 1988/1
surveillance [61]  1942/3 1943/23 1946/2 1954/8 1956/3 1957/2 1957/20 1958/1 1958/4 1962/18 1962/22
1967/11 1967/15 1968/18 1969/19 1972/9 1972/11 1972/12 1976/9 1976/17 1977/12 1977/19 1983/23 1988/5 1988/7 1993/15 1994/1 1994/15 1994/18 1997/1 2003/5 2007/13 2007/19 2007/20 2007/23 2007/24 2008/11 2008/12 2008/13 2008/14 2013/3 2013/21 2014/7 2014/20 2019/10 2035/2 2038/1 2039/5 2039/8 2039/9 2039/13 2040/4 2040/7 2040/11 2040/14 2040/15 2040/17 2041/10 2044/23 2047/10 2101/12
surveilled [3]  1939/10 1942/6 1988/11
surveilling [1]  1957/19
survive [1]  1945/21
suspects [1]  2019/7
sustain [1]  2084/24
Sustained [10]  2046/13 2047/3 2047/3 2054/17 2054/17 2066/13 2075/13 2076/5 2077/11 2084/24
swayed [1]  2037/2
switch [1]  2003/5
switched [1]  1981/16
sympathetic [1]  2106/18
sympathy [1]  2106/20
system [8]  1973/4 2000/9 2000/13 2048/7 2048/15 2051/23 2064/14 2070/5
systems [2]  2048/11 2105/9

**T**

table [6]  1960/22 1963/6 2009/8 2051/25 2064/20 2083/4
tacit [1]  1934/17
tactic [1]  1957/13
talks [2]  2060/10 2115/14
tape [5]  2005/21 2008/8 2057/4 2057/4 2067/15
tape-recording [1]  2005/21
taped [2]  1950/22 1960/23
target [10]  2052/14 2080/8 2093/22 2094/8 2095/11 2096/9 2103/3 2103/9 2103/15 2103/16
targeted [1]  1949/25
Tarkin [1]  2040/22
task [5]  1946/23 1946/24 1947/1 1947/4 1947/6
tasked [3]  1945/7 1983/18 1987/24
tax [8]  1982/12 1982/15 2018/25 2031/10 2031/20 2031/20 2032/16 2032/17
taxes [7]  1997/20 2016/17 2017/24 2031/9 2031/18 2031/21 2032/21
teach [1]  1936/19
team [1]  1946/10
technical [2]  2038/19 2074/7
technically [1]  2058/24
technique [2]  1936/20 1949/3
technologies [1]  2074/10
technology [2]  2069/11 2074/19
telephone [1]  2087/16
telephones [1]  2052/6
teller [1]  2055/11
ten [1]  2086/12
terminate [1]  2113/18
terminated [3]  2083/10 2084/10 2116/12
terms [15]  1936/9 2000/19 2001/13 2018/5 2024/16 2034/6 2036/16 2048/23 2049/6 2051/6 2053/18 2056/7 2064/14 2065/24 2066/2
terrible [3]  1958/8 2012/25 2061/1
terrific [1]  2060/17
terrified [4]  1939/11 1951/19 2044/15 2113/23
terrifying [1]  1985/19
terrorized [1]  1937/25
testified [22]  1947/2 1950/6 1999/19 2000/5 2007/20 2013/20 2021/11 2022/1 2033/14 2043/4 2043/10 2045/6 2045/10 2048/21 2049/18 2049/18 2068/18 2068/22 2074/20 2082/16 2097/23 2097/25
testify [9]  1999/17 2050/24 2059/10 2066/18 2068/18 2070/1 2070/4 2094/1 2097/10
testifying [1]  2031/19
testimony [27]  1937/18 1939/25 1944/4 1944/15 1944/19 1947/9 1957/16 1966/22 1978/18 1985/23 1986/2 2005/19 2007/10 2016/23 2018/19 2021/24 2040/23 2042/9 2044/11 2045/2 2049/21 2052/8 2060/13 2072/1 2072/3 2099/2 2105/14
text [16]  1957/25 1958/9 1958/11 1958/14 1976/21 1978/2 1984/3 1984/6 1994/1 1997/25 2001/19 2002/2 2015/6 2033/18 2074/23 2075/6
texted [1]  1948/16
texting [2]  1939/4 1948/9
texts [5]  2000/17 2001/12 2010/10 2011/17 2013/18
theme [1]  2018/18
themselves [7]  1952/8 2019/3 2019/16 2105/2 2111/9 2120/4 2120/8
theory [1]  2029/25
thereafter [3]  2082/11 2083/6 2087/25
therefore [3]  1964/1 2007/7 2089/18
thinking [3]  2022/9 2022/12 2063/23
thinks [4]  2000/15 2003/14 2059/3 2066/7
thinner [2]  1963/14 1963/14
third [8]  1951/13 1954/10 1954/22 1964/18 1965/14 2038/2 2090/7 2090/8
thousand [2]  1980/9 1980/17
thousands [2]  2103/20 2107/7
threat [4]  1962/5 1962/6 1962/10 1962/11
threaten [3]  1950/15 1961/11 1985/6
threatened [7]  1938/5 1939/10 1950/6 1960/24 1967/25 1989/5 2055/13
threatening [8]  1938/19 1950/22 1951/13 1960/17 1961/13 1962/23 1988/25 1989/4
threats [5]  1938/15 1950/12 1952/20 1962/9 2057/7
three [42]  1937/24 1942/23 1950/22 1951/9 1954/14 1954/17 1955/3 1962/14 1964/5 1964/6 1981/5 1981/8 1985/18 2004/21 2005/5 2005/12 2028/11 2037/8 2039/2 2050/6 2056/22 2057/3 2057/21 2060/10 2063/7 2069/1 2082/6 2082/22 2083/2

**T**

three... [13]  2083/5 2083/9 2084/15
 2099/16 2105/4 2108/21 2108/25
 2109/9 2109/19 2109/21 2110/2
 2112/3 2119/25
threw [1]  1951/12
throughout [4]  2039/4 2083/7 2095/17
 2112/13
throw [1]  2058/3
throwing [1]  2103/19
thrown [1]  2067/2
throws [1]  2057/25
thumb [1]  1935/18
Thursday [1]  2122/7
ties [1]  2027/22
TikTok [1]  1985/11
timeline [1]  1940/24
timing [1]  1981/11
title [1]  1975/25
TLO [2]  1975/21 1975/22
tmr [1]  2003/4
today [14]  1996/8 1999/21 2011/2
 2011/3 2012/4 2019/9 2040/5 2046/23
 2068/25 2069/18 2072/18 2074/8
 2101/5 2107/12
together [5]  1944/22 1947/9 2082/25
 2109/22 2110/15
tomorrow [7]  2003/4 2003/5 2026/16
 2062/8 2066/2 2119/10 2119/14
ton [1]  2028/4
tonight [2]  2002/10 2002/13
Tony [1]  2043/14
top [4]  1941/11 1966/12 2018/15
 2044/20
topic [1]  2119/5
total [5]  1980/22 1982/21 2018/24
 2032/10 2032/10
touch [2]  2042/13 2115/3
tour [1]  2010/4
toward [3]  1943/12 1987/13 2087/8
towards [1]  2116/13
towers [2]  2052/5 2057/20
towns [1]  2014/7
traced [2]  2040/15
track [5]  1941/18 1974/11 2002/9
 2017/8 2026/8
tracked [2]  2016/25 2017/11
tracking [1]  1994/21
tracks [1]  1959/1
traffic [1]  2087/17
trail [1]  2114/20
transaction [4]  2029/18 2037/5 2077/17
 2077/19
transactions [4]  2031/1 2032/13
 2032/13 2081/12
transcripts [1]  1939/24
transfer [10]  1979/18 1979/19 1979/20
 1979/22 1979/23 1979/25 1981/6
 1981/6 1982/7 2005/7
transferred [4]  1980/20 1980/22
 1995/15 2005/1
transitioning [1]  2003/18
translations [1]  2095/8
translator [7]  1971/6 1971/8 1975/12
 2000/25 2086/17 2103/12 2117/2
transmitted [1]  1978/11
transparent [1]  2017/12
Transperfect [1]  2078/4

transpiring [1]  2086/2
transportation [1]  2084/16
trauma [1]  1962/4
traumatized [2]  1963/8 1963/8
travel [17]  1941/12 1943/2 1943/15
 1946/21 1948/24 1949/22 1955/13
 1956/9 1959/2 1960/14 1961/18
 1967/19 1971/17 1972/13 2038/3
 2038/13 2038/17
traveled [12]  1942/15 1942/17 1945/8
 1954/5 1955/21 1956/14 1956/22
 1956/25 1957/6 2037/23 2037/24
 2038/9
traveling [3]  1945/1 1979/23 2101/20
travels [1]  2100/3
treated [1]  1982/10
treaty [1]  2045/24
triad [1]  2055/16
trial [16]  1933/9 1936/2 1937/4 1939/13
 1953/12 1987/17 1996/18 2016/9
 2027/12 2031/13 2040/22 2066/17
 2071/15 2074/5 2076/8 2109/12
trick [1]  2069/10
trip [5]  1938/15 1945/21 1947/10
 1947/13 1959/16
trips [1]  2100/22
trouble [3]  1944/6 2029/13 2029/14
true [14]  1968/15 1988/17 1991/21
 1997/21 2033/25 2042/8 2043/1
 2089/19 2114/19 2117/13 2117/23
 2117/24 2120/12 2120/13
truly [1]  2037/1
trust [2]  2008/9 2008/15
trusted [3]  2008/10 2009/14 2016/12
truth [4]  2049/15 2055/11 2065/2
 2096/11
Tu [29]  1945/4 1945/6 1946/4 1946/6
 1946/14 1946/25 1947/2 1947/16
 1955/15 1955/19 1966/13 1967/13
 1983/16 1983/17 1983/25 1984/12
 1996/15 1999/24 2005/21 2006/4
 2006/12 2006/16 2006/19 2007/6
 2008/18 2009/16 2045/4 2108/3
 2105/1
Tu Lan [13]  1945/6 1945/6 1946/4
 1946/6 1946/14 1946/25 1947/2
 1947/16 1996/15 1999/24 2045/4
 2100/8 2105/1
Tuesday [1]  2001/25
tumblesaults [1]  2064/16
TUNG [20]  1933/21 1934/24 1935/5
 1991/7 2067/23 2068/11 2075/14
 2076/6 2076/11 2078/13 2078/16
 2080/10 2091/12 2093/3 2093/6
 2104/1 2106/19 2107/13 2116/12
 2123/7
Tung's [2]  2022/2 2091/23
turn [12]  1934/13 1974/13 1987/3
 1992/10 1992/13 2019/23 2037/3
 2067/20 2108/19 2111/9 2111/10
 2111/11
turned [1]  1963/21 1991/20 2045/3
turns [5]  2000/9 2027/18 2030/19
 2058/21 2091/5
Twenty [2]  2060/8 2060/8
twice [1]  1996/4
twisted [1]  2010/17
twisting [1]  2115/20

two [67]  1934/5 1936/19 1940/7
 1940/15 1944/7 1949/7 1949/10
 1951/6 1951/11 1951/15 1953/4
 1953/24 1957/17 1961/24 1962/8
 1964/9 1964/13 1965/21 1968/8
 1968/11 1979/17 1981/3 1981/4
 1984/19 1987/8 1987/16 1996/12
 2011/5 2013/4 2013/20 2015/1 2018/5
 2030/11 2032/25 2036/20 2037/16
 2042/2 2049/23 2050/16 2051/15
 2051/22 2053/19 2055/3 2055/4
 2055/25 2056/6 2056/11 2056/15
 2057/20 2057/21 2057/23 2059/3
 2059/20 2063/7 2063/9 2064/17
 2065/23 2067/9 2068/6 2082/24
 2101/9 2109/25 2110/21 2112/23
 2113/25 2116/16 2118/13
two weeks [3]  1940/7 1940/15 1949/10
two-handed [1]  1936/19
two-year [1]  2032/25
type [2]  2015/13 2015/14
types [1]  2118/24
typo [5]  1958/22 1958/24 1958/25
 1971/9 2111/6

**U**

U.S [17]  1943/19 1947/3 1947/17
 1956/16 1959/23 1967/17 1978/22
 1982/24 1985/9 2017/2 2021/2
 2045/24 2050/19 2098/4 2100/2
 2101/3 2106/8
umbrella [2]  2012/5 2012/8
un-redacted [2]  1948/11 2080/20
unambiguously [1]  2110/7
unanimously [1]  1990/24
unbelievable [1]  2006/1
uncertain [2]  2000/19 2001/13
unclear [2]  2040/10 2040/10
understandable [1]  2055/22
understandably [1]  2020/24
understood [12]  1958/14 1975/18
 1983/11 1997/10 2005/9 2005/10
 2006/9 2026/1 2026/25 2045/4 2111/1
 2115/17
undertake [1]  2002/8
undisputed [4]  1940/8 1991/20 1996/19
 1997/3
unfair [1]  2033/2
unfortunately [1]  2023/9
unguarded [1]  2008/8
unidentified [1]  2121/6
unifying [1]  2112/13
unimaginable [1]  1993/13
unit [1]  1972/25
UNITED [43]  1933/1 1933/3 1933/3
 1933/10 1933/13 1933/17 1938/1
 1942/18 1943/20 1945/12 1945/20
 1946/19 1946/21 1947/19 1948/6
 1955/22 1956/14 1964/20 1967/16
 1968/18 1970/4 1972/21 1974/4
 1984/3 1987/22 1995/17 2048/6
 2048/8 2068/5 2071/10 2071/21
 2071/23 2073/10 2075/3 2083/21
 2083/21 2089/11 2089/12 2089/20
 2100/20 2105/17 2105/19 2105/23
United States [13]  1972/21 1984/3
 2068/5 2071/10 2071/21 2071/23
 2073/10 2075/3 2083/21 2083/21

## U

United States... [3]  2089/11 2089/12 2089/20
University [2]  2042/22 2042/25
unjustly [2]  2044/18 2045/21
unknowing [1]  2107/1
unknowingly [3]  2069/3 2107/1 2107/4
unlawful [3]  2015/20 2015/23 2112/15
unlawfully [1]  2016/7
unless [4]  1935/3 1935/22 1958/24 2067/21
unlock [1]  1936/4
unquestionably [1]  1970/6
unquote [1]  2008/24
unredacted [1]  2078/10
unregistered [1]  2030/25
unsafe [2]  1950/8 1962/3
unsolicited [1]  1952/6
unsupported [1]  2039/20
unsure [1]  2114/5
unwanted [1]  1952/6
unwarranted [1]  2033/2
unwilling [1]  1960/19
update [2]  1942/10 1978/5
updates [1]  1969/15
upholding [1]  2109/4
upper [1]  2082/14
upsetting [1]  1952/16
upside [3]  1963/21 2037/3 2108/19
urge [2]  1937/5 2086/23
user [3]  2034/23 2034/25 2036/17
users [1]  2035/6
uses [2]  2016/1 2027/5
utilize [1]  2069/12

## V

vacuum [1]  1985/4
valid [1]  1978/15
vapes [1]  2030/16
various [5]  1945/11 2036/3 2051/5 2052/5 2052/6
vehicle [9]  1972/10 1976/15 1976/18 1977/14 1991/25 2015/13 2015/14 2034/10 2036/17
verdict [5]  1989/10 1989/12 2047/6 2047/6 2107/10
verge [1]  1963/13
Verizon [1]  2016/24
version [4]  1948/11 2078/10 2078/12 2113/25
versions [1]  2090/5
vetoed [1]  2039/19
via [1]  1943/8
victim [7]  1971/15 1978/2 2010/20 2011/11 2046/1 2116/16 2118/4
victim's [1]  1944/23
victims [38]  1939/16 1940/18 1941/8 1941/18 1943/24 1943/25 1944/24 1955/12 1955/16 1956/1 1956/17 1958/2 1958/20 1962/18 1963/8 1965/23 1967/11 1967/15 1967/20 1967/21 1969/14 1986/1 1988/2 1988/12 1988/14 1988/18 2020/24 2038/23 2039/3 2059/24 2088/17 2088/21 2106/12 2110/10 2111/7 2115/19 2117/4 2120/5
victims' [5]  2088/21 2108/19 2114/13 2120/12 2120/13

video [18]  1935/21 1938/25 1952/14 1952/15 1958/5 1961/8 1961/9 1996/3 2044/9 2045/22 2046/7 2057/7 2057/22 2058/12 2084/17 2086/25 2086/25 2087/1
videos [4]  1935/16 1963/2 2039/14 2073/25
videotape [6]  2009/12 2010/6 2010/16 2010/18 2025/4 2057/5
view [7]  1966/5 1966/7 2025/23 2036/22 2052/23 2052/24 2067/10
Vincent [13]  1950/17 1951/5 1960/12 1960/15 1961/2 1985/10 1986/2 1987/5 2048/25 2052/18 2068/22 2114/4 2114/18
Vincent Kuang [4]  1950/17 1951/5 1987/5 2048/25
Vincent Kuang's [1]  2052/18
violated [4]  1977/11 2034/9 2034/23 2034/25
violating [2]  2036/16 2075/25
violation [2]  2037/5 2050/19
virtue [1]  2034/8
visit [2]  1960/1 1962/20
voice [3]  2082/14 2083/13 2083/13
volume [1]  2116/25
volumes [1]  2037/12

## W

wad [1]  1980/9
wait [1]  2103/10
waited [1]  2046/16
waiting [2]  1957/18 1957/21
walk [3]  1940/5 1953/12 2106/1
walked [5]  1950/19 1987/9 2012/3 2012/5 2059/5
walking [2]  1950/23 2058/22
walks [2]  2058/16 2058/21
Wang [2]  2077/3 2077/7
wants [8]  1935/19 2002/3 2003/13 2055/13 2055/13 2056/2 2059/7 2081/19
war [1]  2105/21
warn [2]  2046/10 2047/4 2105/17
warned [2]  2022/16 2101/2
warning [4]  1978/9 1978/13 2022/3 2105/24
warnings [5]  2105/16 2105/23 2105/25 2106/10 2106/10
Warren [11]  1993/22 2014/7 2014/18 2040/23 2042/3 2043/23 2044/2 2044/3 2044/6 2102/6 2117/12
waste [1]  2086/12
watch [4]  2053/10 2105/20 2111/22 2114/20
watched [1]  2100/9
watches [1]  2055/22
watching [1]  1948/3
ways [3]  1944/7 1949/17 2112/6
weakened [1]  1959/19
weapons [1]  2014/15
web [1]  2106/2
WeChat [8]  2017/2 2017/8 2077/1 2077/2 2077/6 2077/7 2077/8 2077/20
Wedeman [8]  1973/3 1973/5 1973/10 1983/5 2020/22 2021/25 2022/1 2070/12
Wedeman's [2]  1974/1 2021/24

week [4]  2003/7 2005/20 2044/10 2045/22
weeks [8]  1940/7 1940/15 1943/19 1949/10 1971/14 1980/20 2065/23 2109/25
weight [1]  2033/8
Welcome [1]  2024/5
wet [1]  2012/5
whack [1]  2060/3
WhatsApp [1]  2017/2
whatsoever [10]  1996/14 2043/13 2047/22 2053/11 2054/5 2054/7 2059/23 2079/8 2083/23 2105/25
Wheeler [4]  1999/3 1999/4 2017/6 2052/4
wheels [1]  1956/2
whereabouts [2]  2042/18 2073/25
whip [1]  2064/22
whole [14]  1997/1 2000/9 2000/13 2006/25 2008/7 2010/1 2019/3 2027/7 2038/10 2039/18 2040/4 2056/17 2114/21 2118/2
wide [1]  1934/25
wife [19]  1937/25 1938/16 1938/20 1947/11 1949/8 1951/3 1952/11 1968/2 1980/1 1980/23 1981/1 1981/9 1981/17 1986/14 1989/6 1995/4 2027/15 2028/16 2028/24
willing [5]  1951/1 1986/13 2004/15 2045/19 2064/15
window [1]  1961/25
windows [1]  2012/3
wins [1]  2000/12
wire [11]  1979/18 1979/19 1979/20 1979/21 1979/23 1979/25 1981/6 1981/6 1982/7 2004/21 2005/7
wired [1]  2028/14
wiring [1]  2005/12
wish [2]  2045/20 2067/17
wishes [1]  2045/17
withdraw [2]  2058/25 2059/7 2113/15 2114/14
withdrawal [5]  2112/25 2113/3 2113/4 2113/25 2114/9
withdrawn [1]  2113/17
withdraws [1]  2113/19
withdrew [2]  2061/6 2114/24
witness [24]  1939/25 1994/5 1994/5 1998/2 1998/4 1998/4 1999/8 2009/10 2011/16 2017/19 2033/14 2033/19 2053/16 2053/24 2054/7 2054/12 2068/17 2068/21 2070/12 2095/23 2097/15 2097/25 2097/25 2123/3
witness' [1]  1937/18
witnesses [3]  1935/3 2054/1 2054/2
woman [1]  1993/9
won [2]  2068/5 2068/24
wonder [3]  2045/5 2045/10 2063/21
WONG [1]  1933/20
word [7]  1984/6 1999/20 2000/2 2027/5 2027/7 2065/25 2066/1
words [18]  1947/1 1948/23 1963/10 1968/8 1972/17 1983/2 1984/12 1984/18 1986/10 2012/15 2022/4 2052/10 2084/2 2104/10 2110/6 2110/24 2110/25 2111/1
works [2]  2027/18 2055/22
world [5]  1938/13 1948/24 2017/12

## W

world... [2]  2034/21 2048/11
worried [4]  1950/9 1959/13 1959/22
 1960/8
worries [1]  2023/16
worry [2]  1936/23 2096/15
worse [2]  2047/13 2060/16
worst [1]  2032/21
worth [1]  2021/24
wow [2]  2093/24 2094/5
wrap [5]  2017/10 2065/20 2066/20
 2104/5 2104/10
Wray [1]  2022/8
wrestle [1]  2063/13
write [7]  1936/14 1940/4 2057/3
 2057/14 2057/15 2059/2 2065/4
writes [1]  2056/22
written [5]  1992/24 2015/22 2015/23
 2111/14 2115/16
wrongdoing [2]  1950/3 1950/4
wrote [11]  2016/5 2049/22 2050/6
 2050/7 2050/13 2050/25 2051/2
 2053/19 2056/1 2065/5 2065/7
Wuhan [1]  1947/16 1970/5

## X

Xiao [2]  1966/13 1996/15
Xiao Jun [1]  1996/15
Xin [2]  2077/3 2077/7
Xinzi [4]  1950/1 2026/22 2038/2
 2042/24
Xinzi Xu [1]  2042/24
Xu [194]
Xu Jin [51]  1937/24 1938/2 1938/5
 1938/9 1938/14 1938/17 1938/19
 1938/23 1939/6 1940/22 1941/2
 1941/22 1941/23 1942/1 1942/3
 1943/5 1944/2 1945/3 1945/7 1945/14
 1945/24 1945/25 1946/2 1946/24
 1946/24 1947/15 1947/25 1948/1
 1948/4 1948/4 1948/8 1948/14
 1948/22 1948/25 1949/8 1949/15
 1949/17 1949/25 1950/13 1951/14
 1951/16 1987/3 1987/4 1987/14
 1987/24 1988/19 1988/24 1992/4
 1995/4 2026/22 2090/22
Xu Jin's [35]  1938/12 1938/14 1938/25
 1942/3 1942/6 1944/15 1944/15
 1945/1 1945/3 1945/19 1945/22
 1946/18 1946/19 1946/23 1947/10
 1947/14 1947/19 1947/20 1947/21
 1948/3 1948/5 1948/9 1948/12 1949/7
 1949/12 1949/13 1949/16 1949/18
 1950/19 1951/12 1988/5 1988/13
 1989/6 1993/20 2002/9
Xu Qin [1]  1947/15
Xu Xinzi [3]  1950/1 2026/22 2038/2
Xu's [4]  1944/19 1956/8 2001/2 2045/1

## Y

Yahoo [1]  2073/10
Yan [27]  1943/8 1947/22 1952/5
 1963/3 1963/9 1975/3 1995/12
 1995/13 2003/19 2003/23 2004/6
 2004/12 2004/19 2026/13 2041/3
 2043/16 2045/6 2082/1 2083/20
 2084/13 2087/20 2089/11 2089/16
 2089/19 2098/16 2104/25 2105/1

Yan's [3]  1954/19 1957/2 2117/11
Yang [1]  2026/20
year [6]  1959/18 2032/25 2036/2
 2045/14 2051/15 2117/17
years [26]  1937/24 1938/20 1946/20
 1951/3 1952/19 1968/2 1986/13
 1987/4 1989/7 1993/11 2025/20
 2025/20 2046/16 2048/5 2049/1
 2050/16 2051/15 2051/22 2053/19
 2055/25 2056/11 2056/15 2060/24
 2064/17 2105/7 2116/16
yelled [1]  2007/15
yelling [1]  2057/6
yellow [1]  2100/4
yesterday [8]  1937/2 2008/14 2015/7
 2059/16 2072/18 2073/19 2093/25
 2122/1
Yong [183]  1939/9 1940/20 1940/24
 1941/2 1941/3 1941/4 1941/6 1941/17
 1942/4 1942/8 1942/13 1942/17
 1942/25 1943/2 1946/12 1949/17
 1949/22 1955/8 1955/10 1955/21
 1956/2 1956/4 1956/11 1956/14
 1956/22 1962/18 1966/24 1967/9
 1967/14 1967/18 1969/3 1969/4
 1969/8 1969/9 1969/10 1969/12
 1969/12 1969/13 1969/14 1969/15
 1969/19 1969/23 1969/25 1970/3
 1970/11 1971/2 1971/5 1971/5 1971/6
 1971/7 1971/11 1971/14 1971/21
 1972/3 1972/6 1972/9 1972/14
 1972/23 1973/12 1973/14 1973/18
 1974/6 1974/12 1975/14 1979/12
 1979/13 1987/21 1988/1 1988/3
 1988/5 1988/7 1988/9 1992/6 1993/5
 2069/8 2069/25 2070/3 2070/7
 2070/21 2070/24 2071/8 2071/17
 2071/20 2071/24 2072/3 2072/3
 2072/24 2073/3 2073/7 2073/14
 2074/25 2075/8 2075/19 2076/17
 2076/18 2077/6 2077/13 2077/18
 2077/25 2079/6 2079/9 2080/4
 2080/17 2080/24 2081/1 2081/3
 2081/4 2081/6 2081/6 2081/10
 2081/17 2082/10 2082/18 2082/20
 2082/21 2082/23 2083/2 2083/4
 2083/9 2083/10 2083/15 2083/18
 2083/18 2083/22 2084/2 2084/2
 2084/18 2085/3 2086/17 2086/20
 2087/19 2087/23 2088/4 2088/6
 2088/12 2088/14 2088/24 2089/2
 2089/12 2089/15 2089/18 2090/14
 2090/22 2091/9 2095/7 2095/10
 2095/16 2095/20 2095/21 2095/25
 2096/2 2096/4 2096/5 2096/7 2096/20
 2096/25 2098/10 2098/12 2100/4
 2100/5 2100/18 2100/18 2100/23
 2101/8 2101/11 2101/18 2101/21
 2102/11 2102/15 2102/22 2103/2
 2103/3 2103/9 2103/13 2103/14
 2106/6 2106/24 2107/10 2116/21
 2117/1 2117/4 2117/22 2118/12
Yong Zhu [50]  1992/6 1993/5 2080/4
 2080/17 2080/24 2081/3 2082/10
 2082/20 2082/21 2082/23 2083/2
 2083/4 2083/9 2083/10 2083/15
 2083/18 2083/18 2083/22 2084/2
 2084/18 2087/19 2087/23 2087/8

2088/6 2088/24 2089/2 2089/12
 2089/15 2089/18 2090/14 2095/20
 2095/25 2096/2 2096/4 2096/5
 2096/20 2098/12 2100/18 2100/18
 2100/23 2101/8 2101/11 2101/18
 2102/22 2103/2 2103/2 2103/9
 2103/13 2103/14 2107/10
Yong Zhu's [6]  2081/10 2082/18
 2084/2 2086/20 2088/12 2088/14
Yong's [5]  1970/8 1970/10 1970/15
 2116/9 2118/6
YORK [11]  1933/1 1933/4 1933/14
 1933/15 1968/20 2021/3 2033/13
 2033/13 2046/4 2048/9 2062/21
young [2]  1972/18 2061/4
younger [2]  1947/18 1960/6
Your Honor [22]  2024/8 2032/3 2041/6
 2065/10 2065/21 2066/12 2068/8
 2069/18 2075/12 2076/4 2076/9
 2078/9 2078/20 2079/13 2080/20
 2084/23 2085/1 2086/2 2090/3 2108/9
 2119/4 2122/2
yourself [10]  1938/11 1997/21 1998/16
 2014/22 2028/18 2030/1 2034/4
 2059/15 2065/19 2111/11
yourselves [4]  2054/12 2055/25 2062/3
 2111/10
Yu [1]  2026/22
Yu Fang [1]  2026/22
Yup [1]  2121/10

## Z

Zebin [2]  2042/9 2068/22
zero [5]  2055/21 2059/22 2059/24
 2067/5 2067/7
Zheng [58]  1933/19 1939/9 1950/16
 1950/19 1951/5 1951/17 1960/12
 1960/15 1960/18 1960/25 1961/4
 1961/6 1961/10 1961/19 1961/24
 1962/13 1962/23 1966/25 1967/24
 1984/20 1984/23 1985/1 1985/5
 1985/6 1985/11 1985/14 1985/21
 1985/23 1985/25 1986/11 1987/8
 1988/23 1989/1 1989/4 1989/8 2069/6
 2090/10 2099/2 2111/13 2111/22
 2112/21 2112/22 2112/24 2113/8
 2113/21 2114/14 2114/21 2114/23
 2114/24 2115/1 2115/4 2115/13
 2115/19 2115/22 2115/23 2115/24
 2115/25 2116/4
Zheng's [1]  1960/10
Zhu [263]
Zhu Feng [1]  2001/13
Zhu Jin's [1]  1984/3
Zhu Yong [18]  1939/9 1941/2 1941/3
 1941/4 1941/6 1941/17 1942/4 1942/8
 1942/13 1942/17 1949/17 1971/11
 1987/21 1988/1 1988/3 1988/5 1988/7
 1988/9
Zhu's [13]  1994/20 2005/3 2042/19
 2071/20 2071/24 2081/4 2081/10
 2082/18 2084/2 2086/17 2086/20
 2088/12 2088/14
zoomed [1]  1976/18