LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

September 5, 2024

**By ECF**
Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

Re: *United States v. Zhu*, 21 Cr. 265 (PKC)

Your Honor:

    I represent Zhu Yong (aka Yong Zhu) in the above-captioned case. I write without objection from Pretrial Services or the government respectfully to request that Mr. Zhu be permitted to travel to Connecticut between 9:00 am on September 6 and 9:00 pm on September 7. He owns a house there, which is posted to secure his bond, and it flooded and needs to be cleaned. Mr. Zhu's bail conditions permit him to travel to Connecticut with Pretrial's approval; but Pretrial Services informs me that he needs the Court's approval to remain overnight. I conferred with the Electronic Monitoring Unit and AUSA Meredith Arfa, and neither object to this request. Thank you for your consideration.

    Respectfully submitted,

    /s/ Benjamin Silverman
    Benjamin Silverman
    *Attorney for Zhu Yong (aka Yong Zhu)*

cc: Counsel of record (by ECF)
    Pretrial Services EM Unit (by email)