# RENEE M. WONG, ESQ.
## ATTORNEY AT LAW
401 BROADWAY, SUITE 306
NEW YORK, NEW YORK 10013
RENEE@WONGLAW.NET
(917) 701-0792
FAX: (212) 966-0588

---

*Filed Via ECF*

Honorable Pamela K. Chen
United States District Court Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

                      RE:   *United States v. Cong Ying Zheng,*
                                 Case No: 21-CR-265
                                 Joint Sentencing Adjournment Request

Your Honor:

      Please be reminded that Paul Goldberger and I represent Mr. Congying Zheng. Mr. Zheng is requesting a continuance of his sentence presently scheduled for November 18, 2024.

      The purpose of the continuance is to allow counsel to fully translate the Presentence Investigation Report, present necessary objections to the report, and prepare a comprehensive pre-sentencing memo.

      The Government does not object to Mr. Zheng's request to adjourn the sentencing to January. The parties are not available January 1-3, 8, 10, 14, 17, 24, 28, 30, or 31.

      It is respectfully requested that Your Honor adjourn Mr. Zheng's sentencing date to January 2025.

                                                          Respectfully submitted,

                                                          Renee M. Wong, Esq.

RMW/aw