

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MAA/IC/CB
F. #2017R00906

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 30, 2024

By ECF and Email
The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. McMahon, et al.
                Criminal Docket No. 21-265 (S-1) (PKC)

Dear Judge Chen:

      The government respectfully submits this letter to inform the Court that it does not object to defendant Michael McMahon's motion for an extension of time to file objections to the Presentence Report and to continue sentencing, dated October 25, 2024 (ECF No. 315). Should the Court grant the defendant's motion, the government respectfully requests that the government's deadline to submit objections to the Presentence Report be extended as well, consistent with the extension granted to the defendant.

      Very truly yours,

      BREON PEACE
      United States Attorney

By:    /s/
      Meredith A. Arfa
      Irisa Chen
      Assistant U.S. Attorneys
      (718) 254-7000

                                      MATTHEW G. OLSEN
                                      Assistant Attorney General
                                      Department of Justice
                                      National Security Division

                         By:    /s/_____
                                  Christine Bonomo
                                  Trial Attorney

Cc:    Clerk of the Court (PKC) (by ECF and Email)
        Counsel of Record (by ECF)