

U.S. Department of Justice

United States Attorney
Eastern District of New York

IC
F. #2017R00906

271 Cadman Plaza East
Brooklyn, New York 11201

November 14, 2024

By Email and ECF

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Kuang Zebin
                Criminal Docket No. 21-265 (S-1) (PKC)

Dear Judge Chen:

      The government writes to respectfully request an adjournment of sentencing in the above-captioned matter currently scheduled for November 21, 2024. The defendant consents to the adjournment request. It is the government's understanding that a Presentence Investigative Report ("PSR") has not yet been completed in this matter. Accordingly, an adjournment is necessary to provide time for the PSR to be completed, and for the parties to submit their sentencing memoranda.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/ Irisa Chen
      Meredith A. Arfa
      Irisa Chen
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Clerk of Court (PKC) (By Email)
       Counsel of Record (By Email)