

U.S. Department of Justice

United States Attorney
Eastern District of New York

MAA/IC/CB
F. #2017R00906

271 Cadman Plaza East
Brooklyn, New York 11201

December 2, 2024

By ECF and Email

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Michael McMahon,
                Criminal Docket No. 21-265 (S-1) (PKC)

Dear Judge Chen:

      The government respectfully submits this letter, with the defendant's consent, to request an adjournment of defendant Michael McMahon's sentencing, currently scheduled for January 3, 2025, to a date in early March 2025, other than March 7 or March 13-14. The government is not available on January 3 and counsel for both the government and the defendant are scheduled to begin trials later in January; counsel for the defendant has advised that the government in that case has estimated trial will last 4-6 weeks. Accordingly, the government respectfully requests that the defendant's sentencing be adjourned until early March 2025.

      Respectfully submitted,

      BREON PEACE
      United States Attorney
      Eastern District of New York

By:    /s/
      Meredith A. Arfa
      Irisa Chen
      Assistant U.S. Attorneys
      (718) 254-7000

                                        MATTHEW G. OLSEN
                                        Assistant Attorney General
                                        Department of Justice
                                        National Security Division

By:    /s/_____
        Christine Bonomo
        Trial Attorney

Cc:    Clerk of the Court (by ECF and Email)
        Counsel of Record (by Email)