LAW OFFICE OF
**BENJAMIN SILVERMAN**
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

January 14, 2025

**By ECF**
Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

  Re: *United States v. Zhu*, 21 Cr. 265 (PKC)

Your Honor:

  I write respectfully to provide one additional letter of support for Zhu Yong in advance of his sentencing scheduled for tomorrow morning at 10:00 am. As with the other letters, the English translation precedes the Chinese original. Thank you for your consideration.

            Respectfully submitted,

            /s/ Benjamin Silverman
            Benjamin Silverman
            *Attorney for Zhu Yong (aka Yong Zhu)*

cc: AUSAs Meredith Arfa, Irisa Chen, and Christine Bonomo (by ECF)

# Exhibit 1

**TRANSLATION:**

Honorable Judge,

Greetings!

    I am Jianghong Wang, a Chinese citizen. I am 53 years old this year. I worked in corporate finance before retiring. Later, due to the company closing down, I operated a teahouse on my own.

    Mr. Zhu Yong has always been a very friendly person. He is a man of integrity, good character, upstanding, and is a trustworthy friend. I remember one time when our friends had a dinner gathering, I forgot to buy onions when I was buying vegetables.  Because my home was far away from the vegetable market, Yong Zhu helped drive over to buy onions. When he came back from buying onions, he found that the old lady selling vegetables had given him too much change (Mr. Yong Zhu gave her 20 yuan face value in RMB when he paid. The old lady thought he gave her 100 yuan face value.) He immediately drove back to the vegetable market and returned the extra change to the old lady. The old lady was extremely grateful! He said that the old lady was selling some vegetables and he did not know how much vegetables she would have to sell in order to make that money. Mr. Zhu said I have to do this. Several of our friends have expressed praises toward this. It is not because of the amount of money, rather it is because he was extremely compassionate and because his integrity and act of kindness can be seen from the smallest things.

    I have now learned that Mr. Yong Zhu is undergoing a hearing in a criminal case in the United States. I am writing this letter to request for leniency in this case and hope that the defendant's criminal punishment can be reduced. I know this is a serious case involving serious violations of the law. But I also know that Mr. Zhu Yong is an upright and devoted person.  He has a kind heart and is a lovely person. He was taken advantage of by others and did wrong things in a moment of confusion, but I believe he had no motive to make mistakes on his own initiative. As his friend, I believe him very much. He was just impulsive and gullible in believing other people's slander.  As a friend of the defendant, I deeply feel that this incident has a great impact on him, and is causing him to almost lose courage to keep living.  He just hoped to live a normal life and have a peaceful old age. This unexpected incident disrupted his peaceful life. Honorable Judge, I ask you to give Mr. Zhu a chance, as you would your own child, to turn over a new leaf. I believe he has realized his fault from this incident and has made positive changes and reflections. If he can get your tolerance and help, I believe he will re-establish his confidence and courage in life. Finally, I would like to express my sincere gratitude and respect to you again! Thank you for patiently listening to my requests and concerns. I believe you will make fair and wise judgments to help Mr. Zhu Yong overcome this difficulty.

Respectfully yours,

                                                Salute

Ms. Jianghong Wang

尊敬的陈法官大人：

您好！

　　我是中国公民王江虹，今年五十三岁，退休之前从事过公司财务工作，后来因公司倒闭，自己经营了一家茶楼。

　　朱勇先生一直就是一个很友善的人。为人正直品行端正嫉恶如仇，是一个值得信赖的朋友。记得有一次我们朋友聚餐，我当时买菜的时候忘记买洋葱，由于我家离菜市场比较远。朱勇就帮忙开车去买，当他买洋葱回来时发现当时那个卖菜的老太太多找了钱给他(朱勇先生付款时给了二十元面值的人民币老太太以为他给的是一百元面值的)他立即开车返回菜市场将多找的钱如数退还给那个老人，老太太感激得不行了！她说老人卖点小菜不知道要买多少菜都赚不到这些钱。朱先生说我必须这样做。我们几个朋友都对此事表示赞赏。不是因为钱的多少而是他极富有同情心，而是正直且善良的表现从一点小事就能看到他的人品。

　　现获悉朱勇先生正在美国接受一个刑事案件的审理，我写这封信是为了向您请求宽大处理这个案件，并希望能够减轻被告的刑事处罚。我知道这是一起严重的案件，涉及到严重违法的事情。但是我也知道朱勇先生为人正直，忠诚是一个有善良心灵和可爱的人，他一时糊涂被人利用，做了错误的事情，但是我相信他并没有主动去犯错误的动机，我作为他的朋友，非常相信他，只是一时冲动和轻信他人的谗言，作为被告的朋友我深深的感受到这次事件对于他的打击和影响非常之大，让他活下去的勇气都快没有了，他只是希望能够正常的生活度过一个安详地晚年，这次以外的时间打乱他平静的生活。尊敬的法官大人，我请求您想宽恕您的孩子一样给朱先生一个冲刺你做人的机会。我相信他已经从错误中认识到了自己的过错，并且有了积极的改变和反思，如果能够得到您的宽容和帮助，我相信他会重新树立对生活的信心和勇气，最后，我再次向您表达我的诚挚的谢意和敬意！感谢您耐心地听取我的请求和关注，我相信您会做出公正和明智的判断，帮助朱勇先生度过这个难关。

此致，

敬礼

王江虹女士