

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

IC
F. #2017R00906

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 15, 2025

<u>By Email and ECF</u>

The Honorable Pamela K. Chen
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Zhu Yong
              <u>Criminal Docket No. 21-265 (PKC)</u>

Dear Judge Chen:

      In light of today's sentencing hearing in the above-captioned case, the government respectfully moves to dismiss the outstanding charges in the underlying indictment filed on May 12, 2021, ECF No. 54, pending against defendant Zhu Yong.

      Should the Court have any questions, please do not hesitate to contact me.

                                                   Respectfully submitted,

                                                   CAROLYN POKORNY
                                                   Acting United States Attorney

                          By:    <u>     /s/ Irisa Chen            </u>
                                 Irisa Chen
                                 Assistant U.S. Attorney
                                 (718) 254-6124

cc:  Clerk of the Court (PKC) (by ECF)
      Counsel of Record (by ECF)