

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

IC
F. #2017R00906

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 15, 2025

<u>By ECF and Email</u>

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Congying Zheng
     <u>Criminal Docket No. 21-265 (S-1) (PKC)</u>

Dear Judge Chen:

  The government respectfully requests the Court permit the government to electronically submit a video recording under seal in support of the government's letter in advance of defendant Congying Zheng's sentencing hearing, which is scheduled for January 22, 2025. *See* ECF No. 337. The recording, which is referenced as Exhibit A in the government's sentencing submission contains the video-recorded post-arrest interview of the defendant.

             Very truly yours,

             CAROLYN POKORNY
             Acting United States Attorney

      By: /s/
         Irisa Chen
         Assistant U.S. Attorney
         (718) 254-6124

Enclosure (By ECF and Email)

cc: Clerk of Court (PKC) (By ECF and Email)
   Counsel to Congying Zheng (By ECF and Email)