**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

Eastern District of New York

Caption:
United States v.

Yong Zhu (aka Zhu Yong)

Docket No.: 21 Cr. 265
Honorable Pamela K. Chen
(District Court Judge)

Notice is hereby given that Yong Zhu (aka Zhu Yong) appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] ______ (specify)

entered in this action on January 15, 2025.
(date)

This appeal concerns: Conviction only [ ] Sentence only [ ] Conviction & Sentence [✓] Other [✓]

Defendant found guilty by plea [ ] trial [✓] N/A [ ]

Offense occurred after November 1, 1987? Yes [✓] No [ ] N/A [ ]

Date of sentence: January 15, 2025 N/A [ ]

Bail/Jail Disposition: Committed [✓] Not committed [✓] N/A [ ]

Appellant is represented by counsel? Yes [✓] No [ ] If yes, provide the following information:

Defendant's Counsel: Benjamin Silverman

Counsel's Address: 224 West 30th Street, Suite 302
New York, NY 10001

Counsel's Phone: (212) 203-8074

Assistant U.S. Attorney: Irisa Chen, Meredith Arfa, and Christine Bonomo

AUSA's Address: United States Attorney's Office, 271 Cadman Plaza East
Brooklyn, NY 11201

AUSA's Phone: (718) 254-6124

[signature]
Signature