

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

IC
F. #2017R00906

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 27, 2025

By Email and ECF

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Kuang Zebin
                Criminal Docket No. 21-265 (S-1) (PKC)

Dear Judge Chen:

       The government writes to respectfully request an adjournment of sentencing in the above-captioned matter currently scheduled for February 3, 2025. The defendant consents to the adjournment request. It is the government's understanding that a Presentence Investigative Report ("PSR") has not yet been completed in this matter. Accordingly, an adjournment is necessary to provide time for the PSR to be completed, and for the parties to submit their sentencing memoranda.

                                      Respectfully submitted,

                                      JOHN J. DURHAM
                                      United States Attorney

                    By:    /s/ Irisa Chen
                                      Meredith A. Arfa
                                      Irisa Chen
                                      Assistant U.S. Attorneys
                                      (718) 254-7000

cc:    Clerk of Court (PKC) (By Email)
        Counsel of Record (By Email)