Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

EASTERN District of NEW YORK

Caption:

UNITED STATES OF AMERICA v.

CONGYING ZHENG

Docket No.: 21-CR-265 (PKC)

PAMELA K. CHEN
(District Court Judge)

Notice is hereby given that CONGYING ZHENG appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other | _____ (specify)

entered in this action on 1/22/2025 (date)

This appeal concerns: Conviction only | __ | Sentence only | __ | Conviction & Sentence | ✓ | Other | ✓ |
Defendant found guilty by plea | __ | trial | ✓ | N/A | __ |
Offense occurred after November 1, 1987? Yes | ✓ | No | __ | N/A | __ |
Date of sentence: 1/22/2025   N/A | __ |
Bail/Jail Disposition: Committed | ✓ | Not committed | ✓ | N/A | __ |

Appellant is represented by counsel? Yes ✓ | No | __ | If yes, provide the following information:

Defendant's Counsel: RENEE M. WONG, ESQ.

Counsel's Address: 401 BROADWAY, SUITE 306
NEW YORK, NEW YORK 10013

Counsel's Phone: 212-431-9380

Assistant U.S. Attorney: AUSA IRISA CHEN, AUSA MEREDITH ARFA, AUSA CHRISTINE BONOMO

AUSA's Address: 271 CADMAN PLAZA EAST
BROOKLYN, NY 11201

AUSA's Phone: 718-254-7000

Signature