**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 1:21-cr-00265 (PKC) |
| **v.** | |
| **MICHAEL MCMAHON** | **[PROPOSED] CONSENT ORDER MODIFYING CONDITIONS OF RELEASE TO PERMIT TRAVEL** |

**THIS MATTER** having come before the Court on the application of defendant Michael McMahon, by Gibbons P.C. (Lawrence S. Lustberg, Esq. and Genna A. Conti, Esq., appearing), and with no objection from the United States Office of Pretrial Services (by Rhonda LeGrand, U.S. Pretrial Services Officer, District of New Jersey and Joseph Elie, U.S. Pretrial Services Officer, Eastern District of New York) and for good cause shown:

**IT IS** on this __ day of March, 2025,

**ORDERED** that the Order Setting Conditions of Release for defendant Michael McMahon dated October 28, 2020, and modified thereafter on October 5, 2021, April 7, 2024, October 15, 2025, and January 17, 2025 be and it hereby is modified to allow Mr. McMahon, upon the presentation of his travel itinerary to the United States Office of Pretrial Services, to travel to Indiana from Wednesday, March 26, 2025 to Monday, March 31, 2025.

**IT IS FURTHER ORDERED** that all other conditions of release previously imposed shall remain in full force and effect.

_____
Honorable Pamela K. Chen
United States District Judge