# Exhibit 2

Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


Dear Judge Chen,

    My name is Michael J. Burke. I am writing this letter on behalf my friend and former coworker while on the NYPD, Michael McMahon. This letter is regarding Michael's upcoming sentencing on September 5th, 2024.

    I would like to share some background about myself. I was hired as a New York City Police Officer in September of 1980. In 1987 I was elevated to the rank of Detective Investigator and assigned to the elite Manhattan North Homicide Squad. After being promoted to Sergeant in June of 1994 I became a supervisor to the Street Crime Unit. In late 1997 I moved to the Organized Crime Control Bureau, Narcotics Division (Bronx) then retired in September of 2000. During my career I was awarded over 100 medals for various accomplishments. These medals represent successful resolutions faced by myself and sometimes in conjunction with fellow officers. True success is achieved by surrounding yourself with men and women willing to go into life threatening situations without hesitation. That statement sums up my time while on the NYPD. We were a team and I was ultimately called to lead officers as I moved up the ranks in the department.

    As a young officer I sought out individuals who went above and beyond. I was eager to learn and attain as much knowledge and experience to better myself. You never knew what you would face when you showed up to work. I loved that about the job. No two calls were alike but every call prepared you for the next. I learned a tremendous amount from the court system, listening to and working with prosecutors, defense attorneys and

judges.These lessons were vital when you approached a crime scene, victim or a defendant.

In June of 1994 crime was extremely high in New York. I was newly assigned to the Street Crime Unit as one of fourteen supervisors overseeing approximately one hundred officers. This is where I met Mike McMahon. I recall his firm handshake. He looked you in the eye and had a genuine smile when he spoke to you. I could immediately tell he was an honest, straight forward person. It was a pleasure to be in his company. On the job Mike always treated people fairly no matter who they were, criminal or victim. As a member of Street Crime this approach to the job was extremely important. Our unit was very active. We patrolled throughout New York City in plainclothes anti-crime teams in unmarked vehicles, mostly at night. Our purpose was clear. If there was a pattern of crime, we were there to fix it. These patterns and operations were high risk for all parties involved. We confronted armed felons, rapists, robbers and murderers that preyed on decent vulnerable citizens. As a supervisor, I did not have my own team so I would often ride with my officers.
After only one week into my role as supervisor, I nicknamed these 100 officers the "one percenters". Their commitment to the city of New York was unlike anything I had ever seen in my career. I was in my glory going to work watching the dedication and enthusiasm of these officers. The NYPD is a civil service position and these officers took that responsibility seriously. The Street Crime Unit were in a category all by themselves. It was not an easy unit to get into, everyone was screened at high levels for professionalism and integrity.
I could share a million stories of what Mike accomplished at Street Crime but I'll share just one. In the nineties, a street dispute occurred near Yankee Stadium where Mike recovered a firearm on one suspect. As his supervisor I was called in to assist in the debriefing. Mike had been successful in entrusting the perp to disclose his involvement in an unsolved homicide. I was impressed with Mike's ability to obtain sensitive information while treating the suspect with dignity and respect. Mike's tactics were

exemplary and ultimately led to the successful prosecution of an unsolved murder in the Soundview section of the Bronx. Mike's on the job tactics and behavior were ones any cop would benefit from witnessing. His seventy-five medals represent his ability to bring down dangerous individuals and keep innocent people safe.

After Mike was transferred to the Narcotics Division in the Bronx, he was promoted to Detective Investigator. That's where we crossed paths again. We didn't work together but would meet in the hallway and share updates on work and family. I had the pleasure of meeting Mike's lovely wife Martha and it was obvious even then why they have been together for over thirty years. They were the perfect match.

When I met Mike I had no idea he was married to a television actress. He never told anyone what his wife did for a living. I found out through Mike's cousin (also NYPD) that Martha was on the soap opera As the World Turns. This also happened to be my mom's favorite show. I approached Mike and told him my mother was a huge fan of Martha. Mike arranged for me and my mother to attend the St. Jude Children's Research Hospital "soap opera stars" gala at the Marriot Marquis in NYC hosted by Mike's wife. My mother was so happy to meet her favorite soap stars. Sadly my mom passed away a few years after that event and now it will always be a cherished memory. Mike's human nature and empathy is who he is, on the job or not.

Although I did not personally sit in on Mike's trial Your Honor, during my twenty years with the NYPD I was involved in hundreds of trials. I know each and every case must be evaluated on an individual basis and there are many aspects involved. Each defendant must be judged separately and every case affects people in different ways. No matter what the circumstances, it is always a very stressful time for a defendant. I would ask you to please take into consideration the entirety of the decades of good Mike McMahon has accomplished in his life as a husband, father, friend and his incredible service to the community. The terrible repercussions of the last four years have already wreaked havoc

upon his family both mentally and financially. This is a travesty difficult to watch as someone who has witnessed first hand the true character of Michael McMahon. If anyone in my family became the victim of a crime and had to dial 911 for assistance, I pray someone of Mike's character and professionalism would respond. I would trust him with my family's life in his hands. I've seen enough in my own life and career to fully grasp the weight of that declaration.

Judge Chen I respectfully request the utmost leniency towards Michael. These last four years have caused irreversible damage to his entire family. As his friend, I look forward to helping the family recover any way I can.

Respectfully,

*Michael J Burke*

Michael J. Burke

7/14/24