# Exhibit 3

Honorable Pamela K Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Chen,

My name is Brendan Byrne and I am writing on behalf of my brother-in-law, Michael McMahon.

I met Mike in 1993 when he began dating my sister, Martha. Being the only brother of four siblings, I was always very protective of all three of my sisters, especially youngest Martha. It didn't take long to trust Mike. Not only was he the perfect match for my sister but I consider him the brother I never had.

Over the last thirty years Mike and Martha have proven their partnership can withstand anything. These last three years has only strengthened what was already unbreakable. Their three children Mikey, Max and Ann Marie have witnessed their unconditional love and fearlessness to fight back when faced with injustice. It has been inspirational to watch.

My sister Martha has always been fearless. I saw her sing the National Anthem in front of 70,000 people at Giants Stadium. That's courageous but what she has done for Mike will be her legacy. I'm incredibly proud of her for going above and beyond to defend Mike when the world was against him. I say without hesitation, Mike and Martha would sacrifice themselves for each other and their children.

Martha and Mike's support for me and my four children has always been incredible. When I was first married, if there was anything we needed, Mike and Martha were always there. If there was financial need, all I had to do was ask. They never thought twice, knowing I was a young father with a growing family trying to provide as best I could. Family has always come first with Mike and Martha. That common belief to help and give if you can, runs through both of them.

Mike became "Big Mike" after their oldest son "Mikey" was born in 1998. My now grown children were raised with their McMahon and Byrne cousins. Mike and Martha had an open door policy and that doorway was busy! When they bought a house at the Jersey Shore in 2001, my kids were frequent guests. The fridge was filled to the rim and "Big Mike" always made sure the garage was filled with lacrosse sticks, footballs, bicycles and boogie boards for the beach. Every family member and friend had the code to the garage at the beach, so they could come and go anytime. My parents could enjoy time with all eleven of their grandchildren in one place. The memories the kids made with their grandparents are cherished gifts. Martha and Mike facilitated so many great times

for all of the cousins on the Byrne and McMahon sides. Mike would take my children and the cousins to Nets games, on road trips and countless other events. My children greatly benefited from the bond they share to this day with "Big Mike".

Mike as a father and husband has given our family, the Byrne family, so much. My father Terry loved Mike. To understand what a badge of honor that is, you would have to know my father. He was a tough audience and Mike instantly won him over. When my dad was ill, Mike was there when I couldn't be. ███████████████████████████ while my dad was simultaneously deteriorating from dementia. My father was in a wheelchair the last few years of his life but due to his dementia he often attempted to escape. Even when my dad slept, my mother would monitor him to make sure he didn't hurt himself. My father was often hospitalized or in a physical rehab facility following a neurological or physical trauma event. Knowing Mike was right down the road, less than a mile away to help, was the peace of mind I needed.

After my dad passed away in 2013, my sisters and I were not in a position to take in my mother. Mike didn't think twice and built my mother an apartment on their property where she currently still resides. My mother loves living there and enjoys planting and cooking for her grandchildren. Knowing Mike is there to protect my mother and can intervene in case of an emergency is a blessing. A first responder and caregivers just a few feet away out the back door.

Martha and Mike pay my mother's expenses not covered by her modest Social Security payment. This is not surprising. There were many years throughout their thirty year marriage when Martha and Mike provided financial support to my parents. These are the times I am aware of, I can only imagine the full extent of support for my parents and others which remain private.

I fear if Mike is taken away from Martha, the children and my mother, they will be losing not just a person they love but their fierce protector. I worry about my sister and the emotional toll this has already taken on her. Losing her partner Mike for any reason would be a travesty for the entire family.

Mike has dedicated his life to serving the community as a member of the New York Police Department, private investigator and citizen. His unwavering commitment to upholding the law is a testament to his character and integrity. Throughout his career, Mike has shown compassion, bravery, and professionalism in the face of adversity, earning the respect and admiration of his colleagues and superiors.

In addition to his service with the NYPD, Mike has always been a devoted husband, father, and friend. His loyalty, kindness, and generosity is unmatched and touched the lives of everyone around him. He has always been a pillar of strength and support for his loved ones.

It is with great disbelief and shock that I find Mike in his current predicament, as the accusations in this case do not in any way reflect the man charged. The unjust

conviction has not only tarnished his reputation but has caused immense distress and sadness to those who know him best. Mike's character and values stand in stark contrast to the allegations brought against him, and it is clear to all who know him that he is not deserving of the position he finds himself in today.

Over the last almost four years, I have witnessed the emotional and physical damage this has done to Mike. When Mike suffers, his entire immediate and extended family suffers with him. As a father of four it is my priority to be there for my children. To let them know, no matter what happens, I will be there to help with any and every challenge they face. Mike has proven in countless ways he is also that father to his children. Mikey, Max and Ann Marie have undoubtedly been punished enough and need their father now more than ever. I respectfully request maximum leniency so their family can start to heal.

I trust in your wisdom and fair judgment as you navigate this complex and challenging case. I humbly ask for your compassion and understanding as you consider the sentencing for my brother-in-law. I urge you to take into account his years of dedicated service, positive impact on the community, and the overwhelming evidence of his innocence. Imposing an extremely lenient sentence would not only be a reflection of justice but also a recognition of Mike's exemplary character and unwavering commitment to the principles of truth.

Respectfully,

*Brendan Byrne*

Brendan Byrne