# Exhibit 6

May 5, 2024

Michael J Callanan

Pompano Beach FL. 33062

Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Chen,

I have known Michael McMahon my whole life, the past 55 years. As first cousins and living across the street from each other, we spent a lot of time together. Michael was only a year older them me and I considered him an older brother. At a very early age Michael's loving parents instilled in him a strong work ethic, strong values and integrity that is true today.

Growing up Michael and his family were always there for me and my family. When I look back at my childhood, Michael was the one who organized our neighborhood games and sports. Whether it was tag, kickball, or hanging out after school, Michael kept a watchful eye over all of us kids and made sure everyone got home safe and sound.

Later in High school Michael encouraged everyone to work hard in school and play sports - especially lacrosse. Michael was on the varsity lacrosse team and taught me and many others the game of lacrosse. At first, I couldn't get the hang of the game and I didn't make the team my first year. Michael was always there with encouraging and motivating words and a chin-up mentality that I needed at the time. Michael taught me the ethic of hard work, teamwork and "Never Give Up" attitude that I took away from so many years ago and still have today.

Michael's family and extended family have a long history and pride in the Police and Fire department. Dating our Grandparents, Parents, Brothers, Uncles, Cousins and most recently "extremely proud father" Michael's own son graduated from the New Jersey Police academy.

Micheal always taught me to be the best I could be and few years later I was once again honored in following in my cousin's footsteps, as I became a NYPD officer myself. Michael would again teach me how to be a good officer, being safe and teaching the core valves of being one of the NYPD "Finest" courtesy, professional and respect to all. I would later move my career to the FDNY where I continue those values Michael instilled in me all the years ago and was able to be promoted to Captain of the FDNY. With over 30 years working as a First Responder, I have met many people over the years, and I can say with my hand over heart, that Michael McMahon "Is one of the GOOD GUYS". I would trust Michael with my life in any situation.

Michael has always been spiritual. Just this past month I attended a Mass with Michael and Martha. It was a very peaceful setting and a time to pray and reflect. After mass, the stress and anxiety of the past several years of this case overcame Michael as we talked about how difficult the last few years have been for both him and his family. I admire how devoted Michael is to his family. My heart breaks seeing him going through this pain and time of uncertainty for the last few years. He is a man of strong conviction and will. He could have taken a plea, and this would have ended years ago, but he wanted to do what he believed was the right thing for him and his family. He is ready to move forward in his life and continue to work hard and contribute to his family, community, and society. I pray that this will be concluded with a result to allow him to move forward.

Respectfully yours,

*[signature]*

Michael J. Callanan
Ret. Captain FDNY