Exhibit 7

Frances Campo

████████

Nanuet, NY 10954
June 1, 2024

Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Chen,

 I write this letter on behalf of my friend, classmate, and neighbor of over forty-five years, retired New York City Police Sergeant Michael McMahon.

 I have known Michael since we both attended elementary school together in New City, New York. We were classmates through high school and our families were friends. Our families attended mass together at Church of Saint Augustine in New City, and we children received the Catholic sacraments of first communion and confirmation together. Michael has always been a good and caring family man with high moral character from the time we were children. Michael and my younger brother once got into a childhood fight in the second grade, but after a few days, the two of them became fast friends and remain so to this day.

 Although we came from different ethnic backgrounds, our families shared the first generation struggles and accomplishments immigrants in this country experienced. Michael came from a large Irish-American family and my family was a large Italian-American family. Despite those age-old stereotypes and myths, our families came to know each other well and we always looked forward to seeing them at Sunday mass and school functions. Both my brother and I were friendly with Michael and all his many siblings and cousins. I remain friendly with his sisters and have kept in touch with them, especially these last several years that Michael has endured this professional crisis.

 Throughout our school-age years, I watched Michael always lead a life reflecting his family's deep-rooted belief in being kind and generous to all around him. Michael played football with my brother and he was a sociable presence in our class, yet never sought to be the center of attention. He was never a troublemaker at school, at off-campus school functions, or anywhere in our close-knit community. He was always responsible, even as a teenager, and his sense of responsibility to his family and community was quite evident.

 Although Michael and I have not been such close friends since graduating high school in 1986, I have watched his career from afar and been kept up to date by his sisters. My fellow classmates who do keep in touch were always proud when Michael became a New York City police officer literally a few weeks after we all graduated high school. We all watched in awe from afar as his career took off. Hearing about his seventy-plus heroic and brave acts made us all proud to boldly brag that we went to school with him. As Michael climbed the ranks in the NYPD – from police officer to detective in the narcotics division and then being promoted to sergeant – none of us who grew up with him were the least bit surprised. Michael's innate moral character was on full display for all to see as he wore the blue uniform.

After being injured in a high-speed chase, Michael suffered permanent physical injuries that required him to retire from the force. While he was on restricted duty recovering from his injuries, the terrorist attacks on 9/11 occurred. Being restricted to modified duty did not stop him from doing his part to help his city. I came to learn that Michael was traveling to Ground Zero each day to transport NYPD personnel to and from the site. Even back then, we all knew that was not a safe place to be despite the masks all the first responders were wearing. Instead of Michael using his on-the-job injuries to simply sit at a desk, he stepped up and volunteered to travel to Ground Zero with his fellow officers. Michael wanted to help in any way he could even if it meant driving to and from the chemically toxic site.

When I think of Michael's unselfish heroic act of helping the first responders at Ground Zero while he himself was still recovering from debilitating injuries, I am not surprised at all. I saw, then, my friend who sat in my classes from elementary school through high school. That is who he was then and who he has been his whole life. He was consistently viewed by his peers as someone who always did the "right" thing.

These observations of mine and those of us who grew up with and know Michael allow me to say with confidence that this is not a man who would do business knowingly with the Chinese government. This is a man whose family left depressed Ireland for a better life here in the United States. This is not a man who would work for a government that was looking to bring back citizens who left their homeland for a better place only to be forced to return.

Finally, Michael's most important role in his life is that of being a loving and devoted husband to his wonderful and supportive wife, Martha, and a father to three children. Michael is completely immersed in all of their lives in his usual selfless way. Michael's family has endured several years of deep and sustained suffering. They need him now more than ever.

Michael McMahon does not deserve to be imprisoned for one day as this would be a true injustice because of an unfair prosecution by our government that we all rely on for fairness and justice for all. I beg of you to please implore your sense of justice and fairness and spare Michael McMahon time in prison.

Respectfully,

Frances Campo

Frances Campo