# Exhibit 8

Mr. and Mrs. Alex Cavegn
███████████
Mahwah, New Jersey 07430

May 12, 2024

Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Chen,

     My name is Eileen Cavegn and my husband's name is Alex Cavegn. We have known Michael McMahon ever since our oldest boys were 5 years old. They are soon to be turning 26 in May and June of this year, respectively. Our sons are still best friends to this day and we consider Mike and his wife, Martha, to be our closest friends. We met when our boys were playing T-ball in the town of Mahwah in which both of our families reside. Mike saw my husband and immediately introduced himself and told him that he looked familiar. They soon found out that they both grew up in New City, NY and knew the same people. That's how our friendship started and it has grown ever since. We have vacationed together, shared family celebrations, children's milestones, and unfortunately losses in family members and friends. The one thing we can always say is that Mike is a true friend that we can always count on. He's the person you can call in the middle of the night if you need him and he will always show up with a smile and quick sense of humor to lighten the moment. When a friend's shore house was flooded during Hurricane Sandy, it was Mike who showed up to help clean all the damage. No one asked him, he just did it. That's what he does. He's the type of person who has a natural instinct to help people. He comes from a wonderfully loving and caring Irish Catholic family upbringing. He was taught that God and family are the most important things in life and he has shown us that attribute over and over again. He is the quintessential husband and father, who has and would do anything for them. That is why he would NEVER put them in any kind of jeopardy or risk doing anything that would take him away from them. In all the years we have known Mike, we have never questioned his morals or ethics as a person or a private investigator. He takes so much pride in his work and he loves what he does and he is good at it. We did not know him when he was a police officer, but we are not surprised by the many accolades and medals that he received. The idea that Mike willingly committed an illegal act of working with any foreign government is unfathomable. He would never do it. Anyone who is blessed to know him, knows the truth. Mike, Martha, and their children Michael, Max, and AnnMarie have been living this nightmare for far too long. The constant stress and fear of what's going to happen to him is unbearable.

They have suffered so much. Please, we are begging you to take this into consideration when deciding his sentence. Michael McMahon is truly one of the good guys and it is a travesty what is being done to him.

Respectfully,

Eileen Cavegn

Alex Cavegn