# Exhibit 9



**Matthew S. Conti, MD**



Matthew S. Conti, MD

