# Exhibit 10

**PashmanStein WalderHayden**
A Professional Corporation

**Joseph A. Hayden, Jr.**
Member of the Firm
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ 07601
Direct: 201.639.2004
Fax: 201.488.5556
jahayden@pashmanstein.com

March 19, 2025

Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Michael McMahon**

Dear Judge Chen:

I write on behalf of Michael McMahon who I understand is scheduled to be sentenced before Your Honor in the near future. By way of background, I am a practicing trial lawyer in New Jersey since 1969, and I am a past President of our Federal Bar, of our Criminal Defense Association, as well as being a member of the American College of Trial Lawyers since 1989. I mention my background only because my knowledge and relationship with Mike is based on his work as an investigator for me in connection with a number of civil cases.

About five years ago, I was asked to represent a number of catholic priests in a series of civil cases where there were allegations of sexual abuse 40 or 50 years in the past. I needed an investigator in the area of my office and the recommendations were almost unanimous that Mike was the hardest-working, fairest and most professional investigator I could find. I worked closely with Mike on three or four cases for over a year and I was struck by his diligence, professionalism and the ability to interview and interact with people in a respectful way. (I had previously been advised of Mike's record and heroic activities as a New York City Police Officer and the high regard he was held by other police officers.)

I will not infringe on the Court's time with the details of the cases involved, but the thing which impressed me the most about Mike was his almost utter discard of money or billing. All he really cared about, as far as I could see, is doing a good job and



being respectful to our clients and the people he had to interview. I had to hound him to get his bills in so that I could be sure he would be paid. At no time, when I was working closely with Mike, did I observe any tendency to break the rules or engage in any unprofessional or illegal activity.

I recognize that it would be inappropriate for me to express any opinion on Mike's guilt or innocence since he was convicted by a jury of his peers after a fair trial before Your Honor. But I can say that I believe to the core of my soul that Mike's conduct was aberrational and a monumental lapse in judgment which is unlikely to happen again. I have always subscribed to the theory that a person should not be judged by their worst act. I respectfully ask this Court for the maximum amount of leniency for Michael McMahon which Your Honor deems appropriate.

Respectfully submitted,

Joseph A. Hayden, Jr.