# Exhibit 13

# Icahn School of Medicine at Mount Sinai

November 5, 2024

Re: McMahon, Michael

DOB: █████ 1967

To Whom It May Concern;



Please feel free to contact our office with any questions or concerns.

Sincerely,



Alfred Marc Calo Iloreta Jr. MD