# Exhibit 15

# Congress of the United States
## Washington, DC 20515

June 4, 2024

Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Chen,

We write today in support of Michael McMahon who is to be sentenced this coming summer. Since being charged, Mr. McMahon has been unwavering in maintaining his innocence. We also believe in his innocence. We request that you give full and fair consideration of the unique circumstances surrounding Mr. McMahon's case and his dedication to his family and the people of New York.

As you know, Michael served our communities as a New York City Police Department (NYPD) Detective for fourteen years, earning the trust of his community, his department and his peers. He has placed his life on the line repeatedly, whether it was in the aftermath of the 9/11 attacks of which he is still suffering from the health effects - or on the streets of New York, as an officer, detective and sergeant. This lifetime of exemplary service is reflected in the testimony of support from fellow officers with whom he served. His repeated sacrifice culminated in 2001 with a serious, career ending injury as a result of a pursuit of a career felon.

During his time with the NYPD, Michael received over 75 career awards demonstrating his bravery and commitment to others. Michael was hand picked to join the elite Street Crime Unit, which was deployed to high crime patterns across all areas of New York City. As a member of this unit, he was directly involved in the reduction of drug trafficking, gun running, human trafficking, robberies and more. The Combat Cross, the second highest honor of the NYPD, was bestowed upon Michael following a shoot-out with a gang member in the Bronx. Maybe his greatest achievement was his contribution to the youth of the Bronx. As a school safety Sergeant, he was in charge of approximately forty public and private schools where he put in place measures to help provide a safer environment for children to learn.

In addition to his long and respectable career as an NYPD Police Detective, Michael is a dedicated husband and father to his three children. While maintaining his innocence, his family has been doing everything possible to defend his integrity and to pay the legal fees and associated costs of his criminal defense. At a time of widespread unaffordability, these fees are overwhelming and the McMahon family has not been able to keep up with the costs. This financial burden, especially when added to the stress of being accused of crimes against the country he loves so much, have devastated Michael and his family. Beyond the story of Michael's life, we hope that in your sentencing you will consider these financial and psychological burdens, which have been visited not only on Michael but on the entire McMahon family for over three years.

We ask that you consider Michael's dedication to the United States, his community, his service while on the NYPD, and the often pro-bono work he did as a private investigator for those in need. Since the onset of this case, Michael has lost nearly everything while never wavering from his declaration of innocence. Therefore, we ask that you give full and fair consideration of the unique circumstances of Michael and his family and that he not be sentenced to any term of incarceration.

Thank you in advance for your consideration of this correspondence. If you have any questions, please do not hesitate to contact us.

Respectfully,

Michael V. Lawler
Member of Congress

Pete Sessions
Member of Congress