# Exhibit 17

Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

05/01/2024

Dear Judge Chen:

I met Mike McMahon over 30 years ago through his wife Martha. Martha and I met in high school, and I consider her one of my closest friends. From the moment I met Mike in 1993 I was so grateful Martha had found her perfect match. As a native New Yorker, I was impressed with Mike's unwavering dedication and sacrifice threw out his career. Mike carried empathy and humanity into his work as a police officer. New York city was a safer place because of him. Every citizen owes him a show of thanks. Mike being a humble man, never looked for thanks, only safety of its citizens.

When he suffered a career-ending accident on the NYPD, this became a major challenge to overcome. Not one to silence his calling, Mike founded an investigative firm with the same integrity he had as an officer. He assisted law enforcement, lawyers, and citizens, ethically and tirelessly to solve cases and bring justice. Little did I know I would be needing his professional guidance in my personal life in the years to come.

I was adopted at five weeks old in 1968 through an agency. Over a decade ago I had the desire to locate my birth family. I was blessed with wonderful adoptive parents, but I always felt something was missing. After many discussions with Martha, she suggested I bring in Mike to help start my familial journey. After one clue from the website 23andMe within a few weeks Mike found my extended family, starting with my birth father. My birth father had no idea I existed and was thrilled to meet me. To date, I have met three of my brothers and cousins thanks to Mike's help. Mike did all this work pro-bono even after I offered several times to pay him. Both Michael and Martha are unselfish and generous to all their friends and family. If you are struggling, they are the first ones to drop everything to help.

Mike is the antithesis of every accusation involved in this case against him. When I heard the charges, I knew there was no truth to it. He has been unjustly convicted putting him and his family in a horrific position for over three years. Since his arrest Mike's life has been turned upside down, his hard-earned reputation has been decimated and the financial impacts have been crippling, forcing him to deplete his life savings on legal fees. His wife and children have endured immense stress and anguish and the prospect of him being imprisoned is unbearable. Mike has already been severely punished and his life's work and legacy undermined. Additional incarceration would be an excessive and unnecessary cruelty.

Over decades of friendship, I have witnessed firsthand Mike's integrity, courage, and tireless efforts to serve his community and nation. The McMahon family has been imprisoned since Mike's arrest with endless accusatory media haunting all of them to this day. The pain inflicted on all of them is very difficult for those who love them. I honestly

don't know how they have gotten through it. Further sanctions would be excessive cruelty. Mike has so much to give his family, community, and the society he worked to uphold and protect his entire career. I humbly ask you to show Mike's utmost consideration and leniency. He deserves the opportunity to move forward on a positive path after his injustice.

Respectfully yours,

Scott Magri