# Exhibit 19

Case 1:21-cr-00265-PKC    Document 358-19    Filed 03/27/25    Page 1 of 3 PageID #: 6461

May 5, 2024

Christine M. McCarthy

█████████████

Clifton Park, NY 12065

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Chen,

I am writing on behalf of Michael McMahon. I am Michael's first cousin, but I consider him my brother. We are just one year apart in age and as children we grew up across the street from each other. Our families were together constantly, and we developed a very special bond. As adults we have remained close and see each other often, watching our own families grow. Thus, I have observed Michael's character through life events, milestones, and challenging times.

Mike is one of nine children who grew up with a loving family in a two-bedroom cape with a finished attic. To say the least it was tight squeeze and not without its challenges. But always filled with love. I mention this because from a young age Mike emerged as a leader among the children and our families "go-to" person to handle any situations that might arise due to his responsible and conscientious ways.

In his early 20's, when he was just beginning NYPD career, Michael's father and 25-year-old sister Ann Marie were both diagnosed with terminal cancer. His devotion through their illness was inspiring. After their passing only three weeks apart in October and November of 1992 Michael was committed to the care of his mother and became a supporting figure to his siblings. Mike has always been the epicenter of his large family. They have always relied on his counsel, and he has helped navigate them through very difficult situations. Michael's life has been consistently highlighted with good deeds for his family and friends, both obvious as well as discrete. I can say with first-hand experience and sincerity that Mike is always there for everyone!

Mike is never without a smile and is known for his infectious laugh. He met and married Martha, the love of his life and together they built a beautiful family with three incredible children; Michael (25), Max (21) and Ann Marie (17) who is named after his sister that passed away. Their home exudes love and is the gathering place for our entire extended family. They open their home for every family barbecue, birthday, special occasion, and holiday. Their open-door policy and generosity know no bounds.

Michael and Martha are respected members of their community who have always gone above and beyond not just in words but in their actions for countless organizations. However, most notably, they have planned and hosted numerous galas and fundraisers for their charity of choice St. Jude Research Hospital. Their steadfast commitment and resolve to this organization over the past 30 years has resulted in raising a staggering 15 million dollars for pediatric cancer. That is

no small feat and can only be obtained through sincere dedication and unwavering belief in this renowned organization.

When this nightmare began almost four years ago their idyllic life crumbled. Michael has barely left his house; he hasn't been able to work, and he has depleted his life savings to refute these charges. Typical of his selfless nature, he confided to me this fight to restore his good name is more for his wife and children than for himself.

I sat in the gallery of the courtroom during the trial proceedings, so I am aware that you know of Mikes stellar career as a NYPD police officer. His dedication and professionalism were never in dispute. Even in this difficult job he was known to show honesty, fairness, compassion, and kindness. Which is evidenced by him receiving over 75 medals of commendation including the Combat Cross.

As I conclude writing this letter, I can't help but be struck by the irony of this situation. Our entire family is devoted to God and Country. Many of Michael's uncles were proud service men, even his own brother Vincent was a US Army Ranger. Much of our family are first responders whether it's the police, fire or in the medical field. There has never been a single person in our entire extended family that has ever been convicted of a crime. And the idea that Michael, who we know to be the best of the best of us, is being convicted of conspiracy to act as an agent for a foreign government is just inconceivable.

My heartfelt hope and prayer is that you will read my words and realize that Michael McMahon is a good, selfless man that has consistently done the right thing all his life. Please consider the pain that he has endured since being arrested on October 28, 2020, to his sentencing date of July 17, 2024. This very long 3 years and 9 months (1358 days) is surely punishment enough.

Respectfully,

*[signature: Christine McCarthy]*

Christine McCarthy