# Exhibit 29

May 11, 2024

Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Chen,

I am the older sister of Mike's wife Martha. We are a family of four, Martha being the youngest. My older sister, older brother and I are three years apart – I guess you'd call us Irish triplets. We grew up in a small town in New Jersey. Our dad owned a tree service, and our mom was a catholic schoolteacher. We had a wonderful childhood and wouldn't change it for the world.

On December 23, 1969, my sister was born. She is 5 years younger, and I knew from that day forward, I had to look out for her. It was a very important role that I took very seriously until February 1993, when my sister met her future husband, Mike McMahon. It was clear from the day they met; they were going to be together for the rest of their lives. I could confidently pass my position over to Mike. Trust me when I tell you, she required a lot of supervision, and my mother called her the "Grand Finale" for a reason. Thank God for Mike.

Just before they met, Mike had lost both his father and sister to cancer within a month of each other. Meeting Martha was now his turn to be happy and look forward to the future. They were married on November 12, 1994, and they have three beautiful children. My boys are close in age, so we were always together (and still to this day). Mike would take the kids to the movies, basketball games and he even took them to the arcade. I hate the arcade, but Mike never hesitated to take ALL the kids, and they all came back with ice cream. Thank God for Mike.

When my husband was deployed to Afghanistan, my middle son wanted to try out for the travel soccer team. With my youngest under the age of 3, I told my son he couldn't try out.

He wasn't having it, and called Mike to take him. Mike picked him up and guess what, my son made the team. Thank God for Mike.

I share these stories to give you a glimpse into Mike's generosity. I knew when he was in charge, my boys were safe and in good hands. These stories are from years ago, but his kindness and willingness to step up and lend a hand continues to this day. My mother lives with my sister and Mike, and he's there for her for whatever she needs. Thank God for Mike.

As you can imagine, when we heard about Mike being arrested in October 2020, and later being convicted of a crime he didn't commit, we were all devastated. It was clear that we needed to rally around him and support him like he's done for everyone else over the years. Some days have been better than others, and we continue to pray for the entire McMahon family to get through this nightmare. They've suffered enough over the last 3 and a half years, and any additional punishment would be unnecessary. Therefore, I humbly request you keep this in mind as you contemplate your final decision.

Thank you for your consideration.

Respectfully,

Fran McNicholas
Mike's sister-in-law