# Exhibit 30

Honorable Pamela K. Chen

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

Dear Judge Chen,

My name is Stephen McNicholas. I am the nephew of Mike McMahon, and I am writing to you in hopes of your leniency in Mike's sentencing. In this letter I am looking to paint a picture of Mike, our family, and why your sentencing can define our family's future faith in government.

Every major holiday the McMahon household hosts our small army of a family. The cousins gather in their cliques, the aunts and uncles tell stories and give life updates, laughter echoes from all corners of the house, and the smell of our grandmother's cooking consumes the air little by little before the event's designated informant calls us all together to finally eat. Our family has grown so much that one table simply isn't enough and thus we find a seat where we can enjoy whatever mix and match of our kin is near. Plates filled to the brim with turkey, stuffing, and whatever strange thing a cousin inspired by a TikTok has brought.

Since Mike's arrest the laughter has become duller, the conversations quieter, and the faith in justice has been brought into question. The impact of this is not just exclusively on him, but all those surrounding him as well. You can always tell when this situation becomes the topic of conversation, heads start to hang, eyes meet the floor, the same phrases of sorrow and defeat are spoken. But then without fail a spark of hope finds its way into a conversation, even if for just a moment we have faith he will be joining us for the coming years' events.

I fear that a strong sentence will take the air out of every room our family gathers in. Following us like an unbreakable curse. Our family isn't perfect, but we have always been strong Americans who have pride in this country and everything it has to offer. We are the type to shake it off and keep moving forward. However, I am already able to see the tides turning. After years of watching Mike's family bet everything they had to fight for his innocence and come up short has been earth shattering for all of us.

I work near the courthouse in Brooklyn and had the opportunity to be there on the day of the conviction. As the crowd of supporters and reporters were swarming, I had a moment

with Mike in the park across the street. We sat down and I thanked him for how well he took care of me as

a kid. He would always try to get me out of a tension-filled house, bringing me to some sort of event, movie, or place that a kid would love. Even with the weight of that moment hanging over him we were able to find laughter in something as the commotion continued nearby.

Mike is a man who has always brought joy to so many people and has played such a pivotal role in in who I have become. His ability to ease tensions with humor, sensibility in the face of adversity, and watching him succeed as a father are just a few of the things I aspire to emulate. We need more people like my Uncle Mike in the world, and I hope you see the years of fighting as punishment enough for this man and our family.

Thank you for your consideration,

Stephen McNicholas

5/15/2024

x *Stephen McNicholas* (signature)