# Exhibit 33

Alexandra Roalsvig

Long Lake, NY 12847

May 10, 2024

Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Chen:

My name is Alexandra Roalsvig and I live in Long Lake, New York. I have been the Director of Parks, Recreation and Tourism for the Town of Long Lake, NY for 15 years, and prior to that I worked for the soap opera, As The World Turns, for 17 years. I have lived in New York City, Cranford, NJ and now Long Lake, NY. I have known Michael McMahon as a close personal friend for over thirty years.

I first met Michael McMahon over a giant bouquet of roses he was hand delivering to the As The World Turns reception desk where I was on duty answering phones and learning the ropes of television. He had recently met his then girlfriend and future wife, Martha, who was a work colleague and is one of my dearest lifelong friends. Upon our first meeting Michael exuded a gentle warm heart, clearly, he was smitten for Martha and this was a huge gesture, and it made a big impression, because it was literally the largest bouquet of roses I had ever seen. Upon first meeting him we became fast friends. He had big heart and I admired his strength, bravery and courage for being a member of the New York City Police Department in the 1990's.

Over the years as our work friend group from As The World Turns grew, our families and friends got married and had children we spent much time together outside of work. Be it pool parties in New City, NY when their son, Mikey was first born. I remember joking with Michael about changing Mikey's diaper and his Dad pride at having actually been such a hands-on dad and support to Martha and quite capable of changing a diaper, I know because I was there the first time he did it.

Michael and Martha and I formed a friendship that continues to this day. He and Martha have shared their lives, their home, family celebrations, losses, birthday's, showers, baptisms, cross-country trips to California and weddings together. Our victories and sorrows have been shared for over thirty years.

He has always been the go-to when in times of emergencies at As The World Turns. Michael was always the dependable one we could count on to take calls in times of trouble. As the World Turns may have been a television show, but it was also a place where we were extended family. When a friend and actor, Benjamin Hendrickson, died from an apparent suicide, I was the first person that received the news on a Sunday night. I wasn't even sure the information I had received was legitimate.  As this was a sensitive situation involving a cast member, a known soap actor, the information had to be validated, but I had no clue as to what to do, I was unprepared for such a responsibility. My first instinct was to reach out to Michael as I trusted him and knew he had the experience and knowledge from his experience as a NYPD Detective and private investigator to confirm if this terrible news was true. I trusted him to handle the situation with care, compassion and absolute professionalism. He was respected by his colleagues and maintained excellent relationships so I knew he could figure this out.

Michael was home with Martha, his wife, who was taking care of their infant daughter Ann Marie. Michael was very concerned and protective of Martha. He anticipated this news would be very upsetting and we talked through the best way to deal with it. We dealt in facts. First we had to find out if the news was true, then we could move forward with sharing it with others. Mike was able to focus on the situation, calm my nerves down and he handled it.

Michael confirmed that Benjamin had died from a self-inflicted gunshot wound and was found in his home in Long Island.  It was heartbreaking, stunning and terrible news. Michael reached out to me with care, consideration and compassion. Michael was a pillar of strength and calm during what was a shocking and terrible tragedy. He has always been the trusted one to look after all of us. Always.

I have always known Michael to be an ethical, honest person and he always showed the highest standards in work and family. He always took great pride in his work and providing for his family. He was growing his business, and so proud to grow his client base, which expanded because he was highly sought after, and capable and highly respected.

I have seen Michael raise his children. Michael has always been a devoted father, husband, son-in-law, brother, cousin, and he has always put his family first. He has and continues to be someone I can lean on, and I am honored to call him a friend.

This criminal prosecution has been devastating to his family and his wife Martha and his children Mikey, Max and Ann Marie. Michael has been a constant presence in his children's lives. Working out of the home operating his private investigation business, was a gift. He always had the flexibility to be there for his kids. He's been there for all their games, special events, concerts, proms, holidays. They are a tight family unit which I have been fortunate to enjoy, staying with them at their home many times. They always opened their doors and were generous and kind. I cannot imagine the pain his family will endure, and the worry they will carry if he is absent from their daily lives. The impact will resonate forever. The biggest concern is for his youngest daughter, Ann Marie, who has been living with uncertainty for over three

and a half years during her vulnerable, formative, developing teen age years. The stressors for a child, will be felt forever. The fear of losing your dad is painful, I know as I lost my father when I was only 20 years old and it's a pain I still feel to this day. I can only imagine the stress this has caused Ann Marie as she watches her parents navigate the great unknown.

Michael and Martha are best friends and work as a cohesive unit and have since the day they met. They make each other stronger and better. Martha's world will be shattered if Michael isn't home. The constant stress of worrying about him and his health, ███████████ ███████████████████████████████████████████. ███████████████ ███████████████████████████████████████████ Who will be the families strength if Michael isn't able to be present? It's heart-wrenching to imagine this tight-knit family being broken apart.

I would ask that you consider probation for Michael McMahon so he can stay home with his family. I know he will respect and honor whatever comes before him and ensure to make the most of his time for his family and the greater good of the community and beyond. He can and I know he will make a difference if he is granted this chance. I believe in him, and I hope the court will consider that too.

I would ask that his character, his heroism, and his devotion to his family be given strong consideration at his sentencing. ███████████████████████████████████████ the stress on his family and wife, will be immeasurable. I have every confidence if given probation, Michael will endeavor to give service to those in need, to help where he can help and always serve the greater good, the way he has his entire life.

Respectfully Yours,

*Alexandra Roalsvig*

Alexandra Roalsvig