# Exhibit 35

Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


Dear Judge Chen,

My name is Lisa Ross from New City, NY. It's a miracle I even have the opportunity to write this letter in support of my dear friend, because if it wasn't for Michael McMahon, I would be dead.

I met Mike and Martha McMahon in the spring of 1999 when I moved in across the street with my husband Dan and our eight-month old daughter Sydney. The McMahons had just one child at that time, one-year old Mikey. It didn't take long for Mikey and our daughter to become inseparable. Mikey and Sydney spent everyday together and the McMahons became our second family. There wasn't a day when we weren't spending time together. We practically lived at each other's homes. Our friendship only deepened after September 11, 2001. My husband Dan was FDNY and Mike NYPD. The tragedies inflicted upon them were immeasurable. The ramifications of that day still affect our families in different ways.

Life carried on and I gave birth to my second child, Frankie in 2002. Martha gave birth to her son Max in September 2002 and we were all so happy! Another future friend for our children to grow up with in our quiet cul-de-sac in Rockland County, NY. Then in January 2003, tragedy struck under my roof.

After dinner one evening I was playing play dough with my daughter and watching a movie called, "Anna to the Infinite Power" which ironically featured our neighbor Martha (an actress) in the starring role. That's the last thing I remember. Two weeks later I opened my eyes on life support in the ICU. To this day I have no memory of the events that got me there. What I learned upon my recovery was that Michael McMahon saved my life.

The following events were told to me after my recovery.

On that fateful day in 2003 my husband Dan entered from another room and saw me slumped over the kitchen table. He had just left me with my daughter moments prior. When I didn't respond to his touch he pushed me back and saw that I had turned blue. My daughter began to scream and Dan began to panic. Even though Dan was a seasoned member of the FDNY he did not call 911. Instinctively he called our neighbor Mike. He left a panicked message on their machine which Mike and Martha heard. Dan was screaming for Mike to come over and to hurry! Mike didn't think twice and ran in the snow across the street to help. When Mike arrived he saw me on the floor and immediately began CPR. Dan was in shock and pacing the floor and unable to continue to assist Mike. Dan left the room and began vomiting. Mike continued to do chest compressions as my daughter wailed in fear. Mike called 911 when Dan was incapacitated and continued CPR. He conducted chest compressions and mouth to mouth for almost thirty minutes. When the police arrived they shocked my chest three separate times until they finally felt a faint pulse. Mike had saved my life but was I out of the woods? Did I suffer severe brain damage? Would I be in a vegetative state for the rest of my life? Until I was out of the coma no one would know. Two weeks later I woke up with a permanent heart monitor which would shock my heart if I experienced another similar cardiac event. My doctors informed me ninety-nine percent of people who experience this type of cardiac event die. It cannot be detected during a routine check up. Due to Mike doing CPR which kept blood

flowing to my brain I was sparred any brain damage. I have never had any health issues in the past twenty years since this event.

If my survival at the hands of Mike McMahon were his only life saving heroic act that would be extraordinary, but it is far from it. Over the decades I have known Mike, he has saved countless lives. I can only imagine how many people sit around their dinner table referring to "that cop" who protected or saved them, never knowing it was Mike. He was the guardian angel for so many, myself included. Raised as the sixth child in a family of nine, Mike is a humble, unselfish person. He is a legacy civil servant as are/were many of his uncles, cousins and grandparents who dedicated their lives to the service of others. Mike is a man of honor and integrity who would never put anyone in harm's way. Quite the opposite, he has put his life on the line for strangers countless times. His life reflects the vow he made to serve and protect with his spotless and decorated career in law enforcement. Mike's awards and record of service speaks for itself.

I've known Mike and Martha for decades. Over the years I've watched how they have always taken care of others. Mike is always there for his extended family and the first one everyone would call in a time of need. I trust the McMahons with my life and the lives of my children. Their home was always open and the epicenter for every family gathering.

Since Mike's shocking arrest in 2020 I have witnessed the most challenging time in the McMahon's life. Never for one minute did I believe Mike was guilty of what he was being accused. Never. Not Mike. He goes out of his way in his life to help others. A protector for his family and complete strangers. The McMahon family has been steadfast through this ordeal. I've watched Martha's unwavering support for her husband and it is inspiring to see that level of love and commitment. Their children have stood beside Mike and Martha every step of the way despite the trauma that they have been subjected to. They know their father is a hero and a purveyor of truth and honesty. There has never been one day where the McMahon children didn't hold their heads high in support of their father. To watch them fight back when the world publicly turned on their family is powerful. They have been through hell and remain united in their fight for the truth. Not many can survive such difficulties and the McMahon family, including their extended family of siblings, cousins and friends show me what unity looks like. Mike's twenty-five year old son Mikey recently joined the police force in N.J. to continue the McMahons legacy of service. This speaks volumes as to who Mike is as a father and role model to his children.

Judge Chen, I respectfully ask that you show leniency to Mike so he and his family can put this painful chapter behind them. Now it is time to let them heal together. Taking Mike away from his wife and children would cause even more trauma after years of suffering.

Respectfully,

*Lisa Ross*

Lisa Ross