# Exhibit 36

4/14/2024

Dear Judge Chen,

I have known Mike McMahon and his wife Martha for going on about 15 years. My husband and Martha knew each other as kids as they acted together in New York and she and I ended up meeting when she was visiting California and we became good friends. On all of our trips back to NY, where my husband and I are originally from, we would meet Mike and Martha for dinner because we loved their company. If they came to California, we would see them as well. They are truly a couple you want to be around because they are so down to earth, and such warm, loving people. I have been with my husband for 30 years and to be around another couple as in love as we are after all this time is always refreshing.

I want to say a few words about Mike because I have always found him to be above and beyond caring about others and such an incredible family man. When we have had dinner over the years he always talked about his kids and Martha with such pride and heart. His other love was his job as a police officer and he spoke so fondly of his days on the force and of all the relationships he had made while a police officer. I have 4 cousins who are on the force so we would talk about that and of their experiences. Aside from his immediate family, the NYPD was and still is a big part of his identity and helping others is who is is.

I am a physical therapist, and the world I am surrounded in is one of caregivers. Selfless people. Mike is one of these types. He wants to make the world a better place and spent his life doing that. ██████████████████████████████████████████████████████████████████████████████████████. He said he would do it all over again.

I hope you are getting a sense of who the true Mike McMahon is. He's a loving husband and father. A decorated police officer. A caretaker. And someone who you can sit down to dinner with and come away from that dinner feeling so happy that you got to spend time with that person because he's made a difference in the world helping others.

Respectfully Yours,

*Chrissy Roth*