# Exhibit 39

# SAGE Intelligence

*knowing is everything.*

May 15, 2024

Honourable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Chen,

My name is Herman Weisberg; I am writing this letter on behalf of Michael McMahon. I write it with a heavy heart, hoping his sentencing will be lenient.

I am a retired NYPD Detective and I own a private investigation firm called the Sage Intelligence Group, LLC. My business partner, Ignatius Licato, who is also a retired NYPD Detective, worked with Michael McMahon in the private sector for many years. He spoke very highly of Mr. McMahon and recommended that the Sage Intelligence Group contract investigative assignments to Mr. McMahon.

As a private investigation firm, our reputation relies on our integrity. Working with Mr. McMahon turned out to be an excellent decision. He quickly became one of our most trusted investigators. Mr. McMahon was impartial and respected our clients' confidentiality. He demonstrated sound judgment and the utmost respect for the law.

I am reminded of when I assigned Mr. McMahon to protect the children who witnessed the Parkland Shooting. He accompanied these children as they made public appearances throughout the country. Gun rights activists carrying AK47s often greeted the bus carrying the children. The children were always at risk on this tour, but I was reassured that Mr. McMahon headed the team assigned to protect them. It also gave the parents peace of mind.

Mr. McMahon was incredibly skilled at his job as a private investigator, which led to him acquiring clients and eventually starting his own business, Mr. McMahon Investigation Group. We supported and celebrated his progression.

We are devastated by what we feel is the wrongful conviction of Mr. McMahon for crimes against his country. He would never intentionally commit such acts. This would be completely uncharacteristic of him, particularly considering his character and the professional relationships he built at our firm.

Respectfully,

Herman Weisberg
Managing Director
Sage Intelligence Group

261 West 35th Street Ste 400 New York, NY 10001                                                    212-267-0028