UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>HU JI,<br>LI MINJUN,<br>TU LAN,<br>ZHJU FENG,<br>    also known as "Johnny Zhu,"<br>KUANG ZEBIN<br>MICHAEL MCMAHON<br>ZHUAI YONGQIANG<br>ZHENG GONGYING AND<br>ZHU YONG<br>    also known as "Jason Zhu"<br><br>    Defendants | Case No.: 1:21-cr-00265-PKC<br><br>Hon. Judge Pamela K. Chen<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE**, that the Defendant, ZHU YONG, hereby appears in the above-entitled action, and that the undersigned has been retained as Attorney for said Defendant and demand that a copy of the pleadings and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: Queens, New York
       April 1, 2025

                                        Respectfully Submitted,

                                        **J. Zhang and Associates, P.C.**
                                        *Attorney for Defendant, Zhu Yong*

                                        */s/ Jiyuan Zhang*

                                        By: Jiyuan Zhang, Esq. (JZ7401)
                                        3712 Prince Street, Ste 9C
                                        Flushing, NY 11354
                                        Tel: 718.701.5098
                                        contact@jzhanglaws.com

## AFFIRMATION OF SERVICE

I, Jiyuan Zhang, an attorney, certifies that on April 1, 2025, a true and correct copy of **NOTICE OF APPEARANCE**, was filed via the CM/ECF electronic filing system, thereby serving it upon all counsel of record and all interested parties.

*/s/ Jiyuan Zhang*
Jiyuan Zhang, Esq
