

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MAA
F. #2017R00906

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 3, 2025

By ECF and Email

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Michael McMahon
                Criminal Docket No. 21-265 (S-1) (PKC)

Dear Judge Chen:

      In connection with defendant Michael McMahon's sentencing, scheduled for April 10, 2025, the government respectfully requests that the Court permit the government to electronically submit two video recordings in support of the government's sentencing submission. The recordings are of public statements by the defendant, and are referenced as Exhibits A and C in the government's sentencing submission.

                                         Respectfully submitted,

                                         JOHN J. DURHAM
                                         United States Attorney
                                         Eastern District of New York

                       By:    /s/
                                         Meredith A. Arfa
                                         Irisa Chen
                                         Assistant U.S. Attorneys
                                         (718) 254-7000

cc:    Clerk of the Court (PKC) (By ECF and Email)
       Counsel of Record (By ECF)