

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AFM:MAA/IC/CB  
F. #2017R00906

*271 Cadman Plaza East*  
*Brooklyn, New York 11201*

April 6, 2025

By ECF

The Honorable Pamela K. Chen  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

      Re: United States v. Michael McMahon  
           Criminal Docket No. 21-265 (S-1) (PKC)

Dear Judge Chen:

      The government writes to correct a statement in its sentencing submission dated April 3, 2025. (ECF No. 364.) In that submission, the government stated that Martha Byrne was a co-founder of the Pipe Hitter Foundation, an entity that has advocated on the defendant's behalf. (*Id.* at 26 n.16.) This statement appears to have been erroneous. The government regrets the apparent error.

                                      Respectfully submitted,

                                      JOHN J. DURHAM  
                                      United States Attorney  
                                      Eastern District of New York

                       By:   /s/                   
                                      Meredith A. Arfa  
                                      Irisa Chen  
                                      Assistant U.S. Attorneys  
                                      (718) 254-7000

                                  SUE J. BAI
                                  Supervisory Official
                                  Department of Justice
                                  National Security Division

                        By:   /s/
                                  Christine Bonomo
                                  Trial Attorney

Cc:    Clerk of the Court (by ECF and Email)
        Counsel of Record (by ECF)