

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MAA
F. #2017R00906

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 24, 2025

<u>By Email and ECF</u>

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Kuang Zebin
              <u>Criminal Docket No. 21-265 (S-1) (PKC)</u>

Dear Judge Chen:

      The government respectfully writes to request an adjournment of the parties' deadline to file any objections to the Presentence Investigation Report ("PSR"), which the U.S. Probation Department provided on April 21, 2025. Given scheduling conflicts on the government's behalf (including that the undersigned is scheduled to begin trial on May 5, 2025, which is expected to last several weeks), the government requests that the deadline be adjourned to May 22, 2025, which is two weeks prior to the defendant's sentencing, currently scheduled for June 5, 2025. The defendant consents to this request.

                              Respectfully submitted,

                              JOHN J. DURHAM
                              United States Attorney

            By:    /s/ Meredith A. Arfa
                      Meredith A. Arfa
                      Irisa Chen
                      Assistant U.S. Attorneys
                      (718) 254-7000

cc:    Clerk of Court (PKC) (By Email)
       Counsel of Record (By Email)