**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MICHAEL MCMAHON** | Case No. 1:21-cr-00265 (PKC)<br><br>**[PROPOSED] CONSENT ORDER MODIFYING CONDITIONS OF RELEASE TO PERMIT TRAVEL** |

**THIS MATTER** having come before the Court on the application of defendant Michael McMahon, by Gibbons P.C. (Lawrence S. Lustberg, Esq. and Genna A. Conti, Esq., appearing), and with no objection from either the United States, by John J. Durham, United States Attorney for the Eastern District of New York (Meredith Arfa, and Irisa Chen, Assistant United States Attorneys, and Christine Bonomo, Trial Attorney in the National Security Division, appearing) or the United States Office of Pretrial Services (by Joseph Elie, U.S. Pretrial Services Officer, Eastern District of New York) and for good cause shown:

**IT IS** on this __ day of May, 2025,

**ORDERED** that the Order Setting Conditions of Release for defendant Michael McMahon dated October 28, 2020, and modified thereafter on October 5, 2021, April 7, 2024, October 15, 2025, January 17, 2025, and March 24, 2025 be and it hereby is modified to allow Mr. McMahon, upon the presentation of his travel itinerary to the United States Office of Pretrial Services, to travel to Virginia from Wednesday, May 8, 2025 to Sunday, May 11, 2025 and Florida from Sunday, May 11, 2025 to Thursday, May 15, 2025.

**IT IS FURTHER ORDERED** that all other conditions of release previously imposed shall remain in full force and effect.

_____
Honorable Pamela K. Chen, U.S.D.J.